## VERIFICATION

I have read the foregoing factual allegations and they are true and correct to the best of my knowledge and belief.

_____
SABRINA ADKINS, PLAINTIFF