UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS,                                                                                          PLAINTIFF,

V.                                                           **ORDER**

BEN FIELDS, *et al.*,                                                                               DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff Sabrina Adkins' motion to proceed *in forma pauperis*. [R. 3]. To be successful, a prisoner's motion to proceed *in forma pauperis* must include the following: (1) "an affidavit that includes a statement of all assets" in the prisoner's possession which also "state[s] the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress"; and (2) "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1)–(2).

Here, Adkins has failed to submit the requirement under § 1915(a)(2), which requires a certified copy of her prisoner trust account statement to be tendered along with the motion to proceed *in forma pauperis*. Accordingly,

**IT IS ORDERED** that Adkins' motion to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**.

Signed February 3, 2022.



**Signed By:**
*Edward B. Atkins* ℰßA
**United States Magistrate Judge**