UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS,                                                    PLAINTIFF,

V.                                    **ORDER**

BEN FIELDS, *et al.*,                                          DEFENDANT.

*** *** *** ***

The Court previously denied Plaintiff Sabrina Adkins' motion to proceed *in forma pauperis* without prejudice due to her failure to follow the requirements prescribed under 28 U.S.C. § 1915(a).  [R. 6].  To date, Adkins has not paid the requisite filing fee nor renewed her motion to proceed *in forma pauperis* in conformity with § 1915(a).  Accordingly,

**IT IS ORDERED** that Adkins shall pay the requisite filing fee or, alternatively, file a new motion to proceed *in forma pauperis* **no later than Friday, February 18, 2022**.

Signed February 11, 2022.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**