UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
C.A. NO. 7:22-cv-00007-REW-EBA
*"Electronically Filed"*

SABRINA ADKINS                                                                PLAINTIFF

v.

BEN FIELDS, et al                                                             DEFENDANTS

---

MOTION TO PROCEED IN FORMA PAUPERIS

---

  Comes the Plaintiff, Sabrina Adkins, by counsel and moves to proceed in forma pauperis. In support of this motion the Plaintiff states that at the time of filing she was incarcerated. She has since been released and attaches her amended application to proceed in District Court without prepaying fees or costs.

  WHEREFORE, an appropriate order is sought.

                RESPECTFULLY SUBMITTED,

                S/NED PILLERSDORF
                NED PILLERSDORF
                PILLERSDORF LAW OFFICES
                124 WEST COURT STREET
                PRESTONSBURG, KENTUCKY 41653
                PH: (606) 886-6090
                pillersn@gmail.com

CERTIFICATE OF SERVICE

  This is to certify that the foregoing was electronically filed, on this the 17th day of February, 2022.

                S/NED PILLERSDORF
                NED PILLERSDORF