UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
C.A. NO. 7:22-cv-00007-REW-EBA
*"Electronically Filed"*

SABRINA ADKINS                                                    PLAINTIFF

v.

BEN FIELDS, et al                                                DEFENDANTS

_____

ORDER

_____

This matter, pending for consideration of Plaintiff's motion to proceed in forma pauperis, the Court having reviewed the application filed in support of said motion, and being otherwise sufficiently advised, it is hereby ORDERED that the motion is granted and the Plaintiff may proceed herein without payment of costs or fees.


_____
JUDGE UNITED STATES DISTRICT COURT

Date and Entry of Service: