UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS,                                                                      PLAINTIFF,

V.                                                       **ORDER**

BEN FIELDS, *et al.*,                                                             DEFENDANTS.

*** *** *** ***

Plaintiff Sabrina Adkins has moved the Court for leave to proceed *in forma pauperis*. [R. 8].  Adkins moved for the same previously while she was incarcerated, and the Court denied the motion without prejudice because she did not provide a certified copy of her prison trust fund account as required under 28 U.S.C. 1915(a)(2).  [R. 3, 6].

Now, Adkins represents that she is no longer incarcerated.  [R. 8].  Accordingly, and under Local Rule 5.4(b), "A non-prisoner seeking leave to proceed in forma pauperis in a civil action must file a fully completed Application to Proceed Without Prepayment of Fees or a motion and affidavit that includes the same information."  LR 5.4(b).  With her motion to proceed *in forma pauperis*, Adkins tendered a completed Application to Proceed Without Prepayment of Fees.  The Court finds that the information included therein is sufficient to allow Adkins to proceed *in forma pauperis* in the above-captioned matter.  Upon review of Adkins' motion, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Sabrina Adkins' motion to proceed *in forma pauperis* [R. 8] is **GRANTED**.

Signed February 22, 2022.



**Signed By:**
*Edward B. Atkins* ℰℬᴬ
**United States Magistrate Judge**