UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF KENTUCKY  
SOUTHERN DIVISION  
PIKEVILLE  
C.A. NO. 7:22-cv-00007-REW-EBA  
*"Electronically Filed"*

SABRINA ADKINS                                              PLAINTIFF

v.

BEN FIELDS, et al                                       DEFENDANTS

NOTICE OF FILING

Comes the Plaintiff, by counsel and hereby gives notice of the filing of the summons to be issued and served to the Defendants for service of the Complaint.

                    RESPECTFULLY SUBMITTED,

                                                S/NED PILLERSDORF  
                                                NED PILLERSDORF  
                                                PILLERSDORF LAW OFFICES  
                                                124 WEST COURT STREET  
                                                PRESTONSBURG, KENTUCKY 41653  
                                                PH: (606) 886-6090  
                                                pillersn@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed, on this the 23rd day of February, 2022.

                                                  S/NED PILLERSDORF  
                                                NED PILLERSDORF