USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sabrina Adkins | 7:22-cv-7-REW-EBA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ben Fields, et al | Summons, Complaint & Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ben Fields, Individually and in his Official Capacity

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Letcher County Sheriff's Department, 6 Broadway Street, Whitesburg, KY 41858

Eastern District of Kentucky
FILED
FEB 24 2022
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, KY 41653

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Also Serve:  Mickey Stines
Letcher County Sheriff
6 Broadway Street
Whitesburg, KY 41858

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>606-886-6090 | DATE<br>2/23/2022 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 32 | No. 32 | [signature] | 2/24/22 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 2-24-22 | 1400 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $50.31 | NA | $180.31 | NA | $180.31 |

REMARKS: Served both Sheriff Stines and Ben Fields at the Letcher County Sheriff's Office.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| SABRINA ADKINS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 7:22-cv-00007-REW-EBA |
| BEN FIELDS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DEPUTY SHERIFF WITH THE LETCHER COUNTY SHERIFF'S DEPARTMENT. et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BEN FIELDS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A
DEPUTY WITH THE LETCHER COUNTY SHERIFF DEPARTMENT
6 BROADWAY STREET
WHITESBURG, KENTUCKY 41858

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/23/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*  rcb

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky ▼

| | |
|---|---|
| SABRINA ADKINS<br><br>*Plaintiff(s)*<br>v.<br>BEN FIELDS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DEPUTY SHERIFF WITH THE LETCHER COUNTY SHERIFF'S DEPARTMENT, et al<br><br>*Defendant(s)* | Civil Action No. 7:22-cv-00007-REW-EBA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICKEY STINES, LETCHER COUNTY SHERIFF
6 BROADWAY STREET
WHITESBURG, KENTUCKY 41858

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  02/23/2022

*Signature of Clerk or Deputy Clerk*    rcb

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:22-cv-00007-REW-EBA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ben Fields + Sheriff Mickey Stines
was received by me on *(date)* 2-24-2022

☒ I personally served the summons on the individual at *(place)* Letcher County Sheriff's Office 6 Broadway St, Whitesburg, KY    on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.31 for travel and $ 130.00 for services, for a total of $ 180.31 ~~0.00~~ ME

I declare under penalty of perjury that this information is true.

Date: 2-24-2022

*Server's signature*

Michael A. Elkins II   DUSM/E-KY
*Printed name and title*

110 Main Street, Pikeville, KY
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset