UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS                                                                              PLAINTIFF

-vs-                            **NOTICE OF ENTRY OF APPEARANCE**

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                    DEFENDANTS

---

Comes now Jonathan C. Shaw, Porter, Banks, Baldwin & Shaw, PLLC, 327 Main Street, P. O. Drawer 1767, Paintsville, Kentucky 41240-1767, Telephone No.: (606) 789-3747, Fax No.: (606) 789-9862, and hereby enters his appearance as counsel of record for <u>Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff</u>.  The Court, Clerk of the Court, and all counsel of record are hereby requested to furnish copies of all further correspondence, notices, motions, orders, pleadings, discovery requests, and all other papers relating to this action to the undersigned as counsel for the above defendant.

                                                PORTER, BANKS, BALDWIN & SHAW, PLLC
                                                327 Main Street, P.O. Drawer 1767
                                                Paintsville, Kentucky  41240-1767
                                                Telephone:    (606) 789-3747
                                                Facsimile:     (606) 789-9862

                              By:       <u>/s/ Jonathan C. Shaw</u>
                                                Jonathan C. Shaw
                                                jshaw@psbb-law.com
                                                Counsel for Defendant

CERTIFICATE OF SERVICE:

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653

This 25th day of February 2020.

                    By:    */s/ Jonathan C. Shaw*
                              Jonathan C. Shaw