UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

SABRINA ADKINS                                                                                              PLAINTIFFS

V.

BEN FIELDS, Individually                                                                           DEFENDANTS

___

### ENTRY OF APEARANCE
___

Comes now, **Jason E. Williams, Esq**. of the law firm of **Williams & Towe Law Group, PLLC.,** and provides notice to all parties that he is entering an appearance as counsel of record for Defendant Ben Fields, in his individual capacity. Copies of all future pleadings, notices, orders, and all other filings as well as discovery documents should be sent electronically to this counsel at jason@wftlaw.com, and brandy@wftlaw.com.

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By:   /s/Jason E. Williams
      JASON E. WILLIAMS, Esq.
      *Counsel for Defendant, Ben Fields, individually.*

1

## **CERTIFICATE OF SERVICE:**

I hereby certify that on March 16, 2022, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653


    /s/ Jason E. Williams_____

    Jason E. Williams, Esq.

    *Counsel for Defendants*