UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

SABRINA ADKINS                                                          PLAINTIFFS

V.

BEN FIELDS, Individually                                   DEFENDANTS

## MOTION FOR EXTENSION OF TIME

Comes the Defendant, Ben Fields, individually, and by and through counsel, and for his Motion for Extension of Time to file an Answer / Responsive Pleading and states as follows:

On January 31, 2022, Plaintiff counsel filed this action against the defendants Ben Fields, Mickey Stines, Letcher County Sheriff, and various John Doe's. On February 24, 2022, a Summons issued to Defendant Ben Fields was served requiring an Answer to be filed by March 17, 2022.

After the case was initially referred to the Honorable Jonathan Shaw to represent the defendants, a determination was made that separate counsel was needed for defendant Ben Fields.

Undersigned counsel received assignment to represent Mr. Fields on February 28, 2022.

It was not until several days thereafter that defense counsel was able to make contact with defendant Ben Fields. On March 10, 2022, undersigned counsel contacted counsel for the plaintiff Honorable Ned Pillersdorf, who indicated that he was agreeable, and had no objection to the defendant having an additional twenty (20) days to file an Answer in this action. It is undersigned counsel's good faith belief that there is no objection to the requested short extension.

1

This Motion is made in order that the defense counsel have adequate time research the facts and defenses available to the defendant before filing an Answer or Responsive Pleading.

Accordingly, undersigned counsel prays that he has up until April 6, 2022, to file an Answer / Responsive Pleading on behalf of defendant Ben Fields in is individual capacity.

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com


By:   /s/Jason E. Williams
      JASON E. WILLIAMS, Esq.
      *Counsel for Defendant, Ben Fields, individually.*

## CERTIFICATE OF SERVICE:

I hereby certify that on March 16, 2022, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

## COPIES TO:

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
124 West. Court Street
Prestonsburg, Kentucky 41653


Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com


/s/ Jason E. Williams_____

Jason E. Williams, Esq.

*Counsel for Defendants*