UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

| | |
|---|---|
| SABRINA ADKINS | PLAINTIFFS |
| V. | |
| BEN FIELDS, Individually | DEFENDANTS |

## ORDER

Motion having been made by the Defendant Ben Fields, in his individual capacity, to have an additional twenty (20) days to file an Answer or Responsive Pleading to the Complaint filed herein, and the Court being sufficiently advised, it is hereby ordered that the Motion for Extension of Time is sustained.

Defendant Ben Fields, in his individual capacity shall file his Answer and/or Responsive Pleading to the Complaint filed herein no later than April 6, 2022.

It is so ordered on this ____, day of _____, 2022.

_____

Magistrate Judge Adkins

1

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com


Jason E. Williams Esq.
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40471
jason@wftlaw.com
brandy@wftlaw.com

2