*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| SABRINA ADKINS | ) |
| AND | ) |
| JENNIFER HILL | ) |
|     PLAINTIFFS | ) |
| V. | ) |
| BEN FIELDS, Individually And in his Official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department | ) **PLAINTIFF JENNIFER HILL'S MOTION TO PROCEED** *IN FORMA PAUPERIS* |
| UNKNOWN SUPERVISORS OF BEN FIELDS | ) |
| AND | ) |
| MICKEY STINES, LETCHER COUNTY SHERIFF | ) |
|     DEFENDANTS | ) |

    Comes the Plaintiff, Jennifer Hill, by counsel and moves to proceed in forma pauperis. In support of this motion the Plaintiff states that at the time of this filing she is incarcerated at the Kentucky River Regional Jail ("KRRJ"). Filed herewith are Plaintiff Jennifer Hill's Application to Proceed in District Court without Prepaying Fees or Costs, as well as a copy of her KRRJ trust fund account statement maintained by Kellwell Commissary, an outside vendor to KRRJ.

Undersigned understands this to be the KRRJ's institutional equivalent to a certified copy of the trust fund account statement, as evidenced by the electronic communication with KRRJ's Administrative Office Assistant which is also filed herewith.

WHEREFORE, an appropriate order is sought.

Respectfully submitted,

/s/  Bethany N. Baxter
JOE F. CHILDERS
BETHANY N. BAXTER
CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, Kentucky 41653
Telephone: (606) 886-6090

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS