## Attorney Request, Inmate Jennifer Hill

**Lillie Noble** <perryjail.noble@outlook.com>                              Wed, Mar 16, 2022 at 1:58 PM
To: Bethany Baxter <bethany@jchilderslaw.com>

Good Afternoon Bethany,


 I handle Inmate records and accounts here at KRRJ. The email request you have sent is asking for a certified copy of Inmate Hill's trust fund account  All of our accounts are logged electronically by an outside company  At this time, we cannot offer a certified copy of her account  However, we have provided Inmate Hill with a printed copy of her trust account. She can provide you with a copy at her discretion.
As far as releasing a copy to you, we will have to have a request of records with her authorized release of information attached.




*Respectfully,*

**Lillie Noble**
*Administrative Office Assistant*
**Kentucky River Regional Jail**
*Ph: (606) 436-4032*
*Fax: (606) 435-8314*

---

**From:** Bethany Baxter <bethany@jchilderslaw.com>
**Sent:** Wednesday, March 16, 2022 10 34 AM
**To:** Tanner Hesterberg <jthest01@yahoo.com>; perryjail.noble@outlook.com <perryjail.noble@outlook.com>
**Subject:** Attorney Request, Inmate Jennifer Hill

[Quoted text hidden]