*Electronically Filed*
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO.  7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **JENNIFER HILL** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **BEN FIELDS, Individually** ) | |
| **And in his Official capacity as** ) | **ORDER GRANTING** |
| **a Deputy Sheriff with the** ) | **PLAINTIFF JENNIFER HILL'S** |
| **Letcher County Sheriff's Department** ) | **MOTION TO PROCEED** *IN* |
| ) | *FORMA PAUPERIS* |
| **UNKNOWN SUPERVISORS** ) | |
| **OF BEN FIELDS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF** ) | |
| ) | |
| **DEFENDANTS** ) | |

Plaintiff Jennifer Hill has moved this Court for leave to proceed *in forma pauperis.* Upon review of Hill's motion, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Jennifer Hill's motion to proceed *in forma pauperis* is **GRANTED**.

Signed March _____, 2022.

_____
UNITED STATES DISTRICT JUDGE