UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                                              PLAINTIFFS,

V.                                              **ORDER**

BEN FIELDS,
*in his individual capacity*, *et al.*,                                                        DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion by Defendant Ben Fields, in his individual capacity, for an extension of time to file an Answer or otherwise respond to Plaintiffs' Complaint. [R. 16]. Fields states that that counsel for Sabrina Adkins, Ned Pillersdorf, does not object to Fields having an additional twenty (20) days to respond to the Complaint. Fields further represents that it is his counsel's good faith belief that other Plaintiff does not object to an extension. Accordingly,

**IT IS ORDERED** that Defendant Fields' motion [R. 16] is **GRANTED**. Fields, in his individual capacity, shall file his Answer or otherwise respond to the Complaint no later than April 6, 2022.

Signed March 17, 2022.



Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**