UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                                 PLAINTIFFS,

V.                                                    **ORDER**

BEN FIELDS,
*in his individual capacity, et al.*,                                                    DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff Jennifer Hill's motion to proceed *in forma pauperis*. [R. 18]. To be successful, a prisoner's motion to proceed *in forma pauperis* must include the following: (1) "an affidavit that includes a statement of all assets" in the prisoner's possession which also "state[s] the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress"; and (2) "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1)–(2).

Here, Hill's motion provides: (1) an Application to Proceed in District Court without Prepaying Fees or Costs, and (2) electronic correspondence with KRRJ's Administrative Office Assistant verifying that the facility's trust account statement is an institutional equivalent to a certified copy of a trust fund statement. Hill filed her KRRJ trust account statement separately. [R. 20]. Thus, Hill's motion satisfies the requirements under 28 U.S.C. § 1915. Having fully considered the motion, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Hill's motion to proceed *in forma pauperis* [R. 18] is **GRANTED**.

Signed March 17, 2022.

Signed By:
*Edward B. Atkins* EBA
**United States Magistrate Judge**