*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO.  7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** )<br>)<br>**AND** )<br>)<br>**JENNIFER HILL** )<br>)<br>    **PLAINTIFFS** )<br>)<br>**V.** )<br>)<br>**BEN FIELDS, Individually** )<br>**And in his Official capacity as** )<br>**a Deputy Sheriff with the** )<br>**Letcher County Sheriff's Department** )<br>)<br>**UNKNOWN SUPERVISORS** )<br>**OF BEN FIELDS** )<br>)<br>**AND** )<br>)<br>**MICKEY STINES, LETCHER COUNTY** )<br>**SHERIFF** )<br>)<br>    **DEFENDANTS** ) | **NOTICE OF FILING** |

    Comes the Plaintiffs, Sabrina Adkins ("Sabrina") and Jennifer Hill ("Jennifer") (together "Plaintiffs"), by and through counsel, and file prepared summons to be issued by the Clerk for the Eastern District of Kentucky, and to be served with the Plaintiffs' First Amended Complaint [D.E. No. 17].

Respectfully submitted,

/s/ Bethany N. Baxter
JOE F. CHILDERS
BETHANY N. BAXTER

CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, Kentucky 41653
Telephone: (606) 886-6090

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS