UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL                                                           PLAINTIFFS

V.

BEN FIELDS, Individually                                                DEFENDANTS

___

**ORDER**
___

    Motion having been made by the Defendant Ben Fields, in his individual capacity, for a Stay of Civil Proceedings pending the conclusion of any Criminal matter that is brought against him relating to the allegations contained in the Complaint, and the Court being sufficiently advised sustains said Motion.

    This matter shall be stayed for a period of ninety (90) days, at which point the parties shall file a Status Report with the Court as to whether Criminal Proceedings against the Defendant have been filed and/or are proceeding.

    Upon a report of the parties that criminal charges will not be filed, or that any criminal action has concluded the Answer of the Defendant shall be filed no later than ten (10) days of the entry of any Judgment or Order disposing of said matters.

    It is so ordered on this ____, day of _____, 2022.

                                                     _____
                                                     Magistrate Judge Adkins

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com


Jason E. Williams Esq.
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40471
jason@wftlaw.com
brandy@wftlaw.com