UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                    PLAINTIFFS,

V.                                              **ORDER**

BEN FIELDS, *et al.*,                                                        DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion by Defendant Ben Fields, in his individual capacity, to stay proceedings in the above-captioned matter pending the resolution of any criminal proceedings that may be initiated.  [R. 27].  Mr. Fields states that, upon information and belief, that there is an open criminal investigation regarding the very same conduct which underlies the facts alleged in the Complaint and Amended Complaint.  In order to fully consider the motion, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the remaining Defendants and Plaintiffs shall respond to Defendant Ben Fields' motion [R. 27], indicating their position regarding a stay of proceedings in this matter, no later than April 15, 2022.

Signed April 7, 2022.



Signed By:
*Edward B. Atkins*
**United States Magistrate Judge**