*Electronically Filed*
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **JENNIFER HILL** ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **BEN FIELDS, Individually** ) | |
| **And in his Official capacity as** ) | **ORDER** |
| **a Deputy Sheriff with the** ) | |
| **Letcher County Sheriff's Department** ) | |
| ) | |
| **UNKNOWN SUPERVISORS** ) | |
| **OF BEN FIELDS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF** ) | |
| ) | |
|     **DEFENDANTS** ) | |

Defendant Ben Fields has moved the Court to stay this action pending an alleged criminal investigation which has not yet resulted in an indictment of Fields. Having reviewed the motion and the memoranda of law filed by the parties, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the motion to stay this action is hereby DENIED.

Dated this ___ day of April, 2022.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE