UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, and
JENNIFER HILL                                                                                          PLAINTIFFS

-vs-         **RESPONSE IN SUPPORT OF R. 27 MOTION TO STAY**

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                  DEFENDANTS

_____

Come now the Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff and for their response to R. 27 motion for stay states that they are in support of co-defendants motion and that to continue with discovery runs the risk of inadvertently interfering with an active criminal investigation. Defendants request that an Answer to the First Amended Complaint shall not be due until ten (10) days following the lifting of any stay granted.

WHEREFORE, Defendants request that the motion be granted and all other relief to which the Defendants may appear entitled.

                                                PORTER, BANKS, BALDWIN & SHAW, PLLC
                                                327 Main Street, P.O. Drawer 1767
                                                Paintsville, Kentucky 41240-1767
                                                Telephone:   (606) 789-3747
                                                Facsimile:    (606) 789-9862

                             By:    */s/ Jonathan C. Shaw*_____
                                                      Jonathan C. Shaw
                                                      jshaw@psbb-law.com

        Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff

CERTIFICATE OF SERVICE:

I hereby certify that on April 12, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and electronic notice of filing was forwarded to:

Ned Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743

By: */s/ Jonathan C. Shaw*
Jonathan C. Shaw