UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                                                          PLAINTIFFS

-vs-            **JOINT REPORT OF THE PARTIES' PLANNING MEETING**

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                           DEFENDANTS
_____

Pursuant to the Federal Rules of Civil Procedure, this report is submitted jointly by the Plaintiffs and Defendants:

1.   A meeting was held on April 29, 2022. It was attended by Hon. Joe F. Childers, Hon. Bethany Baxter, and Hon. Ned B. Pillersdorf, counsel for Plaintiffs SABRINA ADKINS and JENNIFER HILL; Hon. Jonathan C. Shaw, counsel for Defendants BEN FIELDS IN HIS OFFICIAL CAPACITY AS DEPUTY SHERIFF WITH THE LETCHER COUNTY SHERIFF'S DEPARTMENT AND MICKEY STINES, LETCHER COUNTY SHERIFF and Hon. Jason E. Williams, counsel for Defendant BEN FIELDS, Individually.

2.          **PRE- DISCOVERY DISCLOSURES.**

The parties have not exchanged Rule 26 disclosures and expect to so within forty five (45) days.

3.          **DISCOVERY PLAN.**

The parties jointly propose to the Court the following discovery plan:

           A.     Discovery will be needed concerning the claims asserted by Plaintiffs in

        this action, the defenses raised by the Defendants, as well as claimed damages.

    B.    All factual discovery will be completed by **February 14, 2023**.

    C.    A maximum of **(30)** Interrogatoriesby each party to any other party shall be submitted, subject to further Order of the Court.

    D.    Reports obtained from experts under FRCP 26(a)(2):

        [1]    From the Plaintiffs by **December 1, 2022.**

        [2]    From the Defendants by **January 17, 2023**.

        [3]    Any rebuttal expert reports from the Plaintiffs by February 15, 2023.

    E.    All expert discovery will be completed by **March 30, 2023**.

    F.    The parties are under a duty to supplement their responses in accordance with FRCP 26(e).

4.    **OTHER ITEMS.**

    A.    The parties do not request a conference with the Court before entry of the Scheduling Order.

    B.    The parties request a pre-trial conference in early **April, 2023**.

    C.    The parties should be allowed until **December 14, 2022**, to join additional parties or to amend the pleadings.

    D.    All potentially dispositive motions should be filed by **March 30, 2023.**

    E.    Settlement cannot be evaluated prior to the completion of factual discovery. Mediation or a federal settlement conference may be suitable.

    F.    Final lists of witnesses and exhibits under FRCP 26(a)(3) should be due pursuant to the normal course and practice of the Court.

    G.    The parties shall have fourteen (14) days after service of a final list of

|   |   |   |
|---|---|---|
|   |   | witnesses and exhibits to list objections under FRCP 26(a)(3). |
|   | H. | This case should be ready for trial by **May, 2023**, and, at this time, it is expected to take approximately 5 trial days. |
|   | I. | The parties **do not** consent to this matter being referred to the magistrate judge for all purposes, including entry of judgment pursuant to 28 U.S.C. §6360. |
|   | J. | As to the Court's concern about misjoinder, the parties propose that they report back to the Court after discovery has commenced, no later than August 31, 2022. |

*/s/ Joe F. Childers*_____
JOE F. CHILDERS
BETHANY N. BAXTER
CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

and

NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, Kentucky 41653
Telephone: (606) 886-6090
*Counsel for Plaintiffs*


*/s/  Jonathan C. Shaw*_____
Hon. Jonathan C. Shaw
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields*
*in his official capacity as Deputy Sheriff*
*with the Letcher County Sheriff's Department*
*and Mickey Stines, Letcher County Sheriff*

*/s/_ Jason E. Williams*_____
Hon. Jason E. Williams
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jshaw@psbb-law.com
***Counsel for Defendant Ben Fields, Individually***