UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL,                                                                                        PLAINTIFFS,

V.                                    **SCHEDULING ORDER**

BEN FIELDS,
*in his individual capacity*, *et al.*,                                                                DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and upon consideration of the parties' Rule 26(f) report [R. 36], the Court **ADOPTS** the following schedule for the disposition of this case:

1. The parties shall exchange Rule 26(a)(1) disclosures by **June 20, 2022**. These disclosures need not be filed in the Court record. The parties shall timely exchange supplemental information as required by Rule 26(e). Supplementation is due within 30 days of discovery of new information or the need to supplement but shall occur no later than 30 days prior to the discovery deadline.

2. The parties are directed to file a status with the Court no later than **August 31, 2022**, addressing the issue of misjoinder in this matter.

3. This action is assigned for a telephonic mid-discovery conference on **Wednesday, November 9, 2022**, **at 1:30 p.m**., and shall be **ON THE RECORD**, from **LEXINGTON**. Counsel shall access the conference by calling AT&T Teleconferencing at 1-

877-336-1839; entering the access code 4162817 (followed by #); and when requested, entering the security code 0057 (followed by #).

    4.    The parties shall file any motion to join parties or amend pleadings by **December 14, 2022**.

    5.    Per Fed. R. Civ. P. 26(a)(2), no later than **December 1, 2022**, the plaintiff shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Fed. R. Civ. P. 26(a)(2)(B) expert witness and/or written summaries consistent with Fed. R. Civ. P. 26(a)(2)(C), as applicable, all in compliance with the rule. The same is required by the defendant no later than **January 17, 2023**. These disclosures need not be filed in the Court record.

    6.    All pretrial fact discovery shall be completed no later than **February 14, 2023**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

    7.    No later than **March 30, 2023**, counsel for the parties shall complete all expert discovery. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

    8.    A status report is due no later than **March 30, 2023 (close of discovery)**. The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).

    9.    The parties shall have to and including **March 30, 2023**, by which to file all dispositive and *Daubert* motions. For each, response and reply times shall apply as per Local Rule 7.1(c). A courtesy copy of briefs and memoranda in support of motions must be provided

to Judge Weir's Chambers within 48 hours of electronic filing; said courtesy copy should be in paper form or emailed (in electronic format using Microsoft Word), to: weir_chambers@kyed.uscourts.gov.

Requests to modify any dates or deadlines established by this order shall be submitted upon motion filed prior to expiration of the deadline in question, and upon showing of good cause beyond the control of counsel in the exercise of due diligence. *See* L.R. 7.1(b).

Signed May 31, 2022.

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge