UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, and
JENNIFER HILL                                                                                           PLAINTIFFS

-vs-                                          **NOTICE OF SERVICE**

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                      DEFENDANTS

---

The Court will take notice that the Defendant MICKEY STINES, LETCHER COUNTY SHERIFF tendered Interrogatories and Request for Production of Documents to the Plaintiffs on the 31st day of May, 2022.

        PORTER, BANKS, BALDWIN & SHAW, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky 41240-1767
        Telephone:   (606) 789-3747
        Facsimile:    (606) 789-9862

By:   */s/ Jonathan C. Shaw*
       Jonathan C. Shaw
       jshaw@psbb-law.com
       Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff

CERTIFICATE OF SERVICE:

I hereby certify that on May 31, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and electronic notice of filing was forwarded to:

Ned Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743

        By: */s/ Jonathan C. Shaw*_____
           Jonathan C. Shaw