UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                                                           PLAINTIFFS

-vs-                      **RULE 26(A)(1) INITIAL DISCLOSURES**

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                 DEFENDANTS

_____

Come now the Defendants <u>Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff,</u> by and through counsel, and hereby submits their Rule 26 Disclosures in conformance with FRCP 26(1)(a)(b) and (d).

(A)   The following individuals may have discoverable information relevant to the facts of this case:

   i)   Sabrina Adkins, Plaintiff;

   ii)   Jennifer Hill, Plaintiff;

   iii)   Ben Fields, Defendant;

   iv)   Mickey Stines, Defendant;

   v)   James W. Craft, II, Letcher Circuit Court Judge;

   vi)   Kevin Mullins, District Judge;

   vii)   Hon. Gerald DeRossett, former attorney for Ms. Adkins;

    viii) Hon. Edison Banks, Commonwealth Attorney;

    ix) Patty Stockham, owner of Eastern Kentucky Corrections Services, Inc., 1319 Siloam Street, South Shore, KY 41175;

    x) Any witnesses identified by the Plaintiff in the complaint;

    xi) Any witness listed by Plaintiff or co-Defendant.

(B) The following documents may be used to support the defenses raised in this action:

- Social media messaging between Adkins and Fields in possession of Adkins;
- District and Circuit Court criminal proceedings / pleadings relative to Plaintiffs;
- Plaintiffs jail files;
- Records in possession of Eastern Kentucky Corrections Services, Inc;
- Ben Fields personnel file;
- Letcher County Sheriff Office Policies and Procedures

(C) The Defendants do not claim any damages in this action at this time.

(D) The defendant is insured through Kentucky Association of Counties. A certificate of insurance and policy has been requested and will be supplemented upon receipt.

(E) No expert witnesses have been identified at this time for this defendant.

        PORTER, BANKS, BALDWIN & SHAW, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky 41240-1767
        Telephone:  (606) 789-3747
        Facsimile:  (606) 789-9862

By:  */s/ Jonathan C. Shaw*
     Jonathan C. Shaw
     jshaw@psbb-law.com
     *Counsel for Defendant Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff*

CERTIFICATE OF SERVICE:

I hereby certify that on June 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743

By:  */s/ Jonathan C. Shaw*
     Jonathan C. Shaw