UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

SABRINA ADKINS                                                          PLAINTIFFS

V.

BEN FIELDS, Individually                                               DEFENDANTS

---

**DEFENDANTS RULE 26 DISCLOSURES**

_____

Comes the Defendants and for their Rule 26 Disclosures and state as follows pursuant to this Court's Order and Fed. R. Civ. P. 26 (a) (1):

A. **The name, and if known the address and telephone number of each individual likely to have discoverable information- along with the subjects of that information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

1. Sabrina Adkins, Pike County, Kentucky. Ms. Adkins, Plaintiff, may have information relating to the allegations in the Complaint.

2. Jennifer Hill, Perry County, Kentucky. Ms. Hill, Plaintiff, may have information relating to the allegations in the Complaint.

3. Ben Fields, Letcher County, Kentucky. Defendant.

4. Sheriff Mickey Stines, Letcher County, Kentucky. This individual can be contacted through counsel. This individual may have knowledge of Defendants employment, and training.

1

5. Deputy Whitaker, Letcher County, Kentucky. This individual can be contacted through counsel. This individual may have knowledge regarding the allegations in the Plaintiff's Complaint.

6. Former Sheriff Danny R. Webb, Letcher County, Kentucky. This individual can be contacted through counsel. This individual may have knowledge of Defendants employment, and training.

7. James W. Craft, II, Letcher County, Kentucky. Letcher Circuit Court Judge.

8. Kevin Mullins, District Judge of Letcher County, Kentucky.

9. Hon. Gerald Derossett, Plaintiff Adkins former attorney.

10. Hon. Edison Banks, Commonwealth Attorney.

11. Patty Stockham, owner of Eastern Kentucky Corrections Services, Inc., 1319 Siloam Street, South Shore, Kentucky 41175.

12. Unnamed supervisors mentioned in Plaintiff's Complaint.

13. Certain witnesses identified by any other party.

B. **A copy or a description by category and location of all documents, electronically stored information and tangible things that the disclosing party has in his possession, custody or control of that party may use to support its claim or defenses, unless the use would be solely for impeachment:**

1. Employee file of Ben Fields.

2. Text messages produced by Sabrina Adkins.

3. District and Circuit Court criminal proceedings / pleadings relative to Plaintiffs.

4. Records in possession of Eastern Kentucky Corrections Services, Inc.

5. Any documents listed by Plaintiff or co-Defendant.

C. **A computation of each category of damages claimed by this disclosing parties: Defendants are not claiming damages in this action:**

1. Not applicable to this party**.**

D. **For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify and reimburse for payments made to satisfy the judgment:**

1. Provided declaration sheet and policy from the Kentucky Association of Counties All Lines Fund.

E. **No expert witnesses have been identified at this time for this defendant.**

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By:   /s/Jason E. Williams
      JASON E. WILLIAMS, Esq.
      *Counsel for Defendant, Ben Fields, individually.*

3

## CERTIFICATE OF SERVICE:

I hereby certify that on June 20, 2022, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

/s/ Jason E. Williams_____

Jason E. Williams, Esq.

*Counsel for Defendant*

4