**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**EASTERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO. 3:22-cv-0007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS and** ) | |
| **JENNIFER HILL** ) | |
| ) | |
| PLAINTIFF ) | |
| ) | **NOTICE OF SERVICE OF** |
| V. ) | **PLAINTIFFS SABRINA ADKINS** |
| ) | **AND JENNIFER HILL'S COMBINED** |
| **BEN FIELDS and** ) | **RULE 26(a)(1) DISCLOSURES** |
| **MICKEY STINES** ) | |
| ) | |
| DEFENDANTS ) | |

Comes the Plaintiffs, Sabrina Adkins (hereinafter "Sabrina") and Jennifer Hill (hereinafter "Jennifer"), by and through counsel, and hereby notifies the Court that they have submitted their Rule 26(a)(1) disclosures to opposing counsel this date, by electronic means.

Respectfully submitted,

/s/ Bethany N. Baxter
JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF

        TANNER HESTERBURG
        **PILLERSDORF LAW OFFICES**
        124 West Court Street
        Prestonsburg, Kentucky 41653

        COUNSEL FOR PLAINTIFFS
        SABRINA ADKINS AND JENNIFER HILL

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

        /s/ Bethany N. Baxter
        COUNSEL FOR PLAINTIFFS