UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

| | |
|---|---|
| SABRINA ADKINS and<br>JENNIFER HILL | PLAINTIFFS |
| V. | |
| BEN FIELDS, Individually | DEFENDANTS |

### NOTICE OF SERVICE
_____

Comes now the Defendant, **Ben Fields**, Individually, by and through counsel, and hereby gives notice to the Court that he has served the Plaintiff, **Sabrina Adkins**, Interrogatories and Request for Production of Documents, herein on this 1st day of July, 2022.

    Respectfully submitted,

    Jason E. Williams, Esq.
    Williams and Towe Law Group
    303 S. Main Street
    London, KY 40743
    Telephone (606) 877-5291
    jason@wftlaw.com
    brandy@wftlaw.com

By: /s/Jason E. Williams
    JASON E. WILLIAMS, Esq.
    *Counsel for Defendant, Ben Fields, individually.*

1

## CERTIFICATE OF SERVICE:

I hereby certify that on July 1, 2022, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

/s/ Jason E. Williams_____

Jason E. Williams, Esq.

*Counsel for Defendant*