**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**EASTERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO. 3:22-cv-0007-REW-EBA**

| | |
|---|---|
| SABRINA ADKINS | ) |
| AND | ) |
| JENNIFER HILL | ) |
|     PLAINTIFFS | ) |
| V. | ) |
| BEN FIELDS, Individually And in his Official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department | ) PLAINTIFFS' NOTICE OF INTENT ) TO SERVE NON-PARTY SUBPOENA |
| UNKNOWN SUPERVISORS OF BEN FIELDS | ) |
| AND | ) |
| MICKEY STINES, LETCHER COUNTY SHERIFF | ) |
|     DEFENDANTS | ) |

Pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiffs Sabrina Adkins and Jennifer Hill, by and through counsel, hereby give notice to the parties of their intent to serve a non-party subpoena to produce documents and information upon Eastern Kentucky Corrections Services, Inc. A copy of the subpoena is attached hereto as **EXHIBIT A.**

Respectfully submitted,

/s/Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
TANNER HESTERBURG
**PILLSERDORF LAW OFFICES**
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS
SABRINA ADKINS AND JENNIFER HILL

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS