UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA
*"Electronically Filed"*

SABRINA ADKINS and
JENNIFER HILL                                                                       PLAINTIFFS

-vs-

BEN FIELDS, et al                                                                    DEFENDANTS

---

### MOTION TO WITHDRAW
### AS TO PLAINTIFF, JENNIFER HILL

---

Comes the undersigned counsel and moves to withdraw as counsel for Jennifer Hill. In support of this motion, the undersigned counsel states that he and his office staff have been unable to locate Jennifer Hill to sign discovery responses. The undersigned counsel has also been recently made aware that there is a bench warrant for Ms. Hill that was entered on April 28, 2022, from the Letcher Circuit Court.

WHEREFORE, an appropriate order is sought allowing the law firms of Pillersdorf Law Offices and Childers & Baxter to withdraw.

RESPECTFULLY SUBMITTED,

s/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KY  41653
(606) 886-6090 – Telephone
(606) 886-6148 – Facsimile
pillersn@gmail.com

1

CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed with the Court, and a copy mailed to Jennifer Hill, 490 Sergent Road, Whitesburg, KY 41858, on this 26th day of July 2022.

s/Ned Pillersdorf
NED PILLERSDORF