UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA
*"Electronically Filed"*

SABRINA ADKINS and
JENNIFER HILL                                                                                   PLAINTIFFS

-vs-

BEN FIELDS, et al                                                                               DEFENDANTS

---

### ORDER

---

Upon motion of counsel for the Plaintiff, Jennifer Hill, and the Court being otherwise fully and sufficiently advised, it is hereby ORDERED that Hon. Ned Pillersdorf, Pillersdorf Law Offices, and Childers & Baxter, be allowed to withdraw as counsel for the Plaintiff, Jennifer Hill.

SO ORDERED this _____ day of _____ 2022.

_____
JUDGE UNITED STATES DISTRICT COURT

Date and Entry of Service: