# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# EASTERN DIVISION AT PIKEVILLE
# CIVIL ACTION NO. 3:22-cv-0007-REW-EBA

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **JENNIFER HILL** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **BEN FIELDS, Individually** ) | |
| **And in his Official capacity as** ) | **NOTICE OF SERVICE OF** |
| **a Deputy Sheriff with the** ) | **DISCOVERY RESPONSES AND** |
| **Letcher County Sheriff's Department** ) | **DOCUMENTS SERVED ON** |
| ) | **PLAINTIFFS BY SUBPOENA** |
| **UNKNOWN SUPERVISORS** ) | |
| **OF BEN FIELDS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF** ) | |
| ) | |
| **DEFENDANTS** ) | |

Comes now the Plaintiff Sabrina Adkins, by and through counsel, and hereby give notice to the Court that on July 26, 2022 Plaintiff submitted her Responses the First Set of Interrogatories and Requests for Production of Documents propounded by Defendant Mickey Stines.

On this date Plaintiffs also served copies of all documents produced to Plaintiffs by Eastern Kentucky Corrections Services, Inc., which are being mailed to Defendants counsel by U.S. Post.

Respectfully submitted,

/s/ Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
TANNER HESTERBURG
**PILLSERDORF LAW OFFICES**
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS