UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                          PLAINTIFFS,

V.                                            **ORDER**

BEN FIELDS, *et al.*,                                                              DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

Counsel for Plaintiff Jennifer Hill, Ned Pillersdorf, has moved to withdraw as counsel in the above-captioned matter. To further discuss Mr. Pillersdorf's motion,

**IT IS ORDERED** that:

1. The parties shall appear telephonically before the undersigned for a Telephonic Conference to appear **ON THE RECORD**, originating from Pikeville, on **Tuesday, August 23, 2022 at 11:00 a.m.** The parties' counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID 407 735 011 (followed by #);

2. Mr. Pillersdorf is **DIRECTED** to provide the above dial-in instructions to Ms. Hill; and

3. Ms. Hill is **DIRECTED** to be in attendance for the above Telephonic Conference.

Signed August 10, 2022.

