**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**EASTERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO. 3:22-cv-0007-REW-EBA**

| | |
|---|---|
| SABRINA ADKINS )<br>)<br>AND )<br>)<br>JENNIFER HILL )<br>)<br>    PLAINTIFFS )<br>)<br>V. )<br>)<br>BEN FIELDS, Individually )<br>And in his Official capacity as )<br>a Deputy Sheriff with the )<br>Letcher County Sheriff's Department )<br>)<br>UNKNOWN SUPERVISORS )<br>OF BEN FIELDS )<br>)<br>AND )<br>)<br>MICKEY STINES, LETCHER COUNTY )<br>SHERIFF )<br>)<br>    DEFENDANTS ) | **NOTICE OF SERVICE OF**<br>**DISCOVERY RESPONSES** |

    Comes now the Plaintiff Sabrina Adkins, by and through counsel, and hereby give notice to the Court that on this date Plaintiff submitted her Responses to the First Set of Interrogatories and Requests for Production of Documents propounded by Defendant Ben Fields by U.S. Post.

Respectfully submitted,

/s/ Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
TANNER HESTERBURG
**PILLSERDORF LAW OFFICES**
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS