UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL MINUTES-TELEPHONE CONFERENCE

Case No. **7:22-cv-7-REW-EBA**           At: **Pikeville**           Date: **August 23, 2022**

**Style: Sabrina Adkins, et al v. Ben Fields, et al**

**PRESENT: HON. EDWARD B ATKINS, MAGISTRATE JUDGE**

Counsel Present for Plaintiff:       Ned Pillersdorf
                                      Bethany Nicole Baxter

Counsel Present for Defendants:  Jason E. Williams
                                      Jonathan C. Shaw

I, Tara Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-PIK__7-22-cv-7_20220823_105806

**PROCEEDINGS:   TELEPHONE CONFERENCE (Motion Hearing)**

  This matter having come before Court for a telephone conference to discuss the pending motion to withdraw as to plaintiff, Jennifer Hill. (R. 45). After hearing statements of plaintiff and counsel and being duly advised, the Court hereby ORDERS as follows:

1. Plaintiff's Motion to Withdraw (R. 45), is DENIED WITHOUT PREJUDICE. If issues arise, plaintiff's counsel shall file another motion to withdraw within thirty (30) days from entry of this order.

  This the 23rd day of August, 2022.



Signed By:
**Edward B. Atkins**  *EBA*
United States Magistrate Judge

Copies: COR
Deputy Clerk's Initials:  TDA
TIC: 0/07