**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**EASTERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO. 7:22-cv-0007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| **AND** | ) |
| **JENNIFER HILL** | ) |
|     **PLAINTIFFS** | ) |
| V. | ) |
| **BEN FIELDS, Individually** | ) |
| And in his Official capacity as | )   **NOTICE OF SERVICE OF** |
| a Deputy Sheriff with the | )   **DISCOVERY REQUESTS TO** |
| Letcher County Sheriff's Department | )   **DEFENDANT STINES AND** |
| | )   **DEFENDANT FIELDS** |
| **UNKNOWN SUPERVISORS** | ) |
| **OF BEN FIELDS** | ) |
| **AND** | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
|     **DEFENDANTS** | ) |

    Comes now the Plaintiffs, by and through counsel, and hereby give notice to the Court that on August 23, 2022 Plaintiffs tendered their First Set of Interrogatories and Requests for Production of Documents to Defendant Stines, and on August 25, 2022 Plaintiffs tendered their First Set of Interrogatories and Requests for Production of Documents to Defendant Fields.

Respectfully submitted,

/s/ Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
TANNER HESTERBURG
**PILLSERDORF LAW OFFICES**
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS