UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-cv-0007-REW-EBA

_____

| | |
|---|---|
| SABRINA ADKINS | ) |
| | ) |
| AND | ) |
| | ) |
| JENNIFER HILL | ) |
| | ) |
|     PLAINTIFFS | ) |
| | ) |
| V. | ) |
| | ) |
| BEN FIELDS, Individually | ) |
| And in his Official capacity as | ) |
| a Deputy Sheriff with the | ) |
| Letcher County Sheriff's Department | ) |
| | ) |
| UNKNOWN SUPERVISORS | ) |
| OF BEN FIELDS | ) |
| | ) |
| AND | ) |
| | ) |
| MICKEY STINES, LETCHER COUNTY | ) |
| SHERIFF | ) |
| | ) |
|     DEFENDANTS | ) |

_____

**PLAINTIFFS' BRIEF REGARDING ISSUE
OF MISJOINDER IN THIS MATTER**

_____

Come now the Plaintiffs, by and through counsel, and respectfully submit their brief regarding the issue of misjoinder in this matter, consistent with the Court's Scheduling Order, D.E. No. 37.

1

Plaintiffs Sabrina Adkins and Jennifer Hill were both put on home incarceration by the Letcher Circuit Court. They both were supervised by Defendant Ben Fields. Plaintiffs Sabrina Adkins and Jennifer Hill both allege that they were sexually harassed and assaulted by Defendant Ben Fields during the same time period in 2021. Both allege that Defendant Ben Fields abused his position of power as a Letcher County Deputy Sheriff, and that Letcher County Sheriff Mickey Stines was deliberately indifferent to the actions of Deputy Fields. The conduct of Defendant Fields, and the claims brought forth in this action, are virtually identical. Notably, the parties have already agreed that these cases should be joined, at the very least, for purposes of discovery given the similarities between their respective claims.

The purpose of Rule 20(a) is to promote judicial economy and trial convenience. The application of Rule 20(a) is governed by the principle that courts should allow "the broadest possible scope of action consistent with fairness to the parties; joinder of claims, parties and remedies is strongly encouraged." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 724 (1966). For purposes of Rule 20(a), "transaction or occurrence" are given a broad and liberal interpretation in order to avoid a multiplicity of suits. *LASA Per L'Industria Del Marmo Societa Per Azoini of Lasa, It. v. Alexander*, 414 F.2d 143, 147 (6th Cir. 1969) (citation omitted). It is beneficial to the Court, as well as Plaintiffs and Defendants, to litigate these claims in the same action.

Judge Bertelsman's opinion in *S.R. v. Kenton Cnty. Sheriff's Office* is illustrative. 302 F. Supp. 3d 821 (E.D. Ky. 2017). In this case two underaged school children brought claims pursuant to 42 U.S.C. Section 1983, alleging violation of the Fourth Amendment:

> Defendants' argument that S.R. and L.G.'s claims should be severed is not well taken. Their claims both allege a practice of unconstitutionally handcuffing young school children in the same school district by the same SRO. The record is replete with similarities in these children's situations: they are both young, of small stature,

2

> suffer from emotional disturbances that allegedly affect their behavior, and they have been elbow-cuffed by defendant Sumner in response to such behavior at school.
>
> Further, it is clear that a common question of law is present: whether the elbow-cuffing of these children was unconstitutional.

*Id*. at 831. Likewise, in this case there are significant similarities between the Plaintiffs' situations and the facts giving rise to their claims. Further, Plaintiffs both assert claims based on the same allegedly unconstitutional practices perpetrated by the same defendants.

Plaintiffs respectfully submit that the interests of judicial economy, convenience for the parties, and expediency all weigh in favor of permitting Plaintiffs' claims to proceed in one action.

        Respectfully submitted,

        /s/ Bethany N. Baxter
        JOE F. CHILDERS
        BETHANY N. BAXTER
        CHILDERS & BAXTER PLLC
        The Lexington Building
        201 West Short Street
        Suite 300
        Lexington, Kentucky 40507
        Telephone: (859) 253-9824
        Facsimile: (859) 259-1909
        joe@jchilderslaw.com
        bethany@jchilderslaw.com

        NED PILLERSDORF
        TANNER HESTERBURG
        PILLSERDORF LAW OFFICES
        124 West Court Street
        Prestonsburg, Kentucky 41653

        COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS