*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO.  7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **JENNIFER HILL** ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **BEN FIELDS, Individually** ) | |
| **And in his Official capacity as** ) | **MOTION FOR LEAVE TO** |
| **a Deputy Sheriff with the** ) | **FILE SECOND AMENDED** |
| **Letcher County Sheriff's Department,** ) | <u>**COMPLAINT**</u> |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF** ) | |
| ) | |
|     **DEFENDANTS** ) | |

      Comes now the Plaintiffs, by and through counsel, and hereby respectfully submits their Motion for Leave to File Second Amended Complaint. This Motion is timely filed consistent with the Court's amended deadline to seek leave to join additional parties or amend pleadings. See D.E. No. 37. Plaintiff seeks to add Eastern Kentucky Correctional Services, Inc. as a Defendant to this action, as well as to add a claim for negligent retention, training, and supervision (Count VII). Through the course of discovery in this action additional evidence has become available to Plaintiffs which support the additional allegations and causes of action

1

detailed in the Second Amended Complaint attached hereto as **EXHIBIT A**. While preserving their rights to assert denials and defenses, the Defendants have no objection to the Plaintiffs' Motion to file a Second Amended Complaint

      Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading by leave of Court and that such leave should be freely given when justice so requires. The United States Supreme Court has opined that leave should be granted absent a specific reason such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962). Plaintiffs respectfully submits that none of the foregoing is applicable and asks that in the interest of justice the Court grant Plaintiffs' Motion for Leave to Amend.

    Respectfully submitted,

/s/ Bethany N. Baxter
JOE F. CHILDERS
BETHANY N. BAXTER
CHILDERS & BAXTER PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
TANNER HESTERBURG
PILLSERDORF LAW OFFICES
124 West Court Street

Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFF