*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **JENNIFER HILL** ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **BEN FIELDS, Individually** ) | |
| And in his Official capacity as ) | **ORDER GRANTING LEAVE TO FILE** |
| a Deputy Sheriff with the ) | **SECOND AMENDED COMPLAINT** |
| Letcher County Sheriff's Department, ) | |
| ) | |
| **EASTERN KENTUCKY CORRECTIONAL** ) | |
| **SERVICES INC.** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF** ) | |
| ) | |
|     **DEFENDANTS** ) | |

    This matter comes before the Court upon the Plaintiffs' Motion for Leave to File Second Amended Complaint. As noted in Plaintiffs' Motion, and as evidenced by their signatures below, the Defendants Ben Fields in his official and individual capacities and Mickey Stines, while preserving their rights to assert denials and defenses, have no objection to the Plaintiffs' Motion for Leave to File the Second Amended Complaint.

1

The Court having reviewed the pleadings and being otherwise sufficiently advised hereby GRANTS Plaintiff's Motion for Leave to File Second Amended Complaint.

Dated this ___ day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

Have Seen and Agreed to:

/s/ Bethany N. Baxter
Joe F. Childers
Bethany N. Baxter
Childers & Baxter PLLC
COUNSEL FOR PLAINTIFFS


/s/ Jonathan Shaw (by B. Baxter, with permission)
Jonathan Shaw
 PORTER BANKS BALDWIN & SHAW PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS OFFICIAL CAPACITY AND
MICKEY STINES, LETCHER COUNTY
SHERIFF'S DEPARTMENT


/s/ Jason Williams, (by B. Baxter, with permission)
Jason Williams
WILLIAMS & TOWE LAW GROUP, PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS INDIVIDUAL
CAPACITY