UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                          PLAINTIFFS,

V.                                               **ORDER**

BEN FIELDS, *et al.*,                                                          DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiffs' Motion for Leave to file a Second Amended Complaint. [R. 55]. Therein, Plaintiffs seek to add Eastern Kentucky Correctional Services, Inc. as a Defendant, in addition to adding a claim for negligent retention, training, and supervision. [*Id.* at pg. 1]. The motion is made within the deadline to amend the pleadings, and Plaintiffs indicate that Defendants do not object to the motion so long as they preserve their rights to assert denials and defenses. [*Id.* at pg. 2].

Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Moreover, "[t]he court should freely give leave when justice so requires." *Id.* In light of the timing of Plaintiffs' motion, and Defendants' apparent lack of objection, the Court is inclined to permit the amendment and allow Defendants to respond to the amended pleading as allowed under Rule 15(a)(3). *See* Fed. R. Civ. P. 15(a)(3) (" . . . [A]ny required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."). Having fully considered the matter, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to file a Second Amended Complaint [R. 55] is **GRANTED**.

Signed September 28, 2022.



Signed By:

*Edward B. Atkins*

**United States Magistrate Judge**