UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS

And

JENNIFER HILL                                                                                       PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                                        DEFENDANTS

_____

**ORDER**
_____

Joint Motion having been made by the Defendants, Ben Fields, in his individual capacity, and official capacity as Letcher County Sheriff's Deputy, and Mickey Stines, as Letcher County Sheriff, to stay the proceedings in this civil case until such time as the criminal trial of the Defendant concludes in Case No.: 22-CR-00216, *Commonwealth v. Fields, Ben,* and the court being sufficiently advised grants said Motion pursuant to the Sixth Circuit holding in FTC v E.M.A. Nationwide, Inc., 767 F.3d 611, 627 (6th Cir. 2014) and Chao v Fleming, 498 F. Supp. 2d 1034, 1037 (W.D. Mich. 2007) and Landis v North Am. Co., 299 U.S. 248, 254-55, 57 S. Ct. 163, 81 L. Ed. 153 (1936)). The Court finds that the failure to stay a civil proceeding when there is a pending parallel criminal action targeting one of the parties to the civil action could undermine the parties Fifth Amendment privilege against self-incrimination. In re Par Pharm., Inc. Sec. Litig., 133 F.R.D. 12, 13 (S.D.N.Y. 1990).

1

Accordingly, the court issues a stay of proceedings in this matter until the criminal trial of the defendant is concluded, after which the stay will be lifted, and at which point the Defendants shall have ten (10) days to file an Answer to the Second Amended Complaint or respond to outstanding discovery.

It is so ordered on this \_\_\_\_, day of _____, 2022.

_____

Magistrate Judge Adkins

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendants Ben Fields, officially,
And Mickey Stines*
jshaw@psbb-law.com

Jason E. Williams Esq.
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40471
jason@wftlaw.com
brandy@wftlaw.com
*Counsel for Defendant Ben Fields, Individually*

3