COMMONWEALTH OF KENTUCKY
LETCHER CIRCUIT COURT
INDICTMENT NO. 22-CR-00216

FILED
MIKE WATTS, CLERK
SEP 29 2022
LETCHER CIRCUIT/DISTRICT COURTS
BY Sandra Wright D.C.

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

VS.                        **INDICTMENT**

BEN FIELDS                                                  DEFENDANT
7868 HWY 931 South
Whitesburg, KY

\* \* \* \* \*

CHARGE: KRS 510.060 RAPE THIRD DEGREE: 2 COUNTS
CLASS D FELONY 1 – 5 YEARS IN PRISON
FINE: $1000 - $10,000; UOR 11165

CHARGE: KRS 510.090 SODOMY THIRD DEGREE: 2 COUNTS
CLASS D FELONY 1 - 5 YEARS IN PRISON
FINE: $1000 - $10,000; UOR 11205

CHARGE: KRS 519.070 TAMPERING WITH A PRISONER
MONITORING DEVICE: 3 COUNTS
CLASS D FELONY 1 – 5 YEARS IN PRISON
FINE $1000 - $10,000; UOR 02636

CHARGE: KRS 523.030 PERJURY SECOND DEGREE: 1 COUNT
CLASS A MISDEMEANOR – UP TO 12 MONTHS IN JAIL,
AND/OR FINE UP TO $500; UOR 02630

\* \* \* \* \*

The Letcher County Grand Jury charges:

### COUNT 1
### Rape Third Degree
### Class D Felony

That on or about July 2021 through January 2022, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Rape in the Third Degree, when, as a Deputy Sheriff and/or employee of a company under contract regarding the Letcher County Jail, he subjected a person, (No. 1), whom he knew was in custody and/or on Home Incarceration to Sexual Intercourse.

1


EXHIBIT
1

## COUNT 2
### Rape Third Degree
### Class D Felony

That on or about August 2021 through December 2021, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Rape in the Third Degree, when, as a Deputy Sheriff and/or employee of a company under contract regarding the Letcher County Jail, he subjected a person, (No. 2), whom he knew was in custody and/or on Home Incarceration to Sexual Intercourse.

## COUNT 3
### Sodomy Third Degree
### Class D Felony

That on or about July 2021 through January 2022, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Sodomy in the Third Degree, when, as a Deputy Sheriff and/or employee of a company under contract regarding the Letcher County Jail, he subjected a person, (No. 1), whom he knew was in custody and/or on Home Incarceration to Deviate Sexual Intercourse.

## COUNT 4
### Sodomy Third Degree
### Class D Felony

That on or about August 2021 through December 2021, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Sodomy in the Third Degree, when, as a Deputy Sheriff and/or employee of a company under contract regarding the Letcher County Jail, he subjected a person, (No. 2), whom he knew was in custody and/or on Home Incarceration to Deviate Sexual Intercourse.

## COUNT 5
### Tampering with a Prisoner Monitoring Device
### Class D Felony

That on or about July 2021 through January 2022, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Tampering with a Prisoner Monitoring Device when he intentionally disabled, deactivated, removed, or tampered with a device used to facilitate electronic monitoring of a person (No. 1) who had been ordered to wear a device as a condition of pretrial release.

### COUNT 6
### Tampering with a Prisoner Monitoring Device
### Class D Felony

That on or about August 2021 through December 2021, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Tampering with a Prisoner Monitoring Device when he intentionally disabled, deactivated, removed, or tampered with a device used to facilitate electronic monitoring of a person (No. 2) who had been ordered to wear a device as a condition of pretrial release.

### COUNT 7
### Tampering with a Prisoner Monitoring Device
### Class D Felony

That on or about July 2021 through October 2021, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Tampering with a Prisoner Monitoring Device when he intentionally disabled, deactivated, removed, or tampered with a device used to facilitate electronic monitoring of a person (No. 3) who had been ordered to wear a device as a condition of pretrial release.

### COUNT 8
### Perjury Second Degree
### Class A Misdemeanor

That on or about January 14, 2022, in Letcher County, Kentucky, the above-named defendant, Ben Fields, committed the offense of Perjury in the Second Degree, when he made a material false statement which he did not believe in subscribed written instrument for which an oath is required or authorized by law, to wit: a Criminal Complaint, with intent to mislead a public servant in the performance of his or her official functions.

AGAINST THE PEACE AND DIGNITY OF THE COMMONWEALTH OF KENTUCKY.

A TRUE BILL

*[signature]*
FOREPERSON

3

Witness:

Det. Matt Easter
Office of Attorney General

Presented by the Foreperson of the Grand Jury to the Court in the presence of the Grand Jury, and received by me from the Court and filed in open Court this 29th day of September 2022.

_____Sondra Wright, DC_____
CLERK/DC

Ben Fields
DOB: 1-02-1986

Bail:_____

Arraignment is set for: _____.