UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS

And

JENNIFER HILL                                                                                  PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                                DEFENDANTS

---

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
_____

    Comes the Defendants', Ben Fields, individually, and in his official capacity as a deputy sheriff with the Letcher County Sheriff's Department, and Mickey Stines, Letcher County Sheriff, by counsel, and jointly move the Court for an Order Extending the Time to file a responsive pleading to the recently filed Second Amended Complaint (DE 57).

    As grounds therefore, the Defendants have filed a Motion to Stay this case due to the recent Indictment of Defendant Fields (DE 61). According to Civil Rule 15(a)(3) a responsive pleading would be due on October 11, 2022. However, if a Stay is granted, Defendant should not be required to answer until after the Stay is lifted.

1

Accordingly, Defendants pray that if the Court denies the Motion to Stay that he be afforded five (5) additional days after entry of the Order to file a responsive pleading to the Second Amended Complaint.

        Respectfully submitted,

        Jason E. Williams, Esq.
        Williams and Towe Law Group
        303 S. Main Street
        London, KY 40743
        Telephone (606) 877-5291
        jason@wftlaw.com
        brandy@wftlaw.com


By:   /s/Jason E. Williams
        JASON E. WILLIAMS, Esq.
        *Counsel for Defendant, Ben Fields, individually.*

        Jonathan C. Shaw, Esq.
        Porter, Banks, Baldwin, Shaw, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky 41240
        jshaw@psbb-law.com

By: /s/ Jonathan C. Shaw
Jonathan C. Shaw
Counsel for Defendant, Ben Fields Officially, and Mickey Stines as Sheriff

**CERTIFICATE OF SERVICE:**

I hereby certify that on October 10, 2022, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653


/s/ Jason E. Williams_____
Jason E. Williams, Esq.
*Counsel for Defendant, Ben Fields Individually*

/s/ Jonathan C. Shaw
Jonathan C. Shaw
Counsel for Defendant, Ben Fields Officially, and Mickey Stines as Sheriff