UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL                                                                                   PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                                    DEFENDANTS

_____

**ORDER**
_____

    Motion having been made by the Defendant Ben Fields, in his individual capacity, and in his official capacity as a deputy sheriff with the Letcher County Sheriff's Department, and Mickey Stines, Letcher County Sheriff, for an extension of time to file responsive pleading to the Second Amended Complaint, and the Court being sufficiently advised sustains said Motion.

    It is so ordered on this _____, day of _____, 2022.


                                                                         _____

                                                       Magistrate Judge Edward Adkins

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com


Jason E. Williams Esq.
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40471
jason@wftlaw.com
brandy@wftlaw.com