UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SARAH ADKINS, & <br> JENNIFER HILL, | ) <br> ) <br> ) | No. 7:22-CV-7-REW |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | ORDER |
| BEN FIELDS, & <br> MICKEY STINES, | ) <br> ) <br> ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Ben Fields and Defendant Mickey Stines move to stay the proceedings in this case pending the resolution of *Commonwealth v. Fields*, No. 22-CR-00216. *See* DE 61. The Court **ORDERS** Plaintiff Sarah Adkins and Plaintiff Jennifer Hill to indicate their position on Defendants' motion by **October 12, 2022**. The Court will then rule in the context of a full record.

This the 11th day of October, 2022.

Signed By:
Robert E. Wier
United States District Judge