*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| SABRINA ADKINS | ) |
| AND | ) |
| JENNIFER HILL | ) |
|     PLAINTIFFS | ) |
| V. | ) **PLAINTIFFS' RESPONSE TO** |
|  | ) **ORDER TO STATE POSITION** |
| BEN FIELDS, Individually | ) **ON MOTION TO STAY** |
| And in his Official capacity as | ) |
| a Deputy Sheriff with the | ) |
| Letcher County Sheriff's Department, | ) |
| AND | ) |
| MICKEY STINES, LETCHER COUNTY SHERIFF | ) |
|     DEFENDANTS | ) |

Come the Plaintiffs, by and through counsel, and in response to the Defendants' Motion to Stay Proceedings (DE 61), and particularly in response to this Court's Order (DE 63), state as follow:

Plaintiffs concur in the Motion to Stay Proceedings. Even though arguably Plaintiffs have the right to proceed with discovery against all Defendants other than Defendant Fields during the pendency of Defendant Fields' criminal proceeding, discovery would be thwarted and difficult to manage without the participation of Defendant Fields. For this reason, Plaintiffs do not oppose

1

Defendants' Motion to Stay Proceedings. Furthermore, Plaintiffs do not oppose Defendant Fields' Motion for Extension of Time (DE 62), and suggest that said Defendant should have ten days after the lifting of the Stay within which to file his Answer.

                          Respectfully submitted,

                          /s/ Joe F. Childers
                          JOE F. CHILDERS
                          BETHANY N. BAXTER
                          CHILDERS & BAXTER PLLC
                          The Lexington Building
                          201 West Short Street
                          Suite 300
                          Lexington, Kentucky 40507
                          Telephone: (859) 253-9824
                          Facsimile: (859) 259-1909
                          joe@jchilderslaw.com
                          bethany@jchilderslaw.com

                          NED PILLERSDORF
                          TANNER HESTERBURG
                          PILLSERDORF LAW OFFICES
                          124 West Court Street
                          Prestonsburg, Kentucky 41653

                          COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 12, 2022, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

                          /s/ Joe F. Childers
                          COUNSEL FOR PLAINTIFF