**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:22-CV-00007-REW-EBA**
*Electronically Filed*

**SABRINA ADKINS and**
**JENNIFER HILL**                                                         **PLAINTIFFS**

**VS.**

**BEN FIELDS, Individually and in his Official**
**capacity as a Deputy Sheriff with the Letcher**
**County Sheriff's Department, EASTERN KENTUCKY**
**CORRECTIONAL SERVICES, INC., and**
**MICKEY STINES, LETCHER COUNTY SHERIFF**           **DEFENDANTS**

_____
**ENTRY OF APPEARANCE**
_____

Comes now the undersigned and enters his appearance on behalf of the Defendant, Eastern Kentucky Corrections Services, Inc., inadvertently listed as Eastern Kentucky Correctional Services, Inc., in the above captioned action.  Please forward all correspondence, pleadings, orders, etc. to the undersigned, Hon. Donald L. Jones, P.O. Box 276, Paintsville, Kentucky 41240.

                                                                    RESPECTFULLY SUBMITTED,

                                                                    __/s/ Donald L. Jones_____
                                                                    **DONALD L. JONES**
                                                                    LAW OFFICE OF DONALD L. JONES
                                                                    327 MAIN STREET, SUITE 201
                                                                    P.O. BOX 276
                                                                    PAINTSVILLE, KENTUCKY 41240
                                                                    TELEPHONE: (606) 789-8003
                                                                    FACSIMILE: (606) 788-9048
                                                                    don@djoneslawoffice.com

## CERTIFICATE OF SERVICE

  I certify that the foregoing has been filed with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed, e-mailed, and/or electronically filed to the following on this the 8th day of November, 2022:

**Hon. Bethany N. Baxter**
**Hon. Joe F. Childers**
**Childers & Baxter, PLLC**
The Lexington Building
201 West Short Street, Suite 300
Lexington, KY 40507
joe@jchilderslaw.com
bethany@jchilderslaw.com

**Hon. Ned Pillersdorf**
**Hon. Tanner Hesterburg**
**Pillersdorf Law Offices**
124 West Court Street
Prestonsburg, KY 41653
pillersn@gmail.com
jthest01@yahoo.com

**Hon. Jason E. Williams**
**Williams and Towe Law Group**
303 S. Main Street
London, KY 40743
jason@wftlaw.com
brandy@wftlaw.com

**Hon. Jonathan C. Shaw**
P.O. Drawer 1767
Paintsville, KY 41240
jshaw@psbb-law.com

                /s/ Donald L. Jones
                **DONALD L. JONES**