UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO.: 7:22-CV-00007-REW-EBA
*Electronically Filed*

SABRINA ADKINS and
JENNIFER HILL                                                                  PLAINTIFFS

VS.

BEN FIELDS, Individually and in his Official
capacity as a Deputy Sheriff with the Letcher
County Sheriff's Department, EASTERN KENTUCKY
CORRECTIONAL SERVICES, INC., and
MICKEY STINES, LETCHER COUNTY SHERIFF                DEFENDANTS

___

**MOTION FOR EXTENSION OF TIME**

___

Comes the Defendant Eastern Kentucky Corrections Services, Inc., inadvertently named as Eastern Kentucky Correctional Services, Inc., in the Second Amended Complaint, and moves this Court for an extension of time to file its Answer. Counsel for the Defendant has learned that a Stay has been entered as to the proceedings until the criminal case has concluded. This Defendant moves for an extension of time until ten (10) days after the Stay is lifted or in the alternative this Defendant requests a conference call with the Magistrate Judge to discuss all issues related to the Stay entered on November 3, 2022.

RESPECTFULLY SUBMITTED,

__/s/ Donald L. Jones_____
**DONALD L. JONES**
LAW OFFICE OF DONALD L. JONES
327 MAIN STREET, SUITE 201
P.O. BOX 276
PAINTSVILLE, KENTUCKY 41240
TELEPHONE: (606) 789-8003
FACSIMILE: (606) 788-9048
don@djoneslawoffice.com

## CERTIFICATE OF SERVICE

      I certify that the foregoing has been filed with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed, e-mailed, and/or electronically filed to the following on this the 8th day of November, 2022:

**Hon. Bethany N. Baxter**
**Hon. Joe F. Childers**
**Childers & Baxter, PLLC**
The Lexington Building
201 West Short Street, Suite 300
Lexington, KY 40507
joe@jchilderslaw.com
bethany@jchilderslaw.com

**Hon. Ned Pillersdorf**
**Hon. Tanner Hesterburg**
**Pillersdorf Law Offices**
124 West Court Street
Prestonsburg, KY 41653
pillersn@gmail.com
jthest01@yahoo.com

**Hon. Jason E. Williams**
**Williams and Towe Law Group**
303 S. Main Street
London, KY 40743
jason@wftlaw.com
brandy@wftlaw.com

**Hon. Jonathan C. Shaw**
P.O. Drawer 1767
Paintsville, KY 41240
jshaw@psbb-law.com

                                                                          _/s/ Donald L. Jones_
                                                                           **DONALD L. JONES**