UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                                                          PLAINTIFFS,

V.                                                             **ORDER**

BEN FIELDS, *et al.*,                                                                                                  DEFENDANTS.

*** *** *** ***

This matter is before the Court on a motion by Defendant Eastern Kentucky Corrections Services, Inc., incorrectly named as Eastern Kentucky Correctional Services, Inc. in the Second Amended Complaint ("EKCS"), for an extension of time to file its Answer. [R. 68]. EKCS moves the Court to allow it ten days after the current stay in this matter is lifted to file an Answer or, in the alternative, requests a call with the undersigned "to discuss all issues related to the Stay[.]" [*Id.*]. To discuss EKCS' motion and the current stay on proceedings,

**IT IS ORDERED** that the parties shall appear telephonically before the undersigned for a Telephonic Conference to appear **ON THE RECORD**, originating from Lexington, on **November 14, 2022, at 10:00 A.M.** The parties' counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID 146 796 924 (followed by #).

Signed November 9, 2022.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge