UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL MINUTES – GENERAL

Case No.  7:22-cv-7-REW-EBA          At  Lexington          Date  November 14, 2022

Style: **Sabrina Adkins, et al. vs Ben Fields, et al.**

---

PRESENT:  HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| Kimberly Marsh | Audio File |
| Deputy Clerk | Court Reporter |

**Attorneys Present For Plaintiffs:**
Bethany Baxter

**Attorney Present for Ben Fields (official capacity) & Mickey Stines:**
Jonathan Shaw

**Attorney Present For Ben Fields (individually):**
Jason E. Williams

**Attorney Present for E. Kentucky Correctional Services Inc.:**
Donald Jones

I, Kimberly Marsh, Deputy Clerk, CERTIFY the official record of this proceeding is audio file KYED-LEX__7-22-cv-7-REW-EBA_20221114_095652.

PROCEEDINGS:     **TELEPHONIC MOTION HEARING**

Counsel appeared telephonically, as noted, regarding Defendant, Eastern Kentucky Correctional Services, Inc.'s Motion for Extension of Time (DE #68). The Court, after hearing statements of counsel, and otherwise being sufficiently advised, hereby

**ORDERS AS FOLLOWS**:

1.  Defendant's Eastern Kentucky Correctional Services, Inc.'s Motion for Extension of Time [R. 68] is **GRANTED**. Any party that wishes to file an answer or responsive pleading to preserve their position **SHALL** have  ten (10) days from the date of this order to file such a pleading into the record.



**Signed By:**

_Edward B. Atkins_   EBA

**United States Magistrate Judge**

Copies:  COR
Initials of Deputy Clerk  km
TIC: /4