**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CIVIL ACTION NO.: 7:22-CV-00007-REW-EBA**
*Electronically Filed*

| | |
|---|---|
| **SABRINA ADKINS and** <br> **JENNIFER HILL** | **PLAINTIFFS** |
| VS.     <u>**DEFENDANT EASTERN KENTUCKY CORRECTIONS**</u> <br>                   <u>**SERVICES, INC.'S RULE 7.1 DISCLOSURE**</u> | |
| **BEN FIELDS, Individually and in his Official** <br> **capacity as a Deputy Sheriff with the Letcher** <br> **County Sheriff's Department, EASTERN KENTUCKY** <br> **CORRECTIONAL SERVICES, INC., and** <br> **MICKEY STINES, LETCHER COUNTY SHERIFF** | **DEFENDANTS** |

---

Comes now the Defendant, Eastern Kentucky Correction Services, Inc., by and through Counsel, and for its corporate disclosure pursuant to Fed R. Civ. P. 7.1 (a) states as follows:

1. Eastern Kentucky Correction Services, Inc. is a Kentucky corporation, organized and existing under the laws of the Commonwealth of Kentucky.

2. No publicly held corporation owns 10% or more of Eastern Kentucky Correction Services, Inc.'s stock, and Eastern Kentucky Corrections Services, Inc. does not have a parent corporation.

3. Eastern Kentucky Correction Services, Inc. shall supplement this disclosure within a reasonable time of any change in the information stated above as required by the Federal Rules of Civil Procedure and the Joint Local Rules of Civil Practice.

Dated this the 21st day of November, 2022.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF DONALD L. JONES
327 MAIN STREET, SUITE 201
P.O. BOX 276
PAINTSVILLE, KENTUCKY 41240
TELEPHONE: 606-789-8003
FACSIMILE: 606-788-9048
don@djoneslawoffice.com

 /s/ **Donald L. Jones**
DONALD L. JONES
COUNSEL FOR EASTERN KENTUCKY
CORRECTION SERVICES, INC.

CERTIFICATE OF SERVICE:

I certify that the foregoing has been filed with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed, e-mailed, and/or electronically filed to the following on this the 21st day of November, 2022:

**Hon. Bethany N. Baxter**
**Hon. Joe F. Childers**
**Childers & Baxter, PLLC**
The Lexington Building
201 West Short Street, Suite 300
Lexington, KY 40507
joe@jchilderslaw.com
bethany@jchilderslaw.com

**Hon. Ned Pillersdorf**
**Hon. Tanner Hesterburg**
**Pillersdorf Law Offices**
124 West Court Street
Prestonsburg, KY 41653
pillersn@gmail.com
jthest01@yahoo.com

**Hon. Jason E. Williams**
**Williams and Towe Law Group**
303 S. Main Street
London, KY 40743
jason@wftlaw.com
brandy@wftlaw.com

**Hon. Jonathan C. Shaw**
P.O. Drawer 1767
Paintsville, KY 41240
jshaw@psbb-law.com

   **/s/ Donald L. Jones**
DONALD L. JONES
COUNSEL FOR EASTERN KENTUCKY CORRECTION
SERVICES, INC.