**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CASE NO: 7:22-CV-00007-REW**

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

**SABRINA ADKINS**

And

**JENNIFER HILL**                                                                                  **PLAINTIFFS**

**V.**

**BEN FIELDS, Individually**
**DEFENDANTS**

___

**ANSWER TO THE SECOND AMENDED COMPLAINT**
**(Ben Fields, Individually)**

___

    Comes the Defendant, Ben Fields, in his individual capacity, and by and through counsel, and for his Answer to the Second Amended Complaint filed by Sabrina Adkins, and Jennifer Hill and hereby states as follows:

    Based upon the pending indictment filed against him in the Letcher Circuit Court, this Defendant asserts his Fifth Amendment rights under the U.S. Constitution to remain silent in response to the allegations raised in the Plaintiff's Second Amended Complaint.

    This Defendant reserves the right to rely upon the defenses asserted in his previous responsive pleadings.

    Respectfully submitted,

    Jason E. Williams, Esq.
    Williams and Towe Law Group
    303 S. Main Street
    London, KY 40743

1

Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By: /s/Jason E. Williams
JASON E. WILLIAMS, Esq.
*Counsel for Defendant, Ben Fields, individually.*

## CERTIFICATE OF SERVICE:

I hereby certify that on November 23, 2022, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Ned Pillersdorf
124 West. Court Street
Prestonsburg, Kentucky 41653

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com

/s/ Jason E. Williams
Jason E. Williams, Esq.
*Counsel for Defendants*

2