UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL
                                                                                             PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                                         DEFENDANTS

---

## JOINT STATUS REPORT
---

      Comes the parties and for their Joint Status Report and states as follows:

      The criminal case against Defendant Ben Fields remains pending in the Letcher Circuit Court. *See* <u>Commonwealth v. Fields</u>, 22-CR-00216. A pretrial conference is currently scheduled for February 3, 2023.

                                              Respectfully submitted,

                                              Jason E. Williams, Esq.
                                              Williams and Towe Law Group
                                              303 S. Main Street
                                              London, KY 40743
                                              Telephone (606) 877-5291
                                              [jason@wftlaw.com](mailto:jason@wftlaw.com)
                                              [brandy@wftlaw.com](mailto:brandy@wftlaw.com)

                                    By:    <u>/s/Jason E. Williams</u>

1

                              JASON E. WILLIAMS, Esq.
                              *Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

| | |
|---|---|
| Jason E. Williams, Esq.<br>Williams and Towe Law Group<br>303 S. Main Street<br>London, KY 40743<br>Telephone (606) 877-5291<br>jason@wftlaw.com<br>brandy@wftlaw.com<br>*Counsel for Defendant, Ben Fields, individually.* | /s/Jason E. Williams |
| Jonathan C. Shaw, Esq.<br>Porter, Banks, Baldwin, Shaw, PLLC<br>327 Main Street, P.O. Drawer 1767<br>Paintsville, Kentucky 41240<br>jshaw@psbb-law.com<br>*Counsel for Defendants Ben Fields, officially, and Mickey Stines* | /s/ Jonathan C. Shaw |
| Donald L. Jones<br>Law Office of Donald L. Jones<br>327 Main Street Suite 201<br>Paintsville, Kentucky 41240<br>don@djoneslawoffice.com<br>Counsel for Eastern Kentucky Correction Services, Inc. | /s/ Donald L. Jones |
| Bethany Baxter<br>Childers & Baxter, PLLC<br>201 West Short Street Suite 300<br>Lexington, Kentucky 40507<br>bethany@jchilderslaw.com<br>Counsel for Plaintiff | /s/ Bethany Baxter |
| Ned Pillersdorf<br>Pillersdorf Law Office<br>124 West Court Street<br>Prestonsburg, Kentucky 41653<br>pilleresn@gmail.com<br>Counsel for Plaintiff | |

**CERTIFICATE OF SERVICE:**

      I hereby certify that on January 9, 2023, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to: