UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**_THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED_**

SABRINA ADKINS, and
JENNIFER HILL
                                                                                    PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                                          DEFENDANTS

_____

## JOINT STATUS REPORT
_____

Comes the parties, by counsel, and pursuant to the Courts order requiring periodic status reports, and states as follows:

As of the date of this report, the criminal case filed against Mr. Adkins in the Letcher Circuit Court remains pending. A trial has been set for October 2, 2023, on the pending charges. A Pretrial Conference is scheduled for May 5, 2023.

Accordingly, the civil case should remain stayed until the criminal case is resolved later this year.

Since the last status report, the parties learned of the death of Plaintiff Jennifer Hill.

.

1

                                      Respectfully submitted,

                                      Jason E. Williams, Esq.
                                      Williams and Towe Law Group
                                      303 S. Main Street
                                      London, KY 40743
                                      Telephone (606) 877-5291
                                      jason@wftlaw.com
                                      brandy@wftlaw.com

                           By:    /s/Jason E. Williams
                                    JASON E. WILLIAMS, Esq.
                                    *Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

| | |
|---|---|
| Jason E. Williams, Esq.<br>Williams and Towe Law Group<br>303 S. Main Street<br>London, KY 40743<br>Telephone (606) 877-5291<br>jason@wftlaw.com<br>brandy@wftlaw.com<br>*Counsel for Defendant, Ben Fields, individually.* | /s/Jason E. Williams |
| Jonathan C. Shaw, Esq.<br>Porter, Banks, Baldwin, Shaw, PLLC<br>327 Main Street, P.O. Drawer 1767<br>Paintsville, Kentucky 41240<br>jshaw@psbb-law.com<br>*Counsel for Defendants Ben Fields, officially, and Mickey Stines* | /s/Jonathan C. Shaw |
| Donald L. Jones<br>Law Office of Donald L. Jones<br>327 Main Street Suite 201<br>Paintsville, Kentucky 41240<br>don@djoneslawoffice.com<br>Counsel for Eastern Kentucky Correction Services, Inc. | /s/ Donald. L. Jones |
| Bethany Baxter<br>Childers & Baxter, PLLC | /s/ Bethany Baxter |


201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com
Counsel for Plaintiff

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, Kentucky 41653
pilleresn@gmail.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE:**

I hereby certify that on March 3, 2023, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to: