UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL
                                                            PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                              DEFENDANTS

_____

**JOINT STATUS REPORT**
_____

Comes the parties, by counsel, and pursuant to the Court's order requiring periodic status reports, and states as follows:

As of the date of this report, the criminal case filed against Mr. Adkins in the Letcher Circuit Court remains pending. A trial has been set for October 2, 2023, on the pending charges. A Pretrial Conference is scheduled for May 5, 2023.

Accordingly, the civil case should remain stayed until the criminal case is completed.

.

                                                Respectfully submitted,

                                                Jason E. Williams, Esq.
                                                Williams and Towe Law Group
                                                303 S. Main Street
                                                London, KY 40743
                                                Telephone (606) 877-5291
                                                jason@wftlaw.com
                                                brandy@wftlaw.com

                                 By:    /s/Jason E. Williams
                                          JASON E. WILLIAMS, Esq.
                                          *Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

Jason E. Williams, Esq.                                    /s/Jason E. Williams
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com
*Counsel for Defendant, Ben Fields, individually.*

Jonathan C. Shaw, Esq.                                  /s/Jonathan C. Shaw
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields, officially, and Mickey Stines*

Donald L. Jones                                                  /s/ Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction
Services, Inc.

Bethany Baxter                                                   /s/ Bethany Baxter
Childers & Baxter, PLLC

201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com
Counsel for Plaintiff

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, Kentucky 41653
pilleresn@gmail.com
Counsel for Plaintiff

### **CERTIFICATE OF SERVICE:**

      I hereby certify that on March 30, 2023, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to: