

**22-CR-00216**

*COMMONWEALTH VS. FIELDS, BEN*
**LETCHER CIRCUIT COURT**
Filed on **09/29/2022** as **CIRCUIT CRIMINAL** with **HON. JAMES W. CRAFT II**

**** NOT AN OFFICIAL COURT RECORD ****

| **Parties** | **22-CR-00216** |
|---|---|

### FIELDS, BEN as DEFENDANT / RESPONDENT
DOB: **01/02/1986**   Race: **W** Sex: **M** Hispanic: **N**

**Address**
7868 HWY 931 SOUTH
WHITESBURG KY 41858

### EASTER, MATT as COMPLAINING WITNESS

**Address**
DETECTIVE, OFFICE OF ATTORNEY GENERAL

### COCANOUGHER, JAMES as SPECIAL PROSECUTOR

**Address**
OFFICE OF ATTORNEY GENERAL
1024 CAPITAL CENTER DRIVE
FRANKFORT KY 40601

### OWENS, STEPHEN W as ATTORNEY-PRIVATE

**Address**
ATTORNEY AT LAW
PO BOX 1426
PIKEVILLE KY 41502

### WHALEY, BARBARA, **** as COMMONWEALTH'S ATTORNEY

**Address**
SPECIAL PROSECUTOR--OAG
1024 CAPITAL CTR DR
FRANKFORT KY 40601

### COLEMAN, EDDY **** as JUDGE

**Address**
PIKE CIRCUIT JUDGE
175 MAIN ST
PIKEVILLE KY 41501

| **Charges** | **22-CR-00216** |
|---|---|

**RAPE, 3RD DEGREE - 510.060**
CHARGE 1 ORIGINAL 0111650
Charged on **09/29/2022** by citation **NA**

**RAPE, 3RD DEGREE - 510.060**
CHARGE 2 ORIGINAL 0111650
Charged on **09/29/2022** by citation **NA**

**SODOMY, 3RD DEGREE - 510.090**
CHARGE 3 ORIGINAL 0112050
Charged on **09/29/2022** by citation **NA**

**SODOMY, 3RD DEGREE - 510.090**
CHARGE 4 ORIGINAL 0112050
Charged on **09/29/2022** by citation **NA**

**TAMPERING W/PRISONER MONITORING DEVICE - 519.070**
CHARGE 5 ORIGINAL 0026360
Charged on **09/29/2022** by citation **NA**

**TAMPERING W/PRISONER MONITORING DEVICE - 519.070**
CHARGE 6 ORIGINAL 0026360
Charged on **09/29/2022** by citation **NA**

**TAMPERING W/PRISONER MONITORING DEVICE - 519.070**
CHARGE 7 ORIGINAL 0026360
Charged on **09/29/2022** by citation **NA**

**PERJURY-2ND DEGREE - 523.030**
CHARGE 8 ORIGINAL 0026300
Charged on **09/29/2022** by citation **NA**

| Documents | 22-CR-00216 |
|---|---|

**ORDER CERTIFYING NEED FOR SPECIAL JUDGE** entered on **09/29/2022**
ORDER CERTIFYING NEED FOR SPECIAL JUDGEFAX:JUDGE EDDY COLEMAN

**SEARCH WARRANT** filed on **09/29/2022**
USER DATE FOR BEN FIELDS

**SEARCH WARRANT** filed on **09/29/2022**
USER DATA FOR BRIANNA ASHTON 505

**SEARCH WARRANT** filed on **09/29/2022**
USER DATA FOR BREENADAMBELLANLUKE. MASON

**SEARCH WARRANT** filed on **09/29/2022**
USER DATA FOR PHONE (606) 335-5541

**SEARCH WARRANT** filed on **09/29/2022**
USER DATA FOR SABRINA ADKINS7

**INDICTMENT** filed on **09/29/2022**

**ORDER TO ASSIGN SPECIAL JUDGE** entered on **09/30/2022**
HON JUDGE EDDY COLEMAN IS ASSIGNED SPECIAL JUDGE IN THIS CASEFCM:M . R. WATTS, HON JUDGE COLEMANHD: HON JUDGE JAMES W. CRAFT II

**ORDER SETTING TRIAL / HEARING** entered on **09/30/2022**
ARR - 10/5/22 @ 10AM VIA ZOOM. MEETING ID 931-961-4987FCM:M.R. WA TTS, HON JUDGE EDDY COLEMAN, BEN FIELDS

**NOTICE OF FILING** filed on **10/13/2022**

| | |
|---|---|
| **CALENDAR ORDER** entered on **10/17/2022**<br>PC - 2/10/23 @ 11A VIA ZOOM | |
| **ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** entered on **10/17/2022**<br>PC - 2/10/23 @ 11AM VIA ZOOM 931- 961-4987FCM:STEPHEN OWENS, BARBA RA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMAN | |
| **RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **11/18/2022** | |
| **ORDER OF CONTINUANCE** entered on **03/30/2023**<br>FINAL PRETRIAL - 5/19/23 @ 11AFC M:STEVE OWENS, BARBARA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMAN | |
| **EXHIBIT** filed on **05/12/2023** | |
| **RESPONSE** filed on **05/12/2023** | |

| **Events** | **22-CR-00216** |
|---|---|
| **JURY TRIAL** scheduled for **10/02/2023 09:00 AM** in room **C** with **HON. EDDY COLEMAN**<br>IN LETCHER COUNTY CIRCUIT COURTROOM | |
| **PRETRIAL CONFERENCE** scheduled for **05/19/2023 11:00 AM** in room **C** with **HON. EDDY COLEMAN**<br>2/3/232/10/235/5/23<br><br>**Motions**<br>• **MOTION TO DISMISS** filed on **05/10/2023** by **APR**<br>• **MOTION TO SUPPRESS** filed on **05/10/2023** by **APR** | |
| **ARRAIGNMENT** scheduled for **10/06/2022 10:00 AM** in room **C** with **HON. EDDY COLEMAN**<br>VIA ZOOM MEETING ID# 931-961-498710/5/22 | |

| **Images** | **22-CR-00216** |
|---|---|
| **NOTICE OF FILING** filed on **10/13/2022**    *Page(s): 2* |
| **RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **11/18/2022**    *Page(s): 4* |
| **MOTION TO DISMISS** filed on **05/10/2023**    *Page(s): 2* |
| **MOTION TO SUPPRESS** filed on **05/10/2023**    *Page(s): 2* |
| **EXHIBIT** filed on **05/12/2023**    *Page(s): 3* |
| **RESPONSE** filed on **05/12/2023**    *Page(s): 4* |

**** End of Case Number : 22-CR-00216 ****