UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL
                                                                                        PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                                                   DEFENDANTS

_____

**JOINT STATUS REPORT**
_____

Comes the parties, by counsel, and pursuant to the Court's order requiring periodic status reports, and states as follows:

As of the date of this report, the criminal case filed against Mr. Adkins in the Letcher Circuit Court remains pending. There is a Pre-Trial Conference set for August 4, 2023, and the trial has been set for October 2, 2023, on the pending charges. (*See* attached Letcher Circuit Docket)

Accordingly, the civil case should remain stayed until the criminal case is completed.

.

1

                                        Respectfully submitted,

                                        Jason E. Williams, Esq.
                                        Williams and Towe Law Group
                                        303 S. Main Street
                                        London, KY 40743
                                        Telephone (606) 877-5291
                                        jason@wftlaw.com
                                        brandy@wftlaw.com

                            By:    /s/Jason E. Williams
                                        JASON E. WILLIAMS, Esq.
                                        *Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

| | |
|---|---|
| Jason E. Williams, Esq.<br>Williams and Towe Law Group<br>303 S. Main Street<br>London, KY 40743<br>Telephone (606) 877-5291<br>jason@wftlaw.com<br>brandy@wftlaw.com<br>*Counsel for Defendant, Ben Fields, individually.* | /s/Jason E. Williams |
| Jonathan C. Shaw, Esq.<br>Porter, Banks, Baldwin, Shaw, PLLC<br>327 Main Street, P.O. Drawer 1767<br>Paintsville, Kentucky 41240<br>jshaw@psbb-law.com<br>*Counsel for Defendants Ben Fields, officially, and Mickey Stines* | /s/ Jonathan Shaw |
| Donald L. Jones<br>Law Office of Donald L. Jones<br>327 Main Street Suite 201<br>Paintsville, Kentucky 41240<br>don@djoneslawoffice.com<br>Counsel for Eastern Kentucky Correction Services, Inc. | /s/ Donald Jones |
| Bethany Baxter<br>Childers & Baxter, PLLC | /s/ Bethany Baxter |

201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com
Counsel for Plaintiff

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, Kentucky 41653
pilleresn@gmail.com
Counsel for Plaintiff

3