UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS

And

JENNIFER HILL                                                              PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                 DEFENDANTS

---

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**
_____

Comes the Defendant, Ben Fields, individually, by counsel, and moves the Court for an Order Extending the Time to file the Status Report, required to be filed every thirty (30) days.

As grounds therefore, the state case *Commonwealth v Ben Fields*, 22-cr-00216, is set for a Pretrial Conference on August 4, 2023, and undersigned would like to be able to report on the outcome of the Pretrial Conference 0in the Status Report.

Undersigned is requesting an extension until Monday August 7, 2023, to file the Status Report.

1

        Respectfully submitted,

        Jason E. Williams, Esq.
        Williams and Towe Law Group
        303 S. Main Street
        London, KY 40743
        Telephone (606) 877-5291
        jason@wftlaw.com
        brandy@wftlaw.com


By:   /s/Jason E. Williams
       JASON E. WILLIAMS, Esq.
       *Counsel for Defendant, Ben Fields, individually.*

## **CERTIFICATE OF SERVICE:**

     I hereby certify that on August 1, 2023, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com


Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com

                    /s/ Jason E. Williams
                    Jason E. Williams, Esq.
                    *Counsel for Defendant, Ben Fields Individually*