UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

SABRINA ADKINS, and
JENNIFER HILL
                                              PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                    DEFENDANTS

## JOINT STATUS REPORT

Comes the parties, by counsel, and pursuant to the Court's order requiring periodic status reports, and states as follows:

As of the date of this report, the criminal case filed against Mr. Adkins in the Letcher Circuit Court remains pending. The Pre-Trial Conference set for August 4, 2023, has been continued to September 15, 2023, and the trial is still set for October 2, 2023, on the pending charges. (See attached State Docket)

Accordingly, the civil case should remain stayed until the criminal case is completed.

.

1

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By: /s/Jason E. Williams
JASON E. WILLIAMS, Esq.
*Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

Jason E. Williams, Esq.                                    /s/Jason E. Williams
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com
*Counsel for Defendant, Ben Fields, individually.*

Jonathan C. Shaw, Esq.                                     /s/ Jonathan C. Shaw
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields, officially, and Mickey Stines*

Donald L. Jones                                            /s/ Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction
Services, Inc.

2

Bethany Baxter  /s/ Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com
Counsel for Plaintiff

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, Kentucky 41653
pilleresn@gmail.com
Counsel for Plaintiff