## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## EASTERN DIVISION AT PIKEVILLE
## CIVIL ACTION NO. 3:22-cv-0007-REW-EBA

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| **AND** | ) |
| **JENNIFER HILL** | ) |
|     **PLAINTIFFS** | ) |
| **V.** | ) **STATEMENT NOTIFYING COURT OF** |
| | ) **DEATH OF JENNIFER HILL AND** |
| | ) **MOTION FOR LEAVE TO FILE** |
| | ) **MOTION TO SUBSTITUTE** |
| | ) **ESTATE OF JENNIFER HILL** |
| | ) **AS PARTY- PLAINTIFF** |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department** | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| **and** | ) |
| **EASTERN KENTUCKY** | ) |
| **CORRECTIONS SERVICES, LLC** | ) |
|     **DEFENDANTS** | ) |

Come now the Plaintiffs, by and through counsel, and hereby notify the Court that Jennfier Hill died on or about January 19, 2023. By order entered August 9, 2023, in Magoffin District Court, Jennifer Hill's son Billy Adams was appointed Administrator of the Estate of Jennifer Hill, Magoffin District Court Case No. 23-P-00078. See Order attached hereto as **EXHIBIT A**.

On November 3, 2023, the Court stayed "all proceedings pending the conclusion of Fields' criminal proceeding." Plaintiffs seek leave to file the Motion to Substitute Parties, so that the proper party Plaintiff is before the Court at such time as this civil matter is able to proceed. As evidenced by the signatures of counsel on the proposed order submitted herewith, Defendants have no objection to the Plaintiffs' Motion to substitute the Estate of Jennifer Hill as a party plaintiff.

Based on the foregoing, and consistent with F.R.C.P. 25, Plaintiffs respectfully request that they be granted leave to File the motion enabling the Estate of Jennifer Louise Hill to be substituted as a party to this action.

Respectfully submitted,

/s/ Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
**PILLSERDORF LAW OFFICES**
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS