| AOC-805<br>Rev. 1-22<br>Page 4 of 4 | Doc. Code: OPP;<br>OWF; or OFID | <br>PETITION FOR PROBATE OF WILL;<br>AND/OR APPOINTMENT OF<br>EXECUTOR/ADMINISTRATOR; AND ORDER | Case No. 23-P-00078 |
|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice  www.kycourts.gov<br>KRS 394.145; 395.015; 395.016 | | | Court District _____<br>County Magoffin<br>Division Probate |

IN RE: Estate of __Jennifer Louise Hill__

## ORDER

☑ Petition filed this __27th__ day of __June__, 2 __023__.

☐ Will tendered this ____ day of _____, 2____.

Upon hearing, the Will offered was proven by _____ and **ORDERED**
**PROBATED** as the Last Will and Testament of Decedent this ____ day of _____, 2____.

The Court appoints: __Billy Adams__ _____ as ☐ Executor/Executrix OR

☑ Administrator/Administratrix of said estate and fixes bond in the sum of $ __200.00__ ☐ with surety

OR ☑ without surety.

*(Check if Executor/Executrix or Administrator/Administratrix is a nonresident)*

☐ The Court designates _____, whose address is _____
_____, as agent for the service of process in any action filed against the above-appointed Executor/Executrix or Administrator/Administratrix as personal representative or personally if the action accrued in the administration of the estate.

__8/9__, 2 __023__
Date

Judge's Signature

FILED ✓  ENTERED
TENDERED
THIS __9__ DAY OF __Aug__ 20__23__
MAGOFFIN CIRCUIT COURT
TONYA ARNETT WARD, CLERK
BY: _____ D.C.

Presiding Judge: HON. DENNIS B. PRATER (736004)

Distribution: Case File
Revenue Cabinet (Petition and Order)

Tendered    23-P-00078    06/27/2023    Tonya Arnett Ward, Magoffin Circuit Clerk