*Electronically Filed*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| SABRINA ADKINS )<br>)<br>AND )<br>)<br>JENNIFER HILL )<br>)<br>    PLAINTIFFS )<br>)<br>V. )<br>)<br>BEN FIELDS, Individually )<br>And in his Official capacity as )<br>a Deputy Sheriff with the )<br>Letcher County Sheriff's Department, )<br>)<br>EASTERN KENTUCKY CORRECTIONAL )<br>SERVICES INC. )<br>)<br>AND )<br>)<br>MICKEY STINES, LETCHER COUNTY )<br>SHERIFF )<br>)<br>    DEFENDANTS ) | **ORDER GRANTING MOTION TO SUBSTITUTE ESTATE OF JENNIFER HILL AS PARTY-PLAINTIFF** |

    This matter comes before the Court upon the Plaintiffs' Motion for Leave to file Motion to Substitute the Estate of Jennifer Hill as a Party-Plaintiff to this action. Due to the nature of this Motion, the Court GRANTS Plaintiffs' Motion for Leave to File, and also GRANTS Plaintiffs' Motion to Substitute the Estate of Jennifer Hill as a Party-Plaintiff to this action. As noted in

1

Plaintiffs' Motion, and as evidenced by their signatures below, the Defendants have no objection to the Plaintiffs' Motion to Substitute the Estate of Jennifer Hill as a Party-Plaintiff.

The Court having reviewed the pleadings and being otherwise sufficiently advised hereby GRANTS Plaintiff's Motion and hereby substitutes the Estate of Jennfier Hill as a party-plaintiff to this action.

Dated this ___ day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE


Have Seen and Agreed to:

/s/ Bethany N. Baxter
Joe F. Childers
Bethany N. Baxter
Childers & Baxter PLLC
COUNSEL FOR PLAINTIFFS


/s/ Jonathan Shaw *(by B. Baxter, with permission)*
Jonathan Shaw
 PORTER BANKS BALDWIN & SHAW PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS OFFICIAL CAPACITY AND
MICKEY STINES, LETCHER COUNTY
SHERIFF'S DEPARTMENT


/s/ Jason Williams *(by B. Baxter, with permission)*
Jason Williams
WILLIAMS & TOWE LAW GROUP, PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS INDIVIDUAL
CAPACITY


/s/ Donald Jones *(by B. Baxter, with permission)*
Donald L. Jones
LAW OFFICE OF DONALD L. JONES

COUNSEL FOR DEFENDANT
EASTERN KENTUCKY CORRECTIONAL SERVICES, INC.