UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL
                                                 PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                     DEFENDANTS

## JOINT STATUS REPORT
___

Comes the parties, by counsel, and pursuant to the Court's order requiring periodic status reports, and states as follows:

As of the date of this report, the criminal case filed against Mr. Adkins in the Letcher Circuit Court remains pending. There was a Mediation in the criminal matter on September 28, 2023. Subsequently, a plea was reached on Monday October 2, 2023. Mr. Fields pleaded before Special Judge Eddy Coleman to the following:

Count 1: Rape 3rd Degree-510.060-**Guilty**

Count 3: Sodomy 3rd Degree-510.090-**Guilty**

Count 5: Tampering with Prisoner Monitoring Device-519.070-**Guilty**

Count 7: Tampering with Prisoner Monitoring Device-519.070-**Guilty**

Count 8: Perjury 2nd Degree 523.030-**Guilty**

Counts 2, 4, and 6 were dismissed.

1

Mr. Fields' sentencing is scheduled for January 4, 2024.

The parties recommend that the civil case now proceed as to all Defendants except Mr. Fields, and that the case against Mr. Fields remain in abeyance until he is sentenced, and a judgment is entered.

.

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com


By:   /s/Jason E. Williams
JASON E. WILLIAMS, Esq.
*Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

| | |
|---|---|
| Jason E. Williams, Esq.<br>Williams and Towe Law Group<br>303 S. Main Street<br>London, KY 40743<br>Telephone (606) 877-5291<br>jason@wftlaw.com<br>brandy@wftlaw.com<br>*Counsel for Defendant, Ben Fields, individually.* | /s/Jason E. Williams |
| Jonathan C. Shaw, Esq.<br>Porter, Banks, Baldwin, Shaw, PLLC<br>327 Main Street, P.O. Drawer 1767<br>Paintsville, Kentucky 41240<br>jshaw@psbb-law.com<br>*Counsel for Defendants Ben Fields, officially, and Mickey Stines* | /s/ Jonathan C.Shaw |
| Donald L. Jones<br>Law Office of Donald L. Jones<br>327 Main Street Suite 201<br>Paintsville, Kentucky 41240<br>don@djoneslawoffice.com<br>Counsel for Eastern Kentucky Correction Services, Inc. | /s/   Donald L. Jones |
| Bethany Baxter<br>Childers & Baxter, PLLC<br>201 West Short Street Suite 300<br>Lexington, Kentucky 40507<br>bethany@jchilderslaw.com<br>Counsel for Plaintiff | /s/ Bethany Baxter |

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, Kentucky 41653
pilleresn@gmail.com
Counsel for Plaintiff