UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                         PLAINTIFFS,

V.                                         **ORDER**

BEN FIELDS, *et al.*,                                         DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties submitted a joint status report to inform the undersigned that a plea deal had been reached in Mr. Fields' state criminal case and that sentencing is to occur on January 4, 2024. [R. 87]. The parties now request that the civil case proceed as to all Defendants except Mr. Fields and that the case against Mr. Fields be held in abeyance until he has been sentenced and a judgment has been entered. [*Id.*]. Accordingly,

IT IS ORDERED that the stay previously issued in this case is lifted and the parties shall meet and confer and file a joint status report outlining their proposed pretrial deadlines, no later than November 10, 2023.

Signed October 23, 2023.

**Signed By:**

*Edward B. Atkins*   ƐβⱯ

**United States Magistrate Judge**