*Electronically Filed*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO.  7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **ESTATE OF JENNIFER HILL** ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | **JOINT STATUS REPORT** |
| **BEN FIELDS, Individually** ) | |
| **And in his Official capacity as** ) | |
| **a Deputy Sheriff with the** ) | |
| **Letcher County Sheriff's Department,** ) | |
| ) | |
| **EASTERN KENTUCKY CORRECTIONAL** ) | |
| **SERVICES INC.** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF, Individually and in his Official** ) | |
| **Capacity as Sheriff of the Letcher County** ) | |
| **Sheriff's Department** ) | |
| ) | |
|     **DEFENDANTS** ) | |

The parties, by and through counsel, hereby submit this joint status report consistent with the Court's directive in its October 23, 2023 Order. [DE No. 88]. The parties met and conferred for the purpose of agreeing on proposed pretrial deadlines on November 8, 2023.

As noted in the parties' most recently filed Joint Status Report, Mr. Fields has pled guilty, and his sentencing is currently scheduled for **January 4, 2024**.

1. Initial Disclosures. Plaintiffs, Defendant Eastern Kentucky Correctional Solution, Inc., and Defendant Mickey Stines shall have until **December 15, 2023** to file Rule 26 Disclosures and/or supplemental Rule 26 Disclosures. The parties agree that Defendant Fields shall have thirty (30) days from the date he is sentenced in the related criminal proceeding to file his Rule 26 Disclosures.

2. As for a discovery plan in this matter, discovery will be needed on all subjects relating to liability and the Plaintiffs' claimed damages. The parties propose the following discovery plan:

   a. All fact discovery commenced in time to be completed by **July 19, 2024**.

   b. The parties agree to limitations set forth in the Federal Rules of Civil Procedure concerning written discovery and depositions.

   c. Reports from retained experts under Rule 26(a)(2) should be due from the Plaintiff by **August 1, 2024** and from the Defendants by **October 1, 2024**;

   d. All supplementation under Rule 26(e) shall be made by **November 15, 2024**.

3. Other Items:

   a. The parties do not seek a meeting with the Court before the entry of an amended scheduling order.

   b. The parties anticipate that the case should take approximately **five days** for trial. In order to avoid scheduling conflicts among the attorneys, counsel ask the matter be scheduled for trial on or after **January 1, 2025**.

c. The parties request a pretrial conference approximately three weeks before trial in following the Court's normal practice and that the pretrial disclosure deadlines under Rule 26(a)(3) be followed.

d. The parties should be permitted until **July 1, 2024** to join additional parties or to amend the pleadings.

e. All dispositive motions should be filed no later than **November 15, 2024**.

f. Settlement cannot be evaluated until after discovery by the parties.

g. A settlement conference conducted by the Magistrate Judge may be helpful but the parties cannot evaluate the prospects of the timing of such a conference until after the depositions of the parties have been completed.

h. The parties do not consent to trial by the Magistrate Judge.


Respectfully Submitted,


/s/ Bethany N. Baxter
Joe F. Childers
Bethany N. Baxter
Childers & Baxter PLLC
COUNSEL FOR PLAINTIFFS


/s/ Jonathan Shaw *(by B. Baxter, with permission)*
Jonathan Shaw
 PORTER BANKS BALDWIN & SHAW PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS OFFICIAL CAPACITY AND
MICKEY STINES, LETCHER COUNTY
SHERIFF'S DEPARTMENT


/s/ Jason Williams *(by B. Baxter, with permission)*
Jason Williams
WILLIAMS & TOWE LAW GROUP, PLLC

COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS INDIVIDUAL
CAPACITY


/s/ Donald L. Jones *(by B. Baxter, with permission)*
Donald L. Jones
LAW OFFICE OF DONALD L. JONES
COUNSEL FOR DEFENDANT
EASTERN KENTUCKY CORRECTIONAL SERVICES,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS