UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*, PLAINTIFFS,

V. **ORDER**

BEN FIELDS, *et al.*, DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and upon consideration of the parties' Joint Status Report, [R. 89], the Court adopts the following schedule for the disposition of this case:

1. The parties shall serve initial disclosures by **December 15, 2023**. Defendant Fields shall have 30 days from the date he is sentenced in the related criminal proceeding to file his initial disclosures. The parties shall timely supplement disclosures pursuant to Rule 26(e), but no later than **November 4, 2024**.

2. The parties shall file any motion to join parties and amend pleadings by **March 1, 2024**.

3. Fact discovery shall be completed by **July 19, 2024**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

4. Per Fed. R. Civ. P. 26(a)(2), no later than **August 1, 2024**, the Plaintiffs shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Fed. R. Civ. P. 26(a)(2)(B) expert witness and/or written summaries consistent with Fed. R. Civ. P. 26(a)(2)(C), as applicable, all in compliance with the rule. These

disclosures need not be filed in the Court record.

5.	Per FED. R. CIV. P. 26(a)(2), no later than **October 1, 2024**, the Defendants shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the Fed. R. Civ. P. 26(a)(2)(B) expert witness and/or written summaries consistent with Fed. R. Civ. P. 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record.

6.	All expert discovery shall be completed by **November 4, 2024**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

7.	A status report is due no later than **November 4, 2024 (close of discovery)**. The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, settlement conference with the Court, summary jury trial, etc.)

8.	The parties shall file any dispositive motions no later than **November 15, 2024**, with response and reply time as per Local Rule 7.1(c).

9.	If a discovery dispute arises, the parties are directed to comply with the stated protocol in the Standing Case Management and Referral Order. [R. 5].

10.	This action is assigned for a telephonic mid-discovery conference on **May 8, 2024, at 2:00 P.M.** The teleconference shall be ON THE RECORD, originating from FRANKFORT. Counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 983 414 711 (followed by #).

11.	Requests to modify any dates or deadlines established by this order shall be

submitted upon motion filed prior to expiration of the deadline in question, and upon showing of good cause beyond the control of counsel in the exercise of due diligence. *See* L.R. 7.1(b).

Signed November 13, 2023.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge