UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, ET AL                                           PLAINTIFFS

VS.         **RULE 26(A)(1) PRELIMINARY INITIAL DISCLOSURES**

BEN FIELDS, ET AL                                               DEFENDANTS

---

      Comes now the Defendant, Eastern Kentucky Correctional Services, Inc., by and through Counsel, and hereby submits its Rule 26 Preliminary Initial Disclosures in conformance with FRCP 26(1)(a)(b) and (d).

      (A)    The following individuals may have discoverable information relevant to the facts of the case:

            i)    Sabrina Adkins, Plaintiff;

            ii)    Billy Adams, Administrator of the Estate of Jennifer Hill, Plaintiff;

            iii)    Ben Fields, Defendant;

            iv)    Mickey Stines, Defendant;

            v)    Patty Stockham, Eastern Kentucky Correctional Services, Inc., Defendant;

            vi)    Any witnesses identified by the Plaintiffs in the Complaint;

            vii)    Any witness listed by Plaintiffs or co-Defendants.

      (B)    The following documents may be used to support the defenses raised in this action:

            i)    District and Circuit Court criminal proceedings/pleadings relative to Plaintiffs;

            ii)    Plaintiffs' jail files;

            iii)    Agreement between Eastern Kentucky Correctional Services, Inc., and Letcher County;

   iv)  Agreement between Eastern Kentucky Correctional Services, Inc., and Ben Fields;

   v)  Eastern Kentucky Correctional Services, Inc. Associate handbook;

(C) The Defendant does not claim any damages in this action at this time.

(D) There may be no insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment issued to these Defendants.

(E) No expert witnesses have been identified at this time for this Defendant.

RESPECTFULLY SUBMITTED,

__/s/ Donald L. Jones_____

**DONALD L. JONES**
LAW OFFICE OF DONALD L. JONES
327 MAIN STREET, SUITE 201
P.O. BOX 276
PAINTSVILLE, KENTUCKY 41240
TELEPHONE: (606) 789-8003
FACSIMILE: (606) 788-9048
don@djoneslawoffice.com

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed, e-mailed, and/or electronically filed to the following on this the 15th day of December, 2023:

**Hon. Bethany N. Baxter**
**Hon. Joe F. Childers**
**Childers & Baxter, PLLC**
The Lexington Building
201 West Short Street, Suite 300
Lexington, KY 40507
joe@jchilderslaw.com
bethany@jchilderslaw.com

**Hon. Ned Pillersdorf**
**Hon. Tanner Hesterburg**
**Pillersdorf Law Offices**
124 West Court Street
Prestonsburg, KY 41653
pillersn@gmail.com
jthest01@yahoo.com

**Hon. Jason E. Williams**
**Williams and Towe Law Group**
303 S. Main Street
London, KY 40743
jason@wftlaw.com
brandy@wftlaw.com

**Hon. Jonathan C. Shaw**
P.O. Drawer 1767
Paintsville, KY 41240
jshaw@psbb-law.com

/s/ Donald L. Jones
**DONALD L. JONES**