UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS                                                   PLAINTIFFS

V.

BEN FIELDS, Individually                                         DEFENDANTS

_____

## NOTICE OF SERVICE
_____

Comes now the Defendant, Ben Fields, Individually, by and through counsel, and hereby gives notice to the Court that they have served Supplemental Rule 26 Disclosures upon counsel for the Plaintiff, on this 5th day of February 2024.

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By:     /s/Jason E. Williams
        JASON E. WILLIAMS, Esq.
        *Counsel for Defendant, Ben Fields, individually.*

1

## CERTIFICATE OF SERVICE:

I hereby certify that on February 5, 2024, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

/s/ Jason E. Williams_____
Jason E. Williams, Esq.
*Counsel for Defendant*