UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                                                       PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                  DEFENDANTS

---

## NOTICE TO TAKE DEPOSITION

---

      The Plaintiff and her counsel will hereby take notice that the Defendants, Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff, will take the deposition of **SABRINA ADKINS** at the **Library of the LESLIE COUNTY DETENTION CENTER** , located at 2125 Kentucky Highway 118, Hyden, Kentucky on **WEDNESDAY, MARCH 13, 2024** at the hour of **11:00 A.M**.  Said deposition to be taken for the purpose of discovery and to be used for any and all purposes permitted by the Federal Rules of Civil Procedure.

PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky  41240-1767
Telephone:	(606) 789-3747
Facsimile:	(606) 789-9862

*/s/ Jonathan C. Shaw*
JONATHAN C. SHAW
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff*

CERTIFICATE OF SERVICE:

I hereby certify that on November 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

Donald L. Jones, Esq.
327 Main Street, Suite 201
P.O. Box 276
Paintsville, Kentucky  41240
don@djoneslawoffice.com

                              */s/ Jonathan C. Shaw*_____
                              JONATHAN C. SHAW

cc:    *Athan Mae Maggard*
       *Court Reporter*