UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                                                   PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department,
UNKNOWN SUPERVISORS OF
BEN FIELDS and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                DEFENDANTS

---

## NOTICE OF CANCELLATION

---

The parties and their counsel will take notice that the deposition of Sabrina Adkins scheduled for March 13, 2024 is **CANCELLED**. Said deposition to be re-scheduled at a later date.

> PORTER, BANKS, BALDWIN & SHAW, PLLC
> 327 Main Street, P.O. Drawer 1767
> Paintsville, Kentucky  41240-1767
> Telephone:     (606) 789-3747
> Facsimile:      (606) 789-9862
>
> */s/ Jonathan C. Shaw*_____
> JONATHAN C. SHAW
> jshaw@psbb-law.com
> *Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff*

1

CERTIFICATE OF SERVICE:

I hereby certify that on March 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

Donald L. Jones, Esq.
327 Main Street, Suite 201
P.O. Box 276
Paintsville, Kentucky  41240
don@djoneslawoffice.com

                                        */s/ Jonathan C. Shaw*
                                        JONATHAN C. SHAW

cc:    *Athan Mae Maggard*
        *Court Reporter*