UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

SABRINA ADKINS

And

JENNIFER HILL                                                                                   PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                                DEFENDANTS

___

**DEFENDANT'S MOTION TO TAKE THE DEPOSITION OF AN INCARCERATED WITNESS**
_____

Comes the Defendant, Ben Fields, individually, by counsel, and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) hereby moves for an Order from this Court granting him an Order to take the deposition of Sabrina Adkins, an incarcerated witness. In support thereof, Defendant states as follows:

1. Defendant seeks to take the deposition of Sabrina Adkins, an incarcerated witness, and moves for an Order from this Court pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) granting him leave to do so. See Fed. R. Civ. Pro 30(a)(2)(B) ("A party must obtain leave of Court, and the Court must grant leave to the extent consistent with Rule 26(b)(2) […} if the deponent is confined in prison.")

1

2. Attached as Exhibit A to this motion is a Proposed Order granting Defendant leave to take the deposition of Ms. Adkins at her place of incarceration, Leslie County Detention Center, in Hyden, Kentucky, on April 9, 2024, at 1:00 p.m., a time and date agreed upon by all parties.

3. Defendant's counsel has conferred with counsel of record and can state that this Motion is unopposed.

Wherefore, Defendant seeks an Order from this Court permitting him to take the deposition of Sabrina Adkins, an incarcerated witness, at her place of incarceration and on the date mutually agreed upon by all counsel of record.

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By:   /s/Jason E. Williams
JASON E. WILLIAMS, Esq.
*Counsel for Defendant, Ben Fields, individually.*

## **CERTIFICATE OF SERVICE:**

I hereby certify that on April 2, 2024, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com


Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com

                                      /s/ Jason E. Williams
                                      Jason E. Williams, Esq.
                                      *Counsel for Defendant, Ben Fields Individually*

4