UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL                                                    PLAINTIFFS

V.

BEN FIELDS, Individually                                         DEFENDANTS

_____

**ORDER**

_____

Upon Motion of the Defendant, Ben Fields, by counsel, and pursuant to Fed. R. Civ. Pro. 30(a)(2)(B), and this Court being sufficiently advised;

Defendant is hereby GRANTED leave to take the deposition of Sabrina Adkins at her place of incarceration and the date April 9, 2024, at 1:00 p.m. that has been mutually agreed to by all counsel.

It is so ordered on this _____, day of _____, 2024.

_____
Magistrate Judge

1

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction
Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com


Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com