UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                    PLAINTIFFS,

V.                                          **ORDER**

BEN FIELDS, *et al.*                                                          DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Ben Fields' Motion to Take the Deposition of an Incarcerated Witness. [R. 96]. Defendant Fields seeks leave to depose Plaintiff Sabrina Adkins, who is currently incarcerated, and his motion indicates that Plaintiffs' counsel does not oppose the motion and that the parties have agreed to conduct the deposition on April 9, 2024. [*Id.*]. Pursuant to FED. R. CIV. P. 30(a)(2)(B), a party must obtain leave from the Court to depose a witness who is incarcerated. Accordingly,

IT IS ORDERED that Defendant Ben Fields' Motion to Take the Deposition of an Incarcerated Witness [R. 96] is GRANTED. Defendant Fields is hereby granted leave to take the deposition of Sabrina Adkins at her place of incarceration on April 9, 2024, at 1:00 P.M., the date that has been mutually agreed to by all counsel.

Signed April 3, 2024.



**Signed By:**
**_Edward B. Atkins_** ℰßA
**United States Magistrate Judge**