UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT PIKEVILLE
CIVIL MINUTES – GENERAL

Pikeville Case No. 22-7-REW-EBA    At Frankfort    Date May 8, 2024

Adkins, et al. v. Fields, et al.

---

PRESENT:    HON. EDWARD B. ATKINS, U.S. MAGISTRATE JUDGE

| Jacob Jones | Audio File |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney Present for Plaintiffs:**
Bethany Nicole Baxter

**Attorney Present for Defendants:**
John Kelly for Jason E. Williams
Donald L. Shaw

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-FRK__7-22-cv-7-REW-EBA_20240508_134430

PROCEEDING:    **TELEPHONIC MID-DISCOVERY CONFERENCE**

Counsel for the parties appeared for telephonic mid-discovery conference as noted.

The Court heard counsel and based upon representations of counsel, discovery is progressing, and the parties are on schedule with the current discovery deadlines.

Dated: May 8, 2024.

Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge

Copies: COR,Pkv        Initials of Deputy Clerk: jj        TIC: /06