*Electronically Filed*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
|     **PLAINTIFFS** | ) |
| | ) |
| V. | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF, Individually and in his Official** | ) |
| **Capacity as Sheriff of the Letcher County** | ) |
| **Sheriff's Department** | ) |
| | ) |
|     **DEFENDANTS** | ) |

## NOTICE TO TAKE DEPOSITION OF MICKEY STINES

NOTICE IS HEREBY GIVEN, that on Wednesday, June 26, 2024, at the hour of 9:30 a.m., the Plaintiffs, by and through counsel, shall take the deposition of Mickey Stines at the offices of the Appalachian Citizens Law Center, 317 E. Main Street, Whitesburg, Kentucky

41858. Said deposition shall be taken by stenographic means, for purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/ Bethany N. Baxter_____
BETHANY N. BAXTER
JOE F. CHILDERS
CHILDERS & BAXTER PLLC
THE LEXINGTON BUILDING
201 WEST SHORT STREET, SUITE 300
LEXINGTON, KENTUCKY 40507
PHONE: 859-253-9824
FAX: 859-347-2310
*COUNSEL FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS