*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
| **PLAINTIFFS** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF, Individually and in his Official** | ) |
| **Capacity as Sheriff of the Letcher County** | ) |
| **Sheriff's Department** | ) |
| | ) |
| **DEFENDANTS** | ) |

**NOTICE TO TAKE DEPOSITION OF PATTY STOCKHAM**

NOTICE IS HEREBY GIVEN, that on Thursday, July 11, 2024, at the hour of 10:00 a.m., the Plaintiffs, by and through counsel, shall take the deposition of Patty Stockham at the offices of Donald Jones Law Office, 327 Main Street, Suite 201, Paintsville, Kentucky 41240.

1

Said deposition shall be taken by stenographic means, for purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

> Respectfully Submitted,
>
> /s/ Bethany N. Baxter_____
> BETHANY N. BAXTER
> JOE F. CHILDERS
> CHILDERS & BAXTER PLLC
> THE LEXINGTON BUILDING
> 201 WEST SHORT STREET, SUITE 300
> LEXINGTON, KENTUCKY 40507
> PHONE: 859-253-9824
> FAX: 859-347-2310
> *COUNSEL FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

> /s/ Bethany N. Baxter_____
> COUNSEL FOR PLAINTIFFS