UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL
                              PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                              DEFENDANTS

**JOINT MOTION FOR EXTENSION OF TIME**
_____

Comes the parties, by counsel, and jointly move the Court to extend the current deadlines in this case. As grounds for the motion, the parties state as follows:

### I.  **BACKGROUND**

This case alleges torts pursuant to 42 U.S.C Section 1983, (and state law torts) against the Defendants arising from Plaintiff's home incarceration and supervision by Defendant Fields while employed by Defendant Eastern Kentucky Corrections Services, Inc., and during a time that he was also serving as a Letcher County Deputy.

As the Court is aware, during the course of the case, Defendant Fields was charged criminally, and incarcerated. Due to this, discovery was held in abeyance for a period of time. Once the criminal case concluded, the parties restarted discovery and have earnestly pursued same since that time.

1

However, the parties now find themselves approximately one month prior to the end of fact discovery, needing unredacted files from the Kentucky Attorney General's office to complete discovery. The parties believe that through a joint request or subpoena that the necessary documents can be retained quickly. All parties agree that obtaining these documents before the depositions of the Defendants is necessary.

## II. JOINT REQUEST

The additional time is necessary to obtain the documents, which are extensive, to review them, and to reschedule depositions that are currently set.

Accordingly, the parties request and propose the following for the Court's consideration and approval:

- That the fact discovery deadline be extended to September 22, 2024, (current deadline July 19, 2024)

- That Plaintiff's deadline to disclose experts be extended to October 15, 2024, (current deadline August 1, 2024)

- That Defendant's deadline to disclose experts be extended to December 1, 2024, (current deadline October 15, 2024)

- That Expert discovery be completed by January 1, 2024, (current deadline November 4, 2024)

- That the Dispositive Motions deadline be extended to January 15, 2024. (current deadline November 15, 2024)

## III. CONCLUSION

The parties respectfully request that the current deadlines be amended to facilitate completion of the discovery. This joint motion is made for the above stated reasons and not for the purpose of unnecessary delay.

.

                              Respectfully submitted,

                              Jason E. Williams, Esq.
                              Williams and Towe Law Group
                              303 S. Main Street
                              London, KY 40743
                              Telephone (606) 877-5291
                              jason@wftlaw.com
                              brandy@wftlaw.com


                    By:    /s/Jason E. Williams
                          JASON E. WILLIAMS, Esq.
                          *Counsel for Defendant, Ben Fields, individually.*

**Seen and Agreed By**:

| | |
|---|---|
| Jason E. Williams, Esq.<br>Williams and Towe Law Group<br>303 S. Main Street<br>London, KY 40743<br>Telephone (606) 877-5291<br>jason@wftlaw.com<br>brandy@wftlaw.com<br>*Counsel for Defendant, Ben Fields, individually.* | /s/Jason E. Williams |
| Jonathan C. Shaw, Esq.<br>Porter, Banks, Baldwin, Shaw, PLLC<br>327 Main Street, P.O. Drawer 1767<br>Paintsville, Kentucky 41240<br>jshaw@psbb-law.com<br>*Counsel for Defendants Ben Fields, officially, and Mickey Stines* | /s/ Jonathan C.Shaw |
| Donald L. Jones<br>Law Office of Donald L. Jones<br>327 Main Street Suite 201<br>Paintsville, Kentucky 41240<br>don@djoneslawoffice.com<br>Counsel for Eastern Kentucky Correction Services, Inc. | /s/ Donald L. Jones |
| Bethany Baxter<br>Childers & Baxter, PLLC | /s/ Bethany Baxter |

201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com
Counsel for Plaintiff

Ned Pillersdorf
Pillersdorf Law Office
124 West Court Street
Prestonsburg, Kentucky 41653
pilleresn@gmail.com
Counsel for Plaintiff