UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

| | |
|---|---|
| SABRINA ADKINS, and<br>JENNIFER HILL | PLAINTIFFS |
| V. | |
| BEN FIELDS, Individually | DEFENDANTS |

### ORDER

___

Upon Joint Motion of the Parties for an Extension of Time, and the Court being sufficiently advised, grants said order.

The deadlines are amended as follows:

- That the fact discovery deadline be extended to September 22, 2024,

- That Plaintiff's deadline to disclose experts be extended to October 15, 2024,

- That Defendant's deadline to disclose experts be extended to December 1, 2024,

- That Expert discovery be completed by January 1, 2024,

- That the Dispositive Motions deadline be extended to January 15, 2024.

It is so ordered on this ____, day of _____, 2024.

_____
Magistrate Judge

1

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com

Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com