*Electronically Filed*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS, et al.** | ) |
| | ) |
|     **PLAINTIFFS** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, et al.** | ) |
|     **DEFENDANTS** | ) |

FIRST AMENDED NOTICE TO TAKE DEPOSITION OF BEN FIELDS

NOTICE IS HEREBY GIVEN, that on Wednesday, July 17, 2024, at the hour of 9:30 a.m., the Plaintiffs, by and through counsel, shall take the deposition of Ben Fields at the offices of Appalachian Citizens Law Center, 317 E. Main Street, Whitesburg, Kentucky 41858. Said deposition shall be taken by stenographic means, for purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

                                                Respectfully Submitted,

                                                /s/ Bethany N. Baxter_____
                                                BETHANY N. BAXTER
                                                JOE F. CHILDERS
                                                CHILDERS & BAXTER PLLC
                                                THE LEXINGTON BUILDING
                                                201 WEST SHORT STREET, SUITE 300
                                                LEXINGTON, KENTUCKY 40507
                                                PHONE: 859-253-9824
                                                FAX: 859-347-2310
                                                *COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS