UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,  PLAINTIFFS,

V.  **ORDER**

BEN FIELDS, *et al.*  DEFENDANTS.

*** *** *** ***

This matter is before the Court on the parties' Joint Motion for Extension of Time. [R. 103]. Previously, discovery in this matter was held in abeyance pending the resolution of Defendant Ben Fields' state criminal case. [R. 66]. Since then, the stay has been lifted and the undersigned entered an Order on November 13, 2023, that established pretrial deadlines in this case, including that fact discovery was to be concluded by July 19, 2024. [R. 90]. The parties now seek to extend the pending pretrial deadlines in this matter to allow them enough time to subpoena certain unredacted documents from the Kentucky Attorney General's Office and to otherwise finish the discovery process. [R. 103]. Accordingly,

IT IS ORDERED that the parties' Joint Motion for Extension of Time [R. 103] is GRANTED. The deadlines set by the Court's November 13, 2023, Order [R. 90] are vacated to the extent set forth below:

1. All fact discovery shall be completed by **September 22, 2024**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

2. Per FED. R. CIV. P. 26(a)(2), no later than **October 15, 2024**, the Plaintiffs shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the FED. R. CIV. P. 26(a)(2)(B) expert witness and/or written summaries consistent with FED. R. CIV. P. 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record.

3. Per FED. R. CIV. P. 26(a)(2), no later than **December 1, 2024**, the Defendants shall disclose the identity of expert witnesses who may be used at trial, accompanied by written reports signed by the FED. R. CIV. P. 26(a)(2)(B) expert witness and/or written summaries consistent with FED. R. CIV. P. 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record.

4. All expert discovery shall be completed by **January 1, 2025**. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

5. A status report is due no later than **January 1, 2025 (close of discovery)**. The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).

6. The parties shall file any dispositive motions no later than **January 15, 2025**, with response and reply time as per Local Rule 7.1(c).

7. All other deadlines and directives set forth in the November 13, 2023, Order [R. 90] shall remain in effect.

Signed June 25, 2024.



Signed By:
*Edward B. Atkins*
United States Magistrate Judge