UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO:  7:22-CV-00007-REW

SABRINA ADKINS
and THE ESTATE OF
JENNIFER HILL                                                                                    PLAINTIFFS

v.

BEN FIELDS, Individually, et al                                                          DEFENDANTS

## NOTICE OF SERVICE

Comes the Plaintiff, the Estate of Jennifer Hill, by counsel, and hereby gives notice to the Court that on the 25th day of June, Plaintiff submitted a Supplemental Response to Interrogatories, to Hon. Jonathan Shaw, jshaw@psbb-law.com, and to Hon. Jason E. Williams, jason@wftlaw.com. .

RESPECTFULLY SUBMITTED,

s/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KY  41653
(606) 886-6090 – Telephone
(606) 886-6148 – Facsimile
Email:  pillersn@gmail.com

**CERTIFICATE OF SERVICE**:

This is to certify that the foregoing was served electronically  in accordance with the method established under this Court's CM/ECF system, on this the 25th day of June, 2024.

s/Ned Pillersdorf
NED PILLERSDORF