UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| SABRINA ADKINS, *et al.* | |
| *Plaintiffs* | |
| v. | No. 7:22-cv-00007-REW-EBA |
| BEN FIELDS, individually and in his official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department, *et al.* | |
| *Defendants* | |

# ORDER

This action having come before the Court on the motion of Russell Coleman, Attorney General of the Commonwealth of Kentucky, to quash a subpoena served on him by the Plaintiffs under Federal Rule of Civil Procedure 45(d)(3), and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Attorney General Russell Coleman's motion to quash the Plaintiffs' subpoena be, and hereby is, GRANTED, and the Plaintiffs' subpoena is hereby QUASHED and held for naught.

For the reasons more fully articulated in the motion, the parties are precluded from issuing subpoenas for documents in the possession, custody, or control of the Attorney General's Office of Special Prosecutions related to the criminal prosecution of Defendant Ben Fields.

      **SO ORDERED**, on this the _____ day of _____, 2024.