*Electronically Filed*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS, et al.** | ) |
| | ) |
| | ) |
| **PLAINTIFFS** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, et al.** | ) |
| | ) |
| **DEFENDANTS** | ) |

CANCELLATION OF DEPOSITION OF MICKEY STINES

NOTICE IS HEREBY GIVEN, that the deposition of Mickey Stines noticed for Tuesday, July 16, 2024, is hereby cancelled. This deposition will be rescheduled.

Respectfully Submitted,

/s/ Bethany N. Baxter_____
BETHANY N. BAXTER
JOE F. CHILDERS
CHILDERS & BAXTER PLLC
THE LEXINGTON BUILDING
201 WEST SHORT STREET, SUITE 300
LEXINGTON, KENTUCKY 40507
PHONE: 859-253-9824
FAX: 859-347-2310
*COUNSEL FOR PLAINTIFFS*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS