*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS, et al.** | ) |
| | ) |
|     **PLAINTIFFS** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, et al.** | ) |
|     **DEFENDANTS** | ) |

CANCELLATION OF DEPOSITION OF BEN FIELDS

NOTICE IS HEREBY GIVEN, that the deposition of Ben Fields noticed for Wednesday, July 17, 2024, is hereby cancelled. This deposition will be rescheduled.

    Respectfully Submitted,

    /s/ Bethany N. Baxter_____
    BETHANY N. BAXTER
    JOE F. CHILDERS
    CHILDERS & BAXTER PLLC
    THE LEXINGTON BUILDING
    201 WEST SHORT STREET, SUITE 300
    LEXINGTON, KENTUCKY 40507
    PHONE: 859-253-9824
    FAX: 859-347-2310
    *COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS