*Electronically Filed*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
| **PLAINTIFFS** | ) |
| | ) |
| V. | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| **DEFENDANTS** | ) |

## ORDER DENYING MOTION TO QUASH

Upon Motion of the Kentucky Attorney General to quash the subpoena served by Plaintiffs in this action, and this Court being sufficiently advised, the Motion is hereby DENIED. The Kentucky Attorney General is hereby ordered to produce the documents requested by Plaintiffs within three (3) days, with the exception of the Letcher County Grand Jury Proceedings as Plaintiffs have abandoned their request for these documents.

1

It is so ordered on this _____, day of _____, 2024.

_____
Magistrate Judge