*Electronically Filed*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO.  7:22-cv-00007-REW-EBA**

|  |  |
|---|---|
|  | ) |
| **SABRINA ADKINS, et al.** | ) |
|  | ) |
| **PLAINTIFFS** | ) |
|  | ) |
| **V.** | ) |
|  | ) |
| **BEN FIELDS, et al.** | ) |
| **DEFENDANTS** | ) |

---

### SECOND AMENDED NOTICE TO TAKE DEPOSITION OF BEN FIELDS

---

NOTICE IS HEREBY GIVEN, that on Wednesday, September 11, 2024, at the hour of 10:00 a.m., the Plaintiffs, by and through counsel, shall take the deposition of Ben Fields at the Pillersdorf Law Offices, 124 West Court Street, Prestonsburg, Kentucky 41653. Said deposition shall be taken by stenographic means, for purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/ Bethany N. Baxter_____
BETHANY N. BAXTER
JOE F. CHILDERS
CHILDERS & BAXTER PLLC
THE LEXINGTON BUILDING
201 WEST SHORT STREET, SUITE 300
LEXINGTON, KENTUCKY 40507
PHONE: 859-253-9824
FAX: 859-347-2310
*COUNSEL FOR PLAINTIFFS*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, a copy of the foregoing was served

electronically in accordance with the method established under this Court's CM/ECF

Administrative Procedures and Standing Order upon all parties in the electronic filing system in

this case.


/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS