*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS, et al.** | ) |
| | ) |
|     **PLAINTIFFS** | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, et al.** | ) |
|     **DEFENDANTS** | ) |

SECOND AMENDED NOTICE TO TAKE DEPOSITION OF MICKEY STINES

NOTICE IS HEREBY GIVEN, that on Monday, September 16, 2024, at the hour of 10:00 a.m., the Plaintiffs, by and through counsel, shall take the deposition of Mickey Stines at the Pillersdorf Law Offices, 124 West Court Street, Prestonsburg, Kentucky 41653. Said deposition shall be taken by stenographic means, for purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

    Respectfully Submitted,

    /s/ Bethany N. Baxter_____
    BETHANY N. BAXTER
    JOE F. CHILDERS
    CHILDERS & BAXTER PLLC
    THE LEXINGTON BUILDING
    201 WEST SHORT STREET, SUITE 300
    LEXINGTON, KENTUCKY 40507
    PHONE: 859-253-9824
    FAX: 859-347-2310
    *COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS