UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO:  7:22-CV-00007-REW
*"Electronically Filed"*

SABRINA ADKINS
and JENNIFER HILL                                                            PLAINTIFFS

v.

BEN FIELDS, Individually, et al                                              DEFENDANTS

---

## PLAINTIFFS' MOTION FOR MEDIATION

---

Come the Plaintiffs, by counsel, and pursuant to local rule 16.2 moves that this matter be set for mediation.  In support of this motion, the Plaintiffs state that the discovery is almost complete, there have been lengthy depositions, and the Plaintiffs believe that mediation at this point would be productive.

WHEREFORE, an appropriate order is sought.

                                                                            RESPECTFULLY SUBMITTED,

                                                                            S:/Ned Pillersdorf
                                                                            NED PILLERSDORF
                                                                            PILLERSDORF LAW OFFICES
                                                                            124 WEST COURT STREET
                                                                            PRESTONSBURG, KY  41653
                                                                            (606) 886-6090 – Telephone
                                                                            (606) 886-6148 – Facsimile
                                                                            Email:  pillersn@gmail.com

**CERTIFICATE OF SERVICE**:

This is to certify that the foregoing was served electronically  in accordance with the method established under this Court's CM/ECF system, on this the 20th day of September, 2024.

                                                                            S:/Ned Pillersdorf
                                                                            NED PILLERSDORF