UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW
*"Electronically Filed"*

SABRINA ADKINS
and JENNIFER HILL                                                    PLAINTIFFS

v.

BEN FIELDS, Individually, et al                                      DEFENDANTS

---

## ORDER

---

Upon Motion of the Plaintiff to refer this case to mediation, and this Court being otherwise sufficiently advised, it is hereby ORDERED that the motion is GRANTED and a subsequent order will be issued.

                                                            _____
                                                            JUDGE, UNITED STATES DISTRICT COURT

Date and Entry of Service:

1