UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                           PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;

EASTERN KENTUCKY CORRECTIONS
SERVICES INC.

and MICKEY STINES,
LETCHER COUNTY SHERIFF                                            DEFENDANTS

_____

**JOINT MOTION FOR STAY AND EXTENSION OF DEADLINES**

_____

Come the Plaintiffs SABRINA ADKINS and ESTATE OF JENNIFER HILL and

Defendants, BEN FIELDS, Individually and in his Official capacity as a Deputy Sheriff with the

Letcher County Sheriff's Department, EASTERN KENTUCKY CORRECTIONS SERVICES

INC. and MICKEY STINES, LETCHER COUNTY SHERIFF by and through counsel, and

hereby jointly move the Court to stay this matter and amend the scheduling order [R. 90]

previously entered in this matter due to the tragic events yesterday afternoon and the yet

unknown exchange between Sheriff Stines and Judge Mullins which may be relevant to this

matter.  Additionally, Plaintiff has recently made supplemental disclosures which may lead to the

need to conduct additional discovery.

Given that our current fact discovery deadline is currently set for Sunday, September 22,

2024, the Parties jointly propose this matter be stayed until additional information can be

obtained regarding yesterday's altercation and establish revised deadlines once the stay is lifted.

    Wherefore, Counsel for the Plaintiffs and Counsel for all Defendants respectfully request

that the Court enter an order staying this matter for at least sixty (60) days.

 

                            PORTER, BANKS, BALDWIN & SHAW, PLLC
                            327 Main Street, P.O. Drawer 1767
                            Paintsville, Kentucky  41240-1767
                            Telephone:    (606) 789-3747
                            Facsimile:     (606) 789-9862

                            */s/ Jonathan C. Shaw*_____
                            JONATHAN C. SHAW
                            jshaw@psbb-law.com
                            *Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff*

HAVE SEEN AND AGREE:

_____
Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

_____
Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

_____
Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

_____
Donald L. Jones, Esq.
327 Main Street, Suite 201
P.O. Box 276
Paintsville, Kentucky  41240
don@djoneslawoffice.com


<u>CERTIFICATE OF SERVICE</u>:

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

Donald L. Jones, Esq.
327 Main Street, Suite 201
P.O. Box 276
Paintsville, Kentucky  41240
don@djoneslawoffice.com

_/s/ Jonathan C. Shaw_____
JONATHAN C. SHAW