UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                                                                    PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;

EASTERN KENTUCKY CORRECTIONS
SERVICES INC.

and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                                    DEFENDANTS

---

**PROPOSED ORDER**

---

This matter having come before the Court upon the joint motion of Plaintiffs SABRINA ADKINS and ESTATE OF JENNIFER HILL and Defendants, BEN FIELDS, Individually and in his Official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department, EASTERN KENTUCKY CORRECTIONS SERVICES INC. and MICKEY STINES, LETCHER COUNTY SHERIFF by and through counsel, to stay this matter and amend the scheduling order [R. 90] previously entered in this matter due to the tragic events yesterday afternoon and the yet unknown exchange between Sheriff Stines and Judge Mullins which may be relevant to this matter. Additionally, the parties seek to extend due to the recently made supplemental disclosures by Plaintiffs which may lead to the need to conduct additional discovery. The Court noting the agreement of all counsel and being otherwise sufficiently

advised;

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. This matter stayed for the next sixty (60) days and discovery is held abeyance during this time. The parties are to submit a joint status report on or before November 20, 2024 advising of the status of this matter and proposed amended scheduling deadlines.

This \_\_\_\_ day of _____, 2024.

_____

JUDGE, U. S. DISTRICT COURT