UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                                                    PLAINTIFFS,

V.                                                     **ORDER**

BEN FIELDS, *et al.*                                                                                          DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Joint Motion for Stay and Extension of Deadlines. [R. 117]. Previously, discovery in this matter was held in abeyance pending the resolution of Defendant Ben Fields' state criminal case. [R. 66]. Since then, the stay was lifted and the undersigned entered a Scheduling Order on November 13, 2023. [R. 90]. The Court's June 25, 2024, Order then amended the pending pretrial deadlines and established, among other new deadlines, September 22, 2024, as the deadline to conduct fact discovery. [R. 106]. Now, the parties have requested that the matter be stayed and discovery be held in abeyance for 60 days to allow the parties time to investigate whether the events surrounding the shooting that took place on September 19, 2024, are related to this matter and to allow the parties sufficient time to review Plaintiff's supplemental disclosures. [R. 117]. Accordingly,

IT IS ORDERED that the parties' Joint Motion for Stay and Extension of Deadlines [R. 117] is GRANTED. All pending deadlines pursuant to the Court's June 25, 2024, Order [R. 106] are VACATED and all proceedings and discovery for this matter shall be STAYED for 60 days from the entry of this Order.

IT IS FURTHER ORDERED that within 60 days of the entry of this Order, the parties shall submit a joint status report advising the Court on the status of this case and the parties' proposed amended scheduling deadlines.

Signed September 23, 2024.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge