*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **ESTATE OF JENNIFER HILL** ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | |
| ) | **JOINT STATUS REPORT** |
| **BEN FIELDS, Individually** ) | |
| **And in his Official capacity as** ) | |
| **a Deputy Sheriff with the** ) | |
| **Letcher County Sheriff's Department,** ) | |
| ) | |
| **EASTERN KENTUCKY CORRECTIONAL** ) | |
| **SERVICES INC.** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **MICKEY STINES, LETCHER COUNTY** ) | |
| **SHERIFF** ) | |
|     **DEFENDANTS** ) | |

    The parties, by and through counsel, hereby submit this joint status report consistent with the Court's directive as set out in its September 23, 2024, Order. [DE No. 188]. On November 20, 2024, the parties met and conferred for the purpose of discussing the status of the case and agreeing on proposed amended pretrial deadlines.

    Within the two (2) weeks preceding the Court's Order granting the parties' Joint Motion for Stay and Extension of Deadlines, Defendant Ben Fields was deposed, Defendant Mickey Stines

1

was deposed, and the tragic shooting took place at the Letcher County Courthouse. In light of the foregoing, the parties request additional time to complete fact discovery in this case. As the Court is aware, the parties have had difficulty obtaining unredacted copies of the Attorney General's criminal investigative file related to Ben Fields. The parties all agree that these records are important to the claims alleged in this matter and seek additional time to obtain such records from Ben Fields' criminal defense attorney. The parties also desire to take additional depositions as discussed during the parties' November 20, 2024, conference.

In light of the foregoing, the Parties propose the following amended deadlines in this case:

1. Fact discovery shall be completed by **February 21, 2025**;

2. Per Fed. R. Civ. P. 26(a)(2), Plaintiffs shall file expert witness disclosures no later than **March 7, 2025**;

3. Per Fed. R. Civ. P. 26(a)(2), Defendants shall file expert witness disclosures no later than **April 4, 2025**;

4. All expert discovery shall be completed no later than **May 16, 2025**;

5. The parties shall file a status report no later than **May 16, 2025**, indicating the progress of the case and the status of settlement negotiations; and

6. The parties shall file any dispositive motions no later than **June 27, 2025**.

7. The parties shall be ready for a pretrial conference by **September 15, 2025**;

8. The parties shall be ready for trial by **October 15, 2025**.

Have seen and agreed:

/s/ Bethany N. Baxter
Joe F. Childers
Bethany N. Baxter
Childers & Baxter PLLC
COUNSEL FOR PLAINTIFFS

/s/ Jonathan Shaw *(by B. Baxter, with permission)*
Jonathan Shaw
 PORTER BANKS BALDWIN & SHAW PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS OFFICIAL CAPACITY AND
MICKEY STINES, LETCHER COUNTY
SHERIFF'S DEPARTMENT

/s/ Jason Williams *(by B. Baxter, with permission)*
Jason Williams
WILLIAMS & TOWE LAW GROUP, PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS INDIVIDUAL
CAPACITY

/s/ Donald L. Jones *(by B. Baxter, with permission)*
Donald L. Jones
LAW OFFICE OF DONALD L. JONES
COUNSEL FOR DEFENDANT
EASTERN KENTUCKY CORRECTIONAL SERVICES, INC.

    /s/ Bethany N. Baxter
    JOE F. CHILDERS
    BETHANY N. BAXTER

    CHILDERS & BAXTER, PLLC
    The Lexington Building
    201 West Short Street
    Suite 300
    Lexington, Kentucky 40507
    Telephone: (859) 253-9824
    Facsimile:  (859) 258-9288
    Joe@JChildersLaw.com
    Bethany@JChildersLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS