*Electronically Filed*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
|     **PLAINTIFFS** | ) |
| | ) |
| V. | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| | ) |
|     **DEFENDANTS** | ) |

NOTICE TO TAKE DEPOSITION OF LASHAUNA FRAZIER

    NOTICE IS HEREBY GIVEN, that on Wednesday, January 15, 2025, at the hour of 2:00 p.m., the Plaintiffs, by and through counsel, shall take the deposition of Lashauna Frazier by ZOOM video conference software. A link for this conference will be distributed to counsel via email.

Said deposition shall be taken by stenographic means, for purposes of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

        Respectfully Submitted,

/s/ Bethany N. Baxter_____
BETHANY N. BAXTER
JOE F. CHILDERS
CHILDERS & BAXTER PLLC
THE LEXINGTON BUILDING
201 WEST SHORT STREET, SUITE 300
LEXINGTON, KENTUCKY 40507
PHONE: 859-253-9824
FAX: 859-347-2310
*COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2025, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case. A copy of this deposition notice was mailed to Eastern Kentucky Correctional Services, Inc. c/o Patty Stockham, 1319 Siloam Lane South Shore, KY 41175.

        /s/ Bethany N. Baxter_____
        COUNSEL FOR PLAINTIFFS