UNITED STATES DEPARTMENT OF LABOR
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

SABRINA ADKINS and
JENNIFER HILL                          PLAINTIFFS


VS:      DEPOSITION OF SABRINA ADKINS

BEN FIELDS                             DEFENDANTS



* * * * * * * * * * * *

April 12, 2024



Hon. Jason Williams
303 South Main Street
London, KY 41743



AMOUNT DUE: $1,295.00



Exacta Court Reporting, Inc.
2496 KY Route 1107
Paintsville, KY 41240


Tax# 61-1325209

UNITED STATES DEPARTMENT OF LABOR
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

SABRINA ADKINS and
JENNIFER HILL                                    PLAINTIFFS


VS:        DEPOSITION OF SABRINA ADKINS

BEN FIELDS                                       DEFENDANTS



* * * * * * * * * * * *

The Zoom Deposition of Sabrina Adkins was

taken on behalf of the Defendants on April 9, 2024 at

the Leslie County Detention Center at 2125 Kentucky

Highway 118, Hyden, Kentucky.

Said deposition was taken pursuant to

notice, previously filed, and is to be used for

purposes of discovery and all other purposes

permitted by the Rules of Civil Procedure.



# ORIGINAL

APPEARANCES


ON BEHALF OF PLAINTIFF:

                    HON. BETHANY BAXTER
                    201 WEST SHORT STREET, STE 300
                    LEXINGTON, KY 40507

                    HON. NED PILLERDORF
                    124 WEST STREET
                    PRESTONSBURG, KY 41653

ON BEHALF OF DEFENDANTS:

                    HON. JASON WILLIAMS
                    303 SOUTH MAIN STREET
                    LONDON, KY 41743
                    jason@wftlaw.com


                    HON. JONATHAN SHAW
                    P.O. DRAWER 1767
                    PAINTSVILLE, KY 41240
                    jshaw@psbb-law.com


                    HON. DON JONES
                    P.O. BOX 276
                    PAINTSVILLE, KY 41240
                    don@djoneslawoffice.com

INDEX

CAPTION PAGE . . . . . . . . . . . . . 1

APPEARANCES. . . . . . . . . . . . . . 2

INDEX. . . . . . . . . . . . . . . . . 3

VIDEOGRAPHER'S OPENING . . . . . . . . 4-5

DIRECT EXAMINATION BY:

     HON. JASON WILLIAMS . . . . . . . 6-117

CROSS-EXAMINATION BY

     HON. JONATHAN SHAW. . . . . . . . 118-137

CROSS-EXAMINATION BY:

     HON. DON JONES. . . . . . . . . . 138-145

RECROSS-EXAMINATION BY:

     HON. JONATHAN SHAW. . . . . . . . 146

REPORTER'S CERTIFICATE . . . . . . . . 147

| | |
|---|---|
| 1 | <u>**VIDEOGRAPHER'S OPENING**</u> |
| 2 | My name is Rich Ramey today's video technician.  The |
| 3 | court reporter is Joey VanHoose.  We are today via |
| 4 | Zoom taking the deposition of Sabrina Adkins pursuant |
| 5 | to notice in the United States District Court, |
| 6 | Eastern District of Kentucky, Case No. 7:22-CV-00007- |
| 7 | REW Styled Sabrina Adkins and Jennifer Hill Verus |
| 8 | Been Fields.  The date is April 9, 2024 and the time |
| 9 | is 1:06 pm. Would you please swear in the witness. |
| 10 | **COURT REPORTER:** Raise your right hand please?  Do you |
| 11 | swear or affirm that the testimony that you are about |
| 12 | to give to be truth and nothing but the truth? |
| 13 | **SABRINA ADKINS:** Yes. |
| 14 | Will Counsel now please intro duce themselves and |
| 15 | whom they represent? |
| 16 | **MS.BAXTER:** I will go first.  My name is Bethany |
| 17 | Baxter.  I am here on behalf of Sabrina Adkins and |
| 18 | Jennifer Hill, the plaintiffs. |
| 19 | **MR. WILLIAMS:** My name is Jason Williams.  I am here |
| 20 | on behalf defendant Ben Fields in his individually |
| 21 | capacity. |
| 22 | **MR. SHAW:** Jonathan Shaw and I am here on behalf of |
| 23 | Ben Fields in his official capacity and Micky Stines |
| 24 | in capacity as Letcher County Sheriff |

1     **MR. PILLERSDORF:** I am Ned Pillersdorf, and I am co-

2 counsel with MS. Baxter for Ms. Adkins.

3     **MR. JONES:** I am Don Jones and I represent Eastern

4 Kentucky Correction Services, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# DIRECT EXAMINATION

**MR. WILLIAMS:**

Q    Ms. Adkins, can you hear me okay?

A    Yes.

Q    As I said just a moment ago, my name is
Jason Williams, and I have been retained to
represent Ben Fields in an individual
capacity. I know that Ms. Baxter is there
with you. Can you tell who else is in the
room on your end?

A    The court reporter, Joey VanHoose.

Q    And you are currently at the Leslie County
Detention Center; is that correct?

A    Yes, sir.

Q    Okay. Ms. Adkins, have you ever given a
deposition for anything before?

A    No.

Q    Okay. I am sure your attorney has prepared
you for this, but I just want to make sure
that kinda on the same page before we get
started. The first thing that I would tell
you is that this isn't an endurance
contest. I don't know how long the
deposition is going to take. Hopefully, it

| 1 | | won't be all that long, but if you need to |
| 2 | | take a break at any time, let us know; |
| 3 | | okay? |
| 4 | A | Okay. |
| 5 | Q | You will need to speak up for me, so that |
| 6 | | the court reporter can hear you clearly and |
| 7 | | so counsel can as well on this Zoom. |
| 8 | | Please try to keep in mind that as I ask |
| 9 | | you the questions you might anticipate the |
| 10 | | answer before that I even get my whole |
| 11 | | question out, but it is important for the |
| 12 | | court reporter as recording for me to get |
| 13 | | the whole question out before you begin to |
| 14 | | answer it, and by the same token, I will |
| 15 | | try to do my best to not begin asking you |
| 16 | | another question while you are still |
| 17 | | working on answering the last one; okay? |
| 18 | A | Okay. |
| 19 | Q | And then, the last thing I would say is |
| 20 | | that, you know, we have a tenancy when we |
| 21 | | are talking to each other to answer |
| 22 | | questions with a head shake or a nod and |
| 23 | | because we are taking this down in a |
| 24 | | transcript, you will need to answer |

|    |   |                                                           |
|----|---|-----------------------------------------------------------|
| 1  |   | verbally. So even though you may be shaking               |
| 2  |   | your head yes, you will need to actually                  |
| 3  |   | say yes or no if you are shaking your head                |
| 4  |   | no; okay?                                                 |
| 5  | A | Okay.                                                     |
| 6  | Q | All right. Any questions before that we get               |
| 7  |   | started?                                                  |
| 8  | A | No.                                                       |
| 9  | Q | All right.  Can you tell us what your full                |
| 10 |   | name is for the record, please?                           |
| 11 | A | Sabrina Kay Adkins.                                       |
| 12 | Q | And does "K" in the middle stand for                      |
| 13 |   | anything?                                                 |
| 14 | A | Kay, K-A-Y.                                               |
| 15 | Q | K-A-Y?                                                    |
| 16 | A | Uh-huh.                                                   |
| 17 | Q | Okay. All right.  And tell me - - Is that                 |
| 18 |   | your maiden name Adkins?                                  |
| 19 | A | No, Adkins is my married name.                            |
| 20 | Q | Adkins is your married name?                              |
| 21 | A | Yes.                                                      |
| 22 | Q | What was your maiden name?                                |
| 23 | A | Hackney.                                                  |
| 24 | Q | Okay. Did I hear you right Actney?                        |

| | | |
|---|---|---|
| 1 | A | Hackney, H-A-C-K-N-E-Y. |
| 2 | Q | All right. And besides Adkins and Hackney, |
| 3 | | what other last names have you gone by? |
| 4 | A | Little. |
| 5 | Q | L-I-T-T-L-E? |
| 6 | A | Yes, sir. |
| 7 | Q | Okay. And I know you are using Adkins |
| 8 | | currently. What years have you used that |
| 9 | | last name to the best of your recollection? |
| 10 | A | From '94 to 2016, and then 2018 to now. |
| 11 | Q | Okay. And did yo use Hackney until '94? |
| 12 | A | Yes |
| 13 | Q | What years, year or years, did you use the |
| 14 | | last name Little? |
| 15 | A | 2016, 2017. |
| 16 | Q | And have you ever had any nicknames that |
| 17 | | you have gone by? |
| 18 | A | No. |
| 19 | Q | Any aliases? Sometimes folks use different |
| 20 | | names than they normally would, any aliases |
| 21 | | that you have used? |
| 22 | A | No. |
| 23 | Q | What year were you born, please? |
| 24 | A | 1976. |

| | | |
|---|---|---|
| 1 | Q | Could I get the last four of your Social |
| 2 | | Security? |
| 3 | A | 5719. |
| 4 | Q | Are you currently married? |
| 5 | A | No. |
| 6 | Q | But you have been married in the past; |
| 7 | | correct? |
| 8 | A | Yes. |
| 9 | Q | When were you last married? |
| 10 | A | 2017. |
| 11 | Q | And what was your husband's name? |
| 12 | A | Enos Little. |
| 13 | Q | Where were you and Enos married at? |
| 14 | A | Pike County. |
| 15 | Q | And then were you all then divorced? |
| 16 | A | I am sorry. I didn't hear you. |
| 17 | **MS. BAXTER:** Jason, you froze there for a minute. |
| 18 | Q | At some point were you divorced? |
| 19 | A | Yes. |
| 20 | Q | And what year were you divorced? |
| 21 | A | 2017. |
| 22 | Q | What county was your divorce in? |
| 23 | A | Pike County. |
| 24 | Q | Are there any children from that marriage? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | All right. Besides Mr. Little, who else |
| 3 | | have you been married to? |
| 4 | A | Joseph Eddie Adkins. |
| 5 | Q | Joseph Adkins? |
| 6 | A | Uh-huh. |
| 7 | Q | What time period were you married to Mr. |
| 8 | | Adkins? |
| 9 | A | 1995 to 2010. |
| 10 | Q | And where you all married at? |
| 11 | A | Pike County. |
| 12 | Q | Divorced there as well? |
| 13 | A | Yes. |
| 14 | Q | Any children born of that marriage? |
| 15 | A | Yes, one son. |
| 16 | Q | What is that son's name? |
| 17 | A | Jacob Thomas Edward Adkins. |
| 18 | Q | And is Jacob still living in Kentucky? |
| 19 | A | Yes. |
| 20 | Q | How old is Jacob? |
| 21 | A | 26. |
| 22 | Q | Does he live in Pike County? |
| 23 | A | Yes. |
| 24 | Q | Is Jacob married? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Where does Joseph live, if you know? |
| 3 | A | In Pike County. |
| 4 | Q | Do you happen to know Joseph's address? |
| 5 | A | 297 Chloe Road, Pikeville 41501. |
| 6 | Q | How about Mr. Little, do you know where Mr. |
| 7 | | Little lives? |
| 8 | A | Pike County Detention Center. |
| 9 | Q | Have you been married to anybody else? |
| 10 | A | No. |
| 11 | Q | Are you currently in a relationship with |
| 12 | | anyone? |
| 13 | A | Yes. |
| 14 | Q | Okay. What's - - What is your current |
| 15 | | significant other's name? |
| 16 | A | Ernest Reynolds. |
| 17 | Q | And where is Mr. Reynolds from? |
| 18 | A | Grapevine, Kentucky. |
| 19 | Q | I am not familiar with that. What county |
| 20 | | is that in? |
| 21 | A | It's in Pike. I think it is called |
| 22 | | Fedscreek. |
| 23 | Q | And how long have you and Mr. Reynolds been |
| 24 | | together? |

| | | |
|---|---|---|
| 1 | A | About six months. |
| 2 | Q | I know you are currently incarcerated, but |
| 3 | | what was your last address? |
| 4 | A | 5412 Zebulon Highway, Pikeville, Kentucky. |
| 5 | Q | And how long have you lived at that |
| 6 | | address? |
| 7 | A | I lived there for almost four years. |
| 8 | Q | Take me back before that address, where |
| 9 | | have you lived before that? |
| 10 | A | I lived at 164 Perkins Branch in Jeremiah, |
| 11 | | Kentucky. |
| 12 | Q | Is that also Pike County? |
| 13 | A | No, that is Letcher County. |
| 14 | Q | Letcher, okay. How long did you live at |
| 15 | | the Jeremiah address? |
| 16 | A | Probably around two years. |
| 17 | Q | Did you say two years? |
| 18 | A | Yeah. |
| 19 | Q | When you lived there in Pikeville at 5412, |
| 20 | | if I got the number right, who was living |
| 21 | | there with you? |
| 22 | A | Myself. |
| 23 | Q | And how about the two years that you lived |
| 24 | | at the Jeremiah address, who lived with you |

| | | |
|---|---|---|
| 1 | | at that time? |
| 2 | A | Stacy Yates. |
| 3 | Q | I am sorry.  Who? |
| 4 | A | Stacy Yates. |
| 5 | Q | And how do you know Stacy? |
| 6 | A | We used to date. |
| 7 | Q | During what time period did you and Mr. |
| 8 | | Yates date? |
| 9 | A | From about 2017 to 2022. |
| 10 | Q | Anybody else live there with you and Mr. |
| 11 | | Yates? |
| 12 | A | His two kids. |
| 13 | Q | Are they under 18? |
| 14 | A | Yes. |
| 15 | Q | All right.  How about before the Jeremiah |
| 16 | | Address, where had you lived? |
| 17 | A | I lived on Chloe, Chloe Road in Pikeville. |
| 18 | Q | During what time period? |
| 19 | A | From 2010 to 2017, 2018, I guess. |
| 20 | Q | Anybody live with you there at that |
| 21 | | address? |
| 22 | A | At that one, Enos Little did. |
| 23 | Q | Okay. Anyone else? |
| 24 | A | My son. |

| | | |
|---|---|---|
| 1 | Q | Anybody else? |
| 2 | A | No. |
| 3 | Q | That pretty well cover your addresses over |
| 4 | | the last ten years; doesn't it? |
| 5 | A | Yes. |
| 6 | Q | Now let me ask before I forget. You have |
| 7 | | told me about your husbands and your |
| 8 | | boyfriends or folks that you were dating |
| 9 | | that we haven't talked about yet? |
| 10 | A | No. |
| 11 | Q | The names that you have given me would |
| 12 | | cover everybody you have been in a |
| 13 | | relationship in the last ten years or so; |
| 14 | | is that right? |
| 15 | A | Yes. |
| 16 | Q | Okay. Can you tell me what education level |
| 17 | | you have please? |
| 18 | A | I graduated highschool. |
| 19 | Q | Okay. Where did you graduate from? |
| 20 | A | Belfry Highschool. |
| 21 | Q | Have you lived in Pike County all of your |
| 22 | | life? |
| 23 | A | Yes. |
| 24 | Q | You mentioned Letcher for a while; right? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Would Letcher and Pike County be the two |
| 3 | | counties that you have ever lived in? |
| 4 | A | I lived in Warren County for like two |
| 5 | | months. |
| 6 | Q | Is that Bowling Green area? |
| 7 | A | Yes. |
| 8 | Q | Tell me what time period you lived in |
| 9 | | Bowling Green? |
| 10 | A | A couple of months in 2016. |
| 11 | Q | What mound you over there? |
| 12 | A | I married Enos and he had a job as an |
| 13 | | electrician traveling to different Wal- |
| 14 | | Marts and that was the Wal-Mart that we |
| 15 | | went and stayed and worked at. |
| 16 | Q | Okay. Do you have any college at all? |
| 17 | A | Just some, but no degrees. |
| 18 | Q | Where have you attended some college at? |
| 19 | A | Big Sandy. |
| 20 | Q | Is that something where that you would go |
| 21 | | to class at the building or online or what? |
| 22 | A | I done it online. |
| 23 | Q | All right. Any other education or training |
| 24 | | that you hav had that we haven't talked |

| | | |
|---|---|---|
| 1 | | about? |
| 2 | A | No. |
| 3 | Q | Have you taken any vocational training? |
| 4 | A | In highschool, I did. |
| 5 | Q | Okay. Tell me what you studied? |
| 6 | A | CNA. |
| 7 | Q | Have you ever worked as a CNA? |
| 8 | A | No. |
| 9 | Q | Any other training that you have had? |
| 10 | A | No. |
| 11 | Q | Okay. Have you ever been in the military? |
| 12 | A | No. |
| 13 | Q | When were you last employed? |
| 14 | A | Pig in a Poke, I don't recall the year, |
| 15 | | maybe - - Oh, no, it would be the flea |
| 16 | | market over in Letcher County I worked for |
| 17 | | Dale Dills, we flea marketed there at the |
| 18 | | Vendors Mall. |
| 19 | Q | That was the last one? |
| 20 | A | Yeah. |
| 21 | Q | What did you do there? |
| 22 | A | We resold flea market items. |
| 23 | Q | Did you just try to help customers there at |
| 24 | | the Vendors Mall, is that what it was? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Do you remember what your wage was? |
| 3 | A | $10.00 an hour. |
| 4 | Q | Okay. Do you remember about how long that |
| 5 | | you worked at the Vendors Mall? |
| 6 | A | On and off for probably a year. |
| 7 | Q | And about what year would that be? |
| 8 | A | 2020, 2021. |
| 9 | Q | What caused your employment to end at the |
| 10 | | Vendors Mall? |
| 11 | A | When I got arrested and come out to house |
| 12 | | arrest, I moved back to Pike County. |
| 13 | Q | All right. You mentioned Pig in a Poke |
| 14 | | before that? |
| 15 | A | Yeah, uh-huh. |
| 16 | Q | And that is a restaurant? |
| 17 | A | Yes. |
| 18 | Q | What did you do there? |
| 19 | A | I cooked. |
| 20 | Q | What wage did you make? |
| 21 | A | I don't remember. |
| 22 | Q | How long did you work there? |
| 23 | A | About a year. |
| 24 | Q | Why did that employment end? |

| | | |
|---|---|---|
| 1 | A | I don't even remember. |
| 2 | Q | Okay. How about before Pig in a Poke |
| 3 | | Restaurant? |
| 4 | A | I worked at Wendy's. |
| 5 | Q | In Pikeville? |
| 6 | A | Yeah. |
| 7 | Q | Do they have more than one there? |
| 8 | A | Yes. |
| 9 | Q | Which one did you work at? |
| 10 | A | The Coal Run. |
| 11 | Q | And how long did you work there? |
| 12 | A | About a year and a half. |
| 13 | Q | What was your position? |
| 14 | A | Assistant manager. |
| 15 | Q | Do you remember how much you made there? |
| 16 | A | $36,500 a year. |
| 17 | Q | And why did you leave that employment? |
| 18 | A | I don't remember. |
| 19 | Q | How about before Wendy's, ma'am? |
| 20 | A | Pike County Detention Center. |
| 21 | Q | What did you do there? |
| 22 | A | I supervised the inmates in the kitchen. |
| 23 | Q | And what time period did you work there |
| 24 | | doing that job? |

| 1 | A | I don't really recall the year. |
| 2 | Q | About a year? |
| 3 | A | Yeah, I did work there a year. |
| 4 | Q | Okay. Who was your supervisor at the Pike |
| 5 | | County Detention Center? |
| 6 | A | Rodney Scott. |
| 7 | Q | Do you remember what you made there? |
| 8 | A | $11.75 an hour. |
| 9 | Q | And what was the reason that you left the |
| 10 | | Pike County Detention Center? |
| 11 | A | I got the job at Wendy's making more money. |
| 12 | Q | At Wendy's? |
| 13 | A | Yes. |
| 14 | Q | All right. How about before the Pike |
| 15 | | County Detention Center? |
| 16 | A | Eastern Telephone. |
| 17 | Q | What did you do there? |
| 18 | A | I done accounts receivable, I sold phone |
| 19 | | systems. |
| 20 | Q | And for about how long? |
| 21 | A | Almost nine years. |
| 22 | Q | Where are they based out of? |
| 23 | A | There in Pikeville. |
| 24 | Q | Okay. Do you remember what wage you made |

| | | |
|---|---|---|
| 1 | | there? |
| 2 | A | I think it was 414.75 plus bonuses. |
| 3 | Q | Okay. And why did you leave that job? |
| 4 | A | I got married shortly after that I met my |
| 5 | | second husband. |
| 6 | Q | Have you ever been terminated from any of |
| 7 | | your work positions? |
| 8 | A | The job at the phone company they gave me |
| 9 | | the ultimatum of choose my job or choose |
| 10 | | the man I was with. |
| 11 | Q | Tell me a little bit more about that. How |
| 12 | | did that come about that they gave you that |
| 13 | | ultimatum? |
| 14 | A | I had come to work several times with a |
| 15 | | couple of black eyes. |
| 16 | Q | Okay, I see. And that was when you were in |
| 17 | | relationship with who? |
| 18 | A | Enos. |
| 19 | Q | And was - - Well, I don't want to ask you a |
| 20 | | dumb question if I can avoid it, but it |
| 21 | | sounds like that was an abusive |
| 22 | | relationship? |
| 23 | A | Yes. |
| 24 | Q | Is that why that marriage ended? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Did you ever take any EPOs or Domestic |
| 3 | | Violence Orders out against Enos? |
| 4 | A | Yes. |
| 5 | Q | Would those have been filed in Pike County? |
| 6 | A | Yes. |
| 7 | Q | Did you ever - - Were any charges ever |
| 8 | | filed against Enos as result? |
| 9 | A | Yes. |
| 10 | Q | What became of those charges? |
| 11 | A | He done, you know, some time on a few of |
| 12 | | them. |
| 13 | Q | Okay. Is he still incarcerated? |
| 14 | A | Yes. |
| 15 | Q | Do you know what he is in for now? |
| 16 | A | Murder. |
| 17 | Q | Did you ever, during that relationship or |
| 18 | | any time afterwards, seek any treatment as |
| 19 | | a result of the domestic violence? |
| 20 | A | No. |
| 21 | Q | How long did that abusive relationship |
| 22 | | exist; was it the whole marriage or was it |
| 23 | | longer than that or a shorter amount of |
| 24 | | time? |

| | | |
|---|---|---|
| 1 | A | For about five years. |
| 2 | Q | You worked for a little while for the |
| 3 | | Kentucky State Police; is that right? |
| 4 | A | Yes. |
| 5 | Q | And during what time period was that? |
| 6 | A | 2013, maybe, I am not real sure. |
| 7 | Q | Well, just get as close as you can. Around |
| 8 | | 2013? |
| 9 | A | Yeah. |
| 10 | Q | What did you do as KSP? |
| 11 | A | I done car crash reports, and filed |
| 12 | | detective reports. |
| 13 | Q | Okay. Do you remember what wage that you |
| 14 | | made there? |
| 15 | A | No. |
| 16 | Q | And why did you leave that job? |
| 17 | A | I left that job and went to HLT Check |
| 18 | | Exchange. |
| 19 | Q | Just got another job? |
| 20 | A | Yeah. |
| 21 | Q | And you can't remember what your wage was |
| 22 | | at KSP? |
| 23 | A | No. |
| 24 | Q | Okay. Before I forget about it and move |

| 1 | | on, I know that you had a difficult |
| 2 | | relationship with Enos that involved some |
| 3 | | domestic violence. Have you been involved |
| 4 | | in any other relationships that involve |
| 5 | | domestic violence or abuse? |
| 6 | A | No. |
| 7 | Q | Other than this lawsuit that we are here to |
| 8 | | talk about today, have you been a party to |
| 9 | | any other lawsuits? |
| 10 | A | No. |
| 11 | Q | To your knowledge - - other than a divorce |
| 12 | | for example, you haven't sued anyone and |
| 13 | | nobody has sued you? |
| 14 | A | No, sir. |
| 15 | Q | I think that I saw something where that you |
| 16 | | had applied for Social Security Disability? |
| 17 | A | Yes. |
| 18 | Q | Have you been awarded Disability? |
| 19 | A | No. |
| 20 | Q | Is that still ongoing, are you still doing |
| 21 | | appeals and so forth? |
| 22 | A | Yes. |
| 23 | Q | Okay. Tell me what is the nature of the |
| 24 | | disability that you filed on? |

| | | |
|---|---|---|
| 1 | A | PTSD, anxiety, depression, bipolar. |
| 2 | Q | Okay. Do you remember about when you filed |
| 3 | | for Social Security Disability? |
| 4 | A | 2022. |
| 5 | Q | Have you ever received any SSI or applied |
| 6 | | for SSI? |
| 7 | A | I think SSI is a part of that, yes. |
| 8 | Q | Okay. How about have you ever had a |
| 9 | | workers' compensation claim? |
| 10 | A | No. |
| 11 | Q | Now you mentioned some things that you |
| 12 | | filed your disability for, but do you have |
| 13 | | any other disabilities we haven't talked |
| 14 | | about? Some people might have trouble |
| 15 | | hearing or seeing or might have a back |
| 16 | | injury or something like that, anything |
| 17 | | that we haven't discussed that you would |
| 18 | | consider a disability? |
| 19 | A | No, sir. |
| 20 | Q | Okay. I am going to ask you some questions |
| 21 | | about your prior medical treatment, and |
| 22 | | what I would like to do is start out by |
| 23 | | asking you to kind of separate it from when |
| 24 | | before you were an adult and then |

| | | |
|---|---|---|
| 1 | | afterwards, so let's talk a little bit |
| 2 | | about before you were 18. Before you were |
| 3 | | 18, did you have any significant health |
| 4 | | problems? |
| 5 | A | No. |
| 6 | Q | When you sought treatment before you were |
| 7 | | an adult, where did you seek treatment at? |
| 8 | A | ARH Hospital at South Williamson. |
| 9 | Q | Okay. Did you have like a family doctor |
| 10 | | that you saw? |
| 11 | A | I had - - yeah, like a pediatrician up to I |
| 12 | | was 18. |
| 13 | Q | Okay. Do you remember who that was? |
| 14 | A | I want to say Dr. Randolf. |
| 15 | Q | And where was Dr. Randolf at? |
| 16 | A | Located in the ARH Hospital. |
| 17 | Q | Okay. What types of things did you see that |
| 18 | | doctor for? |
| 19 | A | Sore throat, you know cough. |
| 20 | Q | Okay. Were you ever hospitalized as a |
| 21 | | child? |
| 22 | A | No. |
| 23 | Q | Ever have to go to the emergency room asa |
| 24 | | child? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Tell me what for? |
| 3 | A | Once I fell on my dad's truck and my teeth |
| 4 | | got pulled almost out. |
| 5 | Q | Okay. |
| 6 | A | I had pneumonia maybe once or twice, and |
| 7 | | that is it that I can recall. |
| 8 | Q | Do remember when you got medicine distilled |
| 9 | | before you were 18 where that was done at? |
| 10 | A | No. |
| 11 | Q | Before you turned 18, did you suffer any |
| 12 | | mental or physical abuse of any kind? |
| 13 | A | No. |
| 14 | Q | Before you were 18, did you seek any |
| 15 | | treatment for any psychiatric or emotional |
| 16 | | conditions? |
| 17 | A | No. |
| 18 | Q | Let's talk a little bit about your medical |
| 19 | | treatment since you have become an adult; |
| 20 | | okay? |
| 21 | A | Okay. |
| 22 | Q | All right.  Since turning 18 up and until |
| 23 | | now, have you ever been hospitalized? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Okay. What for? |
| 2 | A | Bronchitis. |
| 3 | Q | Okay. |
| 4 | A | I had a hysterectomy. |
| 5 | Q | Let me take them one at a time; okay? |
| 6 | A | Okay. |
| 7 | Q | Bronchitis, and what hospital were you in? |
| 8 | A | Pikeville Medical. |
| 9 | Q | Can you say that again please? |
| 10 | A | Pikeville Medical. |
| 11 | Q | Pikeville, thank you. And how long were you |
| 12 | | in the hospital for that? |
| 13 | A | Two weeks. |
| 14 | Q | Do you feel like you fully recovered from |
| 15 | | that? |
| 16 | A | Yes. |
| 17 | Q | About when was that? |
| 18 | A | It was in 1997. |
| 19 | Q | Okay. Any other times that you have been |
| 20 | | hospitalized? |
| 21 | A | 2012 when I had my hysterectomy. |
| 22 | Q | Okay. And that was an in patient procedure |
| 23 | | and you stayed a few days? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Was that also at Pikeville? |
| 2 | A | Yes. |
| 3 | Q | I guess they just have one hospital there; |
| 4 | | don't they? |
| 5 | A | Yes. |
| 6 | Q | SO the two times that you have been in the |
| 7 | | hospital as an adult would be from |
| 8 | | Bronchitis and a hysterectomy; is that |
| 9 | | right? |
| 10 | A | Yes. |
| 11 | Q | Have you ever been in a hospital where |
| 12 | | voluntarily or involuntarily you were in |
| 13 | | there for psychiatric treatment or any |
| 14 | | kind? |
| 15 | A | Yes. |
| 16 | Q | Okay. How many times? |
| 17 | A | Four or five. |
| 18 | Q | Four or five times? |
| 19 | A | Yes. |
| 20 | Q | And would they have been at more than one |
| 21 | | place? |
| 22 | A | Yes. |
| 23 | Q | Okay.  How many different places? |
| 24 | A | Highlands regional In Prestonsburg. |

