UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                                                   PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;

UNKNOWN SUPERVISORS OF
BEN FIELDS;

and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                              DEFENDANTS

---

**MOTION FOR SUMMARY JUDGMENT**

---

Come now Defendants, MICKEY STINES, Letcher County Sheriff and BEN FIELDS, in his official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department, by and through counsel, and pursuant to FRCP 56, hereby move the Court for entry of Summary Judgment in their favor, and as grounds for said Motion, state that there is no genuine issue as to any material fact and that the Defendants are entitled to judgment herein as a matter of law. The Defendants file herewith a Memorandum of Law in support of their Motion for Summary Judgment.

1

PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
Telephone: (606) 789-3747
Facsimile: (606) 789-9862

*/s/ Jonathan C. Shaw*
JONATHAN C. SHAW
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Mickey Stines, Letcher County Sheriff*

CERTIFICATE OF SERVICE:

I hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

Patty Stockham
Eastern Kentucky Corrections Services, Inc.
1319 Siloam Street
South Shore, KY 41175
pd.stockham@gmail.com

*/s/ Jonathan C. Shaw*
JONATHAN C. SHAW