

**Ben Fields**

Sorry been out of service for a while got one arrested

U gonna come by check my bracelet



I want to show u my favorite color

JUN 22, 9:37 PM

**Audio Call**
Tap to call again

I'm trying my damnest



JUN 22, 10:34 PM

56 days left until permanently deleted

Lol if not can I have a couple

Delete    Restore

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1