Letcher County House Arrest

DOES NOT

Have anything to do with Letcher County Sheriff's Department

Please Contact

PATTY, Eastern KY Correctional Services

606-923-2404

For any questions

*Patty Stockham*

Exhibit 2