# Eastern Kentucky Corrections Services Inc.

*Offender application sheet*

GPS: 34431756

Regular: _____ TX Number: _____ Sentence: POB

Cellular: _____ TX Number: _____ Hookup as regular: _____

Name: Sabrina Adkins

SSN: 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

Date of Birth: _____

Place of Birth: _____

Address: 164 perkins Branch Jeremiah ky 41824
House Number / Apt # — City — State — Zip

Home Phone: _____ Cell phone: _____

Judge: Mullins / Craft

County: letcher

Attorney: _____

Case Number: 21-CR-00007, 00008, 20-M-254

Risk Level (circle one)   LOW   MEDIUM   (HIGH)

Offense: possession 1st meth, Failure to Appear, Contempt of Court

Sentencing Duration: _____

Race: white   Sex: Female

Language: English

Height: 5'6"   Weight: 135   Hair Color: Brown   Eye Color: Brown

Marital Status (Circle One) MARRIED (DIVORCED) SINGLE WIDOW SEPERATED

List any Medication: No

Physical or Mental Impairments: No

Exhibit 3

Additional contact information

Next of Kin: _____

Relationship: _____

Address: _____
_____

Phone Number: _____


Employer Name: _____

Job Type: _____

Address: _____
_____

Phone Number: _____


Vehicle make: _____

Model: _____

Year: _____

Color: _____

Plate: _____

<u>Exhibit 3</u>

## Eastern Kentucky Corrections Services Inc.

I, *the undersigned defendant,* have received a copy of the court order placing me on home incarceration, or a special condition of bond. I wish to participate **In-Home Detention Program** monitored by *Eastern Kentucky Corrections Services,* Inc. In order to participate in the **In-Home Detention Program.** I agree to abide by the following rules and conditions set forth by *Eastern Kentucky Correction Service, Inc.*

1) I agree to abide by any and all curfew restrictions, and all limitations set forth by court order.

2) I agree to remain at my primary residence at all times unless pre-authorized by court order or in case of a medical emergency. In case of a medical emergency I must notify Eastern Kentucky Corrections Services, Inc. Prior to leaving if possible or as soon as possible upon returning to my primary residence. I must also provide documentation from my health care provider stating the nature of the medical emergency and the time I arrived and left.

3) I understand the duration of my home incarceration will be as court order.

4) I understand that my curfew restrictions will be monitored 24 hours per day by eastern Kentucky corrections services inc.
I understand that I will be monitored by use of an electronic transmitter that is to be worn on my ankle. Which I agree to wear at all times and not tamper with in any way.
I understand that if applicable I will need an active in home landline telephone service to be used with the in home monitor.
I understand that tampering with the electronic ankle bracelet or the in home monitoring equipment, **will result in a felony escape charge being filed against me.**
**I understand that I will be held financially responsible for any damages to, or loss of the electronic monitoring equipment.**

5) I understand that it will be my responsibility to connect the home monitoring equipment as soon as I arrive at my primary residence.

6) I understand the purpose of the monitoring equipment is to alert eastern Kentucky corrections services Inc. if I should violate any court ordered curfews, the loss of a receiving signal from our monitor, or the receipt of any tampering signal. I further agree that a computer printout of any violations will be provided to the courts and may be used as evidence against me in a court of law.

7) I understand that all equipment must be returned to eastern Kentucky corrections services Inc. no later than 24 hours after my court ordered release.

8) I understand that in order to defray the costs of the monitoring equipment and supervision described above that I will be assessed a fee as follows, $ 65.00 onetime hookup fee and $85.00 weekly paid in advance, all payments must be made in cash.

9) I understand that I am responsible for the cost of my home telephone service or any costs associated with the repair of my home telephone service that may be required for our equipment to operate correctly, and electrical service.

<u>Exhibit 3</u>

10) **I understand that I while I am under home incarceration I am prohibited from the consumption of any and all alcoholic beverages, and the use of any illegal drugs or prescription medication not prescribed to me.**

11) I understand that I am not to commit any crime be arrested for any crime. Or be convicted of any crime. Any such violation will result in my removal from the program.

12) I understand that my participation in this program is completely voluntary and no one has coerced or threatened me in any fashion whatsoever to participate in the program.

13) I agree to release eastern Kentucky corrections services Inc. and the sentencing court and to hold those agencies harmless from any liability whatsoever arising from my use of the in-home detention equipment and system. This release and hold harmless is given by me without reservation or limitation of any kind.

14) If hooked up on a GPS unit I understand it is my responsibility to charge my unit at least 2 hours daily every day, if I do not I understand it can result in a violation of the home incarceration program, and a felony escape charge.

15) I understand that if given any type of work release by the court that it is my responsibility to call 24 hours in advance and give my work schedule and contact info of my employer if applicable, and I understand that if I do not that it can result in a violation of home incarceration program and a felony escape charge.

16) I understand that I must at all times have access to a phone of some type and must answer if anyone that is over the home incarceration program calls.

17) I understand that if any violation at all of the home incarceration program will result in my termination from the program and if applicable a felony escape charge.

18) **I acknowledge that I have read and understand all the aforementioned rules by signing below.**

X _Salve Adds_ DATE: 6-18-21
Defendant.

X _B_____ DATE: 6-18-21
Supervisor

Exhibit 3