# Letcher County Sheriff's Department

| Policy # **Ethics** | Related Policies: |
|---|---|
| *This policy is for internal use only and does not enlarge an employee's civil liability in any way. The policy should not be construed as creating a higher duty of care, in an evidentiary sense, with respect to third party civil claims against employees. A violation of this policy, if proven, can only form the basis of a complaint by this department for non-judicial administrative action in accordance with the laws governing employee discipline.* ||
| Applicable State Statutes: K.R.S. 522.030 ||
| CALEA Standard: **1.1.1; 1.1.2; KACP 1.1** ||
| Date Implemented: | Review Date: |

I. **Purpose:** Law enforcement employees, representing government, bear the heavy responsibility of maintaining their own conduct, and the honor and integrity of the government entity that they represent. It is the purpose of this policy to provide additional guidance to the standards of conduct embodied in the law enforcement officer's code of ethics, this agency's mission statement and core values so that employees of this agency will better understand prohibitions and limitations pertaining to their conduct and activities while on and off duty.

II. **Policy:** This Department will maintain the highest standard of integrity by never violating the community's trust. All departmental employees must recognize that they are held to a higher standard than the private citizen because, in addition to representing the Department, they also represent the law enforcement profession. Conduct, on and off duty, must be beyond reproach. Agency employees must avoid any conduct that might compromise the integrity, morale, operations or efficiency of the Department.

III. **Definitions:**
   A. Ethical Conduct: In the context of this policy, ethical conduct means the duty of all employees to conduct themselves at all times in a manner that reflects the ethical standards consistent with the rules and values published by this agency.

IV. **Personal Conduct:**
   A. Oath of Office: All sworn employees will take and abide by an oath of office before assuming sworn status. The oath of office is administered by the agency head or his representative.
   B. Ethical Conduct: The Department will maintain the highest standard of integrity by never violating the community's trust. All departmental employees must recognize that they are held to a higher standard than the private citizen because, in addition to representing the Department, they also represent the law enforcement profession and their local government. Conduct, on and off duty, must be ethical conduct.
   C. All sworn officers shall abide by the Law Enforcement Code of Ethics.

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.
http://www.llrmi.com



EXHIBIT 4

Exhibit 4

D. Abuse of position: Employees shall not use their departmental position, identification card, or badge for:
   a. Personal or Financial gain
   b. Obtaining privileges not otherwise available except in performance of official duty
   c. Avoiding consequences of illegal acts
   d. Employees shall not under any circumstance solicit any gifts, service, gratuity, discount, or anything of value where there is any direct or indirect connection between the solicitation and their Departmental membership, without the expressed written permission of the agency head.
   e. Employees shall not accept any gift, service, gratuity, discount or anything of value, the acceptance of which might tend to influence directly or indirectly their actions in any police business; or which might tend to cast an adverse reflection on the Department or any employee thereof.

V. **Associating with criminal element**: No employee, except in the discharge of duty, may knowingly associate with persons engaged in unlawful activities.

VI. **Informants**: Employees shall maintain a professional relationship with agency informants and shall not have any social, business or any other relationship beyond that required for purposes of agency business with the informant.

VII. **Violations of ethical standards:** Ethical conduct violations will be investigated by the appropriate authority to determine the validity of complaints and to report findings as prescribed by existing policies and procedures.

VIII. **Employee responsibilities:** Employees must exercise judgment, initiative, and sound reasoning in all official transactions; strive for efficiency and effectiveness, exercise restraint in difficult situations, seek self-improvement through formal and informal training, and assist fellow officers whenever possible. In situations where no written directive or supervisory guidance is available, employees are expected to analyze the situation and react in accordance with the mission statement and the core values of this agency.

IX. In the performance of their duty, officers are called upon to make difficult decisions and must exercise discretion in situations where rights and liabilities are affected by conduct and judgment. Decisions are not made easily and involve choices which may cause hardship or discomfort. Police Officers/Sheriff's Deputies must be faithful to their oath of office, the mission statement of this agency, the principles of professional police service, and the objectives of the Department. In the discharge of duty, they must not allow personal motives to govern decisions and conduct.

