I, Officer ___Ben Fields___, have received a copy of the policy manual for the Letcher County Sheriff's Department.

_____   4-13-20
Signature                          Date

Signed before my by Officer ___Ben Fields___ this 13TH day of ___April___, 2020.

_____   9/20/2022
Notary                            Commission expires

*Seal*

Exhibit 5

# MEMORANDUM

I, _____,
received the updated vehicle pursuit policy
on December 23, 2020.

Exhibit 5



6 Broadway Street
Whitesburg, Kentucky 41858

**SHERIFF OF LETCHER COUNTY**

Phone 606-633-2293
Fax 606-633-8780

February 2, 2022

Benjamin Fields
7868 Hwy 931 S
Whitesburg, KY 41858

RE: Termination Letter

Dear Mr. Fields:

After consulting the Letcher County Attorney, Jamie Hatton, this letter is to serve as a notice of termination of your employment. Your services are no longer needed at the Letcher Co. Sheriff's Department.

Shawn Mickey Stines
Letcher Co. Sheriff

Exhibit 5



6 Broadway Street  
Whitesburg, Kentucky 41858

**SHERIFF OF LETCHER COUNTY**

Phone 606-633-2293  
Fax 606-633-8780

# Memorandum

After consultation with the Letcher County Attorney, Jamie Hatton.

Effective January 31, 2022, Court Security Officer Benjamin Fields is hereby suspended without pay.

*[signature]*

Exhibit 5