

**SHERIFF OF LETCHER COUNTY**

6 Broadway Street
Whitesburg, Kentucky 41858

Phone 606-633-2293
Fax 606-633-8780

April 26, 2019

Department of Criminal Justice Training
Funderburk Building
Eastern Kentucky University
521 Lancaster Avenue
Richmond, KY 40475

To Whom It May Concern:

I am writing in regards to CSO Benjamin Fields. He is registered to attend the training on April 29, 2019 for CSO certification. The Letcher County Sheriff's Office does allow full facial hair on any of their employees. If you need any further authorization you can contact or Lt. LaShawna Frazier at 606-633-2293.

Thank you,

*Shawn Mickey Stines*
Shawn Mickey Stines
Letcher County Sheriff

Exhibit 6

| | | | #67 |
|---|---|---|---|
| **CCSO** | **COMPLIANCE SECTION** <br> CERTIFIED COURT SECURITY OFFICER CHECKLIST | | 4/29/19 |

Department of Criminal Justice Training
Compliance Department Funderburk Building
521 Lancaster Ave.
Richmond, KY 40475-3102
Phone: 859-622-5924

**INSTRUCTIONS:** This is a copy of a checklist that will be used during an audit conducted by the Compliance Section. Proof of each item must be retained in the applicant/officer's CCSO file.

Name of Applicant/Officer: Benjamin Fields

Date of Birth: [redacted]  SSN: [redacted]

Agency Name/Department: Letcher Co SO

Hire/Transfer Date: 1/7/19

| ITEM | YES | NO | N/A |
|---|---|---|---|
| 1. Citizen of the United States (Birth Certificate) | ✓ | | Ky |
| 2. Minimum of 21 Years of Age | ✓ | | |
| 3. High School Graduate or G.E.D. | ✓ | | 2004 Ky |
| 4. Valid Operators License | ✓ | | Ky |
| 5. Fingerprints Cards Completed & Mailed to KSP | ✓ | | 12/3/18 |
| 6. Absence of Felony | ✓ | | |
| 7. No Prohibition on Firearm Possession (Federal or State) | ✓ | | |
| 8. Code of Ethics Distributed and Signed | ✓ | | 1/14/18 |
| 9. Has Not Received a Dishonorable Discharge or General Discharge under other than Honorable Conditions | | | |
| 10. Valid Negative Drug Screen Report (10-panel) | ✓ | | 12/12/18 |
| 11. Background Investigation (Form H-1) | | | |
| A. Criminal Offenses | ✓ | | |
| B. Credit Report | ✓ | | |
| C. Employment | ✓ | | |
| D. References | ✓ | | |
| E. Education | ✓ | | |
| 12. Interview Conducted by Agency Executive or Designee | ✓ | | |
| 13. Suitability Screener Results  3E | ✓ | | 11/29/18 |
| 14. Polygraph Results  NSR | ✓ | | 12/17/18 |
| 15. Records Retention/Documentation | ✓ | | |

Comments: _____

Leslie Gannon                                3/13/19
Investigator                                  Date

Revised July 2010

Exhibit 6

# KENTUCKY LAW ENFORCEMENT COUNCIL
## PEACE OFFICER PROFESSIONAL STANDARDS

# BACKGROUND INVESTIGATION

# FORM H-1

It is the determination of the Kentucky Law Enforcement Council that the information in this document is necessary in order to fully and adequately evaluate applicants for peace officer positions. This investigation is required to determine suitability for the position of a peace officer.

*Letcher Co. Sheriff's Dept.*
**Agency**

*Beau Fields*
**Name of Applicant**

NOTE: This form is designed for use of the investigator conducting the background investigation only. This document is <u>never</u> to be used as an application or in any way filled out by the applicant.

Exhibit 6

## BACKGROUND INVESTIGATION

**APPLICANT'S NAME:** Benjamin Fields

**ADDRESS:** ███████████████

Whitesburg Ky 41858
City    State    Zip

**PHONE NUMBER:** ███████████
Home    Work

**DATE OF BIRTH:** ███ **AGE** 33

**HEIGHT:** ___ **WEIGHT:** ___

**RACE:** W **SEX** M

**POSITION:** Court Security

**INVESTIGATOR:** ___

**DATE OF REPORT:** ___

2

Revised 06/18/01

Exhibit 6

# BACKGROUND INVESTIGATION

INSTRUCTIONS: Legibly fill out this form **completely** and **accurately**. If you need extra space, add additional pages and identify the information by item number.

