**Exhibit 7** – Audio Files from Detective Matt Easter criminal investigation

Attachment 2 - Sabrina Adkins audio interviews (3 files).

Exhibit 7