UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                                                 PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;

EASTERN KENTUCKY CORRECTIONS
SERVICES INC.

and MICKEY STINES,
LETCHER COUNTY SHERIFF                                                                  DEFENDANTS

---

**PROPOSED ORDER**

---

The Defendants, MICKEY STINES, Letcher County Sheriff and BEN FIELDS, in his official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department, by and through counsel,, by and through counsel, having moved the Court for entry of summary judgment in their favor, and the Court, after considering the briefs filed by the parties and the record herein, finds that there is no genuine issue as to any material fact and that the moving defendants are entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED that all claims of the plaintiff against the defendants be and they are hereby DISMISSED, with prejudice, at the cost of the plaintiff.

This \_\_\_\_ day of _____, 2025.

_____
JUDGE, U. S. DISTRICT COURT