UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                  PLAINTIFFS,

V.                              **ORDER**

BEN FIELDS, *et al.*,                                                 DEFENDANTS.

*** *** *** ***

By prior order, a settlement conference in this matter was scheduled to occur on February 11, 2025, at the United States Courthouse in Pikeville, Kentucky. [R. 125]. However, due to inclement weather, the settlement conference was canceled. [R. 137]. After discussing the matter with counsel, however, the undersigned has determined that all parties are available to participate in the settlement conference on April 29, 2025. Accordingly,

IT IS ORDERED that this matter shall come before the undersigned for a settlement conference on **April 29, 2025, at 10:00 A.M.** in the United States Courthouse at PIKEVILLE, Kentucky. The conference will be conducted in-person, and all participants must attend in-person.

Signed February 11, 2025.



Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**