UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA


SABRINA ADKINS AND
ESTATE OF JENNIFER HILL                    PLAINTIFFS


VS:       DEPOSITION OF PATTY STOCKHAM

BEN FIELDS, Individually
And in his Official Capacity as
a Deputy Sheriff with the
Letcher County Sheriff's Department

EASTERN KENTUCKY CORRECTIONAL
SERVICES INC.

AND

MICKEY STINES, LETCHER COUNTY SHERIFF
Individually and in his Official
Capacity as Sheriff of the Letcher
County Sheriff's Department

* * * * * * * * * * * *

        The Deposition of PATTY STOCKHAM was taken

on behalf of Plaintiff on July 11, 2024 at the law

office of Don Jones, 327 Main street, Suite 201

Paintsville, Kentucky.

        Said deposition was taken pursuant to

notice, previously filed, and is to be used for

purposes of discovery and all other purposes

permitted by the Rules of Civil Procedure.


# EXHIBIT A

APPEARANCES

ON BEHALF OF PLAINTIFF:

            HON. BETHANY BAXTER
            201 WEST SHORT STREET, STE 300
            LEXINGTON, KY 40507
            bethany@jchilderslaw.com

            HON. JANET STUMBO
            124 WEST STREET
            PRESTONSBURG, KY 41653

ON BEHALF OF DEFENDANTS:

            HON. JOHN KELLY
            303 SOUTH MAIN STREET
            LONDON, KY 41743
            jason@wftlaw.com

            HON. JONATHAN SHAW
            P.O. DRAWER 1767
            PAINTSVILLE, KY 41240
            jshaw@psbb-law.com

            HON. DON JONES
            P.O. BOX 276
            PAINTSVILLE, KY 41240
            d@djoneslawoffice.com

Also Present:     Sabrina Adkins via Zoom

INDEX

CAPTION PAGE . . . . . . . . . . . . 1

APPEARANCES. . . . . . . . . . . . . 2

INDEX. . . . . . . . . . . . . . . . 3

DIRECT EXAMINATION BY:

     HON. BETHANY BAXTER . . . . . . . 4-167

REPORTER'S CERTIFICATE. . . . . . . . 168

Plaintiff's Exhibits 1, 2, 3, 4, 5, 6, 7, and 8

Defense Exhibit 1

1        WHEREUPON, PATTY STOCKHAM, THE WITNESS, HAVING

2    BEEN DULY SWORN BY THE COURT REPORTER, WAS EXAMINED

3    AND TESTIFIED AS FOLLOWS:

4                    **DIRECT EXAMINATION**

5    **MS. BAXTER:**

6    Q        Good morning.  We met earlier today.  My

7             name is Bethany Baxter, and I represent

8             the plaintiffs in this case, Sabrina

9             Adkins and the Estate of Jennifer Hill.  I

10            have with me today Janet Stumbo who is co-

11            counsel with Mr. Pillerdorf's office, and

12            I guess first question, have you ever

13            given a deposition before?

14   A        No.

15   Q        Okay.  As your attorney may have told you,

16            it is a fairly informal process.  I am

17            going to ask you some questions today.

18            You are under oath, so your job is to

19            answer the question truthfully and to the

20            best of your ability.  If I ask you a

21            question that doesn't make sense or if I

22            talk too fast, which I am prone to do,

23            just ask me to repeat it or rephrase it,

24            and I am happy to do that.

25   A        Okay.

| | | |
|---|---|---|
| 1 | Q | If you don't ask me to repeat or rephrase |
| 2 | | the question, I am going to assume that |
| 3 | | you understood my question, and that your |
| 4 | | answer is responsive to that question. |
| 5 | | Does that sound fair? |
| 6 | A | Sounds fair. |
| 7 | Q | Other thing that is often an issue here is |
| 8 | | that sometimes folks respond with a shake |
| 9 | | of the head or an uh-huh or uh-uh, and as |
| 10 | | you know, there is a court reporter here, |
| 11 | | he is taking down everything that is being |
| 12 | | said, and the purpose for that is so that |
| 13 | | we can come back and read it, and remind |
| 14 | | ourselves what you said.  So I will try to |
| 15 | | remind you if I catch you doing that, but |
| 16 | | I need you to respond with yes or a no, so |
| 17 | | we have a clear record. This is not an |
| 18 | | endurance test, so if you want to take a |
| 19 | | break at any point, happy to do that, and |
| 20 | | just let me know if you want to take a |
| 21 | | break, and my only request is that is if I |
| 22 | | had asked you a question, I would like you |
| 23 | | to answer that question before we take a |
| 24 | | break. |
| 25 | A | Okay. |

| | | |
|---|---|---|
| 1 | Q | Well, let's start here.  What is your full |
| 2 | | name?  Sway your full name for the record? |
| 3 | A | Patty Darlene Stockham. |
| 4 | Q | Patty, where were you born? |
| 5 | A | Majestic, Kentucky. |
| 6 | Q | What county is that? |
| 7 | A | Pike County. |
| 8 | Q | Okay.  And did you live in Majestic, I |
| 9 | | guess, through high school? |
| 10 | A | No. |
| 11 | Q | Just kinda of walk me through where that |
| 12 | | you lived through high school? |
| 13 | A | Pikeville. |
| 14 | Q | So where did you move, I guess, from |
| 15 | | Majestic? |
| 16 | A | To Pikeville. |
| 17 | Q | To the City of Pikeville? |
| 18 | A | Yeah. |
| 19 | Q | Okay.  And then, did you go to college |
| 20 | | after graduating high school? |
| 21 | A | Yes. |
| 22 | Q | Where did you go to college? |
| 23 | A | Pikeville College. |
| 24 | Q | What did you study? |
| 25 | A | I just went a year. |

| | | |
|---|---|---|
| 1 | Q | Okay. After that one year at Pikeville |
| 2 | | College, did you start working somewhere? |
| 3 | A | No. |
| 4 | Q | Were you married? |
| 5 | A | I got married. |
| 6 | Q | Okay.  Who did you get married to? |
| 7 | A | John, Johnny Greer. |
| 8 | Q | Okay. And how long were you married to |
| 9 | | Johnny Greer? |
| 10 | A | 32 years. |
| 11 | Q | Did you and Mr. Greer have any children? |
| 12 | A | Two. |
| 13 | Q | What are their names? |
| 14 | A | Amy and Todd. |
| 15 | Q | Do they live in Eastern Kentucky? |
| 16 | A | Yes. |
| 17 | Q | What county do they live in? |
| 18 | A | Pike County. |
| 19 | Q | Is Amy married? |
| 20 | A | Yes.  Todd lives in Louisville. |
| 21 | Q | Okay.  What is Amy's married name? |
| 22 | A | Ratliff. |
| 23 | Q | And she lives in Pike County? |
| 24 | A | Yes. |
| 25 | Q | After Johnny Greer, have you been married |

1          to any other persons?

2     A    Joe Stockham.

3     Q    Okay.  When did you marry Joe Stockham?

4     A    2007.

5     Q    And did your marriage with Johnny Greer

6          end in divorce?

7     A    Deceased.

8     Q    And then, you married Mr. Stockham in

9          2007.  Did you live with Mr. Stockham in

10         Pike County also?

11    A    No.

12    Q    Did you move from Pike County in 2007?

13    A    Yes.

14    Q    Where did you move to?

15    A    South Shore, Kentucky.

16    Q    Is that in Boyd County?

17    A    That is in Greenup County.

18    Q    And you still live in Greenup County

19         today?

20    A    Yes.

21    Q    Okay. We are here to talk about Eastern

22         Kentucky Correctional Services.  Were you

23         marred to Mr. Greer at the time that

24         company was founded?

25    A    Founded, yes.

| | | |
|---|---|---|
| 1 | Q | And I guess, just help me understand why |
| 2 | | you and Mr. Greer, how you came to start |
| 3 | | that company and what the company started |
| 4 | | to do, what kind of services it was meant |
| 5 | | to provide? |
| 6 | A | I don't know why he started it.  Okay. |
| 7 | Q | Did he have a different company before |
| 8 | | then?  What kind of work did he do? |
| 9 | A | He was the Pike County Jail Administrator. |
| 10 | Q | Okay. What does a Pike County Jail |
| 11 | | Administrator do? |
| 12 | A | I don't know. |
| 13 | Q | Did you work outside the home in 1987? |
| 14 | A | No. |
| 15 | Q | Did you have young kids, I assume, at that |
| 16 | | time? |
| 17 | A | Yes. |
| 18 | Q | I was a young kid at that time, so I am |
| 19 | | probably about the same age as your kids. |
| 20 | | So Johnny Greer started Eastern Kentucky |
| 21 | | Corrections Services. What did you |
| 22 | | understand that company to do? |
| 23 | A | It was a house arrest program. |
| 24 | Q | Okay. Did he quit his job with the jail? |
| 25 | A | No. |

1    Q        Okay. So he continued working with the

2             jail and also started this house arrest

3             company?

4    A        Yes.

5    Q        And at that time, did the house arrest

6             company did they utilize ankle monitors?

7    A        Yes.

8    Q        Did he have any partners in that business?

9    A        No.

10   Q        If you know, at that time, was there any

11            sort of oversight by the Court System as

12            far as how he operated?

13   A        I don't know.

14   Q        I saw some reference in the Articles of

15            the Corporation to a person names Stanley

16            Wilkens; do you know who that is?

17   A        Yes.

18   Q        Who is Stanley Wilkens?

19   A        He used to work for my husband.

20   Q        Okay. In what capacity?

21   A        He ran home incarceration for him while he

22            - -

23   Q        Do you want to finish your sentence?

24   A        He worked for him, because John was the

25            jail administrator.

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | And there was a difference office. |
| 3 | Q | So aside from Mr. Wilkens, were there |
| 4 | | other folks who also worked for Eastern |
| 5 | | Kentucky Correction Solutions during that |
| 6 | | time period? |
| 7 | A | No. |
| 8 | Q | Okay.  Did Eastern Kentucky Correction |
| 9 | | Solution - - And how about this, I am |
| 10 | | going to start calling it EKCS for short. |
| 11 | | Did EKCS did they operate in Pike County? |
| 12 | A | Yes. |
| 13 | Q | Did they operate in any other county? |
| 14 | A | At one time, Floyd County, Knott County, |
| 15 | | Letcher County.  There is another one, but |
| 16 | | I can't remember which one it was. Leslie |
| 17 | | County.  There is another one, but I can't |
| 18 | | remember. |
| 19 | Q | Harlan? |
| 20 | A | Not at that time, no. |
| 21 | Q | Just so that I am clear, at that time - - |
| 22 | | What time period are you talking about |
| 23 | | when EKCS operated in those counties that |
| 24 | | you just named? |
| 25 | A | I don't really know, I can guess. |

1    Q        Well, do your best to identify the time

2             period?

3    A        Okay. Probably in the '90s or '95.

4    Q        Okay.  I saw that in April 1998 the

5             registered agent for EKCS was changed from

6             Stanley Wilkens to you; do you recall

7             that?

8    A        I don't recall that.

9    Q        So you don't recall why you would have

10            been identified as a registered agent at

11            that time period?

12   A        Not at that time, no.

13   Q        Did you start to take a more active role

14            in the company in the '90s?

15   A        No.  I covered some of the counties, I

16            think, in the '90s.

17   Q        Okay.  Explain to me what you mean by

18            that?

19   A        Okay. I would go to Floyd County, Knott

20            County, Letcher County, and I would hook

21            them up on home incarceration, if the

22            Judge had anyone to go on home

23            incarceration.

24   Q        Okay. How would you have been notified

25            that the Judge had folks to go on home

1          incarceration?

2     A    I would just go to Court that day.

3     Q    Were there other home incarceration

4          companies operating in those counties

5          during that time period?

6     A    No, we were the first ones to start it.

7     Q    And here is another thing I didn't say.

8          Let me finish my question before you start

9          answering, and you might know exactly what

10         I am about to say and so forth, so

11         purposes of the record, that is helpful.

12         So I think I heard you say that you, EKCS

13         was the first home incarceration company

14         in those counties and at least through the

15         1990s there were no competitor home

16         incarceration companies; is that correct?

17    A    Yes.

18    Q    So you were also saying that you would go

19         to Court in a number of counties and sit

20         in, I guess, during the Hearings and see

21         if folks needed to be on home

22         incarceration and sign them up. Is that

23         how is worked?

24    A    Yes.

25    Q    Okay. Did you have other folks who were

1          sorta assigned to particular counties to

2          do that during that time period?

3     A    No.

4          **MR. JONES:** Make sure that you let her finish

5          the question even though you know what she is

6          going to say.

7     A    Okay.

8     Q    I know that is hard.

9          **MR. JONES:** She might sneak in a different word

10         that you were expecting.

11    A    Okay. Sorry.

12    Q    What would happen if no one showed up on a

13         certain and the Judge wanted to put

14         someone on home incarceration?

15    A    I don't know what he did.

16    Q    Okay. I think you said that one of the

17         counties that you worked in was Letcher

18         County during that time period?

19    A    Yes.

20    Q    Do you remember who the Judge was at that

21         point?

22    A    Collins.

23    Q    Did you know Judge Collins personally?

24    A    No.

25    Q    Did you get to know Judge Collins

| | | |
|---|---|---|
| 1 | | personally during the course of working |
| 2 | | with EKCS? |
| 3 | A | What do you mean by personally? |
| 4 | Q | Well, did you ever like send him Christmas |
| 5 | | presents or happen to see him socially, |
| 6 | | did you have his phone number? |
| 7 | A | No. |
| 8 | Q | At some point, you became President of |
| 9 | | EKCS? |
| 10 | A | Yes. |
| 11 | Q | Do you remember when that was? |
| 12 | A | No. |
| 13 | Q | Would it have been after your husband |
| 14 | | passed away or before? |
| 15 | A | It was before. |
| 16 | Q | And why was it that you became President? |
| 17 | A | My husband had Leukemia. |
| 18 | Q | So at the time you became President, were |
| 19 | | there any other employees working with |
| 20 | | EKCS? |
| 21 | A | Mickey Stines. |
| 22 | Q | Okay. |
| 23 | A | I think that was it. |
| 24 | | **MS. STUMBO:** I am sorry.  What was the last |
| 25 | | name? |

1    A       Stines, S-T-I-N-E-S.

2    **MS. STUMBO:** Thank you.

3    Q       And when you hired Mickey Stines, what was

4            his job title and duties?

5    A       He was a representative for home

6            incarceration for EKCS, Inc.

7    Q       Okay.  What would he do as a

8            representative?

9    A       He worked in Letcher County and when the

10           Judge had someone to go on home

11           incarceration, he hooked them up on home

12           incarceration.

13    Q      Okay.  I believe you said that Mr. Stines

14          worked for EKCS for around 20 years?

15    A      Uh-huh.

16    **MR. JONES:** Say yes or no.

17    A      Yes.

18    Q      And I think that he quit working for EKCS

19          around 2020, 2021; is that correct?

20    A      2019.

21    Q      '19, okay.  So does that mean he started

22          working for EKCS around 1999 to the best

23          of your recollection?

24    A      To the best of my recollection, yes.

25    Q      Okay.  So I am curious, I guess, I will

| | | |
|---|---|---|
| 1 | | start here.  How many counties was EKCS |
| 2 | | performing home incarcerations services |
| 3 | | for in 1999 or the late '90s more |
| 4 | | generally? |
| 5 | A | I think at that time, it was just Letcher |
| 6 | | County. |
| 7 | Q | Okay. So do you recall why that you quit |
| 8 | | performing home incarceration services in |
| 9 | | Leslie, Knott and Floyd counties? |
| 10 | A | Lon May started doing home incarceration. |
| 11 | Q | Okay. |
| 12 | A | And he is from Floyd County. |
| 13 | Q | So if I was a Circuit Judge in Floyd |
| 14 | | County, do I get to pick if I am putting |
| 15 | | my person on home incarceration with EKCS |
| 16 | | or Lon May's company or how does that |
| 17 | | work? |
| 18 | A | I guess, they choose. |
| 19 | Q | The judges get to choose? |
| 20 | A | Uh-huh. |
| 21 | Q | Okay. |
| 22 | | **MR. JONES:** Yes or no? |
| 23 | A | I am sorry. |
| 24 | | **MR. JONES:** Yes or no? |
| 25 | Q | I think that was a yes; correct? |

1    A        Yes.

2    Q        Okay.  And what about Pike County?

3    A        What about it?

4    Q        I guess, at some point, where you still

5             providing home incarceration services in

6             the late 1990s?

7    A        Yes.

8    Q        And at some point, you stopped performing

9             those services in Pike County; correct?

10   A        Yes.

11   Q        And why did you stop working in Pike

12            County?

13   A        Politics.

14   Q        Okay.  Explain that more to me about that?

15   A        After my husband passed away, he went with

16            another company, the Judge did.

17   Q        The Judge did.  What was that other

18            company?

19   A        I am thinking it is Task, Incorporated, T-

20            A-S-K, Incorporated, I think, now.

21   Q        Do you know who owns Task?

22   A        Brian Daniels.

23   Q        Okay. Was there ever any written contacts

24            or agreements with any of these judges

25            related to performing home incarceration

| | | |
|---|---|---|
| 1 | | services? |
| 2 | A | No. |
| 3 | Q | Any other incentives that EKCS would have |
| 4 | | given to a Circuit Judge to implore them |
| 5 | | to choose your services? |
| 6 | A | No. |
| 7 | Q | Are you aware of any other companies |
| 8 | | having ever done that? |
| 9 | A | No. |
| 10 | Q | Okay.  By the late 1990s, I think you said |
| 11 | | to the best of your recollection, your |
| 12 | | company was only performing services in |
| 13 | | Letcher County; correct? |
| 14 | A | Yes. |
| 15 | Q | Okay. So is Letcher County a less |
| 16 | | political place than some of these other |
| 17 | | counties that you references? |
| 18 | A | I think that we were the only home |
| 19 | | incarceration program there. |
| 20 | Q | You have never been aware of any other |
| 21 | | alternatives to EKCS for home |
| 22 | | incarceration in Letcher County? |
| 23 | A | No. |
| 24 | Q | So after you became President, were there |
| 25 | | any other employees of EKCS aside from |

1              Mickey Stines?

2      A      No.

3      Q      Okay. And at the time that you hired

4              Mickey Stines, did he hold any kind of

5              elected offices at that time?

6      A      No.

7      Q      Did he have any other employment aside

8              from working for EKCS?

9      A      he worked for the jail.

10     Q      Okay.  Do you know what his position was

11             at the jail?

12     A      No.

13     Q      Okay.  How did you come to meet him and

14             hire him?

15     A      Through Judge Woods.

16     Q      Okay.  I am not familiar with Judge Woods.

17             Was he a Judge in Letcher County?

18     A      He was.  He has passed away.

19     Q      Okay. Do you recall how you met Judge

20             Woods?

21     A      Yes.  I was doing the hookups in Letcher

22             County at that time.

23     Q      And he recommended Mickey Stines to you?

24     A      Yes.

25     Q      Do you recall anything about what he told

| | | |
|---|---|---|
| 1 | | you about Mr. Stines when he made that |
| 2 | | recommendation to you? |
| 3 | A | Nope. |
| 4 | Q | And I think that you said that he worked |
| 5 | | at the jail.  Was he - - I guess he was |
| 6 | | not the elected jailer, but, maybe, a |
| 7 | | deputy jailer? |
| 8 | A | Right. |
| 9 | Q | Okay. Did you provide Mr. Stines at the |
| 10 | | time with any kind of training on how to |
| 11 | | perform these home incarceration services? |
| 12 | A | Yes. |
| 13 | Q | Okay.  What do you recall of that |
| 14 | | training? |
| 15 | A | I trained him myself. |
| 16 | Q | So explain to me what that training would |
| 17 | | have entailed? |
| 18 | A | Okay.  He came to our office and I |
| 19 | | explained the program to him, gave him a |
| 20 | | list of what his duties were, told him |
| 21 | | about the contract that the defendant had |
| 22 | | to sign, he had to take an application, |
| 23 | | and he had to have a Court Order stating |
| 24 | | that were to go on home incarceration, and |
| 25 | | once he got the information, he was to |

1          call me, send - - At that time, we didn't

2          have the cell phones. Call me and give e

3          the information.  I would put it into the

4          computer, and then, the transmitter would

5          be activated, and at that time, we didn't

6          have GPS.  It was just a monitor that

7          hooked in-line with their telephone, and

8          it would let me know if they got out of

9          range.  I didn't know where they were

10         going.  I just knew they were out of

11         range.  Then, I showed him how to put the

12         transmitter on their ankle and how to do

13         it.

14    Q    Okay. And when you say hook them into the

15         computer, and you referenced knowing when

16         they were out of range, is that

17         information that would come to you through

18         this computer system?

19    A    Yes.

20    Q    So would you have to then tell Mickey

21         Stines, hey, you know, so-and-so is out of

22         range you need to check on this person?

23    A    Yes.

24    Q    Okay. So Mickey Stines would only have

25         that information if it came through you

1              first?

2     A       Yes.

3     Q       Okay. Do you recall what the software or

4              program was that you used at that time?

5     A       No.

6     Q       That is fine. At what point did Mickey

7              Stines stop being an employee of EKCS?

8     A       December of 2018.

9     Q       Okay. And why did he stop being employed

10             with EKCS?

11    A       He ran for sheriff.

12    Q       I guess I want to clarify one thing.  I

13             thought I understood from your Discovery

14             Responses that Mr. Stines was not an

15             employee but an independent contractor?

16    A       Yes.

17    Q       So was he ever an employee?

18    A       No.

19    Q       Okay.  So he was always an independent

20             contractor, he was never a W-2 employee?

21    A       Yes.

22    Q       So in 1999 or thereabouts as I understand

23             it, Mickey Stines was the only independent

24             contractor for EKCS.  At some point you

25             hired more independent contractors; is

1                  that correct?

2       A          Yes.

3       Q          It looks like at some point you started

4                  providing home incarceration in Harlan

5                  County?

6       A          Yes.

7       Q          How did that relationship with Harlan

8                  County get established?

9       A          I can't think of his last name. There was

10                 a guy named Jack Miniard, that is his

11                 name.

12                 Jack Miniard, who used to work for my

13                 husband, and he did the home incarceration

14                 in Harlan County.  He was an acquaintance

15                 he worked in the same company as my

16                 husband.

17      Q          That company being EKCS?

18      A          No, he worked in another company.

19      Q          What was the other company?

20      A          My husband worked for Big Sandy Area

21                 Development.

22      Q          When you say your husband, are you talking

23                 about Joe Stockham?

24      A          Yes.

25      Q          Okay.  What did he do with Big Sandy Area

1           Development?

2    A      I don't know.

3    Q      Do you know his job title?

4    A      Employment Specialist, maybe.

5    Q      Okay.  Has Mr. Stockham ever had any kind

6           of responsibilities or role in running

7           EKCS?

8    A      Yes.

9    Q      Okay.  So what is his role - - Or when did

10          his role - - when did he start having an

11          active role in EKCS?

12   A      I don't know the exact year.  But he would

13          take equipment to someone, if they needed,

14          and he helped in the office if I needed

15          things printed that type of thing.

16   Q      So I thought you said earlier that you all

17          got married in 2007?

18   A      Yes.

19   Q      Did he start working with EKCS prior to

20          2007?

21   A      No, no.  Jack Miniard was after the '99,

22          he was after that.  He was in 2000s

23          something.  I am sorry.

24   Q      That is okay I am just trying to clarify.

25          So as I understood you to say your husband

| | | |
|---|---|---|
| 1 | | Joe Stockham knew Jack Miniard through the |
| 2 | | Big Sandy Area Development District? |
| 3 | A | But that was after '99, way after. |
| 4 | Q | Right. |
| 5 | A | At that time, we weren't in Harlan County |
| 6 | | when we were in Letcher County. Okay? |
| 7 | Q | That is what I am trying to understand. |
| 8 | | You were in Letcher County around the year |
| 9 | | 2000 and then sometimes thereafter, you |
| 10 | | started working in Harlan County? |
| 11 | A | Harlan County was probably were probably |
| 12 | | the last two or three years. |
| 13 | Q | Okay. |
| 14 | A | Sorry about that. |
| 15 | Q | That is okay.  So how did you establish |
| 16 | | that relationship providing home |
| 17 | | incarceration services in Harlan County? |
| 18 | A | I was just looking for someone and my |
| 19 | | husband said I know someone who lives in |
| 20 | | Harlan, and he worked with my husband. |
| 21 | Q | So Mr. Miniard helped you establish that |
| 22 | | relationship? |
| 23 | A | Yes. |
| 24 | Q | Okay. Do you know anything more about how |
| 25 | | he went about - - |

```
1    A        No.

2    Q        Okay.  I also see based on your Discovery

3             Responses that you guys were also working

4             or have worked in the last ten years in

5             Pike County?

6    A        Not in the last ten years.

7    Q        Okay. I have got a name James Butler here?

8    A        He was just hired recently this year.

9    Q        So what does he do in Pike County or does

10            he do work for you in Pike County?

11   A        Yes, he does.

12   Q        Is that work home incarceration electronic

13            monitoring?

14   A        Yes.

15   Q        Is EKCS providing home incarceration

16            services to folks in Pike County?

17   A        Yes.

18   Q        Okay.  How did that relationship get re-

19            established?

20   A        I needed someone in Pike County and the

21            lady that hired Joe Stockham, my husband,

22            it is her husband.

23   Q        Okay. So it sounds like maybe the politics

24            have changed in Pike County, and Brian

25            Daniels doesn't control all of Pike County
```

| | | |
|---|---|---|
| 1 | | any more? |
| 2 | A | He is still in Pike County. |
| 3 | Q | Okay. So how did you guys reintegrate back |
| 4 | | into Pike County? |
| 5 | A | I went and met with some of the judges, |
| 6 | | and told them that I had a home |
| 7 | | incarceration program and it was a lot |
| 8 | | cheaper than what Brian Daniels was |
| 9 | | charging. |
| 10 | Q | Do you know what Brian Daniels was |
| 11 | | charging? |
| 12 | A | Now this is hearsay. |
| 13 | Q | That is fine. |
| 14 | A | $500 for hookup, $500 a month. |
| 15 | Q | And so which judges did you speak to? |
| 16 | A | Judge Hall and he also called Judge May. |
| 17 | Q | Okay. Did you have a conversation directly |
| 18 | | with Judge May? |
| 19 | A | No. |
| 20 | Q | After having the conversation with Judge |
| 21 | | Hall, you started getting folks referred |
| 22 | | to EKCS for home incarceration? |
| 23 | A | A few. |
| 24 | Q | Do you know much about how that referral |
| 25 | | process works?  Did they call you up and |

1    tell you we have someone here that we want

2    to - -

3  A    No, I would go to Court every Thursday.

4    **MS. STUMBO:** When they did the guilty pleas.

5  Q    Okay. So does Joe Stockham, does he hold

6    any kind formal role or like job title

7    within EKCS?

8  A    No.

9  Q    Let me finish, I know it is hard.

10  A    Sorry.

11  Q    And all of the individuals that we just

12    spoke to, they are all independent

13    contractors also?

14  A    Yes.

15  Q    Does EKCS have any kind of general

16    commercial liability insurance?

17  A    No.

18  Q    Has EKCS ever had a TGL policy to your

19    knowledge?

20  A    Explain that?

21  Q    Or just any kind of insurance policy?

22  A    No.

23  Q    Does EKCS own any real property?

24  A    No.

25  Q    What is the office or where is your office

1              now?

2    A         In South Shore.

3    Q         Okay.  Do you run it out of your home?

4    A         I have an office that is not attached to

5              my home.

6    Q         Okay.  But I guess it is on the same

7              parcel of property as your home?

8    A         Yes.

9    Q         I saw in more recent filing with the

10             Secretary of State that you are listed as

11             President, Secretary, Treasurer and Vice

12             President; is that still true?

13   A         Yes.

14   Q         Was that also true in 2022 and 2023?

15   A         Yes.

16        **MR. JONES:** Do you need to take a break and

17   walk around?

18   A         No, I am okay.

19        **MR. JONES:** If you do, just let us know.

20   A         Okay.

21   Q         What kind of qualifications did EKCS for

22             people they hired independent contractors

23             to perform these home incarceration

24             services?

25   A         Explain?

1    Q        If you are hiring someone, do they have to

2             have a certain level of education?  Do

3             they have to pass a background check,

4             anything like that?

5    A        No. Background checks, I usually go by

6             what the judges recommend.

7    Q        Okay.

8    A        Who the judges recommend.

9    Q        Okay.  I thought I heard you say earlier

10            that - - No judges recommended James

11            Butler; is that correct?

12   A        No, no.

13   Q        And no judges recommended Jack Miniard?

14   A        Right.

15   Q        What about Matt Cope, is that another

16            person who worked as an independent

17            contractor?

18   A        When - - Let me think of his name again.

19            Jack Miniard, I have a hard time thinking

20            of his name.  When Jack Miniard decided

21            that he didn't want to do it any more, he

22            recommended Matt Cope.

23   Q        Okay.  So Jack Miniard didn't work for you

24            all that long?

25   A        No.

1    Q         Okay. Are there any competing companies

2              providing home incarcerations services

3              over in Harlan County?

4    A         I don't know.

5    Q         So I guess James Butler was referred to

6              you through a mutual friend or

7              acquaintance; correct?

8    A         Yes.

9    Q         Jack Miniard was referred to you through a

10             mutual friend or acquaintance; correct?

11   A         Yes.

12   Q         Matt Cope was referred to you by Jack

13             Miniard?

14   A         Yes.

15   Q         And then, I have got some names of folks

16             who worked for you in Letcher County.  I

17             think you said that Mickey Stines was

18             recommended by Judge Woods?

19   A         Yes.

20   Q         And Ben Fields, was he - - He was

21             recommended to you by Mickey Stines;

22             correct?

