

**Patty Stockham** +16069232404

P: Lexington. 9:30 AM

Ok and u can deactivate Scott cornett 9:42 AM

P: Ok 10:04 AM

He paid 255 got him paid up until last week he still owes 85 I told him that if he doesn't get us paid ill get a warrant on him 10:17 AM

P: Ok he won't if they get behind they usually don't catch up. 10:41 AM

P: But your are threatening them with jail. I couldn't do that. Lol 10:43 AM

P: Mark Caudil has to do a drug test at 1. 11:31 AM

There's a charge called theft of services where u basically receive a service and don't pay plus the jailer has said that they would pay some for people to keep them out of jail cause they are in bad shape with population at the jail so if he doesn't pay the jail will 11:38 AM

EXHIBIT 3

EXHIBIT B