## Letcher County Sheriff's Department

| Policy # | Related Policies: |
|---|---|
| **Training Directive** | |

*This policy is for internal use only and does not enlarge an employee's civil liability in any way. The policy should not be construed as creating a higher duty of care, in an evidentiary sense, with respect to third party civil claims against employees. A violation of this policy, if proven, can only for the basis of a complaint by this department for non-judicial administrative action in accordance with the laws governing employee discipline.*

Applicable State Statutes: K.R.S. 15.330-15.350

CALEA Standard:

| Date Implemented: | Review Date: |
|---|---|

I.  **Purpose**: The purpose of this policy is to direct continuous training for the members of this agency as well as the essential documentation of said training

II. **Policy:** It is the policy of this agency to provide officers with continuous training on the recurring, high risk, critical tasks that an officer will face.

III. **Definitions:**
   A. **High Risk Critical Tasks:** These tasks include:
      a. Tasks that the final policy maker of the agency knows to a moral certainty that officers will face and;
      b. the task is made easier with training or the policy maker know that officers have historically made mistakes; and,
      c. the wrong decision with respect to the task will lead to a physical or a constitutional injury.

IV. **Procedure: Each member of the agency will receive an annual block of training on each of the high-risk critical tasks in law enforcement including:**
   A. Use of force (Response to Active Resistance) to include qualification/certification of any weapons or special equipment the officer may utilize.
      a. Firearms training must be conducted, at a minimum, twice per year.
      b. Firearms training must include low-light shooting as well as decision-making scenarios.
      c. Firearms training must meet all other requirements set forth in the Kentucky Revised Statutes.
   B. Pursuit
   C. Emergency operation of vehicles

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.



**EXHIBIT E**

- D. Search and seizure/Arrest
- E. Care, custody, restraints and transportation of prisoners
- F. Domestic violence & Agency Employee involve Domestic Misconduct
- G. Off-duty conduct of officers/ Off-duty paid details
- H. Sexual harassment/ External Sexual Misconduct by Officers
- I. Selection and Hiring (For personnel who may be faced with this issue)
- J. Complaints and internal affairs investigations
- K. Special Operations: SWAT; Narcotics, High Risk Warrants Service (For Personnel who may be faced with this issue)
- L. Dealing with mentally ill, emotionally disturbed persons, and persons with
    - a. diminished capacity

V. **Documentation: All training shall be documented in the following manner:**
- A. Each officer shall have a training file that indicates the training programs received by the officer to include:
    - a. Subject matter of the training
    - b. Date of the training
    - c. Number of hours
    - d. Proficiency scores where applicable
- B. Agency files will contain a lesson-plan and outline of each in-house training session which indicates the following:
    - a. Subject matter
    - b. Lesson plan
    - c. Course objectives
    - d. Course content
    - e. Handout Material
    - f. Dates training was given
    - g. Instructor of training
- C. Agency will also retain as part of agency records, documentation relating to any external program an officer attends as part of continued training.

VI. The agency will maintain a file on all training required by state mandate and shall document that training in accordance with this policy.

©2007 Legal & Liability Risk Management Institute.
Reprinting of this document is prohibited without license from LLRMI.