Facebook Business Record    Page 2713

**Size**
99271
**URL** https://interncache-prn.fbcdn.net/v/t1.15752-9/2
17034386_234463118522228_88303443929060
86460_n.jpg?stp=dst-jpg_p720x720&ccb=1-5&_
nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdX
JsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWF
VdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=inte
rncache-prn&oh=03_AVIGa4QuEnz05dW13B-H4
yMDe4bZWHlJZEm7ekKeHaC6lQ&oe=62505C87



**Photo ID** 234463115188895

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-07-17 13:14:25 UTC
**Body** Lol

EXHIBIT
7

Fields Criminal Production 017692

**EXHIBIT H**

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 13:14:54 UTC
**Body**  Ben Band is a fashionable part of any wardrobe.

**Author**  Ben Fields (Facebook: 100000574983903)
**Sent**  2021-07-17 13:15:56 UTC
**Body**  🤣🤣🤣🤣🤣

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:02:24 UTC
**Body**  Gotta question.

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:03:01 UTC
**Body**  Drug court is having a picnic today. Do you think I should take my cruiser in case one of the drug court people show up high? Lol

**Author**  Ben Fields (Facebook: 100000574983903)
**Sent**  2021-07-17 14:04:59 UTC
**Body**  Lol maybe

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:05:45 UTC
**Body**  That's what I was thinking. Lol

**Author**  Ben Fields (Facebook: 100000574983903)
**Sent**  2021-07-17 14:06:22 UTC
**Body**  What time is it set for

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:06:26 UTC
**Body**  Noon.

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:06:42 UTC
**Body**  I don't know til when.

**Author**  Ben Fields (Facebook: 100000574983903)
**Sent**  2021-07-17 14:07:14 UTC
**Body**  Its suppose to rain today also

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:07:56 UTC
**Body**  I don't think it'll be very long.

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:08:14 UTC
**Body**  I'm gonna run to Walmart and then head to the jail and sit til 12.

**Author**  Ben Fields (Facebook: 100000574983903)
**Sent**  2021-07-17 14:08:35 UTC
**Body**  😂😂😂😂

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-07-17 14:27:20 UTC
**Body**  You wanna try to get these interior lights working later with me?

**Author**  Ben Fields (Facebook: 100000574983903)

Facebook Business Record                                    Page 8661

**URL**

https://interncache-eag.fbcdn.net/v/t1.15752-9/
243975523_919101832322481_3382397142334
128963_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFIJTWVkaWFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVLf1MW5fORF9oOtniWf4yuarj_btnHwL2KgAK9z
0Vhpxg&oe=622DF541

EXHIBIT
9

Fields Criminal Production 023640



Fields Criminal Production 023641

Facebook Business Record                          Page 8663

**Photo ID**

919101825655815

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-03 05:29:55 UTC
**Body** Jason sent a photo.
**Attachments** image-2664250853876766 (2664250853876766)
**Type** image/jpeg
**Size** 23885
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
243484535_2664250857210099_724923286465
5567753_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2Z2VuX2NsaWVudC9
pbW9nZW46RFljTWVkaWFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVK8rydPPIL-CtKriRexrl4Znxy7pMhBMwtT3hveD
d-JyA&oe=6231BFA9



Fields Criminal Production 023642

| Facebook Business Record | Page 8664 |
|---|---|

**Photo ID**

2664250853876766

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-03 23:39:36 UTC
**Body** Jason sent a photo.
**Attachments** image-570322574301806 (570322574301806)

**Type** image/jpeg
**Size** 35966
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/244409808_391025315726205_5302076210442146492_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVJ1Zb455G31iGuxYvNBNmOsvLe9PBsGxDaZGNDDWLQEpA&oe=622FDC9F

