Facebook Business Record                                    Page 1187

**Author**
      Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 17:35:45 UTC
**Body** Mickey named the group Fat boys.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 17:36:08 UTC
**Body** I appreciate your all's hard work today

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 17:36:29 UTC
**Body** To be honest, I've just sat in the corner and cried today.

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-14 17:37:01 UTC
**Body** He has its been kinda funny

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 17:37:17 UTC
**Body** I've got several blisters on both shoulders. Lol

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-14 17:37:40 UTC
**Body** Justin said that if he doesn't take that girl that he will get the officer that comes out at 4 to

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 17:37:47 UTC
**Body** Wear sunscreen next time

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:38:11 UTC
**Body** That's the thing, I didn't wear it.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 17:38:11 UTC
**Body** Like the name of our group

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 17:38:45 UTC
**Body** Yeah, I misread it at first and thought it said Mickey's Boys.

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-14 17:39:30 UTC
**Body** Fat boys fat boys whatcha going to do whatcha going to do when we eat yo food

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 17:41:01 UTC
**Body** Jason sent a photo.
**Attachments** image-479860573110192 (479860573110192)
      **Type** image/jpeg
      **Size** 75340
      **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
      195874625_942531276545775_2522675774476
      720035_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&
      _nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfd
      XJsZ2VuX2NsaWVudC9wbW9nZW46RFljTWVkaW9
      FVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int

EXHIBIT
10

**EXHIBIT I**

erncache-eag&oh=03_AVKozzp0ZPTlnHiEVACC6
eyLEg5Q9_xKHSgM-8qFNsM3sQ&oe=6250164A



**Photo ID**  479860573110192

**Author**  Jason Eckels (Facebook: 100000500589247)
**Sent**  2021-06-14 17:45:42 UTC
**Body**  Christy and Shawna said I needed to go to the clinic cause they thought I had sun poisoning and they was right.

**Author**  Mickey Stines (Facebook: 100001762381827)
**Sent**  2021-06-14 17:49:00 UTC
**Body**  I would say you do have

Fields Criminal Production 016167

Facebook Business Record                                          Page 1189

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:30:33 UTC
**Body** They said I was dehydrated too and gave me a bunch of fluids.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 18:31:37 UTC
**Body** Drink some fucking water my god are you 5 years old

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:32:20 UTC
**Body** Buddy, I drink at least a gallon a day.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 18:33:49 UTC
**Body** Bullshit

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 18:33:54 UTC
**Body** 🤣🤣🤣🤣🤣

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:34:25 UTC
**Body** You're right. Lol

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 18:34:34 UTC
**Body** 🤣🤣🤣🤣

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-14 18:34:45 UTC
**Body** If u drink a gallon a day then ur a diabetic

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:35:14 UTC
**Body** I do drink a lot of water though. My kids puts the pop and kool aid away so we've just been gettin water.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 18:35:18 UTC
**Body** Or a drunk 🤣🤣 🤣🤣

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:35:32 UTC
**Body** There's a good possibility of both.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-14 18:36:00 UTC
**Body** Anything going on

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 18:36:24 UTC
**Body** No. Gonna go serve some EPO's here shortly.

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-14 20:12:09 UTC
**Body** Justin took that woman to the phsyc center

**Author** Jason Eckels (Facebook: 100000500589247)

Fields Criminal Production 016168

**Facebook Business Record**                    Page 1190

**Sent**

2021-06-14 20:14:06 UTC

**Body**  Dvo on Stevie Wynn has been served. Going to serve Thomas stamper with one now.

**Author**  Jason Eckels (Facebook: 100000500589247)

**Sent**  2021-06-14 20:20:22 UTC

**Body**  @Mickey Stines call me

**Author**  Jason Eckels (Facebook: 100000500589247)

**Sent**  2021-06-14 22:16:02 UTC

**Body**  I busted the window out and left a note that said "Mr. Stines appreciates the business." And left.

**Author**  Jason Eckels (Facebook: 100000500589247)

**Sent**  2021-06-14 23:31:23 UTC

**Body**  Jason sent a photo.

**Attachments**  image-313598043756959 (313598043756959)

**Type**  image/jpeg

**Size**  70274

**URL**  https://interncache-eag.fbcdn.net/v/t1.15752-9/131529446_815920199038252_779202797467338634_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfX3Z2VuX2NsaWVudC9pbWdW9nZW46RFlJTWVkaWVWVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVLamUU1HG-kuISUq8uwe5tLeNDGBv0ukcTObADc5w7bfg&oe=6250005F

Fields Criminal Production 016169



**Photo ID** 313598043756959

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-14 23:31:32 UTC
**Body** @Ben Fields

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-15 11:50:03 UTC
**Body** Good morning guys lol

Fields Criminal Production 016170

Facebook Business Record                                    Page 1192

Author

    Mickey Stines (Facebook: 100001762381827)

Sent   2021-06-15 11:50:10 UTC

Body   @Jason Eckels do you have court

Author  Jason Eckels (Facebook: 100000500589247)

Sent   2021-06-15 11:50:35 UTC

Body   No. Jimmy is coming back from Lexington today.

