# EXHIBIT J

# RECORDING OF B.C. FROM ATTORNEY GENERAL

# (CONVENTIONALLY FILED)