COMMONWEALTH OF KENTUCKY

# UNIFORM CITATION

NOT ORIGINAL DOCUMENT
02:05:02 PM
02/24/2025
11850
COURT

| Field | Value |
|---|---|
| AGENCY | LETCHER COUNTY SHERIFF DEPT. |
| ORI | 0670000 |
| NAME LAST, FIRST, MI, FILIAL | TRIPLETT, CHRIS |
| ATTN | |
| HOME PHONE | UNKNOWN |
| ALIAS NAME | |
| EMERGENCY PHONE | |
| ADDRESS | [redacted] |
| CITY | WHITESBURG |
| STATE | KY |
| ZIP | 41858 |
| KENTUCKY RESIDENT STATUS | F: FULL-TIME (checked) |
| MARITAL STATUS | |
| VICTIM'S RELATIONSHIP TO OFFENDER | |
| ID TYPE | OPERATOR'S LICENSE |
| ID ST | KY |
| ID NUMBER | [redacted] |
| S.S. NUMBER | |
| HEIGHT | 5'05" |
| WEIGHT | |
| HAIR COLOR | BALD (III) |
| EYE COLOR | BROWN |
| COMMERCIAL VEHICLE | (unchecked) |
| PLACARDED HAZARDOUS VEHICLE | (unchecked) |
| ETHNIC ORIGIN | NON HISPANIC (checked) |
| ALCOHOL/DRUG INVOLVEMENT | |
| DATE OF BIRTH | 03 29 1982 |
| SEX | MALE (checked) |
| RACE | WHITE (checked) |
| B.A. RESULTS | BREATH / BLOOD / URINE |
| ALCOHOL / DRUGS / UNKNOWN | |
| PLACE OF EMPLOYMENT / OCCUPATION | |
| VEHICLE MAKE | NISSAN |
| VEHICLE MODEL | ALTIMA |
| VEH. YEAR | 2008 |
| VEHICLE COLOR | BLK |
| VEH. TYPE | 4D |
| REGISTRATION | KY 2022 129HZL |
| VIOLATION DATE | 12 15 2021 |
| VIOLATION TIME | 3:41 PM |
| EXACT LOCATION OF VIOLATION | HWY 119 N NEAT ERMINE DK |
| MILES | 1.0 |
| DIRECTION | N |
| COUNTY | LETCHER |

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) |
|---|---|---|---|---|
| 1 of 1 | 00439 | 0 | 186.170 | 1 |

POST-ARREST COMPLAINT

Charge 1: LICENSE PLATE NOT LEGIBLE

On the above date and time i observed the above vehicle traveling hey 119n the car had a tinted licenses plate cover that made it impossible to read the tag

| COURT DATE | 01 05 2022 |
| COURT TIME | 11:00 AM |
| COURT (checked) | |
| COURT LOCATION | LETCHER |
| TOTAL PREPAYABLE AMOUNT | NOT PREPAYABLE |
| OFFICER SIGNATURE | Norris, J. |
| BADGE/ID NUMBER | 111 |
| ASSIGNMENT | ROAD |
| YEAR | 21 |
| CONTROL NUMBER | DF73651 |
| TYPE | 1 |

EXHIBIT L