
**Offender Violation Summary**
Adkins, Sabrina
1/1/2019 - 2/19/2022

| **Officer:** | Stockham, Patty | | | |
|---|---|---|---|---|
| **Offender:** | Adkins, Sabrina | | **Custom ID 1:** | **Custom ID 2:** |
| **Device ID:** | 0 | **Bracelet ID:** 0 | **Base Unit ID:** | |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 6/18/2021 2:47:22 PM | 6/18/2021 4:43:05 PM | 01:55:43 |
| **Home (IN)** | 6/18/2021 3:20:00 PM | 6/18/2021 4:35:32 PM | 01:15:32 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 6/21/2021 11:52:32 PM | 6/22/2021 12:10:21 AM | 00:17:49 |
| **Home (IN)** | 6/22/2021 11:52:21 AM | 6/22/2021 12:30:00 PM | 00:37:39 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration |
|---|---|---|---|
| **1 Piece GPS (TD4) Motion No GPS** | 6/22/2021 5:33:00 PM | 6/22/2021 5:38:16 PM | 00:05:16 |
| **1 Piece GPS (TD4) Battery** | 6/23/2021 6:31:57 AM | 6/23/2021 8:24:15 AM | 01:52:18 |
| **Home (IN)** | 6/23/2021 5:49:58 PM | 6/23/2021 6:50:40 PM | 01:00:42 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration |
|---|---|---|---|
| **1 Piece GPS (TD4) Strap** | 6/25/2021 9:08:16 PM | 6/25/2021 9:08:41 PM | 00:00:25 |
| **Home (IN)** | 6/26/2021 9:19:59 PM | 6/26/2021 10:39:56 PM | 01:19:57 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration |
|---|---|---|---|
| **Home (IN)** | 6/27/2021 4:07:10 PM | 6/27/2021 10:10:09 PM | 06:02:59 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration |
|---|---|---|---|
| **1 Piece GPS (TD4) Battery** | 6/28/2021 8:39:24 AM | 6/28/2021 11:15:53 AM | 02:36:29 |
| **1 Piece GPS (TD4) Unable To Connect** | 6/28/2021 11:10:01 AM | 6/28/2021 11:46:34 AM | 00:36:33 |
| **1 Piece GPS (TD4) Unable To Connect** | 6/28/2021 3:59:45 PM | 6/28/2021 4:10:15 PM | 00:10:30 |
| **Home (IN)** | 6/28/2021 7:02:48 PM | 6/28/2021 8:51:05 PM | 01:48:17 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

# EXHIBIT M

EKCS_000038



## Offender Violation Summary

Adkins, Sabrina
1/1/2019 - 2/19/2022

| **Officer:** | Stockham, Patty | | |
|---|---|---|---|
| **Offender:** | Adkins, Sabrina | **Custom ID 1:** | **Custom ID 2:** |
|  | ███████ ███████6 | | |
| **Device ID:** 0 | **Bracelet ID:** 0 | **Base Unit ID:** | |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 6/29/2021 3:34:55 AM | 6/29/2021 4:37:42 AM | 01:02:47 |
| **Home (IN)** | 6/29/2021 3:01:42 PM | 6/29/2021 5:35:04 PM | 02:33:22 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 03:00 PM
Starts on Wednesdays at 05:30 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Motion No GPS** | 7/1/2021 3:32:35 AM | 7/1/2021 4:08:14 AM | 00:35:39 |
| **1 Piece GPS (TD4) Motion No GPS** | 7/1/2021 6:18:39 AM | 7/1/2021 7:15:25 AM | 00:56:46 |
| **1 Piece GPS (TD4) Motion No GPS** | 7/1/2021 5:48:52 PM | 7/1/2021 6:09:19 PM | 00:20:27 |
| **1 Piece GPS (TD4) Motion No GPS** | 7/2/2021 5:02:30 AM | 7/2/2021 5:24:40 AM | 00:22:10 |
| **Home (IN)** | 7/2/2021 11:19:59 PM | 7/3/2021 12:08:10 AM | 00:48:11 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/5/2021 2:52:40 AM | 7/5/2021 3:03:28 AM | 00:10:48 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Battery** | 7/5/2021 9:32:07 AM | 7/5/2021 12:29:53 PM | 02:57:46 |
| **Home (IN)** | 7/5/2021 9:32:58 AM | 7/5/2021 1:42:21 PM | 04:09:23 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 7/5/2021 12:04:02 PM | 7/5/2021 1:12:37 PM | 01:08:35 |
| **1 Piece GPS (TD4) Battery** | 7/5/2021 2:24:00 PM | 7/6/2021 11:43:07 AM | 21:19:07 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/5/2021 4:57:17 PM | 7/6/2021 11:43:07 AM | 18:45:50 |

