| AOC-491.1  Doc. Code: COPG | | Case No. | 22-CR-216 |
|---|---|---|---|
| Rev. 9-03   09/28/2023 02:43 PM |  | Court | Circuit |
| Page 1 of 2   Ver. 1.01 | | | |
| Commonwealth of Kentucky | **COMMONWEALTH'S OFFER** | County | Letcher |
| Court of Justice   www.kycourts.net | **ON A PLEA OF GUILTY** | | |

COMMONWEALTH OF KENTUCKY                                                                     PLAINTIFF

VS.

                                                                                                                      DEFENDANT

Ben                                                               Fields

1. **Charges and Penalties:**
   Charge  KRS 510.060 Rape 3rd Degree - *Count 1*              UOR  Code 11165
   Penalty  Class D Felony - 1 to 5 years
   Charge  KRS 510.090 Sodomy 3rd Degree - *Count 3*             UOR  Code 11205
   Penalty  Class D Felony - 1 to 5 years
   Charge  KRS 519.070 Tampering with a Prisoner Monitoring Device - 2   UOR  Code 02636
   Penalty  Class D Felony - 1 to 5 years  *Count 5 & Count 7*
   Charge  KRS 523-020 - Perjury 2nd Degree - 1 count - *Count 8*   UOR  Code 02630
   Penalty  Class A Misdemeanor - up to 12 months in jail and/or up to $500 fine
   Charge _____ UOR  Code _____
   Penalty _____
   Charge _____ UOR  Code _____
   Penalty _____

2. **Amended Charges (if any):**
   Amended Charge _____ UOR  Code _____
   Penalty _____
   Amended Charge _____ UOR  Code _____
   Penalty _____
   Amended Charge _____ UOR  Code _____
   Penalty _____
   Amended Charge _____ UOR  Code _____
   Penalty _____
   Amended Charge _____ UOR  Code _____
   Penalty _____
   Amended Charge _____ UOR  Code _____
   Penalty _____

**EXHIBIT N**

AOC-491.1
Rev. 9-03
Page 2 of 2

3. **Reason(s) for amended charge(s) and UOR Code(s) (if applicable):**

_____
_____
_____
_____
_____
_____
_____

4. **Facts of the Case:**

Ben Fields was employed as a deputy for the Letcher Co. Sheriff (bailiff), and also worked for East Kentucky Corrections Services, monitoring inmates placed on home incarceration with ankle bracelets. Those on HIC are required to pay a weekly fee. While assigned to monitor Sabrina Adkins after she was released from Letcher Co. jail and placed on home incarceration, Fields advised her he would not require her to pay the fee, and would allow her to go without the ankle monitor in exchange for sexual favors. Adkins would meet Fields the night before a court appearance to put the ankle monitor on, then Fields would remove it after court.
On one occasion, Circuit Judge learned that Adkins was involved in a domestic violence case, and asked Fields for her coordinates which Fields could not provide. Fields then obtained a sworn false criminal complaint against Adkins for Escape. Fields used a similar approach with inmate Brianna Cornett when she was released from the Letcher County jail on Home Incarceration. He gave her a "dummy" monitor to wear. Fields admitted that he deactivated the ankle monitor and had sexual relations with with Adkins, and had inappropriate communications with Cornett. He also admitted he obtained the criminal complaint against Adkins for Escape to cover up the fact he allowed her to not wear the ankle monitor.

5. **Recommendations on a Plea of Guilty (Plea Agreement):** _____

Rape 3rd Degree - 5 years -- Count 1
Sodomy 3rd Degree - 2 years consecutive to the Rape 3 - Count 3
Tampering with a Prisoner Monitoring Device - 2 counts - 5 years each concurrent with others -- Count 5 & Count 7
Perjury 2nd Degree - 12 months conditional discharged  Count 8
For a total of: 7 years
The Commonwealth recommends supervised probation on conditions: serve 6 months in jail; complete outpatient Sex Offender Treatment; Interpersonal protective orders for both victims for 10 years; Sex Offender Registration

Dismiss Count 2, Count 4, Count 6

6. Offered this 28 day of September, 2 023.

_____  _____
Defendant                         Assistant Attorney General

_____  _____
                                  Defense Attorney

Sabrina Adkins                    _____
Prosecuting Witness               Police Officer

_____  _____
Prosecuting Witness               Police Officer