

# Attachment # 25
## Signed complaint

CASE NUMBER: 22-301-0004

**EXHIBIT O**

AOC-315.1 Doc. Code: COM
Rev. 4-01  1/14/2022 10:45:00AM
Commonwealth of Kentucky
Court of Justice
RCr 2.02

**Criminal Complaint**

Case Number:
County: LETCHER
Court: DISTRICT COURT
Warrant Number: E06710004154515
Generated: 1/14/2022 10:45:00AM

Page 1 of 1

**COMMONWEALTH OF KENTUCKY** — PLAINTIFF
VS.

Name: SABRINA ADKINS — DEFENDANT
Address (if known): █████████

**Complaint**

The Affiant, Ben Fields, states that on 1/13/2022 in LETCHER County, Kentucky, the above named defendant unlawfully: Committed the Offense of Escape in the Second Degree, violating KRS 520.030, when the Offender being charged with or convicted of a felony escaped from custody when the Offender failed to report to the Letcher County Sheriff's Office as directed while placed on the home incarceration program.

CW:
Ben Fields, LCSo
606-633-5163

Date: January 14, 2022           Signature of Affiant: [signature]

Subscribed and sworn to before me by Ben Fields this 14th day of January, 2022.
My commission expires: Jan 26, 2022     [signature] Circuit Clerk/Notary/Other individual authorized by the Court

Date printed: Friday, January 14, 2022           Agency Local Code: