# EXHIBIT P

# RECORDING OF JENNIFER HILL FROM ATTORNEY GENERAL

# (CONVENTIONALLY FILED)