# Eastern Kentucky Correction Services, Inc.

93 Village Street, Pikeville, KY 41501

Phone: 606-432-5605

FILED
MIKE WATTS, CLERK
OCT 21 2021
LETCHER CIRCUIT/DISTRICT COURTS
BY _____ D.C.

## Home Incarceration Completion Form

DATE: 10-21-21

JUDGE: Craft, Mullins

CASE NUMBER: 21-CR-152, 21-m-194, 21-m-314

DEFENDANT: Jennifer Hill

SSN: _____

The above defendant has successfully completed __42__ days on Home Incarceration.

The dates were from __9-2-21__ through __10-13-21__.

E.K.C.S. Inc.

Patty Greer, President

Established 1987

EKCS_000016

**EXHIBIT Q**