

**22-CR-00216**

## COMMONWEALTH VS. FIELDS, BEN

**LETCHER CIRCUIT COURT**

Filed on **09/29/2022** as **CIRCUIT CRIMINAL** with **HON. JAMES W. CRAFT II**

**** NOT AN OFFICIAL COURT RECORD ****

### Parties
22-CR-00216

**FIELDS, BEN** as **DEFENDANT / RESPONDENT**
DOB: **01/02/1986**   Race: **W** Sex: **M** Hispanic: **N**

**Address**

[redacted]

**EASTER, MATT** as **COMPLAINING WITNESS**

**Address**

DETECTIVE, OFFICE OF ATTORNEY GENERAL

**WHALEY, BARBARA,** as **COMMONWEALTH'S ATTORNEY**

**Address**

SPECIAL PROSECUTOR--OAG
1024 CAPITAL CTR DR
FRANKFORT KY 40601

**EXHIBIT R**

| Charges | 22-CR-00216 |
|---|---|
| **RAPE, 3RD DEGREE - 510.060**<br>CHARGE 1 ORIGINAL 0111650<br>Charged on **09/29/2022** by citation **NA** | |
| **RAPE, 3RD DEGREE - 510.060**<br>CHARGE 2 ORIGINAL 0111650<br>Charged on **09/29/2022** by citation **NA** | |
| **SODOMY, 3RD DEGREE - 510.090**<br>CHARGE 3 ORIGINAL 0112050<br>Charged on **09/29/2022** by citation **NA** | |
| **SODOMY, 3RD DEGREE - 510.090**<br>CHARGE 4 ORIGINAL 0112050<br>Charged on **09/29/2022** by citation **NA** | |
| **TAMPERING W/PRISONER MONITORING DEVICE - 519.070**<br>CHARGE 5 ORIGINAL 0026360<br>Charged on **09/29/2022** by citation **NA** | |
| **TAMPERING W/PRISONER MONITORING DEVICE - 519.070**<br>CHARGE 6 ORIGINAL 0026360<br>Charged on **09/29/2022** by citation **NA** | |
| **TAMPERING W/PRISONER MONITORING DEVICE - 519.070**<br>CHARGE 7 ORIGINAL 0026360<br>Charged on **09/29/2022** by citation **NA** | |
| **PERJURY-2ND DEGREE - 523.030**<br>CHARGE 8 ORIGINAL 0026300<br>Charged on **09/29/2022** by citation **NA** | |

| Documents | 22-CR-00216 |
|---|---|
| **ORDER CERTIFYING NEED FOR SPECIAL JUDGE** entered on **09/29/2022**<br>*ORDER CERTIFYING NEED FOR SPECIAL JUDGEFAX:JUDGE EDDY COLEMAN* | |
| **SEARCH WARRANT** filed on **09/29/2022**<br>*USER DATE FOR BEN FIELDS* | |
| **SEARCH WARRANT** filed on **09/29/2022**<br>*USER DATA FOR BRIANNA ASHTON 505* | |
| **SEARCH WARRANT** filed on **09/29/2022**<br>*USER DATA FOR BREENADAMBELLANLUKE. MASON* | |
| **SEARCH WARRANT** filed on **09/29/2022**<br>*USER DATA FOR PHONE (606) 335-5541* | |
| **SEARCH WARRANT** filed on **09/29/2022**<br>*USER DATA FOR SABRINA ADKINS7* | |
| **INDICTMENT** filed on **09/29/2022** | |

| Images | 22-CR-00216 |
|---|---|
| There are no images found for this case. | |

**\*\*\*\* End of Case Number : 22-CR-00216 \*\*\*\***