*Electronically Filed*
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**
**CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| | ) |
| DEFENDANTS | ) |

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This Court being sufficiently advised, the Motion for Summary Judgment [D.E. No 136] is hereby DENIED.

It is so ordered on this _____, day of _____, 2024.

_____
Magistrate Judge

1