UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA


SABRINA ADKINS AND
THE ESTATE OF JENNIFER HILL                    PLAINTIFFS


VS:        DEPOSITION OF JASON ECKELS

BEN FIELDS, individually
And in his Official capacity as
a Deputy Sheriff with the
Letcher County Sheriff's Department

EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.

AND

MICKEY STINES, LETCHER COUNTY
SHERIFF                                        DEFENDANTS


            * * * * * * * * * * *

        The Deposition of JASON ECKELS  was taken

on behalf of Plaintiff on January 15, 2025 via Zoom.

        Said deposition was taken pursuant to

notice, previously filed, and is to be used for

purposes of discovery and all other purposes

permitted by the Rules of Civil Procedure.


# EXHIBIT G

APPEARANCES

ON BEHALF OF PLAINTIFF:

            HON. BETHANY BAXTER
            HON. JOE CHILDERS
            301 WEST SHORT STREET, STE 300
            LEXINGTON, KY 40507
            bethanybaxter@jchilderslaw.com


on BEHALF DEFENDANTS:

            HON. JONATHAN SHAW
            P.O. DRAWER 1767
            PAINTSVILLE, KY 41240
            jshaw@psbb-law.com


            HON. JASON WILLIAMS
            303 SOUTH MAIN STREET
            LONDON, KY 41743
            jason@wftlaw.com

ALSO PRESENT:    SABRINA ADKINS

            INDEX

CAPTION PAGE . . . . . . . . . . . . . 1

APPEARANCES AND INDEX. . . . . . . . . 2

DIRECT EXAMINATION BY:

    HON. BETHANY BAXTER . . . . . . . 3-69


REPORTER'S CERTIFICATE . . . . . . . . 70

Exhibits

1    WHEREUPON, JASON ECKELS, THE WITNESS, HAVING

2    BEEN DULY SWORN BY THE COURT REPORTER, WAS EXAMINED

3    AND TESTIFIED AS FOLLOWS:

4                    **DIRECT EXAMINATION**

5    **MS..BAXTER:**

6    Q        Good moring, Mr. Eckels.  My name is

7             Bethany Baxter, and I represent Sabrina

8             Adkins and the Estate of Jennifer Hill in

9             this Federal Civil Rights Case.  I am going

10            to be taking your deposition today. Have

11            you ever given a deposition before?

12   A        No.

13   Q        Okay. So it is a fairly informal process,

14            and it is a little unique where we are on

15            Zoom today.  But I am going to be asking

16            you some questions today. You are under

17            oath, and your job is to answer those

18            question truthfully to the best of your

19            knowledge. And if I ask you a question that

20            you don't understand or that doesn't make

21            sense or if the internet, you know, give

22            out, and you don't hear everything, don't

23            be shy, ask me to repeat that question, ask

24            me to rephrase it if it didn't make sense,

25            and I am happy to do that.  If you don't

1    ask me to repeat or rephrase my question, I

2    will assume that you understood my question

3    and that your answer is responsive to my

4    question. Do you understand?

5 A   Yes, ma'am.

6 Q   The other thing is Mr. VanHoose is the

7    court reporter here, and he is going to be

8    taking down everything that is said today,

9    so I would ask you to answer verbally and

10    affirmatively, you know, in response to my

11    questions instead of shaking your head. You

12    just was shaking your head yes just now

13    just now which is common, but need to make

14    sure that this record and transcript, that

15    when we go back to read it that we

16    understand your responses, so please answer

17    verbally, and if we see you shaking your

18    head, we will try to prompt you, so that is

19    no big deal.  If you want to take a break

20    at some point, you are free to do that.

21    There is no reason that we can't do that.

22    I don't expect us to be here all that long

23    today, but if you want to take a break, we

24    can do that.  I just ask that if I have

25    asked you a question that you answer that

| | | |
|---|---|---|
| 1 | | question before we take a break; okay? |
| 2 | A | Okay. |
| 3 | | **MR. SHAW:** If by some chance that you take a |
| 4 | | break, because we need to speak, make sure that |
| 5 | | your computer is muted.  Sorry Bethany.  Thank |
| 6 | | you. |
| 7 | | **MS. BAXTER:**   That is good advice. |
| 8 | Q | Is there any reason that you don't think |
| 9 | | you can give this deposition today and |
| 10 | | answer my questions truthfully? |
| 11 | A | No. |
| 12 | Q | Are you on any kind of medication or |
| 13 | | substance that would impair your ability to |
| 14 | | give a deposition today or answer |
| 15 | | truthfully? |
| 16 | A | No, ma'am. |
| 17 | Q | Tell me what you did to prepare for your |
| 18 | | deposition today? |
| 19 | A | I just spoke with the lawyer. |
| 20 | Q | Okay. Did you review any documents? |
| 21 | A | We reviewed some. |
| 22 | | **MS. BAXTER:**   Okay. Give me one minute.  My |
| 23 | | client, Sabrina Adkins is joining the call. |
| 24 | Q | What documents did you review? |
| 25 | A | Just different things that was sent between |

1        me and Ben.

2    Q    Okay. Would those be facebook messages?

3    A    Yes.

4    Q    Any text messages?

5    A    I am not sure if they was text messages or

6         not.  I just know it was mostly facebook

7         messages.

8        **MR. SHAW:** Bethany, for the record, it is the

9         information that you produced.

10   Q    Okay. Thanks for that.  When was the last

11        time you spoke to Ben Fields?

12   A    I can't really recall.  It has been quite a

13        while.

14   Q    Okay. Can you give me your best guess?

15        Have you spoken to him in the last month?

16   A    Maybe the past two months, but not in the

17        past month.

18   Q    When you spoke to him most recently within

19        the last two months, what did you all

20        discuss?

21   A    I was doing some training with my firearm

22        and I just sent him a video.

23   Q    Have you discussed this lawsuit with Mr.

24        Fields?

25   A    No.

| | | |
|---|---|---|
| 1 | Q | When was the last time that you spoke to |
| 2 | | Mickey Stines? |
| 3 | A | I guess the day that he shot the judge. |
| 4 | Q | Do you recall ever speaking to Mr. Stines |
| 5 | | about this lawsuit? |
| 6 | A | Not in detail.  I asked him if he was okay, |
| 7 | | because he had been stressed out. |
| 8 | Q | Will you repeat the last thing that you |
| 9 | | said, I started to interrupt you.  I |
| 10 | | apologize. |
| 11 | A | That was about it, just me asking him if he |
| 12 | | was okay. |
| 13 | Q | When was that? |
| 14 | A | September 19th, I believe is the date. |
| 15 | Q | Okay. Was that the date of the shooting? |
| 16 | A | Yes. |
| 17 | Q | Okay. And I know that is probably a |
| 18 | | difficult subject to discuss, and I don't |
| 19 | | ask you these questions to belabor it, but |
| 20 | | I do need to ask a few questions.  So I |
| 21 | | think he gave a deposition on Monday.  Are |
| 22 | | you saying that you didn't speak to him |
| 23 | | about it until Thursday? |
| 24 | A | That I can recall that is the only time. I |
| 25 | | didn't really - - I just asked him if he |

1          was okay. I told him that he seemed

2          stressed out.

3     Q    Okay. Did he talk to you before he gave his

4          deposition about the fact that he was going

5          to be giving a deposition?

6     A    He kind of - - I think he told me, he told

7          me that he was going to give a deposition,

8          but I didn't know when it was going to be.

9     Q    Okay. Did you understand the deposition

10         that he was going to give to be the

11         deposition in this case?

12    A    Yes.

13    Q    So this case was filed back in 2022. Do you

14         recall discussing this lawsuit and the

15         facts related to this lawsuit with Mickey

16         Stines between 2022 and September 19 of

17         last year?

18         **MR. SHAW:** She doesn't want to know anything that

19         you and may have met about over discovery issue

20         or anything that we have talked about in the

21         past or that Mickey may have been in on the

22         conversation with, she doesn't want to know what

23         that. Sorry.

