*Electronically Filed*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION
# CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| SABRINA ADKINS | )<br>)<br>) |
| AND | )<br>) |
| ESTATE OF JENNIFER HILL | )<br>) |
| PLAINTIFFS | )<br>) |
| V. | )<br>) **JOINT STATUS REPORT** |
| BEN FIELDS, Individually<br>And in his Official capacity as<br>a Deputy Sheriff with the<br>Letcher County Sheriff's Department, | )<br>)<br>)<br>)<br>) |
| EASTERN KENTUCKY CORRECTIONAL<br>SERVICES INC. | )<br>)<br>) |
| AND | )<br>) |
| MICKEY STINES, LETCHER COUNTY<br>SHERIFF | )<br>) |
| DEFENDANTS | ) |

    The parties, by and through counsel, hereby submit this joint status report consistent with the Court's directive as set out in its November 22, 2024. [DE No. 121].

    The parties advise that discovery is now complete, and the parties have a settlement conference with Magistrate Atkins scheduled for tomorrow at 10:00 a.m. The Letcher County Sheriff's Office filed a motion for summary judgment that is now fully briefed and awaiting decision from the Court.

1

Have seen and agreed:

/s/ Bethany N. Baxter_____
Joe F. Childers
Bethany N. Baxter
Childers & Baxter PLLC
COUNSEL FOR PLAINTIFFS

/s/ Jonathan Shaw *(by B. Baxter, with permission)*
Jonathan Shaw
 PORTER BANKS BALDWIN & SHAW PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS OFFICIAL CAPACITY AND
MICKEY STINES, LETCHER COUNTY
SHERIFF'S DEPARTMENT

/s/ Jason Williams *(by B. Baxter, with permission)*
Jason Williams
WILLIAMS & TOWE LAW GROUP, PLLC
COUNSEL FOR DEFENDANT
BEN FIELDS IN HIS INDIVIDUAL
CAPACITY


/s/ Bethany N. Baxter_____
JOE F. CHILDERS
BETHANY N. BAXTER

CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile:  (859) 258-9288
Joe@JChildersLaw.com
Bethany@JChildersLaw.com


**CERTIFICATE OF SERVICE**

2

I hereby certify that on April 28, 2025, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS
