UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

SABRINA ADKINS, and
JENNIFER HILL
                                                                        PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                                                          DEFENDANTS

---

## MOTION FOR SUMMARY JUDGMENT
---

    Comes the Defendant, Ben Fields, individually, by and through counsel, and pursuant to FRCP 56, hereby moves the Court for entry of Summary Judgment in his favor. As grounds for said Motion, there are no genuine issues of material fact, and thus Defendant is entitled to judgment as a matter of law. The Defendant files herewith a Memorandum in Law in support of his Motion for Summary Judgment.

                        Respectfully submitted,

                        Jason E. Williams, Esq.
                        Williams and Towe Law Group
                        303 S. Main Street
                        London, KY 40743
                        Telephone (606) 877-5291
                        jason@wftlaw.com
                        brandy@wftlaw.com


                    By:    /s/Jason E. Williams

        JASON E. WILLIAMS, Esq.
        *Counsel for Defendant, Ben Fields, individually.*

        /s/Jason E. Williams

## **CERTIFICATE OF SERVICE:**

  I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
jshaw@psbb-law.com

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Patty Stockham
Eastern Kentucky Corrections Services, Inc.
1319 Siloam Street
South Shore, KY 41175
pd.stockham@gmail.com

        /s/Jason E. Williams
        Jason E. Williams