UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

| | |
|---|---|
| SABRINA ADKINS, and JENNIFER HILL | PLAINTIFFS |
| V. | |
| BEN FIELDS, Individually | DEFENDANTS |

## ORDER GRANTING SUMMARY JUDGMENT

Defendants, Ben Fields, individually, having filed a Motion for Summary Judgment, Pursuant to Federal Rule of Civil Procedure 56 (c), and a Memorandum of Law, in support of said Motion, and the court being otherwise sufficiently advised, orders that:

The Defendant's Motion for Summary Judgment shall be granted as there are no genuine issues of material fact, or questions of law, which preclude Summary Judgment. A Judgment shall be entered in favor of Defendants consistent with this order. There being no just cause for delay, this is a final, and appealable order.

So ordered on this _____, day of _____, 2025.

_____
HON. JUDGE ROBERT E. WIER

**Distribution List:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com


Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com