| | |
|---|---|
| A | No, sir. |
| Q88 | Prior to your mother's passing, how long had it been since you'd seen her? |
| A | I believe it was around 2020. |
| Q89 | So, a lot of the facts or things going on in this case, you wouldn't really know anything about that. Is that accurate? |
| A | Yes, sir. |
| Q90 | Have you ever met Mickey Stines before? |
| A | Yeah; yeah, I've met him. |
| Q91 | How? In what circumstances have you met him? |
| A | I -- well, I wouldn't say we've shook hands, but I've seen him, you know, up around Letcher County. |
| Q92 | You recognize him as the -- |
| A | Yeah. |
| Q93 | -- Sheriff of -- |
| A | Yeah; I recognize, yeah. |
| Q94 | Did you ever know Ben Fields? |
| A | No, no, no. |
| Q95 | Were you around your mother at any time while she was on home incarceration? |
| A | No, sir; no. |



14

BILLY DWAYNE ADAMS:

    -- or she had lost custody or --

MR. SHAW:

    Yeah.

A    'Cause she was with us the whole time we grew up.

Q200    Oh, so, your grandmother lived in the --

A    Yeah.

Q201    -- house the whole time period.

A    Yeah, the whole time; yeah.

Q202    Was it your grandmother's house before it was your mom's house?

A    No, no. She -- my moth' -- my grandmother stayed with us. She just -- she couldn't get a job or anything, she couldn't take care of herself.

Q203    Do you have any idea what kind of damages you're looking for out of this case --

A    No, sir.

Q204    -- what kind of money?

A    No, sir; no.

Q205    Do you recall, was there a case you were involved in when you were younger?

A    Yes, a car accident.

28

| | |
|---|---|
| Q206 | A car accident. |
| A | Yeah. Yeah, I believe it was me and two of my siblings. |
| Q207 | I saw those petitions for minor settlements -- |
| A | Yes, sir. |
| Q208 | -- in 2013. |
| A | Yeah. |
| Q209 | Do you remember anything about that case or what happened? |
| A | It was a -- I remember the car accident but, no, I -- I don't remember the details of the case. |
| Q210 | Do you remember, was your mom injured in that car accident? |
| A | I remember she took a pretty good lick. |
| MR. SHAW: | Let's go off the record for one second. |
| (Reporter's Note: | Record stopped briefly resuming thereafter, as follows:) |
| Q211 | Did Chris Triplett ever make any comments or talk to you about this case? |
| A | Oh, no, sir; no, no. |

29