

8:54    LTE

Ben Fields

Sorry been out of service for a while got one arrested

U gonna conna by check my bracelet



I want to show u my favorite color

**Audio Call**
Tap to call again

I'm trying my damnest



JUN 22 .... PM

Lol if not can I have a couple

Delete    Restore

PLAINTIFFS_000072

**EXHIBIT**

**2**

1:03    LTE

< **Ben Fields**    📞 📹

Is that so

Wet

Listen I e have to work something out so I can enjoy my Life some fan sex floating water



Damn sorry

Accidentally hit the wrong button llmao

Listen I ayaye get what I want remem that



**Ben Fields**

Damn sorry

Accidentally hit the wrong button lmao

Listen u always get what I want remember that

 Lol damn I like that button

Absolutely

 But I am going to get it approved for u to see ur son tomorrow what time do u need to leave the house

See this is my real side IM a beautifull woman who I likes to fuck

 I would agree with both those statements lol

1 maybe 10 till I wished y would come watch him
Takes me forever to get him out of the house

I don't see nothing wrong with it

Do u



PLAINTIFFS_000074



PLAINTIFFS_000075





PLAINTIFFS_000077



PLAINTIFFS_000078



U can tell them that ur on house arrest and that u are coming to check in with me today to be served with it

And u probly can't do anything about ur stuff until it comes to court

Unfortunately yes

Ok ill call u shortly

PLAINTIFFS_000079



PLAINTIFFS_000080





PLAINTIFFS_000082

 Sabrina    Home

**Ben Fields**

**Sabrina Adkins**

Hey

Sep 15, 2021 12:56:54pm

**Sabrina Adkins**

Ben missed your call.

Sep 14, 2021 4:31:20pm

**Sabrina Adkins**

Hey

Sep 14, 2021 12:50:25pm

**Sabrina Adkins**

Hey

Sep 12, 2021 4:17:17pm

**Sabrina Adkins**

Hey

Sep 07, 2021 3:49:44pm

**Sabrina Adkins**

U must be busy

Sep 07, 2021 12:04:11am

**Sabrina Adkins**

Sep 06, 2021 11:27:34pm

EXHIBIT
Defendant's
Ex 7

 Sabrina    Home

My. Me

Sep 06, 2021 11:27:11pm

**Sabrina Adkins**

How late u working

Sep 06, 2021 10:56:31pm

**Sabrina Adkins**

Ok I'm coming from hazard to Isom

Sep 06, 2021 10:56:20pm

**Ben Fields**

Stay out of whites urg

Sep 06, 2021 10:40:56pm

**Sabrina Adkins**

Where at

Sep 06, 2021 10:28:32pm

**Sabrina Adkins**

Lord lord

Sep 06, 2021 10:28:29pm

**Sabrina Adkins**

When u ok g to get our

Sep 06, 2021 10:25:39pm

**Sabrina Adkins**

Well

Sep 06, 2021 10:25:23pm

 Sabrina    Home

Working road checks

Sep 06, 2021 10:03:59pm

**Sabrina Adkins**

Wrud

Sep 06, 2021 9:58:41pm

**Ben Fields**

Hey

Sep 06, 2021 9:48:37pm

**Sabrina Adkins**

Hello

Sep 06, 2021 9:29:33pm

**Sabrina Adkins**

Hey u

Sep 06, 2021 6:57:23pm

**Sabrina Adkins**

Whitesmith then Hazard

Sep 04, 2021 7:29:29pm

**Sabrina Adkins**

I just saw this

Sep 04, 2021 7:29:17pm

**Ben Fields**

Where u going to be later ?

Sep 04, 2021 3:32:20pm



When can u meet me
Sep 04, 2021 3:32:03pm

**Sabrina Adkins**

I know when can u meet me
Sep 04, 2021 3:30:39pm

**Ben Fields**

Get ur car fixed or u will be stuck
Sep 04, 2021 3:28:53pm

**Sabrina Adkins**

U look so good and I want u so bad but I have to hurry for him to look at my car
Sep 04, 2021 3:21:02pm

**Sabrina Adkins**

Be right there getting cigarette and gas that place was too crowded in hazard
Sep 04, 2021 3:05:42pm

**Ben Fields**

Courthouse
Sep 04, 2021 3:04:30pm

**Sabrina Adkins**

Wru
Sep 04, 2021 3:02:37pm

**Sabrina Adkins**

I think heater core
Sep 04, 2021 3:01:10pm

 Sabrina    Home

Whats wrong with it

Sep 04, 2021 2:56:31pm

**Ben Fields**

Thats not good

Sep 04, 2021 2:55:13pm

**Sabrina Adkins**

No something wrong with my car

Sep 04, 2021 2:54:33pm

**Ben Fields**

Ok lol just wondering i was going to meet u in isom if u was going back to hazard

Sep 04, 2021 2:53:59pm

**Sabrina Adkins**

Ison

Sep 04, 2021 2:53:41pm

**Sabrina Adkins**

I'm coming thru uson

Sep 04, 2021 2:53:36pm

**Sabrina Adkins**

Why

Sep 04, 2021 2:53:11pm

**Sabrina Adkins**

Back to Lexington tomorrow

Sep 04, 2021 2:53:01pm

PLAINTIFFS_000010

Sabrina    Home

Pikevilke drop some stuff off then hazard

Sep 04, 2021 2:52:37pm

**Ben Fields**

Where u heading after u leave whitesburg back to hazard ?

Sep 04, 2021 2:49:47pm

**Sabrina Adkins**

Lol

Sep 04, 2021 2:38:51pm

**Sabrina Adkins**

Always late

Sep 04, 2021 2:37:46pm

**Ben Fields**

Ok

Sep 04, 2021 2:28:21pm

**Sabrina Adkins**

I'm leaving hazard now

Sep 04, 2021 2:16:42pm

**Sabrina Adkins**

Rory wait till u see this phone

Sep 04, 2021 1:15:35pm

**Sabrina Adkins**

Ok

Sep 04, 2021 1:15:25pm

PLAINTIFFS_000011



Please

Sep 04, 2021 1:15:22pm

**Ben Fields**

I will be in whitesburg about 230 or 245

Sep 04, 2021 1:14:21pm

**Sabrina Adkins**

I'm almost ready

Sep 04, 2021 1:14:04pm

**Sabrina Adkins**

Hazard but coming that way

Sep 04, 2021 1:13:50pm

**Ben Fields**

Where u at

Sep 04, 2021 1:13:25pm

**Sabrina Adkins**

U want to meet and get this

Sep 04, 2021 1:12:15pm

**Ben Fields**

Hey

Sep 04, 2021 1:11:57pm

**Sabrina Adkins**

Hey

Sep 04, 2021 1:11:39pm



Hey

Sep 03, 2021 11:26:09pm

**Sabrina Adkins**

Hey

Sep 03, 2021 7:09:53pm

**Sabrina Adkins**

I slept all day

Sep 03, 2021 3:57:17pm

**Sabrina Adkins**

Hey
♥Sabrina Adkins

Sep 03, 2021 2:22:09pm

**Ben Fields**

Hey

Sep 03, 2021 10:26:37am

**Sabrina Adkins**

I promise I will do one or other I hate driving up there at night but I just got to Isom..but I don't like not getting to see u

Sep 02, 2021 9:42:21pm

**Sabrina Adkins**

Sep 02, 2021 9:39:34pm

**Ben Fields**

If u come through whitesburg this tonight just cut that box off and behind the court house is a large trailer with a large ɛ on it that runs all the time just lay it on that trailer somewhere and I will find it in the morning if not please take care of I can get it back