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | Kings Daughter's. |
| 3 | Q | Okay. |
| 4 | A | That is it. |
| 5 | Q | So those are the two places that those four |
| 6 | | or five hospitalizations have occurred? |
| 7 | A | Yes. |
| 8 | Q | All right. When you are at Highlands |
| 9 | | Regional, do you now what time period or |
| 10 | | periods that was? |
| 11 | A | That was around 2016. |
| 12 | Q | Uh-huh. And tell me why that you were at |
| 13 | | Highland Regional for psychiatric treatment |
| 14 | | at that time? |
| 15 | A | I was in rehab, I had just become a drug |
| 16 | | addict and just didn't - - at that time, |
| 17 | | didn't want to live. |
| 18 | Q | Okay. Was that related to some attempt, |
| 19 | | suicide attempt or something like that? |
| 20 | A | Yes. |
| 21 | Q | Okay. How long did you stay there at |
| 22 | | Highlands Regional? |
| 23 | A | Six days. |
| 24 | Q | Were you just at Highlands Regional one |

| | | |
|---|---|---|
| 1 | | time or more than one? |
| 2 | A | One time. |
| 3 | Q | Okay. All right. So it sounds like you |
| 4 | | were at Kings Daughter's Hospital several |
| 5 | | times then? |
| 6 | A | Yes. |
| 7 | Q | Okay. When was the first time? |
| 8 | A | 2021. |
| 9 | Q | Okay. What were you at Kings Daughter's |
| 10 | | for that time? |
| 11 | A | Attempted to kill myself. |
| 12 | Q | Okay. And how long did you stay? |
| 13 | A | I think a week the first time. |
| 14 | Q | All right. And you were there some other |
| 15 | | times as well; is that right? |
| 16 | A | Uh-huh. |
| 17 | Q | What years were you also at Kings |
| 18 | | Daughter's? |
| 19 | A | 2022. The last time I was in was last |
| 20 | | January. |
| 21 | Q | January of '24 or '23? |
| 22 | A | '23. |
| 23 | Q | When you were there in 2022, what was that |
| 24 | | for? |

| 1 | A | A mental breakdown. |
| 2 | Q | And how about in 2023? |
| 3 | A | I tried to kill myself. |
| 4 | Q | Were there - - I am sorry to have to ask |
| 5 | | you about this, ma'am, because I know it is |
| 6 | | difficult to talk about.  But did you have |
| 7 | | any suicide attempts as minor before you |
| 8 | | turned 18? |
| 9 | A | No, sir. |
| 10 | Q | Do you come from a big family? |
| 11 | A | There was - - I have three brothers and |
| 12 | | sisters. |
| 13 | Q | Okay.  Are your folks still living? |
| 14 | A | No. |
| 15 | Q | And what was your mom's name? |
| 16 | A | Barbara Hackney. |
| 17 | Q | And she is deceased? |
| 18 | A | Yes. |
| 19 | Q | And what was your father's name? |
| 20 | A | Chester Hackney. |
| 21 | Q | Is he deceased? |
| 22 | A | Yes. |
| 23 | Q | All right.  Tell me about your siblings, |
| 24 | | how many do you have? |

| 1 | A | I have two sisters, one is deceased and one |
| 2 | | is alive, and then, I have a brother that |
| 3 | | is deceased. |
| 4 | Q | Okay. What is your living sister's name? |
| 5 | A | Melisaa Polly. |
| 6 | Q | And where does she live? |
| 7 | A | Chapmanville, West Virginia. |
| 8 | Q | Okay. And you have one deceased sister? |
| 9 | A | Yes. |
| 10 | Q | And what was her name? |
| 11 | A | Amy Jones. |
| 12 | Q | You said that you have a brother that is |
| 13 | | deceased? |
| 14 | A | Yes. |
| 15 | Q | What was his name? |
| 16 | A | George Hackney. |
| 17 | Q | Do you have a lot of family, kin folk, |
| 18 | | cousins, and forth in Eastern Kentucky? |
| 19 | A | Yes. |
| 20 | Q | Other than Hackney, what last name would |
| 21 | | they go by? |
| 22 | A | Davis. |
| 23 | Q | Any other family names that would be |
| 24 | | prominent? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | All right. So we have talked about - - have |
| 3 | | we talked about all of the times that you |
| 4 | | have been hospitalized? |
| 5 | A | Uh-huh. |
| 6 | Q | How about are there times other than being |
| 7 | | hospitalized where you stayed overnight at |
| 8 | | hospital, but you were at the ER as an |
| 9 | | adult? |
| 10 | A | At the ER. |
| 11 | Q | I am sorry. Did you say you hadn't been to |
| 12 | | the ER? |
| 13 | A | No, I have been to the ER. |
| 14 | Q | Okay. Tell me as far back as can recall |
| 15 | | starting with the time that you have been |
| 16 | | at the emergency at the hospital? |
| 17 | A | Around '98, '99, gallbladder. |
| 18 | Q | Okay. |
| 19 | A | I ended up having it removed. It was |
| 20 | | outpatient. |
| 21 | Q | Okay. |
| 22 | A | Around 2015, '16, I was there several times |
| 23 | | with rotator cuff, I ended up having |
| 24 | | rotator cuff surgery, and it was out |

| | | |
|---|---|---|
| 1 | | patient, some black eyes and stuff like |
| 2 | | that. |
| 3 | Q | Was your rotator cuff a result of domestic |
| 4 | | violence? |
| 5 | A | Yes. |
| 6 | Q | All right. What other times can you |
| 7 | | remember? |
| 8 | A | I had Hep C back in 2020 that I was seen |
| 9 | | for. |
| 10 | Q | Can you tell me the condition again, I am |
| 11 | | sorry? |
| 12 | A | Hep C. |
| 13 | Q | Okay. Did they just treat you in the |
| 14 | | hospital - - in the ER, and let you go |
| 15 | | home? |
| 16 | A | No, they referred me to Mountain Comp where |
| 17 | | I took a treatment for it. |
| 18 | Q | All right. Okay. What other times have |
| 19 | | you been in the ER? |
| 20 | A | I hurt my back tugging on some - - a big |
| 21 | | propane tank I had at my house and hurt my |
| 22 | | back, and I went there or just the common |
| 23 | | cold. |
| 24 | Q | Okay. Since you have become and adult, what |

| | | |
|---|---|---|
| 1 | | family doctors have you treated with? |
| 2 | A | Mountain Comp, Dr. Fannin. |
| 3 | Q | Is that the same place? |
| 4 | A | No. Dr. Fannin has a practice called Best |
| 5 | | Family Practice. |
| 6 | Q | Okay. |
| 7 | A | And then, Mountain Comp. |
| 8 | Q | Where is Dr. Fannin's office at? |
| 9 | A | Prestonsburg now. |
| 10 | Q | Did it use to be somewhere else? |
| 11 | A | Pikeville. |
| 12 | Q | And which Mountain Comp do you go to? |
| 13 | A | I have been to the one in Whitesburg, I |
| 14 | | have been to the one in Pikeville, I have |
| 15 | | been to the one in Prestonsburg. |
| 16 | Q | Okay. Any other family doctors you have |
| 17 | | treated with? |
| 18 | A | Dr. Trivett in Pikeville. |
| 19 | Q | What did you see Dr. Trivett for? |
| 20 | A | Just regular checkups, M.D. stuff. |
| 21 | Q | Okay. Any other family doctors that we |
| 22 | | haven't discussed? |
| 23 | A | Not family doctors, no. |
| 24 | Q | Any other kinds of doctors you have seen as |

| | | |
|---|---|---|
| 1 | | an adult that we haven't talked about? |
| 2 | A | Yes, I have seen counselors. |
| 3 | Q | Okay.  When did you begin seeing |
| 4 | | counselors? |
| 5 | A | 2021. |
| 6 | Q | 2021? |
| 7 | A | Yeah. |
| 8 | Q | Okay.  Where did you go for counseling? |
| 9 | A | Mountain Comp. |
| 10 | Q | What kind of treatment did the counselors |
| 11 | | give you? |
| 12 | A | Just therapy and medication. |
| 13 | Q | Have you been - - Aside from any time that |
| 14 | | you have been incarcerated, have you been |
| 15 | | in continuous counseling since 2021? |
| 16 | A | Yes. |
| 17 | Q | When was the last counseling that you have |
| 18 | | had as we sit here today? |
| 19 | A | February 13th, the day before that I got |
| 20 | | arrested. |
| 21 | Q | Okay. Now you mentioned to me some |
| 22 | | conditions you had filed your disability |
| 23 | | related to, and one of them was PTSD? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Can you tell me, to the best of your |
| 2 | | knowledge, when you were first diagnosed |
| 3 | | with PTSD? |
| 4 | A | Late 2021 or early 2022. |
| 5 | Q | Okay. You also mentioned - - you had filed |
| 6 | | for anxiety? |
| 7 | A | Yes. |
| 8 | Q | When were you first diagnosed with anxiety? |
| 9 | A | The same. |
| 10 | Q | Late 2021? |
| 11 | A | Yeah. |
| 12 | Q | How about depression? |
| 13 | A | Yes, the same. |
| 14 | Q | And you also mentioned bipolar.  When do |
| 15 | | you think you were first diagnosed with |
| 16 | | bipolar? |
| 17 | A | The same. |
| 18 | Q | In late 2021? |
| 19 | A | Yeah. |
| 20 | Q | Was it the same person who diagnosed you |
| 21 | | with all of those conditions? |
| 22 | A | Yes. |
| 23 | Q | Who was it? |
| 24 | A | ARC, the Rehab, the counselors there. |

| 1 | Q | Is that someone that you are still seeing? |
| 2 | A | Well, I was up until I come to jail. |
| 3 | Q | I understand.  Are you currently receiving |
| 4 | | any kind of medical treatment at the |
| 5 | | Detention Center? |
| 6 | A | Yes, sir. |
| 7 | Q | What kind of treatment are you receiving at |
| 8 | | the Detention Center? |
| 9 | A | For the same things, PTSD, anxiety, bipolar |
| 10 | | and for my sleep. |
| 11 | Q | Okay. So let's talk a little bit about you |
| 12 | | history or arrest and so forth. |
| 13 | A | Okay. |
| 14 | Q | Did you have any juvenile arrest? |
| 15 | A | No. |
| 16 | Q | Okay. Now after turning 18, when was the |
| 17 | | first time that you got in any kind of |
| 18 | | trouble with the law? |
| 19 | A | 2016. |
| 20 | Q | Okay. And what kind of trouble did you get |
| 21 | | into? |
| 22 | A | DUI. |
| 23 | Q | And where was that at? |
| 24 | A | Pike County. |

| | | |
|---|---|---|
| 1 | Q | And was that something that you ended up |
| 2 | | pleading guilty to? |
| 3 | A | Yes. |
| 4 | Q | What was the nature of the intoxication, |
| 5 | | was it drugs or alcohol? |
| 6 | A | Alcohol. |
| 7 | Q | How old were you when you first began using |
| 8 | | alcohol? |
| 9 | A | 40. |
| 10 | Q | After 2016, do you recall when you were |
| 11 | | next arrested? |
| 12 | A | Second offense DUI, the same year. |
| 13 | Q | Okay. Also alcohol? |
| 14 | A | Yes. |
| 15 | Q | All right. How about after that? |
| 16 | A | A third offense DUI with drugs. |
| 17 | Q | What kind of drugs was that? |
| 18 | A | I had two Norco 10s, and I was also charged |
| 19 | | with possession. |
| 20 | Q | Okay. Did you develop an addiction to pain |
| 21 | | killers at some point? |
| 22 | A | Yes. |
| 23 | Q | And about when did you begin - - or when |
| 24 | | did that addiction start to the best of |

| 1 | | your knowledge? |
| 2 | A | Around 2012. |
| 3 | Q | Of course, this happens different ways as |
| 4 | | you know.  Were you prescribed pain killers |
| 5 | | by somebody or were you taking them |
| 6 | | illegally? |
| 7 | A | No, I was prescribed. |
| 8 | Q | Do you remember who prescribed you pain |
| 9 | | killers and what for? |
| 10 | A | Dr. Fannin for my back. |
| 11 | Q | And what was going on with your back that |
| 12 | | you needed pain killers? |
| 13 | A | When my son was born, I had a little bit of |
| 14 | | trouble out of my back and it would hurt |
| 15 | | from time to time, and he just started |
| 16 | | prescribing for years. |
| 17 | Q | All right. After your third DUI arrested |
| 18 | | related to pain killers, when were you next |
| 19 | | arrested to your knowledge? |
| 20 | A | 2017. |
| 21 | Q | Okay.  What was that for? |
| 22 | A | Possession. |
| 23 | Q | Possession of what? |
| 24 | A | Two Norco 10s. |

| | | |
|---|---|---|
| 1 | Q | All right. How about after 2017? |
| 2 | A | Possession of meth in, I want to say, 2018. |
| 3 | Q | Now just so that I don't have to ask you |
| 4 | | over and over again, the arrest that we are |
| 5 | | going over now and we will talk about |
| 6 | | today, have they all been in Kentucky? |
| 7 | A | Yes. |
| 8 | Q | Will they all be in either Pike County or |
| 9 | | Letcher County or are there other counties |
| 10 | | as well? |
| 11 | A | Warren County is where that I got my second |
| 12 | | offense DUI. |
| 13 | Q | Okay. Any other counties that you can think |
| 14 | | of? |
| 15 | A | No. |
| 16 | Q | All right. So you had position of meth in |
| 17 | | 2108, how about after that? |
| 18 | A | Possession of meth in Letcher County in |
| 19 | | 2000 I think it was '21. |
| 20 | Q | Okay. How about after that? |
| 21 | A | That is all. |
| 22 | Q | And you are currently incarcerated now - -I |
| 23 | | believe that you have already told me that. |
| 24 | | What is the reason why you are currently |

| | | |
|---|---|---|
| 1 | | incarcerated, ma'am? |
| 2 | A | Letcher County possession of Meth from |
| 3 | | 2021. |
| 4 | Q | Did you have some kind of parole or |
| 5 | | probation violation or something like that? |
| 6 | A | Yes, I was put on house arrest and then put |
| 7 | | on probation, and violated my probation. |
| 8 | Q | Okay. What happened with your probation |
| 9 | | that they violated you on it? |
| 10 | A | I went in and confessed and told them I had |
| 11 | | used. |
| 12 | Q | Other than - - Well, let's just go over - - |
| 13 | | Tell me the jails that you have been housed |
| 14 | | at in Kentucky? |
| 15 | A | Letcher County. |
| 16 | Q | Uh-huh. |
| 17 | A | Pike County. |
| 18 | Q | Okay. |
| 19 | A | Warren County. |
| 20 | Q | Morgan? |
| 21 | A | No, Warren. |
| 22 | Q | Warren, I am sorry. |
| 23 | A | And Leslie County. Oh, there was a time |
| 24 | | period, I think it was Franklin County. |

| 1 | Q | Franklin? |
| 2 | A | Yeah. |
| 3 | Q | Was that a separate arrest up there |
| 4 | A | No, they shipped me up there. |
| 5 | Q | Gotcha. So Letcher, Pike, Warren, Leslie, |
| 6 | | and Franklin. Any others that we haven't |
| 7 | | discussed? |
| 8 | A | No. |
| 9 | Q | And do you know what your current released |
| 10 | | date scheduled is now? |
| 11 | A | The are supposed to - - I am supposed file |
| 12 | | for shock and get released to Pike County |
| 13 | | Drug Court in the next few months. |
| 14 | Q | But you are not sure what the date night |
| 15 | | be? |
| 16 | A | No, uh-uh. |
| 17 | Q | Now I know this case in your Complaint you |
| 18 | | alleged that you were placed on home |
| 19 | | incarceration in 2021? |
| 20 | A | Yes. |
| 21 | Q | Before 2021, had you ever been on home |
| 22 | | incarceration before? |
| 23 | A | No, sir. |
| 24 | Q | No? |

| 1 | A | No. |
|---|---|-----|
| 2 | Q | Okay. Have you ever been on like |
| 3 | | supervision of any type before 2021? |
| 4 | A | I was on Drug Court. |
| 5 | Q | Okay. Tell me about where you were in Drug |
| 6 | | Court at? |
| 7 | A | Pike County. |
| 8 | Q | And what time period were you in Drug Court |
| 9 | | there? |
| 10 | A | 2016 and '17. |
| 11 | Q | Okay. Did you successfully complete Drug |
| 12 | | Court that time? |
| 13 | A | No, sir. |
| 14 | Q | Okay. Tell me what happened, why you |
| 15 | | didn't? |
| 16 | A | I got a new charge of possession of meth, |
| 17 | | and went from Drug Court. |
| 18 | Q | Okay. Have you ever been in a drug |
| 19 | | rehabilitation facility? |
| 20 | A | Yes, several. |
| 21 | Q | Okay. How many different ones? |
| 22 | A | The Mountain Center, I have been to several |
| 23 | | different ARC facilities. |
| 24 | Q | And that is A-R-K? |

| | | |
|---|---|---|
| 1 | A | A-R-C. |
| 2 | Q | A-R-C, I am sorry. The Mountain Center, |
| 3 | | where is it at please? |
| 4 | A | Prestonsburg. |
| 5 | Q | And you said that you have been in several |
| 6 | | ARC facilities? |
| 7 | A | Yes. |
| 8 | Q | Can you give me the locations of those |
| 9 | | facilities? |
| 10 | A | Harlan, Kentucky; Owensville, Kentucky; |
| 11 | | Owensboro, Kentucky; Louisa, Kentucky. |
| 12 | Q | Louisa? |
| 13 | A | Yeah. |
| 14 | Q | Any other places? |
| 15 | A | I don't think so. |
| 16 | Q | You have talked to me about the addiction |
| 17 | | issues you had with alcohol, pain killers |
| 18 | | and methamphetamine.  Have you received |
| 19 | | drug treatment for any other drugs that we |
| 20 | | haven't talked about? |
| 21 | A | No. |
| 22 | Q | Do you feel like you had any addiction |
| 23 | | issues with any other drugs that we haven't |
| 24 | | talked about? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | I want to - - Are you good with going |
| 3 | | forward? Do you need a break at this point? |
| 4 | A | I would like to go to the bathroom. |
| 5 | Q | Okay. Let's take about a five or so minute |
| 6 | | break, and we will start back in a few |
| 7 | | minutes; okay? |
| 8 | A | Okay.  Thank you. |
| 9 | | **VIDEOGRAPHER:** The time is 1:59, we now leave the |
| 10 | | video record. |
| 11 | | **VIDEOGRAPHER:** The time is 2:08, we can return to |
| 12 | | the video. |
| 13 | Q | Ms. Adkins, are you ready to start back? |
| 14 | A | Yes, sir. |
| 15 | | **MS. BAXTER:** I will just warn you we are getting |
| 16 | | a message that says network bandwidth low, but |
| 17 | | we can hear you right now, so we will just roll |
| 18 | | with it, so hopefully it won't be a problem. |
| 19 | Q | Ms. Adkins - - So as I understand the |
| 20 | | allegations raised in your complaint with |
| 21 | | the  - - the incident that you are alleging |
| 22 | | relates with my client, Mr. Fields begin |
| 23 | | sometime after June of 2021; is that |
| 24 | | correct? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay. Do you remember - - Let's go back to |
| 3 | | say May of 2021 or before that home |
| 4 | | incarceration began. Do you remember what |
| 5 | | kind of medications you were taking at the |
| 6 | | time? |
| 7 | A | I wasn't taking any. |
| 8 | Q | You weren't prescribed any medications? |
| 9 | A | No, I was taking illegal drugs, but no - - |
| 10 | Q | Before May or June 2021? |
| 11 | A | No. |
| 12 | Q | Okay. There are some records that have been |
| 13 | | produced in Discovery from Highlands |
| 14 | | Regional Medical Center that at least from |
| 15 | | my review indicate that were actively |
| 16 | | taking - - do you believe those records |
| 17 | | would be in error? |
| 18 | | **MS. BAXTER:** Jason, you broke up there. Could |
| 19 | | you repeat that? |
| 20 | Q | Yes. Ms. Adkins, can you hear me okay? |
| 21 | A | Yes. |
| 22 | | **MS. BAXTER:** We can't hear you. |
| 23 | Q | Your attorney - - Okay. |
| 24 | | **MS. BAXTER:** Yeah, we can't - - It is breaking |

| 1 | | up. |
|---|---|---|
| 2 | Q | I have on my screen that you network |
| 3 | | bandwidth is low.  Can you hear me now? |
| 4 | | **MS. BAXTER:** No. |
| 5 | Q | Hello. - - |
| 6 | | **MS. BAXTER:** It says network - - Well, I don't |
| 7 | | know if that is us or Jason or who or Rich. |
| 8 | Q | Do you want to try to  - - the jail we can |
| 9 | | call then and see if we can get any |
| 10 | | improvement. |
| 11 | | **MS. BAXTER:** In the past, I have had luck with |
| 12 | | logging off and logging back in works sometimes, |
| 13 | | I will be happy to go get somebody we can call. |
| 14 | | Whatever you want to do. |
| 15 | Q | Well, obviously we will try to solve it if |
| 16 | | we can. Let me see if I can make a phone |
| 17 | | call or two and see if they can possibly |
| 18 | | give you any assistance maybe take 10 |
| 19 | | minutes and see what we can do. |
| 20 | | **MS. BAXTER:** I mean it is easy for us to call on |
| 21 | | the intercom here, we can do. |
| 22 | | **VIDEOGRAPHER:** The time is 2:13, we now leave the |
| 23 | | video record. |
| 24 | | **VIDEOGRAPHER:** The time is 2:15, we now return to |

| | | |
|---|---|---|
| 1 | | the video record. |
| 2 | Q | So Ms. Adkins, can you hear me okay now? |
| 3 | A | Yes. |
| 4 | Q | Okay. So we were talking a little bit about |
| 5 | | your medications before June of 2021, and I |
| 6 | | understood it, you didn't have any |
| 7 | | recollection of taking any medications |
| 8 | | before that time; was I right on that? |
| 9 | A | Except for in treatment when I was in |
| 10 | | rehab. |
| 11 | Q | Okay. Let me just ask you a few questions. |
| 12 | | We received from your attorney in Discovery |
| 13 | | Answers to medical records from HMHC, these |
| 14 | | folks here; okay? |
| 15 | A | Yes. |
| 16 | Q | And so I will just ask you some questions |
| 17 | | about some of these things and just give me |
| 18 | | your best recollection on them; okay? |
| 19 | A | Okay. I am looking at a HMHC record that is |
| 20 | | dated 8-28-20, and it has your name on it, |
| 21 | | and it has been bate stamped plaintiff 109. |
| 22 | | **MS. BAXTER:** Jason, we have copies of all of the |
| 23 | | exhibits that you were planning to use. They |
| 24 | | are sitting here. Is there a print out of that |

| | | |
|---|---|---|
| 1 | | and if so, can we flip to it? |
| 2 | Q | You are saying that you did get a copy? |
| 3 | | **MS. BAXTER:** Correct. The court reporter printed |
| 4 | | them all and we have got them sitting here. |
| 5 | Q | You all marked it Plaintiff's 1 or 000109. |
| 6 | | **MS. BAXTER** 109. |
| 7 | Q | It is a record from 8-26-20. |
| 8 | | **MS. BAXTER:** Got it. She has got that in front of |
| 9 | | her now. We have got a PO here. It seems to |
| 10 | | have resolved itself, but is there anything that |
| 11 | | we should do to keep the internet? |
| 12 | | **OFFICER:** No. |
| 13 | | **MS. BAXTER:** Just say a prayer? |
| 14 | | **OFFICER:** Say a prayer. |
| 15 | | **MS. BAXTER:** It is doing better now. Thank you |
| 16 | | for coming to check on us. |
| 17 | Q | Okay. This record has some medications |
| 18 | | listed on it, and it says in parentheses |
| 19 | | active prior to today. For example it has |
| 20 | | Polytrim, Robaxin, Lyrica, Bactrim, |
| 21 | | Ibuprofen, do you see all of those? |
| 22 | A | Yes. |
| 23 | Q | So having seen this record now, do you |
| 24 | | believe that you were taking those |

|    |   |                                              |
|----|---|----------------------------------------------|
| 1  |   | medication back in 2020?                     |
| 2  | A | Yes.                                         |
| 3  | Q | All right. And have these all been           |
| 4  |   | prescribed by HMHC to your knowledge?        |
| 5  | A | Yes.                                         |
| 6  | Q | Okay. One of those medications is a          |
| 7  |   | medication called Lyrica. Do you know what   |
| 8  |   | you are taking that medication for?          |
| 9  | A | For when I had rotator cuff surgery, I       |
| 10 |   | still had problems out of my shoulder.       |
| 11 | Q | Okay. Let me just go to another one here.    |
| 12 |   | This next one is a record from 11-23-2020    |
| 13 |   | and it is marked Plaintiff's 0000119. Just   |
| 14 |   | let me know when you have had a chance to     |
| 15 |   | look at it?                                   |
| 16 | A | Yes, I have.                                 |
| 17 | Q | Okay. It says here that you are being seen   |
| 18 |   | at the doctor's office that day for racing   |
| 19 |   | thoughts for ADD and ADHD. Says patient      |
| 20 |   | reports she has racing thoughts, she is      |
| 21 |   | restless, excessive worrying and patient is  |
| 22 |   | unaware of bipolar disorder in family. Do    |
| 23 |   | you remember seeing the doctor at this       |
| 24 |   | time?                                        |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And do you remember having those symptoms? |
| 3 | A | Yes. |
| 4 | Q | Can you recall why - - what was causing |
| 5 | | those symptoms? |
| 6 | A | I was on methamphetamine. |
| 7 | Q | I am sorry. I apologize. I didn't |
| 8 | | understand you. |
| 9 | A | I was on methamphetamine. |
| 10 | Q | Okay. That was at a time that you were |
| 11 | | actively using methamphetamine? |
| 12 | A | Yes. |
| 13 | Q | Is that correct? |
| 14 | A | That's correct. |
| 15 | Q | Okay, thank you. These medications that are |
| 16 | | listed on these records that you told us |
| 17 | | were prescribed by MCHC. Where were you |
| 18 | | getting those filled? |
| 19 | A | Probably at Wal-Mart in Whitesburg or they |
| 20 | | have another pharmacy I am not sure of the |
| 21 | | name of it there beside of MCHC. |
| 22 | Q | Pharmacy located next to MCHC? |
| 23 | A | Yeah. |
| 24 | Q | Okay. I am looking at another record here |

| | | |
|---|---|---|
| 1 | | it is dated April 12, 2021, and it marked |
| 2 | | Plaintiff's 000128. Just let me know when |
| 3 | | you had a chance to look at it? |
| 4 | A | Yes. |
| 5 | Q | Okay. So this notes a couple of problems |
| 6 | | you were having one reads insomnia and |
| 7 | | another for anxiety; is that correct? |
| 8 | A | Yes. |
| 9 | Q | When did you begin having problems with |
| 10 | | insomnia? |
| 11 | A | When I started using meth. |
| 12 | Q | Okay. And how about - - Well, I need to |
| 13 | | ask you then when did you start using |
| 14 | | methamphetamine? |
| 15 | A | Around 40. |
| 16 | Q | What year would that have been, ma'am? |
| 17 | A | 2016. |
| 18 | Q | Okay. And it also indicates you have some |
| 19 | | problems with anxiety. When did you start |
| 20 | | having problems with anxiety? |
| 21 | A | When my drug addiction started around 2016. |
| 22 | Q | All right. In the section that was marked |
| 23 | | anxiety, point to that says anxiety is |
| 24 | | aggravated by conflict or stress. What |

| | | |
|---|---|---|
| 1 | | kind of conflict or stress were you |
| 2 | | undergoing at this time? |
| 3 | A | Being a drug addict. |
| 4 | Q | Okay. Also on the very end of that second |
| 5 | | mark anxiety says patient has a history of |
| 6 | | bipolar disorder. Can you see that? |
| 7 | A | Family history of bipolar disorder? |
| 8 | Q | Yes, ma'am. |
| 9 | A | Oh, okay, I see it now. |
| 10 | Q | To the best of your knowledge, when were |
| 11 | | you diagnosed with bipolar disorder? |
| 12 | A | In 2021. |
| 13 | Q | Okay. Would that have been, I guess - - It |
| 14 | | says that you have a history of bipolar |
| 15 | | disorder in April of 2021; correct? |
| 16 | A | Right. |
| 17 | Q | How long had that history lasted before |
| 18 | | April of 2021? |
| 19 | A | To my knowledge, that was the first year |
| 20 | | that I was diagnosed with it was 2021. |
| 21 | Q | Do you believe it was the folks at MCHC |
| 22 | | that diagnosed it? |
| 23 | A | No. |
| 24 | Q | Okay. Who diagnosed it for you? |

| | | |
|---|---|---|
| 1 | A | The ARC Rehab. |
| 2 | Q | And where was that located? |
| 3 | A | That was the one in Louisa. |
| 4 | Q | Louisa? |
| 5 | A | Yeah. |
| 6 | Q | Do you remember any particular doctor or |
| 7 | | counselor that diagnosed that for you? |
| 8 | A | No, I don't remember the name. |
| 9 | Q | Okay. Since we have been talking about |
| 10 | | these, I would like to go ahead and let's |
| 11 | | mark them Defendant's Exhibit 1, 2 and 3. |
| 12 | | I will make the 8-26-20 the first one that |
| 13 | | we talked about "1" and the 11-23-20 record |
| 14 | | we talked about as "2" and the April 12, |
| 15 | | 2021 record that we talked about as "3" |
| 16 | | **MS. BAXTER:** Give me a second because I am |
| 17 | | playing court reporter's assistant here. So we |
| 18 | | got Defendant's Exhibit 3 was marked Plaintiff's |
| 19 | | 128, Defendant's Exhibit 2 was the 119. |
| 20 | Q | I have one will the 8-26-20 record that |
| 21 | | starts out as Plaintiff's 109. |
| 22 | | **MS. BAXTER:** Okay. We got those. |
| 23 | Q | And number 2 starts at Plaintiff's 119. |
| 24 | | **MS. BAXTER:** I think I got them and 3 is 128. |

| | | |
|---|---|---|
| 1 | Q | 128 that is correct. Ma'am, after reviewing |
| 2 | | some of these records, would you agree with |
| 3 | | me that you were actively being treated for |
| 4 | | anxiety, insomnia, bipolar disorder before |
| 5 | | April of 2021? |
| 6 | A | Yes. |
| 7 | Q | Okay, thank you. All right. I want to turn |
| 8 | | now to the Complaint, and I know that you |
| 9 | | filed some Amended Complaints since the |
| 10 | | beginning, but I want to turn now to the |
| 11 | | original Complaint you filed it looks like |
| 12 | | back in January of 2022. Counsel do you |
| 13 | | have a copy of that there? |
| 14 | | **MS. BAXTER:** Yeah, let's us back on. |
| 15 | Q | Just take you time and let me know when you |
| 16 | | are ready? |
| 17 | | **MS. BAXTER:** Is it the one with the Summons |
| 18 | | attached to the front? |
| 19 | Q | That is right. |
| 20 | | **MS. BAXTER:** Yeah, got it. |
| 21 | Q | Ms. Adkins, I am going to ask you some |
| 22 | | questions about it, so you can take as much |
| 23 | | time as you need to look it over, but just |
| 24 | | let me know when you are ready; okay? |

| 1 | A | Okay. |
| 2 | | **MS. BAXTER:** Do you want her to review the inform |
| 3 | | order as well? |
| 4 | Q | No. |
| 5 | A | Okay. |
| 6 | Q | Are you ready to get asked some questions |
| 7 | | about it? |
| 8 | A | Yes. |
| 9 | Q | All right. If you would turn to page - - |
| 10 | | Well, let's start at page 2. You will see |
| 11 | | there a the body or bottom rather there |
| 12 | | that says Factual Allegations? |
| 13 | A | Yes. |
| 14 | Q | All right. And so if you turn to the next |
| 15 | | page, page 3 the Factual Allegations |
| 16 | | actually begin and it starts out by saying |
| 17 | | that you were arrested in Letcher County in |
| 18 | | April of 2021; correct? |
| 19 | A | Correct. |
| 20 | Q | And was incarcerated from April to June in |
| 21 | | Letcher County; is that correct? |
| 22 | A | Yes. |
| 23 | Q | And then in early June of 2021, released |
| 24 | | from the Letcher County jail and placed on |

| | | |
|---|---|---|
| 1 | | home incarceration; is that correct? |
| 2 | A | Yes. |
| 3 | Q | And if I understand your testimony |
| 4 | | correctly, this was the first time you had |
| 5 | | ever been on any type of home |
| 6 | | incarceration? |
| 7 | A | Yes, sir. |
| 8 | Q | And you see in paragraph 10 that Mr. |
| 9 | | Fields, a Deputy Sheriff became your home |
| 10 | | incarceration officer? |
| 11 | A | Yes, sir. |
| 12 | Q | Prior to June of 2021, did you know Mr. |
| 13 | | Fields? |
| 14 | A | No. |
| 15 | Q | Okay. Can you tell me about your first time |
| 16 | | meeting him and what you can recall about |
| 17 | | that? |
| 18 | A | When he placed me on the house arrest. He |
| 19 | | come to the jail and introduced his self. I |
| 20 | | signed my bond and payed the fee and he put |
| 21 | | the monitoring device on my leg. |
| 22 | Q | Okay. And that was at the Detention Center? |
| 23 | A | Yes. |
| 24 | Q | Okay. Was anyone with him when he did that? |

| 1 | A | No. |
|---|---|---|
| 2 | Q | When he was talking to you and he was |
| 3 |   | placing the device on - - was it on your |
| 4 |   | leg? |
| 5 | A | Yes. |
| 6 | Q | Was there anyone there to witness that? |
| 7 | A | I think his wife Angie was there, maybe a |
| 8 |   | couple of guards, more guards. |
| 9 | Q | Do you know who the other guards were? |
| 10 | A | No. |
| 11 | Q | You said his wife Angie was there; is that |
| 12 |   | right? |
| 13 | A | Yes. |
| 14 | Q | Did you know his wife Angie before that? |
| 15 | A | No. |
| 16 | Q | How did you become aware that was his wife? |
| 17 | A | She was a guard there at the jail. |
| 18 | Q | So did say something that made you think |
| 19 |   | she was married to Mr. Fields? |
| 20 | A | Yeah, she told me the house arrest officer |
| 21 |   | was her husband. |
| 22 | Q | Okay. Was that at or near the same time |
| 23 |   | that he was placing the device on you? |
| 24 | A | No, that was maybe a week before. |

| | | |
|---|---|---|
| 1 | Q | A week before. So you had some type of |
| 2 | | interaction with her where you would talk |
| 3 | | to her about things like that? |
| 4 | A | Yes, about the house arrest, yes. |
| 5 | Q | Did you and she talk about anything else |
| 6 | | that you can recall? |
| 7 | A | No. |
| 8 | Q | I guess what I am trying to determine is |
| 9 | | was your interaction with her just limited |
| 10 | | to the conversation about her husband being |
| 11 | | a home incarceration officer? |
| 12 | A | No, she supervised at the jail, so you |
| 13 | | know, any questions, you know, whatever, |
| 14 | | she was the guard there, so I would ask her |
| 15 | | different questions. |
| 16 | Q | So that would be between April and June of |
| 17 | | 2021? |
| 18 | A | Yes. |
| 19 | Q | Any kind of problems interacting with her? |
| 20 | A | No. |
| 21 | Q | So you think that she along with a couple |
| 22 | | of other detention center workers might |
| 23 | | have been there at the time that the device |
| 24 | | was placed on your leg? |