X. **Conduct Unbecoming and Officer:** The conduct of a public employee, on and off duty, reflects upon the Department. Employees must avoid conduct which might discredit themselves or adversely effect the morale, operations or efficiency of the department.

XI. **Courtesy:** Effective law enforcement depends on a high degree of cooperation between the Department and the public. While the urgency of a situation might preclude ordinary social amenities, discourtesy under any circumstance is indefensible. Employees shall be courteous and civil to the public and others, avoiding harsh, violent, profane, or insolent language or manner, and shall maintain objective attitudes regardless of provocation.

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.
http://www.llrmi.com

Exhibit 4

XII. **Attention to duty:** As most police work is performed without close supervision, responsibility for proper performance of duty lies primarily with the officer. An officer has a responsibility for the safety of the community and his or her fellow officers, and discharges that responsibility by faithful and diligent performance of duty.

XIII. **Financial Obligations:** Employees should avoid incurring financial obligations which are beyond their ability to satisfy.

**Note:** Training-The department will strive to include a component of ethics in all in-service training. The department shall conduct annual in-service training on ethics.

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.
http://www.llrmi.com

Exhibit 4

# Letcher County Sheriff's Department

| Policy # | Related Policies: |
|---|---|
| **Sexual Misconduct** | |

*This policy is for internal use only and does not enlarge an employee's civil liability in any way. The policy should not be construed as creating a higher duty of care, in an evidentiary sense, with respect to third party civil claims against employees. A violation of this policy, if proven, can only for the basis of a complaint by this department for non-judicial administrative action in accordance with the laws governing employee discipline.*

| Applicable State Statutes: K.R.S. 522.030; K.R.S. 510.010 ||
|---|---|
| CALEA Standard: **26.1.3** ||
| Date Implemented: | Review Date: |

I. **Purpose:** Law enforcement officers are empowered with authority by their government to protect the public from criminal activity. When an officer abuses this authority for sexual purposes, and violates another person, the officer not only commits a crime against the victim, but damages the credibility and trust of the entire law enforcement community with the public. The purpose of this policy is caution all officers that any violation of the public trust involving sexual misconduct will result in severe consequences including prosecution to the fullest extent possible.

II. **Policy:** It is the policy of this Department to train all of their officers concerning the potential for criminal sexual misconduct within law enforcement, how to recognize it, and the requirements for reporting any violation to the appropriate authorities.

III. **Definitions:**
   A. Criminal Sexual Misconduct: The abuse of authority by a law enforcement officer for sexual purposes that violate the law.
   B. Sexual Misconduct: Any sexual activity while on-duty or stemming from official duty. Sexual misconduct includes but is not limited to use of official position and official resources to obtain information for purposes of pursuing sexual conduct.
   C. Intimate Part: Genital area, inner thigh, groin, buttocks or breasts of a person.
   D. Actor: The person accused of sexual assault
   E. Sexual Contact: Any contact for the purpose of sexual gratification of the actor with the intimate parts of a person not married to the actor.

IV. **Procedure:**

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.

EXHIBIT 5

Exhibit 4

## Letcher County Sheriff's Department

| Policy # | Related Policies: |
|---|---|
| **Secondary Employment** | |
| *This policy is for internal use only and does not enlarge an employee's civil liability in any way. The policy should not be construed as creating a higher duty of care, in an evidentiary sense, with respect to third party civil claims against employees. A violation of this policy, if proven, can only form the basis of a complaint by this department for non-judicial administrative action in accordance with the laws governing employee discipline.* | |
| Applicable State Statutes: | |
| CALEA Standard: **22.3.3; 22.3.4** | |
| Date Implemented: | Review Date: |

I. **Purpose:** The purpose of this policy is to establish guidelines governing Extra Duty Details and Outside employment by employees of this agency.