**NOTE: All statements must be verified and certified copies made available of all criminal charges and driving violations. <u>All attachments to this form are mandatory additions.</u>**

1. Obtain from applicant a signed and dated authorization and release form to obtain information and an authorization to release military records.

2. Following is a list of documents that should be collected during this investigation:

    - Computerized Criminal history through NCIC check and domestic violence protective order through NCIC-LINK

    - Certified true copies of warrants for arrest, criminal summonses or any other criminal charges with dispositions as well as any and all traffic offences

    - Driver's History check (in and out-of-state if applicable) (Ask to see Driver's License)

    - Submission of Applicant Fingerprint FBI Cards (2 cards per set)

    - Copy of Birth Certificate and/or Certificate of Naturalization

    - Copy of High School Diploma or certified copy of transcript, GED Equivalency, and College Transcript if applicable

    - Military discharge papers if applicable

    - Copy of Social Security card

    - Credit Report

    - Photograph

Exhibit 6

## INTERVIEW WITH APPLICANT

Conduct a personal interview with applicant and review the optional completed copy of the On-Line Personal History Questionnaire if utilized; to discuss any discrepancies; and, to obtain from the applicant the required documentation from listing on page 3.

*See Attachment I - Questions contained in Attachment I (APPLICANT INTERVIEW QUESTIONS) shall be used during interview.

Date of this Interview: 11/14/18   Investigator's Initial: _____

Summary of Findings: _____

Benjamin Fields has Been A County employee (Mr Fields has A Deputy Jailer for 10 years.) Mr Fields is A life long Letcher County Resident. Mr Fields is read to work any day. Mr Fields was professional during the Interview. well dressed.

4                                       Revised 06/18/01
Exhibit 6

# CRIMINAL OFFENSE RECORD AND DOMESTIC VIOLENCE ORDERS

### ***Be sure to include certified true copies of any findings***

1. Conduct a Criminal History and protective order check utilizing computerized histories from the system to obtain any records from State, local and National files.

   Date Completed: 11/14/18  Investigator's Initials: _[signature]_

   Summary of Findings: No history found results returned 12/3/18.

2. Conduct a search through the computerized files or through personal contact with individual court clerks, to obtain local charges, orders, and dispositions. Be sure to include in the search any counties where applicant resided, attended school, worked, or served in the military. **Again, be sure to obtain certified true copies of all warrants for arrest, criminal summonses, protective orders, and dispositions.**

   Date Completed: 11/14/18  Investigator's Initials: _[signature]_

   Summary of Findings: No history found

3. Obtain two FBI fingerprint applicant cards with ORI imprinted, properly completed, to be mailed to KSP for processing on the State and National levels.

   Date Submitted: 11/14/18  Investigator's Initials: _[signature]_

   Summary of Findings: Completed & mailed 11/14/18

Revised 06/18/01

Exhibit 6

4. Obtain a computerized driver's history check, being sure to conduct an out-of-state check if applicable.

   Date Submitted: 1/30  Investigator's Initials: _JC_

   Summary of Findings: _No records found_

5. Conduct a check of military disciplinary actions or offences, which may have occurred while applicant was in the armed forces, and be sure to document such offenses.

   Date Submitted: ____ Investigator's Initials: _N/A_

   Summary of Findings: ____

### CREDIT REPORT

Obtain a credit check through the local credit bureau and determine the applicant's suitability for financial responsibility.

Date Submitted: ____ Investigator's Initials: ____

Summary of Findings: ____

## PERSONAL AND FAMILY INFORMATION

**See Attachment II** -Questions in Attachment II (QUESTIONS FOR SPOUSE/FAMILY MEMBERS) shall be used for family members.

1. Name and occupation of spouse, if applicable _____
   *Angie Fields*
   *Deputy Jailor*

2. Names, ages and addresses of all dependents. *2*
   *[redacted] - 21*
   *[redacted] - 4*

   *Same address as parents*

   Date Submitted_____ Investigator's Initials: _____

   Summary of Findings: _____


## EMPLOYMENT

*See Attachment III - Questions in Attachment III (EMPLOYMENT HISTORY CHECK) shall be completed.

1. Verify employment history and obtain contact numbers. Be aware of any unaccountable gaps of time and obtain explanation of such gaps in employment from applicant.

   Date Submitted: 11/15/18  Investigator's Initials: _____

   Summary of Findings: _____
   *He has worked for the Letcher County jail for 10 years.*

7

Revised 06/18/01

Exhibit 6

1. **Use Attachment III** (EMPLOYMENT HISTORY CHECK) to conduct a history check for each employment, past and present.