23   A         Yes.

24   Q         And Alana Hensley, was she recommended to

25             you by Judge Mullins?

```
 1    A        Yes.

 2    Q        And I also have a name Marty Holbrook, who

 3             is that?

 4    A        He worked after Alana quit.

 5    Q        Okay. So Alana is no longer working for

 6             EKCS?

 7    A        No.

 8    Q        How long did she work for you all?

 9    A        Maybe eight months.

10    Q        Okay.  Why did she quit?

11    A        She did not want her checks made out to

12             Alana Hensley, LLC, and I said it has to

13             be made out that way, and she said, well,

14             I can not work for you if you don't make

15             it out to Alana Hensley, and I said, well,

16             I don't guess you will be working for me.

17    Q        Did Alana Hensley register a LLC?

18    A        Yes.

19    Q        Did you ask her to do that before she

20             could work for you?

21    A        Yes.

22    Q        Have you ever required that of any

23             independent contractors?

24    A        Yes.

25    Q        Let me finish.  I know it frustrating. So
```

| | | |
|---|---|---|
| 1 | | what about Ben Fields, did he have to have |
| 2 | | a Ben Fields, LLC? |
| 3 | A | He did not, I don't think. |
| 4 | Q | Okay. Did Mickey Stines have a Mickey |
| 5 | | Stines, LLC? |
| 6 | A | No. |
| 7 | Q | So Did Marty Holbrook have Marty Holbrook, |
| 8 | | LLC? |
| 9 | A | Yes. |
| 10 | Q | Why did you require them to do that? |
| 11 | A | I talked to my CPA and he said that it |
| 12 | | would be best to do that. |
| 13 | Q | Okay. Do you know when you started having |
| 14 | | that requirement for independent |
| 15 | | contractors? |
| 16 | A | After Ben's problem. |
| 17 | Q | By Ben's problems, do you mean the |
| 18 | | problems that are at issue in this |
| 19 | | lawsuit? |
| 20 | A | Uh-huh. |
| 21 | Q | Okay. Well, how did you get ahold of Marty |
| 22 | | Holbrook's name? |
| 23 | A | His wife worked at the jail. |
| 24 | Q | What was her name? |
| 25 | A | You asked me too quick.  Melody Coots, |

```
 1              C-O-O-T-S.

 2    Q         Okay. how did you know Melody Coots?

 3    A         I met her at the jail.

 4    Q         And that is the Letcher County Jail?

 5    A         Yes.

 6    Q         Okay. So it sounds like from all of the

 7              folks that you have hired it is really

 8              only Mickey Stines as I understood your

 9              testimony, Mickey Stines and Alana Hensley

10              who were referred to you by a Judge; is

11              that correct?

12    A         Yes.

13    Q         Okay. Have you ever advertized for one of

14              these contractor positions?

15    A         No.

16    Q         Okay. Do these independent contractors do

17              they sign any kind of contract agreement

18              with EKCS to become a supervisor, home

19              incarceration officer?

20    A         Yes.

21    Q         I am not sure that we have seen those.  Do

22              you know if Ben Fields signed one of

23              those?

24    A         No, he didn't.

25    Q         And what about Mickey Stines, did he ever
```

1          sign one?

2    A     No.

3    Q     Why not?

4    A     I just didn't do that.  They got a 1099

5          and at that time, my CPA said as long as

6          they are paying their own taxes a 1099 is

7          the same.

8    Q     Is there any kind of document that exists

9          that would have put Ben Fields on notice

10         of what his duties and responsibilities

11         were as an independent contractor for

12         EKCS?

13   A     No.

14   Q     So how would he have come understand what

15         his duties were and what his

16         responsibilities were as an EKCS

17         independent contractor?

18   A     Because Mickey Stines trained him.

19   Q     Okay. So what did you - - We will get to

20         some of that later.  I want to kinda keep

21         it more general now. So I guess, aside

22         from Mr. Fields, who is trained by Mickey

23         Stines, who trained Mr. Butler, who worked

24         over in Pike County?

25   A     I did.

1    Q        And what about the folks who worked in

2             recent years for EKCS in Harlan County,

3             who trained them?

4    A        Jack Miniard.

5    Q        And who trained Jack Miniard?

6    A        I did.

7    Q        Okay. What about Alana Hensley and Marty

8             Holbrook, who trained them?

9    A        I did.

10   Q        You didn't have Mickey Stines trained Ms.

11            Hensley or Mr. Holbrook?

12   A        No.

13   Q        Okay. But you did have Mickey Stines train

14            Ben Fields; correct?

15   A        Yes.

16   Q        So I guess that leads us to the training

17            that you provided these independent

18            contractors.  What kind of training did

19            they get as far as sort of record keeping

20            and documenting their work with these

21            persons on home incarceration?

22   A        The only thing they did was do the

23            application, explain the rules to them,

24            and what their duties were.

25   Q        And who dictates what those rules are?

1    A        I do.

2    Q        Not the Court System?

3    A        I have to go by what the Court Order says.

4             If someone goes on home incarceration, and

5             they say they can only go to the doctor

6             and to Court or to see their attorney,

7             whatever is on that Court Order, that is

8             what they get to do.

9    Q        Okay. Is that Court Order kept as part of

10            EKCS's file?

11   A        Yes.

12   Q        And you get a copy of that Court Order

13            from - - if it was Letcher County, the

14            independent contractor - -

15   A        Usually they kept the Court Order.

16   Q        Let me finish. You would get a copy of

17            that from the independent contractor

18            working in Letcher County?

19   A        They kept it.

20   Q        So where did the independent contractors

21            working for EKCS, where did they keep

22            their files?

23   A        I don't know.

24   Q        You didn't give them any sort of direction

25            or training on how or where to keep files

1              on these home incarcerations?

2     A     They kept the files until they went off,

3            and whenever they got a stack, I don't

4            know what they did with them, got rid of

5            them or whatever.

6     Q     I saw also there was a form an EKCS form

7            that has to do with having completed home

8            incarcerations?

9     A     Yes.

10    Q     Is that something that EKCS kept as part

11           of the file?

12    A     Yes.

13    Q     Okay. And where was that completion form

14           kept?

15    A     The representatives kept them.

16    Q     So they never gave them - -

17    A     Oh, no, I am sorry.  The completion forms

18           they filled them out, and they took them

19           to the clerk's office.

20    Q     Did you get a copy of that also?

21    A     No.

22    Q     Did EKCS provide any training to these

23           independent contractors on sexual

24           harassment or sexual assault?

25    A     No.

1    Q      Any more sort of generalized training

2           about how to properly interact with or

3           behave towards these folks on home

4           incarceration?

5    A      No.

6    Q      Any policies about supervising family

7           members?

8    A      No.

9    Q      Were you aware of the fact that any of

10          these independent contractors were

11          supervising family members?

12    A     No.

13    Q     What about any policies regarding

14          supervising a close family friend?

15    A     No.

16    Q     What about any kind of policy regarding

17          supervising someone with whom your

18          independent contractor was having a

19          romantic relationship?

20    A     No.

21    Q     As far as people who were on home

22          incarceration, I guess, just within the

23          last ten year period we will say, as I

24          understand it, within the last ten years,

25          EKCS has only worked in Letcher, Pike and

1              Harlan Counties; correct?

2    A        Yes.

3    Q        Okay. So for those three counties and the

4             people that EKCS has supervised, have

5             those been more often female home

6             incarceration participants or male?

7    A        male.

8    Q        More often male.  Okay. Does that vary by

9             county?  For example, are there more

10            females on home incarceration in Letcher

11            County versus Harlan or is it fairly equal

12            across the board to the best of your

13            knowledge?

14   A        Fairly equal.

15   Q        Okay. And you said more male than female,

16            how many more male?  I know that I am

17            asking for broad numbers, but is it, you

18            know, 3/4 male and 1/4 female or 60/40,

19            your best guess?

20   A        When we first started, it was about all

21            males. I would say 85 percent is males.

22   Q        Even to this day?

23   A        Yes.

24        **MR. SHAW:** Would this be a good time for a

25        quick break?

1        **MS BAXTER:** Sure.

2        **MR. SHAW:** Five minutes, ten?

3        **MS. BAXTER:** That sounds good to me.

4        (A short break was taken)

5    Q       We are back on the record, and as Mr.

6            VanHoose told you, you are still under

7            oath. Okay.  I got a question for you

8            about uniforms.  Was there any kind of

9            EKCS uniform that these independent

10           contractors would wear?

11   A       No.

12   Q       Were you aware that often times EKCS

13           independent contractors were performing

14           services wearing another work uniform, a

15           Deputy Sheriff's uniform for example?

16   A       No.

17       **MR. SHAW:** Object to form.

18   Q       Did EKCS ever give these independent

19           contractors any sort of direct about what

20           they should or should not wear?

21   A       No.

22   Q       What about vehicles, was there any rules

23           or requirements about vehicles they should

24           or shouldn't utilize while performing

25           these home incarceration services for

1           EKCS?

2    A      No.

3           **MR. JONES:** You have to wait until she gets to

4           the end.

5    A      I thought she was.

6    Q      Were they given any mileage, like

7           compensation for mileage from EKCS?

8    A      No.

9    Q      Okay. Were all of the folks that EKCS

10          managed on home incarceration, were they

11          always pretrial detainees?

12   A      I don't know.

13   Q      Had EKCS perform home incarceration

14          services in any states outside of

15          Kentucky?

16   A      Yes.

17   Q      Okay. Explain please?

18   A      Years ago, my husband had someone on home

19          incarceration somewhere in Ohio.

20   Q      A singular individual?

21   A      Yes.

22   Q      Okay. Aside from that individual, though

23          everyone else has been in Kentucky?

24   A      Yes.

25   Q      Is EKCS a member of any kind of trade

1              association?

2    A         No.

3    Q         Are you aware of any home incarceration

4              ankle monitoring associations?

5    A         No.

6    Q         Does EKCS have any kind of accreditation

7              or certifications of any kind?

8    A         No.

9    Q         Are you aware of any accreditations or

10             certifications for home incarceration or

11             ankle monitoring services?

12   A         No.

13   Q         Have you or any of the independent

14             contractors we have talked about today

15             ever attended any conferences or seminars

16             about home incarceration and ankle

17             monitoring?

18   A         No.

19   Q         Through the course of your work with EKCS,

20             have you ever had any contacts with AOC

21             that being the Kentucky Administrative

22             Office of the Courts?

23   A         I haven't.

24   Q         Okay.  Do you know if your husband ever

25             did?

1    A        I don't know.

2    Q        Specifically in Letcher County, aside from

3             the District and Circuit Court Judges,

4             were there any other court employees of

5             the courthouse that you had any contact

6             with about home incarceration and ankle

7             monitoring?

8    A        No.

9    Q        I think most recently I think you have

10            been using a program called Attenti; does

11            that ring a bell?

12   A        It is Allied now.

13   Q        Okay.

14   A        Allied bought out Attenti.

15   Q        Okay.  When did that happen to your

16            knowledge?

17   A        Within the last year or so.

18   Q        Okay. So in 2021, 2022, the program that

19            you were using was called Attenti?

20   A        I am not sure.

21   Q        Let me see if you can answer this

22            question. So the computer software that

23            you use, do you purchase and the ankle

24            monitoring as one sort of complete

25            package?  In other words, do the ankle

1    monitors work with a specific program?

2  A    Yes.

3  Q    So the time period that I am interested in

4    2020 to '22.  During that time period, I

5    guess to the best of your recollection,

6    what software and ankle monitoring

7    equipment were you using?

8  A    GPS.

9  Q    And so for that software and equipment, do

10    you pay like a monthly fee or is it one

11    time up-front fee, how do the expenses

12    work on that software and equipment?

13  A    They charge so much a day.  You have to

14    lease the equipment and they provide the

15    program.

16  Q    Okay. When you initiated that relationship

17    with that company, do they train you on

18    the computer program and the equipment?

19  A    Uh-huh.

20  Q    And would that be in-person training or

21    on-line training?

22  A    On-line.

23  Q    Did you require your independent

24    contractors to also watch that on-line

25    training?

1    A        No.

2    Q        So you would have been the only person to

3             ever watch the training from the software

4             and equipment company; correct?

5    A        Yes.

6    Q        I guess, as you go if you need more ankle

7             monitors because there is more folks being

8             put on home incarceration, do you just

9             order additional ankle monitors from the

10            company?

11   A        Yes.

12   Q        Or lease them, I guess?

13   A        Yes.

14   Q        Okay. And then if you have got more than

15            you need or maybe if one is broken, is it

16            your practice to mail those back to the

17            company?

18   A        Yes.

19   Q        How did you keep track on how many ankle

20            monitors were in Letcher County for

21            example?

22   A        Are you talking about extra ones?

23   Q        Well, I was just wondering how did you

24            know - - how did you keep track of how

25            many ankle monitors were being used in

1           Letcher County for example in 2022 to be

2           specific?

3    A      On the program, you can hit - - it will

4           tell you who all is on home incarceration

5           and what GPS system, what number, serial

6           number.

7    Q      So each ankle monitor has its own serial

8           number?

9    A      Yes.

10   Q      Do you manually impute that serial number

11          into the system?

12   A      Yes.

13   Q      Can those serial numbers be changed at

14          all?  Could someone who had that physical

15          ankle monitor do something to tinker with

16          the serial number or is that static and

17          permanent?

18   A      I don't really know on that.

19   Q      Okay. So what do you do with an ankle

20          monitor that is not working?  If it is

21          broken somehow, what would you do?

22   A      I would send it back for repair.

23   Q      Do any of the independent contractors who

24          work for EKCS have access to that

25          software?

1   A        No.

2   Q        So you rely on those independent

3            contractors to provide you with the

4            information that you need to plug into the

5            software; is that correct?

6   A        Yes.

7   Q        Okay. Identify for me what all information

8            you need to be able to set somebody up in

9            the home incarceration software?

10  A        Okay.  Normally, the Judge will give the

11           Court Order, and sometimes, he will just

12           say hook so-and-so up. Fill out an

13           application, and on this application the

14           first thing that it has on there is the

15           serial number of the computer, how many

16           days they are on, name, address, phone

17           numbers, next of kin, their charges, their

18           case number, if they have any medical

19           issues.

20  Q        Okay.

21  A        That is basically it.

22  Q        So the information that you need to set

23           someone up in these systems comes from

24           that application?

25  A        Yes.

1   Q        I guess, also the Court Order?

2   A        Right.

3   Q        Okay. How do independent contractors get

4            paid?  And I will start here at least from

5            2020 thru 2022, did you pay all of your

6            independent contractors the same way using

7            the same formula?

8   A        Yes.

9   Q        What was that formula breakdown or how did

10           they get paid?

11  A        Okay. $25 for each hookup that they hooked

12           up initially.

13  Q        Okay.

14  A        And then, $3.00 per day for every day that

15           they were on. They got paid once a month.

16  Q        Okay. Do those independent contractors

17           submit invoices to you for payment?

18  A        No.

19  Q        Okay. How did the money go from these

20           individuals on home incarceration to EKCS?

21  A        The representative would collect the money

22           and meet them once a week to pay for the

23           week in advance.  He would make the

24           deposit weekly into a bank account.

25  Q        I guess also give you some sort of

1  accounting of who gave what account of

2  money?

3  A  He had send the receipts to me weekly.

4  Q  When you say he, are you referring to Ben

5  Fields specifically?

6  A  Yes.

7  Q  And what do those receipts look like?

8  A  Just a regular receipt.

9  Q  Were they like computer generated, or were

10  they handwritten?

11  A  Book, receipt book.

12  Q  What would happen if someone who was on

13  home incarceration hadn't paid?

14  A  We usually work with them if they have a

15  problem and they can make it up the next

16  week, we will let them wait until the next

17  week, but normally, we never had that

18  problem.

19  Q  People always paid?

20  A  They always paid.

21  Q  Were independent contractors, were they

22  given EKCS credit cards to use?

23  A  No.

24  Q  Do those independent contractors have the

25  authority to deposit money into EKCS's

```
1              bank account?

2    A         Yes.

3    Q         Okay.  Did you maintain a separate bank

4              account for EKCS from your personal

5              finances?

6    A         Yes.

7    Q         Okay. What bank did EKCS bank with?

8    A         Are you talking about in Letcher County?

9    Q         Sure, yeah.

10   A         Community Trust.

11   Q         Okay. Did you use different banks in other

12             counties?

13   A         In South Shore, I use City National for

14             the company.

15   Q         Okay. What about in Pike and Harlan

16             counties?

17   A         Same thing.

18   Q         Community Trust?

19   A         Uh-huh.

20   Q         Okay. I think I asked you previous I think

21             you said 85 percent, and I realize that

22             was just your best guess, were male on

23             home incarceration, and 15ish percent

24             female.  You produced some records

25             previously showed around 220 women on home
```

1          incarceration in Letcher County between

2          2019 and 2022, so I was just wondering - -

3     A    I didn't know it was - -

4     Q    Does it say there was another 18 men on

5          home incarceration during that time

6          period?

7     A    I don't understand your question. First

8          off, you are saying there were 200 on?

9     Q    Yeah, you responded to a subpoena.  We

10         subpoenaed some records from you a couple

11         of years ago, and you produced a lot - -

12         and I will show you some of them, Attenti

13         records.

14    A    I am surprised that they were that many.

15    Q    Okay.

16         **MR. JONES:** I don't think that I have seen any

17    of that.

18         **MS. BAXTER:** We subpoenaed that way before she

19    became a party to this action.  I produced

20    those to  - -

21    A    Were you the one that I talked to when you

22         called? Someone from your office called

23         me.

24    Q    I think you called maybe about that

25         subpoena.

1          **MR. JONES:** Do you have them?

2          **MR. SHAW:** I don't know if I have got them.

3          **MR. JONES:** I know that I don't have them.

4          **MR. SHAW:** This is off the record.

5          (An off the record discussion was held)

6          **MS. BAXTER:** Back on the record.

7          **MR. JONES:** I am having kind of a problem about

8          her being questioned about documents that have

9          never been provided to me and that she doesn't

10         remember.

11         **MS. BAXTER:** If you want to go back off the

12         record, I can e-mail them to you guys.

13         **MR. JONES:** That would be good.

14         **MS. BAXTER:** Okay.

15         (An off the record discussion was held)

16         **MS. BAXTER:** Back on the record.

17    Q        Okay. I think that you answe4red this

18             question previously.  But has EKCS ever

19             had any kind of written agreements with

20             the Letcher Circuit Court, Letcher County

21             Jail, Letcher County Judge Executive's

22             Office?

23    A        No.

24    Q        Have you ever met the Circuit Judge in

```
 1                    Letcher County, Judge Craft?

 2     A        Yes.

 3     Q        When did you first meet him?

 4     A        I would say - - I am guessing. In the

 5              '90s.

 6     Q        Was he Judge at that time?

 7     A        No.

 8     Q        How did you come to meet him?

 9     A        Just met him in the Judge's office in the

10              District Judge's Office.  He was an

11              attorney at the time.

12     Q        Okay. I guess when you met him, were there

13              in your capacity as a EKCS President, I

14              guess, employee?

15     A        Yes.

16     Q        Have you ever had any conversations with

17              Judge Craft about your work with EKCS and

18              putting folks on home incarceration?

19     A        No.

20     Q        What about Judge Mullins, when did you

21              first come to meet Judge Mullins?

22     A        I don't recall.

23     Q        Okay.  Well, what you do recall, what do

24              you recall about when you first met Judge

25              Mullins?
```

```
 1    A          I don't even remember when I first met

 2               him.

 3    Q          Have you had any conversations with Judge

 4               Mullins about East Kentucky Corrections

 5               Solutions and your work with home

 6               incarceration?

 7    A          No.

 8    Q          Have you had any conversations with Judge

 9               Mullins about Ben Fields?

10    A          No.

11    Q          What about any conversations with Judge

12               Mullins about Mickey Stines?

13    A          No.

14    Q          What about conversations with Judge

15               Mullins about any of my clients either

16               Sabrina Adkins or Jennifer Hill?

17    A          No.

18    Q          What about Judge Craft, have you had any

19               conversations with Judge Craft about - -

20    A          No.

21    Q          Let me finish my question. About Sabrina

22               Adkins or Jennifer Hill?

23    A          No.

24    Q          What about conversation with Judge Craft

25               about Ben Fields?
```

```
 1    A       No.

 2    Q       Any other courthouse employees from

 3            Letcher who you have had conversations

 4            with about my clients and Ben Fields and

 5            the issues involved in this lawsuit?

 6    A       No.

 7    Q       Did you know the sheriff in Letcher prior

 8            to Mickey Stines being elected to that

 9            position?

10    A       No.

11    Q       When Mickey Stines was working as an

12            independent contractor for EKCS, did you

13            ever receive any complaints about him?

14    A       No.

15    Q       No complaints people on home

16            incarceration?

17    A       No.

18    Q       What about Ben Fields, did you ever - -

19            Am I correct that Mickey Stines

20            recommended Ben Fields to you?

21    A       Yes.

22    Q       Is it also true that Mickey Stines, before

23            being elected sheriff, also served as the

24            bailiff for District Court?

25    A       Yes.
```

1    Q    Would you say that was helpful to EKCS to

2          have the District Court bailiff also

3          working as a home incarceration officer?

4    A    I don't really know.

5    Q    What did Mickey Stines tell you about Ben

6          Fields when he suggest you to hire him?

7    A    He said he was a very outstanding guy.  He

8          had worked with him in the Letcher County

9          Jail, never had any complaints on him or

10        anything.

11   Q    Did you talk to the jailer, Letcher County

12        Jailer about whether there had been any

13        complaints on Ben Fields?

14   A    No.

15   Q    Did you ever receive any complaints about

16        Ben Fields when he working for EKCS?

17   A    Never.

18   Q    No persons on home incarceration ever

19        complained to you about Ben Fields?

20   A    No.

21   Q    All right.  I want to go through sorta the

22        process of enrolling - - how someone gets

23        enrolled in home incarceration and sort of

24        what that process looks like from start to

25        finish. I know you talked a little about

1              that, but I want to kinda parcel that out

2              a little bit, and I know one thing that

3              you have referenced is a contract.

4         MR. SHAW: I am going to object to the extent

5         that you are going to give any testimony about

6         how the Court determines that someone

7         qualifies or doesn't qualify for home

8         incarceration.  I don't mind for her answering

9         after, you know, once the Judge decides that

10        they can be in home incarceration, how she

11        gets a referral and things like that, but I

12        don't think she is qualified to - -

13        MS. BAXTER: Well, to the extent that she

14        knows, I am going to ask her some.

15   Q    Okay. Do you recognize this document that

16        I have just handed you?

17   A    Yes.

18   Q    What is this?

19   A    This is a contract that each defendant

20        signs when he goes on home incarceration.

21   Q    Okay. Has this contract changed in format

22        over time?

23   A    The only thing that has changed would

24        probably be how many years that we have

25        been in business.

1    Q        Okay.

2    A        And when the fees increased due to GPS.

3    Q        So this copy is unsigned. Do you know time

4             period that this contract would have been

5             utilized by EKCS?

6    A        No.  It is when we started the GPS system,

7             I thought that.

8    Q        When did you start the GPS system?

9    A        I don't recall.

10   Q        I am going to ask you a few questions

11            about it. I guess we will start here.  Is

12            this a contract that would be signed by

13            the person who is being put on home

14            incarceration?

15   A        Yes.

16   Q        Okay.  On the second page, it says

17            supervisor.  Would that be signed by you

18            or the independent contractor working on

19            EKCS's behalf?

20   A        That would be the contractor.

21   Q        And will you obtain a copy of this

22            contract for your files up in Greenup

23            County?

24   A        Usually the contractor kept them, but they

25            sent me a copy.

1   Q      When you say usually?

2   A      Usually they kept them.

3   Q      Okay.  What would be the circumstance when

4          they would mail you a copy versus not mail

5          you a copy?

6   A      If I had a problem with one of them not

7          paying or violating.

8   Q      Okay.  We will talk some more about that

9          in a minute.  Okay. I am reading from the

10         top first sentence says *I, the undersigned*

11         *defendant, have received a copy of the*

12         *Court Order placing me on Home*

13         *Incarceration.*  So who would they get a

14         copy of this Court Order placing them on

15         Home Incarceration from?

16   A      The jail usually had it, and they got it

17         from there.  I don't know if the Judge

18         gave them a copy or not.

19   Q      Okay. And then, I guess, would it be the

20         Jailer, the Judge or the Defendant who

21         would give EKCS a copy?

22   A      I don't know.  But usually any time we had

23         one to go on Home Incarceration, they had

24         the Court Order.

25   Q      Okay. Then, it says, *I wish to participate*

1              *in the In-Home Detention Program;* do you

2              see that in bold?

3    A         Where is it?

4         **MR. JONES:** Third line down.

5    A         At the top, okay.

6    Q         So I am just wondering, what is the In-

7              Home Detention Program, whose program is

8              that?

9    A         House Arrest.

10   Q         So is that a program controlled by EKCS or

11             by somebody else?

12   A         By Eastern Kentucky Corrections.

13   Q         Okay.

14   A         We do the monitoring.

15   Q         Okay. And then, it says, *I agree to abide*

16             *by the following Rules and Conditions set*

17             *forth by EKCS.*  Are there any rules that

18             are governed the in-home detention program

19             beyond the rules and conditions

20             established by EKCS?

21   A         Only by what the Court Order would say

22             might be different.

23   Q         So EKCS looks to what the Court has

24             ordered to set the parameters of what the

25             rules and conditions for EKCS's In-Home

1    Detention Program; is that correct?

2    A    Yes.

3    Q    Okay. Then, It goes on to say, and I am

4         looking under Number 2 - - Number 1

5         rather.  It talks about curfew

6         restrictions.  So what are curfew

7         restrictions?

8    A    Some offenders are allowed to work, that

9         would be on the Court Order, and they have

10        to abide by what their work hours are.

11   Q    Okay. So that would be a term set by the

12        Court?

13   A    Yes.

14   Q    Then, would you take that information and

15        plug it into your home incarceration

16        software?

17   A    Yes.

18   Q    Okay. Is work release the most common kind

19        of curfew restriction or what other kind

20        of restrictions in your experience does

21        the Court set?

22   A    Nowadays, it is Methadone Clinics, drug

23        testing, that type of thing.

24   Q    So any of those type of restrictions would

25        get plugged into your system, your home

```
1                      incarceration software system; correct?

2    A         Yes.

3    Q         Under number 2, it says, I agree to remain

4              at my Primary Residence at all times

5              unless pre-authorized by the Court Order.

6              Are the pre-authorized referenced there,

7              are those the curfew restrictions?

8    A         Yes.

9    Q         That is kinda talking about the same thing

10             there; correct?

11   A         Uh-huh.

12   Q         Okay. I am reading now from the last

13             sentence of Number 2.  I must also provide

14             documentation from my health care provider

15             stating the nature of my medical

16             emergency. I guess that is in a situation

17             where someone is having some kind of

18             medical emergency; is that correct?

19   A         I am sorry. What did you say?

20   Q         I am just trying to figure out this

21             reference to providing documentation from

22             a health care provider.  In what

23             circumstance is that required?

24   A         This is really on the old system when we

25             didn't have the GPS.  They don't have to
```

1                     do that now, because with the GPS, I know

2                     what time they get there and what time

3                     they left and where they are going.

4          Q          Okay. I am skipping down to number 4. *My*

5                     *curfew restrictions will be monitored 24*

6                     *hours per day.* Is that a true statement?

7          A          Yes.

8          Q          And who is doing that monitoring, is that

9                     you?

10         A          Attenti does the monitoring. If they

11                    violate, they will send me a txt or an

12                    alert.

13         Q          Okay.  How often would you get a txt or

14                    alert in the course of a day, generally?

15         A          In a course of a day, it is according to

16                    how many people were on home

17                    incarceration.

18         Q          Well, in 2002, say, is that a once a day

19                    occurrence or ten times a day occurrence?

20         A          A lot of times, they would just get out -

21                    - I put a certain range in there, and

22                    sometimes, they just get out of range

23                    which is not really a violation, and it

24                    might show up as a violation.  When it

25                    comes to a violation, I check and see. If

1          it is not really a violation and they just

2          got out, because you know, with the GPS,

3          it is not completely right on the spot,

4          and they might just be out of range.  If

5          they are just out of range for a couple of

6          minutes, the Judge doesn't want to hear

7          about that.

8     Q    Okay.

9     A    Because they really didn't - - They are

10         out of their house, but they are - - you

11         know.

12    Q    I don't think that you actually answered

13         my question though.  I am just curious to

14         how many times a day that you would get an

15         alert, for example, in 2022?

16    A    I have no idea.

17    Q    Would it be every single day?

18    A    Sometimes, and sometimes it wouldn't.

19    Q    And then what I think that you were saying

20         there was that it was your practice then

21         to look in the software to see if it was

22         an actual violation or something less than

23         an actual violation; is that correct?

24    A    Yes.

25    Q    Is there ever a situation what you would

1          deem to be an actual violation, what would

2          you do?

3     A    I would first try to get ahold of them. If

4          I couldn't, I would call Mickey - - my

5          representative, and they have to get a

6          warrant for them.  They would let the

7          Judge know and the Judge decides whether

8          he wants to get a warrant for them, wait

9          and see if they come back, if there was an

10         emergency such as a hospital emergency.

11    Q    So in that scenario, I think that you were

12         referencing Mickey Stines.  In a scenario

13         where Mickey Stines was the Letcher County

14         EKCS representative, after initially

15         trying to get ahold of the person on home

16         incarceration, you would get ahold of Mr.

17         Stines; is that correct?

18    A    Uh-huh.

19    Q    And then, Mr. Stines, I guess, would he

20         also being trying to get ahold of the

21         person on home incarceration or what would

22         he do?

23    A    Sometimes he would call the hospital to

24         see if they were in the emergency room. If

25         they weren't in the emergency room, and

1               they didn't call or leave me a message or

2               tell me that they were going somewhere, he

3               would get a warrant. First, he would call

4               the Judge, and then he would get a warrant

5               for them for escape.

6       Q       Okay. How often would a warrant for escape

7               be sought?

8       A       It is not very often.

9       Q       Okay. So say in Letcher County in a year,

10              did it happen once or twice a year, once

11              or twice a month?