Fields Criminal Production 023643



Facebook Business Record

Page 8665

There is one imposter among us



Fields Criminal Production 023644

**Facebook Business Record**                                **Page 8666**

**Photo ID**

570322574301806

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-03 23:56:30 UTC
**Body** You sent a photo.
**Attachments** image-272255104761112 (272255104761112)
**Type** image/jpeg
**Size** 87806
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/p
843x403/243542787_272255108094445_46490
00685553041378_n.jpg?ccb=1-5&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFsdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag
&oh=03_AVLY2GqkN6H2jZq7iJFTVst66hhslPqrs6
fEg8BoAHZMSw&oe=623176B6

Fields Criminal Production 023645

Facebook Business Record — Page 8667

**Photo ID** 272255104761112

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-03 23:56:52 UTC
**Body** That's great. Lol

**Author** Seth Whitaker (Facebook: 100001757443316)
**Sent** 2021-10-04 00:09:48 UTC
**Body** Seth sent a video.
**Attachments** video-1633306187.mp4 (398464061831845)
    **Type** video/mp4
    **Size** 1331565
    **URL** https://interncache-eag.fbcdn.net/v/t42.3356-2/
        243774722_3764179383685522_165741672863
        0357436_n.mp4/video-1633306187.mp4?ccb=1

Fields Criminal Production 023646

Facebook Business Record                                    Page 8668

-5&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaH
BfdXJsZ2VuX2NsaWVudC9lbnRpcdHkvbWVzc2Fn
ZV92aWRlbyJ9&vabr=2130504&_nc_ht=internc
ache-eag&oh=03_AVLSste2wxcoRoBkaFbgSAlF5
vyJwlFH0qpSfZdiUKoKBA&oe=620B4D0A&dl=1

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-04 00:10:04 UTC
**Body** 🔲🔲🔲🔲🔲

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-04 00:35:45 UTC
**Body** You sent a GIF from GIPHY.
**Attachments** gif-4358326384236815 (4358326384236815)
**Type** image/gif
**Size**
**URL** https://interncache-eag.fbsbx.com/v/t59.2708-2
1/65312474_361099477900845_811101463863
7809664_n.gif?ccb=1-5&_nc_sid=041f46&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9l
bnRpcdHkvbWVzc2FnZV9hbmltYXRlZF9pbWFnZSJ
9&_nc_ht=interncache-eag.fbsbx.com&oh=03_A
VJYr8FeohqgE-Mw25MhwnZVcWakhOlGiUxRoE9
E49dr5g&oe=620BD20F



**Photo ID** 4358326384236815

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-04 00:35:56 UTC
**Body** Sorry meant to send that to someone else

**Author** Jason Eckels (Facebook: 100000500589247)

Fields Criminal Production 023647

**Facebook Business Record**                                               Page 8669

**Sent**
    2021-10-04 00:36:44 UTC
**Body** Jason sent a GIF.
**Attachments** gif-907681326821757 (907681326821757)
    **Type** image/gif
    **Size**
    **URL** https://interncache-eag.fbsbx.com/v/t59.2708-2
    1/29441943_1715426531828164_54530765283
    94928128_n.gif?ccb=1-5&_nc_sid=041f46&efg=
    eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
    IbnRpdHkvbWVzc2FnZV9hbmltYXRlZF9pbWFnZS
    J9&_nc_ht=interncache-eag.fbsbx.com&oh=03_
    AVL2y38PNwwK1iUuM9GJBjivtAgEq75cu0qIGjGa
    z9FHRw&oe=620BD02C



**Photo ID** 907681326821757

**Author** James Norris (Facebook: 100002199635456)
**Sent** 2021-10-13 19:35:18 UTC
**Body** James sent a video.
**Attachments** video-1634153717.mp4 (1548062378877062)
    **Type** video/mp4
    **Size** 3449646
    **URL** https://interncache-eag.fbcdn.net/v/t42.3356-2/
    244988665_4397002097044996_700818791612
    4289689_n.mp4/video-1634153717.mp4?ccb=1
    -5&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaH
    BfdXJsZ2VuX2NsaWVudC9IbnRpdHkvbWVzc2Fn
    ZV92aWRlbyJ9&vabr=1314150&_nc_ht=internc
    ache-eag&oh=03_AVIJe2g1sqTstZOUA8hsFFqdx
    6ZXyIm3116j4CLpHOw2TA&oe=620B963B&dl=
    1

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-13 19:36:32 UTC
**Body** What the fuck man? That's my damn sister.