Author  Mickey Stines (Facebook: 100001762381827)

Sent   2021-06-15 11:51:31 UTC

Body   Ok we have an involuntary at the Er not for sure when she will be ready. 69 year old female going to Harlan already started this morning

Author  Mickey Stines (Facebook: 100001762381827)

Sent   2021-06-15 11:54:01 UTC

Body   I will try and find out when she is ready

Author  Jason Eckels (Facebook: 100000500589247)

Sent   2021-06-15 12:07:46 UTC

Body   10/4. You working today?

Author  Mickey Stines (Facebook: 100001762381827)

Sent   2021-06-15 12:15:03 UTC

Body   Yep unfortunately

Author  Mickey Stines (Facebook: 100001762381827)

Sent   2021-06-15 12:15:14 UTC

Body   　　　　　

Author  Mickey Stines (Facebook: 100001762381827)

Sent   2021-06-15 12:15:25 UTC

Body   Leaving the house n about 15 mins

Author  Ben Fields (Facebook: 100000574983903)

Sent   2021-06-15 12:26:38 UTC

Body   You: 　　

Attachments   sticker (369239383222810)

Type   image/png

Size

URL   https://interncache-eag.fbcdn.net/v/t39.1997-6/851582_369239386556143_1497813874_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbnRlcm5jYWNoZS5pbnRlcm5jYWNoZV9lYWciLCJpbnRlcm5jYWNoZSI6IjYyMkQ5QkQxIn0%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=00_AT_c_MsB7V1qtNjQEHUXTdcm31cZw1yhHfdfUpEpBNZEDA&oe=622D9BD1

Fields Criminal Production 016171

Facebook Business Record



**Photo ID** 369239383222810

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-06-15 12:27:36 UTC |
| **Body** | You set the emoji to 👍. |

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-06-15 12:27:41 UTC |
| **Body** | 👍 |

| | |
|---|---|
| **Author** | Jason Eckels (Facebook: 100000500589247) |
| **Sent** | 2021-06-15 12:33:53 UTC |
| **Body** | 👍 |

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-06-15 12:34:18 UTC |
| **Body** | Weak |

| | |
|---|---|
| **Author** | Jason Eckels (Facebook: 100000500589247) |
| **Sent** | 2021-06-15 12:34:23 UTC |
| **Body** | 👍 |

| | |
|---|---|
| **Author** | Jason Eckels (Facebook: 100000500589247) |
| **Sent** | 2021-06-15 12:34:36 UTC |
| **Body** | It won't let me do the big one. Lol |

| | |
|---|---|
| **Author** | Ben Fields (Facebook: 100000574983903) |
| **Sent** | 2021-06-15 12:35:04 UTC |
| **Body** | You sent a GIF from Tenor GIF Keyboard. |
| **Attachments** | gif-1121304785022247 (1121304785022247) |
| **Type** | image/gif |
| **Size** | |
| **URL** | https://interncache-eag.fbsbx.com/v/t59.2708-21/50351722_371502753440439_116365761717 |

Fields Criminal Production 016172

Facebook Business Record                    Page 1194

6788992_n.gif?ccb=1-5&_nc_sid=041f46&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvbWVzc2FnZV9hbmltYXRlYXRlZF9pbWFnZSJ9&_nc_ht=interncache-eag.fbsbx.com&oh=03_AVL52KNs5vkp8eTa5wh-MEgGmmfdX3kH_VvXc-UWIXLBkw&oe=622A3749