EKCS_000039


## Offender Violation Summary
Adkins, Sabrina
1/1/2019 - 2/19/2022

| **Officer:** | Stockham, Patty | | | | |
|---|---|---|---|---|---|
| **Offender:** | Adkins, Sabrina | | **Custom ID 1:** | | **Custom ID 2:** |
| | ▇▇▇▇▇▇▇▇▇▇ | | | | |
| **Device ID:** | 0 | **Bracelet ID:** 0 | **Base Unit ID:** | | |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/6/2021 3:09:01 PM | 7/6/2021 3:23:17 PM | 00:14:16 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/6/2021 6:25:33 PM | 7/6/2021 6:37:14 PM | 00:11:41 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Motion No GPS** | 7/7/2021 12:55:56 AM | 7/7/2021 1:05:28 AM | 00:09:32 |
| **Home (IN)** | 7/7/2021 10:38:11 AM | 7/7/2021 1:30:00 PM | 02:51:49 |

Starts on Mondays at 12:00 AM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:30 PM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Battery** | 7/7/2021 11:57:06 PM | 7/12/2021 8:41:38 PM | 116:44:32 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/8/2021 2:30:44 AM | 7/12/2021 8:52:45 PM | 114:22:01 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/13/2021 5:14:28 AM | 7/13/2021 8:05:19 AM | 02:50:51 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/13/2021 10:32:59 AM | 7/13/2021 10:38:26 AM | 00:05:27 |
| **Home (IN)** | 7/13/2021 5:49:58 PM | 7/13/2021 11:14:11 PM | 05:24:13 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM
Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

EKCS_000040



## Offender Violation Summary
Adkins, Sabrina
1/1/2019 - 2/19/2022

| **Officer:** | Stockham, Patty | | | |
|---|---|---|---|---|
| **Offender:** | Adkins, Sabrina | | **Custom ID 1:** | **Custom ID 2:** |
| **Device ID:** | 0 | **Bracelet ID:** 0 | **Base Unit ID:** | |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/14/2021 9:02:50 AM | 7/14/2021 9:25:48 AM | 00:22:58 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM
Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/14/2021 11:19:59 PM | 7/16/2021 12:30:00 PM | 37:10:01 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM
Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 7/16/2021 9:17:06 AM | 7/16/2021 9:48:14 AM | 00:31:08 |
| **Home (IN)** | 7/19/2021 12:53:46 PM | 7/19/2021 4:37:15 PM | 03:43:29 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM
Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Battery** | 7/20/2021 11:10:21 AM | 7/20/2021 11:31:34 AM | 00:21:13 |
| **Home (IN)** | 7/20/2021 5:50:00 PM | 7/20/2021 6:35:24 PM | 00:45:24 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM
Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

EKCS_000041


## Offender Violation Summary
Adkins, Sabrina
1/1/2019 - 2/19/2022

| | | | |
|---|---|---|---|
| **Officer:** | Stockham, Patty | | |
| **Offender:** | Adkins, Sabrina | **Custom ID 1:** | **Custom ID 2:** |
| **Device ID:** 0 | **Bracelet ID:** 0 | **Base Unit ID:** | |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/21/2021 9:06:24 AM | 7/21/2021 10:04:54 AM | 00:58:30 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 05:30 PM, Ends on Wednesdays at 01:30 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 12:00 AM
Starts on Sundays at 06:30 AM, Ends on Sundays at 12:30 PM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 7/22/2021 5:09:43 AM | 7/22/2021 5:47:39 AM | 00:37:56 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/22/2021 8:19:22 AM | 7/22/2021 8:43:30 AM | 00:24:08 |
| **1 Piece GPS (TD4) Battery** | 7/22/2021 12:44:04 PM | 7/22/2021 12:50:34 PM | 00:06:30 |
| **Home (IN)** | 7/22/2021 5:50:00 PM | 7/22/2021 10:57:42 PM | 05:07:42 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Battery** | 7/23/2021 6:52:34 AM | 7/25/2021 11:18:47 AM | 52:26:13 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/23/2021 9:23:34 AM | 7/25/2021 11:25:37 AM | 50:02:03 |
| **Home (IN)** | 7/25/2021 11:19:59 PM | 7/26/2021 2:06:04 PM | 14:46:05 |

Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM
Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM
Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM
Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM
Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM
Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **1 Piece GPS (TD4) Unable To Connect** | 7/26/2021 7:54:08 AM | 7/26/2021 8:17:38 AM | 00:23:30 |
| **1 Piece GPS (TD4) Unable To Connect** | 7/27/2021 2:36:53 AM | 7/27/2021 3:06:56 AM | 00:30:03 |

EKCS_000042


## Offender Violation Summary

Adkins, Sabrina
1/1/2019 - 2/19/2022

| **Officer:** | Stockham, Patty | | |
|---|---|---|---|
| **Offender:** | Adkins, Sabrina | **Custom ID 1:** | **Custom ID 2:** |
| **Device ID:** | 0 | **Bracelet ID:** 0 | **Base Unit ID:** |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 7/27/2021 7:54:19 AM | 7/27/2021 8:00:00 AM | 00:05:41 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/27/2021 1:35:31 PM | 7/27/2021 2:39:00 PM | 01:03:29 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/27/2021 3:26:34 PM | 7/27/2021 6:46:02 PM | 03:19:28 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/28/2021 1:21:47 PM | 7/28/2021 1:56:36 PM | 00:34:49 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 04:00 PM<br>Starts on Wednesdays at 11:00 PM, Ends on Fridays at 12:30 PM<br>Starts on Fridays at 11:00 PM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |

EKCS_000043

## Offender Violation Summary
Adkins, Sabrina
1/1/2019 - 2/19/2022

| **Officer:** | Stockham, Patty | | **Custom ID 1:** | | **Custom ID 2:** |
|---|---|---|---|---|---|
| **Offender:** | Adkins, Sabrina | | | | |
| **Device ID:** | 0 | **Bracelet ID:** 0 | **Base Unit ID:** | | |

| **Rule/Schedule** | **Start Time** | **End Time** | **Duration (hr:min:sec)** |
|---|---|---|---|
| **Home (IN)** | 7/30/2021 5:49:58 PM | 7/30/2021 11:00:00 PM | 05:10:02 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/31/2021 12:20:00 AM | 7/31/2021 10:30:00 AM | 10:10:00 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 7/31/2021 11:19:59 PM | 8/1/2021 10:00:00 AM | 10:40:01 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 8/1/2021 11:19:58 PM | 8/2/2021 10:00:00 AM | 10:40:02 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 10:00 AM<br>Starts on Mondays at 01:30 PM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |

EKCS_000044


Case: 7:22-cv-00007-REW-EBA  Doc #: 139-11  Filed: 02/28/25  Page: 8 of 9 - Page ID#: 1885

## Offender Violation Summary
Adkins, Sabrina
1/1/2019 - 2/19/2022

| | | | |
|---|---|---|---|
| **Officer:** | Stockham, Patty | | |
| **Offender:** | Adkins, Sabrina ▓▓▓ ▓▓▓▓▓▓▓ | **Custom ID 1:** | **Custom ID 2:** |
| ▓ **ID:** | 0 | **Bracelet ID:** 0 | **Base Unit ID:** |

| Rule/Schedule | Start Time | End Time | Duration (hr:min:sec) |
|---|---|---|---|
| **Home (IN)** | 8/2/2021 1:49:58 PM | 8/2/2021 2:22:57 PM | 00:32:59 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 10:00 AM<br>Starts on Mondays at 01:30 PM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |
| **Home (IN)** | 8/2/2021 4:00:33 PM | 8/2/2021 4:11:11 PM | 00:10:38 |
| Starts on Mondays at 12:00 AM, Ends on Mondays at 10:00 AM<br>Starts on Mondays at 01:30 PM, Ends on Mondays at 07:00 PM<br>Starts on Tuesdays at 12:00 AM, Ends on Wednesdays at 02:00 PM<br>Starts on Fridays at 05:30 PM, Ends on Fridays at 11:00 PM<br>Starts on Saturdays at 12:00 AM, Ends on Saturdays at 10:30 AM<br>Starts on Saturdays at 11:00 PM, Ends on Sundays at 10:00 AM<br>Starts on Sundays at 11:00 PM, Ends on Monday 12:00 AM | | | |

EKCS_000045



**Offender Violation Summary**
Adkins, Sabrina
1/1/2019 - 2/19/2022

| | |
|---|---|
| 1 Piece GPS (TD4) Battery | 8 |
| 1 Piece GPS (TD4) Motion No GPS | 6 |
| 1 Piece GPS (TD4) Strap | 1 |
| 1 Piece GPS (TD4) Unable To Connect | 16 |
| Home (IN) | 31 |
| **Total** | **62** |

EKCS_000046