24    A    Are you asking if me and Mickey had

25         conversations about the lawsuit?

| 1 | Q | Yes. |
|---|---|---|
| 2 | A | Not really. He just kind of kept me |
| 3 | | updated, but nothing in detail. |
| 4 | Q | Okay. Tell me how that he kept you undated? |
| 5 | A | It was fairly short answers.  He would say, |
| 6 | | hey, you know, I got a deposition I am |
| 7 | | doing.  Mostly, he would just say I talked |
| 8 | | to the lawyers and that was usually it. |
| 9 | Q | Did you ever discuss Sabrina Adkins? |
| 10 | A | No. |
| 11 | Q | Did you ever discuss Sabrina Adkins with |
| 12 | | Ben Fields? |
| 13 | A | No, not that I can recall. |
| 14 | Q | Okay. Aside from speaking with you attorney |
| 15 | | or the attorneys for the sheriff's office, |
| 16 | | did you discuss your deposition with anyone |
| 17 | | else? |
| 18 | A | No. |
| 19 | Q | You didn't talk about it with any of your |
| 20 | | co-workers? |
| 21 | A | I told them that I had a deposition to do |
| 22 | | because we had court today, and I told them |
| 23 | | that I had to come over here, and I |
| 24 | | wouldn't be over there to help. |
| 25 | Q | Okay. And are you in the Letcher County |

1    Sheriff's Office right now?

2    A    I am.

3    Q    I want to hear a little bit about where you

4         born and raised. Are you from Letcher

5         County originally?

6    A    I was born in Marion County, Indiana, and I

7         moved to Letcher County, I was probably

8         about six years old, maybe.

9    Q    Have you lived in Letcher County since that

10        time?

11   A    There was a period of time that I lived in

12        Pikeville for a few years, and then, we

13        moved back, and I have been here since.

14   Q    Do I understand that prior to working for

15        the Letcher County Sheriff's Office, you

16        worked at the Letcher County Jail?

17   A    I did.

18   Q    Tell me the time period that worked for the

19        jail?

20   A    I worked there for four year, I believe,

21        before that I started at the sheriff's

22        office.

23   Q    Did you work at the jail with Ben Fields?

24   A    I did.

25   Q    Is that when you met Ben Fields or did you

```
1              already know prior to that?

2    A        That is where that I met him.

3    Q        Okay. And what of the county - - I guess

4             what parts of Letcher County have you lived

5             in?

6    A        I lived in Mayking and Millstone, and lived

7             in Isom, and I am currently in Colson.

8    Q        Okay. When did you meet Mickey Stines?

9    A        When I worked at the jail, he was the

10            bailiff at the time. He would come down and

11            get inmates to go up Court.

12   Q        Was he also the home incarceration officer

13            at that time?

14   A        I believe so, yes.

15   Q        Okay. Have you had any outside employment

16            other than the sheriff's office during the

17            time period that you have worked for the

18            sheriff's office?

19   A        No.

20   Q        I want to ask you a little bit about your

21            relationship with Sheriff Stines. It is my

22            understanding that you and Ben Fields would

23            sometimes go to Sheriff Stines' house to

24            play poker?

25   A        Yeah, ever now and then.
```

1    Q       Okay. What passed on by every now and

2            then?

3    A       I went a few times, and I would not go a

4            couple of times.  Just whenever that I had

5            the time.

6    Q       Did Ben Fields go more regularly to those

7            poker games than you would go?

8    A       Yeah, that I know of.

9    Q       Aside from yourself and Ben Fields, were

10           any other persons who got invited to those

11           parties who also worked for the Letcher

12           County Sheriff's Office?

13   A       I can't say if anybody else was invited. It

14           wasn't my place to ask who was coming. It

15           was his house, and it wasn't my place to

16           ask.  But it was just mostly friends.

17   Q       Aside from yourself and Ben Fields, did you

18           ever see any other Letcher County Sheriff's

19           Office employees at those poker parties?

20   A       No.

21   Q       Did you ever see any other courthouse

22           employees at those poker parties?

23   A       Not that I can recall.

24   Q       Did Judge Mullins or Judge Craft ever

25           attend those porker parties?

1    A        Not when I was home.

2    Q        I understand. That is what I am asking just

3             to your knowledge. Do you recall ever

4             talking with Sheriff Stines about his work

5             as the home incarceration officer?

6    A        I have never really - - not really.  I

7             never did talk to him about it. He said

8             that he had done it for quite a few years,

9             I believe, but that was about it.

10   Q        Okay. Had anyone ever told you anything

11            about Mickey Stines having a sexual

12            relationship with a person on home

13            incarceration?

14   A        I am sorry. Can you repeat that?

15   Q        Have you ever heard anything about Mickey

16            Stines having a sexual relationship with a

17            person on home incarceration?

18   A        No, I have never heard any conversation

19            like that.

20   Q        Okay. Have you ever had anyone tell you

21            anything about Sheriff Stines having a

22            sexual relationship with a person outside

23            of his marriage?

24   A        Possibly.

25   Q        Okay. Explain that to me?

```
 1    A      I can't say, but, I guess, he has talked about

 2           other woman.  I don't know when he was

 3           married or anything like that, I can't say.

 4    Q      I realize.  Just tell me what you heard?

 5    A      Just that he had, I guess, slept some other

 6           woman or some woman. I don't know who it

 7           was.

 8    Q      You don't know the woman's name?

 9    A      No, it was none of my business.  I walked

10           out of the room

11    Q      Explain to me who was saying that to you

12           and what room you were in?

13    A      I believe we was in, probably, the room we

14           would sit in, I guess, congregate, but the

15           Jury Room.  We was just sitting there

16           talking.

17    Q      Who else was in the room?

18    A      I can't recall. It was a conversation that

19           I wasn't interested in.  I was just walking

20           out of the room.

21    Q      How long ago was this conversation?

22    A      It was - - I can't recall.  It has been a

23           long time.

24    Q      Was it during the time period that you were

25           working as a CSO at the courthouse?
```

1    A    Yeah.

2    Q    Was it during a time period where Ben

3         Fields was also working as a CSO?

4    A    Yes.

5    Q    Was Ben Fields also in that room when this

6         conversation was occurring?

7    A    It was a good possibility. I can't recall

8         it has been so long ago.

9    Q    So it was prior to January of 2022;

10        correct? Because that is when ben Fields

11        stopped working for the Letcher County

12        Sheriff's Office?

13   A    Yeah, had to.

14   Q    Anything else that you can remember about

15        that conversation?

16   A    No, like I said, I wasn't interested in the

17        conversation, so I just exited the room.

18   Q    Well, who was the person that had the

19        information that you were not interested

20        in?

21   A    I guess, it was Mickey. We was just talking

22        about people, and people that we knew, and

23        just stuff like that, just small talk about

24        different things.  I guess, he used to date

25        somebody or something. There was some other

1          person that around that is how the

2          conversation started.

3    Q    Was the person, I guess, that Mickey Stines

4          was telling you about, were you talking

5          about that person because that person had

6          some sort of criminal case going on in

7          Circuit or District Court?

8    A    Not that I remember, it wasn't nothing like

9          that, but I don't really remember why we

10         was talking about certain people. I mean,

11         it is a small town and everybody knows

12         everybody.

13   Q    That was like you, Ben Fields and Mickey

14         Stines were a part of that conversation;

15         correct?

16   A    Yeah.

17   Q    Who else was a part of that conversation?

18   A    Like I said, I can't really recall who was

19         there it was so long ago.

20   Q    Were there other persons there aside from

21         the three of you?

22   A    Possibly.

23   Q    And you said that you were in Jury Room?

24   A    Yeah.

25   Q    Okay. So I am going to ask you specific,

1        when did you start working for the Letcher

2        County Sheriff's Office?

3    A   2000, I can't really remember dates, 2019,

4        maybe.

5    Q   Okay. So let's focus on the time period

6        from 2019 until January of 2022 that is the

7        time period that I am interested in. During

8        that time period, am I correct that you

9        were the bailiff for Circuit Court?

10   A   Yes.

11   Q   And then, after Ben Fields was terminated

12       from his employment, did you become the

13       bailiff for District Court after that or

14       did your job change at all after Ben Fields

15       left his employment with the Letcher County

16       Sheriff's Office?

17   A   After that he left, I was the bailiff for

18       both Circuit and District.