PLAINTIFFS_000013

 Sabrina    Home

**Sabrina Adkins**

But I will meet u anytime

Sep 02, 2021 9:28:52pm

**Sabrina Adkins**

My phone is almost gone

Sep 02, 2021 9:28:44pm

**Sabrina Adkins**

I got safe but yeah whenever u want me to be I'm in award

Sep 02, 2021 7:54:11pm

**Ben Fields**

Are u going to be in whitesburg any

Sep 02, 2021 7:30:26pm

**Ben Fields**

Lol no I need my box back

Sep 02, 2021 7:26:28pm

**Sabrina Adkins**

R u going to kill me

Sep 02, 2021 7:24:35pm

**Sabrina Adkins**

Yeah why

Sep 02, 2021 7:24:14pm

**Ben Fields**

Do u happen to have a pair if scissors

PLAINTIFFS_000014

Sabrina   Henne

**Ben Fields**

Lol that would be nice but I just need to rest it

Sep 02, 2021 7:19:08pm

**Sabrina Adkins**

I'm sorry want me to rub it

Sep 02, 2021 7:18:23pm

**Sabrina Adkins**

No I didn't know

Sep 02, 2021 7:18:16pm

**Ben Fields**

Just got home my neck has been bothering me today gave me a head ache did I tell u I have whiplash from being T b
last Friday lol

Sep 02, 2021 7:17:58pm

**Sabrina Adkins**

Wrud

Sep 02, 2021 7:15:38pm

**Ben Fields**

Hey

Sep 02, 2021 7:15:32pm

**Sabrina Adkins**

Hey

Sep 02, 2021 7:15:18pm

**Sabrina Adkins**

Yes I'm in hazard done been to see lawyer well tried and now at unemployment five

PLAINTIFFS_000015

 Sabrina    Home

**Ben Fields**

U done in court

Sep 02, 2021 1:20:18pm

**Sabrina Adkins**

Can we take this off

Sep 02, 2021 1:20:06pm

**Sabrina Adkins**

Wru

Sep 02, 2021 12:48:39pm

**Sabrina Adkins**

It will be a good one

Sep 02, 2021 12:19:20pm

**Sabrina Adkins**

And the good news is if my ex husband gets convicted of murder he has signed off to let me write a book

Sep 02, 2021 12:10:31pm

**Ben Fields**

Lol i would say so

Sep 02, 2021 12:09:44pm

**Sabrina Adkins**

If i wrote a book about my life no one would believe it

Sep 02, 2021 12:09:21pm

**Sabrina Adkins**

Right

Sep 02, 2021 12:08:33pm

PLAINTIFFS_000016

 Sabrina    Home

I have no idea

Sep 02, 2021 12:04:20pm

**Sabrina Adkins**

Tell me how is that real

Sep 02, 2021 12:04:04pm

**Sabrina Adkins**

Over at commonwealth attorney office and my attorney or the commonwealth attorney showed up

Sep 02, 2021 12:03:24pm

**Sabrina Adkins**

I wasn't even suppose to be in court

Sep 02, 2021 12:02:57pm

**Ben Fields**

U done in court

Sep 02, 2021 11:57:47am

**Ben Fields**

Hey

Sep 02, 2021 11:57:43am

**Sabrina Adkins**

Hey

Sep 02, 2021 11:55:53am

**Sabrina Adkins**

I'm sick of court

Sep 02, 2021 10:14:28am

PLAINTIFFS_000017

 Sabrina    Home

Yep down here in court

Sep 02, 2021 10:14:05am

**Sabrina Adkins**

U downstairs

Sep 02, 2021 10:13:51am

**Sabrina Adkins**

Yeah I was afraid they wasn't going thru .. and omg they r so slow today up here .. I got to run take shower got appt at at 1 over my unemployment.. then hopefully get to see u later lol

Sep 02, 2021 10:11:50am

**Ben Fields**

Yes just seen it have u made it

Sep 02, 2021 10:09:43am

**Sabrina Adkins**

Text

Sep 02, 2021 10:09:23am

**Sabrina Adkins**

Did U get my ur y

Sep 02, 2021 10:09:09am

**Ben Fields**

Yes

Sep 02, 2021 10:08:55am

**Sabrina Adkins**

U hey

Sep 02, 2021 10:07:58am

PLAINTIFFS_000018



Lol no ur good to come on in when u get here

Sep 01, 2021 7:13:09pm

**Sabrina Adkins**

I'm getting g. Something to drink then be right here

Sep 01, 2021 7:13:03pm

**Sabrina Adkins**

Ok r u arresting me

Sep 01, 2021 7:12:45pm

**Sabrina Adkins**

Ok

Sep 01, 2021 7:12:34pm

**Ben Fields**

Stay in ur vehicle until I tell u to the judge is still around

Sep 01, 2021 6:36:19pm

**Ben Fields**

When u get here let me know and I will let u know what door to come in

Sep 01, 2021 6:22:38pm

**Sabrina Adkins**

And in coning to collect lol

Sep 01, 2021 6:16:48pm

**Sabrina Adkins**

I feel like u owe me

Sep 01, 2021 6:15:47pm

 Sabrina    Home

Lol u do still owe me

Sep 01, 2021 6:04:46pm

**Ben Fields**

*This message was unsent*

Sep 01, 2021 6:04:31pm

**Sabrina Adkins**

I feel like if ur gonna put a collar on me we have to make it a good time

Sep 01, 2021 5:56:17pm

**Sabrina Adkins**

I was hoping something extra would come with it

Sep 01, 2021 5:56:17pm

**Ben Fields**

Lol

Sep 01, 2021 5:52:28pm

**Ben Fields**

For ur new collar that is

Sep 01, 2021 5:52:24pm

**Ben Fields**

Better be ready

Sep 01, 2021 5:51:51pm

**Sabrina Adkins**

U

Sep 01, 2021 5:43:02pm

PLAINTIFFS_000020



I can't wait to see in

Sep 01, 2021 5:43:00pm

**Ben Fields**

Ok sounds good becareful

Sep 01, 2021 5:42:42pm

**Sabrina Adkins**

Should be there in next hour but I will message when I get closer

Sep 01, 2021 5:42:33pm

**Ben Fields**

Ok how far out are u

Sep 01, 2021 5:42:31pm

**Sabrina Adkins**

I'm On my way!

Sep 01, 2021 5:42:19pm

**Ben Fields**

That just means u have feelings that u have to work thru be sure to msg me when ur on ur way

Sep 01, 2021 5:07:14pm

**Sabrina Adkins**

Then I felt like a sorry piece of shit I couldn't walk in funeral home when my oldest nephew died I hadn't been there sir brother died

Sep 01, 2021 4:51:42pm

**Sabrina Adkins**

Ben I literally have no family

Sep 01, 2021 4:49:49pm

PLAINTIFFS_000021



More so then u know

Sep 01, 2021 4:48:40pm

**Ben Fields**

Wow thats crazy

Sep 01, 2021 4:09:19pm

**Sabrina Adkins**

They couldn't even afford to bury him

Sep 01, 2021 1:47:09pm

**Sabrina Adkins**

And I knew u didn't want me in Letcher so I tried to stay away trying to get my head back straight it's been tough

Sep 01, 2021 1:46:49pm

**Sabrina Adkins**

Well after my nephew I had a hard time one of my other nephews killed his self and I was lost stayed with a friend in Lexington who use to be my best friend and her girlfriend.. she is so out there from meth it's crazy .. exposed to COVII listening g to Stacy's crazy ass .. drowning in self pity but doing better actually my 10 days was up yesterday and was thinking of calling them again but glad u reminded e about court .. I messaged u several times I didn't answer so I didn what to think

Sep 01, 2021 1:46:24pm

**Ben Fields**

Ur the one who disappeared lol

Sep 01, 2021 1:42:14pm

**Sabrina Adkins**

I swere it's good to hear from u

Sep 01, 2021 1:40:55pm

**Sabrina Adkins**

Have u missed me

PLAINTIFFS_000022

 Sabrina   Home

**Ben Fields**

Lol yep for court

Sep 01, 2021 1:38:30pm

**Sabrina Adkins**

U have to put me back on my dog collar

Sep 01, 2021 1:35:17pm

**Sabrina Adkins**

Sorry

Sep 01, 2021 1:35:03pm

**Sabrina Adkins**

Ben missed your video chat.