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | Okay.  How long did that take to do all of |
| 3 | | that? |
| 4 | A | About 15 minutes. |
| 5 | Q | Okay.  Tell me what happened next? |
| 6 | A | He told me that I had a certain amount of |
| 7 | | time to get to where that I was living, and |
| 8 | | to let him know when that I got there. |
| 9 | Q | Okay. Did you do that? |
| 10 | A | Yes. |
| 11 | Q | Was that the same day? |
| 12 | A | Yes. |
| 13 | Q | You mentioned in your Complaint in |
| 14 | | paragraph 12 Defendant Fields was aware of |
| 15 | | Plaintiff's housing issues as well as |
| 16 | | Plaintiff's domestic issues.  What do you |
| 17 | | mean by that? |
| 18 | A | When I got back to where I was living with |
| 19 | | my boyfriend Stay at the time, he had been |
| 20 | | arrested also and he was in rehab, and he |
| 21 | | didn't want me living there no more, so he |
| 22 | | called the Sheriff's Department and had |
| 23 | | them come back out to remove me from his |
| 24 | | house. |

| | | |
|---|---|---|
| 1 | Q | You said that he had the Sheriff's |
| 2 | | Department called? |
| 3 | A | Yes. |
| 4 | Q | Who had the Sheriff's Department called? |
| 5 | A | Stacy Yates. |
| 6 | Q | Okay. So you went to live in a place where |
| 7 | | Stacy was, and he didn't want you living |
| 8 | | there? |
| 9 | A | No, he was in treatment. |
| 10 | Q | But I guess treatment that would allow him |
| 11 | | to stay at the house? |
| 12 | A | No, he was inpatient treatment. |
| 13 | Q | Okay. So he called from where ever he was |
| 14 | | at? |
| 15 | A | Yes. |
| 16 | Q | And told them that he didn't want you |
| 17 | | living at the place? |
| 18 | A | That is correct. |
| 19 | Q | And to your knowledge, how was Mr. Fields |
| 20 | | aware of that? |
| 21 | A | Stacy had talked to him or had called in, |
| 22 | | and then, Ben showed up at the house. |
| 23 | Q | Okay. Did you end up at another place? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Where was the first address that you went |
| 2 | | to? |
| 3 | A | 164 Perkins Branch. |
| 4 | Q | And that was Stacy's place? |
| 5 | A | Yes. |
| 6 | Q | And then, where did you end up at? |
| 7 | A | Dale Martin in Isom, I am not sure of the |
| 8 | | address. |
| 9 | Q | I am sorry. Dale who? |
| 10 | A | Martin. |
| 11 | Q | Is that somebody you were related to or had |
| 12 | | a relationship with? |
| 13 | A | No, I worked with him. |
| 14 | Q | You lived with him? |
| 15 | A | I worked with him. |
| 16 | Q | Worked with him. |
| 17 | A | I started living there. |
| 18 | Q | Were you living there the entire time you |
| 19 | | were on home incarceration? |
| 20 | A | No. |
| 21 | Q | Where else did you live? |
| 22 | A | I come back to Pike County to 5412 Zebulon |
| 23 | | Highway. |
| 24 | Q | Okay. So goes on to say that Defendant |

| 1 | | Fields visited Plaintiff in the evening the |
| 2 | | night she was released from bring you |
| 3 | | cigarettes, and to console you or console |
| 4 | | her it says. Do you recall that? |
| 5 | A | Yes. |
| 6 | Q | So what time of the day was it that you |
| 7 | | finally got to the place that you were |
| 8 | | staying? |
| 9 | A | About 1:00, about 1:00. |
| 10 | Q | 1:00 in the afternoon? |
| 11 | A | Yes. |
| 12 | Q | And that was at Dale's place? |
| 13 | A | Yes. |
| 14 | Q | So later that evening, as I understand it, |
| 15 | | you are saying that Mr. Fields came to |
| 16 | | Dale's place where you were staying? |
| 17 | A | Yes. |
| 18 | Q | Was Dale there at the time? |
| 19 | A | No. |
| 20 | Q | Was anyone there to your knowledge a the |
| 21 | | time? |
| 22 | A | No. |
| 23 | Q | Okay. As I understand it, he brought you |
| 24 | | cigarettes and consoled you? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Is that something that you had asked him to |
| 3 | | do? |
| 4 | A | No. But he knew I was out of cigarettes |
| 5 | | when he dropped me off there, and he did |
| 6 | | say that he was going to bring some back. |
| 7 | Q | Okay. Did you ask him to do that? |
| 8 | A | No. |
| 9 | Q | What was it that he was consoling you |
| 10 | | about? |
| 11 | A | That my boyfriend, you know, had made me |
| 12 | | move out of the house, I mean because I was |
| 13 | | on house arrest. |
| 14 | Q | Okay. About how long did he stay at the |
| 15 | | place that you were staying there at |
| 16 | | Dale's? |
| 17 | A | Probably 20, 30 minutes, not a long time. |
| 18 | Q | Okay. Did anything else happen while he was |
| 19 | | there? |
| 20 | A | He made some, you know, flirty comments, |
| 21 | | but nothing else. |
| 22 | Q | Okay. You indicate in here that at this |
| 23 | | time there Plaintiff notified the Defendant |
| 24 | | Fields that she did not have money to pay |

| | | |
|---|---|---|
| 1 | | for her ankle bracelet, but she was |
| 2 | | terrified to return to the Letcher County |
| 3 | | Jail; is that correct? |
| 4 | A | Yes. |
| 5 | Q | So why did you decide to tell Mr. Fields |
| 6 | | that you didn't have the money for your |
| 7 | | ankle bracelet? |
| 8 | A | because my boyfriend had just put me out of |
| 9 | | the house that day, and I didn't know what |
| 10 | | I was going to do. |
| 11 | Q | Tell me a little bit about the process. DO |
| 12 | | they try to determine whether or not that |
| 13 | | you can pay for the ankle bracelet before |
| 14 | | they approve you for it? |
| 15 | A | No. |
| 16 | Q | Okay. that wasn't part of the process to |
| 17 | | your knowledge? |
| 18 | A | No, but you do have to pay a down payment. |
| 19 | Q | Did you make that down payment? |
| 20 | A | Yes. |
| 21 | Q | And was that prior to meeting Mr. Fields? |
| 22 | A | Yes, same day. |
| 23 | Q | Was that money that you paid or did someone |
| 24 | | pay it for you? |

| | | |
|---|---|---|
| 1 | A | My sister paid it. |
| 2 | Q | And what is your sister's name? |
| 3 | A | Melissa Polly. |
| 4 | Q | Okay. And where did she live? |
| 5 | A | Champmanville, West Virginia. |
| 6 | Q | So did she send the money over or come over |
| 7 | | herself, or how did that work? |
| 8 | A | No, she come over and signed the Bond. |
| 9 | Q | Okay. You mentioned in here that you were |
| 10 | | terrified to return to the Letcher County |
| 11 | | Jail? |
| 12 | A | Yes. |
| 13 | Q | Why is that? |
| 14 | A | The conditions of that jail are very poor. |
| 15 | Q | Did you receive any injuries there or |
| 16 | | anything like that happen? |
| 17 | A | Yes, I got a severe yeast infection from |
| 18 | | not being allowed to take a shower, and I |
| 19 | | had to go to the hospital. |
| 20 | Q | Do you recall making any complaints while |
| 21 | | you were there at the Detention Center? |
| 22 | A | Yes. |
| 23 | Q | Do you know if any of those complaints were |
| 24 | | in writing? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay. In paragraph 15 you state that |
| 3 | | Defendant Fields Made flirtatious comments |
| 4 | | about the Plaintiff's looks and body, and |
| 5 | | he told her that he was confident that they |
| 6 | | could work something out. Is that you |
| 7 | | recollection? |
| 8 | A | Yes, sir. |
| 9 | Q | Before these alleged comments that he made, |
| 10 | | had you made any flirtatious comments to |
| 11 | | him? |
| 12 | A | No. |
| 13 | Q | Why did you - - Why did you discuss the |
| 14 | | money issue on the ankle bracelet with Mr. |
| 15 | | Fields? |
| 16 | | **MS. BAXTER:** I think that she has already |
| 17 | | answered that question, so I am going to object, |
| 18 | | but you can answer again. |
| 19 | Q | Okay. |
| 20 | A | Because my boyfriend had put me out of the |
| 21 | | house. I didn't know exactly what I was |
| 22 | | going to do. |
| 23 | Q | I guess my question really is why did you |
| 24 | | think that Mr. Fields could do anything |

| | | |
|---|---|---|
| 1 | | about that? |
| 2 | A | I thought that maybe he could give me |
| 3 | | advice to go to the judicial system, you |
| 4 | | know, because of my circumstance of not |
| 5 | | being able to live at my home. |
| 6 | Q | Did you ask him about any kind of options |
| 7 | | there might be for you? |
| 8 | A | Yes. |
| 9 | Q | Okay. What did you ask him? |
| 10 | A | I asked him if there was a chance of |
| 11 | | getting off the ankle bracelet or maybe |
| 12 | | going to treatment with the ankle bracelet, |
| 13 | | but not paying for it. |
| 14 | Q | Do you remember if he said anything to you? |
| 15 | A | Yes, he told me to file a motion in the |
| 16 | | Court. |
| 17 | Q | Okay. Did you end up filing any motions? |
| 18 | A | Yes, sir. |
| 19 | Q | You did to lower the amount? |
| 20 | A | Yes. |
| 21 | Q | Okay. Was there any resolution of those |
| 22 | | motions? |
| 23 | A | They were all denied. |
| 24 | Q | I am sorry, I didn't hear you. |

| | | |
|---|---|---|
| 1 | A | They were all denied. |
| 2 | Q | Denied, thank you. You reference in here |
| 3 | | that he made some comments about your looks |
| 4 | | and body. Do you recall what those comments |
| 5 | | were? |
| 6 | A | Yeah, he told me I was very pretty, and I |
| 7 | | had very pretty legs. |
| 8 | Q | Anything else that you can recall? |
| 9 | A | Not that I recall. |
| 10 | Q | You state in your Complaint in paragraph 15 |
| 11 | | that he made a statement to the affect that |
| 12 | | he was confident that you could work |
| 13 | | something out? |
| 14 | A | Yes. |
| 15 | Q | Specifically it says he was confident that |
| 16 | | they could work out - - could work |
| 17 | | something out. Do you know who he meant by |
| 18 | | they? |
| 19 | A | Me and him. |
| 20 | Q | Why do you believe that? |
| 21 | A | Because he said that he didn't think that |
| 22 | | they would let me off the house arrest, but |
| 23 | | he could help me out, work out something. |
| 24 | | He would make sure that I didn't go back to |

| | | |
|---|---|---|
| 1 | | jail. |
| 2 | Q | Was anything else said at that point? |
| 3 | A | No. |
| 4 | Q | Okay. In paragraph 16, you state that |
| 5 | | Plaintiff understood these comments to mean |
| 6 | | she would receive favorable treatment from |
| 7 | | Defendant Fields if she provided him with |
| 8 | | sexual favors. Why did you understand those |
| 9 | | communications to mean that? |
| 10 | A | When I was incarcerated at Letcher Jail, I |
| 11 | | had some allegations that he had several |
| 12 | | women sexual - - I mean they give him |
| 13 | | sexual favors and wouldn't have to pay for |
| 14 | | their house arrest. |
| 15 | Q | And in relation to the day that you were |
| 16 | | released, when had you heard those |
| 17 | | comments? |
| 18 | A | While my stay at that time. |
| 19 | Q | I mean was it any particular time? |
| 20 | A | No. |
| 21 | Q | How long before June 2nd were you notified |
| 22 | | you could be on home incarceration? |
| 23 | A | Probably two weeks. |
| 24 | Q | Do you believe then these comments that you |

|    |   |                                                      |
|----|---|------------------------------------------------------|
| 1  |   | are alleging occurred sometime in those two          |
| 2  |   | weeks before your release?                           |
| 3  | A | Can you repeat that?                                 |
| 4  | Q | Do you believe that the comments you heard           |
| 5  |   | you are claiming about Mr. Fields occurred           |
| 6  |   | sometime in the two weeks before you were            |
| 7  |   | released to home incarceration?                      |
| 8  | A | Yes.                                                 |
| 9  | Q | Do you know the names of any of the persons          |
| 10 |   | you are saying that you heard that from?             |
| 11 | A | Crystal Dishman, Amanda Sills.                       |
| 12 | Q | Okay. I am sorry, ma'am, Let me take and             |
| 13 |   | write them down here one at a time.                  |
| 14 |   | Crystal who?                                         |
| 15 | A | Dishman.                                             |
| 16 | Q | Dishman?                                             |
| 17 | A | Uh-huh.                                              |
| 18 | Q | Okay. Crystal Dishman.                               |
| 19 | A | Amanda Sills.                                         |
| 20 | Q | Amanda Sills.                                         |
| 21 | A | And I am not sure of the other one's name.           |
| 22 | Q | Okay. And do you know where Crystal Dishman          |
| 23 |   | is now?                                              |
| 24 | A | Last time I seen her was she was in Letcher          |

| 1 | | Jail, but was going to treatment. |
|---|---|---|
| 2 | Q | Okay. Do you know where Amanda Sills is |
| 3 | | now? |
| 4 | A | No, sir. |
| 5 | Q | When did you last talk to Crystal Dishman? |
| 6 | A | When I had trial on the 27th of last month. |
| 7 | Q | March 27th? |
| 8 | A | Yes. |
| 9 | Q | And what did you talk to her about at that |
| 10 | | time? |
| 11 | A | It was doing Court and she was checking me, |
| 12 | | asking me if I was okay, making sure that I |
| 13 | | wasn't being houses at Letcher County and |
| 14 | | she told me they was supposed to be sending |
| 15 | | her to treatment. |
| 16 | Q | In speaking with Crystal, did you |
| 17 | | understand her information to be personal |
| 18 | | information about Mr. Fields or something |
| 19 | | she had heard? |
| 20 | A | I don't recall. |
| 21 | Q | Okay. How about with Amanda Sills, same |
| 22 | | question? |
| 23 | A | I don't recall. |
| 24 | Q | Did you leave your discussions with them |

| | | |
|---|---|---|
| 1 | | believing that they actually knew Mr. |
| 2 | | Fields or just heard something? |
| 3 | A | No, they knew him. |
| 4 | Q | Is that the only occasion that they spoke |
| 5 | | with you about that subject? |
| 6 | A | Yes. |
| 7 | Q | Have you talked with them at any time since |
| 8 | | about your lawsuit or your allegations? |
| 9 | A | With Crystal. |
| 10 | Q | Okay. When did you speak with Crystal |
| 11 | | about it? |
| 12 | A | I am not really sure, maybe about a year or |
| 13 | | two years ago, she saw it in the paper and |
| 14 | | she had messaged me just checking on me. |
| 15 | Q | Any other times? |
| 16 | A | No. |
| 17 | Q | All right. Paragraph 17 you talked about |
| 18 | | that you and Defendant Fields had |
| 19 | | communicated on a regular basis by text |
| 20 | | messages? |
| 21 | A | Yes, sir. |
| 22 | Q | And you had - - Well, did you have a phone |
| 23 | | at that time? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Was it under your name? |
| 2 | A | Yes. |
| 3 | Q | Do you remember what your phone number was |
| 4 | | at that time? |
| 5 | A | 233-6747. |
| 6 | Q | Do you have that same number now? |
| 7 | A | No, sir. |
| 8 | Q | And what service did you have with your |
| 9 | | phone at that time? |
| 10 | A | I am not sure. |
| 11 | Q | What was the time period that you were |
| 12 | | under supervision on home incarceration? |
| 13 | A | The time period? |
| 14 | Q | Yes. |
| 15 | A | From June of '21 until January of '22. |
| 16 | Q | And do you believe that you texted with Mr. |
| 17 | | Fields that entire period? |
| 18 | A | Yes, sir. |
| 19 | Q | So roughly a period of about six months? |
| 20 | A | Seven. |
| 21 | Q | Seven months? |
| 22 | A | Yeah. |
| 23 | Q | And how often would you text Mr. Fields? |
| 24 | A | Daily. |

| | | |
|---|---|---|
| 1 | Q | And on what day do you believe that they |
| 2 | | texting started? |
| 3 | A | Texting started the very next day after |
| 4 | | that I was released from jail. |
| 5 | Q | And what do you recall the nature of the |
| 6 | | texting, why were you texting him? |
| 7 | A | I don't recall. |
| 8 | Q | Now when you began your home incarceration, |
| 9 | | what was your understanding of how you |
| 10 | | would be monitored? |
| 11 | A | I would go in once a week and report to him |
| 12 | | on Wednesday at 4:00 o'clock and of course, |
| 13 | | my bracelet, you know, I had to keep |
| 14 | | charged and it would track me, you know, |
| 15 | | when I was allowed, I think maybe 5000 feet |
| 16 | | outside of my residence. |
| 17 | Q | So once a week you would go to have it |
| 18 | | charged; is that right? |
| 19 | A | No. I charged it at home. Once a week, we |
| 20 | | had to go and pay the fee, and check in |
| 21 | | with Mr. Fields. |
| 22 | Q | Okay. And would you know when to leave to |
| 23 | | pay the fee? |
| 24 | A | I did for the first couple of weeks. |

| | | |
|---|---|---|
| 1 | Q | Where would you go to? |
| 2 | A | To the Court House. |
| 3 | Q | Any particular office or place at the Court |
| 4 | | House? |
| 5 | A | He would always come out of Judge Mullins |
| 6 | | Chambers and take out money right there in |
| 7 | | the hallway. |
| 8 | Q | Did you get receipts for your payments? |
| 9 | A | Yes. |
| 10 | Q | Did you pay in cash or how did you pay? |
| 11 | A | Cash. |
| 12 | Q | Was there a point where you quit making |
| 13 | | payments? |
| 14 | A | Yes. |
| 15 | Q | And what was that point? |
| 16 | A | Probably after about month that I had |
| 17 | | gotten out. |
| 18 | Q | You mean a month after that you were placed |
| 19 | | on home incarceration? |
| 20 | A | Yes, sir. |
| 21 | Q | Once you moved - - was it Dale's place? |
| 22 | A | Yes. |
| 23 | Q | Once you moved to Dale's place, where you |
| 24 | | there the whole time? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | So you told me about from June to January, |
| 3 | | is that when you went back into custody? |
| 4 | A | No, I was at Dale's place for about two |
| 5 | | months from June to like July and August |
| 6 | | and then I moved back to Pike County. |
| 7 | Q | Oh, you told me that earlier. I am sorry. |
| 8 | | You were at Dale's until probably August or |
| 9 | | something, July? |
| 10 | A | Yeah. |
| 11 | Q | And then you went back to Pike County? |
| 12 | A | Yes. |
| 13 | Q | And you are on home incarceration there? |
| 14 | A | Technically, I was, but I didn't wear my |
| 15 | | bracelet there. |
| 16 | Q | And what address did you stay in Pike |
| 17 | | County? |
| 18 | A | 5412 Zebulon Highway. |
| 19 | Q | Anybody staying with you there? |
| 20 | A | No. |
| 21 | Q | You were alone at that time? |
| 22 | A | Yes. |
| 23 | Q | Now were you suppose to - - were you |
| 24 | | suppose to move to Pike County? |

| | | |
|---|---|---|
| 1 | A | Not per the Judge. I was suppose to stay in |
| 2 | | Letcher. |
| 3 | Q | Are you alleging something that Mr. Fields |
| 4 | | knew about and just didn't report or |
| 5 | | something along those lines? |
| 6 | A | Yes. |
| 7 | Q | And going to say that in late 2021 that |
| 8 | | Defendant Fields asked Sabrina to meet her |
| 9 | | at the Letcher County Court House in the |
| 10 | | evening after dark; is that correct? |
| 11 | A | Yes. |
| 12 | Q | Can you tell me in your own words what you |
| 13 | | believe occurred at that time? |
| 14 | A | Yes, I met him at the Court House in Judge |
| 15 | | Kevin Mullins private chambers. I walked |
| 16 | | in. I think I was upset, I was crying. He |
| 17 | | done knew I told him that I didn't know how |
| 18 | | I was going to pay this bracelet. I needed |
| 19 | | to go to rehab. I had relasped. He |
| 20 | | proceeded to tell me to put my foot up on |
| 21 | | the desk and he removed my bracelet. |
| 22 | Q | Do you remember what day sit was on that? |
| 23 | A | No, sir, I don't. |
| 24 | Q | How long was the bracelet off? |

| | | |
|---|---|---|
| 1 | A | Well, he took it off and at first, he put |
| 2 | | it back on the day before I go to Court, |
| 3 | | and then the day of Court, he would take it |
| 4 | | back off. |
| 5 | Q | And to your knowledge, how many times would |
| 6 | | you say that occurred? |
| 7 | A | Probably four to six times. |
| 8 | Q | That would always be at the Court House? |
| 9 | A | Yes, in Judge Mullins Chambers. |
| 10 | Q | Do you know of anyone who would have |
| 11 | | witnessed that happening? |
| 12 | A | No, it was always - - usually it was after |
| 13 | | 5:00 and the Court House was closed. |
| 14 | Q | For example, you don't recall there being |
| 15 | | any scenes when you went there at that time |
| 16 | | and happen to run into somebody you knew or |
| 17 | | something like that? |
| 18 | A | Dale, the guy that I was staying with, he |
| 19 | | took me down there a couple of time. He |
| 20 | | didn't go in, but he sat out in the car. |
| 21 | Q | And where is Dale now to your knowledge? |
| 22 | A | He lives in Georgia. |
| 23 | Q | Do you know his address? |
| 24 | A | No, sir. |

| | | |
|---|---|---|
| 1 | Q | Are you still in contact with Dale? |
| 2 | A | Yes. |
| 3 | Q | Do you have Dale's phone number? |
| 4 | A | No, not with me. |
| 5 | Q | Okay. Can you provide that to your |
| 6 | | attorney, so that we can find out what his |
| 7 | | number is? |
| 8 | A | Yes. |
| 9 | | **MS. BAXTER:** Do you want to send me a follow up |
| 10 | | letter just to make sure I don't forget. I will |
| 11 | | be happy to find that for you, Mr. Williams. |
| 12 | Q | Thank you. So Paragraph 21 says between |
| 13 | | June and December of '21 you met at the |
| 14 | | Court House approximately six times; is |
| 15 | | that fair? |
| 16 | A | Yes. |
| 17 | Q | And during the time period from June to |
| 18 | | December of 2021, is there some point that |
| 19 | | you are saying that the texting between |
| 20 | | yourself and Mr. Fields became flirtatious? |
| 21 | A | Yes. |
| 22 | Q | And when did that occur to the best of your |
| 23 | | recollection? |
| 24 | A | Within days after that I was released from |

| | | |
|---|---|---|
| 1 | | jail. |
| 2 | Q | And what was the first thing that you can |
| 3 | | recall being what you would describe as |
| 4 | | flirtatious? |
| 5 | A | Him telling me I was pretty and had pretty |
| 6 | | legs when he bought me a pack of cigarettes |
| 7 | | that night. |
| 8 | Q | When he said that to you, did you say |
| 9 | | anything in response to him? |
| 10 | A | I don't remember. |
| 11 | Q | For example did you say anything like, Ben, |
| 12 | | I don't think that is appropriate or did |
| 13 | | you say anything that would make him |
| 14 | | understand immediately that that - - that |
| 15 | | you wouldn't tolerate that? |
| 16 | A | I don't remember. I was really scared at |
| 17 | | the time, so I don't think that I did say |
| 18 | | something like that. |
| 19 | Q | Did you make any flirtatious comments to |
| 20 | | him? |
| 21 | A | Yes. |
| 22 | Q | Okay. When did that start? |
| 23 | A | After he told me that he was sure that we |
| 24 | | could work something out within a few days. |

| | | |
|---|---|---|
| 1 | Q | What did you begin doing that you would |
| 2 | | consider flirtatious? |
| 3 | A | When he would text me, I would ask him how |
| 4 | | his day was or I would send him a picture |
| 5 | | of myself. |
| 6 | Q | You would send him picture of yourself? |
| 7 | A | Yes. |
| 8 | Q | How many times do you think you would have |
| 9 | | sent him a picture? |
| 10 | A | Just a couple of times. |
| 11 | Q | And what was the purpose of sending him the |
| 12 | | pictures? |
| 13 | A | Well, he thought I was pretty, so I was |
| 14 | | just sending him a picture of myself. |
| 15 | Q | Were you intending to flirt with him that |
| 16 | | way? |
| 17 | A | Yes, that was the only way that I thought |
| 18 | | that I would be okay on house arrest |
| 19 | | without paying  - - we worked something |
| 20 | | out. |
| 21 | Q | Now Paragraph 22 of your complaint you |
| 22 | | state that during these meetings Defendant |
| 23 | | Fields' behavior escalated. I just want to |
| 24 | | make sure that I understand the meanings |

| | | |
|---|---|---|
| 1 | | that we are talking about. Are these the |
| 2 | | meetings at the Court House where you are |
| 3 | | paying for your monitor? |
| 4 | A | Yes, it was at Court House, not when I was |
| 5 | | paid for my monitor, it was after hours. |
| 6 | Q | Okay. So that is what I am trying to |
| 7 | | understand. So these were separate |
| 8 | | occasions that you went to the Court House |
| 9 | | and met Mr. Fields separate and apart from |
| 10 | | when you paid the fees for your monitor? |
| 11 | A | Yes. |
| 12 | Q | And separate and apart from any times that |
| 13 | | you were required to be there by the Court? |
| 14 | A | Yes. |
| 15 | Q | And you think that may have occurred |
| 16 | | approximately six times? |
| 17 | A | Yes. |
| 18 | Q | All right. In paragraph 22 states that |
| 19 | | during these meetings his behavior |
| 20 | | escalated from flirtatious comments to |
| 21 | | forceful kissing. When did the first |
| 22 | | occasion that you had any physical contact |
| 23 | | with Mr. Fields?. |
| 24 | A | Probably the second or third. |

| | | |
|---|---|---|
| 1 | Q | The second or third visit at the Court |
| 2 | | House? |
| 3 | A | Yes. |
| 4 | Q | And do you know about what date that would |
| 5 | | have been? |
| 6 | A | No. |
| 7 | Q | So you don't know whether it was July, |
| 8 | | August, September, ect.; right? |
| 9 | A | I don't recall. |
| 10 | Q | You think it - - Did you keep any record of |
| 11 | | when you were traveling to the Court House |
| 12 | | in this way? |
| 13 | A | Not beside online text messenger, facebook |
| 14 | | messenger. |
| 15 | Q | So before this second or third trip to the |
| 16 | | Court House, had there been any physical |
| 17 | | contact between you and Mr. Fields? |
| 18 | A | He came to Dale's apartment a couple of |
| 19 | | times and switch my bracelet, ankle - - |
| 20 | | you know, switch it from one ankle to the |
| 21 | | other. |
| 22 | Q | All right. So I understand he was dealing |
| 23 | | with the ankle monitor, but anything that |
| 24 | | you would consider like flirtatious or |

| 1 | | sexual or anything like that? |
| 2 | A | Well, yeah, the reason that I say that is |
| 3 | | because he - - I had went to Wal-Mart, I |
| 4 | | would apply to go to Wal-mart once a week |
| 5 | | to grocery shop, and he saw my ankle and it |
| 6 | | was real red and he told me my leg was too |
| 7 | | pretty to let, you know, let it be swollen |
| 8 | | and stuff and my ankle monitor, so he came |
| 9 | | to the apartment and changed it. |
| 10 | Q | Do you remember what date that occurred? |
| 11 | A | No. It was on a week day, but I don't |
| 12 | | remember. |
| 13 | Q | Do you know any - - Was there any witnesses |
| 14 | | to that to your knowledge? |
| 15 | A | Dale was home. |
| 16 | Q | Dale was there? |
| 17 | A | Yeah. |
| 18 | Q | Okay. So you referred to in Paragraph 22 as |
| 19 | | being forcible kissing. Was there - - for |
| 20 | | a lack of a better way to put it, non |
| 21 | | forcible kissing before this occurred? |
| 22 | A | No. |
| 23 | Q | Do the first time a kiss occurred you are |
| 24 | | saying that it was forcible? |

| 1 | A | Yeah, he grabbed me and kissed me on the |
| 2 | | mouth. |
| 3 | Q | Okay. And where did that occur? |
| 4 | A | In Judge Mullins' Chambers. |
| 5 | Q | Did you tell him to stop? |
| 6 | A | I don't recall. I just thought - - I don't |
| 7 | | think so. I thought it was something that I |
| 8 | | had to do. |
| 9 | Q | Did you kiss him back? |
| 10 | A | I don't remember. |
| 11 | Q | You next say that the behavior escalated to |
| 12 | | oral sex. When was the first time you had |
| 13 | | oral sex? |
| 14 | A | I don't remember the date. I am going to |
| 15 | | say November, late November, the early |
| 16 | | first part of December. |
| 17 | Q | November or December of '21; is that |
| 18 | | correct? |
| 19 | A | Yes. |
| 20 | Q | Also at the Court House? |
| 21 | A | Yes. |
| 22 | Q | Were there any witnesses? |
| 23 | A | No. |
| 24 | Q | And how many times did that occur to your |

| | | |
|---|---|---|
| 1 | | knowledge? |
| 2 | A | The oral sex happened twice, and |
| 3 | | intercourse, just once. |
| 4 | Q | Two times, and both in November or December |
| 5 | | of '21? |
| 6 | A | The other one was the end of December or |
| 7 | | maybe even the first part of January. |
| 8 | Q | Did you tell him at any time that you |
| 9 | | didn't want to have oral sex? |
| 10 | A | I am not sure. |
| 11 | Q | So you said that you had intercourse on one |
| 12 | | occasion? |
| 13 | A | Yes. |
| 14 | Q | Was that also at the Court House? |
| 15 | A | Yes. |
| 16 | Q | And did you tell him that you didn't want |
| 17 | | to have intercourse with him? |
| 18 | A | I don't know. |
| 19 | Q | Okay. Just so that I am clear, ma'am, I |
| 20 | | know this is difficult to talk about, but |
| 21 | | where you engaging in these acts with him |
| 22 | | as opposed to him holding you down or |
| 23 | | anything like that? |
| 24 | A | Yes, I did engage. |

| | | |
|---|---|---|
| 1 | Q | Okay. And at any point, did you suggest to |
| 2 | | Mr. Fields that you could do these things |
| 3 | | instead of paying the monitor fee? |
| 4 | A | He insinuated that I could do them things, |
| 5 | | and I just thought I had to that was my |
| 6 | | only option at that time. |
| 7 | Q | Okay. So I need to understand what are you |
| 8 | | meaning he insinuated? |
| 9 | A | That we could work it out, you know. I |
| 10 | | wouldn't go back to jail. |
| 11 | Q | You believed if you didn't pay your fees |
| 12 | | that you would go back to jail? |
| 13 | A | Yes. |
| 14 | Q | Were you actively seeking help from anyone |
| 15 | | to pay your fees at that time? |
| 16 | A | Yes. |
| 17 | Q | Who were you asking to help you at the time |
| 18 | | with your fees? |
| 19 | A | My family. |
| 20 | Q | Can you be more specific? |
| 21 | A | My son Jacob, my ex-husband Eddie, and then |
| 22 | | when I moved back to - - I had met Greg and |
| 23 | | Gay Edmonds, who is my landlords now. They |
| 24 | | were helping me some. |

| | | |
|---|---|---|
| 1 | Q | I am sorry. I did you say Greg Enmon? |
| 2 | A | Greg Edmonds and Gay Edmonds. |
| 3 | Q | Greg and Dave Edmonds? |
| 4 | A | Gay. |
| 5 | Q | And were did you meet those folks? |
| 6 | A | Of course, it was my son, my ex-husband and |
| 7 | | then I met Greg when my car broke down, my |
| 8 | | alternator, him and his wife, they own the |
| 9 | | Tow and Starter in Pikeville. |
| 10 | Q | Do you know how to get ahold of those folks |
| 11 | | Greg and Gay? |
| 12 | A | Yeah. |
| 13 | Q | Do you have their number or address? |
| 14 | A | Yes, their phone number is - - Greg's is |
| 15 | | 434-4341. |
| 16 | Q | 434? |
| 17 | A | Yeah. |
| 18 | Q | What was the end of it please? |
| 19 | A | 4341. |
| 20 | Q | 4341. These folks would just be friends to |
| 21 | | you or are they - - |
| 22 | A | Yes. Greg is my landlord now. |
| 23 | Q | All right. So you sought financial |
| 24 | | assistance from these folks and they all |

| | | |
|---|---|---|
| 1 | | declined; is that correct? |
| 2 | A | I mean they helped me for about the first |
| 3 | | month that I paid for it, but you know, |
| 4 | | they were limited.  I started using drugs |
| 5 | | again also. |
| 6 | Q | Where were you getting money to buy drugs |
| 7 | | from? |
| 8 | A | My ex-husband, Greg, I worked, flea |
| 9 | | marketed. |
| 10 | Q | This was  - - As I understand it, home |
| 11 | | incarceration between June and December of |
| 12 | | '21; is that right? |
| 13 | A | Yes. |
| 14 | Q | When during that period did you have a |
| 15 | | relapse and begin on drugs again? |
| 16 | A | Probably within a month after being out of |
| 17 | | jail, probably July. |
| 18 | Q | And which drug was it that you returned to? |
| 19 | A | Meth. |
| 20 | Q | How much meth were you using during this |
| 21 | | time period? |
| 22 | A | Probably about $50 a day. |
| 23 | Q | $50 a day? |
| 24 | A | Yeah. |

| | | |
|---|---|---|
| 1 | Q | And to the best of your knowledge, what was |
| 2 | | the cost of your monitor during this |
| 3 | | period? |
| 4 | A | $85 a week. |
| 5 | Q | $85 a week? |
| 6 | A | Yeah. |
| 7 | Q | Now you allege in your Complaint that you |
| 8 | | believed in December of 2021 that certain |
| 9 | | person were making complaints about Mr. |
| 10 | | Fields at the Court House; is that correct? |
| 11 | A | Yes. |
| 12 | Q | And who do you believe was making |
| 13 | | complaints? |
| 14 | A | Stacy Yates. |
| 15 | Q | How did you become aware of that? |
| 16 | A | He told me. |
| 17 | Q | Okay. Who did he tell you that he had |
| 18 | | complained to? |
| 19 | A | His Drug Court worker. |
| 20 | Q | Do you know who that was? |
| 21 | A | Robbie somebody. |
| 22 | Q | There is - - So in Letcher County, do you |
| 23 | | believe there is a Drug Court worker named |
| 24 | | Robbie? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Do you know why Stacy decided to make a |
| 3 | | complaint about that? |
| 4 | A | Yes, I had been at his house the night and |
| 5 | | I was suppose to be on house arrest and me |
| 6 | | and Stacy had gotten into it and I had |
| 7 | | scratched his eye or blacked it one, I am |
| 8 | | not sure. When he went to Drug Court the |
| 9 | | next morning, they asked him what had |
| 10 | | happened, and he told them, and they wanted |
| 11 | | to know why I was at his house in the |
| 12 | | middle of the night and me on house arrest. |
| 13 | Q | And where was Stacy living at this time |
| 14 | | when you were at his place? |
| 15 | A | 164 Perkins Branch, Jeremiah. |
| 16 | Q | Were you in a relationship with Stacy at |
| 17 | | that time? |
| 18 | A | Yes. |
| 19 | Q | How long did that relationship last? |
| 20 | A | On and off for about five years. |
| 21 | Q | Was that at that time a sexual |
| 22 | | relationship? |
| 23 | A | Yes, sir. |
| 24 | Q | At any time, did you make a complaint |

| | | |
|---|---|---|
| 1 | | yourself about Mr. Fields? |
| 2 | A | No. |
| 3 | Q | Why not? |
| 4 | A | I was scared. |
| 5 | Q | And why is that? |
| 6 | A | I didn't want to go back to Letcher County |
| 7 | | Jail. |
| 8 | Q | All right. Before I for get it, I would |
| 9 | | like to make the Complaint that you filed |
| 10 | | initially Exhibit 4 to your deposition. |
| 11 | | **MS. BAXTER:** Do you want to include the Summons? |
| 12 | Q | I would prefer to have the 12 pages of the |
| 13 | | Complaint. |
| 14 | | **MS. BAXTER:** Yeah, okay. |
| 15 | Q | Ms. Adkins, are you ready for another break |
| 16 | | or ready to go? |
| 17 | A | Can I take a break for just a second? |
| 18 | Q | That is fine. We will see you back in |
| 19 | | about five minutes or so. |
| 20 | | **VIDEOGRAPHER:** The time is 3:12, we now leave the |
| 21 | | video record. |
| 22 | | **VIDEOGRAPHER:** The time is 3:19, we now return to |
| 23 | | the video record. |
| 24 | Q | ma'am, I wanted to ask you about some of |

| | | the allegations - - some more of the |
|---|---|---|
| 1 | | the allegations - - some more of the |
| 2 | | allegations that you make in the Complaint |
| 3 | | that you filed, and some of these things I |
| 4 | | know involve legal terms, and so forth. I |
| 5 | | am not asking you to be a lawyer in any |
| 6 | | way, but I am just trying to understand |
| 7 | | some of the things that you have said. So |
| 8 | | as it related to the allegations against |
| 9 | | Mr. Fields, I understand you told me about |
| 10 | | some physical contact that you all had. |
| 11 | | Are you alleging any type of physical |
| 12 | | injuries as a result of any contact you had |
| 13 | | with Mr. Fields? |
| 14 | | **MS. BAXTER:** Again, object to the form, but you |
| 15 | | can answer, if you know. |
| 16 | A | Can you ask that again, I am kinda confused |
| 17 | | what you are asking me? |
| 18 | Q | I understand that you have some claims in |
| 19 | | your Complaint about the motive or the |
| 20 | | stress and I will ask you some questions |
| 21 | | about in a moment. But are you alleging |
| 22 | | that you were physically hurt in any way by |
| 23 | | Mr. Fields, did he hurt your body in any |
| 24 | | way? |

| | | |
|---|---|---|
| 1 | | **MS BAXTER:** Same objection. |
| 2 | A | I felt like I had to do what he said. |
| 3 | Q | Probably not a very well worded question. |
| 4 | | What I am trying to determine is did you |
| 5 | | receive any kind what you would consider a |
| 6 | | permanent physical injury, bruising, broken |
| 7 | | bones, scratches, anything along those |
| 8 | | lines? |
| 9 | A | No. |
| 10 | Q | It is my understanding then, that your |
| 11 | | allegations about injuries related more to |
| 12 | | a mental or emotional type damages? |
| 13 | A | Yes. |
| 14 | Q | Is that right? |
| 15 | A | Yes. |
| 16 | Q | So - - All right. Can you tell me in your |
| 17 | | own words then what the emotional damages |
| 18 | | or injuries that you are alleging as result |
| 19 | | of your supervision by Mr. Fields? |
| 20 | A | Yeah, the judicial system itself. I done |
| 21 | | what I thought that I needed and had to do |
| 22 | | to stay out of jail.  I had tried to go |
| 23 | | about the right way and write Motions to |
| 24 | | let them know that I couldn't afford the |