II. **Policy:** It is the policy of this Department to allow employees the opportunity to perform extra duty details within the scope of their job classifications and to allow them to engage in outside employment which does not conflict with their official duties.

III. **Definitions:**

   A. **Extra Duty Details:** Performance of law enforcement duties not within regularly scheduled hours provided to any business, person, or enterprise which has made application and been approved for a permit to secure the services of the police agency. These services will be compensated according to a contractual arrangement established by the Department.

   B. **Outside Employment:** Employment of a non-police nature in which vested police powers are not a condition for employment. The work provides no real or implied law enforcement service to the employer and is not performed during assigned hours of duty.

IV. **Procedures**

   A. **Extra Duty Details:** Performance of law enforcement duties not within regularly scheduled hours provided to any business, person, or enterprise which has made application and been approved for a permit to secure the services of the police agency. These services will be compensated according to a contractual arrangement established by the Department.

   a. **Permit Process:** The Department will establish a permit application process that will ensure compliance with all elements of this policy concerning Extra Duty Details. The permit application must be approved prior to members of this agency accepting a detail and the application process will include the following:

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.
http://www.llrmi.com

EXHIBIT 6

Exhibit 4

i. A fee schedule that will specify the hourly rate charged to the permit holder, administrative fee, use of equipment, additional insurance, and the officer's pay rate.

ii. The number of officers required to safely handle the detail.

iii. All fees paid in connection with Extra-Duty Details will be paid directly to this agency and the agency will compensate the officers in accordance with the agreed upon hourly rate.

b. **Appearance:** Officers shall comply with all departmental regulations concerning uniform standards and personal appearance during any Extra Duty Detail.

c. **Schedule:** The Department will assign a supervisor to coordinate the Extra Duty Detail program. The supervisor will ensure that all officers interested in working are provided an equal opportunity for assignment via a rotating list or other mechanism to ensure fairness in the assignments.

d. **Limitations:** The following are examples of limitations upon Extra Duty Details that would not be approved:

i. Officers are not permitted to work more than 24 additional hours per week unless approved in writing by their Commander.

ii. Officers shall not be eligible while on sick leave or within (8) eight hours of a sick leave.

iii. Officers who have received an unsatisfactory evaluation in the previous rating period are not eligible for assignment.

iv. Officers who are under suspension, relieved of duty, or placed on administrative leave are not eligible for assignment.

v. Officers who have not completed the FTO program are not eligible for assignment.

e. **Prohibitions:** Permits will not be issued for the following types of details:

i. Establishments where alcohol is served.

ii. Private Clubs requiring bouncers or related duties.

iii. Private security agencies or private investigation agencies.

iv. Body guard or escort services for transporting merchandise.

v. Adult entertainment Establishments.

vi. Any use of Departmental personnel that is not in the best interest of the Department.

vii. Bail Bondsman

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.
http://www.llrmi.com

Exhibit 4

B. **Outside Employment**: Employment of a non-police nature in which vested police powers are not a condition for employment. The work provides no real or implied law enforcement service to the employer and is not performed during assigned hours of duty.
   a. **Permission Form:** The Department will develop an Outside Employment Request Form which will be utilized whenever an employee seeks to engage in employment during their off duty hours. The form will at a minimum contain the following information:
   b. Description of the type of work to be performed, i.e. teaching, sales, construction, etc. and information concerning the potential employer.
   c. Maximum number of hours per week employee will engage in the outside employment, (no more than 24 hours should be approved).
   d. Statement indicating that no aspect of the employment could be considered questionable in nature such as placement in compromising situations, use of police powers, or have the potential to bring discredit to the Department.
   e. Statement indicating the services rendered will not be connected with security work, investigations, or collection or repossession of property and will not involve any law enforcement duties.
C. **Approval:** Approval to engage in any outside employment will be submitted employee's chain of command, requiring final approval by the agency head. Permission can be withdrawn at any time.
D. **Annual Approval:** An officer who has obtained written approval for outside employment must re-submit application for re-approval on an annual basis.

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.
http://www.llrmi.com

Exhibit 4