   Date Submitted:_____Investigator's Initials:_____

   Summary of Findings:_____

### REFERENCES

   *See Attachment IV - Questions in Attachment IV (QUESTIONS FOR REFERENCES) shall be utilized.

1. Using the attached "Questions for References," interview all references supplied by applicant and any references developed by investigator.

   Date Submitted:_____Investigator's Initials_____

   Summary of Findings:_____

2. Check Military references, if applicable.

   Date Submitted:_____Investigator's Initials:_____ N/A

   Summary of Findings:_____

Exhibit 6

3. As a suggestion, contact neighbors, landlords, school friends, and any Basic Law Enforcement Training Instructors and/or School Director, if applicable.

   Date Submitted:_____ Investigator's Initials:_____

   Summary of Findings:_____

   Please include Investigator's comments regarding this applicant's suitability to be a peace officer and note any additional observations that warrant reporting, such as: appearance; attitude; interest in criminal justice; conduct during interview; and any other pertinent information._____

   *LaShauna Frazier / Shawn M. Stines*
   Print Investigator's Name

   *[signatures]*
   Signature of Investigator

   Date Completed 11/30/18

Exhibit 6

 

## COMMONWEALTH OF KENTUCKY

## Criminal Identification and Records Branch

Criminal Records Dissemination Section
1266 Louisville Road
Frankfort, KY 40601
Phone (502) 227-8700
ksp.backgroundchecks@ky.gov

**Requesting Agency:**
LETCHER COUNTY SHERIFFS DEPARTMENT
6 BROADWAY STREET
WHITESBURG, KY 41858

**Report Date:** December 03, 2018

**Subject of Criminal Record Check:**

Name: FIELDS, BENJAMIN C

Search Type: Criminal Justice Employment (FBI)

Transaction Number: 200000953378

**Criminal History Search Results:**
A Criminal History record was NOT found on the above individual.

**Sex Offender Registry Search Results:**
The above individual is not currently listed on the Dru Sjodin National Sex Offender Public Website.

This response is based on a statewide search of CCH utilizing the fingerprints provided for the criminal record check subject.

Certified By: _Monya Stivers_

The Kentucky State Police Criminal Records Section has conducted a search of the Kentucky Computerized Criminal History (CCH) Repository on the individual listed above. The Repository does not necessarily contain all arrest data, but only that which has been reported to the Kentucky CCH and is available for the dissemination under state and federal law.



Exhibit 6



Criminal Identification and Records Branch
Criminal Records Dissemination Section
1266 Louisville Road
Frankfort, KY 40601
Phone (502) 227-8700 or via Web @ www.kentuckystatepolice.org

**Requesting Agency:**
LETCHER COUNTY SHERIFFS DEPARTMENT
6 BROADWAY STREET
WHITESBURG, KY 41858

**Report Date:** December 3, 2018

**Subject of FBI Check:**

**Name:** FIELDS, BENJAMIN C
**DOB:** 01/02/1986

# FBI SEARCH RESULTS
# *** NON-IDENT ***

THE PROCESSING OF THE FINGERPRINTS YOUR AGENCY SUBMITTED FOR THE INDIVIDUAL ABOVE FAILED TO DISCLOSE A PRIOR CRIMINAL HISTORY RECORD INDEXED IN THE FBI FILES. THE FINGERPRINT CARD IS BEING DESTROYED.

Exhibit 6



# KENTUCKY LAW ENFORCEMENT COUNCIL

**Matthew G. Bevin**
Governor

**John C. Tilley**
Justice & Public Safety Cabinet Secretary

**Fran Root**
Executive Director

Nov 26, 2018

Danny R. Webb
Letcher Co. Sheriff
6 Broadway St.
Whitesburg, KY 41858

Dear Sheriff Webb:

In compliance with the Peace Officer Professional Standards, Telecommunicator Professional Standards and/or the Certified Court Security Officer Act, the Kentucky Law Enforcement Council administered the Suitability Screener to the following applicant:

Benjamin C Fields

If the applicant completed their on-line PHQ and submitted it electronically, results can be downloaded by a designee from your agency in approximately five business days. If you have not been given a password from LESI to obtain reports, please contact them at (336) 852-6902. The agency head is responsible for confidentiality of the test results which much not be photocopied or shared with the applicant. After reviewing the report from LESI, you may call our office to schedule Phase II testing (polygraph/drug screen).

Should you have any questions pertaining to the results, please contact me at (859) 622-6218.

Sincerely,

Fran Root
Executive Director
Kentucky Law Enforcement Council

Exhibit 6