12      A       Maybe, twice a year, maybe.

13      Q       And so in that scenario, is it EKCS that's

14              - - would you be the one that is providing

15              records and filing that complaint to seek

16              that escape charge, or who would be doing

17              that?

18      A       I would.

19      Q       Okay.

20      A       I would send them showing where they had

21              left, and also, any GPS that I have I send

22              it to Mickey and Mickey takes that to the

23              Judge and they decide whether to get a

24              warrant or not.

25      Q       Okay. So I see - Is tampering with the GPS

1          ankle bracelet is that also a violation I

2          assume?

3    A     Yes.

4    Q     And how does someone tamper with a GPS

5          ankle bracelet?

6    A     Cut it off.

7    Q     Okay. Does that happen very often or ever

8          in your experience?

9    A     Sometimes, but not very often.  Sometimes

10         if they just hit it against something, it

11         will come through as a tamper, and then, I

12         have the representative check it.

13   Q     Okay. Would the representative, would they

14         call that individual on the phone, would

15         they physically go to their home to check

16         on them?  Is there any policies or

17         procedures about how they go about

18         checking on the person?

19   A     They are suppose to come to the jail and

20         have them check - - have it checked,

21         because they both worked at the jail at

22         that time.

23   Q     Okay. I don't know if I am following you.

24         You are saying the person with the ankle

25         monitor would have to come to the jail?

```
1    A         Uh-huh.

2    Q         And when you say because they both worked

3              at the jail at the time, who are you

4              talking about there?

5    A         Mickey and Ben.

6    Q         Okay. But when you first hired Ben as an

7              EKCS employee, he wasn't working at the

8              jail any more, was he?

9    A         Yes, he was.

10   Q         Okay. And then he became a deputy sheriff?

11   A         Later, yes.

12   Q         So what you are telling is your

13             representative would get in touch with the

14             person on home incarceration and then that

15             person would be told to come to the jail?

16   A         Yes.

17   Q         Is that how it worked in other counties as

18             well?

19   A         Yes.

20   Q         Okay.  I am looking now under Number 5

21             second sentence.  If I should violate any

22             Court Order curfews, violations of home

23             zones or the receipt of any tampering

24             signal. I further agree that a computer

25             printout of any violations will be
```

1          *provided to the Courts and may be used as*

2          *evidence against me in a Court of Law.* My

3          question to you is were computer printouts

4          of any violations always provided to the

5          Court?

6     A    Yes, if they violated.

7     Q    So any violations - - Your testimony is

8          any violations were always provided to the

9          Court?

10    A    I reported them to my representative and

11         they were suppose to do that.

12    Q    Okay.  I thought I hear you say earlier

13         that you would be the one to swear out the

14         affidavit or file the complaint yourself

15         for escape?

16    A    I don't file it.  I send it to them and

17         they are the ones that gets the warrant

18         for it.

19    Q    Okay.  That is a little different from

20         what you testified earlier, so I am glad

21         that you clarified that.  So would you get

22         any conformation back from your

23         representative that they actually provided

24         that computer printout to the Court?

25    A    No.

1    Q        But that representative would have to have

2             gotten that computer printout from you;

3             correct?

4    A        Right.

5    Q        So how would you send that computer

6             printout to your representative?

7    A        I txted it to him.

8    Q        You txted a computer printout?

9    A        Uh-huh.

10   Q        Was it a screenshot?

11   A        Yeah, I took a picture and sent it.

12   Q        Okay. And so they were suppose to use that

13            screenshot and provide that to the Court?

14   A        Yes.

15   Q        Do you know if that happened in every

16            instance or is there any way that you

17            could confirm whether or not that ever

18            occurred?

19   A        I can't confirm, but when they got warrant

20            and they went off house arrest, I was

21            notified by the representative, and I

22            deactivated them from the system.

23   Q        So you got a copy of the warrant?

24   A        No, they just usually just got it.

25   Q        And the representative would just let you

1       know, oh, this person can be deactivated?

2   A   Yes.

3   Q   Well, it says here that all equipment must

4       be returned to Eastern Kentucky

5       Correctional Services.  Was that equipment

6       actually returned to you up in Green up or

7       just returned to the representative?

8   A   The representative.

9   Q   In Letcher County, okay. I am looking at

10      Number 12 on the second page. It

11      references about charging units.  Would

12      failure to charge a unit, in what

13      circumstance would that result in a

14      violation or not?

15  A   It would if they did not charge and they

16      let the battery go dead.

17  Q   In a situation where a person on home

18      incarceration lets the battery go dead,

19      that would result in a violation and

20      felony escape charge?

21  A   Yes.

22  Q   I am looking at Number 14. *I understand*

23      *that I must at all times have access to a*

24      *phone of some type and to promptly answer*

25      *when/of a representative Eastern Kentucky*

1           *Correctional Services calls.*  Were there

2           any issues with folks on home

3           incarceration having access to phones?

4    A      No.

5        **MS. BAXTER:** Mark that as Exhibit 1.

6    Q      I want to look at this first page.  Is

7           this the application form?

8    A      Yes.

9    Q      Okay. So this is a thing that a person who

10          wants to be on home incarceration would

11          fill out as an initial step?

12   A      Yes.

13   Q      Okay.  I am just wondering I see a GSP

14          number there at the top.  Do you see that?

15   A      Yes.

16   Q      Is that the serial number for the ankle

17          monitor?

18   A      Yes.

19   Q      Okay. Then, I see regular and then TX

20          Number, Cellular, TX Number, Hookup as

21          regular; what does all of that mean?

22   A      Okay.  When I got the GPS, I was still

23          doing the other one, too until that we got

24          them all in.

25   Q      What do you mean by the other one, too?

| | | |
|---|---|---|
| 1 | A | Okay.  When they first had house arrest, |
| 2 | | there was a monitor about this big that |
| 3 | | plugged in-line with your telephone that |
| 4 | | is the one that is regular that is no GPS, |
| 5 | | it just shows if you get out of range or |
| 6 | | come back in range. |
| 7 | Q | So I guess in this case, Sabrina Adkins |
| 8 | | was hooked up on newer model GPS, ankle |
| 9 | | monitor; correct? |
| 10 | A | She was on twice, I think, yes. |
| 11 | Q | Okay.  It says sentence: POB; what does |
| 12 | | that mean? |
| 13 | A | Part of bond. |
| 14 | Q | Okay. So the address that gets listed on |
| 15 | | this application form is her home address |
| 16 | | where she is suppose to stay unless she |
| 17 | | has got some sort of authority to go |
| 18 | | elsewhere from the Judge? |
| 19 | A | Yes. |
| 20 | Q | And this is form that persons on home |
| 21 | | incarceration with EKCS would fill out |
| 22 | | with the independent contractor in the |
| 23 | | county; correct? |
| 24 | A | Yes. |
| 25 | Q | And this would be sent back to you to |

1          EKCS's home office; is that correct?

2     A    Yes.

3     Q    And kept as part of EKCS's files; correct?

4     A    Yes.

5     Q    And then the next two pages of this

6          document are another copy of that contact.

7          There is a couple of new sections on here

8          though, and I think it is paragraph 5 and

9          9 were added.  I believe those have to do

10         with sort of your more updated system; is

11         that correct?

12    A    Yes.

13    Q    Okay. And it looks like this one was

14         signed by Sabrina Adkins and Ben Fields on

15         June 18, 2021; correct?

16    A    Yes.

17    Q    Okay. Do you want to take a break?

18    A    No, I just need to refer to him for a

19         second.

20         **MR. SHAW:** I have a clean copy of it, if you

21    want to use that.

22         **MS. BAXTER:** You mean not gray?

23         **MR. SHAW:** Not gray, clear. You can look at it.

24         **MS. BAXTER:** I have got them stabled together,

25    so I am going to keep them as I have got them,

1        I appreciate that.

2        **MR. SHAW:** Go ahead and pass it to the court

3        reporter. I want to introduce it as Defense's

4        1, because you are not going to be able to see

5        it by the time that he copies it, so I would

6        rather have a clean copy of it in there, too.

7        Go ahead and mark that as Defendant's 1 if you

8        don't mind.

9        **MR. JONES:** I need to take a break, because I

10       need to get some water, but I also need to

11       speak to her for a second, so that I can

12       understand something.

13       **MS. BAXTER:** Okay.

14       (A short break was taken)

15   Q        Okay.  We are back on the record. Do you

16            have any reason to dispute that the - -

17            We are going to use this copy I guess,

18            because it is the same but a little more

19            clear.  Do you have any reason to dispute

20            that this offender application sheet for

21            Sabrina Adkins wasn't filled out, you

22            know, as the same time that she filled out

23            this EKCS contract? You think they were

24            filled out at the same time or were not

25            filled out at the same time?

1    A       The contract does not match the

2            application, the date.

3    Q       Okay. I don't see date on the application

4            sheet, but maybe I missed it.

5    A       No, but it is attached to this.

6    Q       Is there a date on the application sheet?

7    A       Not on the application sheet there is not.

8    Q       Okay. I guess I don't understand. Do you

9            think that the contract and the

10           application sheet relate to - -

11    A       Don't go together.

12    Q       And why is that?

13    A       Because this is a GPS Unit and go over to

14           Let me find it here. Go to Number 14 - -

15           No, it is not 14.  Let me see if I can

16           find it.

17        **MR. JONES:** This is what you are looking for.

18    A       I am on the wrong one, okay.

19        **MR. JONES:** It should be the same.

20    A       Number 5. *I understand that it is my*

21           *responsibility to connect the home*

22           *monitoring equipment as soon as I arrive.*

23           GPS you don't have to hook it up to the

24           phone line.

25    Q       Okay.

1    A         And it could have been - - I don't know.

2    Q         It is your belief that Sabrina Adkins was

3              on home incarceration with EKCS on more

4              than one occasion?

5    A         Yes.

6    Q         Why do you believe that to be true?

7    A         Well, I know it to be true.

8    Q         How do you know?

9    A         Because she was on the regular system that

10             we had where you had to take the box and

11             plug in-line with your telephone that is

12             what we had when we first started; okay,

13             then, she went on to the GPS system. She

14             may have been on more, I don't know, but I

15             can find out.

16   Q         You are just drawing from your memory that

17             she was on both the plugin and the GPS?

18   A         No, I know she was.

19   Q         How do you know?

20   A         Because on the printout from Attenti it

21             says monitor untrusted.  When it says

22             monitor untrusted, that means that this

23             monitor was either moved or somebody

24             walked heavily on the floor and shook it.

25             You will not have that on a GPS Unit.

1     Q           Okay.  Well, we will look at the Attenti

2                    soon, and I would love for you to point

3                    that out for me.

4       **MR. SHAW:** What I gave you that is the same;

5       isn't it?

6       **MS. BAXTER:** I believe so.

7     A           She went on 6-18-19 and then she went on

8                    again on 8-28-19. This is '21.

9     Q           Are you talking about 2019?

10    A           Uh-huh.

11    Q           Are you looking at some other records that

12                    are - -

13    A           I have got it right there.

14    Q           By right there, so you mean in this

15                    Exhibit?

16       **MR. JONES:** No, she means that I have it.

17    A           He has it.

18    Q           We will get to that, I believe.  Don't let

19                    me for get to get to that.

20    A           Okay.

21    Q           So going back to a more generalized

22                    person.  There is these two documents an

23                    application sheet and a contract that they

24                    would fill out at the beginning when they

25                    are first being put on home incarceration?

1    A        Yes.

2    Q        Then, what step happens next?

3    A        After they do, the representative sends me

4             the information, and I put it in the

5             computer, then, the representative

6             attaches a transmitter to their ankle,

7             explains the rules to them and they go

8             outside, he push a button, go outside and

9             wait until I get an activation.  When I

10            get an activation, I call him back and say

11            they can go home now.

12   Q        When you say go outside, where are they?

13            Are they at their house or at the

14            courthouse?

15   A        No, they are at the jail usually when they

16            hook them up. Sometimes they will bring

17            them up to the court room after court, and

18            Ben would hook them up or Mickey would

19            hook them up.

20   Q        When you say explain to them the rules,

21            what would those rules include?

22   A        Not to tamper with the Unit, stay home at

23            all times, they have to call me if they

24            have a doctor's appointment, an attorney's

25            appointment or they have to call me a

| | | |
|---|---|---|
| 1 | | couple of days ahead of time so I can get |
| 2 | | it into the computer, and if they have a |
| 3 | | medical emergency, they are to call me, |
| 4 | | and they can't call me when they get to |
| 5 | | the emergency room, they have someone call |
| 6 | | me. |
| 7 | Q | You said call me several times.  Who is |
| 8 | | me? |
| 9 | A | Me, Eastern Kentucky Correction Services. |
| 10 | Q | So it was Ben Fields' job to tell these |
| 11 | | folks on home incarceration in Letcher |
| 12 | | County in all of those circumstances you |
| 13 | | described that they are to call Patty |
| 14 | | Stockham and would he give them your phone |
| 15 | | number, or how would they get your phone |
| 16 | | number? |
| 17 | A | Yes, they had my phone number, they had a |
| 18 | | card.  Sometimes, he would put it on the |
| 19 | | application - -I mean on their rules when |
| 20 | | they gave them to them. |
| 21 | Q | By their rules, you are referring to that |
| 22 | | contract? |
| 23 | A | Yes. |
| 24 | Q | How often up until that point when they |
| 25 | | have put their ankle monitor on and it has |

1          been activated, how often at that point in

2          time would you personally have spoken to

3          one of these persons on home

4          incarceration?

5     A    Not until they got home. They were

6          instructed to call me once they got home,

7          and then I went over everything else that

8          Mickey or Ben went over that was so they

9          can't say so-and-so didn't tell me that.

10    Q    Okay. The would be given your phone

11         number, they would go home, they would

12         call you, and you would go over the same

13         rules?

14    A    Uh-huh.

15    Q    Okay. And those rules are what you

16         previously testified to and what's listed

17         in this contract; correct?

18    A    Uh-huh.

19    Q    Okay. From there, what was home

20         incarceration told as far as reporting

21         issues or problems as they arised?  What

22         were they suppose to do if they had some

23         sort of issue that required them to leave

24         the home?

25    A    They were to call me.

| | | |
|---|---|---|
| 1 | Q | To call Patty, okay. |
| 2 | A | Or Eastern Kentucky Corrections. |
| 3 | Q | What about if they had a complaint Ben |
| 4 | | Fields or whoever the local contractor |
| 5 | | was, did you have any information about |
| 6 | | what to do in that scenario? |
| 7 | A | No, but they could tell me. |
| 8 | Q | Well, how would they have known that? |
| 9 | A | I would assume if they had a problem they |
| 10 | | would let me know when I talked to them. |
| 11 | Q | Do you know the name Robbie Kinzer who |
| 12 | | works at the Letcher County courthouse? |
| 13 | A | I never heard of him. |
| 14 | Q | Okay. So you testified previous about - - |
| 15 | | I want to talk about how you would monitor |
| 16 | | curfew restrictions and so forth, and I |
| 17 | | understand it you did that through the |
| 18 | | Attenti program; correct? |
| 19 | A | Yes. |
| 20 | Q | Okay. So I have some Attenti records for |
| 21 | | Sabrina Adkins and maybe this will help. |
| 22 | A | There is a lot of violations on her. |
| 23 | Q | So do you recognize this document? |
| 24 | A | I am sorry. |
| 25 | Q | Do you recognize this document that I just |

```
 1                 handed you?

 2     A           Yes.

 3     Q           What is this?

 4     A           This is a printout from Attenti on Sabrina

 5                 Adkins.

 6     Q           Okay. Towards the top is says Offender

 7                 Violation Summary.

 8     A           Uh-huh.

 9     Q           So is this like a specific kind of report

10                 that you can generate in the system?

11     A           Yes, I get a print out every day, and I

12                 pint it off. If it shows a violation, I

13                 mark what that violation was.  If she went

14                 to the doctor, Ben would call me and says

15                 that she has to do this, she has to do

16                 that, and I put it on there. I would have

17                 had all of those records, but I don't keep

18                 them.

19     Q           But she was suppose to call you herself

20                 and tell you those things; correct?

21     A           Well, yes, but Ben would call sometimes

22                 too and say that she had an appointment or

23                 the Judge gave her permission to this or

24                 the Judge gave her mission to do that.

25     Q           Okay. Do you have any records where he
```

| | | |
|---|---|---|
| 1 | | txted that to you?  Did he put that on an |
| 2 | | e-mail? |
| 3 | A | He would call me and tell me. |
| 4 | Q | But you and Ben txted a fair bit, too; |
| 5 | | correct? |
| 6 | A | We did. |
| 7 | Q | Do you still have your txt messages? |
| 8 | A | No. |
| 9 | Q | Why not? |
| 10 | A | I got a new phone and I just don't keep |
| 11 | | them. |
| 12 | Q | When did you get your new phone? |
| 13 | A | I don't remember. I wouldn't have kept |
| 14 | | them anyway, because I always delete them |
| 15 | | after so long.  But most of our |
| 16 | | conversations he would call me.  The only |
| 17 | | time that he really txted me when he went |
| 18 | | in the applications and stuff. |
| 19 | Q | And he would txt you a copy of those? |
| 20 | A | Yes. |
| 21 | Q | And would save copies of those txts on |
| 22 | | your computer? |
| 23 | A | No. That was just for me to put them in |
| 24 | | the computer. |
| 25 | Q | When you got your new phone, did you |

| | | |
|---|---|---|
| 1 | | switch cell phone providers? |
| 2 | A | No. |
| 3 | Q | Did you delete your txt messages with Ben |
| 4 | | Fields after the allegations against him |
| 5 | | came forward? |
| 6 | A | No. |
| 7 | Q | All right.  Let's look at this document. |
| 8 | | So I was looking back it looks like |
| 9 | | referenced back to the document marked as |
| 10 | | Defendant's 1. |
| 11 | A | What is it now? |
| 12 | Q | The one sitting right here with Mr. |
| 13 | | VanHoose. |
| 14 | A | Okay. |
| 15 | Q | I was noticing on the application sheet it |
| 16 | | says 164 Perkins Branch; do you see that? |
| 17 | | **MR. JONES:** Her address. |
| 18 | A | I see it over here, yes. |
| 19 | Q | And then, I am looking at the Attenti form |
| 20 | | and it says 413 KY 7; do you see that? |
| 21 | A | I don't know why that is on there. A lot |
| 22 | | of times on GPS when you put that in the |
| 23 | | computer it will come up this way. |
| 24 | Q | Okay. You are not sure whether that is the |
| 25 | | same or a different address? |

1    A         I don't.

2    Q         Okay. So I know you said something like

3              everyday you would get computer print out

4              of violations; is that what you stated

5              earlier?

6    A         Uh-huh.

7    Q         But this to me at least to me looks to be

8              a summary of all of the violations of

9              Sabrina Adkins during the time period that

10             she was on home incarceration; is that

11             correct?

12   A         Yes.

13   Q         And it looks by my read that she was first

14             logged into your system on June 18, 2021;

15             is that correct?

16   A         Yes.

17   Q         And by read of this document, to me it

18             looks like she was only on home

19             incarceration between June 18, 2021 thru

20             August 2, 2021 by EKCS's records; is that

21             correct?

22   A         I don't think so.  Oh, wait a minute.

23             What did you say that date was?

24   Q         The first date that I see on this document

25             is June 18, 2021, and the last date that I

1        see is August 2, 2021?

2   A    She was on twice.

3   Q    How do you know that?

4   A    Hold on a sec and I will tell you. She

5        went on again on 8-28-19; oka?

6   Q    2019?

7        **MR. JONES:** That is previous.

8   A    That is the first time.

9   Q    The dates on this document are 2021.

10  A    Hmmm. Can I see that application?

11       **MR. JONES:** This one?

12  A    This is 6-18-21. But I have her activated

13       on 8-28, so she must have gone on again on

14       8-28-20.

15       **MR. JONES:** That is a prior time.

16  A    The 6-18 was prior?

17       **MR. JONES:** I think your dates are wrong.

18  A    You think my dates are wrong? That is not

19       Sabrina.

20       **MR. JONES:** Sorry.

21  Q    You have got a document there with some

22       handwriting on it that I don't think that

23       I have seen, so I would like to make that

24       an Exhibit, I would like to see what is up

25       withe the handwriting.

| | | |
|---|---|---|
| 1 | A | Hold on a second. |
| 2 | Q | You have some dates on here activated 8- |
| 3 | | 28-20 deactivated 8-2-21. May I ask what |
| 4 | | you are looking at there? |
| 5 | A | I am trying to figure out when she on |
| 6 | | again the second time. |
| 7 | Q | Okay. |
| 8 | A | You don't get signal in here. |
| 9 | | **MS. STUMBO:** There is some wifi over there if |
| 10 | | you want to hook up to wifi. |
| 11 | A | I don't know how to do that. |
| 12 | | **MR. SHAW:** You can step outside here if that |
| 13 | | will help. |
| 14 | | **MS. BAXTER:** Let's go off the record. |
| 15 | | (A short break was taken) |
| 16 | | **MS. BAXTER:** Back on the record. |
| 17 | Q | We are back on the record now, and we have |
| 18 | | a copy of a document that you were looking |
| 19 | | at, Ms. Stockham, with some handwriting at |
| 20 | | the top right corner.  Do you have that |
| 21 | | copy? |
| 22 | A | I do. |
| 23 | Q | Is that your handwriting? |
| 24 | A | It is. |
| 25 | Q | Do you recall when that you made that |

1       notation at the top right corner offender

2       application for Sabrina Adkins?

3   A   I put the deactivation on there, I don't

4       know when I did.  Ben had called and told

5       me that she went off on 8-2, and I don't

6       know where I got the activation on 6-28-20

7       without she went on twice.

8   Q   Okay. Aside from this notation on this

9       document it says activated 8.28-20, do you

10      have any other records evidencing that

11      Sabrina Adkins was on home incarceration

12      with EKCS prior to June 18, 2021?

13  A   Prior to that, no, I don't. I don't know

14      where I got that from.

15      **MS. BAXTER:** We will mark this as Plaintiff's

16      Exhibit 2.

17  Q   Let's go back to these Attenti records. I

18      believe you agreed with me previously that

19      at least according to these Attenti

20      records, Sabrina Adkins was on home

21      incarceration with EKCS from June 18 to

22      August 2, 2021; correct?

23  A   I don't know to answer that correctly or

24      not, because I think she has been on

25      before.  Okay, that is correct.

1    Q        At least according to this document?

2    A        We will go with yes.

3    Q        That should be correct?

4    A        Yes.

5    Q        And if you look at the very last page, it

6             shows 62 total offender violations. Do you

7             see that?

8    A        I do.

9    Q        Okay. I want to sort of walk through this,

10            I don't want to belabor it, but I just

11            want to sort of understand how - - what

12            these violations were and what you did in

13            response to them.  So I am noticing - -

14            Well, tell me this, are the violations the

15            things in bold?  For example, on the

16            first page I see unable to connect, motion

17            no GPS?

18   A        Yes.

19   Q        Battery strap. Are those all violations?

20   A        Yes.

21   Q        Okay. Would yo have been made aware of

22            these violations?

23   A        Yes.

24   Q        On a daily basis?

25   A        Yes.

1   Q        Okay.  So what would have done or what did

2           you do, if you can recall, to respond to

3           these violations?

4   A        Okay. Anything that says GPS unable to

5           connect, that just means and it might be

6           anywhere in her house that she doesn't get

7           signal, GPS signal; okay?

8   Q        Okay.

9   A        Motion no GPS means she on the move, but

10          we don't have GPS.  Battery, she is

11          letting the battery go down, but it is not

12          all of the way.  A strap means she has

13          either hit it or cut it and Ben would have

14          checked on that.

15   Q       Okay.  Let me start here.  So when it says

16          unable to connect, it could mean that she

17          is somewhere in her home and lost

18          connection, but could it also mean that

19          she is across town where she is not

20          suppose to be?

21   A       If they go out of town or out from the

22          house, usually you will get a GPS before

23          she gets somewhere, okay, it is not going

24          to be dead to where ever.

25   Q       Okay. So as she is leaving her house, it

| | | |
|---|---|---|
| 1 | | will send a GPS signal letting you know |
| 2 | | she is way over here five miles down the |
| 3 | | road? |
| 4 | A | Yes. |
| 5 | Q | Okay. What does motion no GPS mean? |
| 6 | A | She is in movement but there is no GPS. |
| 7 | Q | Does that just mean she is walking around? |
| 8 | A | Yes. |
| 9 | Q | Okay. Which is different than not being |
| 10 | | able to connect? |
| 11 | A | Or she could be anywhere where there is |
| 12 | | not a GPS signal, because you don't get |
| 13 | | GPS signals all of the time. |
| 14 | Q | Okay. How often do you get GPS signals? |
| 15 | A | How often do you get it? |
| 16 | Q | Yeah. |
| 17 | A | Well, I guess every time when you - - you |
| 18 | | know, when you are traveling? |
| 19 | Q | I have never had an ankle monitor myself |
| 20 | | so I am inexperienced. |
| 21 | A | Okay. GPS system, if you are not near a |
| 22 | | tower or something, you don't get signal. |
| 23 | Q | Okay. |
| 24 | A | Kinda like when you are in the car and you |
| 25 | | lose your music and you don't have any |

1          signal, and then all of a sudden, you go a

2          little further and you do.

3     Q    Okay. So when that happens, does it still

4          show movement, I guess?  If my ankle

5          monitor is not able to connect with a

6          tower, can you still be made aware whether

7          I am moving or not?

8     A    Say, you are going from here to Wal-Mart,

9          and you get so far and you don't have

10         signal, then you go a little further and

11         you do have signal, there will be a little

12         arrow showing that you going and then

13         there will be a space where there is no

14         arrow showing and then they will pick up

15         signal again and it shows.

16    Q    I don't see any maps at least in this

17         violation summary, but would you have been

18         given these maps with these arrows by the

19         system?

20    A    When I get a violation, I can just get on

21         there and it will show.  That is what I

22         give to the representative when they

23         violate.

24    Q    Okay. And then, in those scenarios, the

25         person on home incarceration is suppose to

1          have told you that they are going to Wal-

2          Mart?

3   A    Right.

4   Q    But if they haven't told you that they are

5          going to Wal-Mart, that is when you would

6          connect Ben Fields in this instance?

7   A    Right.

8   Q    Okay. Just so that I am clear, at least

9          for the violations on this initial page,

10         which ones of these types of  violations

11         would you have contacted Ben Fields and/or

12         Sabrina Adkins about?

13  A    None of those other than to tell her she

14         needs to charge her battery.

15  Q    Well, I thought you said earlier that the

16         strap violation then would have followed

17         that?

18  A    Yeah, the strap violation.  Sorry, I

19         didn't see that. Yeah, he would have

20         checked that.

21  Q    Okay. And he would have had to report back

22         to you?

23  A    Yes.

24  Q    You would have to be the one to make him

25         aware of the strap violation, though?

1    A        Right.

2    Q        And you are made aware of that via Attenti

3             sending you a txt or some sort of notice

4             and you get on the computer and you see

5             strap violation on June 25 at 9:00 PM; is

6             that correct?

7    A        Yes.

8    Q        And then, I guess depending on what Ben

9             Fields tells you dictates whether or not

10            send that computer print out to the Court?

11   A        Right.

12   Q        Were there ever situations where you would

13            reach out to the person on home

14            incarceration before speaking to Ben

15            Fields?

16   A        Yes.

17   Q        And why would you do that?  In what

18            scenario would you talk to the person on

19            home incarceration first?

20   A        Okay. Let's say that I showed a person

21            going somewhere that they shouldn't go, I

22            would call them and they would tell me why

23            they are there, and I would call Ben and

24            if he says it is okay, and the Judge says

25            it was okay, it is okay, and if not, he

1         gets a warrant for them.

2    Q    So what would be the, you know, messages

3         at least on this offenders summary that

4         would implicate that scenario?  For

5         example, motion no GPS, would you talk to

6         the person with home incarceration about

7         that?

8    A    If it was just for a few minutes, no,

9         because it is there in the house.

10   Q    So you look at the time stamp too to

11        figure how long there has been motion no

12        GPS and that dictates whether you are

13        going to reach out to the person or not?

14   A    Uh-huh.

15   Q    On a lot of these in between the different

16        violations that it shows starts on Monday

17        at 12:00 AM and ends on Wednesday at 3:00

18        PM, starts on Wednesday at 5:30?

19   A    That is when she would go to her husband

20        and take care of him and her child.

21   Q    So you are saying that Sabrina had a

22        husband and child that she cared for?

23   A    It shows that she was divorced, but she

24        took care, I guess, it was her ex-husband,

25        I don't know, but she was going to take

| | | |
|---|---|---|
| 1 | | care of a man and he kept the son and she |
| 2 | | was taking care of him. |
| 3 | Q | And I guess, what authority did she have |
| 4 | | to do that? |
| 5 | A | First, Ben said that she had permission |
| 6 | | from the Judge to do that, and then, later |
| 7 | | on, the Judge agreed that she could go |
| 8 | | there and stay. |
| 9 | Q | Stay where? |
| 10 | A | Where ever her husband was in Pikeville. |
| 11 | Q | So somewhere in Pikeville? |
| 12 | A | Uh-huh, I don't know the exact address. |
| 13 | Q | Was it important for you with this |
| 14 | | computer system to know where that |
| 15 | | location was to make sure that she was |
| 16 | | only going from point "A" to point "B"? |
| 17 | A | She was there, yes. But it showed a |
| 18 | | violation because I didn't have it in the |
| 19 | | computer. |
| 20 | Q | Why didn't you put it in the computer? |
| 21 | A | Because I didn't know until that she had |
| 22 | | already got there. |
| 23 | Q | Did she go more than once? |
| 24 | A | Oh, yes, she went a lot of times. |
| 25 | Q | But despite doing that many times, you |

```
 1              never figured out the address in Pike

 2              County where she was going; is that

 3              correct?

 4     A        I had the address, but I don't remember

 5              it.

 6     Q        Did you put it in the system?

 7     A        Didn't put the address in.  I just put in

 8              that she was allowed out for those times.

 9     Q        Did you ever follow up with the Court to

10              figure out if the Judge had ever actually

11              given her - -

12     A        Yes, the Judge said that he did give her

13              permission.

14     Q        So which Judge told you that?

15     A        Craft.

16     Q        Okay. When did he tell you that?

17     A        I don't recall.

18     Q        Would she have had permission to do that,

19              I guess, from the very get go, because

20              that notation is included on June 18,

21              2021; correct?

22     A        Uh-huh.  She told me that he was very

23              sick.

24     Q        Her ex-husband?

25     A        Yes.
```

```
 1   Q         Do you have any documentation of that

 2             conversation with Ms. Adkins or

 3             conversation with Judge Craft?

 4   A         No.

 5   Q         That wouldn't have been the kind of

 6             information that you would have included

 7             in your records?

 8   A         No.

 9   Q         Okay. Just looking and flipping through to

10             see if I see any other different kinds of

11             violations. So I think that I heard you

12             say something earlier about Sabina Adkins

13             having a lot of violations or more

14             violations than average; is that correct?

15   A         It is because she went to her husband's,

16             and I didn't know until like Mickey would

17             call and tell me, not Mickey. Ben would

18             call and tell me after she had already

19             left and once you put it in the computer

20             after she has left it is still going to

21             show a violation for a while.

22   Q         Is there some way within your system - - I

23             thought you mentioned earlier that kind of

24             noting what violations are or not?

25   A         What I did, I did a daily summary and
```

1           printed it out and that when I put what

2           was violated I put where she went.