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-15 22:43:05 UTC
**Body** Jason sent a photo.
**Attachments** image-237062951806306 (237062951806306)
    **Type** image/jpeg
    **Size** 33477
    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
    245813619_868854767335778_2725170587292

Facebook Business Record                                    Page 8670

854300_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVJv7HZ82MAL9GDnT85TijRm96pTlAM6xImrxO
OfOQ-nZg&oe=622F9F76

# Slippery Gecko



While having sex in the shower push your **partner up** against **the wall** kissing her, then quickly try to insert your penis into her anus and watch her try and **climb** the wall.

**Photo ID** 237062951806306

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-15 22:44:07 UTC
**Body** Jason sent a photo.
**Attachments** image-591481615529603 (591481615529603)
    **Type** image/jpeg
    **Size** 86504
    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
244511109_158255846441913_5502173899975
632224_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVLWpMziuWNPBy73MwrTmhi4t1inmgcW3Bnbjs
Kb1rVpWA&oe=62301B41

Fields Criminal Production 023649







Photo ID 591481615529603

Facebook Business Record                                    Page 8672

**Author**
    Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-16 03:23:46 UTC
**Body** Jason sent a photo.
**Attachments** image-839109526751638 (839109526751638)
    **Type** image/jpeg
    **Size** 40956
    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
    170219891_874161846497647_5472765825572
    440093_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
    yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
    bW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-
    m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
    AVK2PuyQW6Gi1a196JTRB5aVHMM_0t3Lj-
    Mb4XSKU5Iu7g&oe=623022AE



**Photo ID** 839109526751638

**Author** Seth Whitaker (Facebook: 100001757443316)

Fields Criminal Production 023651

**Facebook Business Record**      **Page 8673**

**Sent**   2021-10-16 03:54:23 UTC
**Body**   Seth sent a photo.
**Attachments**   image-167453458839520 (167453458839520)
     **Type**   image/jpeg
     **Size**   94118
     **URL**   https://interncache-eag.fbcdn.net/v/t1.15752-9/p
843x403/245350292_167453462172853_58869
42298337536548_n.jpg?ccb=1-5&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFljTWVkaWdFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag
&oh=03_AVKMDA3biuGFMoFpGutTKX0HqttEyt_E
nFUxinD_hGlisg&oe=622EA7E3



Photo ID 167453458839520

Fields Criminal Production 023653

**Facebook Business Record**

**Page 8686**

**Body**

Seth reacted 🙂 to your message

**Author**  Seth Whitaker (Facebook: 100001757443316)
**Sent**  2021-10-16 04:14:01 UTC
**Body**  The scooby do one got me 😂

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-10-16 04:18:06 UTC
**Body**  Jason reacted 🙂 to your message

**Author**  Ben Fields (Facebook: 100000574983903)
**Sent**  2021-10-16 04:21:06 UTC
**Body**  You sent a photo.
**Attachments**  image-887826968509007 (887826968509007)
**Type**  image/jpeg
**Size**  62063
**URL**  https://interncache-eag.fbcdn.net/v/t1.15752-9/
89776632_253579958986166_38051652312445
74720_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFJJTWVkaWFFdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-eag&oh=03_A
VKGXeV6JoI6QkLRgT6AC-
wWk0Y6i0D7RPQQUGeqPEtS_g&oe=622F1736

Fields Criminal Production 023665

EXHIBIT

10



Facebook Business Record                                    Page 8687

**Photo ID** 887826968509007

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-16 04:21:20 UTC
**Body** You sent a photo.
**Attachments** image-1321660044937443 (1321660044937443)
**Type** image/jpeg
**Size** 73476
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
202468995_959834828133104_1052942440726
011108_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e

Fields Criminal Production 023666

Facebook Business Record                    Page 8688

yJ1cmxnZW4iOiJwaHBfdXJsZZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWEVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVlSQJt4O3eHfvgch_ehBNwNeamDo-
PMK4O1rHZniFDR5A&oe=622E91C7