**Photo ID**  1121304785022247

|  |  |
|---|---|
| Author | Mickey Stines (Facebook: 100001762381827) |
| Sent | 2021-06-15 13:04:37 UTC |
| Body | 👍👍 |

|  |  |
|---|---|
| Author | Mickey Stines (Facebook: 100001762381827) |
| Sent | 2021-06-15 13:04:41 UTC |
| Body | 👍👍 |

|  |  |
|---|---|
| Author | Jason Eckels (Facebook: 100000500589247) |
| Sent | 2021-06-15 14:28:11 UTC |
| Body | On my way over. |

|  |  |
|---|---|
| Author | Jason Eckels (Facebook: 100000500589247) |
| Sent | 2021-06-15 14:34:16 UTC |
| Body | Jason sent a photo. |
| Attachments | image-845253009350440 (845253009350440) |
| Type | image/jpeg |
| Size | 66371 |
| URL | https://interncache-eag.fbcdn.net/v/t1.15752-9/200627955_845253012683773_2885069900936480332_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9wbW9nZW46RFlJTWVkaWFfVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVKIk5Fkqs9dViFd9UZ_w1NNvcgNogvku59t5UxV-r89Kw&oe=624DB50C |

Fields Criminal Production 016173



**Photo ID** 845253009350440

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-15 14:37:18 UTC
**Body** 🙂🙂

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-15 14:37:57 UTC
**Body** 🙂🙂

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-15 14:38:12 UTC
**Body** How do you send the big one?

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-15 14:38:15 UTC

Fields Criminal Production 016174



Facebook Business Record                                  Page 1218

EXHIBIT

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-18 00:36:01 UTC
**Body** If we get both of them tomorrow and they both end up going to hazard or wherever, can we transport both at the same time?

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-18 00:36:30 UTC
**Body** Depends on the level of crazy

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-18 00:36:46 UTC
**Body** I think they both like the same sex tho

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-18 00:37:08 UTC
**Body** You mean like freaky sex?

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-18 00:37:18 UTC
**Body** Hardcore?

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-06-18 00:37:52 UTC
**Body** No like guys I feel like they are both attracted to guys

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-18 01:08:32 UTC
**Body** I would say we can take both at a the same time

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-18 01:08:51 UTC
**Body** Or take two
Different vehicles to be safe

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-18 01:09:47 UTC
**Body** It don't matter. I was just wondering.

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-18 02:13:54 UTC
**Body** Are we playing Sunday?

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-18 02:14:09 UTC
**Body** Don't know yet

Fields Criminal Production 016197

**Facebook Business Record**                                    **Page 1343**

Photo ID

162863459160365

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-23 17:33:04 UTC
**Body** 🤙♂

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-23 18:09:26 UTC
**Body** I'm gonna be an involuntary soon.

**Author** James Norris (Facebook: 100002199635456)
**Sent** 2021-06-24 02:41:22 UTC
**Body** James sent a photo.
**Attachments** image-555745075785944 (555745075785944)

**Type** image/jpeg
**Size** 235125
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
207495960_244354950786088_9108095222529
873272_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&
_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfd
XJsZ2VuX2NsaWVudC9pbW9nZW46RFJjTWVkaW
FVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-eag&oh=03_AVLdmDhPwIlhGi3b5SrKH
HSmMs3uMzBJVKJ0DGontGgoow&oe=624F7546

EXHIBIT

12

Fields Criminal Production 016322



**Facebook Business Record**                                   **Page 1345**

**Photo ID**

555745075785944

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-24 12:18:29 UTC
**Body** Happy anniversary @Mickey!

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-24 14:01:40 UTC
**Body** Thanks

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-24 22:57:16 UTC
**Body** Anyone listening to @Seth Whitaker?

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-06-24 22:57:44 UTC
**Body** No. Everything ok?

**Author** Christine Bolling (Facebook: 100000698573596)
**Sent** 2021-06-24 22:57:54 UTC
**Body** Is he alright

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-24 22:58:00 UTC
**Body** Yes

**Author** Christine Bolling (Facebook: 100000698573596)
**Sent** 2021-06-24 22:58:03 UTC
**Body** Ok

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-24 22:58:07 UTC
**Body** Ksp is with him

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-24 22:58:16 UTC
**Body** Just wondering what he had on Thornton

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-24 22:58:21 UTC
**Body** I am in the court meeting

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-06-25 06:14:51 UTC
**Body** Had to work till 145am. @Ben Fields can you print all those criminal summons and @James Norris and @Jason Eckels and you serve them first thing tomorrow?? Was coming in early but looks like I will about regular time lol if I ever go to sleep

**Author** James Norris (Facebook: 100002199635456)
**Sent** 2021-06-25 12:03:46 UTC
**Body** Yes sir

Fields Criminal Production 016324

**Facebook Business Record**

Page 8906

**Sent** 2021-07-17 22:05:30 UTC
**Body** I've been vaccinated so hopefully that'll keep it away.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-07-17 22:06:25 UTC
**Body** Hopefully just wanted you two to know

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-07-17 22:07:09 UTC
**Body** Thanks.