19   Q   Okay.

20   A   Mickey would come over and help sometimes

21       when he could and some of the road deputies

22       would come over and help sometimes if we

23       had court in both courts, but primarily,

24       one I got done with one, I went to the

25       other.

```
 1    Q         Okay. Has that remained true until today or

 2              was there ever another CSO hired?

 3    A         Yes, Mike Enfusse was hired, and then, he

 4              started in Judge Craft's Circuit and I was

 5              primarily in District.

 6    Q         Did Mr. Enfusse, had he worked as a bailiff

 7              before?

 8    A         Yes.

 9    Q         Do you know if when he had worked for the

10              Sheriff's Office before as a CSO, had he

11              been assigned to Circuit or District Court?

12    A         He was in Circuit.

13    Q         Okay. So after that he came back, he came

14              back to Circuit and you stayed as primarily

15              at least as the District court bailiff

16              after Enfusee came back; is that correct?

17    A         Yeah.

18    Q         Did you know Judge Craft before you started

19              working as a CSO?

20    A         I knew of him. Where that I worked at the

21              jail, I knew what he looked like, but I

22              didn't really speak with him any.

23    Q         What about Judge Mullins, did you know him

24              before you started working at the

25              courthouse as a CSO?
```

1    A       About the same, I didn't know him, but I

2            knew him because he was the judge and I

3            worked at the jail.

4    Q       Okay. I use CSO and bailiff

5            interchangeably, because I understand them

6            to mean the same thing.  But do you think

7            of it the same way or am I correct in that?

8    A       Yeah.

9    Q       Thank you. Isn't it true that Ben Fields

10           served as a reference for you when you

11           applied to work at the Letcher County

12           Sheriff's Office?

13   A       Yeah.

14   Q       Did he otherwise help you get that job

15           beyond just being your reference?

16   A       He came and told me that the job was open,

17           and told me to put in the application, and

18           he told me that he would try to help me get

19           a job, because I was not wanting to stay at

20           the jail.

21   Q       Okay. So again, during that 2019 thru 2022

22           time period, you were working as the

23           Circuit Court bailiff but there were times

24           when you would also work as the bailiff in

25           District Court with Judge Mullins; correct?

```
1    A       Yes.

2    Q       Did and you and Judge Mullins develop sort

3            of a friendly relationship?

4    A       Yeah.

5    Q       Were you and Judge Mullins and Ben Fields

6            joke around periodically?

7    A       Yeah.

8    Q       Okay.  And there was some documents, I

9            thought that maybe I saw someone pass you a

10           hard copy?

11   A       Yeah.

12   Q       I want to ask you about a few of these.

13           These are some documents that we got from

14           the Attorney Generals Office through Ben

15           Fields's criminal case and their

16           investigation, and the first four pages, do

17           you recognize those exchanges between

18           yourself and Ben Fields?

19   A       Yes.

20   Q       I was just wondering why were you asking

21           Ben Fields to put Kevin's head on this

22           guy's body?

23   A       It was just a poorly made joke.

24   Q       I don't understand the jokes.  What was the

25           joke?
```

| | | |
|---|---|---|
| 1 | A | It was just me and Ben. Kevin knew who my |
| 2 | | mother was. |
| 3 | Q | Okay. |
| 4 | A | We just made a joke where, I guess, Kevin |
| 5 | | was real fond of my mom, professional, |
| 6 | | there was nothing they done.  We just made |
| 7 | | a joke that Kevin was trying to be my |
| 8 | | stepdad, but it wasn't nothing.  It was |
| 9 | | just between me and Ben. |
| 10 | Q | Okay. Did you ever show any of these images |
| 11 | | to Judge Mullins? |
| 12 | A | Probably.  I am going to say yeah, just |
| 13 | | because we thought it was funny. |
| 14 | Q | I guess you are saying the joke was that |
| 15 | | Judge Mullins wanted to be your stepfather |
| 16 | | and I guess marry your mom? |
| 17 | A | Yeah. |
| 18 | Q | What kind of work does your mom do? |
| 19 | A | She is a bank teller. |
| 20 | Q | Bank teller.  What bank? |
| 21 | A | Whitaker Bank. |
| 22 | Q | Was Judge Mullins and your mom friends or |
| 23 | | did they know each other outside the |
| 24 | | connection with you? |
| 25 | A | I don't know.  I guess, where she worked at |

```
 1              the bank, he would be there, and they knew

 2              each other, and they would see each other

 3              at ball games sometimes.

 4    Q         Were you aware of any rumors about Judge

 5              Mullins having any kind of sexual

 6              relationships with people outside his

 7              marriage?

 8    A         I heard rumors, but I don't know any

 9              details of the rumors, I never did - -

10    Q         Were you ware of those rumors during this

11              2019 to early 2022 time period?

12    A         Not when I first started at the sheriff's

13              office, but as I worked a little bit more,

14              people would ask me, you know, ask me how

15              that my job is doing, and say, well, I

16              heard this, and I would say, I don't know

17              nothing about that.

18    Q         Did you hear any rumors like that when you

19              were working at the jail?

20    A         No.

21    Q         Help me understand what kind of rumors you

22              were hearing, I need a little more

23              specificity about what you were hearing?

24    A         Just rumors how he was, I guess, was

25              getting favors for certain sentences or
```

1        whatever.

2    Q    Did you hear any of those rumors from women

3         who were in the criminal justice system

4         there in Letcher County?

5    A    No.

6    Q    Okay. Who were you hearing those kind of

7         rumors from?

8    A    It was just people who would speak, and I

9         can't recall anybody specific.  People that

10        I know who was just asking me how that my

11        job was doing.

12   Q    Can you name anyone?

13   A    Not right off the bat, no, I can't recall

14        anybody.

15   Q    How often had you heard that rumor?

16   A    Once or twice, maybe three times.

17   Q    Did you report that to Sheriff Stines or

18        anyone else that you had heard those

19        rumors?

20   A    I did not report it.

21   Q    Okay. Had you heard anything specifically

22        about those types of activities occurring

23        in Judge Mullins' chambers?

24   A    Can you repeat that?  I am sorry.

25   Q    Had you heard anything about those sorts of

```
 1              activities happening in Judge Mullins'

 2              chambers?

 3   A          No, I never did hear of anything. Like I

 4              said, just the few rumors that I have heard

 5              that was it.

 6   Q          Okay. It is your testimony that you can't

 7              remember who you heard those rumors from?

 8   A          Yeah, it was just random people, like, that

 9              I knew. I can't - - I am trying to think.

10              I can't recall who it was. It was just

11              asking me about my new job was going.

12   Q          Did you ever talk to Ben Fields about those

13              kind of rumors?

14   A          Not that I can recall.

15   Q          Did you ever talk to Judge Mullins about

16              those rumors?

17   A          No, not that I can recall.

18   Q          Okay. In the stack of papers that you have

19              got a copy of, and I am going to mark that

20              first one as Exhibit 1.  This is another

21              thing that was in the production, and it

22              looks like a screenshot.  Is that woman

23              your mother?  I am looking at the $5^{th}$ page,

24              and I know they are not marked.

25   A          This one?
```

```
1     Q          Correct.

2     A          Yes, that is my mother.

3     Q          Okay. And then, it looks like you

4                screenshot  - - you took a screenshot of

5                that and sent it to ben Fields, do you see

6                that?

7     A          I don't see that.

8     Q          Well, they next page, which is the next

9                page in the production is a conversation

10               between you and Ben Fields, do you see

11               that?

12    A          Yeah.

13    Q          And you say I leave Letcher County for one

14               day, and Ben Fields thought that was funny.

15    A          Yeah.

16    Q          Is that part of that same joke about Judge

17               Mullins being your stepdad?

18    A          Yeah.

19    Q          I guess Judge Mullins was in on the joke,

20               because it looks like he sent you that

21               photo of him and your mother?

22    A          He wasn't really in on it, he knew that we

23               were joking about it, but he sent that to

24               me because he saw my mom.

25    Q          Okay. Did your mom grow up in Letcher
```

```
 1              County?

 2    A         No, she growed up in Indiana.

 3    Q         The next one, I am not sure if you know

 4              anything about this the next couple of

 5              pages. Again, it is some other documents

 6              that came to us via the criminal

 7              investigation.  But in looking at those,

 8              there are some reference of someone named

 9              Chris.  Was there anybody named Chris who

10              worked at the courthouse or would have been

11              around the courthouse in 2021?

12    A         Maybe Chris Rose is the only Chris that I

13              can really recall.

14    Q         Okay. Who is Chris Rhodes?

15    A         Rose. He worked at the Letcher County Jail.

16    Q         Okay. Do you remember anything about what

17              is referenced here in looking at this

18              website for someone named Christy?

19    A         I am sorry. What now?

20    Q         In looking at these few pages, I am

21              acknowledging that you weren't included in

22              this, but I just noticed this recently and

23              it looks like there in some conversation

24              around the jail and courthouse about a

25              Judge wanting folks to look at a shady
```

1             website sluts.com, looking at some nudes of

2             some people local to Whitesburg. I just was

3             wondering if you remember this or if you

4             know what this is about?