Sep 01, 2021 1:35:00pm

**Sabrina Adkins**

Talking to u especially

Sep 01, 2021 1:33:18pm

**Sabrina Adkins**

I've been worried sick .. I really have missed u

Sep 01, 2021 1:33:11pm

**Ben Fields**

Lol no I promise

Sep 01, 2021 1:21:41pm

**Sabrina Adkins**

Am I in trouble

PLAINTIFFS_000023



**Sabrina Adkins**

This evening is that ok 6 or 7

Sep 01, 2021 1:00:17pm

**Ben Fields**

What time do u think u would be here

Sep 01, 2021 12:50:18pm

**Ben Fields**

I need u to

Sep 01, 2021 12:50:07pm

**Sabrina Adkins**

Do u need or want me to come see u tonight lol

Sep 01, 2021 12:11:45pm

**Sabrina Adkins**

Oh ok I thought so but wasn't sure so where they put I had baggies and containers of meth they have to prove it or rat produce that stuff right

Sep 01, 2021 11:58:33am

**Ben Fields**

Lol oh a discovery hearing is where the commonwealth attorney has to provide all evidence they have against u to u a attorney

Sep 01, 2021 11:57:34am

**Sabrina Adkins**

And what is a discovery

Sep 01, 2021 11:56:24am

**Sabrina Adkins**

PLAINTIFFS_000024



**Sabrina Adkins**

I'm talking about u cause u wouldn't text me back

Sep 01, 2021 11:54:19am

**Ben Fields**

What happened

Sep 01, 2021 11:54:01am

**Ben Fields**

I'm sorry to hear that

Sep 01, 2021 11:53:56am

**Sabrina Adkins**

My feelings have been hurt.. I even ent I lost my best friend

Sep 01, 2021 11:53:08am

**Ben Fields**

Lol no im not mad

Sep 01, 2021 11:49:58am

**Sabrina Adkins**

U

Sep 01, 2021 11:49:53am

**Sabrina Adkins**

Bill called the other day I asked about I

Sep 01, 2021 11:49:49am

**Sabrina Adkins**

Sucks

PLAINTIFFS_000025

 Sabrina    Home

**Sabrina Adkins**

Between my phone and switching to that ebb or whatever to get it free .. my service Ickes

Sep 01, 2021 11:49:31am

**Sabrina Adkins**

Hadn't planned on it but I can be .I have t got one message from u . Hell I thought u was mad or something..

Sep 01, 2021 11:47:40am

**Ben Fields**

Never got any txt ive actually tried texting u a couple times ur court is in circuit tomorrow and its all in person so are u ¦ to be in whitesburg this evening?

Sep 01, 2021 11:41:33am

**Sabrina Adkins**

I texted u

Sep 01, 2021 11:29:13am

**Sabrina Adkins**

No but my phone quit working I bought another one and it about half works

Sep 01, 2021 11:28:41am

**Ben Fields**

I havnt had no calls from u did u get another number ?

Sep 01, 2021 11:27:38am

**Sabrina Adkins**

Yes al 9 am .. why haven't u answered e

Sep 01, 2021 11:26:28am

**Ben Fields**

Do u have court tomorrow ?

PLAINTIFFS_000026

 Sabrina    Home

**Sabrina Adkins**

Hey u

Sep 01, 2021 11:19:46am

**Ben Fields**

Hey

Sep 01, 2021 10:49:02am

**Ben Fields**

Got it

Aug 19, 2021 8:47:32pm

**Sabrina Adkins**

You sent an attachment.
https://www.facebook.com/rerogersfh/posts/4021056658005772

Aug 19, 2021 7:00:27pm

**Sabrina Adkins**

Jun 29, 2021 1:14:01pm

**Sabrina Adkins**

I'm gone

Jun 26, 2021 11:14:47pm

**Sabrina Adkins**

Jun 26, 2021 6:27:41pm

**Sabrina Adkins**

PLAINTIFFS_000027



Jun 26, 2021 6:27:11pm

**Sabrina Adkins**

Can u call me and explain about work release

Jun 24, 2021 8:23:26pm

**Sabrina Adkins**

I'm leaving mayking

Jun 23, 2021 10:04:11pm

**Sabrina Adkins**

I'm still mad at u

Jun 23, 2021 9:13:15am

**Sabrina Adkins**

Well guess ur not interested so I will leave u alone

Jun 22, 2021 11:31:25pm

**Sabrina Adkins**

Lol
♥Sabrina Adkins

Jun 22, 2021 10:35:24pm

**Sabrina Adkins**

Lol if not can I have a couple hours pass

Jun 22, 2021 10:34:52pm

**Ben Fields**

I'm trying my damnest

Jun 22, 2021 9:52:16pm

PLAINTIFFS_000028



Ben missed your call.

Jun 22, 2021 9:37:33pm

**Sabrina Adkins**

I want to show u my favorite color

Jun 22, 2021 9:19:54pm

**Sabrina Adkins**

Jun 22, 2021 9:18:32pm

**Sabrina Adkins**

U gonna come by check my bracelet

Jun 22, 2021 9:17:33pm

**Ben Fields**

Sorry been out of service for a while got one arrested

Jun 22, 2021 9:16:51pm

**Sabrina Adkins**

Don't make me have to get u over here I'm a hurry

Jun 22, 2021 8:44:04pm

**Sabrina Adkins**

Hey

Jun 22, 2021 8:43:41pm

**Sabrina Adkins**

Ben missed your call.

Jun 22, 2021 7:59:04pm

 Sabrina    Home

Wow nothing

Jun 22, 2021 7:56:36pm

**Sabrina Adkins**

Jun 22, 2021 7:52:37pm

**Sabrina Adkins**

He is getting ready to leave

Jun 22, 2021 7:24:37pm

**Ben Fields**

Lol I am

Jun 22, 2021 7:17:30pm

**Sabrina Adkins**

U better hurry fan. If u only knees

Jun 22, 2021 7:14:11pm

**Ben Fields**

I'm stuck at the hospital with one as soon as I get freed up from here ill call u

Jun 22, 2021 7:12:26pm

**Sabrina Adkins**

I'm so mad at u

Jun 22, 2021 7:10:44pm

**Ben Fields**

Hey

Jun 22, 2021 7:10:24pm



I don't like being ignored
Jun 22, 2021 6:42:43pm

**Sabrina Adkins**

Hey I'm home gonna jump in shower real quick I got a great razor
Jun 22, 2021 6:02:09pm

**Sabrina Adkins**

Hey
Jun 22, 2021 1:26:37pm

**Ben Fields**

Hey
Jun 22, 2021 1:16:32pm

**Sabrina Adkins**

Hey
Jun 22, 2021 12:38:30pm

**Sabrina Adkins**

Hey
Jun 22, 2021 11:19:35am

**Sabrina Adkins**

Hello
Jun 21, 2021 11:22:13pm

**Sabrina Adkins**

Dyestersay it keeps doing it
Jun 21, 2021 10:54:59pm

PLAINTIFFS_000031



Thats weird when did u charge last

Jun 21, 2021 9:44:05pm

**Sabrina Adkins**

I haven't left the house I
Was in. Bathroom

Jun 21, 2021 9:41:09pm

**Ben Fields**

Thats what happens when u get out if range when we don't have a 24 hour notice patty might call u if she does tell her
to get some drinking water