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | bracelet.  I didn't hide about being on                  |
| 2  |   | house arrest about not having the bracelet               |
| 3  |   | on. I don't trust - - I am still under the               |
| 4  |   | same charge, and I don't trust the judicial              |
| 5  |   | system especially Letcher County, you know,              |
| 6  |   | I have nightmares to this day.                           |
| 7  | Q | I understand that you are still getting                  |
| 8  |   | some treatment in the Leslie County                      |
| 9  |   | Detention Center.  Have you discussed                    |
| 10 |   | anything along these lines with the folks                |
| 11 |   | there when you are being treated?                        |
| 12 | A | Yes.                                                     |
| 13 | Q | Okay. And other than the folks at the                    |
| 14 |   | Detention Center, what other counselors                  |
| 15 |   | have you seen in relation to the                         |
| 16 |   | allegations you are making against Mr.                   |
| 17 |   | Fields, and I just need to know the                      |
| 18 |   | facilities and the names of the counselors               |
| 19 |   | that you have seen and talked to about the               |
| 20 |   | damages that you are claiming in your                    |
| 21 |   | complaint?                                               |
| 22 | A | Mountain Comp over in Isom, I think her - -              |
| 23 |   | Her name starts with an "S", Shay or                     |
| 24 |   | something like that there at Isom MCC.                   |

| | | |
|---|---|---|
| 1 | | Rich Godman at ARC facility done trauma |
| 2 | | therapy. I have seen several counselors. |
| 3 | | Kings Daughter's Psychiatric Ward several |
| 4 | | times. |
| 5 | Q | Do you believe that you have been in Kings |
| 6 | | Daughter's Psyc Ward since January of '22? |
| 7 | A | Yes. |
| 8 | Q | When was the last time that you were there? |
| 9 | A | January of last year. |
| 10 | Q | January of '23; right? |
| 11 | A | Uh-huh. |
| 12 | Q | And the times that you spoke with Rich |
| 13 | | Godman at ARC, do you know what time period |
| 14 | | that was? |
| 15 | A | It was June 15th to December 15th of last |
| 16 | | year. |
| 17 | Q | Okay. |
| 18 | A | Plus, I saw several other counselors in |
| 19 | | between my trauma therapy. |
| 20 | Q | Would those other counselors have been at |
| 21 | | either Mountain Comp, at ARC or at Kings |
| 22 | | Daughter's? |
| 23 | A | They were at ARC, and then I was seeking |
| 24 | | treatment at a place in Pikeville before I |

| | | |
|---|---|---|
| 1 | | come - - I can't remember what it is called |
| 2 | | it is a new place on Town Mountain Road I |
| 3 | | had started seeing a therapist there and |
| 4 | | doing ARC outpatient counseling as well. |
| 5 | Q | Do you know that therapist's name? |
| 6 | A | No, I don't. |
| 7 | Q | Bout you think it was at the ARC facility? |
| 8 | A | One was at the ARC facility, the other was |
| 9 | | on Town Mountain Road in one of the medical |
| 10 | | buildings, it's a - - I don't remember the |
| 11 | | name of it, but it is a counselor company. |
| 12 | Q | And you told me was it in February of '24 |
| 13 | | that you went back into custody? |
| 14 | A | Yes. |
| 15 | Q | When was the last time that you had seen |
| 16 | | any of those folks for counseling before |
| 17 | | you went back incarceration where you now? |
| 18 | A | February 13th. |
| 19 | Q | Do you remember what occurred at that |
| 20 | | counseling session? |
| 21 | A | Yes, it was my second counseling session at |
| 22 | | that new place. We had just started |
| 23 | | discussing everything that happened, my |
| 24 | | house incarceration. |

| 1 | Q | Are you currently on any kind of |
| 2 | | medications for emotional or mental issues? |
| 3 | A | Yes. |
| 4 | Q | What medications are you taking? |
| 5 | A | I am taking Buspar - - Hold on let me |
| 6 | | think, I take Trazodone, Buspar a medicine |
| 7 | | for nightmares, and another medicine for |
| 8 | | depression, I can't remember the two names |
| 9 | | though. |
| 10 | Q | Can you tell me - - As you sit here today, |
| 11 | | can you tell me whether any of the |
| 12 | | medications you are taking now are |
| 13 | | different than medications that you were |
| 14 | | taking before your home incarceration |
| 15 | | started? |
| 16 | A | Yes, I think that I took Trazodone before, |
| 17 | | but the rest are new pills. |
| 18 | Q | You think that you were taking Trazodone |
| 19 | | before? |
| 20 | A | Yeah, I think so. |
| 21 | Q | Okay. What are the medicines that you |
| 22 | | believe are new since your home |
| 23 | | incarceration? |
| 24 | A | The Buspar, the nightmare pill, and then I |

| | | |
|---|---|---|
| 1 | | take - - it is something for my bipolar, I |
| 2 | | can't remember the name of it. |
| 3 | Q | Where do you have those medications filled? |
| 4 | A | When I was on the street, I had them go to |
| 5 | | the Pikeville Wal-Mart, but I don't know |
| 6 | | where they fill them at here. |
| 7 | Q | You went to Pikeville Wal-Mart? |
| 8 | A | Yeah, and my hospital pharmacy as well. |
| 9 | Q | I am sorry, you are going to have to say |
| 10 | | that one again for me. |
| 11 | A | The hospital pharmacy as well. |
| 12 | Q | Pikeville Hospital Pharmacy? |
| 13 | A | Uh-huh. And then when I went to rehab, |
| 14 | | they filled them inside the ARC facility. |
| 15 | Q | Okay. Now Ms. Adkins, I have received from |
| 16 | | your attorney a document called |
| 17 | | interrogatories and request for production |
| 18 | | of documents. You answered some written |
| 19 | | questions I sent over to your attorney. Do |
| 20 | | you remember helping here with that? |
| 21 | A | Yes. |
| 22 | Q | Okay. Do you have a copy there that you can |
| 23 | | look at? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Just like before, take as much time as you |
| 2 | | want to read through these, but when you |
| 3 | | are ready I have some questions for you. |
| 4 | A | Okay, I am ready. |
| 5 | Q | Okay. First question that I have for you |
| 6 | | there on Page 11 at the bottom of the page |
| 7 | | there is a verification and a signature |
| 8 | | line with your name on it. Do you see that? |
| 9 | A | Yes. |
| 10 | Q | Is that your signature? |
| 11 | A | Yes. |
| 12 | Q | Did you review these answers before you |
| 13 | | signed? |
| 14 | A | Yes. |
| 15 | Q | Are they true and correct to the best of |
| 16 | | your knowledge? |
| 17 | A | Yes. |
| 18 | Q | Okay. Let's make that Defendant's Exhibit |
| 19 | | Number 5 please. |
| 20 | | **MS. BAXTER:** Okay. |
| 21 | Q | So let me just ask a few questions about |
| 22 | | some of the responses that you have in |
| 23 | | here. |
| 24 | A | Okay. |

| 1 | Q | On Page 2 there is a question about |
| 2 | | witnesses and one of the persons that you |
| 3 | | have listed there is Bert Slone. Is that |
| 4 | | someone that works in the Letcher County |
| 5 | | Jail? |
| 6 | A | Now what was the one's name? |
| 7 | Q | Slone, S-L-O-N-E? |
| 8 | A | On Page 2? |
| 9 | Q | On Page 2 on Interrogatory answer Number 3? |
| 10 | A | Oh, Bert Slone is the jailer at the Letcher |
| 11 | | Jail. |
| 12 | Q | Okay. What knowledge do you believe he may |
| 13 | | have about your case, if any? |
| 14 | A | I am not sure. Probably, Angie worked there |
| 15 | | also Ben was inside the jail a lot I am |
| 16 | | sure that he heard the allegations. |
| 17 | Q | That is just an assumption that you have or |
| 18 | | do you know that he has knowledge? |
| 19 | A | No, I don't know. |
| 20 | Q | Okay. How about Deputy Sheriff Norris, |
| 21 | | what knowledge do you believe Deputy Norris |
| 22 | | may have? |
| 23 | A | I know that he pulled me over once and |
| 24 | | arrested me for DUI and he said, if I had |

| 1 | | known it had been you, I wouldn't have |
| 2 | | pulled you over, because it is too much |
| 3 | | trouble complication. |
| 4 | Q | Okay. Anything else you that Sheriff - - |
| 5 | | Deputy Sheriff Norris may know? |
| 6 | A | No. |
| 7 | Q | How about Deputy Sheriff Whitaker? |
| 8 | A | I am not sure if that was the man that was |
| 9 | | with them that day or not, but I don't |
| 10 | | think he would have no knowledge. |
| 11 | Q | How about individually identify Chris |
| 12 | | Triplett. What knowledge do you believe |
| 13 | | that he may have? |
| 14 | A | With me, I am not sure. |
| 15 | Q | You have indicated that he may be |
| 16 | | eyewitness to complaints - - that he might |
| 17 | | have received some complaints? |
| 18 | A | I don't really know Chris Triplett that |
| 19 | | well. I just know that his wife was or |
| 20 | | whatever - - I don't really know him. |
| 21 | Q | At any time, did you talk to Deputy Sheriff |
| 22 | | Norris, Deputy Sheriff Whitaker or Chris |
| 23 | | Triplett? |
| 24 | A | No, I met Chris Triplett when I come and |

| | | |
|---|---|---|
| 1 | | met with Bethany once, and that was the |
| 2 | | first time that I had met Chris Triplett. |
| 3 | Q | How was he employed?  Do you know Chris |
| 4 | | Triplett? |
| 5 | A | No. |
| 6 | Q | Do you know where he is employed at? |
| 7 | A | No. |
| 8 | Q | Do you have any knowledge about the |
| 9 | | allegations made by Jennifer Hill in the |
| 10 | | Complaint filed in this Action? |
| 11 | A | No, except for the day, you know, she met |
| 12 | | with Bethany, I didn't know her. |
| 13 | Q | You didn't know her before that meeting |
| 14 | | with your attorney? |
| 15 | A | No. |
| 16 | Q | You haven't had any discussions with her |
| 17 | | outside the presence of your attorney? |
| 18 | A | No. |
| 19 | Q | Do you know what information Holly Boggs |
| 20 | | may have? |
| 21 | A | Holly Boggs is Ben's sister.  When it was |
| 22 | | reported to Drug Court that Robbie - - It |
| 23 | | was reported to Robbie and Holly. |
| 24 | Q | And how about Robbie Kincer, what knowledge |

| 1 | | do you believe that Robbie Kincer has? |
| 2 | A | That is the one that Stacy reported it to, |
| 3 | | Robbie and I am assuming Holly too. |
| 4 | Q | Have you ever spoke with Holly Boggs or |
| 5 | | Robbie Kencer about the allegations in your |
| 6 | | lawsuit? |
| 7 | A | No. |
| 8 | Q | Have you ever spoken to Judge Craft about |
| 9 | | the allegations in your lawsuit? |
| 10 | A | I don't remember, I am not sure. |
| 11 | Q | Okay.  How about Judge Mullins, have you |
| 12 | | ever spoke to Judge Mullins about the |
| 13 | | allegations in your lawsuit? |
| 14 | A | No, I don't think so. |
| 15 | Q | On Page 4 in response to Interrogatory No |
| 16 | | 7, you state that you believe that Stacy |
| 17 | | Yates disclosed that employees working with |
| 18 | | the Letcher County Drug Court Program that |
| 19 | | Fields was sexually harassing females. Do |
| 20 | | you know the person he disclosed allegedly |
| 21 | | that he exposed that to? |
| 22 | A | Robbie and Holly. |
| 23 | Q | Anyone else to your knowledge? |
| 24 | A | No. |

| 1 | Q | Okay. In response to Interrogatory No 11 on |
|---|---|---|
| 2 | | Page 5 of your responses you state that |
| 3 | | Chris Triplett made complaints to a Letcher |
| 4 | | County Sheriff's Department about Ben |
| 5 | | Fields. What knowledge do you have about |
| 6 | | that? |
| 7 | A | When I met him and Jennifer, he told me |
| 8 | | that he had made allegations. |
| 9 | Q | And did he tell you why he had done that? |
| 10 | A | Yes, because they harassed him and because |
| 11 | | Been sexually harassed Jennifer. |
| 12 | Q | Chris Triplett was in some type of legal |
| 13 | | trouble himself to your knowledge? |
| 14 | A | No, I took it it was just because that he |
| 15 | | had went to the Sheriff's Department and |
| 16 | | reported about Jennifer. They were |
| 17 | | starting to pull him over and - - |
| 18 | Q | Okay. Do you have any personal knowledge |
| 19 | | about any type of training that Mr. Field |
| 20 | | received? |
| 21 | A | No. |
| 22 | Q | When you encountered Mr. Fields, was he in |
| 23 | | uniform or in street clothes or what? |
| 24 | A | He was always in his sheriff uniform. |

| | | |
|---|---|---|
| 1 | Q | Okay. Can you tell me what that consisted |
| 2 | | of? |
| 3 | A | Yeah, it was a light brown shirt. He had a |
| 4 | | badge, and if I am not mistaken, his pants |
| 5 | | were dark brown and he drove an older |
| 6 | | Letcher County Sheriff's Department car. |
| 7 | Q | When you say older, was it - - Do you know |
| 8 | | whether it was a marked car or unmarked or |
| 9 | | not? |
| 10 | A | It was marked. |
| 11 | Q | In response to Interrogatory No 18, you |
| 12 | | state that you have been convicted of two |
| 13 | | felonies for control substances in Pike |
| 14 | | County; is that correct? |
| 15 | A | Yes. |
| 16 | Q | Any other felonies that you have been |
| 17 | | convicted of? |
| 18 | A | This felony here. |
| 19 | Q | In what facility here are you referring to? |
| 20 | A | The one from the house arrest, the 2021 |
| 21 | | possession of Meth. |
| 22 | Q | What was the charge or conviction to your |
| 23 | | knowledge? |
| 24 | A | Possession of meth and bail jumping. |

| | | |
|---|---|---|
| 1 | Q | So if I am understanding you correctly, |
| 2 | | they are now saying there are three |
| 3 | | felonies you have been convicted of? |
| 4 | A | Yes. |
| 5 | Q | Thank you. All right. Now with your |
| 6 | | Interrogatory answers that we made as |
| 7 | | Exhibit 5 to your deposition, there were |
| 8 | | some documents that your attorney exchanged |
| 9 | | and some of those we have already talked |
| 10 | | about. For example, some of your medical |
| 11 | | records, but I did want to ask you about |
| 12 | | some additional records that were attached. |
| 13 | | The first ones are what appear to be some |
| 14 | | photos of texts from phones? |
| 15 | A | Yes. |
| 16 | | **MS. BAXTER:** Are we done with Interrogatory |
| 17 | | responses? |
| 18 | Q | Yes. |
| 19 | | **MS. BAXTER:** Can you give me a bates number? |
| 20 | Q | I want to start with these that are marked |
| 21 | | as Plaintiff's 000072 just because they |
| 22 | | appear to be earlier in time. |
| 23 | | **MS. BAXTER:** Okay. They were with the Rule 26 |
| 24 | | Disclosures. |

```
 1    Q          I am sorry I didn't hear you.

 2         MS. BAXTER: They were with the Rule 26

 3         Disclosures.

 4    Q          Are these with the Disclosures, I am sorry.

 5               Let's identify them correctly then.  So I

 6               guess these would be attachments to your

 7               Rule 26 Disclosures, Ms. Adkins.

 8    A          Okay.

 9    Q          The first one that I wanted to ask you

10               about is Plaintiff's bate stamped 000072

11               thru 000082, do you have those in front of

12               you?

13    A          I do.

14    Q          Okay. And these - - I am trying to see what

15               the earliest date is on these, but can you

16               identify what these are for me, Ms. Adkins?

17    A          This are facebook messages between me and

18               Ben.

19    Q          Facebook messages. Okay.  That identifies

20               his answer.  So are these messages between

21               you and Mr. Fields beginning in June 22,

22               2021?

23    A          Yes.

24    Q          And it looks like there is total, if I am
```

| 1 | | counting right, 10 being the number, to |
| 2 | | knowledge, are these all of the facebook |
| 3 | | message, records that you have? |
| 4 | A | Yeah. |
| 5 | Q | Okay. There aren't any others to your |
| 6 | | knowledge? |
| 7 | A | No, I don't think so. |
| 8 | Q | And - - so there are - - In looking at |
| 9 | | these documents, Mr. Adkins there are |
| 10 | | certain ones that are in bubble that are |
| 11 | | dark in color, like for example on Page 72 |
| 12 | | there is a message that says you going to |
| 13 | | come by and check my bracelet, and it |
| 14 | | appears to be in kind of a dark grayish |
| 15 | | color bubble, do you see those? |
| 16 | A | Yes. |
| 17 | Q | As we look as these records just for future |
| 18 | | reference, do you agree with me the ones |
| 19 | | that are in dark gray are messages that you |
| 20 | | sent to Mr. Fields? |
| 21 | A | Yes, sir. |
| 22 | Q | And the ones that are on the lefthand side |
| 23 | | of the page, the farthest left side of the |
| 24 | | page, they are kinda in a white or a very |

| 1 | | very light gray bubble these are responses |
| 2 | | or messages from Mr. Fields? |
| 3 | A | Yes. |
| 4 | Q | And he we see photographs of these records, |
| 5 | | are these records that you sent to Mr. |
| 6 | | Fields? |
| 7 | A | Yes, sir. |
| 8 | Q | On June 22, it looks like you sent him a |
| 9 | | picture of a forward facing picture of your |
| 10 | | face and upper torso; is that right? |
| 11 | A | Yes. |
| 12 | Q | And on Page 73, it looks like you sent him |
| 13 | | a photograph, looks like a photograph taken |
| 14 | | underneath your brassiere facing up towards |
| 15 | | your face? |
| 16 | A | Yes. |
| 17 | Q | And you would agree with me that the |
| 18 | | photograph - - certainly the photograph of |
| 19 | | your brassiere and perhaps sexual in |
| 20 | | nature? |
| 21 | A | Yes. |
| 22 | Q | And would you also agree with me that some |
| 23 | | of these messages in the dark gray that you |
| 24 | | sent to Mr. Fields are sexual in nature? |

| 1 | A | Yes. |
|---|---|---|

1    A         Yes.

2    Q         Okay.  Just so that we will keep them

3              straight, these that are marked 000072 thru

4              82 let's make those Defendant's 6.

5         **MS. BAXTER:** Okay.

6    Q         I think that is what I am up to. Now I am

7              getting close to the end of my questions,

8              Ms. Adkins, I am sure that you are glad to

9              hear that. But the next set of document

10             that I have, I guess will also be attached

11             to your Rule 26 and they begin on 000 - -

12             I will have to get my glasses on.

13        **MS. BAXTER:** Are you done with these 72 to 82 for

14        now at least?

15   Q         Yes, I am.  Thank you. Now these next ones

16             I want to ask you about are Bate stamped

17             000006 thru 000071 and if your attorney has

18             those handy?

19        **MS. BAXTER:** Yeah, give us a second. I little

20        bit, yeah, here we go.  What were the stamps

21        again?

22   Q         Starts with 06 and ends with 071, five

23             zeros.

24        **MS. BAXTER:** So 6 to 71?

| 1 | Q | That is correct. |
| 2 | | **MS. BAXTER:** I am making you nervous with all of |
| 3 | | these papers. |
| 4 | A | Okay. |
| 5 | Q | Do you have those in front of you, ma'am? |
| 6 | A | I do. |
| 7 | Q | Can you tell me what these documents are? |
| 8 | A | Text messages between me and Ben. |
| 9 | Q | All right. And you gave me a number earlier |
| 10 | | that you thought were related to these; is |
| 11 | | that right? |
| 12 | A | Yes. |
| 13 | Q | So just so I will know it looks like the |
| 14 | | earlier ones that we talked about they |
| 15 | | cover a time period of June '21 to maybe |
| 16 | | January of '22; is that right? |
| 17 | A | Yes. |
| 18 | Q | Are you sure about that? |
| 19 | A | No, let me double check here. |
| 20 | Q | No, it is fine. I am not trying to trick |
| 21 | | you. I am just going by what is on the |
| 22 | | document. |
| 23 | A | Until January 18th, yelp. |
| 24 | Q | So these records that you are saying that |

| | | |
|---|---|---|
| 1 | | are text messages that will, I guess, I |
| 2 | | think that we are at Exhibit No. 7, these |
| 3 | | are text messages between you and Mr. |
| 4 | | Fields? |
| 5 | A | That is correct. |
| 6 | Q | And the best of your knowledge, do they |
| 7 | | fairly and accurately represent any |
| 8 | | messages that you sent to Mr. Fields? |
| 9 | A | Yes. |
| 10 | Q | In other words, you reviewed them prior to |
| 11 | | today? |
| 12 | A | Yes. |
| 13 | Q | They are - - I will just show you on the |
| 14 | | screen here. You see the kind of format |
| 15 | | they are in where it will have the date, |
| 16 | | time, have your name, and Mr. Fields marked |
| 17 | | on them? |
| 18 | A | Uh-huh. |
| 19 | Q | Do you know how they came to be in the |
| 20 | | format that we are seeing here? |
| 21 | A | No. |
| 22 | Q | Do you know if they came from the phone |
| 23 | | company in this format or if they were |
| 24 | | typed in by somebody else? |

| 1 | A | I have no ideal. |
| 2 | Q | Okay. Other than these text records, which |
| 3 | | will make Exhibit No. 7, and the facebook |
| 4 | | messenger messages that we have marked as |
| 5 | | 6, are you aware of any other written |
| 6 | | record of messages between yourself and Mr. |
| 7 | | Fields? |
| 8 | A | No, sir. |
| 9 | | **MR. WILLIAMS:** All right, ma'am, I think that is |
| 10 | | all of the questions that I have for right now. |
| 11 | | These other attorneys will probably have some |
| 12 | | for you. |
| 13 | | **MS. BAXTER:** Just so that I am clear, Exhibit 7 |
| 14 | | is Plaintiff's 6 thru Plaintiff's 71? |
| 15 | | **MR. WILLIAMS:** That is correct. Thank you, ma'am. |
| 16 | A | Thank you. |

**CROSS-EXAMINATION**

2 **MR. SHAW:**

3 Q Okay, Ms. Adkins, I am going to try to be

4 short. I think that Mr. Williams has asked

5 most of the questions that I needed to

6 cover, so we bounced around a little bit so

7 kinda bear with me. I guess it might be

8 easier initially I think was introduced as

9 Defendant's No. 6 by Mr. Williams which is

10 the actual looks like messaging between you

11 and Ben Fields?

12 A Yes.

13 Q That had the photos of your chest?

14 A Yes.

15 Q Okay. Do you have those in front of you?

16 A I do.

17 Q What type of ap or what - - was this on

18 facebook or some other type of ap that you

19 were conversing back and forth?

20 A This is messager.

21 Q On facebook messenger?

22 A Yes.

23 Q Okay. all right. When you told him that you

24 wanted to show him your favorite color, do

| 1 | | you know what you are referring to? |
| 2 | A | I am not sure, I don't remember. |
| 3 | Q | Okay. All right. Sounds like you are saying |
| 4 | | that your favorite color is wet. Can you |
| 5 | | tell me listen I have to work something out |
| 6 | | so I can enjoy my life like some tan sex |
| 7 | | floating water; do you recall that? |
| 8 | **MS. BAXTER:** Where are you reading from? I don't see |
| 9 | that on - - |
| 10 | Q | The second page - - let me see if I can |
| 11 | | pull that up. |
| 12 | A | I see that, but I really don't know.  That |
| 13 | | really don't make a lot of sense.  I don't |
| 14 | | know what I was trying to type. |
| 15 | Q | Okay. Well, what I was going to ask about |
| 16 | | it says on the third page of those messages |
| 17 | | it says listen, you always get what I want, |
| 18 | | remember.  Was that suppose to say listen I |
| 19 | | always get what I want? |
| 20 | A | I don't remember. |
| 21 | Q | Okay. Is it possible that there are other |
| 22 | | messages in this chain between you and Mr. |
| 23 | | Fields that you have deleted? |
| 24 | A | I mean it is possible, but I don't think |

| 1 | | so. |
| 2 | Q | Okay. I think that is all of the questions |
| 3 | | that I have about the text messages. |
| 4 | | Switch over. Sorry. You testified earlier |
| 5 | | about Chris Triplett had told somebody at |
| 6 | | the sheriff's office some thing about Ben |
| 7 | | Fields? |
| 8 | A | Yes. |
| 9 | Q | Okay. Do you know who he told? |
| 10 | A | No. |
| 11 | Q | Do you know what he told? |
| 12 | A | He said - - if I am not mistaken, he said |
| 13 | | that he reported to Micky Stines that Ben |
| 14 | | was harassing, sexually harassing Jennifer. |
| 15 | Q | This was suppose to be towards the end of |
| 16 | | December? |
| 17 | A | Yes. |
| 18 | Q | And that is just within a couple of weeks |
| 19 | | before you filed suit? |
| 20 | A | Yes. |
| 21 | Q | Okay. So Chris Triplett is telling you |
| 22 | | that. Did he tell you when he said this? |
| 23 | A | No. |
| 24 | Q | When did he tell you that that he said |

| | | |
|---|---|---|
| 1 | | that? |
| 2 | A | When I met him when I went to see Bethany. |
| 3 | Q | Okay. So he met - - This was during a |
| 4 | | meeting that you had with your attorney? |
| 5 | A | Yes. |
| 6 | Q | Okay. All right. I don't need to know |
| 7 | | anything else about that then at this |
| 8 | | point. Did you ever report your |
| 9 | | relationship with Mr. Fields with anyone at |
| 10 | | the Court House or the Sheriff's Office? |
| 11 | A | I told a Judge in Pike County. |
| 12 | Q | Okay. Did you tell the Judge in Pike County |
| 13 | | before or after you filed suit? |
| 14 | A | Before. |
| 15 | Q | Okay. Which Judge was that? |
| 16 | A | Keith Hall. |
| 17 | Q | Keith Hall. Do you remember the date or |
| 18 | | when you would have told Keith Hall that? |
| 19 | A | No. |
| 20 | Q | Okay. And you didn't report that your |
| 21 | | relationship or anything about the |
| 22 | | relationship with your therapist until |
| 23 | | after you filed suit; is that correct? |
| 24 | A | That is correct. |

| 1 | Q | Okay. All right. And you Complaints earlier |
| 2 | | that you made during your testimony about |
| 3 | | the judicial process itself. You were |
| 4 | | traumatized by your stay at the Letcher |
| 5 | | County Jail prior to your home |
| 6 | | incarceration; is that correct? |
| 7 | A | Yeah. |
| 8 | Q | And you witnessed somebody stabbed or |
| 9 | | something; is that accurate? |
| 10 | A | There was a lady that died there, yes. |
| 11 | Q | Okay. All right. I think that I saw that in |
| 12 | | your record as well. I have a copy of - - |
| 13 | | What I am going to do it if I attach these |
| 14 | | things, I will just email them out to |
| 15 | | everyone, and I will try to share the |
| 16 | | screen first. I have a copy of the offender |
| 17 | | application. Do you remember working |
| 18 | | though this paperwork with Mr. Fields? |
| 19 | A | Yes. |
| 20 | Q | Okay. Whose residence was 164 Perkins |
| 21 | | Branch in Jeremiah, Kentucky? |
| 22 | A | Stacy Yates and mine at that time. |
| 23 | Q | Okay. All right. And you may have been |
| 24 | | asked this before, if so, I missed it. How |

| | | |
|---|---|---|
| 1 | | long did you live at that residence? |
| 2 | A | About two years. |
| 3 | Q | Okay. And Mr. Yates, you say you were |
| 4 | | having I guess a turbulence relationship |
| 5 | | with, he abused you; is that correct? |
| 6 | A | He is not the one that I was in the |
| 7 | | domestic violence marriage with, no. |
| 8 | Q | Okay. I thought that I saw on your therapy |
| 9 | | notes - - Was Stacy abusive towards you? |
| 10 | A | Verbally. |
| 11 | Q | Verbally. Okay. All right. As we go through |
| 12 | | this paperwork, do you recall reviewing |
| 13 | | this paperwork? |
| 14 | A | Yes. |
| 15 | Q | Okay. Is this your signature on the |
| 16 | | paperwork? |
| 17 | A | Yes. |
| 18 | Q | I would like to introduce this - - I guess |
| 19 | | we can - - Jason do you mind if I continue |
| 20 | | this with Defendant's 8, or do you want me |
| 21 | | to start from 1? |
| 22 | **MR. WILLIAMS:** | I am fine with that. |
| 23 | Q | Okay. All right. I guess whatever is next |
| 24 | | number is then. |

| | | |
|---|---|---|
| 1 | | **MS. BAXTER:** We don't have that, a copy of that |
| 2 | | as far as we know; right? |
| 3 | Q | I am sorry. |
| 4 | | **MS. BAXTER:** We don't have a physical copy of |
| 5 | | that here. |
| 6 | Q | I am getting ready to email right now to |
| 7 | | everybody. |
| 8 | | **MS. BAXTER:** I am going to let Sabrina know. |
| 9 | | And let make sure the we email it to Mr. |
| 10 | | VanHoose I have his card. I am going to tell |
| 11 | | Sabrina where you don't have a physical copy of |
| 12 | | these and you are looking at the on the screen, |
| 13 | | you know, don't be shy about making sure you see |
| 14 | | all of it and have the time that you need to |
| 15 | | look through it; okay? |
| 16 | A | Okay. |
| 17 | Q | Let's go off the record for one second. |
| 18 | | With the paperwork that you filled out, I |
| 19 | | am going to try to share this screen again, |
| 20 | | do you remember this notice? |
| 21 | A | No. |
| 22 | Q | You don't recall that notice? |
| 23 | A | Uh-uh. |
| 24 | Q | Okay. And in your criminal file, you had, I |