3    Q      Where are those records?

4    A      I don't have them.

5    Q      What happened to them?

6    A      Well, I don't know I guess I threw them

7           away.  This was before all of this

8           happened.

9    Q      Did you have any sort of policy with EKCS

10          to keep records for any certain period of

11          time?

12   A      No.

13   Q      So you just – –

14   A      There is so many that, you know.

15   Q      So you would - -

16   A      Shred them.

17   Q      You shred them.  I think you mentioned

18          earlier that you have a separate building

19          on your property?

20   A      I do.

21   Q      Have you looked through that entire

22          building where you store your records for

23          anything related to this case?

24   A      Yes.

25   Q      Do you recall having any conversations

1          with Sabrina directly?

2     A    Yes, several.

3     Q    Okay. What do you recall about

4          conversations with Sabrina?

5     A    Well, she would just calla nd tell me that

6          she had to go to her husband or her ex-

7          husband and take care of him, she usually

8          called me when she did that.

9     Q    Okay.  And would have been - -

10    A    Several times.

11    Q    That would have been between June 18th and

12         - -

13    A    8.

14    Q    Do you have any records of those

15         conversations?

16    A    No.

17    Q    Do you recall there being a violation for

18         Sabrina at one point she had been out

19         around 2:00 AM in Pike County; do you

20         recall that?

21    A    No.

22    Q    You don't recall having a conversation

23         with her about that violation?

24    A    No.

25    Q    You don't recall ever telling Sabrina that

1        she wasn't going to be speaking to Ben

2        Fields any more, she couldn't talk to him

3        any more?

4    A   No.

5    Q   Aside from the conversations that you do

6        recall having with Sabrina about her going

7        to take care of her ex-husband, anything

8        else that you all discussed aside from

9        that topic?

10   A   None that I recall.

11   Q   What about conversations that you recall

12       having with Ben Fields about Sabrina

13       Adkins?

14   A   That would be only when she had to go

15       somewhere like going to her husband's

16       house.

17   Q   You only recall her having to go to her

18       ex-husband's house?

19   A   I am sorry.

20   Q   Do you only recall her having to go to her

21       ex-husband's house?

22   A   Right.

23   Q   Do you ever get a copy the conditions of a

24       release and judicial decision related to

25       Sabrina Adkins being put on put on home

```
 1              incarceration?

 2    A         No.

 3    Q         You didn't feel it was important for you

 4              to review that document yourself?

 5    A         No, I trusted Ben, and I am sure that he

 6              wouldn't have put her on home

 7              incarceration if he didn't have a Court

 8              Order.

 9    Q         What about a copy of a Pre-Trail Bail Bond

10              Form?

11    A         No.

12    Q         You never looked at any forms such as

13              that?

14    A         No.

15    Q         Okay. Aside from this Attenti report that

16              you were able to generate, is there any

17              other sort of reports that you could

18              obtain through Attenti that would relate

19              to Sabrina Adkins and her home

20              incarceration?

21    A         No.

22    Q         So this is it?

23    A         This is it.

24    Q         What do yo recall about Sabrina Adkins

25              being taken out of the home incarceration
```

| | | |
|---|---|---|
| 1 | | system for EKCS? |
| 2 | A | Ben called me and said that she was taken |
| 3 | | off home incarceration on 8-2-21. |
| 4 | Q | Did he tell you why? |
| 5 | A | No.  They usually don't they just said |
| 6 | | that they went off home incarceration |
| 7 | | Judge took them off. |
| 8 | Q | What would be the circumstance for a Judge |
| 9 | | taking someone off home incarceration? |
| 10 | A | They had served their time or they might |
| 11 | | go to prison. |
| 12 | Q | Is there some sort of home incarceration |
| 13 | | completion form that is suppose to be |
| 14 | | filled out through EKCS? |
| 15 | A | Yes. |
| 16 | Q | Did Sabrina ever fill one of those out to |
| 17 | | your knowledge? |
| 18 | A | She is not suppose to fill it out, Ben is. |
| 19 | Q | Did Ben fill one of those out for her? |
| 20 | A | As far as I know. |
| 21 | Q | Did you ever see it? |
| 22 | A | No, I don't see them. |
| 23 | Q | Well, who is suppose to see them? |
| 24 | A | He fills them out and takes them to the |
| 25 | | clerk's office. |

| 1 | Q | Okay. So those are forms that get turned |
|---|---|---|
| 2 | | into the Court? |
| 3 | A | Yes. |
| 4 | Q | Okay. Are you aware of any such form ever |
| 5 | | being filed with the Court? |
| 6 | A | In Letcher County? |
| 7 | Q | We will start there. |
| 8 | A | I have, yes. |
| 9 | Q | Okay. What about Letcher County |
| 10 | | specifically? |
| 11 | A | I don't recall really on Letcher County. |
| 12 | Q | Wouldn't you had needed to provide this |
| 13 | | Offender Violation Summary document to the |
| 14 | | Circuit Court? |
| 15 | A | Never have, no.  Ben would do it. |
| 16 | Q | But he would only have it if he got it |
| 17 | | from you? |
| 18 | A | Right. |
| 19 | Q | So if Sabrina Adkins violated the terms of |
| 20 | | her home incarceration 62 times, does that |
| 21 | | mean there is 62 times that you sent Ben a |
| 22 | | screenshot of a computer print out to turn |
| 23 | | in to the Court? |
| 24 | A | No, because ever one of those were |
| 25 | | documented by what she said or what Ben |

| | | |
|---|---|---|
| 1 | | said that the Judge said she could do. |
| 2 | Q | So she didn't actually violate the terms |
| 3 | | of her home incarceration after all then? |
| 4 | A | No. |
| 5 | Q | Okay. You have since come to learn that |
| 6 | | Sabrina Adkins was not taken off home |
| 7 | | incarceration on August 2, 2021; correct? |
| 8 | A | I did, yeah. |
| 9 | Q | When did you find that out? |
| 10 | A | When I went to pick up the equipment after |
| 11 | | Ben  - - when I fired him.  I went to pick |
| 12 | | up the equipment - - First, I didn't |
| 13 | | believe it. Okay.  Because I thought if |
| 14 | | they take that transmitter off, I am going |
| 15 | | to know about it.  But when I went to get |
| 16 | | the equipment, there was a transmitter |
| 17 | | missing. 1773 was the last four digits, I |
| 18 | | think, and when I talked to the |
| 19 | | investigator, he said, I know where your |
| 20 | | transmitter is, I have it. |
| 21 | Q | Is that because Sabrina Adkins had it? |
| 22 | A | Uh-huh. |
| 23 | Q | And by that investigator, are you talking |
| 24 | | about Matt Easter with the Kentucky |
| 25 | | Attorney General's Office? |

1    A        Yes, uh-huh.

2    Q        Okay.  Let's back up.  Before you went to

3             Letcher County to pick up your equipment,

4             you already knew by that point that there

5             had been some allegations made about Ben

6             Fields and his work for you as a home

7             incarceration officer; correct?

8    A        Right.

9    Q        And how did you come to learn about those

10            allegations?

11   A        One night, and I don't have the date, Ben

12            called and said that one of the girls said

13            that  - - had brought a charge against him

14            and he had been flirting with her.  After

15            that I hang up with him, Mickey Stines

16            called me, and he said, Patty, have you

17            heard what has happened, and I said, well,

18            no, and I told him what Ben had said.  He

19            said, Patty, I have just got the - - what

20            is it? Copy of the suit.  He said, it is

21            bad.  I said, okay. I hung up.  I called

22            Ben and told him that he was longer a

23            contractor for Eastern Kentucky

24            Corrections.

25   Q        So that was based on Mickey Stines's

| | | |
|---|---|---|
| 1 | | statement to you that there were bad |
| 2 | | allegations against him? |
| 3 | A | Uh-huh. |
| 4 | Q | Did you become aware of the fact that in, |
| 5 | | I think it was January of 2022, maybe |
| 6 | | February '22, filed a complaint for |
| 7 | | charges for escape against Sabrina Adkins? |
| 8 | A | Yes. |
| 9 | Q | Did you consult with you at all in doing |
| 10 | | that? |
| 11 | A | I don't recall. |
| 12 | Q | Did he obtain any records from you in |
| 13 | | seeking that escape charge? |
| 14 | A | I don't recall. |
| 15 | Q | Do you have any records that would help |
| 16 | | you - - |
| 17 | A | The only thing that I have is right here. |
| 18 | Q | According to these records, does this |
| 19 | | Offender Violation Summary contain |
| 20 | | evidence to support an escape charge |
| 21 | | against Sabrina Adkins? |
| 22 | A | I would have to go back through them, but |
| 23 | | I don't think so. Because like I said, I |
| 24 | | did a daily summary and everything was |
| 25 | | written what that she did. |

1   Q       And that daily summary that you wrote

2           down, you have shredded those documents?

3   A       I don't have them. But Ben told me that

4           she could do these things, and you know,

5           Judge said she could, and then she told me

6           some that the Judge said she could.

7   Q       Was that a very typical thing for a Judge

8           to let a person on home incarceration

9           travel a county over to take care of an

10          ex-husband?

11  A       That was the first time that far.  I have

12          had Judges to say that they can do - - I

13          have even had a Judge say that they can go

14          to a ballgame and sit and watch their kid

15          play ball.  I mean it s just - -

16  Q       Was that a Judge in Letcher County?

17  A       No.

18  Q       Were you aware that Ben Fields was

19          communicating with Sabrina Adkins on

20          facebook messenger and snapchat?

21  A       No.

22  Q       Had you have known that, would you have

23          condoned your contractors communication?

24  A       I would not have condoned it.

25  Q       Why not?

```
1    A         It doesn't look right for one thing, and
2              if you are friends with them on facebook
3              and you are txt messaging back and forth,
4              no.
5    Q         Did you ever bother to check the Court
6              records or any kind of public records
7              related to Sabrina's criminal case?
8    A         No.
9    Q         Do you have access to Court Net, the
10             electronic record system in Kentucky?
11   A         No.
12   Q         You don't have access to that?
13   A         No, I don't want them.
14   Q         Why not?
15   A         I just don't. It doesn't have anything to
16             do with me.
17   Q         I would say it has a lot.
18   A         I do home incarceration and that is it.
19   Q         But that would give you access to the
20             Court Orders and other documents that are
21             part of the information that you need to
22             run your home incarceration program?
23   A         I have never had a need to do that.
24   Q         Okay. So when Sabrina Adkins was taken off
25             home incarceration by EKCS in August 2021,
```

| | | |
|---|---|---|
| 1 | | I guess was this the GPS number that you |
| 2 | | would have used the serial number on her |
| 3 | | ankle monitor? |
| 4 | A | Yes. |
| 5 | Q | And I guess to take someone out of your |
| 6 | | system so to speak, what happened to that |
| 7 | | ankle monitor next?  DO you know who ended |
| 8 | | up with it after Sabrina? |
| 9 | A | No. |
| 10 | Q | Would you be able to tell that from your |
| 11 | | records, though? |
| 12 | A | I might could, I don't know. |
| 13 | Q | And you referenced earlier an ankle |
| 14 | | monitor with the last four digits of 1773? |
| 15 | A | Uh-huh. |
| 16 | Q | Did you try to look up and figure out who |
| 17 | | had that ankle monitor previously or where |
| 18 | | it had been? |
| 19 | A | Where it come from? |
| 20 | Q | What was the story on that? |
| 21 | A | Well, I found out that Sabrina had it. |
| 22 | | No, I am sorry.  On this one, she had it. |
| 23 | | I couldn't find it at all, and so I double |
| 24 | | checked to see if it had been sent back |
| 25 | | for repair or anything, and it hadn't, and |

1        then, I met with the investigator, he said

2        I know where it is.

3    Q    I am wondering where was it before it

4        ended up in Sabrina Adkins's possession?

5    A    Ben had it, because they keep extra ones

6        in case - - they have to keep some in case

7        they have more people going on home

8        incarceration.  You can't say I don't have

9        a unit.

10   Q    Okay. What about when persons on home

11       incarceration had to go and pay their

12       weekly fees, how did that work?

13   A    I put in a certain time that they are to

14       be out.

15   Q    Is that time noted on Sabrina's Attenti

16       violation form?

17   A    I don't recall. It wouldn't be a

18       violation.

19   Q    Okay.  So you would have noted that

20       condition to the home incarceration such

21       that when she left the house to go down to

22       the courthouse to pay those fees it

23       wouldn't ding as a violation in the

24       system?

25   A    Right.

1    Q      But you didn't do a similar thing with

2           Sabrina being allowed to go to Pike County

3           to check on her ex-husband?

4    A      because it was different times, different

5           days.  She didn't go and just stay.  She

6           wold go and stay a few days, and then go

7           back to - - She was going back and forth.

8    Q      But you are saying there were terms

9           dictated by the Court that allowed her to

10          do that that was your understanding;

11          correct?

12    A     After a while. At first, Ben just said

13          that she could that, and then, the Judge

14          said give her permission that she could do

15          it that is what he told me.

16    Q     That was all according to Ben Fields?

17    A     Right.

18    Q     Let's turn to Jennifer Hill, the other

19          Plaintiff this case.  I have a similar

20          document for her.

21    **MS. BAXTER:** I would like to mark that as

22       Plaintiff's Exhibit 3.

23    Q     Okay. This one looks a little different.

24          Once you had a chance to look it over, I

25          just want to ask you if that looks

1          familiar?

2    A     Okay.

3    Q     Does that look familiar to you?

4    A     Yes.

5    Q     Okay.  And would this be a record that was

6          generated by Attenti for Jennifer Hill?

7    A     Yes.

8    Q     Is that your handwriting on the document?

9    A     It is that is when she first got hooked

10         up, and I didn't have in there  - - I

11         failed to put in that she was getting

12         hooked up and on her way home, I didn't

13         have that in there.

14   Q     Is this the kind of document I think you

15         were referencing earlier that you would

16         make notes on whether it was or was not a

17         violation?

18   A     Uh-huh. It is not the same it would be a

19         daily summary, but it would be close to

20         this, okay.

21   Q     What is this, what would you call this

22         document?

23   A     I don't know. Event History, I guess, that

24         is what it says.

25   Q     Okay. And I see some of them there are two

1    columns on the far right no GPS and

2    charging, and there are checkmarks in some

3    of those boxes. Would a row with no

4    checkmarks next to it be a violation or -

5    - Does this document evidence violations

6    of her home incarceration by Jennifer Hill

7    or not?

8    A    Yes.  Like the 4:07 AM to 4:59 that could

9    have been just getting out of charge or

10   could have been with no GPS, I don't know

11   really on that one.  I would have had it

12   written down.  I know  - - but I hate to

13   even say this. One night she called and

14   she had to go to the store for some

15   personal items. Okay?

16   Q    Are personal items allowed?

17   A    No, but in that case, I did let her.  I

18   mean I am woman.

19   Q    So you remember having some conversations

20   with Jennifer Hill?

21   A    No.

22   Q    Well, you remembered that conversation?

23   A    I do remember that one.  And her GPS shut

24   down that is where her battery was getting

25   low and I am pretty sure that I called and

1        told her that she had to charge.  She

2        wouldn't keep her charged was the problem

3        with her, I think.

4    Q   Okay.  On the third page, you see a map of

5        sorts?

6    A   Uh-huh.

7    Q   I realize this was in color originally,

8        but I don't have a color printer sadly,

9        and for that reason it might be a little

10       hard to tell, but just generally speaking,

11       what is this image depict?

12   A   Okay.  Well, do you see just the red dot

13       that is where she is.  That is probably

14       where her home is, I am not for sure,

15       because I haven't looked at this forever.

16       I don't even remember. I don't recall.

17   Q   Okay. That is a map that would be

18       generated by Attenti that would help you

19       determine whether or not that someone was

20       violating home incarceration; correct?

21   A   Yeah.

22   Q   Okay. On this forth page, kinda like a

23       profile of sorts.

24   A   What number 4, oh, I see. I thought that

25       was 12.

| | | |
|---|---|---|
| 1 | Q | Now I am looking at 13. |
| 2 | A | I don't see a 13. |
| 3 | | MR. JONES: 13 is down here in the middle |
| 4 | | space. |
| 5 | A | I can't find it. |
| 6 | Q | Right after the map. |
| 7 | | MR. JONES: Yeah, that is it. |
| 8 | Q | Is this all information that you would |
| 9 | | have plugged into the Attenti program when |
| 10 | | the person got initially put on home |
| 11 | | incarceration? |
| 12 | A | Yes. |
| 13 | Q | Is that the kind of information that you |
| 14 | | would have obtained from that application |
| 15 | | form? |
| 16 | A | Yes. |
| 17 | Q | And the Court Order also? |
| 18 | A | Yes. |
| 19 | Q | Okay. And I see that you are listed there |
| 20 | | as an assigned officer? |
| 21 | A | Uh-huh. |
| 22 | Q | Were you the assigned officer identified |
| 23 | | for everybody in the Attenti system? |
| 24 | A | Yes. |
| 25 | Q | And then, the last two pages I think look |

1              very similar at least to the front two

2              pages. Is there any difference between

3              those two?

4    A        Yes.

5    Q        Maybe the dates are different?

6    A        The dates are different, plus the system

7              that I used was different, because it was

8              the one that you had to plug into the

9              phone line.  The last one was not GPS,

10             this is not GPS.

11   Q        So in 2020, at least for Jennifer Hill,

12             you were not using a GPS system?

13   A        Right.

14   Q        But by 2021, you were?

15   A        Yes.

16   Q        And that is where that I see these words

17             untrusted and is that term in sync with

18             - -

19   A        With the monitor being moved or vibration.

20   Q        Okay.

21       MS. BAXTER: I would like to mark this one also

22        5.

23   Q        Here is another set of documents. Those

24             are some more documents that we got from

25             you from the subpoena response. So these

1          records all relate to Jennifer Hill; is

2          that correct?

3    A     Yes.

4    Q     Okay. And these are records that you did

5          have up in Greenup as part of EKCS's

6          records; correct?

7    A     Yes.

8    Q     So we have a conditions of release and

9          judicial decision is the first page that

10         we have got here and it looks like one of

11         the listed conditions that Judge Craft was

12         HIC/EM does that stand for home

13         incarceration electronic monitoring?

14   A     Yes.

15   Q     Okay. Under other details, it says if

16         defendant can not abide by terms of HIC/EM

17         then she is to report to Letcher County

18         Jail; do you see that?

19   A     No, but I am sure it is on there.

20   Q     It is right under other details.

21         **MR. JONES:** On the previous page.

22   A     The previous page, okay.

23   Q     I am just wondering who sets the terms of

24         HIC/EM?

25   A     I do.

1    Q       And you make the person who is on home

2            incarceration aware of those as you

3            testified to previously via of that

4            contract and via, you know, verbal

5            information shared when they are hooked up

6            to the ankle monitoring system; correct?

7    A       Yes.

8    Q       Okay. Was there ever any conversation

9            between Eastern Kentucky Correctional

10           Solutions and the Court about what kind of

11           terms you should or should not apply or

12           how that should work or the parameters at

13           all?

14   A       No.

15   Q       So you just had full digression to decide

16           whatever the terms of home incarceration

17           and electronic monitoring should or should

18           not be; correct?

19   A       Right.

20   Q       So long as they are consistent with

21           whatever the Court - -

22   A       Yes.

23   Q       Which in this case would be just that

24           Jennifer Hill should comply with what you

25           decide; correct?

1   A        Uh-huh.

2   Q        Let's look at the second page. This is

3            another document that was part of your

4            documents for Jennifer Hill. DO you know

5            who Amanda Sexton is?  She is the witness

6            down there at the bottom.

7   A        She was on home incarceration once.

8   Q        Okay.

9   A        Or twice, I just recognize the name; okay?

10  Q        There may be more than one Amanda Sexton

11           in Letcher County, too.

12  A        Yeah.

13  Q        I found it kinda of interesting too, and I

14           don't know if you would know the answer

15           but the conditions of her release and

16           judicial decision were entered on August

17           17th and then it is not for a couple weeks

18           that this AOC Form 365.1 is dated.  Do you

19           see that?

20  A        No.

21  Q        Up at the top it says 9/2/20?

22  A        Yes.

23  Q        Nope, I am a Unit off I am realizing.  The

24           date seems a little whacky to me. In your

25           experience is there any reason why the

1          bail bond form would come weeks after the

2          conditions of release and judicial

3          decision?

4     A    I have no idea.

5     Q    Neither do I. So what information from the

6          first two pages would you use to plug into

7          your home incarceration system to, you

8          know, inform the terms of their home

9          incarceration?

10    A    Give me that question again?

11    Q    I am just wondering you have these first

12         two pages, these are part of the documents

13         that you had for Jennifer Hill.  I am just

14         serious what information that you took

15         from these that helped you do your job?

16    A    All of them.

17    Q    Okay. Explain to me what you meant by

18         that?

19    A    It is basically the same as what is on the

20         Court Order.

21    Q    Okay. So what information specifically?

22    A    Well, there is no way of knowing if they

23         used alcohol or control substances?

24    Q    Why not?

25    A    How would I know if they used alcohol or

1           substances?

2    Q      I thought some ankle monitors could check

3           for that?

4    A      No. They might, but mine doesn't.

5    Q      Do you think the Letcher Circuit Court was

6           aware that EKCS had no ability to - -

7    A      I would not know on that.

8    Q      Let me finish my question.  You have no

9           reason to know whether the Letcher Court

10          System and Letcher Court Judges were aware

11          that you unable to monitor whether someone

12          was consuming alcohol or illegal

13          substances?

14   A      I don't know of any home incarceration

15          program that does that.

16   Q      I know that you mentioned earlier that

17          some people would go to get drug tested.

18   A      Now sometimes, they would go for drug

19          testing, and that would be another

20          violation because they have to call me

21          that day.  They call like at different

22          times to show up and I would put it in the

23          computer but it wills till show a

24          violation if they went for drug testing or

25          something, because they can't tell me a

| | | |
|---|---|---|
| 1 | | day ahead of time or two days ahead of |
| 2 | | time on that. |
| 3 | Q | Okay. And this third page here is this |
| 4 | | home incarceration completion form. It |
| 5 | | says Patty Greer President, but that is |
| 6 | | you; correct? |
| 7 | A | Yes. |
| 8 | Q | And signed by Ben Fields on your behalf; |
| 9 | | is that correct? |
| 10 | A | Yes. |
| 11 | Q | And you did keep a copy of this at EKCS; |
| 12 | | correct? |
| 13 | A | If you have it, I am sure that I did. |
| 14 | Q | That is what I am trying to figure out. |
| 15 | | Why would you have had a copy because - - |
| 16 | A | When Ben quit, not quit, but when I fired |
| 17 | | him, I went over there and he gave me some |
| 18 | | papers and some he didn't.  This is the |
| 19 | | ones that he gave me. |
| 20 | Q | So you did talk to Ben Fields a second |
| 21 | | time after you terminated him, I guess? |
| 22 | A | He met me at the courthouse and gave me |
| 23 | | everything. |
| 24 | Q | Did he say anything to you at that time? |
| 25 | A | No. |

1    Q        Did he apologize to you?

2    A        No.

3    Q        Mickey Stines apologized to you; didn't

4             he?

5    A        A million times.

6    Q        So what did he say when he apologized?

7    A        He just said Patty I am so sorry. I just

8             would have never thought that of him.

9             Said, nobody thought it of him, that even

10            the Judges and everybody is just shocked.

11            He apologized so much that I told him that

12            I was going to get mad if he didn't quit.

13   Q        Did he do that over the phone or in

14            writing?

15   A        Over the phone, in person.

16   Q        I have seen where you have given us a copy

17            of Jennifer Hill's, the contract that she

18            signed.  Do you have a copy of her

19            contract?

20   A        Did I have one?

21       **MR. JONES:** I have one, I think.

22   Q        I will say also that I have not seen a

23            copy of the Jennifer Hill application.  If

24            you have either of those documents?

25   A        I have gave you all that I have.

1      **MR. JONES:** I don't have them down here.  Me

2      look and see what else I have got.

3      **MS. BAXTER:** Can we go off the record for

4      minute.

5      (A short break was taken)

6      **MS. BAXTER:** Back on the record.

7   Q      I am going to pass you another document.

8          This is as I understand it is the same

9          offender summary for Jennifer Hill similar

10         what we looked at for Sabrina Adkins;

11         correct?

12  A      Right.

13  Q      I accidentally printed an extra page. I

14         see 52 total violation on the last page.

15  A      Four of those are for battery

16  Q      Yeah.

17  A      One of them is motion no GPS, strap, and

18         unable to connect, AC power disconnected,

19         and base unit untrusted, and bracelet

20         strap, and that is the reason that she was

21         arrested.

22  Q      For a bracelet strap?

23  A      Yeah.  She also unplugged the Unit.  This

24         is the one that you plugged into.

25  Q      What does bracelet strap mean?

1    A        She cut it.

2    Q        Do you think that Jennifer Hill cut her

3             bracelet strap?

4    A        This could have been - - What was she

5             charged with?  I don't remember.  This

6             could have been when she was taken off

7             house arrest.

8    Q        What do you mean by this could have been?

9    A        The bracelet strap, because when you cut

10            it off, it will show, so let me see what

11            the date was on that?

12           **MR. JONES:** I hate to jump in and point

13           something out, but these are two different

14           time periods?

15           **MS. BAXTER:** I think both of the two time

16           periods are represented on both documents.

17           First two pages and last two pages of that one

18           show different time periods and this one shows

19           2020 and then it jumps to 2021.

20           **MR. JONES:** Well, this one would explain the

21           Bond form.

22           **MS. BAXTER:** One of them would, right.

23    A        Okay. The first one, she probably just hit

24             it on something from what I can gather,

25             and then second, she cut.

| | | |
|---|---|---|
| 1 | Q | Tell me what you are looking at when you |
| 2 | | say the first one? |
| 3 | A | Page 2 of 4, it says one piece GPS strap, |
| 4 | | and then, her base unit was untrusted and |
| 5 | | stuff, so she might have just hit it on |
| 6 | | something there, but Ben would have |
| 7 | | checked that. |
| 8 | Q | Just so that I am clear, that is the time |
| 9 | | stamp 9/2/2021 at 1:11.38 PM? |
| 10 | A | Right. Sometimes with those, you can just |
| 11 | | be in the bed, and hit it, and it would |
| 12 | | show that.  And then, on 10/21 either that |
| 13 | | is when she went off or she cut the band. |
| 14 | | Oh, strap, she cut it. |
| 15 | Q | Okay. So I guess from what is documented |
| 16 | | on this Jennifer Hill offender violation |
| 17 | | summary, which one of these would have |
| 18 | | been reported to the Court of the |
| 19 | | violations? |
| 20 | A | Untrusted never, curfew would have ben |
| 21 | | reported. That curfew would not have been |
| 22 | | reported.  It was just 14 minutes. |
| 23 | Q | What is the policy if it is less than a |
| 24 | | certain period of time that it doesn't get |
| 25 | | reported? |

1    A    Right.  The Judge won't do anything if

2         they are just like 15 minutes or 14

3         minutes or something.  Now if I get

4         something that says 25 or 30 minutes, I

5         report it, or any time after that, I would

6         say 30 minutes.

7    Q    Okay. So if it is more than 30 minutes,

8         you usually report it?

9    A    Right.

10   Q    How do you know that the Judge wouldn't

11        consider it a violation?

12   A    Because I have done it before and they

13        won't do anything about it. Well, it is

14        just a few minutes, and they didn't go

15        far, you know.

16   Q    Are you basing that experience on either

17        Judge Mullins or Judge Craft specifically?

18   A    Yes.

19   Q    Do you remember who those persons were

20        that you would have reported 10, 15

21        violation that they - -

22   A    They wouldn't do anything.

23   Q    Do you remember the names of any person?

24   A    No, I don't recall, but I know that I have

25        mentioned it to Judges before and you

```
 1              know, for 10 minutes, they are not going

 2              to put them back in jail for 10 minutes.

 3     Q        But you never spoke to either Judge

 4              Mullins or Judge Craft about any of

 5              Jennifer Hill's or Sabrina Adkins's

 6              violations; is that correct?

 7     A        I did not speak them personally.  I was in

 8              the hallway with Ben or I think it was - -

 9              I don't I know who I was in the hallway

10              with, but anyway, Judge Craft was there

11              and he said that he did give permission

12              for her to go - - for Sabrina to go to

13              stay with her ex-husband and son.

14     Q        My question to you is what of these would

15              have ben violations reported to the Court,

16              and you pointed out the strap?

17     A        The strap.

18     Q        Anything else?

19     A        Yes, she unplugged her unit.

20     Q        When was that?

21     A        There are several here. Based unit AC

22              power disconnected on 8-31.

23     Q        8-31?

24     A        Uh-huh.

25     Q        And that is an area where you would have
```

1    sent a screenshot - -

2  A    Sometimes that could be where power went

3        off, too, so it could have been either one

4        of those.