Photo ID 1321660044937443

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-16 04:21:29 UTC
**Body** You sent a photo.
**Attachments** image-285806726567177 (285806726567177)
**Type** image/jpeg
**Size** 44338
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
89299474_346164626295096_65216586020238
13120_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWEVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-eag&oh=03_A
VLfnFnWh41VtbunojrzLPNlnfi5Ftca6dwgVposLdD
i7Q&oe=62316A03

Fields Criminal Production 023667



**Photo ID** 285806726567177

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-16 04:22:09 UTC
**Body** You sent a photo.
**Attachments** image-255229589827591 (255229589827591)
**Type** image/jpeg
**Size** 13084
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
105963440_272351857188222_5373790931590
888371_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFIjTWVkaWFVdGlscyJ9&_nc_ad=z-

**Facebook Business Record**

**Page 8690**

m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVJQtI-QsGu_N1J4Zgu7au7dk4lpA8B470dx1hGPf
RDiyQ&oe=62307EB7



**Photo ID** 255229589827591

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-16 04:24:34 UTC
**Body** 🔲🔲🔲🔲

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-16 04:25:40 UTC
**Body** That bill Cosby one messes with my eyes. Lol

**Author** Seth Whitaker (Facebook: 100001757443316)
**Sent** 2021-10-16 04:26:15 UTC
**Body** Seth sent a photo.
**Attachments** image-265112455384093 (265112455384093)
**Type** image/jpeg
**Size** 77508
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/p
843x403/245343553_265112458717426_84386
90378205071069_n.jpg?ccb=1-5&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag
&oh=03_AVLugocHM9E_qPol5Aj9glz0jKIYaHkNO
OKPEGiXZPXLFw&oe=622F611E

Fields Criminal Production 023669

Facebook Business Record    Page 8691



**Photo ID** 265112455384093

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-16 04:26:43 UTC
**Body** Jason sent a photo.
**Attachments** image-596778178179338 (596778178179338)
**Type** image/jpeg
**Size** 40678
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/

Fields Criminal Production 023670

Facebook Business Record          Page 8692

109499550_358789125128234_8090768729513
96555_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFJjTWVkaWVFVdGlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-eag&oh=03_A
VL-sbzzaaxJAWVefFpfaYlDY1TwUZDNu9tqyEy5C
qQz3Q&oe=62311A71



Man Sets Up Ghost Hunting Camera, Catches Wife Having Sex With His Son Instead



**Photo ID** 596778178179338

Facebook Business Record    Page 8692

109499550_358789125128234_8090768729513
96555_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2V2uX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFVdGIlscyJ9&_nc_ad=z-m
&_nc_cid=0&_nc_ht=interncache-eag&oh=03_A
VL-sbzzaaxJAWVefFpfaYIDY1TwUZDNu9tqyEy5C
qQz3Q&oe=62311A71



Man Sets Up Ghost Hunting Camera, Catches Wife
Having Sex With His Son Instead



**Photo ID** 596778178179338

Fields Criminal Production 023671

Facebook Business Record    Page 8694

When she did her hair and makeup and spent $120.89 on lingerie to see me stand at the end of the bed like:



Fields Criminal Production 023673

**Facebook Business Record**                    **Page 8695**

**Photo ID**
346559510593252

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-16 04:33:25 UTC
**Body** You sent a photo.
**Attachments** image-289862359649287 (289862359649287)
**Type** image/jpeg
**Size** 22523
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
119180937_321186742320074_8133803881878
465838_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46TWVkaWWFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVKKRsAjIzuFlIYnxoaJua5DAaf6OgBeUdys3gJGv
OCzpw&oe=6231418B



**Photo ID** 289862359649287

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-16 04:34:31 UTC
**Body** You sent a photo.