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-08-19 01:06:44 UTC
**Body** Jason sent a photo.
**Attachments** image-4259663654127254 (4259663654127254)
    **Type** image/jpeg
    **Size** 39637
    **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/230746484_827446974590778_2162005208878850661_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46TWVkaWFWFVdGlscyJ9&_nc_cid=0&_nc_ht=interncache-eag&oh=03_AVIOj0X9ZaK_Jj32jCge2F8w-XT-h6pWVExWdqFpn6PnMw&oe=62315F4A

EXHIBIT

14

Fields Criminal Production 023885



**Facebook Business Record**                                    Page 8907

Females swear they love seafood, but when I pull out this shrimp it's a problem



Photo ID 4259663654127254

Author  Jason Eckels (Facebook: 100000500589247)
Sent  2021-08-19 01:07:22 UTC
Body  Figured this would be better here. Lol

Author  Mickey Stines (Facebook: 100001762381827)
Sent  2021-08-19 01:07:33 UTC
Body  🗨🗨

Author  Mickey Stines (Facebook: 100001762381827)

Fields Criminal Production 023886

**Facebook Business Record**                                    Page 8908

**Sent**
                2021-08-19 01:07:46 UTC
**Body** That was funny

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 01:07:55 UTC
**Body** And that picture Ben done was great

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-08-19 01:08:03 UTC
**Body** It was pretty good. Lol

**Author** Ben Fields (Facebook: 100000574983903)
**Sent** 2021-08-19 01:20:59 UTC
**Body** You sent a GIF from Tenor GIF Keyboard.
**Attachments** gif-1198776260589670 (1198776260589670)
**Type** image/gif
**Size**
**URL** https://interncache-eag.fbsbx.com/v/t59.2708-2
1/90947606_1468573856678390_85094507273
9385344_n.gif?ccb=1-5&_nc_sid=041f46&efg=e
yJ1cmxnZW4iOiJwaHBfXjsZ2VuX2NsaWVudC9I
bnRpdHkvbWVzc2FnZV9hbmltYXRYRlZF9pbWFnZSJ
9&_nc_ht=interncache-eag.fbsbx.com&oh=03_A
VL6W0LqK4wcdLSVoMF0J0t5H4iBjtXOMALBgZvV
IfYGvA&oe=620C41AD



**Photo ID** 1198776260589670

**Author** Mickey Stines (Facebook: 100001762381827)

Fields Criminal Production 023887

**Facebook Business Record**    Page 1649

**Photo ID**

556697245649765

**Author** Seth Whitaker (Facebook: 100001757443316)
**Sent** 2021-08-11 17:40:19 UTC
**Body** Need anything let me know bro

EXHIBIT

13

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-11 19:43:19 UTC
**Body** Mickey sent a photo.
**Attachments** image-1661617304043392 (1661617304043392)
**Type** image/jpeg
**Size** 58931
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
226436248_1661617307376725_686870994561
4509503_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=
eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9
pbW9nZW46RlJJTWVkaWFWFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVLTEiDCgwmtYhsY6PxeRE_T0mnyurKXh1Rg4m
jsCiiXSQ&oe=624CEE63

Fields Criminal Production 016628



Fields Criminal Production 016629



Facebook Business Record                    Page 1697

EXHIBIT
15



Photo ID 824642231553148

Author Mickey Stines (Facebook: 100001762381827)
Sent 2021-08-19 00:44:48 UTC
Body Hey @Jason Eckels someone took a picture of you today

Author Mickey Stines (Facebook: 100001762381827)
Sent 2021-08-19 00:44:55 UTC
Body Mickey sent a photo.
Attachments image-708377443383121 (708377443383121)
Type image/jpeg
Size 27402
URL https://interncache-eag.fbcdn.net/v/t1.15752-9/
231445495_708377446716454_4990976746352
336815_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVKz7LJqw6ulMcUApatSsEPVjCuFYIbyEqWdy5isK
XKo3Q&oe=624E00F9