5   A      I have no clue what sluts.com is

6   Q      Okay. Do you know of anyone named Christy

7             who might have had some scandalous photos

8             on the internet, anybody from Whitesburg?

9   A      I know a Christy, I don't know if she has

10            any scandalous photos.

11   Q      Okay. Who is Christy?

12   A      Christy Williams, and at the time, I

13            believe that she was a pre-trial officer.

14   Q      Okay. I was just curious if you knew

15            anything about that. I want to ask you a

16            couple of questions about accessing the

17            judge's chambers. Would the access, the

18            badges that you would have had as a CSO,

19            would they have the same capabilities as

20            far as where you could and could not go

21            within the courthouse as any other CSO

22            during this 2019 to 2022 time period?

23   A      We didn't have badges that we used to get

24            - - Some of the door had badges, but not a

25            lot of them.

1   Q       Okay. So maybe badge is the wrong word.

2           But did you have something that allowed you

3           access parts of the courthouse that the

4           general public could not?

5   A       Yes.

6   Q       And did those badges all say, and I will

7           use that term, did those badges allow you

8           to access any part of the courthouse or

9           were there certain places that you could

10          not access?

11  A       I had access to certain - - like I could

12          go through the judge's entrance on the side

13          to get to the main lobby, and to Circuit

14          Court Clerk, Jimmy Craft's secretary, it

15          allowed me to get to her office, and the

16          Jury Room upstairs, and that was it for my

17          badge.  I had a key for - - I am going to

18          say most of the building there was some

19          rooms that it didn't work.

20  Q       Okay. What about Judge Mullins' chambers,

21          would the badge that you have allowed you

22          to access Judge Mullins' chambers?

23  A       No.

24  Q       Was that because of the way that you badge

25          was programed or was that because of the

```
 1              way the building was set up for lack of a

 2              better word?

 3    A         His chambers didn't have a badge.  It used

 4              a key, and I didn't have a key to it.

 5    Q         When you say key, you are talking about a

 6              good ole fashion metal key?

 7    A         Yeah.

 8    Q         And you didn't have a key to Judge Mullins'

 9              chamber, did you say?

10    A         No.

11    Q         Do you know whether Ben Fields had a key to

12              Judge Mullins' chambers?

13    A         I don't know.

14    Q         Why would Judge Mullins' chambers have a

15              good ole fashion key when the rest of the

16              courthouse had these electronic badges?

17    A         There was only a few doors that had

18              electronic badges, not every room, not

19              every other room had the electronic badges.

20    Q         My question is why?

21    A         I have no idea.

22    Q         Okay. So if you were going to be in Judge

23              Mullins' chambers for example, you would

24              have to be there because someone with a key

25              let you in; is that correct?
```

```
1    A        Yeah.

2    Q        Do you know who would have had keys back

3             between 2021 and 2022?

4    A        No, I had no clue who had a key to it.  I

5             know that Judge Mullins had a key to it and

6             that was all that I knew,

7    Q        I know you said that you had reviewed some

8             of the messages between yourself and Ben

9             Fields, some of those facebook messages. It

10            is true, isn't it, that you and your co-

11            workers at the Letcher County Sheriff's

12            Office, you guys corresponded via facebook

13            messenger a lot back in 2021 and into '22;

14            correct?

15   A        Yes.

16   Q        And specifically, you and Ben Fields, would

17            it be fair to say that you two corresponded

18            with each other more than you corresponded

19            with any other co-workers?

20   A        Yeah, that is fair to say.

21   Q        And there was a special message tread in

22            yourself, Ben Fields and Mickey Stines;

23            correct?

24   A        Yes, I believe so.

25   Q        Why was there a special message thread that
```

1          included on the roster, Ben Fields and

2          Mickey Stines?

3     A    I think Mickey messaged me and Ben one day

4          simultaneously, and he just put it in one

5          message thanking us for helping out with

6          something.  I can't remember if it was just

7          - - I can't remember what it was.  If it

8          was staying late or something, but he

9          thanked us for working hard for him.  I

10         think that is what started it and we just

11         kept talking in it.

12    Q    Okay. And there is a lot of sort of joking

13         around, and different memes and sort forth

14         shared amongst the three of your all;

15         correct?

16    A    Yeah.

17    Q    During that time period, did you consider

18         Ben Fields a close friend?

19    A    Yes.

20    Q    Did you know that in 2020 and 2021 that Ben

21         Fields was messing around with woman on

22         home incarceration?

23    A    No, I did not.

24    Q    Did you ever suspect that he might be

25         messing around with woman on home

1                   incarceration.

2      A         No, not at all.

3      Q         Did Ben Fields ever tell you about having

4                sexual contact with anyone - - any women

5                who were not his wife?

6      A         No, not at all.

7      Q         In 2020 and into 2021, did you know who

8                Brianna Cornett was?

9      A         Yeah, I knew she was.

10     Q         And how did you know who she was?

11     A         I believe me and her went to school

12               together, and she was frequent as the

13               Letcher County Jail.

14     Q         Okay. What about Jennifer Hill, did you

15               know the name Jennifer Hill during the

16               2020-2021 time period?

17     A         I know the name, but I don't really recall

18               anything.  I am pretty sure that she had

19               been in jail a few times is how that I know

20               the name, but I never did deal with the

21               women when I worked at the jail.

22     Q         Why not?

23     A         It was always the female guards that did

24               that.

25     Q         And one of those female guards that was

1        Angie Fields Reynolds' wife; correct?

2    A   Yeah, yeah.

3    Q   What about Sabrina Adkins, did you know her

4        - - did you ever meet her or know her name

5        during 2021 into 2022?

6    A   I guess I knew her from when that I worked

7        at the jail. She would come tot he jail a

8        few times and I remember seeing her in

9        Court, I guess, when she had Court.

10   Q   So why did she stand out to you in your

11       memory?

12   A   Sabrina, I just knew who she was from the

13       jail.  Nothing really stood out.

14   Q   There is a couple more pages I would like

15       for you to look at, and then, ones in this

16       pile, let's see. Actually, let me back up

17       and do some housekeeping before I get too

18       much further. The first four pages on this,

19       I am going to mark as Exhibit 1 to Mr.

20       Eckels deposition. Pages 5 and 6 of this

21       group, I am going to mark as Exhibit 2.  I

22       am going to mark pages 7 and 8.  I am sorry

23       4 thru 7, I am going to mark as Exhibit 2.

24       8 and 9, I will mark as Exhibit 3.

25       **MR. SHAW:** The only objection that I would have

1      to that are the — again he is not a party to

2      the conversation back and forth, but since you

3      asked him questions about it, I don't mind for

4      it to be attached, of course.

5          MS. BAXTER: Thank you.

6   Q       Okay. The next is again, is one that you

7           are not part of I am just wanting to know

8           if you were of some of some of this and

9           feel free to look through them it is pages

10          - - it is marked 750 at the top, but I

11          think it is page 10, 11, 12, 13, and 14.

12         MR. WILLIAMS: I am sorry. I am not seeing any

13      page numbers.

14         MS. BAXTER: There aren't any.  My thought is

15      that I would put them in one PDF, so they would

16      be easy to flip through in adobe, but I realize

17      there is one printed on them.

18          MR. SHAW: Just for the facebook page number?

19         MS. BAXTER: I can do that.

20  Q        So the facebook pages on these, they are

21           marked on these they are marked at the top,

22           facebook business record page 750 thru 754.

23         MR. WILLIAMS: Okay. Just so that I am following

24      along with everything, you asked about reference

25      to a name Christy on a facebook document, and I

1    see it is marked as one; is that correct?

2    **MS. BAXTER:** Yeah, correct.

3    **MR. WILLIAMS:** Then, you started talking about

4    some documents you were going make certain

5    exhibit numbers. I didn't hear you ask for the

6    Christy document to be marked as an exhibit; is

7    that correct?

8    **MS. BAXTER:** I just did.

9    **MR. WILLIAMS:** So what number is it?