Jun 21, 2021 9:40:40pm

**Sabrina Adkins**

On my bracket it's first time it's ever done this

Jun 21, 2021 9:37:56pm

**Sabrina Adkins**

Are u buzzing me

Jun 21, 2021 9:37:38pm

**Sabrina Adkins**

Ur bracket is coming iff tomorrow I was told

Jun 21, 2021 9:19:53pm

**Sabrina Adkins**

And a challenge

Jun 21, 2021 9:19:15pm

**Sabrina Adkins**

Lol u just don't know u peak my interest is fucken much

Jun 21, 2021 9:19:11pm

PLAINTIFFS_000032

 Sabrina    Home

Lol I can tell

Jun 21, 2021 9:17:40pm

**Sabrina Adkins**

K

Jun 21, 2021 9:17:29pm

**Sabrina Adkins**

I told u I always get what I want

Jun 21, 2021 9:17:26pm

**Ben Fields**

Ok have a good night ill talk at u tomorrow

Jun 21, 2021 9:17:14pm

**Sabrina Adkins**

Do u think I wouldn't

Jun 21, 2021 9:17:05pm

**Sabrina Adkins**

I sure will

Jun 21, 2021 9:16:45pm

**Ben Fields**

Give me a call tomorrow before u leave out

Jun 21, 2021 9:16:31pm

**Sabrina Adkins**

Hell yeah going night I'm goin g to call check in my son and his dad and call it a night

Jun 21, 2021 9:16:00pm

 Sabrina    Home

Yes I am Inefore I
Get to my sons and I will shower again and use them listen ur going hot have to go get my bras I always have matchin
and pantries and he mismatched everyone

Jun 21, 2021 9:15:27pm

**Ben Fields**

Well I will talk to u about everything tomorrow in depth

Jun 21, 2021 9:15:26pm

**Sabrina Adkins**

Hope ur up to a good time

Jun 21, 2021 9:14:14pm

**Ben Fields**

Better go get those razors lol

Jun 21, 2021 9:14:11pm

**Sabrina Adkins**

Good

Jun 21, 2021 9:13:35pm

**Ben Fields**

Lol don't have to be sorry

Jun 21, 2021 9:13:07pm

**Sabrina Adkins**

Which gets me in trouble

Jun 21, 2021 9:12:53pm

**Sabrina Adkins**

Told u I'm honest

Jun 21, 2021 9:12:45pm

PLAINTIFFS_000034



Omg sorry

Jun 21, 2021 9:12:34pm

**Ben Fields**

Wow

Jun 21, 2021 9:12:03pm

**Sabrina Adkins**

I k wo and that is so hot my pussy is
Dripping

Jun 21, 2021 9:10:19pm

**Sabrina Adkins**

I'm goin to jail for
Molesting u tomorrow I don't know bring a
Tie

Jun 21, 2021 9:10:06pm

**Ben Fields**

Lol ok I will, and just remember im always watching

Jun 21, 2021 9:09:43pm

**Sabrina Adkins**

Lord I'm sorry

Jun 21, 2021 9:09:18pm

**Sabrina Adkins**

I'm submissive

Jun 21, 2021 9:09:05pm

**Sabrina Adkins**

PLAINTIFFS_000035



Jun 21, 2021 9:08:30pm

**Sabrina Adkins**

But I'm
Sending g him away tell him I have class

Jun 21, 2021 9:07:07pm

**Sabrina Adkins**

Ok yeah sounds good

Jun 21, 2021 9:06:51pm

**Ben Fields**

I will be in court most of the day but if u wanted to come by on ur way back from pikeville I should be free for a while

Jun 21, 2021 9:06:21pm

**Sabrina Adkins**

Lmaoq

Jun 21, 2021 9:06:15pm

**Sabrina Adkins**

To fix me

Jun 21, 2021 9:06:11pm

**Sabrina Adkins**

So u tell me how
Much time is it going to take u

Jun 21, 2021 9:05:49pm

**Sabrina Adkins**

I have to be at Mtn Comp at 2

Jun 21, 2021 9:05:27pm

Sabrina    Home

I better leave around 11 in case ur busy or it takes a min with u

Jun 21, 2021 9:04:52pm

**Sabrina Adkins**

I will how long will u need with me tomorrow

Jun 21, 2021 9:04:21pm

**Ben Fields**

Well good thing I like secrets.. let me know when u leave to go to the dollar store

Jun 21, 2021 9:03:39pm

**Sabrina Adkins**

Why do u think ever ex tried tol kill me they called me golden pussy

Jun 21, 2021 9:02:17pm

**Sabrina Adkins**

I don't give all my secrets away

Jun 21, 2021 9:01:39pm

**Sabrina Adkins**

U I do what I believe I will be like u make u wonder

Jun 21, 2021 9:01:22pm

**Sabrina Adkins**

I will try this
Phone is crazy

Jun 21, 2021 8:58:50pm

**Sabrina Adkins**

Ok I
Won't

Jun 21, 2021 8:58:39pm

PLAINTIFFS_000037



U want me to do goo
Then u may need
Little gifts show me I'm good but u like to be bad

Jun 21, 2021 8:58:31pm

**Ben Fields**

Lol well u better get dressed and don't press no more wrong buttons

Jun 21, 2021 8:58:21pm

**Sabrina Adkins**

Let me ask goody tuna I will
Text I standing
Here naked
Trying to be good

Jun 21, 2021 8:57:28pm

**Sabrina Adkins**

I swere fake
I would
Go
Driving and go
To
Water

Jun 21, 2021 8:57:02pm

**Ben Fields**

Just make it quick what time u leaving now?

Jun 21, 2021 8:56:40pm

**Sabrina Adkins**

Hell that's all I'm going to
Get apparently

Jun 21, 2021 8:56:21pm

**Sabrina Adkins**



Makes me feel like rewarded
For trying
Jun 21, 2021 8:56:00pm

**Sabrina Adkins**

Thank u listen I was in ja for
Almost ammo th
Jun 21, 2021 8:55:33pm

**Sabrina Adkins**

But u
Jun 21, 2021 8:55:18pm

**Sabrina Adkins**

Listen I would change my
Life it's had ups and downs but thank God right next w I'm prevailing and don't care
And don't care what anyone thinks
Jun 21, 2021 8:55:15pm

**Ben Fields**

I'll give u 20 mins
Jun 21, 2021 8:54:50pm

**Sabrina Adkins**

I swere he is
As
Needy as I
Am
Jun 21, 2021 8:54:07pm

**Sabrina Adkins**

He sits In car and texts women
Jun 21, 2021 8:53:48pm

**Sabrina Adkins**

PLAINTIFFS_000039

 Sabrina    Home

Jun 21, 2021 8:53:18pm

**Sabrina Adkins**

Take 5 min I will get dale to go when I go to mud oms

Jun 21, 2021 8:52:32pm

**Sabrina Adkins**

That's the advantages of being clean taking care of ur lard

Jun 21, 2021 8:52:09pm

**Sabrina Adkins**

And so sore can I run in dollar store get me a good razor few things so I feel like a woman again

Jun 21, 2021 8:51:44pm

**Ben Fields**

Thats y my ears are burning

Jun 21, 2021 8:51:17pm

**Sabrina Adkins**

I have been cussing u my ankle is so soirée

Jun 21, 2021 8:50:45pm

**Ben Fields**

And im sorry to hear about the stuff u went thru but u have to be strong and push on no matter what