| | | |
|---|---|---|
| 1 | | guess, handwritten a few Motions? |
| 2 | A | Yes. |
| 3 | Q | Okay. I am going to show you one of those |
| 4 | | motions to see if that looks familiar to |
| 5 | | you. Can you see that okay? |
| 6 | | **MS. BAXTER:** Can you flip it around? |
| 7 | Q | Sideways. There you go. Is that your |
| 8 | | handwriting? |
| 9 | A | Yes. |
| 10 | Q | Okay. Let me see if I can jump through |
| 11 | | these real quick. The next one, is it |
| 12 | | showing something different now, or the |
| 13 | | same thing? |
| 14 | A | No, something different. |
| 15 | Q | Something different, good it worked. Okay. |
| 16 | | Is that your handwriting, is that a |
| 17 | | separate Motion for a change of Venue? |
| 18 | A | Yes. |
| 19 | Q | Okay. Did you file a civil suit against |
| 20 | | Letcher County Jail? |
| 21 | A | No. |
| 22 | Q | Okay. Had you thought about filing suit |
| 23 | | against the Letcher County Jail? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Okay. Did you talk to an attorney about |
| 2 | | filing suit against Letcher County Jail? |
| 3 | A | Yes. |
| 4 | Q | Okay. Did you talk to the attorney that is |
| 5 | | representing you currently or did you talk |
| 6 | | to a separate attorney? |
| 7 | A | The attorney representing me currently. |
| 8 | Q | Okay. So you have been in contact with you |
| 9 | | counsel since at least June of 2021? |
| 10 | A | Yes. |
| 11 | Q | Okay. All right. Then, I think this is |
| 12 | | similar Motion? |
| 13 | A | Yes. |
| 14 | Q | Okay. All right. And these three I would |
| 15 | | like to attach as combined Exhibit 9. |
| 16 | | **MS. BAXTER:** When you say three, I have got the |
| 17 | | Offender Application and then there was that |
| 18 | | Notice page, and I have sen two handwritten |
| 19 | | Motions; is that right? |
| 20 | Q | There were three handwritten Motions. |
| 21 | | **MS. BAXTER:** All right. |
| 22 | Q | One was pretty similar to the other one. |
| 23 | | All three are coming your way, Exhibit 9. |
| 24 | | **MS. BAXTER:** So you don't want to make that |

| 1 | | Notice page, typed Notice page an Exhibit. |
| 2 | Q | No, she said that she hadn't seen it |
| 3 | | before. |
| 4 | | **MS. BAXTER:** Yeah, okay, just confirming. |
| 5 | Q | Okay. The partner discovery responses, and |
| 6 | | let me see if I can do this, and I don't |
| 7 | | know if you have this or not and what - - |
| 8 | | But you sent us, I guess, some of the |
| 9 | | colored copies or photos that you had. |
| 10 | | There is the photo that we talked about |
| 11 | | that was black and white. There is a |
| 12 | | photo. Are you looking at a photo of a |
| 13 | | razor now? |
| 14 | A | No. |
| 15 | Q | Same photo of your chest? |
| 16 | A | Yes. |
| 17 | Q | Okay. Hold on just a second, let me see if |
| 18 | | I can figure out how to do this, sorry. |
| 19 | | Okay. Now do you see a photo of a razor? |
| 20 | A | Yes. |
| 21 | Q | Do you remember what that was suppose to |
| 22 | | mean when you sent me a picture of a razor? |
| 23 | A | Yes, I had just got out of jail, and that |
| 24 | | was the only razor that I had to use, and I |

| | | |
|---|---|---|
| 1 | | wasn't allowed to go out anywhere to get |
| 2 | | one. |
| 3 | Q | Okay. |
| 4 | A | So I was showing him that I needed a better |
| 5 | | razor. |
| 6 | Q | Okay. All right. Here is a photo and am not |
| 7 | | sure - - Do you remember what that photo |
| 8 | | reflects or what that is? |
| 9 | A | He wanted me to take a picture of it. I |
| 10 | | can't remember exactly it was doing that |
| 11 | | day, but there was something wrong with it |
| 12 | | and he wanted me to take a picture and send |
| 13 | | it to him. |
| 14 | Q | Okay. In the top right hand corner, is that |
| 15 | | your face or somebody else's face? |
| 16 | A | No, it is mine. |
| 17 | Q | Okay. I am going to send those three |
| 18 | | photos, I guess as Exhibit 10. So prior to |
| 19 | | you filing suit, how long had you engaged |
| 20 | | in attorney prior to the Complaint that you |
| 21 | | filed in this matter? |
| 22 | A | Can you repeat that? |
| 23 | Q | Well, by at least June of 2021, it sounds |
| 24 | | like you were talking to an attorney about |

|  |  | possibly filing suit. Was it before June |
| 1 |  | |
| 2 |  | of 2021 that you were talking to an |
| 3 |  | attorney? |
| 4 | A | No, it wasn't before. |
| 5 | Q | Okay. All right. So when you sent the |
| 6 |  | Motion for Change of Venue to the Court, |
| 7 |  | that was around the same time then that you |
| 8 |  | had first consulted with your attorney? |
| 9 | A | Yes. |
| 10 | Q | Okay. All right. Sorry for just a second, |
| 11 |  | I am going over some notes real quick. You |
| 12 |  | testified earlier that you had not been |
| 13 |  | involved in any other lawsuits? |
| 14 | A | Yes. |
| 15 | Q | Okay. What about a personal injury case in |
| 16 |  | Pike County where you sued and somebody |
| 17 |  | Dye, Mr. and Mrs Dye, do you remember that? |
| 18 | A | Oh, yes. |
| 19 | Q | Tell me about that case? |
| 20 | A | It was a fender bender car wreck. I don't |
| 21 |  | really remember a whole lot about it. |
| 22 | Q | Did you get any money out of that lawsuit? |
| 23 | A | To fix my car. |
| 24 | Q | Okay. Do you remember who your attorney was |

| | | |
|---|---|---|
| 1 | | in that matter? |
| 2 | A | No. |
| 3 | Q | Okay. It looks like you filed for Chapter 7 |
| 4 | | Bankruptcy in March of 2022? |
| 5 | A | Yes, sir. |
| 6 | Q | Was your bankruptcy trial, was that |
| 7 | | dismissed or still ongoing or what happened |
| 8 | | to your bankruptcy? |
| 9 | A | I was granted my bankruptcy. |
| 10 | Q | I am sorry? |
| 11 | A | I was granted my bankruptcy. |
| 12 | Q | Okay. All right. In your Social Security |
| 13 | | filings, do you remember what your medical |
| 14 | | conditions were when you filed for your |
| 15 | | Social Security? |
| 16 | A | No. |
| 17 | Q | See if this sounds right. That you had post |
| 18 | | traumatic stress disorder, depression, |
| 19 | | bipolar, and you have a shoulder injury? |
| 20 | A | Yes. |
| 21 | Q | Do those sound accurate? |
| 22 | A | Yes. |
| 23 | Q | Tell me about your shoulder injury, what |
| 24 | | happened? |

| | | |
|---|---|---|
| 1 | A | My ex-husband jerked me through a car door |
| 2 | | a couple of times, and it tore my rotator |
| 3 | | cuff. |
| 4 | Q | Okay. All right. It looks like at point, |
| 5 | | did you have surgery on your shoulder? |
| 6 | A | Yes. |
| 7 | Q | Okay. Did that help, are you now healed |
| 8 | | from that or do you still have problems |
| 9 | | with your shoulder injury? |
| 10 | A | No, I am healed from it. |
| 11 | Q | Okay. All right. At what point in time do |
| 12 | | you believe that you became healed from |
| 13 | | that injury? |
| 14 | A | Around 2017. |
| 15 | Q | Around 2017? |
| 16 | A | Uh-huh. |
| 17 | Q | Okay. All right. That was still a problem |
| 18 | | for you when filed for your Social Security |
| 19 | | Disability; correct? |
| 20 | A | Yes. |
| 21 | Q | Okay. It looks like you filed around |
| 22 | | December of 2021 for your Social Security? |
| 23 | A | Yes. |
| 24 | Q | Is that right? |

| 1 | A | Yes. |
| 2 | Q | Okay. All right. Is says here that you - - |
| 3 | | because of your condition that you had to |
| 4 | | stop working May 8, 2020. Where were you |
| 5 | | working at I guess on May the 7th, 2020 or |
| 6 | | in May of 2020? |
| 7 | A | For Dale at the Vendors Mall in Isom we |
| 8 | | flea marketed there. |
| 9 | Q | Okay. All right. Were you working for |
| 10 | | yourself there or were you working for |
| 11 | | someone? |
| 12 | A | I worked with my roommate Dale. We were |
| 13 | | kinda in halves, if that makes sense? |
| 14 | Q | Yeah, okay. All right. When you a - - |
| 15 | | You flea marketed there for how long? |
| 16 | A | I say on and off for about a year. |
| 17 | Q | Okay. Was that daily or weekly that - - |
| 18 | A | Daily. |
| 19 | Q | Daily? |
| 20 | A | Uh-huh. |
| 21 | Q | Were you ultimately granted your Social |
| 22 | | Security? |
| 23 | A | No. |
| 24 | Q | Okay. Is it still in process, have you |

| | | |
|---|---|---|
| 1 | | exhausted your appeals? |
| 2 | A | It is still in process. |
| 3 | Q | Still in process? |
| 4 | A | Uh-huh. |
| 5 | Q | Okay. Did you ever talk to Micky Stines |
| 6 | | about your case? |
| 7 | A | About the civil suit? |
| 8 | Q | Yes, this lawsuit? |
| 9 | A | No. |
| 10 | Q | Okay. Did you ever talk to Micky Stines |
| 11 | | about any problems that you were having |
| 12 | | with Mr. Fields? |
| 13 | A | No. |
| 14 | Q | How long have you know Micky Stines? |
| 15 | A | For a couple of years. |
| 16 | Q | Okay. Do you remember roughly what year you |
| 17 | | would have met Mr. Stines? |
| 18 | A | 2020. |
| 19 | Q | Okay. Did you ever have any problems with |
| 20 | | him? Did he ever treat you |
| 21 | | disrespectfully? |
| 22 | A | No. |
| 23 | Q | Okay. Did you know Mr. Stines before you |
| 24 | | knew Mr. Fields? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay. Had you ever went to Sheriff Stines |
| 3 | | with any problems that you were having, not |
| 4 | | necessarily with Mr. Fields, but other |
| 5 | | problems? |
| 6 | A | Yes. |
| 7 | Q | Okay. What types of problems had you been |
| 8 | | to the Sheriff's Office about, now was this |
| 9 | | before or after he became Sheriff? |
| 10 | A | This was after he was Sheriff. |
| 11 | Q | Okay. |
| 12 | A | When I got indicted on this charge and |
| 13 | | there was warrants for me. I went and |
| 14 | | turned myself in to him at the Sheriff's |
| 15 | | Department. |
| 16 | Q | Okay. Did you ever contact him about any |
| 17 | | other problems that you were having that |
| 18 | | you recall? |
| 19 | A | When I left rehab, I called him and turned |
| 20 | | myself in. |
| 21 | Q | Okay. How old were you the first time you |
| 22 | | went to rehab? |
| 23 | A | I was around 40. |
| 24 | Q | Okay. Do you remember where you first went |

| | | |
|---|---|---|
| 1 | | to rehab which facility? |
| 2 | A | The Mountain Center. |
| 3 | Q | I am sorry. |
| 4 | A | The Mountain Center. |
| 5 | Q | The Mountain Center. Okay. I saw some type |
| 6 | | of reference to Karen's Place. Do you |
| 7 | | recall being there? |
| 8 | A | Yeah, I have been there a couple of times. |
| 9 | Q | Okay. Did you have some problems while you |
| 10 | | were there, was there an issue or something |
| 11 | | about, I guess, everything being - - you |
| 12 | | lost everything or being asked to leave or |
| 13 | | something along those lines? |
| 14 | A | Being asked to leave? |
| 15 | Q | Yeah. |
| 16 | A | No. |
| 17 | Q | Okay. |
| 18 | A | I went to the Psyc Ward a couple of times. |
| 19 | Q | From Karen's Place? |
| 20 | A | Yes. |
| 21 | Q | Okay. All right. Was there an issue when |
| 22 | | you came back that all of your money and |
| 23 | | all of your belongings were gone or they |
| 24 | | gave you somebody else's - - What had |

| | | |
|---|---|---|
| 1 | | happened there? |
| 2 | A | That was at a different Karen's Place, |
| 3 | | there is two of them. Yes, I had left |
| 4 | | treatment and I come back and all of my |
| 5 | | belongings were gone, everything that I |
| 6 | | owned was gone. |
| 7 | Q | Had you left against the rules when you |
| 8 | | left against the rules? |
| 9 | A | Yes. |
| 10 | Q | Okay. All right. Do you remember when that |
| 11 | | happened approximately what year? |
| 12 | A | Probably, maybe 2020, I am not sure. |
| 13 | Q | Sounds like there were actually other |
| 14 | | individuals had problems with Mr. Fields |
| 15 | | while hr served as home incarceration |
| 16 | | individual. Other than Ms. Hill, have you |
| 17 | | talked to anyone else that says that they |
| 18 | | had problems with him or that he did |
| 19 | | something wrong? |
| 20 | A | Brianna Cornett. |
| 21 | Q | What did Brianna Cornett tell you? |
| 22 | A | That he flirted with her also. |
| 23 | Q | That he flirted with her or had |
| 24 | | relationship with her? |

| | | |
|---|---|---|
| 1 | A | She actually said they had relationship. |
| 2 | Q | Now you and Mr. Fields, did he just flirt |
| 3 | | with you or did you all have relationship? |
| 4 | A | I mean he just flirted and then we had sex, |
| 5 | | it wasn't a relationship. |
| 6 | Q | All right. Do you remember how long it was |
| 7 | | after that you had started messaging Mr. |
| 8 | | Fields before you all had your first |
| 9 | | physical contact? |
| 10 | A | A couple of months. |
| 11 | Q | Okay. I may have a couple more questions, |
| 12 | | but I am going to give Mr. Jones a shot to |
| 13 | | ask you some questions first that way I can |
| 14 | | review my notes, so I will pass the witness |
| 15 | | for right now. |
| 16 | A | Okay. |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

# CROSS-EXAMINATION

MR. JONES:

Q      Ms. Adkins, my name is Don Jones, and I
represent the East Kentucky - - I can't
even think of the name of it right now, but
the company that provided your ankle
bracelets, and I really just have a few
questions. You saw the Exhibit that Mr.
Shaw put up it says the Sheriff's Office
has nothing to do with home confinements.
If you have an issue call Patty Stockham
and gave a phone number?

A      Yes.

Q      Okay. So did you ever call Ms. Stockham?

A      Yes.

Q      And when did you call her?

A      I think it was the very next day after I
got home from house arrest.

Q      Sorry. Won't you say that one more - -

A      I think it was the very next day after I
got out on house arrest.

Q      All right. And what was that conversation
about?

A      Just the rules going over, you know, what I

| | | |
|---|---|---|
| 1 | | was allowed to do, what I wasn't allowed to |
| 2 | | do, things like that. |
| 3 | Q | Okay. I misunderstood completely. So that |
| 4 | | was your first contact with her company; |
| 5 | | correct? |
| 6 | A | Uh-huh. |
| 7 | Q | Okay. Have you had any contact with her at |
| 8 | | any time since then? |
| 9 | A | Yeah, I mean I talk to Patty several times. |
| 10 | Q | What did you talk about? |
| 11 | A | She would call me if my bracelet was |
| 12 | | getting too low. I had been in Pike County |
| 13 | | one night late and she called me mad |
| 14 | | wanting to know what I was doing out that |
| 15 | | late, I wasn't allowed to be out like that, |
| 16 | | things like that. |
| 17 | Q | Did you ever discuss Mr. Fields with her? |
| 18 | A | Yes, she asked me what I was doing out that |
| 19 | | late, and why I thought that I could be out |
| 20 | | that late, and I told her that Mr. Fields |
| 21 | | told me that it was okay that I was in Pike |
| 22 | | County and I was out. She told me that I |
| 23 | | would never speak to Mr. Fields again. |
| 24 | Q | Did you? |

| 1 | A | I never spoke to Patty again. |
| 2 | Q | Okay. Did you speak to Mr. Fields after |
| 3 | | that? |
| 4 | A | Yes. |
| 5 | Q | And what was that conversation? |
| 6 | A | I told him what that Patty had said, and he |
| 7 | | said that he would take care of that, and I |
| 8 | | mean, it was still - - it was months, you |
| 9 | | know, I still spoke to Mr. Fields. |
| 10 | Q | When was the last time you had any contact |
| 11 | | with Mr. Fields? |
| 12 | A | January. |
| 13 | Q | The beginning of January, the end of |
| 14 | | January? |
| 15 | A | The beginning or middle, something like |
| 16 | | that. |
| 17 | Q | That is the 2022? |
| 18 | A | Yes. |
| 19 | Q | What was that last contact? |
| 20 | A | He had told me that my ex Stacy Yates had |
| 21 | | took an EPO out on me, and they had a |
| 22 | | warrant for my arrest for it, and that |
| 23 | | Judge Craft wanted me to come in and turn |
| 24 | | myself in. |

| 1 | Q | And did you do that? |
| 2 | A | No, I asked him why that I had a warrant |
| 3 | | because on EPOs you don't have warrants, |
| 4 | | was there something else, and he said, no, |
| 5 | | just come turn myself in over an EPO |
| 6 | | warrant. |
| 7 | Q | All right. So did you - - The other times |
| 8 | | that you occurred a warrant, was that you |
| 9 | | called the Sheriff's Office, did you do |
| 10 | | that this time? |
| 11 | A | I actually called Keith Hall in Pike |
| 12 | | County. |
| 13 | Q | I am sorry. |
| 14 | A | I called Keith Hall, the Judge in Pike |
| 15 | | County. |
| 16 | Q | And what did Judge Hall tell you? |
| 17 | A | He said that he would call over to Letcher |
| 18 | | County and see what was going on. He |
| 19 | | called and he done some research and come |
| 20 | | back and said there was a warrant for my |
| 21 | | arrest, he couldn't tell what the warrant |
| 22 | | was for though. |
| 23 | Q | Okay. So he said there was no warrant for |
| 24 | | your arrest, and he couldn't tell what the |

| 1 | | warrant was? |
|---|---|---|
| 2 | A | He said there was a warrant, but he |
| 3 | | couldn't tell what it was. |
| 4 | Q | Oh, I am sorry I misunderstood you. And |
| 5 | | what was that warrant? |
| 6 | A | Come later to find out it was an escape |
| 7 | | warrant. |
| 8 | Q | Do you know who obtained that warrant? |
| 9 | A | Mr. Fields. |
| 10 | Q | And under the terms of your home |
| 11 | | confinement, had you escaped? |
| 12 | A | No, sir. |
| 13 | Q | Well, what do you call being, not having |
| 14 | | your ankle bracelet on when the Court told |
| 15 | | you to wear one? |
| 16 | A | Because he removed it and he worked for the |
| 17 | | Court system and told me not to tell no |
| 18 | | one. |
| 19 | Q | If you are on home confinement, do you |
| 20 | | think the Court cares who removes your |
| 21 | | ankle bracelet? |
| 22 | A | I would think so. |
| 23 | Q | So all that time you thought that you |
| 24 | | didn't have to wear it just because he took |

| | | |
|---|---|---|
| 1 | | it off? |
| 2 | A | I was doing sexual favors with him, yes. |
| 3 | Q | I understand that. So you are saying that |
| 4 | | you didn't know it was wrong for you to |
| 5 | | have it off? |
| 6 | | **MS. BAXTER:** Object to form. I think that she |
| 7 | | has answered your question at this point, but. |
| 8 | Q | All right. Please go ahead and answer. |
| 9 | A | Can you ask - - Can you repeat it? |
| 10 | Q | I think my words were, so you didn't think |
| 11 | | it was wrong to have your bracelet off when |
| 12 | | the Court had ordered you to wear it? |
| 13 | A | I thought it was very wrong. |
| 14 | Q | I am sorry. |
| 15 | A | I thought it was very wrong, but he worked |
| 16 | | for the Sheriffs Department, he was a |
| 17 | | bailiff, he worked for the house arrest |
| 18 | | company, and he told me it would be fine. |
| 19 | Q | Let's not talk about his actions right now. |
| 20 | A | Okay. |
| 21 | Q | We have heard about those. But it is your |
| 22 | | actions that I am wondering about. |
| 23 | A | Did I think it was wrong? I was scared. I |
| 24 | | didn't know what to think at the time |

| | | |
|---|---|---|
| 1 | | nothing like that had ever happened to me |
| 2 | | before. Honestly, I didn't know what to |
| 3 | | think. I was terrified. |
| 4 | Q | Did he ever make any threats to physically |
| 5 | | harm you? |
| 6 | A | I don't remember. |
| 7 | Q | Well, if he had, you would probably |
| 8 | | remember that, wouldn't you? |
| 9 | A | That was a very rough time period in my |
| 10 | | life. I had relapsed, I was back on drugs, |
| 11 | | going through all of this with him. |
| 12 | Q | Okay. How about this question, to the best |
| 13 | | of your memory, did he make any physical |
| 14 | | threats to you? |
| 15 | A | No. |
| 16 | Q | Did anyone else related to the East |
| 17 | | Kentucky Company make any threats to you? |
| 18 | A | Besides Patty telling me that I was never |
| 19 | | be out like that again and never to speak |
| 20 | | to Mr. Fields again, no. |
| 21 | Q | Well, that is not really a threat, is it? |
| 22 | A | Well, in my book, it was, because, you |
| 23 | | know, I was answering to Mr. Fields, and he |
| 24 | | was telling me to answer, and she like you |

```
 1              are never to answer to him again, and then,

 2              she drops of the face of the earth, so I

 3              don't know if that is a threat, but it was

 4              very confusing to me.

 5      Q       I can understand that it would be

 6              confusing, but it isn't a threat, is it?

 7      A       I don't guess so.

 8      Q       Okay. I think that is all of the questions

 9              I have.  Thank you.

10         MR. WILLIAMS: I don't have any follow ups. Thank

11      you.

12         MS. BAXTER: And I don't have any questions

13      either.
```

## RECROSS-EXAMINATION

**MR. SHAW:**

Q      Maybe I asked a bad question earlier. So
       you may not have been given the Notice with
       the packet when you filed out the forms,
       but you have the Notice given to you with
       her phone number and how to contact her?

A      Yes.

Q      Okay. All right. So I am going to go ahead
       and attach that as Defense Exhibit No. 11,
       and I will circulate that now.  No Further
       questions.  Thank you.

       **VIDEOGRAPHER:** The time is 4:24, this completes
       the video record.

REPORTER'S CERTIFICATE

STATE OF KENTUCKY

COUNTY OF JOHNSON

I, Joey VanHoose, Stenographer and Notary Public, and for the State of Kentucky at Large, do certify that the foregoing deposition of SABRINA ADKINS was taken at the place, on the date and for the purposes stated in the Caption and that the appearances were as noted herein.

FURTHER, I certify that that witness was duly sworn by me before testifying; that the testimony was reported by me in steno notes and electronically recorded; and thereafter, I constitute a true, correct and complete transcript of my said shorthand notes as could be heard and understood by me.

GIVEN under my hand at Paintsville, Kentucky, this 12TH day of April, 2024.

My Commission Expires August 1, 2026.

_____

Joey VanHoose

KYNP53570



Patient: **Sabrina Adkins**

Date of Birth:

Date: 08/26/2020 03:30 PM

Historian: self

Visit Type: Office Visit

This 44 year old female presents for Positive Hep C results.

## History of Present Illness

**1.**

Pt presents to clinic stating she had a finger stick ▉▉▉ test which was positive. Pt request retesting and testing for HIV

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Polytrim 10,000 unit-1 mg/mL eye drops | instill 1 drop by ophthalmic route every 6 hours into affected eye(s) | 02/22/2020 | | | N |
| Robaxin-750 750 mg tablet | take 1 tablet by oral route 3 times every day | 04/21/2020 | | | N |
| Lyrica 100 mg capsule | take 1 capsule by oral route // 2 times every day | | | 06/04/2020 | Y |
| Bactrim DS 800 mg-160 mg tablet | take 1 tablet by oral route every 12 hours | 07/02/2020 | | | N |
| ibuprofen 800 mg tablet | take 1 tablet by oral route 3 times every day with food as needed | 07/02/2020 | | | N |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Adkins, Sabrina K. 000010061786 04/02/1976 08/26/2020 03:30 PM 1/4

PLAINTIFFS_000109





Patient:            **Sabrina Adkins**
Date of Birth:      04/02/1976
Date:               11/23/2020 02:30 PM
Historian:          self
Visit Type:         Office Visit


This 44 year old female presents for Racing thoughts.

# History of Present Illness
## 1. Racing thoughts
Pt presents to clinic requesting testing for ADD/ADHD. Pt states she has racing thoughts. Pt
states she is restless. Pt states she has excessive worrying. Pt states she has days she requires
no sleep; however, she states she has times when she crashes. Pt has history of drug abuse. Pt
is unaware of bipolar disorder in the family.


## Medical/Surgical/Interim History
Reviewed, no change.
Last detailed document date:11/04/2020.

## Family History
Reviewed, no changes. Last detailed document date:07/02/2020.

## Social History
Reviewed, no changes. Last detailed document date: 07/02/2020.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Polytrim 10,000 unit-1 mg/mL eye drops | instill 1 drop by ophthalmic route every 6 hours into affected eye(s) | 02/22/2020 | | | N |
| Robaxin-750 750 mg tablet | take 1 tablet by oral route 3 times every day | 04/21/2020 | | | N |
| Lyrica 100 mg capsule | take 1 capsule by oral route // | | | 06/04/2020 | Y |

Adkins, Sabrina K. 000010061786 04/02/1976 11/23/2020 02:30 PM 1/4



EXHIBIT
Defendts
Ex. 2



| Patient: | **Sabrina Adkins** |
|---|---|
| Date of Birth: | 04/02/1976 |
| Date: | 04/12/2021 02:00 PM |
| Historian: | self |
| Visit Type: | Office Visit |

This 45 year old female presents for Insomnia and Anxiety.

# History of Present Illness

## 1. Insomnia

The patient presents with sleep problems. The symptoms are unchanged. These complaints are episodic. Relevant history: a BMI of 22.76. The client has the following risk factors for insomnia: smoking. The client does not have: use of alcohol. The client is experiencing difficulty initiating sleep and difficulty maintaining sleep. The client denies awakening with choking, awakening with shortness of breath, changes in appetite or gasping during sleep.

## 2. Anxiety

This is a follow up visit. There is continuation of initial symptoms. The client presents with anxious/fearful thoughts, difficulty falling asleep, difficulty staying asleep and excessive worry but denies hallucinations, loss of appetite, racing thoughts, restlessness or thoughts of death or suicide. The client's risk factors include family history of anxiety and family history of bipolar disorder. The Anxiety is aggravated by conflict or stress. The client's relieving factors are medication. The Anxiety is associated with irritability. The client denies any chronic pain. Additional information: Pt has history of bipolar disorder.

## Interim History

| Type | Reason | Management | Date | Admit | Admit from | Discharge | Discharge to | Outcome |
|---|---|---|---|---|---|---|---|---|
| none | | | 04/21/2020 | | | | | |
| none | | | 06/04/2020 | | | | | |
| none | | | 11/04/2020 | | | | | |

PLAINTIFFS_000128



EXHIBIT
Defendants
Ex 3

*Electronically Filed*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. _____

|  |  |  |
|---|---|---|
| **SABRINA ADKINS** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **BEN FIELDS, Individually** | ) | |
| **And in his Official capacity as** | ) | |
| **a Deputy Sheriff with the** | ) | |
| **Letcher County Sheriff's Department** | ) | **COMPLAINT** |
| | ) | |
| **UNKNOWN SUPERVISORS** | ) | |
| **OF BEN FIELDS** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **MICKEY STINES, LETCHER COUNTY** | ) | |
| **SHERIFF** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

Comes the Plaintiff, Sabrina Adkins ("Plaintiff" or "Sabrina"), by and through

counsel, and for her Complaint against the Defendants, states as follows:

## INTRODUCTION

This is a civil action for damages for violation of the Constitutional rights of

Plaintiff by the Defendants, acting under color of state law. In addition, the Plaintiff

alleges that the Defendant Ben Fields ("Defendant Fields") is liable under state law.

Plaintiff asserts that the Defendant Fields, in his individual and official capacities,

violated Plaintiff's rights secured by the Fourth and Fourteenth Amendments to the

1



EXHIBIT
Defendants
Ex. 4

United States Constitution, as well as Sections 1, 2 and 10 of the Kentucky Constitution, by subjecting Plaintiff to arbitrary action, unreasonable search and seizure, and deprivation of liberty. The Plaintiff also alleges that Defendant Fields is liable under state law for damages for false imprisonment, assault and battery, malicious prosecution, intentional infliction of emotional distress, negligence, and gross negligence. Defendant Fields' unknown supervisors and Defendant Letcher County Sheriff is alleged to be liable to Plaintiff for deliberate indifference in failing to adequately train and supervise Defendant Fields.

## JURISDICTION AND VENUE

1.   This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331, actionable by virtue of 42 U.S.C. §1983. In addition, the Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

2.   Venue is appropriate in this Court pursuant to 28 U.S.C §1391.

## PARTIES

3.   The Plaintiff a resident of Pike County, Kentucky.

4.   Defendant Fields was at all times relevant to this Complaint acting as a Letcher County Deputy Sheriff. Defendant Fields is sued in his official capacity on the declaratory relief and damages claims, and in his individual capacity as to all claims set forth herein. Upon information and belief Defendant Fields is a resident of Letcher County, Kentucky.

5.   At all times relevant hereto, Defendant Fields was acting under color of state law in performing the acts or omissions complained of in this Complaint.

6.   Defendant Mickey Stines is the duly elected Letcher County Sheriff, elected pursuant to the Kentucky Constitution, Section 99, and regulated by KRS Chapter 70.

## FACTUAL ALLEGATIONS

2

All preceding Paragraphs are incorporated herein by reference thereto, as if fully set out herein.

7.  Plaintiff was arrested in Letcher County, Kentucky in April, 2021.

8.  From April, 2021 though June 2, 2021, Plaintiff was incarcerated at the Letcher County Jail.

9.  In early June, 2021 Plaintiff was released from the Letcher County Jail and placed on home incarceration.

10.  Defendant Fields, a deputy sheriff with the Letcher County Sheriff's Department, was assigned to be Plaintiff's home incarceration officer.

11.  After she was released, Plaintiff had a difficult time finding housing accommodations in Letcher County.

12.  Defendant Fields was aware of Plaintiff's housing issues, as well as Plaintiff's domestic issues.

13.  Defendant Fields visited Plaintiff in the evening the night she was released from the Letcher County Jail to bring her cigarettes, and to console her.

14.  At this time Plaintiff notified Defendant Fields that she did not have the money to pay for her ankle bracelet, but she was terrified to return to the Letcher County Jail.

15.  Defendant Fields made flirtatious comments about Plaintiff's looks and body, and told her that he was confident that they could "work something out."

16.  Plaintiff understood these communications to mean that she would receive favorable treatment from Defendant Fields if she provided him with sexual favors.

17.  Thereafter, Plaintiff and Defendant Fields communicated on a regular basis by text messages.

3

18. In late June, 2021 Defendant Fields asked Sabrina to meet her at the Letcher County Courthouse in the evening after dark.

19. Defendant Fields took Plaintiff into District Judge Mullins' chambers, telling Plaintiff that he wanted to meet her there because there were no cameras.

20. At this time Defendant Fields took off Plaintiff's ankle monitor and told her that she would not have to pay the associated fees any longer, but could remain out on home incarceration.

21. Between late June and December, 2021 Defendant Fields met Plaintiff at the Letcher County Courthouse in the evening or early morning hours approximately six (6) times.

22. During these meetings Defendant Fields' behavior escalated from flirtatious comments to forcible kissing, to oral sex, to intercourse with Plaintiff, all of which occurred at the Letcher County Courthouse after hours, in Judge Mullins' Chambers (hereinafter the "sexual abuse").

23. Plaintiff was coerced and compelled to comply with Defendant Fields' advances given Defendant Fields' position of power, and because she could not afford to pay for the ankle monitor and did not want to return to the Letcher County Jail.

24. Plaintiff did not consent to the sexual abuse.

25. These meeting would typically occur the night before Plaintiff had a court appearance, and Defendant Fields would put Plaintiff's ankle monitor back on and otherwise fix it so that she would appear compliant with her home incarceration the following day.

26. Upon information and belief, in late December, 2021 certain persons at the Letcher County Courthouse were notified that Defendant Fields was having inappropriate

4

communications and/or relations with Plaintiff and were provided text messages evidencing the inappropriate communications and relations.

27. Upon information and belief Defendant Fields became aware of the information contained in the preceding paragraph.

28. In late December. 2021 Defendant Fields stopped communicating with Plaintiff by text message or otherwise.

29. Upon information and belief, in early January, 2022 Defendant Fields filed a complaint against Plaintiff claiming that she was not complying with the terms of her home incarceration.

30. Upon information and belief this complaint was filed maliciously by Defendant Fields, in an effort to punish Plaintiff and in an attempt to save his own job and reputation.

31. Plaintiff was arrested on January 26, 2022, in Pike County, Kentucky.

32. Plaintiff is terrified that she will be transferred to the Letcher County Jail where upon information and belief Defendant Fields' wife is employed as an officer, and where upon information and belief Defendant Fields was previously employed.

33. Plaintiff has serious concerns for her safety and welfare if she were to be transferred to the Letcher County Jail.

34. Upon information and belief there are other women who Defendant Fields has similarly abused.

35. Upon information and belief, the Letcher County Sheriff, and unknown supervisors of Defendant Fields, failed to adequately train and supervise Defendant Fields.

36. Upon information and belief, the Letcher County Sheriff knew or should have known that Defendant Fields was sexually abusing females, including Plaintiff, in his charge.