5  Q    So you are not sure whether that would

6        have been reported or not?

7  A    No.

8  Q    But it could have been?

9  A    It could have been.  Usually if that

10       happened, I would call and they would let

11       me know the power is off, you know.

12 Q    They being?

13 A    The offender.

14 Q    Okay. Anything else here that would have

15       been reported to the Court?

16 A    I would have reported it to Ben not

17       necessarily the Court, because Ben took

18       care of that.

19 Q    You would have sent him a copy of the

20       computer print out screenshot?

21 A    Yes.  This wouldn't have been like a GPS

22       or anything it would have just been

23       showing, you know, the strap.

24 Q    It would have been a copy of this document

25       or some other document?

1    A        Yes.

2            **MS. BAXTER:** Let's make that an Exhibit.

3    Q        Do you recall a name called █████

4            ██████

5    A        I am sorry.

6    Q        ███████████, does that name ring a bell

7            to you?

8    A        She was on home incarceration.

9    Q        Are you aware she is also on e of the

10           victims identified that lead to the

11           criminal charges Ben Fields?

12   A        I thought maybe, but I wasn't for sure.

13   Q        Why did you think maybe?

14   A        Because when I was over there with the

15           investigator, she was there talking to

16           someone, too, and I thought maybe that was

17           the reason.

18   Q        So you knew her well enough to recognize

19           her?

20   A        Yes.

21   Q        By her face?

22   A        Now I didn't recognize her I just know

23           that someone said █████████, they

24           called her back there.

25   Q        Where were you when you talked to Matt

| | | |
|---|---|---|
| 1 | | Easter? |
| 2 | A | Letcher County Sheriff's Office. |
| 3 | Q | Interesting. So you drove down there to |
| 4 | | meet with Mr. Easter? |
| 5 | A | Yes. |
| 6 | Q | Did you meet with anybody else besides Mr. |
| 7 | | Easter? |
| 8 | A | Ben  - - not Ben. Mickey. |
| 9 | Q | Was Mickey also in the room when you spoke |
| 10 | | to Mr. Easter? |
| 11 | A | Yes. |
| 12 | Q | Was Mr. Stines also answering questions? |
| 13 | A | He had already talked to him. |
| 14 | Q | Okay. Did you get to sit in during - - |
| 15 | A | No. |
| 16 | Q | Why did he get to sit in during your |
| 17 | | questioning? |
| 18 | A | Well, I don't know, but when I got there, |
| 19 | | they were over at the courthouse talking |
| 20 | | to someone and I had to wait. |
| 21 | Q | Who is they? |
| 22 | A | The investigator and Mickey was talking to |
| 23 | | the Judge over there. |
| 24 | Q | Which Judge? |
| 25 | A | I don't know. |

1    Q       Okay.

2    A       I would assume Craft, but that is just a

3            guess.

4    Q       Okay. Well, are you aware that ███████

5            █████      was also given what she called a

6            dummy bracelet, an inactivated bracelet?

7    A       No.

8    Q       You only ever got one bracelet back from

9            the AG's office; correct?

10   A       Yeah.

11   Q       Were there unaccounted or ankle monitors

12           that just you never got back?

13   A       No.

14   Q       ███████   had a lot of violations, do you

15           remember that?

16   A       I know that she had some, but Ben always

17           told me that she had reasons to be out.

18   Q       Did Been give you as many reasons fro

19           violations for male offenders as he did

20           for these female offenders?

21   A       No.

22   Q       There are more excuses coming from these

23           women from Ben?

24   A       Uh-huh. It was these.

25   Q       So these three persons stood out to you?

1    A         Uh-huh.

2    Q         You didn't eve think to check the Court

3              records or follow up on any of that?

4    A         No, because I trusted him.

5    Q         So this is the same offender violation

6              summary for ███████████.  It is a

7              little thicker than the other two, and if

8              you look to the back page.

9    A         It is because one was she was on the old

10             system for a while.

11   Q         On the back, it shows 219 violations?

12   A         I don't recall that many.  All of those

13             are not what you call violations.  Base

14             unit untrusted. 80; okay.

15   Q         So what does that mean?

16   A         Remember when I told you the monitor, she

17             was on the old system and it shows

18             untrusted.  You can walk across the room

19             and if it vibrates, it will show it.  I

20             mean it is not the best system, but it was

21             the best at the time, the best system that

22             they had.  Okay. One piece unable to

23             connect, 31, that is not really a

24             violation. Okay. Power disconnected, so

25             most of those of the 219 there is not that

1                 many that is really - -  Okay. there is

2                 one motion GPS in motion no GPS, that

3                 could be anywhere.  Then, you had two

4                 batteries which they were low, so that

5                 number really looks bad, but it is not.

6      Q        Okay. Tell me this of all of these 219

7                 violations, you are saying some are worse

8                 than others?

9      A        No, it is not 219 violations is what I am

10                saying.

11     Q        Okay. Let me ask my question.

12     A        Base unit untrusted is not a violation.

13                It is just showing me that it has been

14                moved or somebody has walked by and jarred

15                it, anything can happen with that.  A

16                child jumping on the floor, they were very

17                sensitive.

18     Q        Okay. Let me ask the question and I think

19                it will address some of your concerns.

20     A        Okay.

21     Q        So there is at least - -

22     A        There is eight curfew violations, I am

23                sorry.

24     Q        Of these 219 documented potential

25                violations, how many of these would have

1    have needed to call Ben Fields or ████

2    ████    to confirm this was not in

3    actuality a violation?

4    A    I wouldn't have to call him on any of

5        them, especially that 80. Okay. I would

6        ahve called on the eight violations.

7    Q    Okay. So the eight being curfew?

8    A    The eight is the violations that she had.

9        She didn't have 219.

10   Q    Well, I am just reading what is here.

11   A    I know, but you don't, you know.

12   Q    So a curfew violation is something that

13       you would call Ben and follow up about?

14   A    Yes.

15   Q    Anything else on this list?

16   A    Let me double check.  I don't want to say

17       something that wasn't true.  That was the

18       last one; right?

19   Q    Yeah.

20   A    Hold on a second.  I would have called her

21       on the power of being disconnected,

22       because that could have been - - I don't

23       recall, okay.

24   Q    Okay.

25   A    The GPS unable to connect, 31, you know

```
 1                    what that is, it just didn't have a

 2                    signal.  The strap I would have called on

 3                    and Ben would have checked on that strap.

 4         Q          I got nine straps and we got three power

 5                    disconnects and we got eight curfews?

 6         A          Right.

 7         Q          Okay. Do you recall having any of those

 8                    conversations you had Ben about straps,

 9                    power disconnect and curfews?

10         A          Yes, any time it showed strap, I contacted

11                    Ben.

12         Q          Do you remember talking to Ben about

13                    straps related to      ████████████

14         A          No, I do not recall.

15         Q          Do you have any documentation that would

16                    help you beyond this document, any txt

17                    messages or e-mails?

18         A          No.

19         Q          So you have no recollections of these

20                    strap violation; correct?

21         A          Right.

22         Q          What about the power disconnect or the

23                    curfew violations, do you remember talking

24                    to been Fields about any - -

25         A          I wouldn't have called him about that.  I
```

```
 1              would have called Jennifer and I don't

 2              recall, but I know when that I did show

 3              that I always called.

 4    Q         Who is Jennifer?

 5         MR. JONES: We are on the wrong one.

 6    A         We are on the wrong. I am sorry.

 7    Q         Do you remember talking to Briana about

 8              any of these curfews or power disconnect

 9              issues?

10    A         I don't remember.

11    Q         Do you remember having any conversations

12              with ██████████████?

13    A         No.

14    Q         Do you recall Ben Fields telling you that

15              ██████████████ had been talking off home

16              incarceration?

17    A         I don't recall it, no.

18    Q         Do you have any other documents related to

19              ██████████████ in your office of any of

20              these contracts or application forms?

21    A         No, I checked everything.

22    Q         You checked for ██████████████ also?

23    A         I did.

24    Q         Did you produce any records to the

25              Attorney General's Office?
```

1   A       Yes.

2   Q       Do you recall what you gave them?

3   A       No.

4   Q       Did you keep a copy of it?

5   A       No, I just gave them to them.

6   Q       How long would you say that you spoke to

7           Matt Easter with the AG's office?

8   A       Not this long.

9   Q       We have been here about three hours, three

10          to four hours. Was it less than an hour

11          that you spoke to him?

12  A       Probably around an hour.

13  Q       And Mickey Stines was with you throughout

14          that conversation; correct?

15  A       He was, yes, we were in his office.

16  Q       Do you know any of the other deputy

17          sheriffs, have you met any of them?

18  A       No.

19  Q       In Letcher County?

20  A       No.

21  Q       Okay. We have a recording that I believe

22          to be ███████████████ and on that recording

23          she says that Ben Fields said that she

24          didn't have to worry about paying her

25          ankle monitoring charges. She would tell

| | | |
|---|---|---|
| 1 | | him when she was going places, but he |
| 2 | | didn't care and she also acknowledged that |
| 3 | | she was drug addict at the time, and I |
| 4 | | believe those statements were attributed |
| 5 | | to her, were you aware of any of that? |
| 6 | A | No. |
| 7 | Q | She also made a statement about you |
| 8 | | wanting to revoke her home incarceration |
| 9 | | at one point, and that you gave Ben Fields |
| 10 | | and order to revoke her home |
| 11 | | incarceration, but Ben wouldn't do it. |
| 12 | | Does that ring any bells for you? |
| 13 | A | No. |
| 14 | Q | She says after that point, after |
| 15 | | conversation Ben put this sorta dummy |
| 16 | | bracelet on her, and I believe notified |
| 17 | | you that she had been taken off home |
| 18 | | incarceration through the court system. |
| 19 | | Were you aware of that or did you know |
| 20 | | anything about that? |
| 21 | A | No.  If I had been aware, no, he would |
| 22 | | have been gone. |
| 23 | Q | So you don't have any recollection of |
| 24 | | telling Ben Fields to revoke ████ |
| 25 | | ████████ hone incarceration? |

1    A    If she violated, which is this the ███

2         Let me see ████ again.  This is ███

3         ████    If she cut that strap, yes, I

4         would have told him to check the strap,

5         and if it had been cut, arrest her.  I

6         don't recall that, but I would have, you

7         know.

8    Q    So would you have been directing Ben

9         Fields to arrest her because he had that

10        authority as a deputy sheriff?

11   A    No, I would send this to him and he would

12        show it to the Judge and arrest her or get

13        a warrant put it that way.

14   Q    The last time that ████ was on home

15        incarceration, I thin she was on and off a

16        few different times.  Let me see what the

17        dates are on the most recent time

18        according to your records would have been

19        ending in August 2021 beginning in - -

20        There was a lot of violation throughout

21        July.  It looks like she was put on home

22        incarceration - - I am looking at the

23        bottom of page seven on this document.  It

24        is a little annoying because the bait

25        stamp is over top some of the records, but

1          it she put back on and connected back up

2          on July 7, 2021, and that she was on it

3          through August 5, 2021; do you see that?

4   A     Yes.

5   Q     There was some reference to the Court

6          having put ▮▮▮▮▮ back on - - or

7          authorized her to be back on home

8          incarceration and that you said it was

9          okay, but ben said he wouldn't put her

10         back on home incarceration.

11  A     I don't recall that.

12  Q     You don't recall that. Okay.

13     **MS. BAXTER:** Let's mark that as the next

14   Exhibit.

15  Q     Okay. I have got some more records, I

16         think I redacted everything, social

17         security numbers and addresses, but if

18         anybody sees something that I missed,

19         speak up.  I just wanted to confirm EKCS

20         paid Ben Fields $23,165 in 2020; does that

21         look accurate?

22  A     I am sure it was.  I don't see it

23         anywhere.

24     **MR. JONES:** It is up at the top.

25  A     I am blind.

```
 1    Q      That is a heck of a lot more I was

 2           noticing than EKCS paid Jack Miniard, who

 3           I understood to be the home incarceration

 4           down in Harlan. You testified earlier that

 5           everyone was paid under the same formula,

 6           so why did Jack earn so much less than

 7           Fields in 2020?

 8    A      Because Jack just had one or two people on

 9           home incarceration.

10    Q      Why were there so many more people on home

11           incarceration in Letcher County as

12           compared to Harlan County?

13    A      You will have to ask the Judges that.  I

14           have no idea.

15    Q      And then, it looks like in 2021, Eastern

16           Kentucky Correctional Solutions paid Ben

17           Fields $34,782; do you see that?

18    A      Uh-huh.

19    Q      I was just noticing again that Jack

20           Miniard he only got $2,059 that year; do

21           you see that?

22    A      Yes. Was that during Covid?

23    Q      I guess 2021 would have been in part. But

24           there was as much Covid in Letcher as

25           there was in Harlan; right?
```

```
 1    A        In Letcher County during Covid, was the

 2             best year that I ever had.

 3    Q        You mean that was the most profitable year

 4             for EKCS?

 5    A        Uh-huh.

 6    Q        So why do you think that is, do you think

 7             the Judges in Letcher County let everybody

 8             out on home incarceration?

 9    A        I don't know, but the jails were over

10             crowed, and people in the jail had Covid,

11             and stuff, and I guess they - - I am just

12             guessing; okay?

13    Q        Sure.

14    A        I have no idea. I just know that was the

15             reason his pay was so much more that year.

16    Q        Okay. So as compared to previous year, are

17             you saying that you think that Ben Fields

18             in 2021 made more money as a EKCS

19             independent contractor than any

20             independent contractor had ever made from

21             EKCS in any year prior?

22    A        Yes.

23    Q        Okay. Would ben Fields paid on a monthly

24             basis?

25    A        Yes.
```

1    Q        Okay. And when EKCS would pay him, would

2             you show your math so to speak, I know you

3             said that he didn't submit an invoice, so

4             did you say this many hookups, and this

5             many folks on home incarceration equals

6             this figure?

7    A        I used to write everything down, how many

8             days each person and everything, and I

9             quit doing that when I got breast cancer,

10            it was just too hard and Mickey said,

11            Patty, I know you don't like change, but

12            let me just put down on each receipt how

13            much I made that time, so I would just add

14            the receipts up over at the side, because

15            if they were on for one week, he made $21.

16            If he hooked one up for that week, he made

17            $46,a dn he would put it over there, and I

18            would just add it up. He said that makes

19            it easier on both of us, we have receipt

20            showing and that way  - - he said it was

21            just silly typing all of that up.

22   Q        Did Ben Fields do that also?

23   A        Yes.  I found out it was easier.  Mickey

24            knew what he was talking about.

25            MS. BAXTER: I don't really need to make this

1              an exhibit.

2    Q         I have more thing that I want to ask you

3              about, and I just came across this in the

4              records that we got from the Attorney

5              General's Office. It looks like a

6              communication between you and Ben Fields

7              on facebook messenger, I guess. As I

8              understand it and read it, it is you

9              sending him a photo which is the photo

10             that is the last page. I am just really

11             curious if you recall this communication

12             and why you would have been communicating

13             via facebook messenger in this instance?

14   A         Who were we talking about here? Danette

15             Conley, is that a woman or a man?

16   Q         I think it is a woman, because we got

17             ahold of her Attenti records and we only

18             asked for female folks so I think it is a

19             woman, but I was kinda curious myself.

20   A         Oh, I see why. There is a violation there.

21   Q         Okay.

22   A         So is this an example of what you would

23             have sent to Mr. Fields in a situation

24             where someone violated home incarceration?

25   A         Sometimes, they would want to know exactly

| | | |
|---|---|---|
| 1 | | where they were. |
| 2 | Q | Who is they? |
| 3 | A | So I would send this. Mickey would |
| 4 | | sometimes want to know where so-and-so is |
| 5 | | at a certain, and if he had a warrant for |
| 6 | | them or something I could show then |
| 7 | | exactly where they were. |
| 8 | Q | So are you saying this might not |
| 9 | | necessarily been a situation where Danette |
| 10 | | Conley had violated? |
| 11 | A | No, she violated. |
| 12 | Q | Okay. Let me finish my question. |
| 13 | A | There is no reason for me to send it to |
| 14 | | him. |
| 15 | Q | Well, you are not sending it to Mickey |
| 16 | | Stines, you are sending it to Ben Fields. |
| 17 | A | That is what I mean to Ben.  Sorry I get |
| 18 | | them mixed up. |
| 19 | Q | That is okay.  That is what I was trying |
| 20 | | to figure out were you trying to send it |
| 21 | | to Ben in his capacity as a Deputy Sheriff |
| 22 | | to find this person to arrest them? |
| 23 | A | I was probably just sending it to show |
| 24 | | that he violated and where he was. |
| 25 | Q | Okay. So if you were sending it to Ben |

1          Fields to show that this person had

2          violated home incarceration and where they

3          were, what did you expect him to do with

4          this information?

5     A    Show the Judge and see if he wants a

6          warrant taken.

7     Q    Okay. Do you remember following up with

8          Ben Fields to figure out if he ever showed

9          this to a Judge?

10    A    I don't recall.

11    Q    Okay. Is this the same kind of information

12         that you would have sent to Ben Fields via

13         txt?

14    A    Could have been.

15    Q    Okay.  I am just curious as to why you

16         used facebook in this instance; do you

17         recall?

18    A    No.

19    Q    Do you use facebook a lot?

20    A    No.

21    Q    Did you talk to Ben Fields aside from this

22         instance talking to Ben Fields about home

23         incarceration matters via facebook?

24    A    I don't recall.

25         **MS. BAXTER:** Let's make this an exhibit.

| | | |
|---|---|---|
| 1 | Q | Okay. So I think that you testified a |
| 2 | | little bit previously about the first |
| 3 | | thing that you heard about any of these |
| 4 | | allegations was Ben Fields himself called |
| 5 | | you said he had been accused of having |
| 6 | | flirted with someone. Did he tell you why |
| 7 | | he was calling you up to tell you that? |
| 8 | | Did he tell you that it was being |
| 9 | | investigated? |
| 10 | A | No. |
| 11 | Q | he just called you and said someone has |
| 12 | | accused me of flirting with them? |
| 13 | A | Yes. |
| 14 | Q | Did he give you a name? |
| 15 | A | No. |
| 16 | Q | Did you ask for a name? |
| 17 | A | No. |
| 18 | Q | Did you understand him to be referring to |
| 19 | | someone that was on home incarceration? |
| 20 | A | I don't recall if I did or not, because at |
| 21 | | that time, Mickey beeped in, and I went to |
| 22 | | get his call. |
| 23 | Q | So you hung up abruptly with your call |
| 24 | | with Ben Fields? |
| 25 | A | Uh-huh. |

1    Q        Did you think that Mickey Stines was

2             calling you to talk about the same issue?

3    A        I didn't know about the issue. I just knew

4             about that he said that somebody accused

5             him of flirting with them.  That is no big

6             deal.

7    Q        Do you remember what time of day it was?

8    A        It was in the evening.

9    Q        After supper time?

10   A        Yes.

11   Q        Okay. Anything else that you can remember

12            that Ben Fields told you on that call?

13   A        No.

14   Q        What about Mickey Stines, what did he tell

15            you once you got on the phone with him?

16   A        Mickey Stines said, Patty, have you heard

17            from Ben, and I said, yes, he said, he had

18            been flirting, or someone accused him of

19            flirting with somebody.  He said, Patty, I

20            have got the suit, it is bad.  I said,

21            okay. I hung up. I called him back and

22            told him that I had to let him go.

23   Q        So did you ask for a copy of the suit?

24   A        No.

25   Q        Did you ask for any more information aside

```
 1              from it is bad?

 2    A         No.

 3    Q         Okay. So then you called Ben Fields back,

 4              and you said what?

 5    A         You will not be contracting for me any

 6              more for Eastern Kentucky Corrections.

 7    Q         Did you ask for any more details about why

 8              it was bad?

 9    A         No.

10    Q         Did you send Ben anything in writing

11              terminating him or giving reasons for his

12              termination?

13    A         No.

14    Q         Did you speak to Mickey Stines again about

15              that prior to meeting with Matt Easter?

16    A         No.

17    Q         Okay. Do you recall how long it was after

18              you got those two phones how long after

19              that was it that you met with Matt Easter?

20    A         I don't.

21    Q         But prior to meeting with Matt Easter, you

22              went down to Letcher County and you got

23              those documents and equipment from Ben

24              Fields; correct?

25    A         Yes.
```

| | | |
|---|---|---|
| 1 | Q | And where did you meet him to obtain that |
| 2 | | stuff? |
| 3 | A | In the hallway of the courtroom. |
| 4 | Q | In the hallway of the courtroom. SO in the |
| 5 | | courthouse? |
| 6 | A | In the courthouse. I am sorry.  I am |
| 7 | | tired. |
| 8 | Q | I understand.  We can take a little break. |
| 9 | A | That is okay. |
| 10 | Q | What did Ben tell you at that point? |
| 11 | A | Nothing. He just reached me the equipment |
| 12 | | and because I was collecting too that day. |
| 13 | | I was seeing people once a week, so I |
| 14 | | didn't have a chance to talk to him any |
| 15 | | way. He just gave me the stuff and left. |
| 16 | Q | So was that a Wednesday then? |
| 17 | A | Yes. |
| 18 | Q | So that would have been a Wednesday. Did |
| 19 | | you see Mickey Stines in Whitesburg that |
| 20 | | day? |
| 21 | A | No. |
| 22 | Q | Okay. Did you talk to anybody else at the |
| 23 | | courthouse aside from these folks on home |
| 24 | | incarceration? |
| 25 | A | About what? |

1    Q        About anything, about these allegations?

2    A        No, no.

3    Q        When did you come to find out that it was

4             one person and later more persons that are

5             on home incarceration who had made these

6             allegations about Ben Fields?

7    A        When I was served with it.

8    Q        You didn't know before that?

9    A        No.

10   Q        You didn't see any of the newspaper

11            articles?

12   A        Well, I did see that.

13   Q        Okay.

14   A        I am talking about proof proof, you know.

15   Q        Well, the newspaper articles identified it

16            was women on home incarceration under Ben

17            Fields who made these allegations;

18            correct?

19   A        Yes.

20   Q        And after you learned that through these

21            newspaper articles, did you reach out to

22            any of the women on home incarceration in

23            Letcher County and asked them if they had

24            any similar experiences?

25   A        No.

| | | |
|---|---|---|
| 1 | Q | Did anyone come forward to you and tell |
| 2 | | you that they had similar experiences with |
| 3 | | Ben Fields? |
| 4 | A | No. |
| 5 | Q | Was the next conversation that you had |
| 6 | | about these allegations the conversation |
| 7 | | with Matt Easter and Mickey Stines in the |
| 8 | | Letcher County Sheriff's Office? |
| 9 | A | Yes. |
| 10 | Q | I guess in the interim period, were you, |
| 11 | | yourself, doing the job that Ben Fields |
| 12 | | used to be doing in Letcher County? |
| 13 | A | Yes, until that I hired someone over |
| 14 | | there. |
| 15 | Q | Did you hire Alana Hensley before you met |
| 16 | | with Matt Easter or after? |
| 17 | A | I don't recall. |
| 18 | Q | Do you recall how long it was that you, |
| 19 | | yourself, was performing those services? |
| 20 | A | I would say about three weeks, maybe. |
| 21 | Q | And then, you hired Alana Hensley? |
| 22 | A | Uh-huh. |
| 23 | Q | Did Alana Hensley tell you anything about |
| 24 | | what she had heard about Ben Fields? |
| 25 | A | No, she just said she was really |

1          surprised.

2     Q    She didn't tell you that she had heard a

3          rumor that Ben Fields had been hooking up

4          with someone on home incarceration?

5     A    No.

6     Q    Once Ms, Hensley started working for EKCS,

7          did she ever notify you that anybody else

8          had reported to her having similar issues

9          with Ben Fields?

10    A    No.

11    Q    Any issues whatsoever related to Ben Field

12         reported to you through Alana Hensley?

13    A    No.

14    Q    I think you said earlier that Alana

15         Hensley was recommended to you by Judge

16         Mullins?

17    A    Yes.

18    Q    When did you have that conversation with

19         Judge Mullins?

20    A    I don't recall but it was one day when I

21         was there putting me people on house

22         arrest and I had finished and I was in the

23         courtroom.

24    Q    Okay.  What were you doing in the

25         courtroom?

| | | |
|---|---|---|
| 1 | A | That is where that I met them when he |
| 2 | | didn't have court that is when they came |
| 3 | | in to pay. |
| 4 | Q | Okay. I guess he came into the courtroom? |
| 5 | A | Yes. |
| 6 | Q | Not on the record, but come to talk to |
| 7 | | you? |
| 8 | A | Right. |
| 9 | Q | What did he say? |
| 10 | A | I told him that I was looking for somebody |
| 11 | | because it was too hard of a trip for me |
| 12 | | to drive from South Shore to Letcher |
| 13 | | County once a week, and he said, I have |
| 14 | | got someone in mind, and said she would |
| 15 | | really be good and she works in the jail, |
| 16 | | and as matter of fact, she just came up |
| 17 | | and I talked to her, and later on came |
| 18 | | back. |
| 19 | Q | Had she been back in the Judge's Chambers |
| 20 | | or had she just happen to come through the |
| 21 | | front door? |
| 22 | A | No, she was at work and she just got off |
| 23 | | work from the jail and came upstairs. |
| 24 | Q | And did you, Judge Mullins and Ms. Hensley |
| 25 | | all speak together for a while? |

```
 1    A       Do you mean while I was there?

 2    Q       Yes, part of that conversation about her

 3            maybe working for you and Judge Mullins

 4            recommending her, you all three were a

 5            part of a conversation?

 6    A       Yes.

 7    Q       What else do you recall of that

 8            conversation?

 9    A       H was just telling me, you know, she would

10            be a good person to work for me.

11    Q       Okay. And did she receive any kind of - -

12            What kind of training did she receive?

13    A       I trained her.

14    Q       I think that you said previously the

15            persons who - - the other independent

16            contractors you had who worked as home

17            incarceration officers, they didn't do any

18            of the on-line training through the

19            software only you did that training;

20            correct?

21    A       Right.

22    Q       So is that also true for Ms. Hensley?

23    A       Yes.

24    Q       I think that you said that she didn't stay

25            on very long because she didn't want form
```

```
1              a LLC or be paid through a LLC?

2    A         She didn't want to be paid through a LLC.

3    Q         Okay.  How did you come to hire the

4              individual who is working there now?

5    A         There is no one working there now. I don't

6              have Letcher County.

7    Q         Marty Holbrook?

8    A         He was there, yes.  After Alana quit, I

9              met his wife at the jail and she said she

10             was interested or he was interested.

11   Q         Did you know that when Ben Fields was

12             working as an independent contractor, his

13             wife she would often collect money in his

14             behalf and make deposit and help with

15             ankle monitoring. You knew her also?

16   A         No, I was not aware of that.

17   Q         You did not know that she would help with

18             those duties?

19   A         No.

20   Q         Did you say that you are not working in

21             Letcher County any more?

22   A         No.

23   Q         Do you know who is doing home

24             incarceration in Letcher County?

25   A         Well, they started for a bid and he lower
```

1          the bid and it is Task, Incorporated, T-A-

2          S-K, and it is Brian Daniels.

3     Q    Okay. That is the same individual you

4          mentioned earlier; right?

5     A    Yes.

6     Q    What are you talking about bids?

7     A    A lot of times the Fiscal Court will pay

8          for individuals who can't afford home

9          incarceration, and always before - - well,

10         after this happened, they wanted to bid

11         and his bid was lower than mine.

12    Q    I thought you were saying earlier he was

13         way more expensive up in Pike County?

14    A    He is for individuals, but he lowered it

15         to $8.00 per day for the Fiscal Court, so

16         the Fiscal Court gets it a lot cheaper,

17         but the individuals who pay have to pay

18         more.

19    Q    So are you saying because he got that bid

20         for the folks at the Fiscal Court pays for

21         then it also made sense for them come down

22         here and do self pay individuals and that

23         crowed you out?  Help me understand how

24         that transition happened?

25    A    Okay. I lost the bid.  I bid $10.00 which

1      normally I charge $12.00 a day, okay.  I

2      bid $10.00. He bid $8.00.  Well, I charge

3      the Fiscal Court the same amount that I

4      charge an individual that is self pay. I

5      mean I could have done that, too.  So he

6      bided $8.00. The Fiscal Court pays just

7      for the ones the ones that really can not

8      pay and you know, can get out on home

9      incarceration. But the individuals who

10     pay, have to pay more.

11   Q   So back before Task and Brian Daniels

12     started working in Letcher County, you

13     also provided home incarceration services

14     to persons whose bill was being paid by

15     the Fiscal Court?

16   A   Correct.

17   Q   But just not pursuant to any kind formal

18     bid process or agreement?

19   A   No.

20   Q   Okay. And then, the Fiscal Court elected

21     to bid that service out and you got outbid

22     and by virtue of losing those ankle

23     monitor clients I will say who are paid

24     for by the Fiscal Court, you decided it

25     wasn't worth working in Letcher County

1  anymore?  Help me understand the calculus

2  there?

3  A  I didn't bid enough.

4  Q  But that is just for the Fiscal Court

5  folks; right?  You could still provide

6  ankle monitoring services for the private

7  pay people?

8  A  I could but politics doesn't work that way

9  over there.

10  Q  Tell me how politics works over there?

11  A  I don't want to get into it.

12  Q  Well, I have asked you a question, and I

13  want you to answer it, if you would.  I am

14  not saying you are an expert on politics,

15  but I want to understand what you are

16  getting at there?

17  A  Alana Hensley is working for him.  She

18  works at the jail. And when they went to

19  the Fiscal Court Meeting, they asked the

20  Jailer if he knew anything about this

21  company, and he said, well, I have used

22  them some in the past.