Fields Criminal Production 023674

Facebook Business Record                                    Page 8696

**Attachments**

image-278573540802299 (278573540802299)
**Type**  image/jpeg
**Size**  65930
**URL**  https://interncache-eag.fbcdn.net/v/t1.15752-9/
245847343_278573547468965_4004800461391
503564_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVLUmbiUjv0Iyrwc-GGWLYkNw2Kf_mKj2oQ3Rskj
IXFVDg&oe=62309AD1



**Photo ID**  278573540802299

Fields Criminal Production 023675

Facebook Business Record                                    Page 10176

## Parent: Why are your eyes all red?

## Kid: I smoke weed, dad!

## Dad: Stop lying, you're crying because I beat you at Mario Kart.



Photo ID 4546453028710619

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-12 18:08:48 UTC
**Body** I need a favor.

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-12 18:09:15 UTC
**Body** Jason sent a photo.
**Attachments** image-1030419854420051 (1030419854420051)
**Type** image/jpeg
**Size** 29136

EXHIBIT
11

Fields Criminal Production 025155

**Facebook Business Record**                                          **Page 10177**

**URL**

https://interncache-eag.fbcdn.net/v/t1.15752-9/
243353246_1030419857753384_343334343754
4932922_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
pbW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVLJmDPBny-zfW_4rJNDp7jMGV8QFgjd1_8P7Zkj
TUqCdQ&oe=62308629



**Photo ID** 1030419854420051

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-12 18:09:23 UTC
**Body** I need Kevin's head on this. Nothing else. Lol

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-12 18:13:16 UTC
**Body** You sent a photo.
**Attachments** image-412932683784740 (412932683784740)
**Type** image/jpeg
**Size** 49130
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/

245288980_412932687118073_7859049519324
498476_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW4iLCJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVJCcTJ13Jo-SH7LbNnKwBXMsNVk5EMrx0H6KXz
DJyqzBQ&oe=623050B5



**Photo ID** 412932683784740

Fields Criminal Production 025157

**Author**
Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-12 18:17:31 UTC
**Body** U ready to take the kid back

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-12 20:15:18 UTC
**Body** Any issues

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-12 20:18:17 UTC
**Body** Nope. I let him drive so I can nap.

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-12 20:20:58 UTC
**Body** Sounds legit

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-10-12 20:47:10 UTC
**Body** You sent a photo.
**Attachments** image-246185470795073 (246185470795073)
**Type** image/jpeg
**Size** 39609
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
244867997_246185477461739_3588925835403
590333_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVlSu6V4kiuvuvY_7D5qQHFe-
rm6gXFneshMxgCWgkFu5Q&oe=6231986E



**Photo ID** 246185470795073

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-12 20:48:30 UTC
**Body** Oh shit 🤣🤣🤣🤣

Fields Criminal Production 025158

**Facebook Business Record**                                    Page 10180

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-12 20:48:39 UTC
**Body**   Where u at

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-12 20:48:45 UTC
**Body**   I literally had to pull over lol

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-12 20:49:20 UTC
**Body**   Vicco.

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-12 20:49:32 UTC
**Body**   Ok just checking on yea

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-13 12:41:07 UTC
**Body**   Would you rather fight a chicken every time you got in a car or
fight an orangutan randomly once a year with a sword?

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-13 12:52:11 UTC
**Body**   Are you thinking?

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-13 12:52:42 UTC
**Body**   I'm thinking ur retarded

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-13 12:52:53 UTC
**Body**   That's not an answer.

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-13 12:54:15 UTC
**Body**   Do i have the sword or does the mobkey

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-13 13:00:43 UTC
**Body**   Both.

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-13 13:01:22 UTC
**Body**   The chicken

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-13 13:02:02 UTC
**Body**   Which one would u do

**Author**   Jason Eckels (Facebook: 100000500589247)
**Sent**   2021-10-13 13:07:10 UTC
**Body**   The chicken.

**Author**   Ben Fields (Facebook: 100000574983903)
**Sent**   2021-10-13 13:08:02 UTC
**Body**   You sent a photo.
**Attachments**   image-296552012010270 (296552012010270)
**Type**   image/jpeg

Fields Criminal Production 025159