Fields Criminal Production 016676



Facebook Business Record

Page 1698

**Photo ID** 708377443383121

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 00:44:58 UTC
**Body** 👍👍

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 00:54:55 UTC
**Body** Mickey sent a photo.
**Attachments** image-401097674687906 (401097674687906)
**Type** image/jpeg
**Size** 128044
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
235810582_401097678021239_2259576982069
641112_n.jpg?stp=dst-jpg_p843x403&ccb=1-5&
_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfd
XJsZ2VuX2NsaWVudC9wbW9nZW46RFlJTWVkaW
FVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=int
erncache-eag&oh=03_AVl7Gr8pJx0wotY6lTTY-9F
M6P6-BmuLYDD2elFzLsf3bQ&oe=624CB44A

Fields Criminal Production 016677



Facebook Business Record

Page 1699

Fields Criminal Production 016678

Facebook Business Record                    Page 1700

**Photo ID**

401097674687906

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 00:55:06 UTC
**Body** That is great @Ben Fields

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-08-19 00:57:45 UTC
**Body** I'm gettin real sick and tired of this shit. I got feelings too ya know.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 01:02:06 UTC
**Body** What you mad about @James Norris should be the one mad

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 01:02:09 UTC
**Body** �🙂🙂🙂🙂

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-08-19 01:02:31 UTC
**Body** I guess your right. Hes the little prick. 🙂🙂🙂

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 01:08:54 UTC
**Body** @James Norris how you and your wife feeling?? You all need anything??

**Author** James Norris (Facebook: 100002199635456)
**Sent** 2021-08-19 01:55:18 UTC
**Body** I was feel pretty good until I opened this chat..

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-08-19 01:56:02 UTC
**Body** See @Mickey you hurt poor James feelings.

**Author** James Norris (Facebook: 100002199635456)
**Sent** 2021-08-19 01:56:11 UTC
**Body** Jk.. we're feeling a lot better. Still no taste or smell.

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-08-19 01:56:31 UTC
**Body** Did you try eating an onion like an apple yet?

**Author** James Norris (Facebook: 100002199635456)
**Sent** 2021-08-19 01:57:49 UTC
**Body** Lol have not, but I did drink half a jar of pickle juice to prove I couldn't taste anything

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-08-19 02:00:47 UTC
**Body** Need anything let me know

Fields Criminal Production 016679

## Facebook Business Record

**Page 2039**

**Body**
    November 4th

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 01:49:08 UTC
**Body** Is it going to be open to people Or virtual?

**Author** Lexi Stambaugh (Facebook: 100000795866547)
**Sent** 2021-10-11 01:50:05 UTC
**Body** Open to people

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 15:32:52 UTC
**Removed by** 2021-10-11 21:31:04 UTC
**Sender**
**Body** Mickey unsent a message

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-11 16:06:37 UTC
**Body** Gotta get it where you can get it.

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 21:30:18 UTC
**Body** Sorry @Lexi Stambaugh and @Christine Bolling I thought I had cut
that top part off

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 21:30:23 UTC
**Body** On Jason picture

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 21:30:52 UTC
**Body** Mickey sent a photo.
**Attachments** image-412705623822074 (412705623822074)
       **Type** image/jpeg
       **Size** 60955
       **URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/
244976167_412705627155407_3276295015451
551153_n.jpg?ccb=1-5&_nc_sid=73a6a0&efg=e
yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9p
bW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-
m&_nc_cid=0&_nc_ht=interncache-eag&oh=03_
AVliZhxnTCr33ZjB5f5Y51tv7U6HqlBe1Qij-
cO_ffkm2w&oe=624FC43B

EXHIBIT

16



**Facebook Business Record**    Page 2040

# Drunk Man Has Sex With Snowman; Loses Penis To Frostbite

**Photo ID** 412705623822074

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 21:30:54 UTC
**Body** That

**Author** Christine Bolling (Facebook: 100000698573596)
**Sent** 2021-10-11 21:35:44 UTC
**Body** No apologies needed for me

**Author** Lexi Stambaugh (Facebook: 100000795866547)
**Sent** 2021-10-11 21:36:05 UTC
**Body** Same lol

**Author** Mickey Stines (Facebook: 100001762381827)
**Sent** 2021-10-11 21:38:00 UTC
**Body** Well I try to be respectful but that is funny

**Author** Jason Eckels (Facebook: 100000500589247)
**Sent** 2021-10-11 21:40:55 UTC
**Body** Jason sent a photo.
**Attachments** image-407870384069896 (407870384069896)
**Type** image/jpeg
**Size** 22650
**URL** https://interncache-eag.fbcdn.net/v/t1.15752-9/

Fields Criminal Production 017019