10   **MS. BAXTER:** So I am going to go by the numbers

11   on the top, and the numbers on the top of that

12   document are marked facebook business records

13   page 711 and 712, and 713, 711 thru 713 would be

14   Exhibit 3.

15   **MR. WILLIAMS:** Before you move on to the next

16   one, just for the record, it would appear that

17   there are some exchanges on page 713 of Exhibit

18   that are between Fields and Angie, so I would

19   preserve an objection to any confidential

20   martial communications, but with that objection

21   made - - So the next page that I have is page

22   750?

23   **MS. BAXTER:** Correct.

24   **MR. WILLIAMS:** And you are intending Page 750 to

25   be part of Exhibit 4; is that right?

1    **MS. BAXTER:** correct.

2    **MR. WILLIAMS:** Is that only 750 or are there

3    other pages?

4    **MS. BAXTER:** Yeah, it is a chain, so it 750 thru

5    754.

6    **MR. WILLIAMS:** Will be Exhibit 4?

7    **MS. BAXTER:** Correct.

8    Q    And I am just giving these to you Mr.

9         Eckels because as a point of reference, but

10        you are not on these communications. I am

11        just wondering if you know anything about

12        these people and what is being discussed,

13        and that is the nature of what I wanted to

14        ask you about.

15   **MR. SHAW:** I also had a quick question about

16   these exhibits, if you don't mind?

17   **MS. BAXTER:** Sure.

18   **MR. SHAW:** This page 750, is this part of what

19   you originally produced from the AG's office?

20   **MS. BAXTER:** It is, but it may have not been

21   redacted in that version, so more recently, we

22   got all those unredacted documents from Mr.

23   Owens.

24   **MR. SHAW:** So this is part of the Owens

25   production is what this is?

1    **MS. BAXTER:** I believe I stop

2    **MR. SHAW:** And the other question is do you have

3    Page 740, do you have any idea who alls on this

4    tread or the names are, because it looks like

5    you are only using part of the conversation of

6    750, something is cut off at the top of who the

7    author is.

8    **MS. BAXTER:** Help me understand what you mean. I

9    don't understand that.

10   **MR. SHAW:** Okay. You have got author, sent and

11   then, the body of the message. If you look at

12   750, there is a partial message that just says

13   sent and it doesn't have who the author is or

14   at least on the copy that I have, and I didn't

15   know if you had page 749, so we could see who

16   all the individuals were in the chain. I know

17   that you mentioned that Mr. Eckels wasn't, but I

18   would like to know who this exchange is between.

19   **MS. BAXTER:** I believe it is only between Brianna

20   Ashton and Christi Fultz.

21   **MR. SHAW:** Who are those people, do you know?

22   **MS. BAXTER:** Brianna Ashton, I believe is Brianna

23   Cornett.

24   **MR. SHAW:** Okay.

25

1        **MS. BAXTER:** And I assume that Christi Fultz is

2        her mother.

3        **MR. SHAW:** Okay.

4        **MS. BAXTER:** That is my understanding.

5        **MR. SHAW:** That makes sense. I wasn't familiar

6        with the Brianna Ashton name.  Thank you.

7        **MS. BAXTER:** That is my understanding.

8    Q        There are some reference in these documents

9             to somebody by the name Brandon Watts. Do

10            you know who Brandon Watts is?

11   A        Yeah, I know who he is.

12   Q        Who is Brandon Watts?

13   A        I believe he is a state trooper is the same

14            Brandon Watts.

15   Q        There is also a reference to a James Norse,

16            is he another deputy with the Letcher

17            County Sheriff's Office?

18   A        At the time, he was.

19   Q        Is he no longer with the Sheriff's Office?

20   A        No.

21   Q        Do you know what caused him to leave his

22            employment with the Letcher County

23            Sheriff's office?

24   A        I do. It was all of the stuff that happened

25            September 19th.

1   Q        And he volunteered for that employment?

2   A        Yeah.

3   Q        But he was working with the Sheriff's

4            Office back in 2020; correct?

5   A        Correct.

6   Q        And there is some reference to some numbers

7            in her 1038 and 111. Would the number 111

8            be associated with Deputy Norse's position

9            with the Letcher County Sheriff's Office?

10  A        It would.

11  Q        What does that mean, what does that number

12           mean?

13  A        That is his badge number, or was his badge

14           number.

15  Q        1038, do you have any idea whether that is

16           a number that is associate with Brandon

17           Watts I guess with his position with the

18           KSP?

19  A        Yeah, I believe it is his badge number, but

20           I don't know for sure on this.

21  Q        That is fair.

22           **MS. BAXTER:** Let's take a short break. Is that

23           okay?

24  A        Okay.

25           (A short break was taken)

1    Q        Okay.  We are back on the record, and you

2             are still under oath Mr. Eckels.  You

3             mentioned that officer or Deputy, I guess,

4             Norse quit on September 19th?

5    A        It wasn't September 19th, but it was shortly

6             after.

7    Q        I guess how that I understood your

8             testimony that that was in some way related

9             to the shooting at the courthouse.  Have

10            you spoken to Deputy Norse about him

11            leaving or do you know of any specificity

12            why he lect the sheriff's office?

13   A        We spoke about it, but I guess, he didn't

14            really 100 percent of reason why. I guess,

15            it was the look of the Sheriff's Office, I

16            guess felt ashamed, I guess, maybe, because

17            of what happened.

18   Q        What did he tell you specifically?

19   A        He just told me that he was looking for

20            another job with another agency and he had

21            been looking for a little bit, and then, -

22            He was doing ride along with other

23            agencies, and the shooting, and he said

24            that he was going to try to get on with

25            another agency.

1    Q        Do you know if he's been able to do that?

2    A        He has.

3    Q        Who is he working with now?

4    A        The Whitesburg Police Department.

5    Q        Okay. I guess, did you know that Brianna

6             Cornett at that time Deputy Norse, that

7             they knew each other?

8    A        I knew that they knew each other just from,

9             I guess, from Deputy Norse had arrested her

10            before.

11   Q        What about Brandon Watts, did you know back

12            in 2020 whether or not that he knew Brianna

13            Cornett?

14   A        I don't know.

15   Q        Are Brandon Watts and James Norse friends

16            to your knowledge?

17   A        To my knowledge.

18   Q        To you knowledge, they are friends?

19   A        Yes.

20   Q        Do you know why Deputy Norse or Mr. Watts

21            what cause they would have had to have seen

22            Brianna Cornett getting out of the shower?

23   A        I have no clue.

24   Q        Did you have any knowledge of - -

25            **MR. SHAW:** Object to form.

1    Q        Do you have any knowledge of Deputy Norse

2             sending any kind of communication to

3             Brianna Cornett over facebook?

4    A        Not that I know of.

5    Q        Michael Burton, does that name ring a bell

6             for you?

7    A        Yeah.

8    Q        Who is Michael Burton?

9    A        I am not sure if he still is, I haven't

10            talked to him in quite a bit, but he was a

11            State Trooper, and I am assuming that he

12            still is.

13   Q        Okay. He was a State Trooper back in 2020?

14   A        Yeah.

15   Q        Okay. Do you know Christi Fultz?

16   A        I know the name.  If I seen her, I might

17            know her, but I don't know - -

18   Q        Back in 2020 and back in 2021, did you know

19            that Ben Fields would meet people, who were

20            on home incarceration after dark at the

21            courthouse?

22   A        I didn't know anything about that.

23   Q        And I don't necessarily mean for an

24            affairance reason.  Did you know that he

25            sometimes met persons on home incarceration

```
1              after dark at the courthouse?

2    A    I never recall him being there after hours.

3    Q    Back in 2020 and 2021, did you know that

4         there were no cameras in Judge Mullins'

5         Chambers?

6    A    I did not.

7    Q    Okay. You never discussed that with Ben

8         Fields or anybody else at the courthouse?

9    A    No.

10   Q    Do you know of anybody named Chad Brown?

11   A    The name rings a bell, but I can't - - I

12        think that I know who he is, but I am not

13        sure though.

14   Q    Okay. I was wondering if there was someone

15        named Chad Brown who you would have ever

16        had any conversations with about Judge

17        Mullins, do you recall that?

18   A    No, I know a Chad that works on the

19        cameras.  I don't know his last name.  But

20        I don't ever recall having a conversation

21        with him about Kevin.

22   Q    What do you mean by Chad that works on the

23        camera, who is that person?

24   A    That ALC.

25   Q    Okay.
```

1    A         He works for — and I don't really know much

2              about him.  I just know if we need

3              something that he is the one that gets

4              called.