Jun 21, 2021 8:47:38pm

**Ben Fields**

Lol I dont think I will hate u but I might be able to fix u up we will have to see

Jun 21, 2021 8:46:08pm

**Sabrina Adkins**



Hate me by the time
This is over I whine over
Everything I swere

Jun 21, 2021 8:44:47pm

**Sabrina Adkins**

Can't u out it in
My arm
I have tiny legs Thais thing weighs 190 pundit

Jun 21, 2021 8:43:59pm

**Sabrina Adkins**

So only pain during sex

Jun 21, 2021 8:43:01pm

**Sabrina Adkins**

Good ..
No o r will ever know he'll I went thru

Jun 21, 2021 8:42:46pm

**Sabrina Adkins**

Listen I only enjoy
Pain during ex
Does not bother me but I'm very sensitive with other parts that is why i didn't like to shoot g
Dope reminds me of my marriage to
Enos

Jun 21, 2021 8:42:10pm

**Ben Fields**

And I will have u stop by the court house to check it out and might be able to make it better

Jun 21, 2021 8:41:14pm

**Sabrina Adkins**

Absolutely

Jun 21, 2021 8:40:55pm

PLAINTIFFS_000041

 Sabrina    Home

I will see what I can do with ur bracelet tomorrow, when u go to leave pikeville give me a call

Jun 21, 2021 8:40:42pm

**Sabrina Adkins**

I
Just now comfortable enough today that to
Anyone

Jun 21, 2021 8:40:08pm

**Sabrina Adkins**

Lord I will never do dtugs again

Jun 21, 2021 8:39:38pm

**Sabrina Adkins**

If this makes a place on my legs it scars going to kill u
Lmao that is my best feature

Jun 21, 2021 8:39:25pm

**Ben Fields**

Lmao

Jun 21, 2021 8:38:54pm

**Sabrina Adkins**

Have a goodnight

Jun 21, 2021 8:38:50pm

**Sabrina Adkins**

Lol well I'm standing here naked forever

Jun 21, 2021 8:37:54pm

**Ben Fields**

Sounds like it lol

PLAINTIFFS_000042

 Sabrina    Home

**Sabrina Adkins**

Ur goi
G to file Prea

Jun 21, 2021 8:36:07pm

**Ben Fields**

Lol

Jun 21, 2021 8:36:07pm

**Sabrina Adkins**

LMao

Jun 21, 2021 8:36:00pm

**Sabrina Adkins**

Mice got to stop sorry I'm going to get a charge so

Jun 21, 2021 8:35:53pm

**Sabrina Adkins**

I won't lose myself In a man no more they will
Lose their selves in me lol

Jun 21, 2021 8:35:33pm

**Sabrina Adkins**

I've got
Shit to do and it I'm determined

Jun 21, 2021 8:34:25pm

**Sabrina Adkins**

When u worked at phone company if u was not
There by 15 till u was late

Jun 21, 2021 8:34:04pm

**Sabrina Adkins**

PLAINTIFFS_000043



Suck
But I won't be late listen u jump
His association

Jun 21, 2021 8:33:33pm

**Ben Fields**

I'm not sure y they do it

Jun 21, 2021 8:33:03pm

**Ben Fields**

I dont either but let's stay focused im going to get all this stuff put in, make sure that weds when u come in to check in to awfully late because then the doors get locked and lights kicked off and I will have to come out and let u in

Jun 21, 2021 8:32:53pm

**Sabrina Adkins**

Why do u think people do it

Jun 21, 2021 8:32:45pm

**Sabrina Adkins**

Don't ever do meth nut srx life
Will
Never be the same

Jun 21, 2021 8:32:33pm

**Sabrina Adkins**

Listen I m use to having it 8 hours a day

Jun 21, 2021 8:32:12pm

**Sabrina Adkins**

Do u

Jun 21, 2021 8:31:28pm

**Sabrina Adkins**

I don't see nothing wrong with it

PLAINTIFFS_000044

 Sabrina    Home

**Sabrina Adkins**

1 maybe 10 till I wished y would come watch him
Takes me forever to get him out of the house

Jun 21, 2021 8:31:06pm

**Ben Fields**

I would agree with both those statements lol

Jun 21, 2021 8:30:53pm

**Sabrina Adkins**

See this is my real side IM a beautiful woman who
Likes to fuck

Jun 21, 2021 8:30:18pm

**Ben Fields**

But I am going to get it approved for u to see ur son tomorrow what time do u need to leave the house

Jun 21, 2021 8:30:09pm

**Sabrina Adkins**

Absolutely

Jun 21, 2021 8:29:35pm

**Ben Fields**

Lol damn I like that button

Jun 21, 2021 8:29:22pm

**Sabrina Adkins**

Listen u always get what I want remember that

Jun 21, 2021 8:28:59pm

**Sabrina Adkins**

Sabrina    House

**Sabrina Adkins**

Damn sorry

Jun 21, 2021 8:28:22pm

**Sabrina Adkins**

Jun 21, 2021 8:28:12pm

**Sabrina Adkins**

Listen I e have to work something out so I can enjoy my
Life some tan sex floating water

Jun 21, 2021 8:07:14pm

**Sabrina Adkins**

Wet

Jun 21, 2021 8:06:06pm

**Ben Fields**

Is that so

Jun 21, 2021 8:04:49pm

**Sabrina Adkins**

Sorry si there
Is a ew charge but i swere
U would enjoy every sec of it

Jun 21, 2021 8:03:31pm

**Sabrina Adkins**

So u would be violated

Jun 21, 2021 8:02:53pm

 Sabrina    Home

I told u i am noy going back to jail wo sex im sure not having sex with dale

Jun 21, 2021 8:02:41pm

**Ben Fields**

What kind of back up

Jun 21, 2021 7:58:30pm

**Sabrina Adkins**

Have back up

Jun 21, 2021 7:58:18pm

**Ben Fields**

I'm always prepared lol

Jun 21, 2021 7:58:16pm

**Sabrina Adkins**

So u better be prepared

Jun 21, 2021 7:58:03pm

**Ben Fields**

Lmao

Jun 21, 2021 7:57:51pm

**Sabrina Adkins**

Hell no not
Wo sex I
Don't do girls u would be violated to the fullest of

Jun 21, 2021 7:57:06pm

**Sabrina Adkins**

Cause listen u show up to arrest me I promise I will have a rape charge

Jun 21, 2021 7:56:34pm

PLAINTIFFS_000047



Lmao i dont think there is such a place but if I find one ill take u there

Jun 21, 2021 7:56:20pm

**Sabrina Adkins**

I need to
Go
To
Rehab for sex

Jun 21, 2021 7:55:18pm

**Sabrina Adkins**

Fuck yeah two
Legged dope is my problem

Jun 21, 2021 7:55:10pm

**Ben Fields**

Lol I dont think that at all I just think u was in jail to long

Jun 21, 2021 7:54:49pm

**Sabrina Adkins**

Well
Going to
Be the one to change that wait and see

Jun 21, 2021 7:54:27pm

**Sabrina Adkins**

What about if u think I'm running does it just alert u that would be so hot but I know u think I'm a
Big whore

Jun 21, 2021 7:54:06pm

**Ben Fields**

Oh I think u will get over it most often when I show up at someone's house whos on house arrest that means there goi
jail lol