5

37. Upon information and belief, the Letcher County Sheriff did not reasonably

respond to reports or suspicions of sexual abuse perpetrated by Defendant Fields.

38. The Defendants' conduct described above has caused severe injury to Plaintiff,

for which she is entitled to recover actual damages in an amount to be determined at trial.

## COUNT I

### (Defendant Fields Violated Plaintiffs' Rights
### Secured By United States Constitution, Amendments IV)

All preceding Paragraphs are incorporated herein by reference thereto, as if fully

set out herein.

39. Defendant Fields knowingly and recklessly engaged in the above-described

sexual abuse of Plaintiff, and such physical contact was objectively unreasonable.

40. Defendant Fields' sexual abuse of Plaintiff was not rationally related to any

legitimate governmental purpose, and was otherwise excessive.

41. Plaintiff did not consent to the physical contact with Defendant Fields.

42. Plaintiff was coerced by Defendant Fields, and to the extent she complied with

Defendant Fields' physical contact did so only because she was intimidated by Defendant

Fields who provided Plaintiff with privileges in exchange for sexual favors.

43. The above-described actions of Defendant Fields constitute a violation of

Plaintiff's right to be free from unreasonable search and seizure, secured by United States

Constitution Amendments IV, which is actionable pursuant to 42 U.S.C. § 1983.

44. Plaintiff is entitled to recover compensatory damages against the Defendant Fields

in an amount sufficient to fully compensate her for the damages she suffered as a result of

this Constitutional violation.

45. Defendant Fields willfully, wantonly, recklessly, and maliciously engaged in the

unconstitutional conduct described above.

46. Plaintiff is entitled to recover punitive damages against Defendant Fields in an amount sufficient to punish said Defendant Fields, as well as deter him and others similarly situated from committing such violations in the future.

## COUNT II

### (Defendant Fields Violated Plaintiffs' Rights
### Secured By United States Constitution, Amendments XIV)

All preceding Paragraphs are incorporated herein by reference thereto, as if fully set out herein.

47. Plaintiff had a fundamental right to personal security and bodily integrity extending specifically to the right to be free from sexual abuse.

48. Defendant Fields sexually abused Plaintiff in violation of this fundamental right.

49. Defendant Fields' conduct was so oppressive that it shocks the conscious.

50. Defendant Fields' conduct was intended to injure Plaintiff in a way unjustifiable by any government interest.

51. The above-described actions of Defendant Fields constitute a violation of Plaintiff's substantive due process rights, secured by United States Constitution Amendments IV, which is actionable pursuant to 42 U.S.C. § 1983.

52. Plaintiff is entitled to recover compensatory damages against the Defendant Fields in an amount sufficient to fully compensate her for the damages she suffered as a result of this Constitutional violation.

53. The Defendant Fields willfully, wantonly, recklessly, and maliciously engaged in the unconstitutional conduct described above.

54. Plaintiff is entitled to recover punitive damages against Defendant Fields in an

7

amount sufficient to punish said Defendant Fields, as well as deter him and others similarly situated from committing such violations in the future.

## COUNT III

### (Deliberate Indifference/ Failure to Supervise and Train Actionable Pursuant To 42 U.S.C. § 1983 against Letcher County Sheriff and Unknown Supervisors of Defendant Fields)

All preceding Paragraphs are incorporated herein by reference thereto, as if fully set out herein.

55. Defendant Fields was inadequately trained in the areas of proper supervision and interaction with female criminal defendants on home incarceration.

56. The Defendants Letcher County Sheriff and unknown supervisors of Defendant Fields (together the "Letcher County Sheriff's Department") knew or should have known that Defendant Fields was abusing his power and taking advantage of females on home incarceration under his control and supervision.

57. The inadequate training of home incarceration officers employed by the Letcher County Sheriff's Department is likely to result in the ongoing violation of constitutional rights.

58. The Letcher County Sheriff's Department policymakers have been deliberately indifferent to this need for adequate training.

59. The Letcher County Sheriff's Department's Failure to adequately train, supervise, or discipline their employees proximately caused the violation of Plaintiff's constitutional rights.

60. The Letcher County Sheriff's Department substantially caused a constitutional tort to Plaintiff through its customs, policy statements, ordinances, regulations, and decisions

officially adopted and promulgated by that body's officers.

61. The acts and omissions of the Letcher County Sheriff's Department, in failing to adequately train and supervise Defendant Fields, as set forth in this Complaint, amount to deliberate indifference to the Constitutional rights of Plaintiff and a complete disregard for the known and obvious consequences of such indifference; all of which resulted in the Constitutional violations and tortious conduct described in this Complaint, and are therefore actionable pursuant to 42 U.S.C. § 1983.

62. Plaintiff is entitled to recover compensatory damages against Defendant Letcher County Sheriff's Department in an amount sufficient to fully compensate Plaintiff for the damages she suffered as a result of the conduct set forth herein.

63. Defendant Letcher County Sheriff's Department acted willfully, wantonly, recklessly, and maliciously engaged in the conduct set forth herein.

64. Plaintiff is entitled to recover punitive damages against Defendant Letcher County Sheriff's Department in an amount sufficient to punish said Defendant for the conduct set forth herein, as well as deter said Defendant and others similarly situated from engaging in such conduct in the future.

## COUNT IV

### (Negligence, Gross Negligence, Assault and Battery against Defendant Fields)

All preceding Paragraphs are incorporated herein by reference thereto, as if fully set out herein.

65. The above-described actions of Defendant Fields were negligent, grossly negligent, and constitute assault and battery.

66. Defendant Fields had a duty to reasonably supervise Plaintiff while she was on

9

home incarceration.

67. Defendant Fields violated the duty he had to the Plaintiff.

68. Defendant Fields's violation of the duty of care he owed to Plaintiff proximately caused the Plaintiff damages.

69. Plaintiff is entitled to recover compensatory damages against Defendant Fields in an amount sufficient to fully compensate her for the damages she suffered as a result of the tortious conduct of Defendant Fields.

70. Defendant Fields willfully, wantonly, recklessly, and maliciously engaged in the tortious conduct.

71. Plaintiff is entitled to recover punitive damages against the Defendant Fields in an amount sufficient to punish him for the tortious conduct, as well as deter him and others similarly situated from engaging in such conduct in the future.

## COUNT V

### (Grossly Negligent Infliction Of Emotional Distress)

All preceding Paragraphs are incorporated herein by reference thereto, as if fully set out herein.

72. As a direct and proximate result of the above-described grossly negligent conduct of Defendant Fields, Plaintiff suffered and continues to suffer severe emotional distress.

73. Plaintiff is entitled to recover compensatory damages from Defendant Fields in an amount sufficient to fully compensate her for the damages she suffered as a result of the tortious conduct.

74. Because the conduct of the Defendant Fields was grossly negligent, Plaintiff is entitled to recover punitive damages against Defendant Fields in an amount

10

sufficient to punish him for the tortious conduct, as well as deter him and others similarly
situated from engaging in such conduct in the future.

## COUNT VI

### (Intentional Infliction Of Emotional Distress)

All preceding Paragraphs are incorporated herein by reference thereto, as if fully set.

75. The above-described actions of Defendant Fields were intentional and are
outrageous and offend generally accepted community standards of decency and morality.

76. As a direct and proximate result of the above-described actions of
Defendant Fields, Plaintiff suffered and continues to suffer severe emotional distress.

77. Plaintiff is entitled to recover compensatory damages against Defendant Fields in
an amount sufficient to fully compensate her for the damages she suffered as a result of the
tortious and wrongful conduct.

78. Defendant Fields willfully, wantonly, recklessly and maliciously engaged in the
tortious conduct above described.

79. Plaintiff is entitled to recover punitive damages against Defendant Fields in an
amount sufficient to punish him for his malicious and intentional tortious conduct, as well as
deter Defendant Fields and others similarly situated from engaging in such conduct in the
future.

**WHEREFORE**, the Plaintiff respectfully demands the following relief:

A. An award of compensatory damages against the Defendants in an amount
sufficient to compensate Plaintiff for damages she suffered as a result of the Federal
Constitutional violations described herein;

B. An award of compensatory damages against Defendants, in an amount

11

sufficient to compensate Plaintiff for damages she suffered as a result of the above-described bases for liability arising under state law;

     C.    An award of punitive damages against Defendants, in an amount sufficient to punish the Defendants and deter them, as well as others similarly situated, from engaging in unlawful and unconstitutional conduct in the future;

     D.    An award of Plaintiff's costs incurred in prosecuting this action, including reasonable attorneys' fees and any expert fees pursuant to 42 U.S.C. § 1988;

     E.    An award of any and all other relief to which Plaintiff may appear entitled, and

     F.    The Plaintiff respectfully demands a trial by jury on all Counts so triable.

Respectfully submitted,

/s/ Bethany N. Baxter
JOE F. CHILDERS
BETHANY N. BAXTER

CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, Kentucky 41653
Telephone: (606) 886-6090

COUNSEL FOR SABRINA ADKINS

## VERIFICATION

I have read the foregoing factual allegations and they are true and correct to the

best of my knowledge and belief.

SABRINA ADKINS, PLAINTIFF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

SABRINA ADKINS and
JENNIFER HILL                                                    PLAINTIFFS

V.

BEN FIELDS, Individually                                         DEFENDANTS

---

## INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS
(Sabrina Adkins)

---

Comes now the Plaintiff Sabrina Adkins (hereinafter "Plaintiff") by and through
counsel, and hereby submits her responses to Interrogatories and Requests for Production
of Documents propounded by Defendant Ben Fields.

### PLAINTIFF'S RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**: Please state the name, address and Social Security
Number of the plaintiff, together with the name and address of any other individual who
assisted in providing answers to these interrogatories.

**RESPONSE: Sabrina Adkins;** ███████ **Highway, Pikeville, Kentucky**

**41501;** ███████ **; assisted by counsel.**

**INTERROGATORY NO. 2:** Please state the name and address of each and
every person known to you or to your attorney who has or who purports to have
discoverable information concerning the circumstances surrounding the allegations which
are the subject matter of plaintiff's complaint.

**RESPONSE: See Plaintiff's Rule 26 Disclosures.**

1



EXHIBIT
Defendant's
EX 5

**INTERROGATORY NO. 3**: Please state the name and address of each and every eyewitness known to the plaintiff and to plaintiff's attorney to the alleged acts complained of by the plaintiff in this action.

**RESPONSE:** Plaintiff objects to this interrogatory as overly broad given that the "acts complained of by the plaintiff in the complaint to this action" are several and undefined in Defendant's interrogatory.

Without waiving said objection, Plaintiff is unaware of any "eyewitness" to the offensive sexual acts perpetrated by Defendant Fields upon Plaintiff. Dale Martin drove Plaintiff to the Letcher County Courthouse on various occasions, including such occasions when offensive sexual acts were perpetrated by Defendant Fields upon Plaintiff. Upon information and belief Angie Fields, Bert Slone, and other employees at the Letcher County Jail may have observed interactions between Defendant Fields and Sabrina Adkins during her incarceration. Upon information and belief Deputy Sheriff Norris, Deputy Sheriff Whitaker, Chris Triplett, and other unidentified agents or employees of the Letcher County Sheriff's Department would have been eyewitnesses to the complaints made by Chris Triplett related to his offensive sexual acts perpetrated by Defendant Fields upon Plaintiff Jennifer Hill. Upon information and belief Holly Boggs, Robbie Kincer, Judge Craft, Judge Mullins, and other unidentified employees at the Letcher County Courthouse were aware of the complaints made by Stacey Yates related to Defendant Ben Fields and his inappropriate conduct towards females on pre-trial home incarceration.

**INTERROGATORY NO. 4**: Please state the name and address of each and every person who may be called to testify on behalf of the plaintiff at the trial of this action.

2

**RESPONSE:** Discovery is ongoing, and Plaintiff has not yet made any decision regarding trial witnesses. Plaintiff's witness list will be provided consistent with the court's deadlines.

**INTERROGATORY NO. 5**: Please identify each and every expert witness who may be called to testify at trial either in person or by deposition and for each such expert, state the subject matter on which the witness is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and provide a summary of the grounds for each such opinion. Please also attach a curriculum vitae or resume for each such witness.

**RESPONSE:** Discovery is ongoing, and Plaintiff has not yet retained any expert witnesses. Plaintiff will disclose expert witnesses consistent with the court's deadlines.

**INTERROGATORY NO. 6:** Please set out in as much detail as you can the facts and circumstances of the injuries which you allegedly sustained and which are the subject matter of this complaint, setting out in detail how you claim to have been injured as a result of the acts or omissions of each of the defendants in this action.

**RESPONSE:** The facts and circumstances of the injuries sustained by Plaintiff are sufficiently detailed in Plaintiff's Complaint and Rule 26 Disclosures. Defendant Fields forced Plaintiff to have oral sex and sexual intercourse with him at the Letcher County Courthouse, abusing his power and position of authority over Plaintiff.

**INTERROGATORY NO. 7**: Please state each and every fact upon which you rely in support of the allegations contained in Numerical Paragraph 20 of your Complaint which states that you were:

"Upon information and belief, in December 2021 certain persons at the Letcher County Courthouse were notified that Defendant Fields was having inappropriate communications and/or relations with Sabrina and

3

were provided text messages evidencing the inappropriate
communications and relations"

**RESPONSE:** Upon information and belief Stacey Yates disclosed to employees

working with the Letcher County Drug Court program that Deputy Sheriff Ben

Fields was sexually harassing females on pre-trial home incarceration in

approximately late December, 2021 and/or early January, 2022. Upon information

and belief Stacey Yates provided drug court program employees with inappropriate

text messages between Defendant Ben Fields and Sabrina Adkins. Prior to the filing

of this action Stacey Yates notified Plaintiff Sabrina Adkins that he made this

complaint to drug court program employees at the Letcher County Courthouse.

**INTERROGATORY NO. 8**: For each fact listed in the preceding interrogatory, please set forth in detail any knowledge as to what information exists to support these facts, by whom the information was provided, and when the information was provided.

**RESPONSE:** See Plaintiff's Response to Interrogatory No. 7.

**INTERROGATORY NO. 9**: Please state each and every fact upon which you rely in support of the allegations contained in Numerical Paragraph 87 of your complaint which states:

> "a complaint was made by a friend of Sabrina Adkins to persons working
> in the Letcher County Drug Court program about sexual harassment and
> abuse by Defendant Fields against Sabrina."

**RESPONSE:** See Plaintiff's Response to Interrogatory No. 7.

**INTERROGATORY NO. 10:** For each fact listed in the preceding interrogatory, please set forth in detail any knowledge as to what information exists to support these facts, by whom the information was provided, and when the information was provided.

**RESPONSE:** See Plaintiff's Response to Interrogatory No. 7.

4

**INTERROGATORY NO. 11**: Please state each and every fact upon which you rely in support of the allegations contained in Numerical Paragraph 90 of your complaint which states:

> "Upon information and belief Sheriff Stines knew or should have known about these allegations related to Sabrina on or before early December, 2021."

**RESPONSE: See Plaintiff's Response to Interrogatory No. 7.**

**Furthermore, complaints were made by Chris Triplett to the Letcher County Sheriff's Department in early December, 2021 about Ben Fields sexually harassing and abusing Jennifer Hill.**

**INTERROGATORY NO. 12**: For each fact listed in the preceding interrogatory, please set forth in detail any knowledge as to what information exists to support these facts, by whom the information was provided, and when the information was provided.

**RESPONSE: See Plaintiff's Response to Interrogatory No. 7 and 11.**

**INTERROGATORY NO. 13**: Please state each and every fact upon which you rely in support of the allegations contained in Numerical Paragraph 91 of your complaint which states that:

> "Upon information and belief these allegations were not appropriately investigated by Sheriff Stines."

**RESPONSE: Despite reports of sexual harassment and abuse in December, 2021 and January, 2022, no investigation was conducted and Defendant Fields continued to have the same job duties and position with the Letcher County Sheriff's Department until sometime after this lawsuit was filed. Mickey Stines also made statements to the Whitesburg Mountain Eagle indicating that the Sheriff's Department provided no oversight or training related to Defendant Fields's home incarceration responsibilities. Upon information and belief**

5

Defendant Stines worked as the home incarceration officer prior to Defendant Fields assuming this role.

**INTERROGATORY NO. 14**: For each fact listed in the preceding interrogatory, please set forth in detail any knowledge as to what information exists to support these facts, by whom the information was provided, and when the information was provided.

**RESPONSE: See Plaintiff's Response to Interrogatory No. 7, 11, and 13.**

**INTERROGATORY NO. 15**: Please state each and every fact upon which you rely in support of the allegations contained in Numerical Paragraph 133 of the complaint which states:

> "The Defendants Letcher County Sheriff and unknown supervisors of Defendant Fields (together the "Letcher County Sheriff's Department") knew or should have known that Defendant Fields was abusing his power and taking advantage of females on home incarceration under his control and supervision."

**RESPONSE: See Plaintiff's Response to Interrogatory No. 7, 11, and**

13.

**INTERROGATORY NO. 16**: For each fact listed in the preceding interrogatory, please set forth in detail any knowledge as to what information exists to support these facts, by whom the information was provided, and when the information was provided.

**RESPONSE: See Plaintiff's Response to Interrogatory No. 7, 11, and 13.**

**INTERROGATORY NO. 17**: Please state each and every occupation, job or position which the plaintiff has held from January 1, 2000, up to the present date, together with the name of your immediate supervisor or employer, the nature of the work performed in such job or occupation, and the length of time employed at such job or occupation.

**RESPONSE: From approximately 2000 until 2002 Plaintiff worked as a manager of the Subway in Pikeville, Kentucky. Her job duties included overseeing employees, scheduling, and maintaining daily operations of the restaurant. Janet**

Dameron was Plaintiff's immediate supervisor. From approximately 2002 until 2010 Plaintiff worked at Eastern Telephone & Technologies in Pikeville, Kentucky. She worked with accounts receivable and acted as a salesperson. Kim Daniels was Plaintiff's immediate supervisor. From approximately 2010 until 2013 Plaintiff worked at the Pike County Detention Center as a Corrections Officer. Her job duties included overseeing and supervising inmates who worked in the kitchen. Rodney Scott was Plaintiff's immediate supervisor. From approximately 2013 until 2014 Plaintiff worked as an associate in the Auto Care Center at Walmart in Pikeville, Kentucky. Plaintiff does not recall the name of her immediate supervisor. In 2014 Plaintiff worked for the Kentucky State Police for approximately 6 months. Her job duties included administrative tasks such as billing and filing reports of car crashes. Plaintiff does not recall the name of her immediate supervisor. For a period of approximately 3 months in 2014 Plaintiff worked for HLT Check Exchange in Pikeville, Kentucky. Plaintiff does not recall the name of her immediate supervisor. From approximately 2014 until 2017 Plaintiff worked as an assistant manager at Wendy's in Pikeville, Kentucky. Plaintiff does not recall the name of her immediate supervisor. From approximately 2019 until 2020 Plaintiff worked as a server at Pig in a Poke, a BBQ restaurant in Pikeville, Kentucky. Tammy and Brian Day were Plaintiff's immediate supervisors. In 2021 Plaintiff has worked sporadically at the Isom Vendor's Mall and Flea Market in Letcher County, Kentucky.

**INTERROGATORY NO. 18**: Has the plaintiff ever been convicted of a felony and, if so, please state the nature of the felony and the court where the conviction or guilty plea was obtained or made.

**RESPONSE: Plaintiff has been convicted of two felonies, both for possession of a controlled substance, in Pike County, Kentucky.**

**INTERROGATORY NO. 19**: Have you ever made a claim for Disability Social Security Benefits, SSI, worker's compensation, or other benefits and, if so, please state whether or not you are receiving such benefits, the nature of the benefits received and the date when such benefits began, together with the condition of the plaintiff upon which the receipt of such benefits is based.

**RESPONSE: Plaintiff filed a claim for Disabled Social Security Benefits in early 2022. The status of these benefits is unknown at this time.**

**INTERROGATORY NO. 20**: Please itemize each and every element of damages you are seeking as a part of this action, setting forth the specific amount of monies and other relief that you will seek at the trial of this action.

**RESPONSE: See Plaintiff's responses to Rule 26 disclosures. Plaintiff has not yet itemized damages and will supplement her response to this interrogatory at the appropriate time consistent with the Court's deadlines.**

**INTERROGATORY NO. 21**: Please list each lawsuit in which you have been a plaintiff or a defendant other than the present lawsuit, setting out the Court and County in which the lawsuit was filed, the action number assigned to said case and the outcome of said action.

Also, state if you have ever filed a bankruptcy action and, if so, state in your Answer, the name(s) said bankruptcy was filed in; the bankruptcy action number; where said bankruptcy action was filed and the outcome of said bankruptcy.

**RESPONSE:**

1. *Adkins v. Dye*; **Pike Co. Action No. 00-CI-01279; personal injury; Dismissed.**

8

2. *Adkins v. Adkins*, **Pike Circuit 04-CI-00827, Divorce Proceeding; Dissolution.**

3. *Adkins v. Adkins*, **Pike Circuit 10-CI-01654, Divorce Proceeding; Dissolution.**

4. **Portfolio Recovery Associates v. Adkins, Pike Circuit 14-CI-356; Contract; Default Judgment.**

5. **In March of 2022 Plaintiff filed for Chapter 7 bankruptcy in Pikeville, Kentucky. This action remains pending.**

**INTERROGATORY NO. 22**: Have you ever offered or exchanged sex for favorable treatment from a peace officer, or jail employee prior to or subsequent to meeting Ben Fields.

**RESPONSE: No.**

**INTERROGATORY NO. 23**: Have you ever made a claim of harassment or unwanted sexual advances against an employer, police officer, family member, boyfriend or jail employee?

If your answer is "yes" please provide the following information:

a.    Name of the accused harasser,

b.    Date of alleged conduct,

c.    Was a lawsuit filed,

d.    Did you receive any compensation, and

e.    Have you maintained any evidence or records of the event?

**RESPONSE: No.**

**INTERROGATORY NO. 24**: During the time you are alleging inappropriate conduct by Defendant Fields were you using any legally prescribed drugs, illegal drugs, or alcohol?

9

If you answer is "yes", please identify:

a. The drug,

b. Who prescribed,

c. Date prescribed,

d. Pharmacy that filled, and

e. Time period drug used.

**RESPONSE: Plaintiff objects to this Interrogatory as it is unlikely to lead to admissible evidence. The information which Defendant seeks to elicit via this Interrogatory is irrelevant to the allegations made by Plaintiff in this case.**

**Without waiving said objection, Plaintiff responds that during the time frame in question Plaintiff had drug addiction issues which are a matter of public record and resulted in criminal prosecutions. Plaintiff is currently on probation. Further information can be obtained from the investigative agencies.**

**INTERROGATORY NO 25**: Have you ever been treated for mental, emotional, or psychological conditions?

If your answer is "yes", please provide the following information:

a. Condition diagnosed,

b. When condition was diagnosed,

c. Name of physician or counselor who diagnosed,

d. List of medications prescribed, and

e. Hospital, clinic, or doctor's office where treated and address.

**RESPONSE: Yes. In approximately the summer of 2020 Plaintiff was in rehab at the Mountain Center for Recovery and Hope in Prestonsburg, Kentucky, and from there went to the Highlands Regional Hospital to treat mental and emotional conditions related to a number of stressors in Plaintiff's personal life. To the best of Plaintiff's recollection, she was diagnosed as PTSD and bipolar. To the best of Plaintiff's recollection she was prescribed Seroquel and Effexor. Plaintiff**

recalls being treated by a female physician or counselor but does not recall her name. Plaintiff cannot recollect any additional information responsive to this request.

Plaintiff just recently started outpatient therapy through Kentucky River Community Care, and her counselor's first name is Wendy. Plaintiff cannot recall her counselor's last name.

**INTERROGATORY NO 26**: Please provide a list of the jails or prisons in which you have been housed.

**RESPONSE: Plaintiff has been housed in the Pike County Jail, Letcher County Jail, and Warren County Regional Jail. At some point while she was housed in the Pike County Jail, Plaintiff was taken to another faculty, which she believes may have been the Franklin County Jail.**

**INTEROGARORY NO 27**: Please provide a list of probation, parole, home incarceration, or supervised release officers who have supervised you in the last ten (10) years.

**RESPONSE: Aside from Ben Fields, Plaintiffs was supervised by a parole officer while she was out on mandatory release supervision related to Plaintiff's Pike County charges. Plaintiff does not remember her name.**

## VERIFICATION

I state that I have read the foregoing interrogatories and the responses thereto, and that the responses are true and correct, to the best of my knowledge and belief.

_Sara Ads_

SABRINA ADKINS

STATE OF KENTUCKY)

COUNTY OF _Floyd_ )

11

Subscribed and sworn to before me by Sabrina Adkins on this the 13 day of August, 2022.

_Denise Dunley Potter_
NOTARY PUBLIC

My commission expires: 4-24-25

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1**: For each encounter you allege with defendant Fields please provide the following information:

    a.     Do you possess any video?

    b.     Do you possess any photos?

    c.     Do you possess any audio?

    d.     Do you possess any physical evidence such as clothing, documents, or letters?

    e.     Do you possess any DNA evidence?

    f.     The names of any witnesses to same.

If your answer is yes, please provide same for inspection or copying?

**ANSWER: See documents produced with Plaintiff's Rule 26 disclosures and the documents provided in response to Requests for Production of Documents from Defendant Stines. Plaintiff is not aware of any additional documents responsive to this Request at this time.**

**REQUEST NO. 2**: Please Produce any and all bills, expenses, and any and all other specials upon which the plaintiff intends to seek recovery in this action and which the plaintiff claims were incurred as a result of the actions of the defendants which is the subject matter of this action.

12

**ANSWER**: **Plaintiff does not have possession of such documents at present and will appropriately supplement her response to this request.**

**REQUEST NO. 3**: Each and every exhibit which you or your attorney intends to introduce as evidence at the trial of the above-captioned case.

**ANSWER**: **Plaintiff and her attorneys have not yet identified exhibits which they intend to introduce at trial.**

**REQUEST NO. 4**: Please provide a copy of any correspondence, messages, social media messages or other memorandum, notes, writings or videos in possession of the Plaintiff or possession of Plaintiff's counsel which support your claims. Please provide complete copies of any conversations, video or voice recordings, messages, social media messages or writings in full.

**ANSWER**: **See documents produced with Plaintiff's Rule 26 disclosures, and the documents provided herewith.**

**REQUEST NO. 5**: Please provide a copy of each and every document that you have in your possession that tend to support the allegations of your Complaint.

**ANSWER**: **See documents produced with Plaintiff's Rule 26 disclosures and the documents provided in response to Requests for Production of Documents from Defendant Stines. Plaintiff is not aware of any additional documents responsive to this Request at this time.**

**REQUEST NO. 6**: Please provide a copy in native format of any electronic media that you have in your possession, including but not limited to audio or video recordings, or electronic communications that tend to support the allegations of your complaint.

**ANSWER**: **See documents produced with Plaintiff's Rule 26 disclosures and the documents provided in response to Requests for Production of Documents from**

Defendant Stines. Plaintiff is not aware of any additional documents responsive to this Request at this time.

**REQUEST NO. 7**: Please produce a copy of your federal tax returns for the preceding three (3) years.

**ANSWER:** **The only documentation Plaintiff has at this time related to her federal tax returns for the preceding three (3) years was produced in response to Requests for Production of Documents from Defendant Stines.**

**REQUEST NO. 8**: Please provide a complete copy of any messages, text messages, social media messages, or other correspondence between you and Defendant Ben Fields.

**ANSWER:** **See documents produced with Plaintiff's Rule 26 disclosures and the documents provided in response to Requests for Production of Documents from Defendant Stines. Plaintiff is not aware of any additional documents responsive to this Request at this time.**

**REQUEST NO. 9**: Please provide a full and complete copy of all text messages referred to in your complaint between you and Defendant Ben Fields.

**ANSWER:** **See documents produced with Plaintiff's Rule 26 disclosures and the documents provided in response to Requests for Production of Documents from Defendant Stines. Plaintiff is not aware of any additional documents responsive to this Request at this time.**

**REQUEST NO. 10**: Please execute and return the attached authorizations for release of information.

**ANSWER: See executed forms enclosed herewith.**

**REQUEST NO. 11**: Please provide your pharmacy records for the last ten (10) years.

<u>ANSWER</u>: **Plaintiff possesses no records responsive to this Request.**

<u>REQUEST NO. 12</u>: Please provide your medical records for the last ten (10) years.

<u>ANSWER</u>: **Plaintiff objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible discovery. Without waiving said objection, records responsive to this request are produced herewith.**

<u>REQUEST NO. 13</u>: Please provide your psych records for the last ten (10) years.

<u>ANSWER</u>: **Plaintiff objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible discovery. Without waiving said objection, records responsive to this request are produced herewith.**

Respectfully submitted,

/s/ Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER
**CHILDERS & BAXTER PLLC**
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com

NED PILLERSDORF
TANNER HESTERBURG
**PILLERSDORF LAW OFFICES**
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR PLAINTIFFS
SABRINA ADKINS AND JENNIFER
HILL

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing has been served by electronic transmission upon the following parties:

Jonathan Shaw Esq.
327 Main Street
P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
jshaw@psbb-law.com

Jason E. Williams Esq.
Williams and Towe Law Group
303 S. Main Street
London, Kentucky 40743
jason@wftlaw.com

on this the _____ day of August, 2022.

/s/ Bethany N. Baxter
BETHANY N. BAXTER

16



8:54 .ıll LTE 🔋

< 🚗 **Ben Fields** 📞 📹

🚗 Sorry been out of service for a while got one arrested

U gonna come by check my bracelet



⬆️

I want to show u my favorite color

🔘 **Audio Call**
Tap to call again

🚗 I'm trying my damnest



JUN 22 10:34 PM

56 days left until permanently deleted

Lol if not can I have a couple

⬆️ ☒ Delete ⫶ ↻ Restore 🗑



EXHIBIT
Defendants
Ex 6

 **Ben Fields**  

 Is that so

Wet

Listen I e have to work something out so I can enjoy my
Life some tan sex floating water



Damn sorry

Accidentally hit the wrong button llmao

Listen ays get what I want remem hat

       Aa     

PLAINTIFFS_000073



**Ben Fields**

Damn sorry

Accidentally hit the wrong button llmao

Listen u always get what I want remember that

Lol damn I like that button

Absolutely

But I am going to get it approved for u to see ur son tomorrow what time do u need to leave the house

See this is my real side IM a beautiful woman who Likes to fuck

I would agree with both those statements lol

1 maybe 10 till I wished y would come watch him
Takes me forever to get him out of the house

I don't see nothing wrong with it

30 days left until permanently deleted

Do u

⊗ Delete      ⟲ Restore

PLAINTIFFS_000074



9:53

LTE

B

Ben

Text Message
Fri, Dec 17, 3:20 PM

R u at dales

I take that as yes

No im at the high school

Sheriff car is at his apt with ksp

I hope he is still not hollering I
robbed him

I was actually being in fb his stuff
he brought over to my place his
coffee pot md pillow. He has
notched about

Will u let me know

Its not they are looking for
someone

Oh

Lord

Not Delivered

I'm going home never coming back
out

Text Message

Pay

PLAINTIFFS_000075



9:54           LTE

**B**

Ben

Not Delivered

I'm going home never coming back out

Read

Tue, Jan 11, 12:50 PM

Hey

Hey whatcha doing

Not good today

Whats going on

Stacy beat the shit out of me again cause I caught him cheating . I found and was just goingtjonleave but he got in my phone and seen I had the pics to prove it and flipped out

I'm so hurt but so thankful

I have prayerd really hard about this

Ans hid in heaven knows I've been trying grit do right and I now know it's not my fault I'm
Not this bad person he made me believe o was

Text Message

PLAINTIFFS_000076



**9:54**

**B**
Ben

Tue, Jan 11, 2:50 PM

Can u talk

Tue, Jan 11, 4:40 PM

Hey

Hey

Can u call

Tue, Jan 11, 6:38 PM

Wont be be in trouble for being. A round a convicted felon

Tue, Jan 11, 8:14 PM

Hey

Hey sorry I missed ur call im in a meeting at the moment u ok

Yeah I'm home at 5412 Zebulon Hwy Pikeville

My y truck broke down so is it ok to mee tomorrow evening

Yes

Text Message

PLAINTIFFS_000077



No laying around i truck broke fake wax gonna add ic hd was k

Sorry

Wed, Jan 12, 1:03 PM

Hry

Hey

Wrud

Court stuff what about u

Going to head that way. So I can see what I can do where he hit me

Ok

But I will let u know

Who do I see about that cause I'm gonna call them

Co attorneys office

Ok

They hate me

What about my ty and my big

Text Message



9:55 ⏎    .oll LTE ▭

**B**

Ben >

They hate me

What about my tv and my big
entermanu t center

How do I get that stuff do I say u
already serves me

My social security card my office . . I
meant do I say u already served me

U can tell them that ur on house
arrest and that u are coming to
check in with me today to be
served with it

And u probly can't do anything
about ur stuff until it comes to
court

Really

Unfortunately yes

Listen I don't k kw about bringing
G this car over ther

Ok ill call u shortly

Please

📷   Ⓐ   ( Text Message    ⬆ )

🟎   Ⓐ   🍎Pay   🖼   ◎   😀   🌐

PLAINTIFFS_000079



Listen I don't k kw about bringing G this car over ther

Ok ill call u shortly

Please

Wed, Jan 12, 4:50 PM

All me ba k

I will

K

Wed, Jan 12, 6:27 PM

Hey

Wed, Jan 12, 7:30 PM

Hey

Hey

Thu, Jan 13, 1:49 AM

I need u to call me in the morning when u head this way

Thu, Jan 13, 10:33 AM

Text Message



9:56

**B**
Ben

Thu, Jan 13, 10:33 AM

He

Hey

Fri, Jan 14, 8:53 AM

Hry

Fri, Jan 14, 5:47 PM

Hey

U need to call me

I lost service

Sun, Jan 16, 6:41 PM

Hey

Mon, Jan 17, 1:09 PM

Hey

Mon, Jan 17, 3:08 PM

Hey ill call u back in just a lil bit

Ok  Kurt house is closed

Text Message

PLAINTIFFS_000081



9:56          LTE

**B**

Ben ›

Hey ill call u back in just a lil bit

> Ok  Kurt house is closed

> Keith hall said I didn't have a warrant Ben what is going on

Mon, Jan 17, 5:33 PM

> Hey

Mon, Jan 17, 7:09 PM

> Why didn't u call me back

Tue, Jan 18, 9:35 AM

> Hey

Tue, Jan 18, 2:45 PM

> Hey I'm in town was gonna see if I need to come see u or the judge see what is going on pike county said I have no warrants please Ben talk to me

> My bracelet is on I'm not trying to run been at the dr all day I have pneumonia

Tue, Jan 18, 2:52 PM

Text Message

Pay

**Ben Fields**

**Sabrina Adkins**

Hey

Sep 15, 2021 12:56:54pm

**Sabrina Adkins**

Ben missed your call.