23  Q  This company being you guys?

24  A  No. Task.

25  Q  Task, okay. So what does that mean?

1    A       Can I ask you something?

2            **MR. JONES:** Well, tell us to the extent you

3            know what it means, and then we can take a

4            break.

5    A       What was your question?

6    Q       When you said the Jailer said that he had

7            worked some with Task in the past, I don't

8            know what that means.

9    A       Okay. I got word from - - Well, this is

10           through the grapevine, okay. Alana Hensley

11           would not come out at night to hook them

12           up when she was on, when she was working

13           for me.  She said, I won't come out.  She

14           wouldn't come out and work, so they called

15           Pikeville, who is Brian Daniels, and he

16           would go there an hook them up and that is

17           the reason that he said that he has worked

18           with him in the past.

19   Q       Okay. So the Jailer would call him over in

20           Pike County, because he would come out at

21           night?

22   A       Right.

23           **MS. BAXTER:** I may be about done, but I want to

24           talk to my client and talk to my co-counsel

25           here.  Is it okay to take a break?

1   (A short break was taken)

2   **MS. BAXTER:** Back on the record.

3   Q   So a couple of more little questions. You

4       reference some on-line training material

5       provided to you from the ankle monitoring

6       equipment software company. What kind of

7       stuff do they train you on?

8   A   How to hook them up, how to put the

9       information in, how to read the

10      violations, how to go in and see if

11      someone is traveling, how you can tell

12      exactly where they are, how many miles

13      like I showed you before. Basically, the

14      tra ining was good, but I didn't need a

15      lot of training, because I had it - - The

16      only thing that I had to train was GPS

17      part of it I had already done the home

18      incarceration before and so it was fairly

19      easy, and it is not rocket science.

20  Q   Have you had any training on how to deal

21      with detainees, people on home

22      incarceration?

23  A   No.

24  Q   Any kind of ethical training on ethical

25      issues related to home incarceration?

1    A        No.

2    Q        And you have never provided any of that

3             training to any of the persons working on

4             behalf of EKCS either; have you?

5    A        No.

6        **MS. BAXTER:** I think that is all that I have

7        got.  Pass the witness.

8        **MR. SHAW:** No questions.

9        **MR. KELLY:** No here.

10       **MR. JONES:** No questions.

11

12

13

14

15

16

17

18

REPORTER'S CERTIFICATE

STATE OF KENTUCKY

COUNTY OF JOHNSON

      I, Joey VanHoose, Stenographer and Notary Public, and for the State of Kentucky at Large, do certify that the foregoing deposition of PATTY STOCKHAM was taken at the place, on the date and for the purposes stated in the Caption and that the appearances were as noted herein.

      FURTHER, I certify that that witness was duly sworn by me before testifying; that the testimony was reported by me in steno notes and electronically recorded; and thereafter, I constitute a true, correct and complete transcript of my said shorthand notes as could be heard and understood by me.

      GIVEN under my hand at Paintsville, Kentucky, this 15th day of July, 2024.

    My Commission Expires August 1, 2026.

                  _____

                  Joey VanHoose

                  KYNP53570

## EASTERN KENTUCKY CORRECTIONS SERVICES INC.
### CONTRACT

I, *the undersigned* defendant, have received a copy of the Court Order placing me on Home Incarceration or a Special Condition of Bond.

I wish to participate in the **In-Home Detention Program** monitored by *Eastern Kentucky Corrections Services, Inc.*

I agree to abide by the following Rules and Conditions set forth by *Eastern Kentucky Correction Services Inc.*

1.    I agree to abide by any and all curfew restrictions, and all limitations set forth by the Court Order.

2.    I agree to remain at my Primary Residence at all times unless pre-authorized by Court Order or in a case of medical emergency. In case of medical emergency I must notify Eastern Kentucky Correction Services Inc. prior to leaving if possible or as soon as possible upon returning to my primary residence. I must also provide documentation from my health care provider stating the nature of the medical emergency and my arrival and departure times from the health care facility.

3.    I understand the duration of my home incarceration will be as the Court orders.

**4.**    I understand that my curfew restrictions will be monitored 24 hours per day by Eastern Kentucky Correction Services Inc. I understand that I will be monitored by GPS system that is to be worn on my ankle. Which I agree to wear at all times and to not tamper with in any way. **I understand that tampering with the GPS ankle bracelet will result in a Felony Escape charge being filed against me. I understand that I will be held financially responsible for any damages to or loss of the monitoring equipment which is valued at $850.00.**

5.    I understand that the purpose of the GPS monitoring equipment is to alert Eastern Kentucky Corrections Services Inc. If I should violate any Court ordered curfews, violations of home zones or the receipt of any tampering signal. I further agree that a computer printout of any violations will be provided to the Courts and may be used as evidence against me in a Court of Law.

6.    I understand that all equipment must be returned to Easter Kentucky Corrections Services Inc. no later than 24 hours after my Court ordered release.

7.    I understand that in order to defray the costs of the monitoring equipment and supervision that I will be assessed a one-time hook fee of $65.00 and a weekly fee of $85.00 weekly paid in advance. All payments must be made in cash.

EKCS_000006

EXHIBIT

/

8.    **I understand that while I am under home incarceration I am prohibited from the consumption of any and all alcoholic beverages and the use of any illegal drugs or prescription medications not prescribed to me.**

9.    I understand that I am not to commit any crime, be arrested for any crime, or be convicted of any crime. Any such violation will result in my removal from the home incarceration program.

10.    I understand that my participation in this program is completely voluntary and that no one has coerced or threatened me in any fashion whatsoever to participate in this program.

11.    I agree to release Eastern Kentucky Corrections Services Inc. and the sentencing Court and to hold those agencies harmless from any liability whatsoever arising from my use of the in-home incarceration equipment and system. This release and hold harmless is given by me without reservation or limitation of any kind.

12.    **If hooked up to a GPS unit I understand that it is my responsibility to charge my unit for a minimum charge of 2 hours daily between the hours of 5:00 to 9:00 P.M. every day! I also understand that if I fail to do so it may result in a violation of the home incarceration program and a felony escape.**

13.    I understand that if I am given any type of work release by order of the Court that is my responsibility to call 24 hours in advance and to give my work schedule and the contact information of my employer is applicable. I also understand that a failure to do so my result in a violation of the home incarceration program and a felony escape charge.

14.    I understand that I must at all times have access to a phone of some type and to promptly answer when/if a representative of Eastern Kentucky Corrections Services Inc. call.

15.    I understand that if any violation at all of the home incarceration program will result in my termination of the program and if applicable a felony escape charge.

16.    **I understand that I have read and understand all the aforementioned rules by signing below.**

X_____        _____
         Defendant                                   Date

X_____        _____
         Supervisor                                  Date

EKCS_000007

## Eastern Kentucky Corrections Services Inc.

*Offender application sheet*

GPS: 3443 1756

Regular: _____ TX Number: _____          Sentence: PDB

Cellular: _____ TX Number: _____ Hookup as regular: _____

Name: Sabrina Adkins

SSN: ███████████████████████

Date of Birth: ████████████████████

Place of Birth: _____

Address: ████████████████████████████████████

House Number / Apt #          City          State          Zip

Home Phone: _____          Cell phone: _____

Judge: Mullins / Craft

County: letcher

Attorney: _____

Case Number: 21-CR-00007, 00008, 20-m-254

Risk Level (circle one)    LOW    MEDIUM    (HIGH)

Offense: Possession 1st meth, Failure to Appear, Contempt of Court

Sentencing Duration: _____

Race: white    Sex: Female

Language: English

Height: 5'6" Weight: 135 Hair Color: Brown Eye Color: Brown

Marital Status (Circle One) MARRIED (DIVORCED) SINGLE WIDOW SEPERATED

List any Medication: No

Physical or Mental Impairments: No

**EXHIBIT**
Defense
1

## Eastern Kentucky Corrections Services Inc.

I, *the undersigned defendant,* have received a copy of the court order placing me on home incarceration, or a special condition of bond. I wish to participate **In-Home Detention Program** monitored by *Eastern Kentucky Corrections Services, Inc. In order to participate in the* **In-Home Detention Program.** I agree to abide by the following rules and conditions set forth by *Eastern Kentucky Correction Service, Inc.*

1) I agree to abide by any and all curfew restrictions, and all limitations set forth by court order.

2) I agree to remain at my primary residence at all times unless pre-authorized by court order or in case of a medical emergency. In case of a medical emergency I must notify Eastern Kentucky Corrections Services, Inc. Prior to leaving if possible or as soon as possible upon returning to my primary residence. I must also provide documentation from my health care provider stating the nature of the medical emergency and the time I arrived and left.

3) I understand the duration of my home incarceration will be as court order.

4) I understand that my curfew restrictions will be monitored 24 hours per day by eastern Kentucky corrections services inc.
I understand that I will be monitored by use of an electronic transmitter that is to be worn on my ankle. Which I agree to wear at all times and not tamper with in any way.
I understand that if applicable I will need an active in home landline telephone service to be used with the in home monitor.
I understand that tampering with the electronic ankle bracelet or the in home monitoring equipment, **will result in a felony escape charge being filed against me.**
**I understand that I will be held financially responsible for any damages to, or loss of the electronic monitoring equipment.**

5) I understand that it will be my responsibility to connect the home monitoring equipment as soon as I arrive at my primary residence.

6) I understand the purpose of the monitoring equipment is to alert eastern Kentucky corrections services Inc. if I should violate any court ordered curfews, the loss of a receiving signal from our monitor, or the receipt of any tampering signal. I further agree that a computer printout of any violations will be provided to the courts and may be used as evidence against me in a court of law.

7) I understand that all equipment must be returned to eastern Kentucky corrections services Inc. no later than 24 hours after my court ordered release.

8) I understand that in order to defray the costs of the monitoring equipment and supervision described above that I will be assessed a fee as follows, $ 65.00 onetime hookup fee and $85.00 weekly paid in advance, all payments must be made in cash.

9) I understand that I am responsible for the cost of my home telephone service or any costs associated with the repair of my home telephone service that may be required for our equipment to operate correctly, and electrical service.

10) <u>I understand that I while I am under home incarceration I am prohibited from the consumption of any and all alcoholic beverages, and the use of any illegal drugs or prescription medication not prescribed to me.</u>

11) I understand that I am not to commit any crime be arrested for any crime. Or be convicted of any crime. Any such violation will result in my removal from the program.

12) I understand that my participation in this program is completely voluntary and no one has coerced or threatened me in any fashion whatsoever to participate in the program.

13) I agree to release eastern Kentucky corrections services Inc. and the sentencing court and to hold those agencies harmless from any liability whatsoever arising from my use of the in-home detention equipment and system. This release and hold harmless is given by me without reservation or limitation of any kind.

14) If hooked up on a GPS unit I understand it is my responsibility to charge my unit at least 2 hours daily every day, if I do not I understand it can result in a violation of the home incarceration program, and a felony escape charge.

15) I understand that if given any type of work release by the court that it is my responsibility to call 24 hours in advance and give my work schedule and contact info of my employer if applicable, and I understand that if I do not that it can result in a violation of home incarceration program and a felony escape charge.

16) I understand that I must at all times have access to a phone of some type and must answer if anyone that is over the home incarceration program calls.

17) I understand that if any violation at all of the home incarceration program will result in my termination from the program and if applicable a felony escape charge.

18) <u>I acknowledge that I have read and understand all the aforementioned rules by signing below.</u>

X _Salvo Adds_     DATE: _6-18-21_
<u>Defendant.</u>

X _B F_     DATE: _6-18-21_
<u>Supervisor</u>

*deactivated 8-2-21*

## Eastern Kentucky Corrections Services Inc.

*Offender application sheet*

GPS: 34431756

Regular: _____ TX Number: _____     Sentence: PDB

Cellular: _____ TX Number: _____ Hookup as regular: _____

Name: Sabrina Adkins

SSN: ███████████

Date of Birth: ███████████

Place of Birth: ███████████

Address: ███████████
          _____ City _____ State _____ Zip

Home Phone: 606-233-6747 Cell phone: _____

Judge: Mullins / Craft

County: letcher

Attorney: _____

Case Number: 21-CR-00007, 00008, 20-m-254

Risk Level (circle one)   LOW   MEDIUM   (HIGH)

Offense: possession 1st meth, Failure to Appear, Contempt of Court
_____

Sentencing Duration: _____

Race: white   Sex: Female

Language: English

Height: 5'6" Weight: 135 Hair Color: Brown Eye Color: Brown

Marital Status (Circle One) MARRIED (DIVORCED) SINGLE WIDOW SEPERATED

List any Medication: no

Physical or Mental Impairments: no

EXHIBIT
2

Additional contact information

Next of Kin: _____

Relationship: _____

Address: _____

_____

Phone Number: _____

Employer Name: _____

Job Type: _____

Address: _____

_____

Phone Number: _____

Vehicle make: _____

Model: _____

Year: _____

Color: _____

Plate: _____

## Eastern Kentucky Corrections Services Inc.

I, *the undersigned defendant,* have received a copy of the court order placing me on home incarceration, or a special condition of bond. I wish to participate **In-Home Detention Program** monitored by *Eastern Kentucky Corrections Services, Inc. In order to participate in the **In-Home Detention Program.** I* agree to abide by the following rules and conditions set forth by *Eastern Kentucky Correction Service, Inc.*

1) I agree to abide by any and all curfew restrictions, and all limitations set forth by court order.

2) I agree to remain at my primary residence at all times unless pre-authorized by court order or in case of a medical emergency. In case of a medical emergency I must notify Eastern Kentucky Corrections Services, Inc. Prior to leaving if possible or as soon as possible upon returning to my primary residence. I must also provide documentation from my health care provider stating the nature of the medical emergency and the time I arrived and left.

3) I understand the duration of my home incarceration will be as court order.

4) I understand that my curfew restrictions will be monitored 24 hours per day by eastern Kentucky corrections services inc.
I understand that I will be monitored by use of an electronic transmitter that is to be worn on my ankle. Which I agree to wear at all times and not tamper with in any way.
I understand that if applicable I will need an active in home landline telephone service to be used with the in home monitor.
I understand that tampering with the electronic ankle bracelet or the in home monitoring equipment, **will result in a felony escape charge being filed against me.**
**I understand that I will be held financially responsible for any damages to, or loss of the electronic monitoring equipment.**

5) I understand that it will be my responsibility to connect the home monitoring equipment as soon as I arrive at my primary residence.

6) I understand the purpose of the monitoring equipment is to alert eastern Kentucky corrections services Inc. if I should violate any court ordered curfews, the loss of a receiving signal from our monitor, or the receipt of any tampering signal. I further agree that a computer printout of any violations will be provided to the courts and may be used as evidence against me in a court of law.

7) I understand that all equipment must be returned to eastern Kentucky corrections services Inc. no later than 24 hours after my court ordered release.

8) I understand that in order to defray the costs of the monitoring equipment and supervision described above that I will be assessed a fee as follows, $ 65.00 onetime hookup fee and $85.00 weekly paid in advance, all payments must be made in cash.

9) I understand that I am responsible for the cost of my home telephone service or any costs associated with the repair of my home telephone service that may be required for our equipment to operate correctly, and electrical service.

10) **I understand that I while I am under home incarceration I am prohibited from the consumption of any and all alcoholic beverages, and the use of any illegal drugs or prescription medication not prescribed to me.**

11) I understand that I am not to commit any crime be arrested for any crime. Or be convicted of any crime. Any such violation will result in my removal from the program.

12) I understand that my participation in this program is completely voluntary and no one has coerced or threatened me in any fashion whatsoever to participate in the program.

13) I agree to release eastern Kentucky corrections services Inc. and the sentencing court and to hold those agencies harmless from any liability whatsoever arising from my use of the in-home detention equipment and system. This release and hold harmless is given by me without reservation or limitation of any kind.

14) If hooked up on a GPS unit I understand it is my responsibility to charge my unit at least 2 hours daily every day, if I do not I understand it can result in a violation of the home incarceration program, and a felony escape charge.

15) I understand that if given any type of work release by the court that it is my responsibility to call 24 hours in advance and give my work schedule and contact info of my employer if applicable, and I understand that if I do not that it can result in a violation of home incarceration program and a felony escape charge.

16) I understand that I must at all times have access to a phone of some type and must answer if anyone that is over the home incarceration program calls.

17) I understand that if any violation at all of the home incarceration program will result in my termination from the program and if applicable a felony escape charge.

18) **I acknowledge that I have read and understand all the aforementioned rules by signing below.**


X *[signature]*

**Defendant.**                                    DATE: 6-18-21


X *[signature]*

**Supervisor**                                    DATE: 6-18-21

EXHIBIT

3

**attenti**

**Offender Violation Summary**

Adkins, Sabrina
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:** Adkins, Sabrina

**Custom ID 1:**

**Custom ID 2:**

**Device ID:** 0    **Bracelet ID:** 0    **Base Unit ID:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| Home (IN) | 6/18/2021 2:47:22 PM | 6/18/2021 4:43:05 PM | 01:55:43 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 6/18/2021 3:20:00 PM | 6/18/2021 4:35:32 PM | 01:15:32 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| Home (IN) | 6/21/2021 11:52:32 PM | 6/22/2021 12:10:21 AM | 00:17:49 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 5/22/2021 11:52:21 AM | 6/22/2021 12:30:00 PM | 00:37:39 |
| **1 Piece GPS (TD4) Motion No GPS** | | | |
| **1 Piece GPS (TD4) Battery** | 6/22/2021 5:33:00 PM | 6/22/2021 5:38:16 PM | 00:05:16 |
| Home (IN) | 6/23/2021 6:31:57 AM | 6/23/2021 8:24:15 AM | 01:52:18 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 6/23/2021 5:49:58 PM | 6/23/2021 6:50:40 PM | 01:00:42 |
| **1 Piece GPS (TD4) Strap** | | | |
| Home (IN) | 6/25/2021 9:08:16 PM | 6/25/2021 9:08:41 PM | 00:00:25 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 6/26/2021 9:19:59 PM | 6/26/2021 10:39:56 PM | 01:19:57 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 6/27/2021 4:07:10 PM | 6/27/2021 10:10:09 PM | 06:02:59 |
| **1 Piece GPS (TD4) Battery** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 6/28/2021 8:39:24 AM | 6/28/2021 11:15:53 AM | 02:36:29 |
| **1 Piece GPS (TD4) Unable To Connect** | 6/28/2021 11:10:01 AM | 6/28/2021 11:46:34 AM | 00:36:33 |
| Home (IN) | 6/28/2021 3:59:45 PM | 6/28/2021 4:10:15 PM | 00:10:30 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 6/28/2021 7:02:48 PM | 6/28/2021 8:51:05 PM | 01:48:17 |

EKCS_000038

Created on: 2/19/2022 8:31:57 PM (ET)

**attenti**

**Offender Violation Summary**
Adkins, Sabrina
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:** Adkins, Sabrina

Device ID:

Custom ID 1:

Custom ID 2:

Bracelet ID:  0

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| Home (IN) | 6/29/2021 3:34:55 AM | 6/29/2021 4:37:42 AM | 01:02:47 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 6/29/2021 3:01:42 PM | 6/29/2021 5:35:04 PM | 02:33:22 |
| **1 Piece GPS (TD4) Motion No GPS** | | | |
| 1 Piece GPS (TD4) Motion No GPS | 7/1/2021 3:32:35 AM | 7/1/2021 4:08:14 AM | 00:35:39 |
| 1 Piece GPS (TD4) Motion No GPS | 7/1/2021 6:18:39 AM | 7/1/2021 7:15:25 AM | 00:56:46 |
| 1 Piece GPS (TD4) Motion No GPS | 7/1/2021 5:48:52 PM | 7/1/2021 6:09:19 PM | 00:20:27 |
| Home (IN) | 7/2/2021 5:02:30 AM | 7/2/2021 5:24:40 AM | 00:22:10 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/2/2021 11:19:59 PM | 7/3/2021 12:08:10 AM | 00:48:11 |
| Home (IN) | 7/5/2021 2:52:40 AM | 7/5/2021 3:03:28 AM | 00:10:48 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Battery** | | | |
| Home (IN) | 7/5/2021 9:32:07 AM | 7/5/2021 12:29:53 PM | 02:57:46 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/5/2021 9:32:58 AM | 7/5/2021 1:42:21 PM | 04:09:23 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Battery** | 7/5/2021 12:04:02 PM | 7/5/2021 1:12:37 PM | 01:08:35 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/5/2021 2:24:00 PM | 7/6/2021 11:43:07 AM | 21:19:07 |
| | 7/5/2021 4:57:17 PM | 7/6/2021 11:43:07 AM | 18:45:50 |

EKCS_000039

Created on: 2/19/2022 8:31:57 PM (ET)

Page 2 of 9

**attenti**

**Offender Violation Summary**

Adkins, Sabrina
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:** Adkins, Sabrina

Device ID:

Bracelet ID: 0

Custom ID 1:

Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM | 7/6/2021 3:09:01 PM | 7/6/2021 3:23:17 PM | 00:14:16 |
| Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM | | | |
| Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM | | | |
| Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM | | | |
| Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM | 7/6/2021 6:25:33 PM | 7/6/2021 6:37:14 PM | 00:11:41 |
| Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM | | | |
| Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM | | | |
| Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM | | | |
| Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Motion No GPS** | | | |
| **Home (IN)** | 7/7/2021 12:55:56 AM | 7/7/2021 1:05:28 AM | 00:09:32 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM | 7/7/2021 10:38:11 AM | 7/7/2021 1:30:00 PM | 02:51:49 |
| Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM | | | |
| Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM | | | |
| Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM | | | |
| Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Battery** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 7/7/2021 11:57:06 PM | 7/12/2021 8:41:38 PM | 116:44:32 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/8/2021 2:30:44 AM | 7/12/2021 8:52:45 PM | 114:22:01 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/13/2021 5:14:28 AM | 7/13/2021 8:05:19 AM | 02:50:51 |
| **Home (IN)** | 7/13/2021 10:32:59 AM | 7/13/2021 10:38:26 AM | 00:05:27 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM | 7/13/2021 5:49:58 PM | 7/13/2021 11:14:11 PM | 05:24:13 |
| Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM | | | |
| Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM | | | |
| Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM | | | |
| Starts on Saturdays at 06:30 AM, Ends on Sundays at 12:30 PM | | | |
| Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |

EKCS_000040

# attenti

## Offender Violation Summary

Adkins, Sabrina
1/1/2019 - 2/19/2022

| Officer: | Stockham, Patty |
| Offender: | Adkins, Sabrina |

| Device ID: | 0 | | Bracelet ID: | 0 | | Custom ID 1: | | | Custom ID 2: | |

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM<br>Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/14/2021 9:02:50 AM | 7/14/2021 9:25:48 AM | 00:22:58 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM<br>Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/14/2021 11:19:59 PM | 7/16/2021 12:30:00 PM | 37:10:01 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM<br>Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/16/2021 9:17:06 AM<br>7/19/2021 12:53:46 PM | 7/16/2021 9:48:14 AM<br>7/19/2021 4:37:15 PM | 00:31:08<br>03:43:29 |
| **1 Piece GPS (TD4) Battery** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM<br>Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/20/2021 11:10:21 AM<br>7/20/2021 5:50:00 PM | 7/20/2021 11:31:34 AM<br>7/20/2021 6:35:24 PM | 00:21:13<br>00:45:24 |

EKCS_000041

Created on: 2/19/2022 8:31:57 PM (ET)

**attenti**

## Offender Violation Summary
Adkins, Sabrina
1/1/2019 - 2/19/2022

| Officer: | Stockham, Patty |
| Offender: | Adkins, Sabrina |

Device ID:                    0                          Bracelet ID:    0

Custom ID 1:

Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM<br>Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/21/2021 9:06:24 AM | 7/21/2021 10:04:54 AM | 00:58:30 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 7/22/2021 5:09:43 AM | 7/22/2021 5:47:39 AM | 00:37:56 |
| **1 Piece GPS (TD4) Battery** | 7/22/2021 8:19:22 AM | 7/22/2021 8:43:30 AM | 00:24:08 |
| **Home (IN)** | 7/22/2021 12:44:04 PM | 7/22/2021 12:50:34 PM | 00:06:30 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/22/2021 5:50:00 PM | 7/22/2021 10:57:42 PM | 05:07:42 |
| **1 Piece GPS (TD4) Battery** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 7/23/2021 6:52:34 AM | 7/25/2021 11:18:47 AM | 52:26:13 |
| **Home (IN)** | 7/23/2021 9:23:34 AM | 7/25/2021 11:25:37 AM | 50:02:03 |
| | 7/25/2021 11:19:59 PM | 7/26/2021 2:06:04 PM | 14:46:05 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 7/26/2021 7:54:08 AM | 7/26/2021 8:17:38 AM | 00:23:30 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/27/2021 2:36:53 AM | 7/27/2021 3:06:56 AM | 00:30:03 |

EKCS_000042

Created on: 2/19/2022 8:31:57 PM (ET)

**attenti**

**Offender Violation Summary**

Adkins, Sabrina
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:** Adkins, Sabrina ▮▮▮▮

**Device ID:** 0    **Bracelet ID:** 0    **Custom ID 1:**    **Custom ID 2:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/27/2021 7:54:19 AM | 7/27/2021 8:00:00 AM | 00:05:41 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/27/2021 1:35:31 PM | 7/27/2021 2:39:00 PM | 01:03:29 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/27/2021 3:26:34 PM | 7/27/2021 6:46:02 PM | 03:19:28 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | 7/28/2021 1:21:47 PM | 7/28/2021 1:56:36 PM | 00:34:49 |

**Base Unit ID:**

**attenti**

**Offender Violation Summary**

Adkins, Sabrina
1/1/2019 - 2/19/2022

Officer: Stockham, Patty

Offender: Adkins, Sabrina

Custom ID 1:

Custom ID 2:

Device ID:

Bracelet ID: 0

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/30/2021 5:49:58 PM | 7/30/2021 11:00:00 PM | 05:10:02 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/31/2021 12:00:00 AM | 7/31/2021 10:30:00 AM | 10:10:00 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/31/2021 11:19:59 PM | 8/1/2021 10:00:00 AM | 10:40:01 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 8/1/2021 11:19:58 PM | 8/2/2021 10:00:00 AM | 10:40:02 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 10:00 AM<br>Starts on Mondays at 01:30 PM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |

EKCS_000044

Created on: 2/19/2022 8:31:57 PM (ET)

# attenti

## Offender Violation Summary

Adkins, Sabrina
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:** Adkins, Sabrina

**Device ID:** 0

**Bracelet ID:** 0

**Custom ID 1:**

**Custom ID 2:**

**Base Unit ID:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Home (IN) | 8/2/2021 1:49:58 PM | 8/2/2021 2:22:57 PM | 00:32:59 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 10:00 AM. | | | |
| Starts on Mondays at 01:30 PM, Ends on Mondays at 07:00 PM | | | |
| Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM | | | |
| Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM | | | |
| Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM | | | |
| Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM | | | |
| Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 8/2/2021 4:00:33 PM | 8/2/2021 4:11:11 PM | 00:10:38 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 10:00 AM | | | |
| Starts on Mondays at 01:30 PM, Ends on Mondays at 07:00 PM | | | |
| Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM | | | |
| Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM | | | |
| Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM | | | |
| Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM | | | |
| Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |

EKCS_000045

Created on: 2/19/2022 8:31:57 PM (ET)

**attenti**

**Offender Violation Summary**
Adkins, Sabrina
1/1/2019 - 2/19/2022

| | |
|---|---|
| 1 Piece GPS (TD4) Battery | 8 |
| 1 Piece GPS (TD4) Motion No GPS | 6 |
| 1 Piece GPS (TD4) Strap | 1 |
| 1 Piece GPS (TD4) Unable To Connect | 16 |
| Home (IN) | 31 |
| Total | 62 |

EKCS_000046

Created on: 2/19/2022 8:31:57 PM (ET)

attenti

EM Manager (Smart View)

About: EM Manager | Contact Us !

Home    View    Tools    Help

**OFFENDER**

*Enroll Offender*

**Quick Search:**
Custom ID 1:
Last Name:
First Name:

Search

Recent Offenders...

**Advanced Search**

**CONTACT**

*Enroll Contact*

**Quick Search:**
Last Name:
First Name:

Search

Recent Contacts...

**Advanced Search**

Offender - Jennifer Hill

○ No current status

Go To:  Select ...