5    Q         Okay. Do you recall going with Ben Fields

6              out to see Sabrina Adkins in June of 2021?

7    A         I do recall that.

8    Q         Explain to me what you recall and why you

9              would have been on that trip with Mr.

10             Fields?

11   A         He called me and asked me to ride with him.

12             He wanted, I guess, the person, she went to

13             someone's house, and the person didn't want

14             her there, and she was on home

15             incarceration there, so I went with him,

16             and I guess, just to tell her that she had

17             to go somewhere else. I guess, she didn't

18             have a ride, and I guess he called her and

19             she didn't have a ride, so he - - We went

20             to pick her up to take her to a new place

21             or to - - I can't remember if we took her

22             somewhere else or if we brought her to the

23             jail and somebody picked her up.

24   Q         Why do you think that Ben Fields wanted you

25             to ride along with him for that?

```
 1    A         I am assuming she was a female, and

 2              that was the only reason that I could think

 3              of.

 4    Q         Why would it matter that she was a female?

 5    A         I guess, so nothing could be said. I am not

 6              really sure.

 7    Q         Do you recall what you and Mr. Fields

 8              discussed as you were riding out to see

 9              Sabrina Adkins?

10    A         The only thing that I can recall is that he

11              was telling me that is was up on top of a

12              big hill, and we had to walk up the big

13              hill, and that was about it.

14    Q         Okay. And what do you recall about the

15              exchange once that you got to that house

16              between yourself, Mr. Fields and Ms.

17              Adkins?

18    A         We got there and ben knocked on the door

19              and she answered, and she had a box full of

20              stuff. She had arm full of stuff I can't

21              remember if it was in a box.  He said that

22              she couldn't stay there, and we left.  We

23              walked down the hill to the vehicle.

24    Q         Have you ever been on a similar right along

25              with Mr. Fields to deal with someone on
```

1        home incarceration some other occasion

2        or was this unique situation?

3    A   I can remember once or twice. I can't

4        remember if it was before or after that.

5    Q   What were those other situations?

6    A   There was a male staying in kind of like a

7        shed of his father's, and his father said

8        that he didn't want him there any more, and

9        he wanted to off of his bond, and which

10       would have revoked his house arrest. He

11       said, that he wasn't doing very well, so me

12       and Ben went there. It was dark, and I

13       can't recall the time.

14   Q   Okay.

15   A   Another one that we went on, I don't

16       remember who it was or if it was male or

17       female, we ended up not being able to find

18       them.  I just rode with him on that one.

19   Q   Okay. Do you recall whether Sabrina Adkins

20       was upset that night?

21   A   I can't remember.  I can't recall.

22   Q   Okay. Do you recall ben Fields giving her a

23       cigarette?

24   A   She might have asked for one, and he might

25       have gave her one.  I don't remember that.

```
 1   Q        Is there anything else that you recall

 2            about that night and meeting Sabrina

 3            Adkins?

 4   A        When we went to meet her at that place, it

 5            wasn't night, I guess it was in the

 6            afternoon.

 7   Q        Thanks for clarifying that. Anything else

 8            that you recall about Sabrina Adkins about

 9            that day?

10   A        No.

11   Q        Ben Fields ever show you any pictures of

12            Sabrina Adkins?

13   A        No.

14   Q        Did he ever show you any messages from or

15            to Sabrina Adkins?

16   A        No.

17   Q        Did you know Ben Fields' uncle, Bill Meade?

18   A        I do.

19   Q        How did you know Bill Meade?

20   A        I just know him from his name.  I guess he

21            was Ben's uncle, and I believe at one time

22            he was chief at fire department, but I am

23            not really sure on that. But he would come

24            into the Sheriff's Office every now and

25            then.  I didn't really know him well.  I
```

1          knew who he was.

2     Q    Did Bill Meade have any sort of special

3          connection at the courthouse to your

4          knowledge?  Was he friends with any of the

5          judges or anybody at the courthouse?

6     A    I guess he knew them, I can't - - I don't

7          know.

8     Q    Okay. You never saw him around the

9          courthouse talking to the judges or

10         anything like that?

11    A    I mean I might have seen him talking to the

12         judge once time, I can't recall.

13    Q    let's look at the next couple of pages that

14         we have got. So these have been ones marked

15         at the top facebook business record, and it

16         is 2595 thru 2597, do you see those pages?

17    A    Yeah.

18    Q    Okay. Take a minute to review those. It

19         looks like you are joking around about

20         Uncle Bill and Aunt Katie, do you see that?

21    A    Yeah.

22    Q    Is Uncle Bill, Bill Meade?

23    A    I am assuming, yeah.

24    Q    Is Aunt Katie, Katie LaRue?

25    A    Yes.

1   Q   And above here Ben Fields says I have got

2       some dope. Do you see that?

3   A   Yeah.

4   Q   Is that a drug reference?

5   A   I am assuming that we made jokes about all

6       of the time, but it was never anything

7       really serious where that we said something

8       like that.

9   Q   Okay. So you are saying that Ben Fields

10      never brought you any dope?

11  A   No.

12  Q   And then, further down, Uncle Bill and Aunt

13      Katie are proud of you.  What did you mean

14      by that?

15  A   I can't recall. I guess I wasn't too fond

16      of his Uncle Bill Meade, and I just

17      aggravated him about it.

18  Q   Why wasn't he fond of his uncle toy our

19      knowledge?

20  A   I have no clue.

21  Q   Did Katie LaRue have any addictions issues

22      to your knowledge?

23  A   She did at one time. I don't know when.

24  Q   Did Bill Meade get into some criminal

25      trouble at some point around this time

1                        period?

2      A      I can't recall if he did or not.

3      Q      You don't recall any criminal charges

4             against Bill Meade?

5      A      Not at that time.  I know that he had some

6             recently, but I don't know of any at that

7             time.

8      Q      On the next page, you make a statement tell

9             your Aunt Katie that we will meet in the

10            same place as last week.  What does that

11            mean?

12     A      I don't know what I mean there.  It was

13            just a poorly made joke. I have never

14            really met her.

15     Q      Are you saying that you have not met Katie

16            LaRue?

17     A      I know who she is from Court and the jail,

18            but I have never met her outside of the

19            courthouse.

20     Q      Okay. Let's look at the next couple of

21            pages, and we will mark that one as Exhibit

22            5.  And the next couple of pages which are

23            marked at the top facebook business records

24            2713 and 2714, do you see those?

25     A      Yeah.

1   Q      And these were the messages that you and

2          Ben Fields were exchanging back in July of

3          2021; is that correct?

4   A      Yeah.

5   Q      And it looks like you sent Mr. Fields a

6          photo of a woman with an ankle monitor on;

7          do you see that on the first page of the

8          exhibit; correct?

9   A      Yes.

10  Q      Now on the second page you wrote, Ben Band

11         is a fashionable part of any wardrobe, do

12         you see that?

13  A      Yeah.

14  Q      So when you say Ben Band, are you referring

15         to the ankle monitor?

16  A      Yeah.

17  Q      Why were you calling the ankle monitor a

18         Ben Band?

19  A      It was just funniest way of saying house

20         arrest. Ben was over the house arrest.  It

21         was a funny way of saying house arrest,

22         because he was over it.

23  Q      Did anybody else that you know refer to an

24         ankle monitor as a Ben Band?

25  A      Possibly the Sheriff, I can't recall if he

1        ever called it or whether not.

2    Q    Okay.

3    A    Judge Mullins, it was just a running joke.

4    Q    So Judge Mullins would have referred to an

5         ankle monitor as a Ben Band?

6    A    Yeah.

7    Q    And you are saying that Sheriff Stines may

8         have also referred to an ankle monitor as a

9         Ben Band as well?

10   A    Yeah.

11   Q    Would you guys joke about Ben Bands and the

12        home incarceration program around the

13        courthouse?

14   A    We didn't joke about the program itself,

15        Ben Band was about the extent of it that I

16        was part of it.  I called them Ben Bands

17        because I thought it was funny to say to

18        him.

19   Q    Do you remember any other jokes that Judge

20        Mullins made about Ben Fields being over

21        home incarcerations?