Jun 21, 2021 7:53:49pm

PLAINTIFFS_000048

 Sabrina    Home

Damn I'm so upset

Jun 21, 2021 7:53:02pm

**Ben Fields**

Me being able to stop by it looks like its going to be a busy evening

Jun 21, 2021 7:52:47pm

**Sabrina Adkins**

What do u mean

Jun 21, 2021 7:52:09pm

**Sabrina Adkins**

I'm done but he knows if I see him I can't say know

Jun 21, 2021 7:51:49pm

**Ben Fields**

Well I hate to be the bearer of bad news but its not looking promising

Jun 21, 2021 7:51:47pm

**Sabrina Adkins**

He would flip shit

Jun 21, 2021 7:51:29pm

**Sabrina Adkins**

I said u had Ben
Escort m s out I'm under house arrest

Jun 21, 2021 7:51:21pm

**Sabrina Adkins**

I k ow do u know how many times we do this and Sunday wanted me to come up
There

PLAINTIFFS_000049

 Sabrina    Home

**Ben Fields**

Well if u could have been able to live at the house in perkins br u could have just went around all day with just the brac lol

Jun 21, 2021 7:50:30pm

**Sabrina Adkins**

Yes I'm about to but damn I keep waiting on someone to stop by

Jun 21, 2021 7:49:46pm

**Sabrina Adkins**

I think on house arrest women should have. A day to tan get eye brows done

Jun 21, 2021 7:49:04pm

**Sabrina Adkins**

Good I haven't got to shave good cause it hurts with them cheap ones and my best feature is my legs

Jun 21, 2021 7:48:36pm

**Ben Fields**

Good thing u hadn't got in the shower yet lol

Jun 21, 2021 7:47:50pm

**Ben Fields**

Lol I can see u in the mirror in the cheap razor pic and I will try and get u a good one

Jun 21, 2021 7:47:27pm

**Sabrina Adkins**

So please bring. Me one

Jun 21, 2021 7:45:20pm

**Sabrina Adkins**

I use Gillette for sensitive skin

PLAINTIFFS_000050



**Sabrina Adkins**

Jun 21, 2021 7:44:41pm

**Sabrina Adkins**

Jun 21, 2021 7:44:18pm

**Ben Fields**

No ill take a look at the Razors lol

Jun 21, 2021 7:43:38pm

**Sabrina Adkins**

Sorry if I over stepped my boundaries

Jun 21, 2021 7:42:46pm

**Sabrina Adkins**

Well no reply

Jun 21, 2021 7:42:35pm

**Sabrina Adkins**

U want to see the razor but. Now and the razor he got me

Jun 21, 2021 7:40:52pm

**Sabrina Adkins**

I still have ur lighter

Jun 21, 2021 7:40:09pm

**Sabrina Adkins**

Well I'm getting in shower

PLAINTIFFS_000051

 Sabrina    Home

**Sabrina Adkins**

But damn be hard to do it sober I'm not a drinker u sure I can't have few beers if I go there
Lol

Jun 21, 2021 7:35:59pm

**Sabrina Adkins**

But listen I have been in a relationship all my life and if I
Have to take one for the team he'll I'm single

Jun 21, 2021 7:35:22pm

**Ben Fields**

I wont make anyone go there against there will lol

Jun 21, 2021 7:35:01pm

**Sabrina Adkins**

He is a perve and I get it but listen very forwards if I want to fuck u promise u will know it

Jun 21, 2021 7:34:34pm

**Sabrina Adkins**

Don't u dare make me go to Ben Meade

Jun 21, 2021 7:33:49pm

**Sabrina Adkins**

If the bracket ever came off it would be cause I' have become desperate for sex

Jun 21, 2021 7:33:25pm

**Sabrina Adkins**

Lmao he is a true girl snd I'm a nervous wreck around hi
But it also
Makes me feel needed he is goofy as hell and it works

Jun 21, 2021 7:32:52pm

**Ben Fields**

PLAINTIFFS_000052

 Sabrina    Home

Jun 21, 2021 7:31:37pm

**Ben Fields**

Its good to have someone u can fully trust

Jun 21, 2021 7:31:10pm

**Sabrina Adkins**

I swere u have no idea

Jun 21, 2021 7:28:24pm

**Sabrina Adkins**

Me and him would get high I knew I was safe here when I went to jail that night it scared him he hadn't done anything
both 20 days clean he was about to get kicked out of the box dr

Jun 21, 2021 7:27:58pm

**Sabrina Adkins**

Lmao he is the biggest whore but I have no body a d Stacy would put me out I. The rain. Sun

Jun 21, 2021 7:27:04pm

**Sabrina Adkins**

Well I
Don't like toys that much but listen if u think I would fuck Dale I'm putting. A bracelet on u

Jun 21, 2021 7:26:22pm

**Ben Fields**

Lol well u know what they say about sex either man or machine which ever gets the job done lmao

Jun 21, 2021 7:25:30pm

**Sabrina Adkins**

I
Have toys

Jun 21, 2021 7:24:50pm

 Sabrina    Home

Listen I'm
Not that desperate

Jun 21, 2021 7:24:45pm

**Sabrina Adkins**

No he does I do mine he is my brother truly

Jun 21, 2021 7:24:23pm

**Ben Fields**

Lol don't rape ol Dale he might kick u out

Jun 21, 2021 7:23:52pm

**Sabrina Adkins**

Damn see I need sex I will go to jail for rape next lmao

Jun 21, 2021 7:23:20pm

**Sabrina Adkins**

Lmao

Jun 21, 2021 7:22:46pm

**Sabrina Adkins**

Remember u have me grounded that is what Stacy's loves about me submissive

Jun 21, 2021 7:22:43pm

**Sabrina Adkins**

I have all the Time in the world

Jun 21, 2021 7:22:16pm

**Ben Fields**

Well I've got one arrest currently that I have to do Papworth on might not be able to there's alot of instructions might n
time

Jun 21, 2021 7:21:48pm

PLAINTIFFS_000054

 Sabrina   Home

Are u stopping to see me and tell me all the instructions I need to know
Jun 21, 2021 7:20:10pm

**Ben Fields**

Lol
Jun 21, 2021 7:19:28pm

**Sabrina Adkins**

Lol
Jun 21, 2021 7:19:14pm

**Sabrina Adkins**

U should've ok
Jun 21, 2021 7:19:09pm

**Ben Fields**

I was about to be in just boots up there that day after walking that hill lmao 🤣
Jun 21, 2021 7:18:14pm

**Sabrina Adkins**

That's not where the razor burn is
Jun 21, 2021 7:18:07pm

**Ben Fields**

U should enjoy life to the fullest and I like ur sock i dont see no razor burnt tho lol
Jun 21, 2021 7:17:39pm

**Sabrina Adkins**

He knew how hard I had it I have never been more comfortable with someone I told u I would walk around with just bo outside
Jun 21, 2021 7:17:33pm

PLAINTIFFS_000055

 Sabrina    Home

Honey me and Stacy really that is all we were

Jun 21, 2021 7:16:54pm

**Sabrina Adkins**

So I enjoy sec an sim not a white I was with 5 guys after my Adonis was born including Stacy my son is raised why no

Jun 21, 2021 7:16:40pm

**Sabrina Adkins**

I am now living my life I was 36 before I had sex lifeboat he cheated on me all the time first time was when our son wa

Jun 21, 2021 7:15:55pm

**Sabrina Adkins**

👍Ben Fields

Jun 21, 2021 7:14:22pm

**Ben Fields**

Lol ur funny

Jun 21, 2021 7:13:34pm

**Sabrina Adkins**

U come feel it lol

Jun 21, 2021 7:13:12pm

**Sabrina Adkins**

Sorry I I
Wasn't done hold on

Jun 21, 2021 7:13:06pm

**Sabrina Adkins**

My brother use to get arrested all time and I always worried and I told hom

PLAINTIFFS_000056

 Sabrina    Home

**Ben Fields**

Well hopefully I won't have to ever cuff u

Jun 21, 2021 7:12:49pm

**Ben Fields**

I dont want to be a pain but can u send me a pic of the bottom end of the bracelet so I can make sure there's nothing s
the bottom shorting it out or u can just feel down there