Sep 14, 2021 4:31:20pm

**Sabrina Adkins**

Hey

Sep 14, 2021 12:50:25pm

**Sabrina Adkins**

Hey

Sep 12, 2021 4:17:17pm

**Sabrina Adkins**

Hey

Sep 07, 2021 3:49:44pm

**Sabrina Adkins**

U must be busy

Sep 07, 2021 12:04:11am

**Sabrina Adkins**



Sep 06, 2021 11:27:34pm

EXHIBIT
Defendants
Ex 7

My. Me

Sep 06, 2021 11:27:11pm

**Sabrina Adkins**

How late u working

Sep 06, 2021 10:56:31pm

**Sabrina Adkins**

Ok I'm coming from hazard to Isom

Sep 06, 2021 10:56:20pm

**Ben Fields**

Stay out of whites urg

Sep 06, 2021 10:40:56pm

**Sabrina Adkins**

Where at

Sep 06, 2021 10:28:32pm

**Sabrina Adkins**

Lord lord

Sep 06, 2021 10:28:29pm

**Sabrina Adkins**

When u ok g to get our

Sep 06, 2021 10:25:39pm

**Sabrina Adkins**

Well

Sep 06, 2021 10:25:23pm

Working road checks

Sep 06, 2021 10:03:59pm

**Sabrina Adkins**

Wrud

Sep 06, 2021 9:58:41pm

**Ben Fields**

Hey

Sep 06, 2021 9:48:37pm

**Sabrina Adkins**

Hello

Sep 06, 2021 9:29:33pm

**Sabrina Adkins**

Hey u

Sep 06, 2021 6:57:23pm

**Sabrina Adkins**

Whitesmith then Hazard

Sep 04, 2021 7:29:29pm

**Sabrina Adkins**

I just saw this

Sep 04, 2021 7:29:17pm

**Ben Fields**

Where u going to be later ?

Sep 04, 2021 3:32:20pm

When can u meet me
Sep 04, 2021 3:32:03pm

**Sabrina Adkins**

I know when can u meet me
Sep 04, 2021 3:30:39pm

**Ben Fields**

Get ur car fixed or u will be stuck
Sep 04, 2021 3:28:53pm

**Sabrina Adkins**

U look so good and I want u so bad but I have to hurry for him to look at my car
Sep 04, 2021 3:21:02pm

**Sabrina Adkins**

Be right there getting cigarette and gas that place was too crowded in hazard
Sep 04, 2021 3:05:42pm

**Ben Fields**

Courthouse
Sep 04, 2021 3:04:30pm

**Sabrina Adkins**

Wru
Sep 04, 2021 3:02:37pm

**Sabrina Adkins**

I think heater core
Sep 04, 2021 3:01:10pm

Whats wrong with it

Sep 04, 2021 2:56:31pm

**Ben Fields**

Thats not good

Sep 04, 2021 2:55:13pm

**Sabrina Adkins**

No something wrong with my car

Sep 04, 2021 2:54:33pm

**Ben Fields**

Ok lol just wondering i was going to meet u in isom if u was going back to hazard

Sep 04, 2021 2:53:59pm

**Sabrina Adkins**

Ison

Sep 04, 2021 2:53:41pm

**Sabrina Adkins**

I'm coming thru uson

Sep 04, 2021 2:53:36pm

**Sabrina Adkins**

Why

Sep 04, 2021 2:53:11pm

**Sabrina Adkins**

Back to Lexington tomorrow

Sep 04, 2021 2:53:01pm

Pikevilke drop some stuff off then hazard

Sep 04, 2021 2:52:37pm

**Ben Fields**

Where u heading after u leave whitesburg back to hazard ?

Sep 04, 2021 2:49:47pm

**Sabrina Adkins**

Lol

Sep 04, 2021 2:38:51pm

**Sabrina Adkins**

Always late

Sep 04, 2021 2:37:46pm

**Ben Fields**

Ok

Sep 04, 2021 2:28:21pm

**Sabrina Adkins**

I'm leaving hazard now

Sep 04, 2021 2:16:42pm

**Sabrina Adkins**

Rory wait till u see this phone

Sep 04, 2021 1:15:35pm

**Sabrina Adkins**

Ok

Sep 04, 2021 1:15:25pm

Please

Sep 04, 2021 1:15:22pm

**Ben Fields**

I will be in whitesburg about 230 or 245

Sep 04, 2021 1:14:21pm

**Sabrina Adkins**

I'm almost ready

Sep 04, 2021 1:14:04pm

**Sabrina Adkins**

Hazard but coming that way

Sep 04, 2021 1:13:50pm

**Ben Fields**

Where u at

Sep 04, 2021 1:13:25pm

**Sabrina Adkins**

U want to meet and get this

Sep 04, 2021 1:12:15pm

**Ben Fields**

Hey

Sep 04, 2021 1:11:57pm

**Sabrina Adkins**

Hey

Sep 04, 2021 1:11:39pm



Hey

Sep 03, 2021 11:26:09pm

**Sabrina Adkins**

Hey

Sep 03, 2021 7:09:53pm

**Sabrina Adkins**

I slept all day

Sep 03, 2021 3:57:17pm

**Sabrina Adkins**

Hey
♥Sabrina Adkins

Sep 03, 2021 2:22:09pm

**Ben Fields**

Hey

Sep 03, 2021 10:26:37am

**Sabrina Adkins**

I promise I will do one or other I hate driving up there at night but I just got to Isom..but I don't like not getting to see u

Sep 02, 2021 9:42:21pm

**Sabrina Adkins**



Sep 02, 2021 9:39:34pm

**Ben Fields**

If u come through whitesburg this tonight just cut that box off and behind the court house is a large trailer with a large a on it that runs all the time just lay it on that trailer somewhere and I will find it in the morning if not please take care of i can get it back

PLAINTIFFS_000013

**Sabrina Adkins**

But I will meet u anytime

Sep 02, 2021 9:28:52pm

**Sabrina Adkins**

My phone is almost gone

Sep 02, 2021 9:28:44pm

**Sabrina Adkins**

I got safe but yeah whenever u want me to be I'm in award

Sep 02, 2021 7:54:11pm

**Ben Fields**

Are u going to be in whitesburg any

Sep 02, 2021 7:30:26pm

**Ben Fields**

Lol no I need my box back

Sep 02, 2021 7:26:28pm

**Sabrina Adkins**

R u going to kill me

Sep 02, 2021 7:24:35pm

**Sabrina Adkins**

Yeah why

Sep 02, 2021 7:24:14pm

**Ben Fields**

Do u happen to have a pair if scissors

PLAINTIFFS_000014



**Ben Fields**

Lol that would be nice but I just need to rest it

Sep 02, 2021 7:19:08pm

**Sabrina Adkins**

I'm sorry want me to rub it

Sep 02, 2021 7:18:23pm

**Sabrina Adkins**

No I didn't know

Sep 02, 2021 7:18:16pm

**Ben Fields**

Just got home my neck has been bothering me today gave me a head ache did I tell u I have whiplash from being T b last Friday lol

Sep 02, 2021 7:17:58pm

**Sabrina Adkins**

Wrud

Sep 02, 2021 7:15:38pm

**Ben Fields**

Hey

Sep 02, 2021 7:15:32pm

**Sabrina Adkins**

Hey

Sep 02, 2021 7:15:18pm

**Sabrina Adkins**

Yes I'm in hazard done been to see lawyer well tried and now at unemployment five



**Ben Fields**

U done in court

Sep 02, 2021 1:20:18pm

**Sabrina Adkins**

Can we take this off

Sep 02, 2021 1:20:06pm

**Sabrina Adkins**

Wru

Sep 02, 2021 12:48:39pm

**Sabrina Adkins**

It will be a good one

Sep 02, 2021 12:19:20pm

**Sabrina Adkins**

And the good news is if my ex husband gets convicted of murder he has signed off to let me write a book

Sep 02, 2021 12:10:31pm

**Ben Fields**

Lol i would say so

Sep 02, 2021 12:09:44pm

**Sabrina Adkins**

If i wrote a book about my life no one would believe it

Sep 02, 2021 12:09:21pm

**Sabrina Adkins**

Right

Sep 02, 2021 12:08:33pm

PLAINTIFFS_000016

I have no idea

Sep 02, 2021 12:04:20pm

**Sabrina Adkins**

Tell me how is that real

Sep 02, 2021 12:04:04pm

**Sabrina Adkins**

Over at commonwealth attorney office and my attorney or the commonwealth attorney showed up

Sep 02, 2021 12:03:24pm

**Sabrina Adkins**

I wasn't even suppose to be in court

Sep 02, 2021 12:02:57pm

**Ben Fields**

U done in court

Sep 02, 2021 11:57:47am

**Ben Fields**

Hey

Sep 02, 2021 11:57:43am

**Sabrina Adkins**

Hey

Sep 02, 2021 11:55:53am

**Sabrina Adkins**

I'm sick of court

Sep 02, 2021 10:14:28am

Yep down here in court

Sep 02, 2021 10:14:05am

**Sabrina Adkins**

U downstairs

Sep 02, 2021 10:13:51am

**Sabrina Adkins**

Yeah I was afraid they wasn't going thru .. and omg they r so slow today up here .. I got to run take shower got appt at at 1 over my unemployment.. then hopefully get to see u later lol

Sep 02, 2021 10:11:50am

**Ben Fields**

Yes just seen it have u made it

Sep 02, 2021 10:09:43am

**Sabrina Adkins**

Text

Sep 02, 2021 10:09:23am

**Sabrina Adkins**

Did U get my ur y

Sep 02, 2021 10:09:09am

**Ben Fields**

Yes

Sep 02, 2021 10:08:55am

**Sabrina Adkins**

U hey

Sep 02, 2021 10:07:58am

Lol no ur good to come on in when u get here

Sep 01, 2021 7:13:09pm

**Sabrina Adkins**

I'm getting g. Something to drink then be right here

Sep 01, 2021 7:13:03pm

**Sabrina Adkins**

Ok r u arresting me

Sep 01, 2021 7:12:45pm

**Sabrina Adkins**

Ok

Sep 01, 2021 7:12:34pm

**Ben Fields**

Stay in ur vehicle until I tell u to the judge is still around

Sep 01, 2021 6:36:19pm

**Ben Fields**

When u get here let me know and I will let u know what door to come in

Sep 01, 2021 6:22:38pm

**Sabrina Adkins**

And in coning to collect lol

Sep 01, 2021 6:16:48pm

**Sabrina Adkins**

I feel like u owe me

Sep 01, 2021 6:15:47pm

Lol u do still owe me

Sep 01, 2021 6:04:46pm

**Ben Fields**

*This message was unsent*

Sep 01, 2021 6:04:31pm

**Sabrina Adkins**

I feel like if ur gonna put a collar on me we have to make it a good time

Sep 01, 2021 5:56:17pm

**Sabrina Adkins**

I was hoping something extra would come with it

Sep 01, 2021 5:56:17pm

**Ben Fields**

Lol

Sep 01, 2021 5:52:28pm

**Ben Fields**

For ur new collar that is

Sep 01, 2021 5:52:24pm

**Ben Fields**

Better be ready

Sep 01, 2021 5:51:51pm

**Sabrina Adkins**

U

Sep 01, 2021 5:43:02pm

I can't wait to see in

Sep 01, 2021 5:43:00pm

**Ben Fields**

Ok sounds good becareful

Sep 01, 2021 5:42:42pm

**Sabrina Adkins**

Should be there in next hour but I will message when I get closer

Sep 01, 2021 5:42:33pm

**Ben Fields**

Ok how far out are u

Sep 01, 2021 5:42:31pm

**Sabrina Adkins**

I'm On my way!

Sep 01, 2021 5:42:19pm

**Ben Fields**

That just means u have feelings that u have to work thru be sure to msg me when ur on ur way

Sep 01, 2021 5:07:14pm

**Sabrina Adkins**

Then I felt like a sorry piece of shit I couldn't walk in funeral home when my oldest nephew died I hadn't been there sir brother died

Sep 01, 2021 4:51:42pm

**Sabrina Adkins**

Ben I literally have no family

Sep 01, 2021 4:49:49pm



More so then u know

Sep 01, 2021 4:48:40pm

**Ben Fields**

Wow thats crazy

Sep 01, 2021 4:09:19pm

**Sabrina Adkins**

They couldn't even afford to bury him

Sep 01, 2021 1:47:09pm

**Sabrina Adkins**

And I knew u didn't want me in Letcher so I tried to stay away trying to get my head back straight it's been tough

Sep 01, 2021 1:46:49pm

**Sabrina Adkins**

Well after my nephew I had a hard time one of my other nephews killed his self and I was lost stayed with a friend in Lexington who use to be my best friend and her girlfriend.. she is so out there from meth it's crazy .. exposed to COVII listening g to Stacy's crazy ass .. drowning in self pity but doing better actually my 10 days was up yesterday and was thinking of calling them again but glad u reminded e about court .. I messaged u several times I didn't answer so I didn what to think

Sep 01, 2021 1:46:24pm

**Ben Fields**

Ur the one who disappeared lol

Sep 01, 2021 1:42:14pm

**Sabrina Adkins**

I swere it's good to hear from u

Sep 01, 2021 1:40:55pm

**Sabrina Adkins**

Have u missed me

**Ben Fields**

Lol yep for court

Sep 01, 2021 1:38:30pm

**Sabrina Adkins**

U have to put me back on my dog collar

Sep 01, 2021 1:35:17pm

**Sabrina Adkins**

Sorry

Sep 01, 2021 1:35:03pm

**Sabrina Adkins**

Ben missed your video chat.

Sep 01, 2021 1:35:00pm

**Sabrina Adkins**

Talking to u especially

Sep 01, 2021 1:33:18pm

**Sabrina Adkins**

I've been worried sick ., I really have missed u

Sep 01, 2021 1:33:11pm

**Ben Fields**

Lol no I promise

Sep 01, 2021 1:21:41pm

**Sabrina Adkins**

Am I in trouble

**Sabrina Adkins**

This evening is that ok 6 or 7

Sep 01, 2021 1:00:17pm

**Ben Fields**

What time do u think u would be here

Sep 01, 2021 12:50:18pm

**Ben Fields**

I need u to

Sep 01, 2021 12:50:07pm

**Sabrina Adkins**

Do u need or want me to come see u tonight lol

Sep 01, 2021 12:11:45pm

**Sabrina Adkins**

Oh ok I thought so but wasn't sure so where they put I had baggies and containers of meth they have to prove it or rat produce that stuff right

Sep 01, 2021 11:58:33am

**Ben Fields**

Lol oh a discovery hearing is where the commonwealth attorney has to provide all evidence they have against u to u a attorney

Sep 01, 2021 11:57:34am

**Sabrina Adkins**

And what is a discovery

Sep 01, 2021 11:56:24am

**Sabrina Adkins**

**Sabrina Adkins**

I'm talking about u cause u wouldn't text me back

Sep 01, 2021 11:54:19am

**Ben Fields**

What happened

Sep 01, 2021 11:54:01am

**Ben Fields**

I'm sorry to hear that

Sep 01, 2021 11:53:56am

**Sabrina Adkins**

My feelings have been hurt.. I even ent I lost my best friend

Sep 01, 2021 11:53:08am

**Ben Fields**

Lol no im not mad

Sep 01, 2021 11:49:58am

**Sabrina Adkins**

U

Sep 01, 2021 11:49:53am

**Sabrina Adkins**

Bill called the other day I asked about I

Sep 01, 2021 11:49:49am

**Sabrina Adkins**

Sucks



**Sabrina Adkins**

Between my phone and switching to that ebb or whatever to get it free .. my service lckes

Sep 01, 2021 11:49:31am

**Sabrina Adkins**

Hadn't planned on it but I can be .I have t got one message from u . Hell I thought u was mad or something..

Sep 01, 2021 11:47:40am

**Ben Fields**

Never got any txt ive actually tried texting u a couple times ur court is in circuit tomorrow and its all in person so are u g to be in whitesburg this evening?

Sep 01, 2021 11:41:33am

**Sabrina Adkins**

I texted u

Sep 01, 2021 11:29:13am

**Sabrina Adkins**

No but my phone quit working I bought another one and it about half works

Sep 01, 2021 11:28:41am

**Ben Fields**

I havnt had no calls from u did u get another number ?

Sep 01, 2021 11:27:38am

**Sabrina Adkins**

Yes at 9 am .. why haven't u answered e

Sep 01, 2021 11:26:28am

**Ben Fields**

Do u have court tomorrow ?

**Sabrina Adkins**

Hey u

Sep 01, 2021 11:19:46am

**Ben Fields**

Hey

Sep 01, 2021 10:49:02am

**Ben Fields**

Got it

Aug 19, 2021 8:47:32pm

**Sabrina Adkins**

You sent an attachment.
https://www.facebook.com/rerogersfh/posts/4021056658005772

Aug 19, 2021 7:00:27pm

**Sabrina Adkins**



Jun 29, 2021 1:14:01pm

**Sabrina Adkins**

I'm gone

Jun 26, 2021 11:14:47pm

**Sabrina Adkins**





Jun 26, 2021 6:27:41pm

**Sabrina Adkins**

PLAINTIFFS_000027

Jun 26, 2021 6:27:11pm

**Sabrina Adkins**

Can u call me and explain about work release

Jun 24, 2021 8:23:26pm

**Sabrina Adkins**

I'm leaving mayking

Jun 23, 2021 10:04:11pm

**Sabrina Adkins**

I'm still mad at u

Jun 23, 2021 9:13:15am

**Sabrina Adkins**

Well guess ur not interested so I will leave u alone

Jun 22, 2021 11:31:25pm

**Sabrina Adkins**

Lol
♥Sabrina Adkins

Jun 22, 2021 10:35:24pm

**Sabrina Adkins**

Lol if not can I have a couple hours pass

Jun 22, 2021 10:34:52pm

**Ben Fields**

I'm trying my damnest

Jun 22, 2021 9:52:16pm

Ben missed your call.
Jun 22, 2021 9:37:33pm

**Sabrina Adkins**

I want to show u my favorite color
Jun 22, 2021 9:19:54pm

**Sabrina Adkins**



Jun 22, 2021 9:18:32pm

**Sabrina Adkins**

U gonna come by check my bracelet
Jun 22, 2021 9:17:33pm

**Ben Fields**

Sorry been out of service for a while got one arrested
Jun 22, 2021 9:16:51pm

**Sabrina Adkins**

Don't make me have to get u over here I'm a hurry
Jun 22, 2021 8:44:04pm

**Sabrina Adkins**

Hey
Jun 22, 2021 8:43:41pm

**Sabrina Adkins**

Ben missed your call.
Jun 22, 2021 7:59:04pm

Wow nothing

Jun 22, 2021 7:56:36pm

**Sabrina Adkins**

Jun 22, 2021 7:52:37pm

**Sabrina Adkins**

He is getting ready to leave

Jun 22, 2021 7:24:37pm

**Ben Fields**

Lol I am

Jun 22, 2021 7:17:30pm

**Sabrina Adkins**

U better hurry fan. If u only knees

Jun 22, 2021 7:14:11pm

**Ben Fields**

I'm stuck at the hospital with one as soon as I get freed up from here ill call u

Jun 22, 2021 7:12:26pm

**Sabrina Adkins**

I'm so mad at u

Jun 22, 2021 7:10:44pm

**Ben Fields**

Hey

Jun 22, 2021 7:10:24pm

I don't like being ignored

Jun 22, 2021 6:42:43pm

**Sabrina Adkins**

Hey I'm home gonna jump in shower real quick I got a great razor

Jun 22, 2021 6:02:09pm

**Sabrina Adkins**

Hey

Jun 22, 2021 1:26:37pm

**Ben Fields**

Hey

Jun 22, 2021 1:16:32pm

**Sabrina Adkins**

Hey

Jun 22, 2021 12:38:30pm

**Sabrina Adkins**

Hey

Jun 22, 2021 11:19:35am

**Sabrina Adkins**

Hello

Jun 21, 2021 11:22:13pm

**Sabrina Adkins**

Dyestersay it keeps doing it

Jun 21, 2021 10:54:59pm



Thats weird when did u charge last

Jun 21, 2021 9:44:05pm

**Sabrina Adkins**

I haven't left the house I
Was in. Bathroom

Jun 21, 2021 9:41:09pm

**Ben Fields**

Thats what happens when u get out if range when we don't have a 24 hour notice patty might call u if she does tell her
to get some drinking water

Jun 21, 2021 9:40:40pm

**Sabrina Adkins**

On my bracket it's first time it's ever done this

Jun 21, 2021 9:37:56pm

**Sabrina Adkins**

Are u buzzing me

Jun 21, 2021 9:37:38pm

**Sabrina Adkins**

Ur bracket is coming iff tomorrow I was told

Jun 21, 2021 9:19:53pm

**Sabrina Adkins**

And a challenge

Jun 21, 2021 9:19:15pm

**Sabrina Adkins**

Lol u just don't know u peak my interest is fucken much

Jun 21, 2021 9:19:11pm

PLAINTIFFS_000032

Lol I can tell

Jun 21, 2021 9:17:40pm

**Sabrina Adkins**

K

Jun 21, 2021 9:17:29pm

**Sabrina Adkins**

I told u I always get what I want

Jun 21, 2021 9:17:26pm

**Ben Fields**

Ok have a good night ill talk at u tomorrow

Jun 21, 2021 9:17:14pm

**Sabrina Adkins**

Do u think I wouldn't

Jun 21, 2021 9:17:05pm

**Sabrina Adkins**

I sure will

Jun 21, 2021 9:16:45pm

**Ben Fields**

Give me a call tomorrow before u leave out

Jun 21, 2021 9:16:31pm

**Sabrina Adkins**

Hell yeah going night I'm goin g to call check in my son and his dad and call it a night

Jun 21, 2021 9:16:00pm



Yes I am Inefore I
Get to my sons and I will shower again and use them listen ur going hot have to go get my bras I always have matchin
and pantries and he mismatched everyone

Jun 21, 2021 9:15:27pm

**Ben Fields**

Well I will talk to u about everything tomorrow in depth

Jun 21, 2021 9:15:26pm

**Sabrina Adkins**

Hope ur up to a good time

Jun 21, 2021 9:14:14pm

**Ben Fields**

Better go get those razors lol

Jun 21, 2021 9:14:11pm

**Sabrina Adkins**

Good

Jun 21, 2021 9:13:35pm

**Ben Fields**

Lol don't have to be sorry

Jun 21, 2021 9:13:07pm

**Sabrina Adkins**

Which gets me in trouble

Jun 21, 2021 9:12:53pm

**Sabrina Adkins**

Told u I'm honest

Jun 21, 2021 9:12:45pm

PLAINTIFFS_000034

Omg sorry

Jun 21, 2021 9:12:34pm

**Ben Fields**

Wow

Jun 21, 2021 9:12:03pm

**Sabrina Adkins**

I k wo and that is so hot my pussy is
Dripping

Jun 21, 2021 9:10:19pm

**Sabrina Adkins**

I'm goin to jail for
Molesting u tomorrow I don't know bring a
Tie

Jun 21, 2021 9:10:06pm

**Ben Fields**

Lol ok I will, and just remember im always watching

Jun 21, 2021 9:09:43pm

**Sabrina Adkins**

Lord I'm sorry

Jun 21, 2021 9:09:18pm

**Sabrina Adkins**

I'm submissive

Jun 21, 2021 9:09:05pm

**Sabrina Adkins**

Jun 21, 2021 9:08:30pm

**Sabrina Adkins**

But I'm
Sending g him away tell him I have class

Jun 21, 2021 9:07:07pm

**Sabrina Adkins**

Ok yeah sounds good

Jun 21, 2021 9:06:51pm

**Ben Fields**

I will be in court most of the day but if u wanted to come by on ur way back from pikeville I should be free for a while

Jun 21, 2021 9:06:21pm

**Sabrina Adkins**

Lmaoq

Jun 21, 2021 9:06:15pm

**Sabrina Adkins**

To fix me

Jun 21, 2021 9:06:11pm

**Sabrina Adkins**

So u tell me how
Much time is it going to take u

Jun 21, 2021 9:05:49pm

**Sabrina Adkins**

I have to be at Mtn Comp at 2

Jun 21, 2021 9:05:27pm

I better leave around 11 in case ur busy or it takes a min with u

Jun 21, 2021 9:04:52pm

**Sabrina Adkins**

I will how long will u need with me tomorrow

Jun 21, 2021 9:04:21pm

**Ben Fields**

Well good thing I like secrets.. let me know when u leave to go to the dollar store

Jun 21, 2021 9:03:39pm

**Sabrina Adkins**

Why do u think ever ex tried tol kill me they called me golden pussy

Jun 21, 2021 9:02:17pm

**Sabrina Adkins**

I don't give all my secrets away

Jun 21, 2021 9:01:39pm

**Sabrina Adkins**

U I do what I believe I will be like u make u wonder

Jun 21, 2021 9:01:22pm

**Sabrina Adkins**

I will try this
Phone is crazy

Jun 21, 2021 8:58:50pm

**Sabrina Adkins**

Ok I
Won't

Jun 21, 2021 8:58:39pm

PLAINTIFFS_000037

U want me to do goo
Then u may need
Little gifts show me I'm good but u like to be bad

Jun 21, 2021 8:58:31pm

**Ben Fields**

Lol well u better get dressed and don't press no more wrong buttons

Jun 21, 2021 8:58:21pm

**Sabrina Adkins**

Let me ask goody tuna I will
Text I standing
Here naked
Trying to be good

Jun 21, 2021 8:57:28pm

**Sabrina Adkins**

I swere fake
I would
Go
Driving and go
To
Water

Jun 21, 2021 8:57:02pm

**Ben Fields**

Just make it quick what time u leaving now?

Jun 21, 2021 8:56:40pm

**Sabrina Adkins**

Hell that's all I'm going to
Get apparently

Jun 21, 2021 8:56:21pm

**Sabrina Adkins**

Makes me feel like rewarded
For trying

Jun 21, 2021 8:56:00pm

**Sabrina Adkins**

Thank u listen I was in ja for
Almost ammo th

Jun 21, 2021 8:55:33pm

**Sabrina Adkins**

But u

Jun 21, 2021 8:55:18pm

**Sabrina Adkins**

Listen I would change my
Life it's had ups and downs but thank God right next w I'm prevailing and don't care
And don't care what anyone thinks

Jun 21, 2021 8:55:15pm

**Ben Fields**

I'll give u 20 mins

Jun 21, 2021 8:54:50pm

**Sabrina Adkins**

I swere he is
As
Needy as I
Am

Jun 21, 2021 8:54:07pm

**Sabrina Adkins**

He sits In car and texts women

Jun 21, 2021 8:53:48pm

**Sabrina Adkins**



Jun 21, 2021 8:53:18pm

**Sabrina Adkins**

Take 5 min I will get dale to go when I go to mud oms

Jun 21, 2021 8:52:32pm

**Sabrina Adkins**

That's the advantages of being clean taking care of ur lard

Jun 21, 2021 8:52:09pm

**Sabrina Adkins**

And so sore can I run in dollar store get me a good razor few things so I feel like a woman again

Jun 21, 2021 8:51:44pm

**Ben Fields**

Thats y my ears are burning

Jun 21, 2021 8:51:17pm

**Sabrina Adkins**

I have been cussing u my ankle is so soirée

Jun 21, 2021 8:50:45pm

**Ben Fields**

And im sorry to hear about the stuff u went thru but u have to be strong and push on no matter what

Jun 21, 2021 8:47:38pm

**Ben Fields**

Lol I dont think I will hate u but I might be able to fix u up we will have to see

Jun 21, 2021 8:46:08pm

**Sabrina Adkins**

Hate me by the time
This is over I whine over
Everything I swere

Jun 21, 2021 8:44:47pm

**Sabrina Adkins**

Can't u out it in
My arm
I have tiny legs Thais thing weighs 190 pundit

Jun 21, 2021 8:43:59pm

**Sabrina Adkins**

So only pain during sex

Jun 21, 2021 8:43:01pm

**Sabrina Adkins**

Good ..
No o r will ever know he'll I went thru

Jun 21, 2021 8:42:46pm

**Sabrina Adkins**

Listen I only enjoy
Pain during ex
Does not bother me but I'm very sensitive with other parts that is why i didn't like to shoot g
Dope reminds me of my marriage to
Enos

Jun 21, 2021 8:42:10pm

**Ben Fields**

And I will have u stop by the court house to check it out and might be able to make it better

Jun 21, 2021 8:41:14pm

**Sabrina Adkins**

Absolutely

Jun 21, 2021 8:40:55pm

I will see what I can do with ur bracelet tomorrow, when u go to leave pikeville give me a call

Jun 21, 2021 8:40:42pm

**Sabrina Adkins**

I
Just now comfortable enough today that to
Anyone

Jun 21, 2021 8:40:08pm

**Sabrina Adkins**

Lord I will never do dtugs again

Jun 21, 2021 8:39:38pm

**Sabrina Adkins**

If this makes a place on my legs it scars going to kill u
Lmao that is my best feature

Jun 21, 2021 8:39:25pm

**Ben Fields**

Lmao

Jun 21, 2021 8:38:54pm

**Sabrina Adkins**

Have a goodnight

Jun 21, 2021 8:38:50pm

**Sabrina Adkins**

Lol well I'm standing here naked forever

Jun 21, 2021 8:37:54pm

**Ben Fields**

Sounds like it lol

**Sabrina Adkins**

Ur goi
G to file Prea

Jun 21, 2021 8:36:07pm

**Ben Fields**

Lol

Jun 21, 2021 8:36:07pm

**Sabrina Adkins**

LMao

Jun 21, 2021 8:36:00pm

**Sabrina Adkins**

Mice got to stop sorry I'm going to get a charge so

Jun 21, 2021 8:35:53pm

**Sabrina Adkins**

I won't lose myself In a man no more they will
Lose their selves in me lol

Jun 21, 2021 8:35:33pm

**Sabrina Adkins**

I've got
Shit to do and it I'm determined

Jun 21, 2021 8:34:25pm

**Sabrina Adkins**

When u worked at phone company if u was not
There by 15 till u was late

Jun 21, 2021 8:34:04pm

**Sabrina Adkins**

Suck
But I won't be late listen u jump
His association

Jun 21, 2021 8:33:33pm

**Ben Fields**

I'm not sure y they do it

Jun 21, 2021 8:33:03pm

**Ben Fields**

I dont either but let's stay focused im going to get all this stuff put in, make sure that weds when u come in to check in to awfully late because then the doors get locked and lights kicked off and I will have to come out and let u in

Jun 21, 2021 8:32:53pm

**Sabrina Adkins**

Why do u think people do it

Jun 21, 2021 8:32:45pm

**Sabrina Adkins**

Don't ever do meth nut srx life
Will
Never be the same

Jun 21, 2021 8:32:33pm

**Sabrina Adkins**

Listen I m use to having it 8 hours a day

Jun 21, 2021 8:32:12pm

**Sabrina Adkins**

Do u

Jun 21, 2021 8:31:28pm

**Sabrina Adkins**

I don't see nothing wrong with it

PLAINTIFFS_000044

**Sabrina Adkins**

1 maybe 10 till I wished y would come watch him
Takes me forever to get him out of the house

Jun 21, 2021 8:31:06pm

**Ben Fields**

I would agree with both those statements lol

Jun 21, 2021 8:30:53pm

**Sabrina Adkins**

See this is my real side IM a beautiful woman who
Likes to fuck

Jun 21, 2021 8:30:18pm

**Ben Fields**

But I am going to get it approved for u to see ur son tomorrow what time do u need to leave the house

Jun 21, 2021 8:30:09pm

**Sabrina Adkins**

Absolutely

Jun 21, 2021 8:29:35pm

**Ben Fields**

Lol damn I like that button

Jun 21, 2021 8:29:22pm

**Sabrina Adkins**

Listen u always get what I want remember that

Jun 21, 2021 8:28:59pm

**Sabrina Adkins**

**Sabrina Adkins**

Damn sorry

Jun 21, 2021 8:28:22pm

**Sabrina Adkins**



Jun 21, 2021 8:28:12pm

**Sabrina Adkins**

Listen I e have to work something out so I can enjoy my
Life some tan sex floating water