Base Point History   View GPS Points

**Event History**

| | |
|---|---|
| Range: | - Select Range - |
| *Start: | 9/2/2021 12:00 AM |
| *End: | 10/2/2021 11:59 P |
| Type: | ☑ GPS  ☑ RF  ☑ Alcohol  ☐ Call History |
| Refresh Rate: | disabled  Refresh |

EXHIBIT
4

Last Updated On: 8/1/2022 11:50:55 AM

| + | | Date / Time | Description | No GPS | Charging |
|---|---|---|---|---|---|
| | ⊙ | 09/02/2021 12:31:54 PM EDT | 1 Piece GPS (TD4) (34442183) Assigned | | |
| | ⊙ | 09/02/2021 01:11:36 PM EDT | 1 Piece GPS (TD4) (34442183) Activated | | |
| + | ⊙ | 09/02/2021 01:11:38 PM EDT | Violation: 1 Piece GPS (TD4) Strap | ✓ | ✓ |
| + | ⊙ | 09/02/2021 03:08:55 PM EDT | Clear: 1 Piece GPS (TD4) Strap | ✓ | |
| + | ⊙ | 09/02/2021 04:19:59 PM EDT | Violation: Home  *O.K. going home* | ✓ | |
| + | ⊙ | 09/02/2021 04:54:27 PM EDT | Violation: 1 Piece GPS (TD4) Motion No GPS | ✓ | ✓ |
| + | ⊙ | 09/02/2021 05:28:12 PM EDT | Clear: 1 Piece GPS (TD4) Motion No GPS | | |
| + | ⊙ | 09/02/2021 05:28:12 PM EDT | Clear: Home | | |
| + | ⊙ | 09/02/2021 05:43:11 PM EDT | Violation: 1 Piece GPS (TD4) Unable To Connect | | |
| + | ⊙ | 09/03/2021 04:07:41 AM EDT | Violation: Home | | |
| + | ⊙ | 09/03/2021 04:59:10 AM EDT | Clear: Home | | |
| + | ⊙ | 09/03/2021 09:32:52 AM EDT | Violation: Home | | |
| + | ⊙ | 09/03/2021 09:48:53 AM EDT | Clear: Home | | |
| + | ⊙ | 09/03/2021 09:10:54 PM EDT | Violation: Home | | |
| + | ⊙ | 09/03/2021 09:51:40 PM EDT | Clear: Home | | |
| + | ⊙ | 09/04/2021 11:45:19 AM EDT | Violation: 1 Piece GPS (TD4) Battery | | |
| + | ⊙ | 09/04/2021 12:06:26 PM EDT | Clear: 1 Piece GPS (TD4) Battery | | ✓ |
| + | ⊙ | 09/04/2021 08:44:48 PM EDT | Violation: 1 Piece GPS (TD4) Battery | | |
| + | ⊙ | 09/04/2021 09:13:47 PM EDT | Shutdown 1 Piece GPS (TD4) | | |
| + | ⊙ | 09/04/2021 11:30:20 PM EDT | Clear: Shutdown 1 Piece GPS (TD4) | ✓ | |
| + | ⊙ | 09/04/2021 11:30:23 PM EDT | Shutdown 1 Piece GPS (TD4) | ✓ | |
| + | ⊙ | 09/04/2021 11:30:44 PM EDT | Clear: 1 Piece GPS (TD4) Battery | ✓ | ✓ |
| + | ⊙ | 09/04/2021 11:31:25 PM EDT | Clear: Shutdown 1 Piece GPS (TD4) | ✓ | |
| + | ⊙ | 09/05/2021 11:43:41 AM EDT | Violation: Home | | |
| + | ⊙ | 09/05/2021 12:33:14 PM EDT | Clear: Home | | |
| + | ⊙ | 09/06/2021 04:24:52 PM EDT | Violation: 1 Piece GPS (TD4) Battery | | |
| + | ⊙ | 09/06/2021 04:53:52 PM EDT | Shutdown 1 Piece GPS (TD4) | | |
| + | ⊙ | 09/06/2021 06:52:49 PM EDT | Clear: 1 Piece GPS (TD4) Battery | | ✓ |
| + | ⊙ | 09/06/2021 06:53:48 PM EDT | Clear: Shutdown 1 Piece GPS (TD4) | ✓ | ✓ |

EKCS_000010

7/21/22, 4:04 PM                                                                Attenti, Attenti EM Manager

attenti

EM Manager (Smart View)

| Home | View | Tools | Help |

About EM Manager | Contact Us |

**OFFENDER**
**Enroll Offender**

**Quick Search:**
Custom ID
1:
Last Name:
First Name:
                    Search
Recent Offenders...
**Advanced Search**

**CONTACT**
**Enroll Contact**

**Quick Search:**
Last Name:
First Name:
                    Search
Recent Contacts...
**Advanced Search**

Offender - Jennifer Hill

○ No current status

Go To:  Select ...

Base Point History   View GPS Points

### Event History

| | | |
|---|---|---|
| **Range:** | - Select Range - ∨ | |
| **Start:** | 10/3/2021 12:00 A | |
| **End:** | 10/23/2021 11:59 | |
| **Type:** | ☑ GPS  ☑ RF  ☐ Alcohol | ☐ Call History |
| **Refresh Rate:** | disabled ∨   Refresh | |

Last Updated On: 7/21/2022 4:03:35 PM

| + | | Date/Time | Description | No GPS | Charging |
|---|---|---|---|---|---|
| + | ○ | 10/15/2021 09:06:43 AM EDT | Message: ALERT | | |
| + | ○ | 10/15/2021 09:06:53 AM EDT | Message: ALERT | | |
| + | ○ | 10/15/2021 09:07:00 AM EDT | Message: ALERT | | |
| + | ◉ | 10/21/2021 08:09:42 AM EDT | Violation: 1 Piece GPS (TD4) Strap | ✓ | ✓ |
| | ◉ | 10/21/2021 08:11:12 AM EDT | Clear: 1 Piece GPS (TD4) Unable To Connect | | |
| + | ○ | 10/22/2021 02:20:12 PM EDT | No Motion | | |
| | ○ | 10/23/2021 06:52:39 PM EDT | 1 Piece GPS (TD4) (34442183) Unassign Pending | | |
| | ○ | 10/23/2021 06:53:13 PM EDT | 1 Piece GPS (TD4) (34442183) Unassigned | | |

+Show Legend

Copyright © 2008-2022 -Attenti Inc. - v2.11.31.0

EKCS_000011

View Offender, Attenti EM Manager

Position History for: Jennifer Hill from 9/3/2021 12:00:00 AM to 9/3/2021 11:59:59 PM



Date: 09/03/2021    Time: 11:47:28 PM EDT    Speed: 1 mph    Heading: 232°    Lati

Zone: No Zone Violations

| Zone | Battery | Interference Detection |
| --- | --- | --- |

Stop on Violation ☐    Speed    Progress    Center Point

# attenti

EM Manager (Smart View)

| Home | View | Tools | Help |

About EM Manager | Contact Us |



OFFENDER

## *Enroll Offender*

**Quick Search:**
Custom ID
1:
Last Name:
First Name:

Search

Recent Offenders... ⌄
**Advanced Search**



CONTACT

## *Enroll Contact*

**Quick Search:**
Last Name:
First Name:

Search

Recent Contacts... ⌄
**Advanced Search**

### Offender - Jennifer Hill

◯ No current status

| | |
|---|---|
| Customer: | Eastern Kentucky Corrections Services ⌄ |
| Level of Supervision: | Active 1 Piece GPS (TD4)   ⌄ |
| Test Offender: | Yes       No |
| Assigned Officer: | Stockham, Patty ⌄ |
| Custom ID 1: | |
| Custom ID 2: | |
| Last Name: | Hill |
| First Name: | Jennifer |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip code: | |
| County: | |
| Coordinates: | |
| Apply to Home Zone: | Yes       No |
| Mobile Number: | (__) __-____ |
| Home/Secondary Number: | ███████████ |
| Email: | |
| Offender Type: | Other/Unspecified        ⌄ |
| Comments: | 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,20CR152,21M194,314, meth1,PI Drug Par |
| Time Zone: | (GMT -05:00) Eastern Time        ⌄ |
| | ☑ - Daylight Saving Applies |

Offender Picture

Delete

[ Choose File ] No file chosen

Save    Cancel

Copyright © 2008-2022 -Attenti Inc. - v2.11.31.0

EKCS_000013

7/28/22, 2:14 PM                                                    #very 1782ry, Attenti EM Manager

attenti

EM Manager (Smart View)

| Home | View | Tools | Help |

**OFFENDER**

*Enroll Offender*

**Quick Search:**
Custom ID
1:
Last Name:
First Name:
                                    Search
Recent Offenders...          ▼
**Advanced Search**

---

**CONTACT**

*Enroll Contact*

**Quick Search:**
Last Name:
First Name:
                                    Search
Recent Contacts...          ▼
**Advanced Search**

---

**Offender - Jennifer Hill**

○ No current status

Go To:  Select ...

                                                    Base Point History    View GPS Points

**Event History**

| Range: | - Select Range - ▼ |
| Start: | 8/29/2020 12:00 A |
| End: | 8/31/2020 11:59 P |
| Type: | ☑ GPS  ☑ RF  ☑ Alcohol  ☐ Call History |
| Refresh Rate: | disabled ▼  Refresh |

Last Updated On: 7/28/2022 1:52:36 PM

| + | < | Date/Time | Description |
|---|---|---|---|
| + | ⊚ | 08/29/2020 02:40:43 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/29/2020 08:10:08 AM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/29/2020 08:10:20 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/30/2020 04:28:28 AM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/30/2020 04:29:08 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/30/2020 08:35:40 AM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/30/2020 08:35:56 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/30/2020 09:03:21 AM EDT | Violation: Curfew |
|   | ◐ | 08/30/2020 09:03:21 AM EDT | Offender Left Home |
| + | ⊚ | 08/30/2020 09:17:13 AM EDT | Clear: Curfew |
|   | ◐ | 08/30/2020 09:17:13 AM EDT | Offender Returned Home |
| + | ⊚ | 08/30/2020 01:45:41 PM EDT | Violation: Curfew |
|   | ◐ | 08/30/2020 01:45:41 PM EDT | Offender Left Home |
| + | ⊚ | 08/30/2020 01:51:48 PM EDT | Clear: Curfew |
|   | ◐ | 08/30/2020 01:51:48 PM EDT | Offender Returned Home |
| + | ⊚ | 08/30/2020 04:46:11 PM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/30/2020 04:46:18 PM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 02:08:44 AM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 02:09:24 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 11:27:00 AM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 11:27:48 AM EDT | Violation: Base Unit A/C Power Disconnected |
| + | ⊚ | 08/31/2020 11:29:36 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 11:31:15 AM EDT | Violation: Base Unit Location Untrusted |
|   | ◐ | 08/31/2020 11:39:58 AM EDT | Bracelet (249461) Unassigned |
|   | ◐ | 08/31/2020 11:39:58 AM EDT | Base Unit (50477288) Unassign Pending |
| + | ⊚ | 08/31/2020 11:42:01 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 11:42:35 AM EDT | Violation: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 11:43:12 AM EDT | Clear: Base Unit Location Untrusted |
| + | ⊚ | 08/31/2020 11:43:43 AM EDT | Violation: Bracelet Strap |

EKCS_000014

7/28/22, 2:14 PM                                                   ...y, Attenti EM Manager

| | | 08/31/2020 11:44:02 AM EDT | Violation: Base Unit Location Untrusted |
| | | 08/31/2020 11:44:44 AM EDT | Clear: Base Unit Location Untrusted |
| | | 08/31/2020 11:51:10 AM EDT | Violation: Base Unit Location Untrusted |
| | | 08/31/2020 11:51:30 AM EDT | Clear: Bracelet Strap |
| | | 08/31/2020 11:51:43 AM EDT | Base Unit (50477288) Unassigned |

+Show Legend

Copyright © 2008-2022 –Attenti Inc. – v2.11.31.0

EKCS_000015



FILED
MIKE WATTS, CLERK

AUG 1 7 2021

LETCHER CIRCUIT/DISTRICT COURTS
BY _____ D.C.



## Conditions of Release and Judicial Decision

| | |
|---|---|
| County : LETCHER | Judge : CRAFT, JAMES W II |
| Defendant's Name : HILL, JENNIFER LOUISE | Interpreter Language : NONE |
| Next Court Date : 08/25/2021  09:00 AM | ASL Needed : NO |
| Court Type : CIRCUIT COURT | Courtroom : |
| Jail ID# : | Interview Date/Time : 8/17/2021  3:06:51AM |
| Charge County: LETCHER | Holding County: LETCHER |

### Bail Credit

Bail Credit Amount: $0.00

Bail Credit:                                         Reason Ineligible: N/A

### Release Decision

Bond Amount  $5,000.00 - SURETY  on  08/17/2021  08:44 AM

### Conditions

- NOT TO VIOLATE ANY LOCAL, STATE, OR FEDERAL LAWS
- NOT TO CONSUME ANY ALCOHOL OR ILLEGAL DRUGS
- NOT TO POSSESS ANY WEAPONS
- HIC/EM
- OTHER
- NO ILLEGAL USE OF ALCOHOL OR CONTROLLED SUBSTANCES
- MAKE ALL SCHEDULED COURT APPEARANCES

### Other Details

IF DEFENDANT CAN NOT ABIDE BY TERMS OF HIC/EM THEN SHE IS TO REPORT TO LETCHER COUNTY JAIL

### Case(s)

Booking Date: 08/17/21 02:35 AM
21-CR-00152 LETCHER    Indictment

| | | Citation # | Class | Level | Counts |
|---|---|---|---|---|---|
| 0422150 | POSS CONT SUB, 1ST DEGREE, 1ST OFF (METHAMPHETAMINE) | | D | F | 1 |
| 0422630 | POSS CONT SUB, 3RD DEGREE - DRUG UNSPECIFIED | | A | M | 1 |
| 0420810 | DRUG PARAPHERNALIA - BUY/POSSESS | | A | M | 1 |
| 0423300 | POSS OF MARIJUANA | | B | M | 1 |

_____                    _____
Date                                        Judge's / Pretrial Officer's Signature

Created On  08/17/21  8:45 am  by  Kristi_Williams

EXHIBIT

5

AOC-365.1 Rev. 8-17

B

Time of Release: _____ 9:2-20

Case No. 21-CR-00152

Jennifer Hill                    Circt

Citation No. _____

Charge _____

Defendant's Telephone Number

## YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

| | | |
|---|---|---|
| **PERSONAL PROMISE** | ☐ | **PERSONAL RECOGNIZANCE:** ☐ **ADMINISTRATIVE RELEASE PROGRAM** ☐ **JUDICIAL RELEASE** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the court; render yourself amenable to orders and processes of the court; and comply with all conditions of your release. |
| **TOTAL BOND OF** $5800.00 surety + HIC ☐ Bail Credit in the amount of _____ applied to bond. **Total cash received** $ _____ | ☑ ☐ ☐ | **UNSECURED BAIL BOND OR SURETY BOND.** An unsecured appearance bond from you or your surety. **GUARANTEED ARREST BOND CERTIFICATE.** **PARTIALLY SECURED BOND.** Cash bail secured by cash deposit of $_____. If the amount deposited is equal to 10% of the total bond, 10% of the deposit (but not less than $5) will be retained if you are found guilty and the court determines you have performed the conditions of your release. Paid by ☐ Currency ☐ Credit Card (Jailers Only). |
| | ☐ ☐ | **CASH BAIL BOND.** Full amount of bail paid into the court. Paid by ☐ Currency ☐ Credit Card (Jailers Only). **STOCKS AND BONDS, PROPERTY BOND.** Property is offered to secure the bail bond. If bond is forfeited, the state will foreclose on the property used as security. |
| ☐ Not eligible for bail credit. | ☐ ☐ | **RELEASED PURSUANT TO KRS 222.204.** **CONDITIONS:** ☐ REPORT TO YOUR LOCAL PRETRIAL SERVICES OFFICE LOCATED AT _____ TELEPHONE _____ |
| | | ☑ No further violations of law  ☐ No contact with alleged victim  ☐ Not to be on the property of _____ ☑ No consumption of alcohol or illegal use of controlled substances  ☑ No illegal use/possession of firearms or other deadly weapons ☑ Other must abide by HC rules + regulations, make all court appearance |

### Violation of Conditions and/or Failure to Appear:

If you willfully fail to appear, fail to comply with the conditions of your release, or otherwise fail to render yourself amenable to the orders and processes of the courts, the court may issue a warrant for your arrest and may order forfeiture of the bond, and you shall be subject to prosecution for bail jumping per KRS 520.070 and KRS 520.080. You may also be subject to contempt of court per KRS 432.280.

### BAIL BOND

that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in the event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below. **AFFIDAVIT OF SURETY** (unless posts full cash bond): I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

being admitted to bail in the sum of $_____, I undertake

Jennifer Hill
Signature of Defendant
Chris Triplett
Printed Name of Surety(ies)
Chris Triplett
Signature of Surety(ies)
606 355 8030
Phone Number of Surety(ies)

\* _____ Social Security Number of Surety(ies)

\* _____ Date of Birth & Occupation of Surety(ies)

_____ Drivers License Number of Surety(ies)

BAIL BOND TAKEN BY _____ FROM _____

☐ Defendant   ☐ SURETY(IES)

Subscribed and sworn to before me by _____ Surety _____ this _____ day of _____, 2___

\*Only required on bonds where more than $10,000 Cash is collected.

_____ Clerk/Authorized Public Officer

| **NEXT COURT DATE:** | in courtroom Circt at _____ a.m./p.m. on _____ or when notified and you shall appear at all subsequent continued dates. You shall also appear _____ |
|---|---|

I understand and agree to the penalties which may be imposed upon me for willful failure to appear or violation of any condition of release and I agree to comply with the conditions of my release and to appear as required. I have received a copy of this order and any bail bond.

DEFENDANT'S SIGNATURE ☐ X Jennifer Hill            WITNESSED BY Amanda Sexton

NAME OF JUDGE/PTO: Craft        NAME AND LOCATION OF COURT: Letcher Circt

EKCS_000008

BOND FEE    ☐ PAID    ☐ NOT PAID

# Eastern Kentucky Correction Services, Inc.

93 Village Street, Pikeville, KY 41501

Phone: 606-432-5605

FILED
MIKE WATTS, CLERK

OCT 21 2021

LETCHER CIRCUIT/DISTRICT COURTS
BY _____ D.C.

## Home Incarceration Completion Form

DATE: _10-21-21_

JUDGE: _Craft, Mullins_

CASE NUMBER: _21-CR-152, 21-m-194, 21-m-314_

DEFENDANT: _Jennifer Hill_

SSN: _____

The above defendant has successfully completed _42_ days on Home Incarceration.

The dates were from _9-2-21_ through _10-13-21_.

E.K.C.S. Inc.

Patty Greer, President

Established 1987

EKCS_000016

EXHIBIT 6

**attenti**

**Offender Violation Summary**
Hill, Jennifer
1/1/2019 - 2/19/2022

Officer:      Stockham, Patty
Offender:   Hill, Jennifer

Device ID:

Bracelet ID:  0

Custom ID 1:

Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Base Unit Location Untrusted | 8/28/2020 4:26:19 PM | 8/28/2020 6:59:17 PM | 02:32:58 |
| Base Unit Location Untrusted | 8/28/2020 7:05:15 PM | 8/28/2020 7:07:02 PM | 00:01:47 |
| Base Unit Location Untrusted | 8/28/2020 7:11:43 PM | 8/28/2020 7:44:21 PM | 00:32:38 |
| Base Unit A/C Power Disconnected | 8/28/2020 7:46:07 PM | 8/28/2020 7:47:58 PM | 00:01:51 |
| Base Unit A/C Power Disconnected | 8/28/2020 7:48:15 PM | 8/28/2020 7:49:28 PM | 00:01:13 |
| Base Unit A/C Power Disconnected | 8/28/2020 7:50:06 PM | 8/28/2020 7:52:14 PM | 00:02:08 |
| Base Unit A/C Power Disconnected | 8/28/2020 7:52:47 PM | 8/28/2020 7:53:36 PM | 00:00:49 |
| Base Unit Location Untrusted | 8/28/2020 7:54:08 PM | 8/28/2020 8:30:17 PM | 00:36:09 |
| Base Unit A/C Power Disconnected | 8/28/2020 8:13:57 PM | 8/28/2020 8:14:09 PM | 00:00:12 |
| Base Unit A/C Power Disconnected | 8/28/2020 8:31:06 PM | 8/28/2020 9:10:17 PM | 00:39:11 |
| Base Unit Location Untrusted | 8/28/2020 9:11:59 PM | 8/28/2020 9:14:46 PM | 00:02:47 |
| Base Unit Location Untrusted | 8/28/2020 9:14:28 PM | 8/28/2020 9:14:50 PM | 00:00:22 |
| Base Unit A/C Power Disconnected | 8/28/2020 9:15:03 PM | 8/28/2020 9:15:39 PM | 00:00:36 |
| Base Unit A/C Power Disconnected | 8/28/2020 9:15:19 PM | 8/28/2020 9:16:30 PM | 00:01:11 |
| Base Unit A/C Power Disconnected | 8/28/2020 9:18:25 PM | 8/28/2020 9:20:52 PM | 00:02:27 |
| Base Unit Location Untrusted | 8/28/2020 9:46:54 PM | 8/28/2020 9:50:05 PM | 00:03:11 |
| Base Unit Location Untrusted | 8/28/2020 9:50:32 PM | 8/28/2020 10:03:18 PM | 00:12:46 |
| Base Unit Location Untrusted | 8/28/2020 10:07:37 PM | 8/28/2020 10:15:34 PM | 00:07:57 |
| Base Unit Location Untrusted | 8/28/2020 10:07:37 PM | 8/28/2020 10:15:34 PM | 00:07:57 |
| Base Unit Location Untrusted | 8/28/2020 10:15:43 PM | 8/28/2020 10:35:04 PM | 00:19:21 |
| Base Unit Location Untrusted | 8/28/2020 10:35:18 PM | 8/28/2020 10:39:03 PM | 00:03:45 |
| Base Unit Location Untrusted | 8/28/2020 10:39:55 PM | 8/28/2020 11:08:29 PM | 00:28:34 |
| Base Unit Location Untrusted | 8/28/2020 11:54:43 PM | 8/29/2020 2:40:43 AM | 02:46:00 |
| Base Unit Location Untrusted | 8/29/2020 8:10:08 AM | 8/29/2020 8:10:20 AM | 00:00:12 |
| Base Unit Location Untrusted | 8/30/2020 4:28:28 AM | 8/30/2020 4:29:08 AM | 00:00:40 |
| Curfew | 8/30/2020 8:35:40 AM | 8/30/2020 8:35:56 AM | 00:00:16 |
| Curfew | 8/30/2020 9:03:21 AM | 8/30/2020 9:17:13 AM | 00:13:52 |
| | 8/30/2020 1:45:41 PM | 8/30/2020 1:51:48 PM | 00:06:07 |

EKCS_000690

**attenti**

**Offender Violation Summary**

Hill, Jennifer
1/1/2019 - 2/19/2022

Officer:     Stockham, Patty
Offender:    Hill, Jennifer

Device ID:    0

Bracelet ID:    0

Custom ID 1:

Custom ID 2:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Base Unit Location Untrusted | 8/30/2020 4:46:11 PM | 8/30/2020 4:46:18 PM | 00:00:07 |
| Base Unit Location Untrusted | 8/31/2020 2:08:44 AM | 8/31/2020 2:09:24 AM | 00:00:40 |
| Base Unit Location Untrusted | 8/31/2020 11:27:00 AM | 8/31/2020 11:29:36 AM | 00:02:36 |
| Base Unit A/C Power Disconnected | 8/31/2020 11:27:48 AM | 8/31/2020 11:51:42 AM | 00:23:54 |
| Base Unit Location Untrusted | 8/31/2020 11:31:15 AM | 8/31/2020 11:42:01 AM | 00:10:46 |
| Base Unit Location Untrusted | 8/31/2020 11:42:35 AM | 8/31/2020 11:43:12 AM | 00:00:37 |
| Bracelet Strap | 8/31/2020 11:43:43 AM | 8/31/2020 11:51:30 AM | 00:07:47 |
| Base Unit Location Untrusted | 8/31/2020 11:44:02 AM | 8/31/2020 11:44:44 AM | 00:00:42 |
| 1 Piece GPS (TD4) Strap | 8/31/2020 11:51:10 AM | 8/31/2020 11:51:42 AM | 00:00:32 |
| Home (IN) | 9/2/2021 1:11:38 PM | 9/2/2021 3:08:55 PM | 01:57:17 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/2/2021 4:19:59 PM | 9/2/2021 5:28:12 PM | 01:08:13 |
| 1 Piece GPS (TD4) Motion No GPS | | | |
| 1 Piece GPS (TD4) Unable To Connect | 9/2/2021 4:54:27 PM | 9/2/2021 5:28:12 PM | 00:33:45 |
| Home (IN) | 9/2/2021 5:43:11 PM | 9/8/2021 3:59:46 PM | 142:16:35 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/3/2021 4:07:41 AM | 9/3/2021 4:59:10 AM | 00:51:29 |
| Home (IN) | 9/3/2021 9:32:52 AM | 9/3/2021 9:48:53 AM | 00:16:01 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 9/3/2021 9:10:54 PM | 9/3/2021 9:51:40 PM | 00:40:46 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| 1 Piece GPS (TD4) Battery | 9/4/2021 11:45:19 AM | 9/4/2021 12:06:26 PM | 00:21:07 |
| 1 Piece GPS (TD4) Battery | 9/4/2021 8:44:48 PM | 9/4/2021 11:30:44 PM | 02:45:56 |

Base Unit ID:

EKCS_000691

Created on: 2/19/2022 9:52:03 PM (ET)

# attenti

## Offender Violation Summary

Hill, Jennifer
1/1/2019 - 2/19/2022

| Officer: | Stockham, Patty |
| Offender: | Hill, Jennifer |

Device ID: 0    Bracelet ID: 0    Custom ID 1:    Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
| --- | --- | --- | --- |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM | | | |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/5/2021 11:43:41 AM | 9/5/2021 12:33:14 PM | 00:49:33 |
| **1 Piece GPS (TD4) Battery** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM | 9/6/2021 4:24:52 PM | 9/6/2021 6:52:49 PM | 02:27:57 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/6/2021 7:15:09 PM | 9/8/2021 2:51:00 PM | 43:35:51 |
| **1 Piece GPS (TD4) Battery** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 9/7/2021 11:13:30 PM | 9/7/2021 11:13:50 PM | 00:00:20 |
| **1 Piece GPS (TD4) Battery** | 9/8/2021 6:27:20 PM | 10/21/2021 8:09:41 AM | 1021:42:21 |
| **1 Piece GPS (TD4) Strap** | 10/21/2021 8:09:42 AM | 10/23/2021 6:53:12 PM | 58:43:30 |

Page 4 of 4

**attenti**

**Offender Violation Summary**
Hill, Jennifer
1/1/2019 - 2/19/2022

| Violation | Count |
|---|---|
| 1 Piece GPS (TD4) Battery | 4 |
| 1 Piece GPS (TD4) Motion No GPS | 1 |
| 1 Piece GPS (TD4) Strap | 2 |
| 1 Piece GPS (TD4) Unable To Connect | 2 |
| Base Unit A/C Power Disconnected | 9 |
| Base Unit Location Untrusted | 25 |
| Bracelet Strap | 1 |
| Curfew | 2 |
| Home (IN) | 6 |
| Total | 52 |

Created on: 2/19/2022 9:52:03 PM (ET)

EKCS_000693

**EXHIBIT**

**attenti**

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

Officer:        Stockham, Patsy
Offender:

Device ID:                    Bracelet ID:  0                    Custom ID 1:                    Base Unit ID:                    Custom ID 2:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Curfew | 9/19/2020 8:40:04 PM | 9/23/2020 3:00:00 PM | 90:19:56 |
| Base Unit Location Untrusted | 9/20/2020 9:59:08 AM | 9/20/2020 9:59:52 AM | 00:00:44 |
| Base Unit Location Untrusted | 9/20/2020 10:06:12 AM | 9/20/2020 10:07:00 AM | 00:00:48 |
| Base Unit Location Untrusted | 9/20/2020 10:14:20 AM | 9/20/2020 10:14:56 AM | 00:00:36 |
| Base Unit Location Untrusted | 9/20/2020 10:17:06 AM | 9/20/2020 10:17:18 AM | 00:00:12 |
| Base Unit Location Untrusted | 9/20/2020 10:19:14 AM | 9/20/2020 10:19:52 AM | 00:00:38 |
| Base Unit Location Untrusted | 9/20/2020 11:08:40 AM | 9/20/2020 11:09:18 AM | 00:00:38 |
| Base Unit Location Untrusted | 9/20/2020 11:43:52 AM | 9/20/2020 11:44:34 AM | 00:00:42 |
| Base Unit Location Untrusted | 9/20/2020 12:23:21 PM | 9/20/2020 12:23:33 PM | 00:00:12 |
| Base Unit Location Untrusted | 9/20/2020 4:15:44 PM | 9/20/2020 4:15:54 PM | 00:00:10 |
| Base Unit Unable To Connect | 9/20/2020 7:16:35 PM | 9/24/2020 11:15:28 AM | 87:58:53 |
| Base Unit Location Untrusted | 9/23/2020 10:51:30 AM | 9/23/2020 10:51:40 AM | 00:00:10 |
| Curfew | 9/23/2020 5:35:00 PM | 9/25/2020 5:40:01 PM | 48:05:01 |
| Base Unit Location Untrusted | 9/24/2020 10:56:32 AM | 9/24/2020 10:57:17 AM | 00:00:45 |
| Base Unit A/C Power Disconnected | 9/24/2020 10:56:57 AM | 9/24/2020 12:58:37 PM | 02:01:40 |
| Base Unit Location Untrusted | 9/24/2020 10:57:28 AM | 9/24/2020 10:59:25 AM | 00:01:57 |
| Base Unit Location Untrusted | 9/24/2020 11:00:18 AM | 9/24/2020 11:34:33 AM | 00:34:15 |
| Base Unit Location Untrusted | 9/24/2020 11:40:36 AM | 9/24/2020 11:51:42 AM | 00:11:06 |
| Base Unit Location Untrusted | 9/24/2020 11:51:53 AM | 9/24/2020 11:52:34 AM | 00:00:41 |
| Base Unit Location Untrusted | 9/24/2020 11:53:30 AM | 9/24/2020 11:54:09 AM | 00:00:39 |
| Base Unit Location Untrusted | 9/24/2020 11:55:20 AM | 9/24/2020 11:56:35 AM | 00:01:15 |
| Base Unit Location Untrusted | 9/24/2020 11:56:48 AM | 9/24/2020 11:58:12 AM | 00:01:24 |
| Base Unit Location Untrusted | 9/24/2020 11:59:10 AM | 9/24/2020 11:59:56 AM | 00:00:46 |
| Base Unit Location Untrusted | 9/24/2020 12:03:27 PM | 9/24/2020 12:04:08 PM | 00:00:41 |
| Base Unit Location Untrusted | 9/24/2020 12:04:39 PM | 9/24/2020 12:05:23 PM | 00:00:44 |
| Base Unit Location Untrusted | 9/24/2020 12:11:24 PM | 9/24/2020 12:16:05 PM | 00:04:41 |
| Base Unit Location Untrusted | 9/24/2020 12:21:01 PM | 9/24/2020 12:22:54 PM | 00:01:53 |
| Base Unit Location Untrusted | 9/24/2020 12:23:17 PM | 9/24/2020 12:25:26 PM | 00:02:09 |

EKCS_T00421

attenti

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

Officer:    Stockham, Patty
Offender:

Device ID:

Bracelet ID:  0

Custom ID 1:

Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Base Unit Location Untrusted | 9/24/2020 12:26:08 PM | 9/24/2020 12:26:24 PM | 00:00:16 |
| Base Unit Location Untrusted | 9/24/2020 12:26:57 PM | 9/24/2020 12:37:07 PM | 00:10:10 |
| Base Unit Location Untrusted | 9/24/2020 12:37:16 PM | 9/24/2020 12:37:55 PM | 00:00:39 |
| Base Unit Location Untrusted | 9/24/2020 12:38:23 PM | 9/24/2020 12:38:34 PM | 00:00:11 |
| Base Unit Location Untrusted | 9/24/2020 12:43:39 PM | 9/24/2020 12:49:43 PM | 00:06:04 |
| Base Unit Location Untrusted | 9/24/2020 12:50:17 PM | 9/24/2020 12:51:12 PM | 00:00:55 |
| Base Unit Location Untrusted | 9/24/2020 12:53:49 PM | 9/24/2020 12:54:01 PM | 00:00:12 |
| Base Unit Location Untrusted | 9/24/2020 12:54:26 PM | 9/24/2020 12:55:06 PM | 00:00:40 |
| Base Unit Location Untrusted | 9/24/2020 12:58:20 PM | 9/24/2020 12:59:08 PM | 00:00:48 |
| Base Unit Location Untrusted | 9/24/2020 4:09:17 PM | 9/24/2020 4:09:55 PM | 00:00:38 |
| Base Unit Location Untrusted | 9/24/2020 4:12:17 PM | 9/24/2020 4:12:55 PM | 00:00:38 |
| Base Unit Location Untrusted | 9/24/2020 6:34:33 PM | 9/24/2020 6:35:10 PM | 00:00:37 |
| Base Unit Location Untrusted | 9/24/2020 7:45:59 PM | 9/24/2020 7:46:08 PM | 00:00:09 |
| Base Unit Location Untrusted | 9/24/2020 8:32:17 PM | 9/24/2020 8:32:56 PM | 00:00:39 |
| Base Unit Location Untrusted | 9/24/2020 11:22:33 PM | 9/24/2020 11:23:23 PM | 00:00:50 |
| Base Unit Location Untrusted | 9/25/2020 12:45:10 AM | 9/25/2020 12:45:54 AM | 00:00:44 |
| Base Unit Unable To Connect | 9/25/2020 4:42:02 AM | 9/25/2020 5:23:43 PM | 12:41:41 |
| Base Unit Location Untrusted | 9/25/2020 9:32:53 AM | 9/25/2020 9:33:30 AM | 00:00:37 |
| Base Unit Location Untrusted | 9/25/2020 10:40:16 AM | 9/25/2020 10:40:56 AM | 00:00:40 |
| Base Unit Location Untrusted | 9/25/2020 3:26:46 PM | 9/25/2020 3:27:23 PM | 00:00:37 |
| Base Unit Location Untrusted | 9/25/2020 3:41:13 PM | 9/25/2020 3:41:50 PM | 00:00:37 |
| Base Unit Location Untrusted | 9/25/2020 3:44:58 PM | 9/25/2020 3:45:37 PM | 00:00:39 |
| Base Unit A/C Power Disconnected | 9/25/2020 5:14:58 PM | 9/25/2020 5:16:07 PM | 00:01:09 |
| Base Unit Location Untrusted | 9/25/2020 5:15:22 PM | 9/25/2020 5:59:56 PM | 00:44:34 |
| Base Unit Location Untrusted | 9/25/2020 5:16:40 PM | 9/25/2020 5:18:01 PM | 00:01:21 |
| Base Unit Location Untrusted | 9/25/2020 5:18:32 PM | 9/25/2020 5:24:03 PM | 00:05:31 |
| Base Unit Location Untrusted | 9/25/2020 5:24:17 PM | 9/25/2020 5:26:40 PM | 00:02:23 |
| Base Unit Location Untrusted | 9/25/2020 5:29:00 PM | 9/25/2020 5:31:00 PM | 00:02:00 |

EKCS_000422

Created on 2/19/2022 9:19:03 PM (ET)

**attenti**

**Offender Violation Summary**
Cornell, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:**

**Device ID:**

**Bracelet ID:** 0

**Custom ID 1:**

**Custom ID 2:**

**Base Unit ID:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Base Unit Location Untrusted | 9/25/2020 5:31:16 PM | 9/25/2020 5:34:58 PM | 00:03:42 |
| Base Unit Location Untrusted | 9/25/2020 5:35:21 PM | 9/25/2020 5:40:48 PM | 00:05:27 |
| Base Unit Location Untrusted | 9/25/2020 5:42:56 PM | 9/25/2020 5:43:33 PM | 00:00:37 |
| Base Unit Location Untrusted | 9/25/2020 5:44:38 PM | 9/25/2020 6:00:02 PM | 00:15:24 |
| Base Unit Location Untrusted | 9/25/2020 6:13:09 PM | 9/25/2020 6:14:39 PM | 00:01:30 |
| Base Unit A/C Power Disconnected | 9/25/2020 6:13:36 PM | 9/25/2020 8:46:24 PM | 02:32:48 |
| Base Unit Location Untrusted | 9/25/2020 6:15:31 PM | 9/25/2020 6:27:58 PM | 00:12:27 |
| Base Unit Location Untrusted | 9/25/2020 6:30:12 PM | 9/25/2020 6:34:16 PM | 00:04:04 |
| Base Unit Location Untrusted | 9/25/2020 6:35:42 PM | 9/25/2020 6:37:51 PM | 00:02:09 |
| Base Unit Location Untrusted | 9/25/2020 6:46:29 PM | 9/25/2020 6:47:20 PM | 00:00:51 |
| Base Unit Location Untrusted | 9/25/2020 6:48:19 PM | 9/25/2020 6:48:56 PM | 00:00:37 |
| Base Unit Location Untrusted | 9/25/2020 6:49:19 PM | 9/25/2020 6:50:07 PM | 00:00:48 |
| Base Unit Location Untrusted | 9/25/2020 7:13:41 PM | 9/25/2020 7:30:30 PM | 00:16:49 |
| Base Unit Location Untrusted | 9/25/2020 7:34:58 PM | 9/25/2020 7:35:35 PM | 00:00:37 |
| Base Unit Location Untrusted | 9/25/2020 7:38:59 PM | 9/25/2020 7:42:30 PM | 00:03:31 |
| Base Unit Location Untrusted | 9/25/2020 7:42:45 PM | 9/25/2020 7:57:50 PM | 00:15:05 |
| Base Unit Location Untrusted | 9/25/2020 8:02:00 PM | 9/25/2020 8:02:38 PM | 00:00:38 |
| Base Unit Location Untrusted | 9/25/2020 8:08:38 PM | 9/25/2020 8:16:16 PM | 00:07:38 |
| Base Unit Location Untrusted | 9/25/2020 8:22:43 PM | 9/25/2020 8:46:38 PM | 00:23:55 |
| Base Unit Unable To Connect | 9/26/2020 3:56:00 AM | 9/27/2020 6:50:22 PM | 38:54:22 |
| Base Unit Location Untrusted | 9/26/2020 11:30:46 AM | 9/26/2020 11:30:58 AM | 00:00:12 |
| Curfew | 9/26/2020 12:41:55 PM | 9/26/2020 12:54:56 PM | 00:13:01 |
| Base Unit Location Untrusted | 9/26/2020 12:56:01 PM | 9/26/2020 12:56:39 PM | 00:00:38 |
| Base Unit Location Untrusted | 9/26/2020 3:19:44 PM | 9/26/2020 3:19:54 PM | 00:00:10 |
| Base Unit Location Untrusted | 9/26/2020 3:22:57 PM | 9/26/2020 3:23:38 PM | 00:00:41 |
| Base Unit Location Untrusted | 9/26/2020 6:07:27 PM | 9/26/2020 6:08:05 PM | 00:00:38 |
| Base Unit Location Untrusted | 9/26/2020 6:57:15 PM | 9/26/2020 6:57:51 PM | 00:00:36 |
| Curfew | 9/27/2020 8:21:13 AM | 9/27/2020 8:25:12 AM | 00:03:59 |

EKCS_000423

# attenti

**Offender Violation Summary**

Cornett, Brianna
1/1/2019 - 2/19/2022

Officer: Stockham, Patty

Offender: ███████

Device ID: 0

Bracelet ID: 0

Custom ID 1:

Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Curfew | 9/27/2020 2:45:14 PM | 9/27/2020 3:57:30 PM | 01:12:16 |
| Base Unit Location Untrusted | 9/27/2020 3:27:13 PM | 9/27/2020 3:27:49 PM | 00:00:36 |
| Base Unit Location Untrusted | 9/27/2020 3:58:26 PM | 9/27/2020 3:58:40 PM | 00:00:14 |
| Base Unit Location Untrusted | 9/27/2020 6:41:04 PM | 9/27/2020 6:41:41 PM | 00:00:37 |
| Base Unit Unable To Connect | 9/27/2020 6:51:34 PM | 9/27/2020 6:52:25 PM | 00:00:51 |
| Base Unit Location Untrusted | 9/28/2020 2:21:15 AM | 9/28/2020 9:15:52 AM | 06:54:37 |
| Base Unit Location Untrusted | 9/28/2020 6:54:50 AM | 9/28/2020 6:55:02 AM | 00:00:12 |
| Curfew | 9/28/2020 11:19:54 AM | 9/28/2020 11:20:29 AM | 00:00:35 |
| Curfew | 9/28/2020 11:27:19 AM | 9/28/2020 1:41:34 PM | 02:14:15 |
| Curfew | 9/28/2020 4:32:32 PM | 9/28/2020 5:20:34 PM | 00:48:02 |
| Home (IN) | 9/28/2020 6:40:36 PM | 9/28/2020 6:49:36 PM | 00:09:00 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/28/2020 7:48:59 PM | 9/28/2020 7:50:21 PM | 00:01:22 |
| Home (IN) | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/28/2020 7:55:20 PM | 9/28/2020 8:12:31 PM | 00:17:11 |
| Home (IN) | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/28/2020 9:37:51 PM | 9/29/2020 11:55:57 AM | 14:18:06 |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| Home (IN) | 9/29/2020 9:15:40 AM | 9/29/2020 10:13:27 AM | 00:57:47 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 9/29/2020 12:09:48 PM | 9/29/2020 6:07:54 PM | 05:58:06 |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| | 9/29/2020 3:36:24 PM | 9/29/2020 5:54:19 PM | 02:17:55 |

EKCS_00424

Created on: 2/19/2022 9:19:03 PM (ET)

# attenti

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:**

**Device ID:** 0    **Bracelet ID:** 0

**Custom ID 1:**    **Custom ID 2:**

**Base Unit ID:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 9/29/2020 6:13:05 PM | 9/29/2020 6:14:10 PM | 00:01:05 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 9/29/2020 11:47:35 PM | 9/30/2020 12:19:10 AM | 00:31:35 |
| **Home (IN)** | 9/30/2020 2:49:08 AM | 9/30/2020 11:45:26 AM | 08:56:18 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 9/30/2020 11:48:51 AM | 9/30/2020 3:30:00 PM | 03:41:09 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 9/30/2020 5:34:59 PM | 9/30/2020 7:56:07 PM | 02:21:08 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 9/30/2020 9:34:47 PM | 10/1/2020 3:25:59 AM | 05:51:12 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | 10/1/2020 12:40:23 AM | 10/1/2020 1:19:23 AM | 00:39:00 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/1/2020 5:55:41 AM | 10/1/2020 8:56:36 AM | 03:00:55 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | 10/1/2020 10:16:25 AM | 10/1/2020 10:54:20 AM | 00:37:55 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/1/2020 12:54:06 PM | 10/1/2020 1:02:10 PM | 00:08:04 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/1/2020 3:46:43 PM | 10/1/2020 4:29:24 PM | 00:42:41 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Strap** | 10/1/2020 4:01:03 PM | 10/1/2020 4:04:31 PM | 00:03:28 |

EKCS_000425

Created on: 2/19/2022 9:19:03 PM (ET)

**attenti**

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

Officer:
Offender: Stockham, Patty

Device ID: 0

Bracelet ID: 0

Custom ID 1:
Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/1/2020 5:09:04 PM | 10/1/2020 5:10:57 PM | 00:01:53 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/1/2020 5:23:30 PM | 10/1/2020 5:34:52 PM | 00:11:22 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/1/2020 5:50:42 PM | 10/1/2020 6:17:46 PM | 00:27:04 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/2/2020 2:59:11 AM | 10/2/2020 6:33:30 AM | 03:34:19 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/2/2020 9:44:22 AM | 10/2/2020 10:10:33 AM | 00:26:11 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/2/2020 1:12:06 PM | 10/2/2020 1:58:29 PM | 00:46:23 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/2/2020 2:04:12 PM | 10/2/2020 2:27:52 PM | 00:23:40 |
| Home (IN)<br>Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 10/2/2020 3:21:56 PM | 10/2/2020 3:23:02 PM | 00:01:06 |

EKCS_000426



**Offender Violation Summary**
1/1/2019 - 2/19/2022

Officer:  Cornett, Brianna
Offender:  Slockbarn, Patty

Device ID:  0    Bracelet ID:  0    Custom ID 1:    Custom ID 2:

Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/2/2020 3:28:57 PM | 10/2/2020 3:31:44 PM | 00:02:47 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/2/2020 3:39:18 PM | 10/3/2020 5:12:35 PM | 25:33:17 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | 10/2/2020 6:10:33 PM | 10/3/2020 5:24:00 PM | 23:13:27 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/3/2020 5:17:34 PM | 10/3/2020 5:23:58 PM | 00:06:24 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Strap** | | | |
| **1 Piece GPS (TD4) Strap** | 10/3/2020 6:00:42 PM | 10/3/2020 6:01:03 PM | 00:00:21 |
| **1 Piece GPS (TD4) Strap** | 10/3/2020 6:02:18 PM | 10/3/2020 6:02:38 PM | 00:00:20 |
| **Home (IN)** | 10/3/2020 6:06:08 PM | 10/3/2020 6:06:46 PM | 00:00:38 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/3/2020 6:11:50 PM | 10/3/2020 6:47:27 PM | 00:35:37 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Strap** | | | |
| **1 Piece GPS (TD4) Strap** | 10/3/2020 6:19:51 PM | 10/3/2020 6:20:01 PM | 00:00:10 |
| **1 Piece GPS (TD4) Strap** | 10/3/2020 6:22:45 PM | 10/3/2020 6:22:58 PM | 00:00:13 |
| **1 Piece GPS (TD4) Strap** | 10/3/2020 6:26:36 PM | 10/3/2020 6:26:53 PM | 00:00:17 |
| **Home (IN)** | 10/3/2020 6:31:55 PM | 10/3/2020 6:38:22 PM | 00:06:27 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:30 PM | 10/3/2020 6:59:43 PM | 10/8/2020 2:24:50 AM | 103:25:07 |
| Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 10/3/2020 9:24:57 PM | 10/4/2020 1:18:47 AM | 03:53:50 |
| **1 Piece GPS (TD4) Unable To Connect** | 10/4/2020 3:48:10 AM | 10/4/2020 8:45:39 PM | 16:57:29 |
| **1 Piece GPS (TD4) Unable To Connect** | 10/4/2020 11:15:38 PM | 10/8/2020 2:24:50 AM | 75:09:12 |
| | 5:43:29 PM | 7/8/2021 1:50:12 PM | 20:06:43 |

EKCS_000...

Created on: 2/19/2022 9:19:03 PM (ET)

**attenti**

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:**

Device ID: 0   Bracelet ID: 0   Custom ID 1:   Custom ID 2:   Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Home (IN) | 7/8/2021 1:38:48 PM | 7/8/2021 4:35:03 PM | 02:56:15 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| Home (IN) | 7/8/2021 6:22:18 PM | 7/11/2021 3:11:01 PM | 68:48:43 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/9/2021 2:42:32 PM | 7/9/2021 2:44:48 PM | 00:02:16 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/9/2021 10:34:17 PM | 7/10/2021 12:08:31 AM | 01:34:14 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/10/2021 7:03:29 AM | 7/10/2021 7:07:35 AM | 00:04:06 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/11/2021 2:55:24 PM | 7/11/2021 6:16:49 PM | 03:21:25 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| Home (IN) | 7/11/2021 7:49:53 PM | 7/12/2021 1:07:55 PM | 17:18:02 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/12/2021 12:19:08 PM | 7/12/2021 12:33:10 PM | 00:14:02 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| Home (IN) | 7/12/2021 4:39:13 PM | 7/12/2021 8:12:44 PM | 03:33:31 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/12/2021 10:40:59 PM | 7/14/2021 4:03:13 PM | 41:22:14 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |
| Home (IN) | 7/14/2021 4:01:25 AM | 7/14/2021 4:35:22 AM | 00:33:57 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM, Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | | | |

EKCS_000428

Created on: 2/19/2022 9:19:03 PM (ET)

attenti

**Offender Violation Summary**
Cornell, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:**

Device ID:

Bracelet ID:  0

Custom ID 1:
Base Unit ID:
Custom ID 2:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/14/2021 5:49:59 PM | 7/14/2021 6:04:52 PM | 00:14:53 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | 7/14/2021 7:35:14 PM | 7/15/2021 10:57:47 PM | 27:22:33 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/15/2021 1:15:54 AM | 7/15/2021 2:03:30 AM | 00:47:36 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/15/2021 11:00:05 AM | 7/15/2021 11:48:03 AM | 00:47:58 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/15/2021 8:31:22 PM | 7/15/2021 10:32:37 PM | 02:01:15 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Battery** | | | |
| **Home (IN)** | 7/16/2021 1:27:03 AM | 7/18/2021 2:13:09 PM | 60:46:06 |
| | 7/16/2021 11:42:18 AM | 7/16/2021 11:45:24 AM | 00:03:06 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/16/2021 8:50:30 PM | 7/16/2021 8:53:22 PM | 00:02:52 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/17/2021 6:35:16 AM | 7/17/2021 7:02:59 AM | 00:27:43 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM  Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/17/2021 4:17:54 PM | 7/17/2021 5:22:02 PM | 01:04:08 |

EKCS_000429

**attenti**

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:**

Device ID: 0   Bracelet ID: 0

Custom ID 1:
Custom ID 2:
Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/17/2021 4:17:54 PM | 7/17/2021 5:22:02 PM | 01:04:08 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/17/2021 9:33:48 PM | 7/17/2021 10:10:04 PM | 00:36:16 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/18/2021 10:03:27 AM | 7/18/2021 10:46:23 AM | 00:42:56 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/18/2021 1:56:06 PM | 7/18/2021 4:57:21 PM | 03:01:15 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/18/2021 5:42:14 PM | 7/19/2021 11:04:13 AM | 17:21:59 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/19/2021 12:26:00 AM | 7/19/2021 12:45:01 AM | 00:19:01 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/19/2021 6:37:02 AM | 7/19/2021 7:46:59 AM | 01:09:57 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/19/2021 6:37:02 AM | 7/19/2021 7:46:59 AM | 01:09:57 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/19/2021 10:44:54 AM | 7/19/2021 10:52:36 AM | 00:07:42 |

**attenti**

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:**

**Device ID:**

**Bracelet ID:** 0

**Custom ID 1:**

**Custom ID 2:**

**Base Unit ID:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/19/2021 12:49:59 PM | 7/19/2021 1:48:26 PM | 00:58:27 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 7/19/2021 3:22:04 PM | 7/19/2021 3:38:59 PM | 00:16:55 |
| **Home (IN)** | 7/19/2021 6:07:26 PM | 7/20/2021 6:29:11 PM | 24:21:45 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/20/2021 3:35:57 AM | 7/20/2021 3:38:09 AM | 00:02:12 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/20/2021 8:35:20 AM | 7/20/2021 10:09:25 AM | 01:34:05 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | 7/20/2021 9:59:44 PM | 7/21/2021 10:41:53 AM | 12:42:09 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/21/2021 10:15:10 AM | 7/21/2021 2:30:00 PM | 04:14:50 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | 7/21/2021 4:44:20 PM | 7/21/2021 7:23:19 PM | 02:38:59 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/21/2021 6:52:23 PM | 7/21/2021 9:05:05 PM | 02:12:42 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **1 Piece GPS (TD4) Unable To Connect** | 7/21/2021 9:52:46 PM | 7/22/2021 6:53:09 PM | 21:00:23 |
| **Home (IN)** | 7/22/2021 10:29:34 PM | 7/25/2021 5:59:20 PM | 67:29:46 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/24/2021 2:09:23 AM | 7/24/2021 2:23:44 AM | 00:14:21 |

EKOS_000431

# attenti

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:**

| Custom ID 1: | | Custom ID 2: |
|---|---|---|

**Device ID:** 0  **Bracelet ID:** 0  **Base Unit ID:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/24/2021 9:22:01 PM | 7/24/2021 9:49:42 PM | 00:27:41 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/25/2021 5:26:34 PM | 7/25/2021 6:27:38 PM | 01:01:04 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/25/2021 8:25:01 PM | 7/25/2021 8:28:14 PM | 00:03:13 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/25/2021 8:27:38 PM | 7/28/2021 2:31:45 PM | 66:04:07 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/25/2021 9:13:45 PM | 7/25/2021 11:16:10 PM | 02:02:25 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/26/2021 7:48:40 AM | 7/26/2021 8:57:08 AM | 01:08:28 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/26/2021 7:48:40 AM | 7/26/2021 8:57:08 AM | 01:08:28 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/26/2021 5:31:27 PM | 7/26/2021 6:04:46 PM | 00:33:19 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM<br>Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/26/2021 7:08:14 PM | 7/26/2021 9:45:33 PM | 02:37:19 |

EKCS_000432

Created on: 2/19/2022 9:19:03 PM (ET)

# Offender Violation Summary

Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty

**Offender:**

**Device ID:** 0

**Bracelet ID:** 0

**Custom ID 1:**

**Base Unit ID:**

**Custom ID 2:**

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/27/2021 8:55:16 AM | 7/27/2021 11:16:01 AM | 02:20:45 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/27/2021 9:37:29 PM | 7/27/2021 11:54:14 PM | 02:16:45 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/28/2021 1:53:03 PM | 7/28/2021 2:30:00 PM | 00:36:57 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/28/2021 7:06:20 PM | 7/29/2021 12:32:00 PM | 17:25:40 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/29/2021 2:02:47 AM | 7/29/2021 2:29:23 AM | 00:26:36 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/29/2021 12:39:33 PM | 7/29/2021 12:55:48 PM | 00:16:15 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/29/2021 2:40:40 PM | 7/29/2021 3:34:41 PM | 00:54:01 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/29/2021 3:11:36 PM | 8/2/2021 11:48:01 AM | 92:36:25 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/30/2021 12:19:42 PM | 7/30/2021 2:46:46 PM | 02:27:04 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 7/31/2021 1:09:06 AM | 7/31/2021 1:11:54 AM | 00:02:48 |

EKCS_000433

Created on: 2/19/2022 9:19:03 PM (ET)

# attenti

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stockham, Patty
**Offender:**

Custom ID 2:

Custom ID 1:

Base Unit ID:

**Device ID:** 0    **Bracelet ID:** 0

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/1/2021 11:21:56 AM | 8/1/2021 11:24:42 AM | 00:02:46 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/1/2021 12:25:15 PM | 8/1/2021 12:29:48 PM | 00:04:33 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/1/2021 6:31:20 PM | 8/1/2021 6:47:50 PM | 00:16:30 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/2/2021 10:10:14 AM | 8/2/2021 10:21:43 AM | 00:11:29 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/2/2021 11:23:55 AM | 8/2/2021 11:38:07 AM | 00:14:12 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/2/2021 3:19:59 PM | 8/2/2021 3:29:27 PM | 00:09:28 |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/2/2021 3:59:14 PM | 8/2/2021 4:56:13 PM | 00:56:59 |
| **1 Piece GPS (TD4) Unable To Connect** | | | |
| **Home (IN)** | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/2/2021 8:28:08 PM | 8/3/2021 5:02:46 PM | 20:34:38 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/3/2021 9:00:53 AM | 8/3/2021 9:22:17 AM | 00:21:24 |

EKCS_000434

Created on: 2/19/2022 9:19:03 PM (ET)

**attenti**

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

**Officer:** Stuckham, Patty

**Offender:**

**Device ID:** 0                                    Bracelet ID: 0

Custom ID 1:
Custom ID 2:
Base Unit ID:

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| Home (IN) | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/3/2021 12:59:41 PM | 8/3/2021 1:07:18 PM | 00:07:37 |
| Home (IN) | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/3/2021 5:09:59 PM | 8/3/2021 5:43:53 PM | 00:33:54 |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| 1 Piece GPS (TD4) Motion No GPS | 8/3/2021 7:41:22 PM | 8/4/2021 11:09:28 AM | 15:28:06 |
| Home (IN) | 8/3/2021 8:38:39 PM | 8/3/2021 9:12:36 PM | 00:33:57 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/4/2021 10:32:09 AM | 8/4/2021 2:30:00 PM | 03:57:51 |
| Home (IN) | | | |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/4/2021 10:32:09 AM | 8/4/2021 2:30:00 PM | 03:57:51 |
| 1 Piece GPS (TD4) Strap | | | |
| Home (IN) | 8/4/2021 3:45:32 PM | 8/4/2021 3:45:51 PM | 00:00:19 |
| Starts on Mondays at 12:00 AM, Ends on Wednesdays at 02:30 PM Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM | 8/4/2021 5:49:59 PM | 8/6/2021 9:12:39 AM | 39:22:40 |
| 1 Piece GPS (TD4) Unable To Connect | | | |
| 1 Piece GPS (TD4) Battery | 8/4/2021 8:37:35 PM | 8/4/2021 10:59:15 PM | 02:21:40 |
| 1 Piece GPS (TD4) Unable To Connect | 8/4/2021 11:07:29 PM | 8/6/2021 9:12:39 AM | 34:05:10 |
| | 8/5/2021 1:54:15 AM | 8/6/2021 9:12:39 AM | 31:18:24 |

EKCS_000435

Created on: 2/19/2022 9:19:03 PM (ET)

attenti

**Offender Violation Summary**
Cornett, Brianna
1/1/2019 - 2/19/2022

| | |
|---|---|
| 1 Piece GPS (TD4) Battery | 2 |
| 1 Piece GPS (TD4) Motion No GPS | 1 |
| 1 Piece GPS (TD4) Strap | 9 |
| 1 Piece GPS (TD4) Unable To Connect | 31 |
| Base Unit A/C Power Disconnected | 3 |
| Base Unit Location Untrusted | 80 |
| Base Unit Unable To Connect | 4 |
| Curfew | 8 |
| Home (IN) | 81 |
| **Total** | **219** |

EKCS_000436

Created on: 2/19/2022 9:19:03 PM (ET)

DB NOTES

**Facebook Business Record** Page 687

| | |
|---|---|
| **Author** | |
| | Amanda Brown (Facebook: 100000182979801) |
| **Sent** | 2021-11-05 17:58:57 UTC |
| **Body** | It will be about 4 4:30 before Jake gets out right I could not remember what he said |

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-11-05 18:54:13 UTC |
| **Body** | Its going to be closer to 6 before I get to hook him up im on a transport but should be back by then |

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-11-05 18:59:10 UTC |
| **Body** | And I need a phone number to reach him at when he gets out |

| | |
|---|---|
| **Author** | Amanda Brown (Facebook: 100000182979801) |
| **Sent** | 2021-11-05 19:01:59 UTC |
| **Body** | ▨▨▨▨  And his when he gets out is ▨▨▨ |

| | |
|---|---|
| **Author** | Amanda Brown (Facebook: 100000182979801) |
| **Sent** | 2021-11-05 19:02:32 UTC |
| **Body** | So be there about 6 |

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-11-05 19:03:38 UTC |
| **Body** | Yes |

| | |
|---|---|
| **Author** | Amanda Brown (Facebook: 100000182979801) |
| **Sent** | 2021-11-05 19:19:30 UTC |
| **Body** | Thanks |

| | |
|---|---|
| **Author** | Amanda Brown (Facebook: 100000182979801) |
| **Sent** | 2021-11-05 22:46:39 UTC |
| **Body** | Hey is everything ok with Jake |

EXHIBIT

| | |
|---|---|
| **Thread** | (2419656714730138) |
| **Current** | 2022-03-09 17:36:03 UTC |
| **Participants** | Patty Stockham (Facebook: 100002546766707) |
| | Ben Fields (Facebook: 100000574983903) |

| | |
|---|---|
| **Author** | Patty Stockham (Facebook: 100002546766707) |
| **Sent** | 2021-11-04 23:38:16 UTC |
| **Body** | Patty sent a photo. |
| **Attachments** | image-2117708588382961 (2117708588382961) |
| **Type** | image/jpeg |
| **Size** | 188089 |
| **URL** | https://interncache-eag.fbcdn.net/v/t1.15752-9/253959366_2117708591716294_3351668427774041442_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9tZXNzZW5nZXI6RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVKL5xN7VwpX5A4UN2EfY41JUjA6oAn5jyX04dmfGe6GyA&oe=624F9780 |

Facebook Business Record

Page 688

Fields Criminal Production 027478



Facebook Business Record    Page 689

LAW OFFICES
# Kinner & Patton

MITCHELL D. KINNER    ROBERT J. PATTON
mdkinner@bellsouth.net    rjpatton@bellsouth.net

A. DAVID BLANKENSHIP
dblankenship@bellsouth.net

PAINTSVILLE LOCATION:                    PRESTONSBURG LOCATION:
245 MAIN STREET                          328 EAST COURT STREET
PAINTSVILLE, KENTUCKY 41240              PRESTONBURG, KENTUCKY 41653
PHONE: 606-789-6161                      PHONE: 606-886-1343
FAX: 606-789-6061                        FAX: 606-886-1349

(222 of 222)

## Point Information

Date: 11/04/2021
Time: 05:20:18 PM EDT
Speed: 59 mph - Heading: 140°
Latitude: 37.18673°
Longitude: -82.90810°

## Violation Status

■ Violation - Inclusion Home (Active)

Fields Criminal Production 027479