22   A    No, not that I recall.

23   Q    Did Judge Mullins have facebook?

24   A    Not that I know of.

25   Q    So if you were to communicate with Judge

```
 1              Mullins, would it have been via text or

 2              how would you communicate with him?

 3    A         I would text or call him.

 4    Q         Did you ever hear Sheriff Stines joke - -

 5              Make any other jokes about Ben Fields being

 6              over home incarceration?

 7    A         No.

 8    Q         Jennifer Hill, I think that you testified

 9              earlier that you remembered her name, but

10              necessarily remember much more about her;

11              is that accurate?

12    A         Yes.

13    Q         Do you recall Jennifer Hill being in a

14              relationship with someone named Chris

15              Triplett?

16    A         I don't know.

17    Q         Do you remember the name Chris Triplett?

18    A         It rings a bell, yes.

19    Q         Why does it ring a bell?

20    A         I think he has been in jail before.

21    Q         Did Ben Fields ever show you any pictures

22              or text messages between himself and

23              Jennifer Hill?

24    A         No.

25    Q         Did you ever observe Jennifer Hill and Ben
```

1          Fields together?

2     A         No, not that I can recall.

3     Q         Do you know anything about Jennifer Hill

4               being home incarceration in 2021?

5     A         No.

6     Q         Did you later come to learn that Jennifer

7               Hill had made some allegations in this

8               lawsuit against Ben Fields and Mickey

9               Stines?

10    A         I did later after everything came out.

11    Q         Okay. And how did you find that out?

12    A         Mickey, he would tell us.  We would have

13              office meetings sometimes, and he would

14              just keep us up to date on not only this

15              case or anything but on office stuff.

16    Q         Were those meeting recorded or documented

17              in any way?

18    A         Not that I know of.

19    Q         What about Brianna Cornett, did you ever

20              observe Ben Fields and Brianna Cornett

21              together?

22    A         No.

23    Q         Did Ben Fields ever show you any photos or

24              messages between himself and Brianna

25              Cornett?

1   A       No.

2   Q       Were you ware that Chris Triplett made a

3           complaint about Ben Fields to the Letcher

4           County Sheriff's Office?

5   A       I was not aware.

6   Q       You don't remember seeing that in the

7           complaint?

8   A       I don't - - I might have seen it in the

9           complaint, but I don't remember when it was

10          suppose to be. I wasn't sure.

11  Q       Did anyone who was on home incarceration

12          ever complain to you about Ben Fields?

13  A       No.

14  Q       Were you aware of anyone on home

15          incarceration making a complaint about Ben

16          Fields prior to us filing this lawsuit, you

17          know, generally speaking, maybe the

18          complaint didn't come to you, but were you

19          aware of any others who had made a

20          complaint about Ben Fields?

21  A       No.

22  Q       Do you recall in January of 2022, do you

23          recall there being an issue with an EPO

24          related to Sabrina Adkins?

25  A       Can you repeat that?  I am sorry.

| | | |
|---|---|---|
| 1 | Q | Sure. In January of 2022, do you recall |
| 2 | | there being an issue involving an EPO and |
| 3 | | Sabrina Adkins? |
| 4 | A | Yes. |
| 5 | Q | What do you recall of that? |
| 6 | A | Just what I have here in front of me is |
| 7 | | only the test messages. |
| 8 | Q | Are you looking at the next page in the |
| 9 | | stack which to be - - |
| 10 | A | The next page. |
| 11 | Q | Yeah, that is what I am looking at too, and |
| 12 | | it is a document that was marked Exhibit 18 |
| 13 | | from a prior deposition. I guess, I will |
| 14 | | ask it this way. Do you recall what |
| 15 | | prompted you to ask Ben Fields for Sabrina |
| 16 | | Adkins' address? |
| 17 | A | I don't recall. |
| 18 | Q | Ben Fields response was call me. Did you |
| 19 | | call him? |
| 20 | A | If he asked me to call him, I probably did. |
| 21 | | I don't know. |
| 22 | Q | Okay. Do you recall anything about this EPO |
| 23 | | that was sought by somebody named Stacy |
| 24 | | Yates. Do you know Stacy Yates? |
| 25 | A | I do. |

| | | |
|---|---|---|
| 1 | Q | How do you know Tim Yates? |
| 2 | A | I knew him from - - He used to be an inmate |
| 3 | | at the jail, and I know I know him. He |
| 4 | | gotten clean, and he coaches - - helps |
| 5 | | coach with like softball and stuff like |
| 6 | | that. |
| 7 | Q | That is what he is doing these days you are |
| 8 | | saying? |
| 9 | A | He works with rehabs, I believe, I am not |
| 10 | | sure on that, but he helps people in the |
| 11 | | rehabs. |
| 12 | Q | Okay. Well, do you recall him seeking an |
| 13 | | EPO against Sabrina Adkins back in January |
| 14 | | of 2022? |
| 15 | A | He could have, I don't recall. |
| 16 | Q | Do you recall discussing that with Judge |
| 17 | | Craft or Judge Mullins? |
| 18 | A | I don't remember. |
| 19 | Q | When did you first find out that this civil |
| 20 | | case had been filed against Ben Fields and |
| 21 | | Sheriff Stines? |
| 22 | A | I guess after Ben Fields's criminal case. |
| 23 | | I am not sure when it was. |
| 24 | Q | Do you recall Ben Fields being terminated |
| 25 | | from his employment with the Letcher County |

1      Sheriff's Office?

2   A      Yes.

3   Q      Do you remember being told why he was being

4          terminated?

5   A      I wasn't told until when Mickey - -  We had

6          an office meeting and he told us what was

7          going on.

8   Q      Will you repeat that?  I am sorry.

9   A      I can't say when that was. I can't

10         remember, but it wasn't very longer after

11         it came out.

12  Q      Okay. And what do you remember about that

13         meeting?  What did Sheriff Stines tell you

14         about why Ben Fields was being put on

15         leave?

16  A      He just said some allegations came out

17         against Ben and he had to fire him

18         basically, and that was it. And he kind of

19         told us the jest of what was going on.

20  Q      So what was the jest of what was going on?

21  A      That he just had some sexual allegations

22         against him.

23  Q      Did you talk to Ben Fields about it?

24  A      No.

25  Q      Even though he was your close friend during

1          that time period you didn't talk to him

2          about it?

3     A    I had messaged him and asked him what was

4          going on, and he didn't talk to me for

5          quite a while.

6     Q    Did you talk to Judge Mullins about it?

7     A    Not that I can recall.

8     Q    You don't recall talking about the

9          allegations and this complaint?

10    A    I might have I might have told him - - I

11         thought it was crazy, and I was shocked.  I

12         don't remember into any details about - -

13    Q    After that, you became the bailiff for both

14         District and Circuit Court; correct?

15    A    Correct.

16    Q    So you saw more of Judge Mullins, I assume,

17         after Ben Fields was terminated; is that

18         correct?

19    A    Yeah.

20    Q    And you were aware that the allegations of

21         this complaint where some of these

22         activities took place in Judge Mullins'

23         Chambers; correct?

24    A    I wasn't aware at the time, I don't know

25         any kind of details of anything until later

1      on and stuff started coming out.

2    Q      When was that, when is that when stuff

3           started coming out?

4    A      I don't - - I don't know, a week after

5           that, I can't really say how long it was

6           after that.

7    Q      Okay. So within a couple of weeks though

8           once you were aware that some of these

9           activities took place Judge Mullins'

10          Chambers, did you discuss that with Judge

11          Mullins?

12   A      No.

13   Q      Did you discuss it with Sheriff Stines?

14   A      No.

15   Q      Have you ever talked to Patty Stockham

16          about Ben Fields and this lawsuit?

17   A      No.

18   Q      Have you ever been involved in any of the

19          investigations related to Ben Fields?

20   A      Can you rephrase that? What do you mean by

21          that?

22   Q      Has anyone from the Attorney General's

23          Office talked to you about the allegations

24          against Ben Fields?

25   A      No.

1    Q        What about anybody from the Kentucky State

2             Police?

3    A        No.

4    Q        Did I understand our testimony, you didn't

5             speak to Mr. Fields from a period of time

6             after he left employment with the Letcher

7             County Sheriff's Office back in February of

8             2022; correct?

9    A        Yeah.

10   Q        Was there a time when you and Mr. Fields

11            did start speaking again?

12   A        Yeah, it was briefly, maybe.  I wasn't

13            nothing like before.  We wasn't really as

14            talkative as before.  I guess he had a lot

15            going on and I didn't bother him through

16            everything.

17   Q        So when you did start speaking again, what

18            was the nature of those conversations?