Jun 21, 2021 7:12:37pm

**Sabrina Adkins**

Listen I have never been handicap when I was took to jail either here or pike

Jun 21, 2021 7:12:08pm

**Ben Fields**

I hope ur not going to run lol I hate to have to arrest u and I promise ur no burden lol

Jun 21, 2021 7:11:03pm

**Sabrina Adkins**

That tattoo Is for my brother has his intaitls

Jun 21, 2021 7:10:37pm

**Sabrina Adkins**

And making a difference instead of being g. A burden

Jun 21, 2021 7:09:28pm

**Sabrina Adkins**

That's ok listen I'm. It going to run if u want to talk ride down finally me

Jun 21, 2021 7:09:13pm

**Ben Fields**

Ment

PLAINTIFFS_000057

Sabrina    Home

**Ben Fields**

That pic was not mentioned for u sorry lol

Jun 21, 2021 7:08:25pm

**Sabrina Adkins**

Jun 21, 2021 7:08:05pm

**Ben Fields**

*This message was unsent*

Jun 21, 2021 7:08:02pm

**Ben Fields**

Bracelet i mean

Jun 21, 2021 6:54:14pm

**Ben Fields**

Send me a pic of ur back

Jun 21, 2021 6:53:54pm

**Sabrina Adkins**

You called Ben.

Jun 21, 2021 6:51:18pm                                    Duration: 9 (

**Sabrina Adkins**

Ben missed your video chat.

Jun 21, 2021 6:41:30pm

**Ben Fields**

Give me a call

PLAINTIFFS_000058

 Sabrina    Home

**Sabrina Adkins**

Hey

Jun 21, 2021 6:09:50pm

**Ben Fields**

Hey

Jun 21, 2021 6:09:01pm

**Sabrina Adkins**

U

Jun 20, 2021 6:19:10pm

**Sabrina Adkins**

Thank I

Jun 20, 2021 6:19:08pm

**Ben Fields**

Lmao

Jun 20, 2021 6:19:04pm

**Sabrina Adkins**

Lol

Jun 20, 2021 6:18:59pm

**Sabrina Adkins**

Ruined my social life with razor burn and ankle raw

Jun 20, 2021 6:18:58pm

**Ben Fields**

Works the best not breast sorry let me see what I can do

Jun 20, 2021 6:18:54pm

PLAINTIFFS_000059

 Sabrina Home

This county is going to be the death of me lol

Jun 20, 2021 6:18:32pm

**Sabrina Adkins**

I can't go get any lol thank u I'm a crybaby

Jun 20, 2021 6:18:22pm

**Ben Fields**

Kinda, from what it looks like it it loose enough to slide up and down cause it to make raw and blister, high top socks lil socks will help, but gauze wrap works the breast

Jun 20, 2021 6:16:58pm

**Sabrina Adkins**

Is that normal

Jun 20, 2021 6:13:32pm

**Sabrina Adkins**

Jun 20, 2021 6:12:31pm

**Sabrina Adkins**

Jun 20, 2021 6:12:18pm

**Sabrina Adkins**

Jun 20, 2021 6:12:05pm

**Ben Fields**

Ok

PLAINTIFFS_000060

 Sabrina    Home

**Sabrina Adkins**

1

Jun 20, 2021 5:55:39pm

**Ben Fields**

How much slack do u have between the band and leg like how many fingers can u fit between tha band and ur leg whe
slacked

Jun 20, 2021 5:55:15pm

**Sabrina Adkins**

I don't have any gauze

Jun 20, 2021 5:45:34pm

**Sabrina Adkins**

Please check it

Jun 20, 2021 5:45:26pm

**Sabrina Adkins**

I can't walk wo a sock

Jun 20, 2021 5:45:18pm

**Ben Fields**

I might be able to tighten it up to were it doesn't slide down to u ankle, but not sure

Jun 20, 2021 5:45:17pm

**Sabrina Adkins**

I have tiny bird legs it's just heavy I think

Jun 20, 2021 5:45:08pm

**Sabrina Adkins**

PLAINTIFFS_000061



Jun 20, 2021 5:43:40pm

**Ben Fields**

Ok I would just try and wrap it up with something if it keeps up msg me and let me know and may have to loosen the b some depending on how tight it is

Jun 20, 2021 5:43:09pm

**Sabrina Adkins**

I think just raw

Jun 20, 2021 5:39:56pm

**Ben Fields**

Is it tight or just rubbing ur ankle raw ?

Jun 20, 2021 5:39:32pm

**Ben Fields**

U can

Jun 20, 2021 5:32:56pm

**Sabrina Adkins**

Are u busy can I call

Jun 20, 2021 5:32:41pm

**Sabrina Adkins**

Happy Fathers Day

Jun 20, 2021 5:31:51pm

**Sabrina Adkins**

That's ok I talked to patty I wanted to run to dollar store get some razor u should see what he brought back o have raz but she said only Wednesday

Jun 20, 2021 5:31:44pm

**Ben Fields**



Jun 20, 2021 5:30:12pm

**Sabrina Adkins**

Ben missed your call.

Jun 20, 2021 1:33:34pm

**Sabrina Adkins**

Hey my number is +16062336747 I tried to call u

Jun 19, 2021 5:39:26pm

**Sabrina Adkins**

I talked to Patty she said I couldn't go to Walmart but I think Dale is going to run and get my min

Jun 19, 2021 2:19:44pm

**Sabrina Adkins**

And do u have any secrets this thing is rubbing my ankle raw

Jun 19, 2021 1:19:13pm

**Sabrina Adkins**

Hey did u find out he has to go to work and was going to run me down there real quick

Jun 19, 2021 1:18:53pm

**Sabrina Adkins**

Ben missed your call.

Jun 19, 2021 1:18:05pm

**Sabrina Adkins**

The video chat ended.

Jun 19, 2021 12:34:23pm

Duration: 1

**Ben Fields**

 Sabrina    Home

Jun 19, 2021 12:02:08pm

**Ben Fields**

Lol its ok

Jun 19, 2021 12:20:52pm

**Sabrina Adkins**

Sorry I keep doing that

Jun 19, 2021 12:20:01pm

**Sabrina Adkins**

The video chat ended.

Jun 19, 2021 12:19:54pm

Duration: 1

**Sabrina Adkins**

You can now message and call each other and see info like Active Status and when you've read messages.

Jun 19, 2021 12:19:38pm

**Sabrina Adkins**

Hey I got this and I'm home with my phone and Dale is going to get kin for my phone

Jun 19, 2021 12:19:38pm

**Ben Fields**

This is ben let me know when u get this

Jun 18, 2021 6:48:15pm

Generated by Sabrina Adkins on Thursday, June 2, 2022 at 4:41 PM UTC-04:00
Contains data from June 2, 2021 at 10:49 AM to June 2, 2022 at 4:37 PM

PLAINTIFFS_000064

**Messages exported from: Ska (2) (+1 (606) 233-6747)**
**With: Ben (6063355541)**
PDF created with Decipher TextMessage (deciphertools.com)

**12/17/2021 3:20 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 3:31 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 3:32 PM**

Ben (6063355541)

No im at the high school

**12/17/2021 3:32 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 3:32 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 3:33 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 4:00 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 4:01 PM**

Ben (6063355541)

Its not they are looking for someone

**12/17/2021 4:01 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**12/17/2021 4:01 PM**
Ska (2) (+1 (606) 233-6747)

Lord

Message not delivered.