Jun 21, 2021 8:07:14pm

**Sabrina Adkins**

Wet

Jun 21, 2021 8:06:06pm

**Ben Fields**

Is that so

Jun 21, 2021 8:04:49pm

**Sabrina Adkins**

Sorry si there
Is a ew charge but i swere
U would enjoy every sec of it

Jun 21, 2021 8:03:31pm

**Sabrina Adkins**

So u would be violated

Jun 21, 2021 8:02:53pm

PLAINTIFFS_000046



I told u i am noy going back to jail wo sex im sure not having sex with dale

Jun 21, 2021 8:02:41pm

**Ben Fields**

What kind of back up

Jun 21, 2021 7:58:30pm

**Sabrina Adkins**

Have back up

Jun 21, 2021 7:58:18pm

**Ben Fields**

I'm always prepared lol

Jun 21, 2021 7:58:16pm

**Sabrina Adkins**

So u better be prepared

Jun 21, 2021 7:58:03pm

**Ben Fields**

Lmao

Jun 21, 2021 7:57:51pm

**Sabrina Adkins**

Hell no not
Wo sex I
Don't do girls u would be violated to the fullest of

Jun 21, 2021 7:57:06pm

**Sabrina Adkins**

Cause listen u show up to arrest me I promise I will have a rape charge

Jun 21, 2021 7:56:34pm

PLAINTIFFS_000047

Lmao i dont think there is such a place but if I find one ill take u there

Jun 21, 2021 7:56:20pm

**Sabrina Adkins**

I need to
Go
To
Rehab for sex

Jun 21, 2021 7:55:18pm

**Sabrina Adkins**

Fuck yeah two
Legged dope is my problem

Jun 21, 2021 7:55:10pm

**Ben Fields**

Lol I dont think that at all I just think u was in jail to long

Jun 21, 2021 7:54:49pm

**Sabrina Adkins**

Well
Going to
Be the one to change that wait and see

Jun 21, 2021 7:54:27pm

**Sabrina Adkins**

What about if u think I'm running does it just alert u that would be so hot but I know u think I'm a
Big whore

Jun 21, 2021 7:54:06pm

**Ben Fields**

Oh I think u will get over it most often when I show up at someone's house whos on house arrest that means there goi
jail lol

Jun 21, 2021 7:53:49pm

Damn I'm so upset

Jun 21, 2021 7:53:02pm

**Ben Fields**

Me being able to stop by it looks like its going to be a busy evening

Jun 21, 2021 7:52:47pm

**Sabrina Adkins**

What do u mean

Jun 21, 2021 7:52:09pm

**Sabrina Adkins**

I'm done but he knows if I see him I can't say know

Jun 21, 2021 7:51:49pm

**Ben Fields**

Well I hate to be the bearer of bad news but its not looking promising

Jun 21, 2021 7:51:47pm

**Sabrina Adkins**

He would flip shit

Jun 21, 2021 7:51:29pm

**Sabrina Adkins**

I said u had Ben
Escort m s out I'm under house arrest

Jun 21, 2021 7:51:21pm

**Sabrina Adkins**

I k ow do u know how many times we do this and Sunday wanted me to come up
There



**Ben Fields**

Well if u could have been able to live at the house in perkins br u could have just went around all day with just the brac lol

Jun 21, 2021 7:50:30pm

**Sabrina Adkins**

Yes I'm about to but damn I keep waiting on someone to stop by

Jun 21, 2021 7:49:46pm

**Sabrina Adkins**

I think on house arrest women should have. A day to tan get eye brows done

Jun 21, 2021 7:49:04pm

**Sabrina Adkins**

Good I haven't got to shave good cause it hurts with them cheap ones and my best feature is my legs

Jun 21, 2021 7:48:36pm

**Ben Fields**

Good thing u hadn't got in the shower yet lol

Jun 21, 2021 7:47:50pm

**Ben Fields**

Lol I can see u in the mirror in the cheap razor pic and I will try and get u a good one

Jun 21, 2021 7:47:27pm

**Sabrina Adkins**

So please bring. Me one

Jun 21, 2021 7:45:20pm

**Sabrina Adkins**

I use Gillette for sensitive skin

PLAINTIFFS_000050


**Sabrina Adkins**



Jun 21, 2021 7:44:41pm

**Sabrina Adkins**

Jun 21, 2021 7:44:18pm

**Ben Fields**

No ill take a look at the Razors lol

Jun 21, 2021 7:43:38pm

**Sabrina Adkins**

Sorry if I over stepped my boundaries

Jun 21, 2021 7:42:46pm

**Sabrina Adkins**

Well no reply

Jun 21, 2021 7:42:35pm

**Sabrina Adkins**

U want to see the razor but. Now and the razor he got me

Jun 21, 2021 7:40:52pm

**Sabrina Adkins**

I still have ur lighter

Jun 21, 2021 7:40:09pm

**Sabrina Adkins**

Well I'm getting in shower

**Sabrina Adkins**

But damn be hard to do it sober I'm not a drinker u sure I can't have few beers if I go there
Lol

Jun 21, 2021 7:35:59pm

**Sabrina Adkins**

But listen I have been in a relationship all my life and if I
Have to take one for the team he'll I'm single

Jun 21, 2021 7:35:22pm

**Ben Fields**

I wont make anyone go there against there will lol

Jun 21, 2021 7:35:01pm

**Sabrina Adkins**

He is a perve and I get it but listen very forwards if I want to fuck u promise u will know it

Jun 21, 2021 7:34:34pm

**Sabrina Adkins**

Don't u dare make me go to Ben Meade

Jun 21, 2021 7:33:49pm

**Sabrina Adkins**

If the bracket ever came off it would be cause I' have become desperate for sex

Jun 21, 2021 7:33:25pm

**Sabrina Adkins**

Lmao he is a true girl snd I'm a nervous wreck around hi
But it also
Makes me feel needed he is goofy as hell and it works

Jun 21, 2021 7:32:52pm

**Ben Fields**

PLAINTIFFS_000052

Jun 21, 2021 7:31:37pm

**Ben Fields**

Its good to have someone u can fully trust

Jun 21, 2021 7:31:10pm

**Sabrina Adkins**

I swere u have no idea

Jun 21, 2021 7:28:24pm

**Sabrina Adkins**

Me and him would get high I knew I was safe here when I went to jail that night it scared him he hadn't done anything '
both 20 days clean he was about to get kicked out of the box dr

Jun 21, 2021 7:27:58pm

**Sabrina Adkins**

Lmao he is the biggest whore but I have no body a d Stacy would put me out I. The rain. Sun

Jun 21, 2021 7:27:04pm

**Sabrina Adkins**

Well I
Don't like toys that much but listen if u think I would fuck Dale I'm putting. A bracelet on u

Jun 21, 2021 7:26:22pm

**Ben Fields**

Lol well u know what they say about sex either man or machine which ever gets the job done lmao

Jun 21, 2021 7:25:30pm

**Sabrina Adkins**

I
Have toys

Jun 21, 2021 7:24:50pm

Listen I'm
Not that desperate

Jun 21, 2021 7:24:45pm

**Sabrina Adkins**

No he does I do mine he is my brother truly

Jun 21, 2021 7:24:23pm

**Ben Fields**

Lol don't rape ol Dale he might kick u out

Jun 21, 2021 7:23:52pm

**Sabrina Adkins**

Damn see I need sex I will go to jail for rape next lmao

Jun 21, 2021 7:23:20pm

**Sabrina Adkins**

Lmao

Jun 21, 2021 7:22:46pm

**Sabrina Adkins**

Remember u have me grounded that is what Stacy's loves about me submissive

Jun 21, 2021 7:22:43pm

**Sabrina Adkins**

I have all the Time in the world

Jun 21, 2021 7:22:16pm

**Ben Fields**

Well I've got one arrest currently that I have to do Papworth on might not be able to there's alot of instructions might no
time

Jun 21, 2021 7:21:48pm

Are u stopping to see me and tell me all the instructions I need to know

Jun 21, 2021 7:20:10pm

**Ben Fields**

Lol

Jun 21, 2021 7:19:28pm

**Sabrina Adkins**

Lol

Jun 21, 2021 7:19:14pm

**Sabrina Adkins**

U should've ok

Jun 21, 2021 7:19:09pm

**Ben Fields**

I was about to be in just boots up there that day after walking that hill lmao 😂

Jun 21, 2021 7:18:14pm

**Sabrina Adkins**

That's not where the razor burn is

Jun 21, 2021 7:18:07pm

**Ben Fields**

U should enjoy life to the fullest and I like ur sock i dont see no razor burnt tho lol

Jun 21, 2021 7:17:39pm

**Sabrina Adkins**

He knew how hard I had it I have never been more comfortable with someone I told u I would walk around with just bo outside

Jun 21, 2021 7:17:33pm



Honey me and Stacy really that is all we were

Jun 21, 2021 7:16:54pm

**Sabrina Adkins**

So I enjoy sec an sim not a white I was with 5 guys after my Adonis was born including Stacy my son is raised why no

Jun 21, 2021 7:16:40pm

**Sabrina Adkins**

I am now living my life I was 36 before I had sex lifeboat he cheated on me all the time first time was when our son wa

Jun 21, 2021 7:15:55pm

**Sabrina Adkins**


👍Ben Fields

Jun 21, 2021 7:14:22pm

**Ben Fields**

Lol ur funny

Jun 21, 2021 7:13:34pm

**Sabrina Adkins**

U come feel it lol

Jun 21, 2021 7:13:12pm

**Sabrina Adkins**

Sorry I I
Wasn't done hold on

Jun 21, 2021 7:13:06pm

**Sabrina Adkins**

My brother use to get arrested all time and I always worried and I told hom

PLAINTIFFS_000056

**Ben Fields**

Well hopefully I won't have to ever cuff u

Jun 21, 2021 7:12:49pm

**Ben Fields**

I dont want to be a pain but can u send me a pic of the bottom end of the bracelet so I can make sure there's nothing s the bottom shorting it out or u can just feel down there

Jun 21, 2021 7:12:37pm

**Sabrina Adkins**

Listen I have never been handicap when I was took to jail either here or pike

Jun 21, 2021 7:12:08pm

**Ben Fields**

I hope ur not going to run lol I hate to have to arrest u and I promise ur no burden lol

Jun 21, 2021 7:11:03pm

**Sabrina Adkins**

That tattoo Is for my brother has his intaitls

Jun 21, 2021 7:10:37pm

**Sabrina Adkins**

And making a difference instead of being g. A burden

Jun 21, 2021 7:09:28pm

**Sabrina Adkins**

That's ok listen I'm. It going to run if u want to talk ride down finally me

Jun 21, 2021 7:09:13pm

**Ben Fields**

Ment

**Ben Fields**

That pic was not mentioned for u sorry lol

Jun 21, 2021 7:08:25pm

**Sabrina Adkins**

Jun 21, 2021 7:08:05pm

**Ben Fields**

*This message was unsent*

Jun 21, 2021 7:08:02pm

**Ben Fields**

Bracelet i mean

Jun 21, 2021 6:54:14pm

**Ben Fields**

Send me a pic of ur back

Jun 21, 2021 6:53:54pm

**Sabrina Adkins**

You called Ben.

Jun 21, 2021 6:51:18pm

Duration: 9

**Sabrina Adkins**

Ben missed your video chat.

Jun 21, 2021 6:41:30pm

**Ben Fields**

Give me a call

**Sabrina Adkins**

Hey

Jun 21, 2021 6:09:50pm

**Ben Fields**

Hey

Jun 21, 2021 6:09:01pm

**Sabrina Adkins**

U

Jun 20, 2021 6:19:10pm

**Sabrina Adkins**

Thank I

Jun 20, 2021 6:19:08pm

**Ben Fields**

Lmao

Jun 20, 2021 6:19:04pm

**Sabrina Adkins**

Lol

Jun 20, 2021 6:18:59pm

**Sabrina Adkins**

Ruined my social life with razor burn and ankle raw

Jun 20, 2021 6:18:58pm

**Ben Fields**

Works the best not breast sorry let me see what I can do

Jun 20, 2021 6:18:54pm          PLAINTIFFS_000059

This county is going to be the death of me lol

Jun 20, 2021 6:18:32pm

**Sabrina Adkins**

I can't go get any lol thank u I'm a crybaby

Jun 20, 2021 6:18:22pm

**Ben Fields**

Kinda, from what it looks like it it loose enough to slide up and down cause it to make raw and blister, high top socks li|
socks will help, but gauze wrap works the breast

Jun 20, 2021 6:16:58pm

**Sabrina Adkins**

Is that normal

Jun 20, 2021 6:13:32pm

**Sabrina Adkins**

Jun 20, 2021 6:12:31pm

**Sabrina Adkins**

Jun 20, 2021 6:12:18pm

**Sabrina Adkins**



Jun 20, 2021 6:12:05pm

**Ben Fields**

Ok

**Sabrina Adkins**

1

Jun 20, 2021 5:55:39pm

**Ben Fields**

How much slack do u have between the band and leg like how many fingers can u fit between tha band and ur leg wh slacked

Jun 20, 2021 5:55:15pm

**Sabrina Adkins**

I don't have any gauze

Jun 20, 2021 5:45:34pm

**Sabrina Adkins**

Please check it

Jun 20, 2021 5:45:26pm

**Sabrina Adkins**

I can't walk wo a sock

Jun 20, 2021 5:45:18pm

**Ben Fields**

I might be able to tighten it up to were it doesn't slide down to u ankle, but not sure

Jun 20, 2021 5:45:17pm

**Sabrina Adkins**

I have tiny bird legs it's just heavy I think

Jun 20, 2021 5:45:08pm

**Sabrina Adkins**

Jun 20, 2021 5:43:40pm

**Ben Fields**

Ok I would just try and wrap it up with something if it keeps up msg me and let me know and may have to loosen the b
some depending on how tight it is

Jun 20, 2021 5:43:09pm

**Sabrina Adkins**

I think just raw

Jun 20, 2021 5:39:56pm

**Ben Fields**

Is it tight or just rubbing ur ankle raw ?

Jun 20, 2021 5:39:32pm

**Ben Fields**

U can

Jun 20, 2021 5:32:56pm

**Sabrina Adkins**

Are u busy can I call

Jun 20, 2021 5:32:41pm

**Sabrina Adkins**

Happy Fathers Day

Jun 20, 2021 5:31:51pm

**Sabrina Adkins**

That's ok I talked to patty I wanted to run to dollar store get some razor u should see what he brought back o have raz
but she said only Wednesday

Jun 20, 2021 5:31:44pm

**Ben Fields**

Jun 20, 2021 5:30:12pm

**Sabrina Adkins**

Ben missed your call.

Jun 20, 2021 1:33:34pm

**Sabrina Adkins**

Hey my number is +16062336747 I tried to call u

Jun 19, 2021 5:39:26pm

**Sabrina Adkins**

I talked to Patty she said I couldn't go to Walmart but I think Dale is going to run and get my min

Jun 19, 2021 2:19:44pm

**Sabrina Adkins**

And do u have any secrets this thing is rubbing my ankle raw

Jun 19, 2021 1:19:13pm

**Sabrina Adkins**

Hey did u find out he has to go to work and was going to run me down there real quick

Jun 19, 2021 1:18:53pm

**Sabrina Adkins**

Ben missed your call.

Jun 19, 2021 1:18:05pm

**Sabrina Adkins**

The video chat ended.

Jun 19, 2021 12:34:23pm

Duration: 1

**Ben Fields**

Jun 19, 2021 12:32:38pm

**Ben Fields**

Lol its ok

Jun 19, 2021 12:20:52pm

**Sabrina Adkins**

Sorry I keep doing that

Jun 19, 2021 12:20:01pm

**Sabrina Adkins**

The video chat ended.

Jun 19, 2021 12:19:54pm

Duration: 1

**Sabrina Adkins**

You can now message and call each other and see info like Active Status and when you've read messages.

Jun 19, 2021 12:19:38pm

**Sabrina Adkins**

Hey I got this and I'm home with my phone and Dale is going to get kin for my phone

Jun 19, 2021 12:19:38pm

**Ben Fields**

This is ben let me know when u get this

Jun 18, 2021 6:48:15pm

Generated by Sabrina Adkins on Thursday, June 2, 2022 at 4:41 PM UTC-04:00
Contains data from June 2, 2021 at 10:49 AM to June 2, 2022 at 4:37 PM

**Messages exported from: Ska (2) (+1 (606) 233-6747)**
**With: Ben (6063355541)**
PDF created with Decipher TextMessage (deciphertools.com)

**12/17/2021 3:20 PM**
Ska (2) (+1 (606) 233-6747)

R u at dales

**12/17/2021 3:31 PM**
Ska (2) (+1 (606) 233-6747)

I take that as yes

**12/17/2021 3:32 PM**

Ben (6063355541)

No im at the high school

**12/17/2021 3:32 PM**
Ska (2) (+1 (606) 233-6747)

Sheriff car is at his apt with ksp

**12/17/2021 3:32 PM**
Ska (2) (+1 (606) 233-6747)

I hope he is still not hollering I robbed him

**12/17/2021 3:33 PM**
Ska (2) (+1 (606) 233-6747)

I was actually being in fb his stuff he brought over to my place his coffee pot md pillow. He has notched about

**12/17/2021 4:00 PM**
Ska (2) (+1 (606) 233-6747)

Will u let me know

**12/17/2021 4:01 PM**

Ben (6063355541)

Its not they are looking for someone

**12/17/2021 4:01 PM**
Ska (2) (+1 (606) 233-6747)

Oh

**12/17/2021 4:01 PM**
Ska (2) (+1 (606) 233-6747)

Lord

Message not delivered.

**12/17/2021 4:06 PM**
Ska (2) (+1 (606) 233-6747)

I'm going home never coming back out

**1/11/2022 12:50 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/11/2022 12:50 PM (Viewed 1/11/2022 12:52 PM)**

Ben (6063355541)

Hey whatcha doing

**1/11/2022 12:52 PM**
Ska (2) (+1 (606) 233-6747)

Not good today

**1/11/2022 12:52 PM**

Ben (6063355541)

Whats going on

**1/11/2022 1:12 PM**
Ska (2) (+1 (606) 233-6747)

Stacy beat the shit out of me again cause I caught him cheating ... I found and was just goingtjonleave but he got in my phone and seen I had the pics to prove it and flipped out

**1/11/2022 1:12 PM**
Ska (2) (+1 (606) 233-6747)

I'm so hurt but so thankful

**1/11/2022 1:12 PM**
Ska (2) (+1 (606) 233-6747)

I have prayerd really hard about this

**1/11/2022 1:14 PM**
Ska (2) (+1 (606) 233-6747)

Ans hid in heaven knows I've been trying grit do right and I now know it's not my fault I'm Not this bad person he made me believe o was

**1/11/2022 2:50 PM**
Ska (2) (+1 (606) 233-6747)

Can u talk

**1/11/2022 2:50 PM**
Ska (2) (+1 (606) 233-6747)

Removed a like from "Stacy beat the shit out of me again cause I caught him cheating ... I found and was just goingtjonleave but he got in my phone and seen I had the pics to prove it and flipped out"

**1/11/2022 4:40 PM (Viewed 1/11/2022 4:41 PM)**

Ben (6063355541)

Hey

**1/11/2022 4:41 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/11/2022 4:50 PM (Viewed 1/11/2022 4:53 PM)**

Ben (6063355541)

Can u call

**1/11/2022 6:38 PM**
Ska (2) (+1 (606) 233-6747)

Wont be be in trouble for being A round a convicted felon

**1/11/2022 8:14 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/11/2022 8:15 PM (Viewed 1/11/2022 8:21 PM)**

Ben (6063355541)

Hey sorry I missed ur call im in a meeting at the moment u ok

**1/11/2022 8:22 PM**
Ska (2) (+1 (606) 233-6747)

Yeah I'm home at 5412 Zebulon Hwy Pikeville

**1/11/2022 8:22 PM**
Ska (2) (+1 (606) 233-6747)

My y truck broke down so is it ok to mee tomorrow evening

**1/11/2022 8:51 PM (Viewed 1/11/2022 9:17 PM)**

Ben (6063355541)

Yes

**1/11/2022 9:57 PM**
Ska (2) (+1 (606) 233-6747)

No laying around f truck broke fake wax gonna add ic hd was k

**1/11/2022 9:58 PM**
Ska (2) (+1 (606) 233-6747)

Sorry

**1/12/2022 1:02 PM**
Ska (2) (+1 (606) 233-6747)

Hry

**1/12/2022 1:02 PM**

Ben (6063355541)

Hey

**1/12/2022 1:29 PM**
Ska (2) (+1 (606) 233-6747)

Wrud

**1/12/2022 1:30 PM (Viewed 1/12/2022 1:33 PM)**

Ben (6063355541)

Court stuff what about u

**1/12/2022 1:34 PM**
Ska (2) (+1 (606) 233-6747)

Going to head that way. So I can see what I can do where he hit me

**1/12/2022 1:34 PM (Viewed 1/12/2022 1:37 PM)**

Ben (6063355541)

Ok

**1/12/2022 1:37 PM**
Ska (2) (+1 (606) 233-6747)

But I will let u know

**1/12/2022 1:37 PM**
Ska (2) (+1 (606) 233-6747)

Who do I see about that cause I'm gonna call them

**1/12/2022 1:38 PM**

Ben (6063355541)

Co attorneys office

**1/12/2022 1:38 PM**
Ska (2) (+1 (606) 233-6747)

Ok

**1/12/2022 1:38 PM**
Ska (2) (+1 (606) 233-6747)

They hate me

**1/12/2022 1:48 PM**
Ska (2) (+1 (606) 233-6747)

What about my tv and my big enterinanu t center

**1/12/2022 1:48 PM**
Ska (2) (+1 (606) 233-6747)

How do I get that stuff do I say u already serves me

**1/12/2022 1:53 PM**
Ska (2) (+1 (606) 233-6747)

My social security card my office .. I meant do I say u already served me

**1/12/2022 1:54 PM (Viewed 1/12/2022 2:00 PM)**

Ben (6063355541)

U can tell them that ur on house arrest and that u are coming to check in with me today to be served with it

**1/12/2022 1:54 PM (Viewed 1/12/2022 2:00 PM)**

Ben (6063355541)

And u probly can't do anything about ur stuff until it comes to court

**1/12/2022 2:01 PM**
Ska (2) (+1 (606) 233-6747)

Really

**1/12/2022 2:02 PM (Viewed 1/12/2022 2:33 PM)**

Ben (6063355541)

Unfortunately yes

**1/12/2022 2:33 PM**
Ska (2) (+1 (606) 233-6747)

Listen I don't k kw about bringing G this car over ther

**1/12/2022 2:39 PM (Viewed 1/12/2022 2:40 PM)**

Ben (6063355541)

Ok ill call u shortly

**1/12/2022 2:40 PM**
Ska (2) (+1 (606) 233-6747)

Please

**1/12/2022 4:50 PM**
Ska (2) (+1 (606) 233-6747)

All me ba k

**1/12/2022 4:50 PM**

Ben (6063355541)

I will

**1/12/2022 4:51 PM**
Ska (2) (+1 (606) 233-6747)

K

**1/12/2022 6:27 PM (Viewed 1/12/2022 7:29 PM)**

Ben (6063355541)

Hey

**1/12/2022 7:30 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/12/2022 7:32 PM (Viewed 1/12/2022 7:37 PM)**

Ben (6063355541)

Hey

**1/13/2022 1:49 AM (Viewed 1/13/2022 1:50 AM)**

Ben (6063355541)

I need u to call me in the morning when u head this way

**1/13/2022 10:33 AM**
Ska (2) (+1 (606) 233-6747)

He

**1/13/2022 10:48 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/14/2022 8:53 AM**
Ska (2) (+1 (606) 233-6747)

Hry

**1/14/2022 5:47 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/14/2022 6:25 PM**
Ska (2) (+1 (606) 233-6747)

U need to call me

**1/14/2022 7:20 PM**
Ska (2) (+1 (606) 233-6747)

I lost service

**1/16/2022 6:41 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/17/2022 1:09 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/17/2022 3:08 PM (Viewed 1/17/2022 3:09 PM)**

Ben (6063355541)

Hey ill call u back in just a lil bit

**1/17/2022 3:09 PM**
Ska (2) (+1 (606) 233-6747)

Ok. Kurt house is closed

**1/17/2022 3:27 PM**
Ska (2) (+1 (606) 233-6747)

Keith hall said I didn't have a warrant Ben what is going on

**1/17/2022 5:33 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/17/2022 7:09 PM**
Ska (2) (+1 (606) 233-6747)

Why didn't u call me back

PLAINTIFFS_000069

**1/18/2022 9:35 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/18/2022 2:45 PM**
Ska (2) (+1 (606) 233-6747)

Hey I'm in town was gonna see if I need to come see u or the judge see what is going on pike county said I have no warrants please Ben talk to me

**1/18/2022 2:45 PM**
Ska (2) (+1 (606) 233-6747)

My bracelet is on I'm not trying to run been at the dr all day I have pneumonia

**1/18/2022 3:52 PM**
Ska (2) (+1 (606) 233-6747)

I'm at courthouse

**1/19/2022 9:30 AM**
Ska (2) (+1 (606) 233-6747)

Hey I'm trying to. All I do t have a ride to see if I can do zoom

**1/19/2022 11:09 AM**
Ska (2) (+1 (606) 233-6747)

Ben where I don't know what to do

**1/19/2022 11:35 AM**
Ska (2) (+1 (606) 233-6747)

I r been trying to reach u . u know I would never run I've been calling and cKkiny

**1/20/2022 8:12 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/20/2022 8:19 AM**
Ska (2) (+1 (606) 233-6747)

What a fax number

**1/20/2022 3:38 PM**
Ska (2) (+1 (606) 233-6747)

Hello

**1/21/2022 12:42 AM**
Ska (2) (+1 (606) 233-6747)

Hey they faxed that but I also need to go get my stuff for Stacy

**1/21/2022 12:45 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/22/2022 1:35 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/22/2022 1:48 PM**
Ska (2) (+1 (606) 233-6747)

Hello I thought u was coming to check my bracelet today

**1/22/2022 7:33 PM**
Ska (2) (+1 (606) 233-6747)

Hello

**1/23/2022 5:26 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/23/2022 5:47 PM**
Ska (2) (+1 (606) 233-6747)

Hey I'm going to file that epo against stacy like u said

**1/24/2022 1:27 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/24/2022 3:44 PM**
Ska (2) (+1 (606) 233-6747)

Sorry I'm store grocery shopping I will call u back. omg where have u been

**1/24/2022 8:19 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/25/2022 12:30 PM**
Ska (2) (+1 (606) 233-6747)

Heu

**1/25/2022 1:47 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/25/2022 1:49 PM**
Ska (2) (+1 (606) 233-6747)

Hello

**1/26/2022 2:45 PM**
Ska (2) (+1 (606) 233-6747)

Hry

97 total messages and 0 total images.


## *Eastern Kentucky Corrections Services Inc.*

*Offender application sheet*

GPS: 3443 1756

Regular: _____ TX Number: _____     Sentence: PDB

Cellular: _____ TX Number: _____ Hookup as regular: _____

Name: Sabrina Adkins

SSN: 400 - 10 1111

Date of Birth: _____

Place of Birth: _____

Address: 164 perkins Branch Jeremiah ky 41824
House Number / Apt #          City      State      Zip

Home Phone: _____     Cell phone: _____

Judge: Mullins / Craft

County: letcher

Attorney: _____

Case Number: 21-CR-00007, 00008, 20-m-254

Risk Level (circle one)     LOW     MEDIUM     (HIGH)

Offense: possession 1st meth, Failure to Appear, Contempt of Court

Sentencing Duration: _____

Race: white     Sex: Female

Language: English

Height: 5'6" Weight: 135 Hair Color: Brown Eye Color: Brown

Marital Status (Circle One) MARRIED (DIVORCED) SINGLE WIDOW SEPERATED

List any Medication: NO

Physical or Mental Impairments: NO

Additional contact information

Next of Kin: _____

Relationship: _____

Address: _____

_____

Phone Number: _____

Employer Name: _____

Job Type: _____

Address: _____

_____

Phone Number: _____

Vehicle make: _____

Model: _____

Year: _____

Color: _____

Plate: _____

# Eastern Kentucky Corrections Services Inc.

I, *the undersigned defendant,* have received a copy of the court order placing me on home incarceration, or a special condition of bond. I wish to participate *In-Home Detention Program* monitored by *Eastern Kentucky Corrections Services, Inc. In order to participate in the In-Home Detention Program*, I agree to abide by the following rules and conditions set forth by *Eastern Kentucky Correction Service, Inc.*

1) I agree to abide by any and all curfew restrictions, and all limitations set forth by court order

2) I agree to remain at my primary residence at all times unless pre-authorized by court order or in case of a medical emergency. In case of a medical emergency I must notify Eastern Kentucky Corrections Services, Inc. Prior to leaving if possible or as soon as possible upon returning to my primary residence. I must also provide documentation from my health care provider stating the nature of the medical emergency and the time I arrived and left.

3) I understand the duration of my home incarceration will be as court order.

4) I understand that my curfew restrictions will be monitored 24 hours per day by eastern Kentucky corrections services inc.
I understand that I will be monitored by use of an electronic transmitter that is to be worn on my ankle. Which I agree to wear at all times and not tamper with in any way.
I understand that if applicable I will need an active in home landline telephone service to be used with the in home monitor.
I understand that tampering with the electronic ankle bracelet or the in home monitoring equipment, **will result in a felony escape charge being filed against me.**
**I understand that I will be held financially responsible for any damages to, or loss of the electronic monitoring equipment.**

5) I understand that it will be my responsibility to connect the home monitoring equipment as soon as I arrive at my primary residence.

6) I understand the purpose of the monitoring equipment is to alert eastern Kentucky corrections services Inc. if I should violate any court ordered curfews, the loss of a receiving signal from our monitor, or the receipt of any tampering signal. I further agree that a computer printout of any violations will be provided to the courts and may be used as evidence against me in a court of law.

7) I understand that all equipment must be returned to eastern Kentucky corrections services Inc no later than 24 hours after my court ordered release.

8) I understand that in order to defray the costs of the monitoring equipment and supervision described above that I will be assessed a fee as follows, $ 65.00 onetime hookup fee and $85.00 weekly paid in advance, all payments must be made in cash.

9) I understand that I am responsible for the cost of my home telephone service or any costs associated with the repair of my home telephone service that may be required for our equipment to operate correctly, and electrical service.

10) **I understand that I while I am under home incarceration I am prohibited from the consumption of any and all alcoholic beverages, and the use of any illegal drugs or prescription medication not prescribed to me.**

11) I understand that I am not to commit any crime be arrested for any crime. Or be convicted of any crime. Any such violation will result in my removal from the program.

12) I understand that my participation in this program is completely voluntary and no one has coerced or threatened me in any fashion whatsoever to participate in the program.

13) I agree to release eastern Kentucky corrections services Inc. and the sentencing court and to hold those agencies harmless from any liability whatsoever arising from my use of the in-home detention equipment and system. This release and hold harmless is given by me without reservation or limitation of any kind.

14) If hooked up on a GPS unit I understand it is my responsibility to charge my unit at least 2 hours daily every day, if I do not I understand it can result in a violation of the home incarceration program, and a felony escape charge.

15) I understand that if given any type of work release by the court that it is my responsibility to call 24 hours in advance and give my work schedule and contact info of my employer if applicable, and I understand that if I do not that it can result in a violation of home incarceration program and a felony escape charge.

16) I understand that I must at all times have access to a phone of some type and must answer if anyone that is over the home incarceration program calls.

17) I understand that if any violation at all of the home incarceration program will result in my termination from the program and if applicable a felony escape charge.

18) **I acknowledge that I have read and understand all the aforementioned rules by signing below.**


X~~Salve Adds~~            DATE: _6-18-21_

**Defendant.**


X~~B~~            DATE: _6-18-21_

**Supervisor**

21CR007

FILED
MIKE WATTS, CLERK

JUL 3 0 2021

LETCHER CIRCUIT/DISTRICT COURTS
BY._____ D.C.

21CR008

EXHIBIT

9

My name is Sabrina Adkins
I would like to file a motion
to remove ankle braclet due to
financal hardship and leaving
for iches. My SS# is 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.
DOB - 4-3-76. My Address is
209 Chloe Road, Pikeville Ky

Sabrina Adkins

7-30-21

21-CR-00007
21-CR-00008

FILED
MIKE WATTS, CLERK

JUN 29 2021

LETCHER CIRCUIT/DISTRICT COURTS
BY Melissa Coo    D.C.

My name is Sabring Adkins
I would like to file a motion
for change of venue due
to me filing a Civil Suit
against Letcher Co Jail.
Case numbers 21-CR 7 &
21-CR 8 ~~21-CR 7 & 21-CR 8~~.
If this could be done I
would appreciate it.

Thank you
Sabrina Adkins
233 6741
297 Chloe Rd
Pikville Ky
41501

Hearing date:
July 14, @ 9:00

21-CR-00007
21-CR-00008

FILED
MIKE WATTS, CLERK

JUN 29 2021

LETCHER CIRCUIT/DISTRICT COURTS
BY _____ D.C.

My name is Sabrina ADKins
I would like to file a motion
to remove my house arrest Due
to financial hardship and wanting
to go to Rehab or IOP. I
from Pike Co and Cannot afford it.
Case numbers 21- CR 8 + 21 CR 7

Thank You
SABRINA ADKINS
257 Chloe Rd
Pikeville Ky
41501
233-6747

Hearing date:
JULY 14 th @ 9:00







EXHIBIT

11

Letcher County House Arrest

# DOES NOT

Have anything to do with

Letcher County Sheriff's

Department

Please Contact

PATTY, Eastern KY Correctional

Services

606-923-2404

For any questions

*Patty Stockham*