19   A        Hey, how are you doing, and stuff like

20            that. Just small talk.

21   Q        Okay. And Ben Fields was at the Letcher

22            County Jail for a period of time in 2024;

23            correct?

24   A        Yes.

25   Q        Did you ever visit him in the jail?

1    A        No. I had spoke him and I would say hi to

2             him while I was working, but I never did,

3             you know, ask him how he was doing and

4             stuff like that. I never did actually go

5             to visit him.

6    Q        Okay. Did anybody else in the Sheriff's

7             Office to your knowledge visit him while he

8             was in the jail at the Letcher County Jail?

9    A        Not to my knowledge.

10   Q        Did you ever talk to Ben Fields about his

11            deposition that he gave in this case?

12   A        No.

13   Q        And I think that you testified a little bit

14            earlier about Sheriff Stines and

15            conversations that you had with him about

16            his deposition in this case.  I just want

17            to make sure that I understood that. So

18            what conversations did you have with

19            Sheriff Stines before his deposition on

20            September 15th, I believe?

21   A        Nothing.  He just told me that he had a

22            deposition about Ben's case coming up.  I

23            didn't know anything else about it.

24   Q        So is it your testimony that he didn't tell

25            you anything beyond what you stated?

1   A        Yeah, I did - - I just knew he had

2            a deposition. I didn't know when.  I just

3            knew it was about Ben's case and that was

4            it.

5   Q        And I think that you testified earlier that

6            you did speak to him also after his

7            deposition?

8   A        I did but not about the deposition. I don't

9            know what he was - - I can't speak for him,

10          but I just asked him if he was okay.  I

11          told him that he seemed stressed and that

12          was - - He said he was okay and that was

13          it.

14   Q       What about him in your observations lead

15         you to believe that he was stressed?

16   A       I don't - - I can't recall that day.

17   Q       Was it based on things that you observed or

18         was it based on things you had heard, tell

19         me why that you believe that he was

20         stressed?

21   A       Just body language. I have been around him

22         enough to kind of know when he was feeling

23         stressed.

24   Q       Did you have any reason to believe that the

25         stress that you observed was related to his

1              deposition or this lawsuit?

2     A        I don't know.

3     Q        Do you have any reason to believe that the

4              shooting that took place that Thursday was

5              in any way related to this civil case?

6     A        I don't know.

7     Q        I know you don't know.  I don't know

8              either. I was just trying to figure out if

9              you had been told anything or observed

10             anything that lead you to believe that

11             there could be a relationship between this

12             civil case and the shooting that happened

13             that Thursday?

14    A        I have no clue.

15    **MS. BAXTER:** I may be done. Can we take 5

16    minutes.

17    (A short break was taken)

18    Q        Back on the record. I don't think that I

19             asked you Mr. Eckels the page with the

20             photograph of the woman with the ankle

21             monitor on?

22    A        Uh-huh.

23    Q        Do you know that person?  Is that a

24             facebook friend of yours or someone that

25             you know?

1    A        At the time she was on my facebook

2               friend's list.

3    Q        Was she someone who was on home

4               incarceration in Letcher County to your

5               knowledge?

6    A        She was at the time.

7    Q        What was her name?

8    A        Alexis Bentley.

9    Q        Alexis Bently.  Okay. Are you aware of any

10            inappropriate interaction between Alexis

11            Bentley and Ben Fields?

12    A       No.

13    Q       Are you aware of any inappropriate

14           interactions between Ben Fields and any

15           other person on home incarceration during

16           the time period when he was the home

17           incarceration officer?  I might have

18           already asked you that, but I am not sure.

19    A       I don't know. I never heard of anything.

20    Q      Okay. I forgot to ask you about one other

21           document that might refresh your memory

22           recollection about this time period. SO we

23           looked at this screenshot, but if you look

24           to the next few pages, the next two pages

25           specifically, that looks to be some more

| | | |
|---|---|---|
| 1 | | conversations between yourself and Ben |
| 2 | | Fields regarding this EPO and Sabrina |
| 3 | | Adkins, so just look at that for a minute.. |
| 4 | A | Okay. |
| 5 | Q | For the record, I am going to mark this |
| 6 | | text exchange image number 7, it is a one |
| 7 | | pager, then, I will mark this next one |
| 8 | | which is two pages, and it is facebook |
| 9 | | business record 3414 and 3415, and I will |
| 10 | | mark that as 8. So this looks to be a |
| 11 | | little bit more detailed conversation |
| 12 | | between yourself and Mr. Fields regarding |
| 13 | | Sabrina Adkins and her address in January |
| 14 | | of 2022. Do you see that? |
| 15 | A | Yes. |
| 16 | Q | And it looks like Mr. Fields gave you a |
| 17 | | Pikeville address for Sabrina Adkins and he |
| 18 | | is asking you about whether Judge Craft, I |
| 19 | | believe, wants to lock her up for it.  That |
| 20 | | is in the middle of the second page.  Does |
| 21 | | that help refresh your recollection about |
| 22 | | these conversations that you were having |
| 23 | | with Mr. Fields in January of 2022? |
| 24 | A | Somewhat, yeah. |
| 25 | Q | What do you recall? |

| | | |
|---|---|---|
| 1 | A | I don't recall if I needed to know what |
| 2 | | address he had for her except for that |
| 3 | | Judge Craft was wanting to know. I can't |
| 4 | | remember why that he was wanting to know. |
| 5 | | Then, I asked him when the address changed, |
| 6 | | and said it was when he - - when the |
| 7 | | Perkins Branch incident happened and we |
| 8 | | went and I guess, picked her up and |
| 9 | | transported her somewhere. When he said |
| 10 | | that, I remember picking her up and I told |
| 11 | | Judge Craft and that is about all that I |
| 12 | | can remember of it. |
| 13 | Q | Do you know Dale Martin? |
| 14 | A | No. |
| 15 | Q | What about Robbie Kinzer, somebody that |
| 16 | | works for the Drug Court? |
| 17 | A | I know Robbie, yes. |
| 18 | Q | Have you ever talked about Ms. Aadkins or |
| 19 | | Brianna Cornett with Robbie Kinzer? |
| 20 | A | I talked to Robbie about Brianna when she |
| 21 | | was in Drug Court at the meetings they have |
| 22 | | before Drug Court starts, but that was |
| 23 | | about the extent of it. |
| 24 | Q | What did you talk about Brianna Cornett in |
| 25 | | that conversation with Mr. Kinzer? |

1    A        It wasn't just with Mr. Kinzer, it was - -

2    Q        There is an ambulance going by. Go ahead.

3    A        It wasn't just with Mr. Kinzer, they was

4             people there. They was a judge and few of

5             the - - the people that was over Drug

6             Court, there was several people there and

7             they would get together and talk about how

8             people are doing in Drug Court, if the are

9             doing good or if they are doing bad or if

10            someone failed a drug test and stuff like

11            that.  It wasn't - - I never had a one-on-

12            one conversation with Robbie about her.

13   Q        Okay. Were you aware that Stacy Yates had

14            provided some messages and information

15            about Ben Fields behaving inappropriately

16            with Brianna Cornett and Sabrina Adkins,

17            and he provided that information to Robbie

18            Kinzer, were you aware of that?

19   A        No, I knew nothing about that.

20   Q        You have never spoken to Judge Craft or

21            Robbie Kinzer about that?

22   A        No.

23        **MS. BAXTER:** Those are all of the questions that

24        I have. I appreciate your time, Mr, Eckels.

25        Other people may have some questions.

1          **MR. WILLIAMS:** Mr. Fields my name is Jason

2      Williams and I represent Ben Fields and I don't

3      have any questions for you today.  Thank you.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

STATE OF KENTUCKY

COUNTY OF JOHNSON

I, Joey VanHoose, Stenographer and Notary Public, and for the State of Kentucky at Large, do certify that the foregoing deposition of Jason Eckels was taken at the place, on the date and for the purposes stated in the Caption and that the appearances were as noted herein.

FURTHER, I certify that that witness was duly sworn by me before testifying; that the testimony was reported by me in steno notes and electronically recorded; and thereafter, I constitute a true, correct and complete transcript of my said shorthand notes as could be heard and understood by me.

GIVEN under my hand at Paintsville, Kentucky, this 19th day of January, 2025.

My Commission Expires August 1, 2026.

_____

Joey VanHoose

KYNP53570