**12/17/2021 4:06 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**1/11/2022 12:50 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

**1/11/2022 12:50 PM (Viewed 1/11/2022 12:52 PM)**

Ben (6063355541)

Hey whatcha doing

**1/11/2022 12:52 PM**
Ska (2) (+1 (606) 233-6747)

[message illegible]

1

**1/11/2022 12:52 PM**

Ben (6063355541)

Whats going on

**1/11/2022 1:12 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

**1/11/2022 1:12 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

**1/11/2022 1:12 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

**1/11/2022 1:14 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

**1/11/2022 2:50 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

**1/11/2022 2:50 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

1/11/2022 4:40 PM (Viewed 1/11/2022 4:41 PM)

Ben (6063355541)

Hey

**1/11/2022 4:41 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

1/11/2022 4:50 PM (Viewed 1/11/2022 4:53 PM)

Ben (6063355541)

Can u call

**1/11/2022 6:38 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

**1/11/2022 8:14 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

1/11/2022 8:15 PM (Viewed 1/11/2022 8:21 PM)

Ben (6063355541)

Hey sorry I missed ur call im in a meeting at the moment u ok

**1/11/2022 8:22 PM**
Ska (2) (+1 (606) 233-6747)

[illegible]

PLAINTIFFS_000066

**1/11/2022 8:22 PM**
Ska (2) (+1 (606) 233-6747)

███████████████████████████████

**1/11/2022 8:51 PM (Viewed 1/11/2022 9:17 PM)**

Ben (6063355541)

Yes

**1/11/2022 9:57 PM**
Ska (2) (+1 (606) 233-6747)

███████████████████████████████

**1/11/2022 9:58 PM**
Ska (2) (+1 (606) 233-6747)

Sorry

**1/12/2022 1:02 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/12/2022 1:02 PM**

Ben (6063355541)

Hey

**1/12/2022 1:29 PM**
Ska (2) (+1 (606) 233-6747)

Wradi

**1/12/2022 1:30 PM (Viewed 1/12/2022 1:33 PM)**

Ben (6063355541)

Court stuff what about u

**1/12/2022 1:34 PM**
Ska (2) (+1 (606) 233-6747)

███████████████████████████████

**1/12/2022 1:34 PM (Viewed 1/12/2022 1:37 PM)**

Ben (6063355541)

Ok

**1/12/2022 1:37 PM**
Ska (2) (+1 (606) 233-6747)

███████████████████████████████

**1/12/2022 1:37 PM**
Ska (2) (+1 (606) 233-6747)

███████████████████████████████

**1/12/2022 1:38 PM**

Ben (6063355541)

Co attorneys office

**1/12/2022 1:38 PM**
Ska (2) (+1 (606) 233-6747)

iok

**1/12/2022 1:38 PM**
Ska (2) (+1 (606) 233-6747)

███████████████████████████████

PLAINTIFFS_000067

**1/12/2022 1:48 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 1:48 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 1:53 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 1:54 PM (Viewed 1/12/2022 2:00 PM)**

Ben (6063355541)

U can tell them that ur on house arrest and that u are coming to check in with me today to be served with it

**1/12/2022 1:54 PM (Viewed 1/12/2022 2:00 PM)**

Ben (6063355541)

And u probly can't do anything about ur stuff until it comes to court

**1/12/2022 2:01 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 2:02 PM (Viewed 1/12/2022 2:33 PM)**

Ben (6063355541)

Unfortunately yes

**1/12/2022 2:33 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 2:39 PM (Viewed 1/12/2022 2:40 PM)**

Ben (6063355541)

Ok ill call u shortly

**1/12/2022 2:40 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 4:50 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 4:50 PM**

Ben (6063355541)

I will

**1/12/2022 4:51 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 6:27 PM (Viewed 1/12/2022 7:29 PM)**

Ben (6063355541)

Hey

**1/12/2022 7:30 PM**
Ska (2) (+1 (606) 233-6747)

**1/12/2022 7:32 PM (Viewed 1/12/2022 7:37 PM)**

Ben (6063355541)

Hey

**1/13/2022 1:49 AM (Viewed 1/13/2022 1:50 AM)**

Ben (6063355541)

I need u to call me in the morning when u head this way

**1/13/2022 10:33 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/13/2022 10:48 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/14/2022 8:53 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/14/2022 5:47 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/14/2022 6:25 PM**
Ska (2) (+1 (606) 233-6747)

When should I come

**1/14/2022 7:20 PM**
Ska (2) (+1 (606) 233-6747)

More service

**1/16/2022 6:41 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/17/2022 1:09 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/17/2022 3:08 PM (Viewed 1/17/2022 3:09 PM)**

Ben (6063355541)

Hey ill call u back in just a lil bit

**1/17/2022 3:09 PM**
Ska (2) (+1 (606) 233-6747)

ok Keith house address

**1/17/2022 3:27 PM**
Ska (2) (+1 (606) 233-6747)

Keith his self don't have a warrant Ben when he going on

**1/17/2022 5:33 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/17/2022 7:09 PM**
Ska (2) (+1 (606) 233-6747)

Why didn't u call me back

PLAINTIFFS_000069

**1/18/2022 9:35 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/18/2022 2:45 PM**
Ska (2) (+1 (606) 233-6747)

Hey. If mine own was gonna see if I have a dr to come see u or if the judge see what's going on pike county and I have no warrant, please. Please call to me

**1/18/2022 2:45 PM**
Ska (2) (+1 (606) 233-6747)

My bracelet on for a month, I'm out trying for u in the ER ... I think I might have pneumonia

**1/18/2022 3:52 PM**
Ska (2) (+1 (606) 233-6747)

I'm at courthouse

**1/19/2022 9:30 AM**
Ska (2) (+1 (606) 233-6747)

Hey, I'm trying to get a 7 AM job, I have a ride to see if I can do zoom

**1/19/2022 11:09 AM**
Ska (2) (+1 (606) 233-6747)

Hey, u turn it do I don't know where to do

**1/19/2022 11:35 AM**
Ska (2) (+1 (606) 233-6747)

I'm just am trying to reach u, u know u would know on if u been calling u, u tick Kitty

**1/20/2022 8:12 AM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/20/2022 8:19 AM**
Ska (2) (+1 (606) 233-6747)

What's the number

**1/20/2022 3:38 PM**
Ska (2) (+1 (606) 233-6747)

Hello

**1/21/2022 12:42 AM**
Ska (2) (+1 (606) 233-6747)

Hey, they reach had until I some ask to go get my stuff for Stacy

**1/21/2022 12:45 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/22/2022 1:35 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/22/2022 1:48 PM**
Ska (2) (+1 (606) 233-6747)

Hello, although u was coming to check my bracelet today

**1/22/2022 7:33 PM**
Ska (2) (+1 (606) 233-6747)

Hello

**1/23/2022 5:26 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/23/2022 5:47 PM**
Ska (2) (+1 (606) 233-6747)

Hey I'm gonna to fill stuff I can against Gary like use and

**1/24/2022 1:27 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/24/2022 3:44 PM**
Ska (2) (+1 (606) 233-6747)

Sorry I'm store grocery shopping I will call back, songs where t1n went been

**1/24/2022 8:19 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/25/2022 12:30 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/25/2022 1:47 PM**
Ska (2) (+1 (606) 233-6747)

Hey

**1/25/2022 1:49 PM**
Ska (2) (+1 (606) 233-6747)

Hello

**1/26/2022 2:45 PM**
Ska (2) (+1 (606) 233-6747)

Hey

97 total messages and 0 total images.

PLAINTIFFS_000071