

**KENTUCKY COURT OF JUSTICE**

22-CR-00216

### COMMONWEALTH VS. FIELDS, BEN PIF/SF

**LETCHER CIRCUIT COURT**
Filed on **09/29/2022** as **CIRCUIT CRIMINAL** with **HON. JAMES W. CRAFT II**
Disposition on **01/17/2024** by **HON. EDDY COLEMAN**
**** NOT AN OFFICIAL COURT RECORD ****

---

## Parties  22-CR-00216

**FIELDS, BEN PIF/SF** as **DEFENDANT / RESPONDENT**
DOB: **01/02/1986**   Race: **W** Sex: **M** Hispanic: **N**

**Address**
7868 HWY 931 SOUTH
WHITESBURG KY 41858

**EASTER, MATT** as **COMPLAINING WITNESS**

**Address**
DETECTIVE, OFFICE OF ATTORNEY GENERAL

**COCANOUGHER, JAMES** as **SPECIAL PROSECUTOR**

**Address**
OFFICE OF ATTORNEY GENERAL
1024 CAPITAL CENTER DRIVE
FRANKFORT KY 40601

**OWENS, STEPHEN W** as **ATTORNEY-PRIVATE**

**Address**
ATTORNEY AT LAW
PO BOX 1426
PIKEVILLE KY 41502

**WHALEY, BARBARA, ****** as **COMMONWEALTH'S ATTORNEY**

**Address**
SPECIAL PROSECUTOR--OAG
1024 CAPITAL CTR DR
FRANKFORT KY 40601

**COLEMAN, EDDY ****** as **JUDGE**

**Address**
PIKE CIRCUIT JUDGE
175 MAIN ST
PIKEVILLE KY 41501

**HON. JUDGE KENNY PROFITT** as **MEDIATOR**

**Address**
1160 BIG ANDY RIDGE
ROGERS KY 41365

---

## Charges  22-CR-00216

### RAPE, 3RD DEGREE - 510.060

CHARGE 1 ORIGINAL 0111650
Charged on **09/29/2022** by citation **NA**

**GUILTY** Disposition on **01/17/2024** by **NO TRIAL**
Sentenced on **01/17/2024** cost amount of **$165.00**
PRISON: **4 yrs 12 mos** ( **4 yrs 6 mos** Suspended) SUPERVISED PROBATION: **5 yrs**

*COUNTS 1,5, 7, & 8 TO RUN CONCUR TO EACH OTHER BUT CONSECU TO COUNT 3 FOR TOTAL OF 7 YRS. DEF SERVE 6 MO IN JAIL. PAY SF/DTF OF $10/MO, COMPLETE OUTPATIENT SEX OFFEND TREATMENT. SEE JUDGMENT FOR MORE*

**RAPE, 3RD DEGREE - 510.060**
  CHARGE 2 ORIGINAL 0111650
  Charged on **09/29/2022** by citation **NA**

  **DISMISSED** Disposition on **01/17/2024** by **NO TRIAL**

**SODOMY, 3RD DEGREE - 510.090**
  CHARGE 3 ORIGINAL 0112050
  Charged on **09/29/2022** by citation **NA**

  **GUILTY** Disposition on **01/17/2024** by **NO TRIAL**
  Sentenced on **01/17/2024**
  PRISON: **2 yrs** ( **2 yrs** Suspended) SUPERVISED PROBATION: **5 yrs**
  *SEE COUNT 1 FOR CONDITIONS*

**SODOMY, 3RD DEGREE - 510.090**
  CHARGE 4 ORIGINAL 0112050
  Charged on **09/29/2022** by citation **NA**

  **DISMISSED** Disposition on **01/17/2024** by **NO TRIAL**

**TAMPERING W/PRISONER MONITORING DEVICE - 519.070**
  CHARGE 5 ORIGINAL 0026360
  Charged on **09/29/2022** by citation **NA**

  **GUILTY** Disposition on **01/17/2024** by **NO TRIAL**
  Sentenced on **01/17/2024**
  PRISON: **5 yrs** ( **5 yrs** Suspended) SUPERVISED PROBATION: **5 yrs**

**TAMPERING W/PRISONER MONITORING DEVICE - 519.070**
  CHARGE 6 ORIGINAL 0026360
  Charged on **09/29/2022** by citation **NA**

  **DISMISSED** Disposition on **01/17/2024** by **NO TRIAL**

**TAMPERING W/PRISONER MONITORING DEVICE - 519.070**
  CHARGE 7 ORIGINAL 0026360
  Charged on **09/29/2022** by citation **NA**

  **GUILTY** Disposition on **01/17/2024** by **NO TRIAL**
  Sentenced on **01/17/2024**
  PRISON: **5 yrs** ( **5 yrs** Suspended) SUPERVISED PROBATION: **5 yrs**

**PERJURY-2ND DEGREE - 523.030**
  CHARGE 8 ORIGINAL 0026300
  Charged on **09/29/2022** by citation **NA**

  **GUILTY** Disposition on **01/17/2024** by **NO TRIAL**
  Sentenced on **01/17/2024**
  JAIL: **12 mos** ( **12 mos** Suspended) SUPERVISED PROBATION: **5 yrs**

## Documents                                                              22-CR-00216

**ORDER CERTIFYING NEED FOR SPECIAL JUDGE** entered on **09/29/2022**
  *ORDER CERTIFYING NEED FOR SPECIAL JUDGEFAX:JUDGE EDDY COLEMAN*

**SEARCH WARRANT** filed on **09/29/2022**
  *USER DATE FOR BEN FIELDS*

**SEARCH WARRANT** filed on **09/29/2022**
  *USER DATA FOR BRIANNA ASHTON 505*

**SEARCH WARRANT** filed on **09/29/2022**
  *USER DATA FOR BREENADAMBELLANLUKE. MASON*

**SEARCH WARRANT** filed on **09/29/2022**
  *USER DATA FOR PHONE (606) 335-5541*

**SEARCH WARRANT** filed on **09/29/2022**
  *USER DATA FOR SABRINA ADKINS7*

**INDICTMENT** filed on **09/29/2022**

**ORDER TO ASSIGN SPECIAL JUDGE** entered on **09/30/2022**
*HON JUDGE EDDY COLEMAN IS ASSIGNED SPECIAL JUDGE IN THIS CASEFCM:M . R. WATTS, HON JUDGE COLEMANHD: HON JUDGE JAMES W. CRAFT II*

**ORDER SETTING TRIAL / HEARING** entered on **09/30/2022**
*ARR - 10/5/22 @ 10AM VIA ZOOM. MEETING ID 931-961-4987FCM:M.R. WA TTS, HON JUDGE EDDY COLEMAN, BEN FIELDS*

**NOTICE OF FILING** filed on **10/13/2022**

**CALENDAR ORDER** entered on **10/17/2022**
*PC - 2/10/23 @ 11A VIA ZOOM*

**ORDER OF ARRAIGNMENT - NOT GUILTY PLEA** entered on **10/17/2022**
*PC - 2/10/23 @ 11AM VIA ZOOM 931- 961-4987FCM:STEPHEN OWENS, BARBA RA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMAN*

**RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **11/18/2022**

**ORDER OF CONTINUANCE** entered on **03/30/2023**
*FINAL PRETRIAL - 5/19/23 @ 11AFC M:STEVE OWENS, BARBARA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMAN*

**EXHIBIT** filed on **05/12/2023**

**RESPONSE** filed on **05/12/2023**

**CALENDAR ORDER** entered on **05/25/2023**

**ORDER - OTHER** entered on **06/05/2023**
*MOTION TO DISMISS AND MOTION TO SUPRESS ARE DENIED. PRETRIAL RESET FOR 8/4/23FCM:BARBARA WHALEY, STE VE OWENS, BEN FIELDS, JUDGE COLEMAN*

**ORDER OF CONTINUANCE** entered on **06/05/2023**
*PC - 8/4/23 VIA ZOOMFCM:BARBARA WHALEY, STEVE OWENS, BEN FIELDS, JUDGE COLEMAN*

**ORDER OF CONTINUANCE** entered on **08/02/2023**
*PC - 9/15/23 @ 11AMFCM:BARBARA W HALEY, STEVE OWENS, DEF, HON JUDGE EDDY COLEMAN*

**REQUEST FOR FELONY MEDIATION PROGRAM** filed on **08/08/2023**

**ORDER - OTHER** entered on **08/16/2023**
*PC - 9/15/23 @ 11 VIA ZOOMFCM:ST EVE OWENS, BARBARA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMAN*

**ORDER SETTING TRIAL / HEARING** entered on **08/25/2023**
*MEDIATION TO TAKE PLACE ON 8/31/23 @ 12 NOON IN WOLF COUNTY JUDICIAL CTR, CAMPTONFCM:BARBARA WHALEY, STEVE OWENS, BEN FIELDS, HON. KENNY PROFITT, HON. JUDGE EDDY COLEMAN*

**CALENDAR ORDER** entered on **09/20/2023**
*MEDIATION - 9/28/23*

**JUDGMENT / SENTENCE - PLEA OF GUILTY** entered on **10/25/2023**

**ORDER OF SEX OFFENDER RISK DETERMINATION** entered on **10/25/2023**
*FCM:STEVE OWENS, BARBARA WHALEY, DEFEMAIL: SORA*

**CALENDAR ORDER** entered on **10/25/2023**
*SE - 1/4/24 @ 2P*

**COMMONWEALTH OFFER ON A PLEA OF GUILTY** filed on **10/25/2023**

**MEDIATION OUTCOME** filed on **10/25/2023**
*CASE SETTLED*

**CALENDAR ORDER** entered on **01/09/2024**
*VIDEO LOG WITH EMAILS*

**JUDGMENT / SENTENCE - PLEA OF GUILTY** entered on **01/17/2024**
*FCM:STEVE OWENS, BARBARA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMAN DB:PROBATION & PAROLEEMAIL: ROE DERER*

**ORDER RESTRAINING (FOLLOWING STALKING CONVICTION)** entered on **01/17/2024**
*PROTECTION ORDER IS GRANTED, NO CONTACT WITH DEF IN ANY MANNER.. ORDER SHALL EXPIRE ON 10/2/2033FCM: BEN FIELDS, BRIANNA CORNETT, BARBARA WHALEY, STEVE OWENS, JUDGE COLEMAN*

**ORDER TO REGISTER SEX OFFENDER** entered on **01/17/2024**
*KSP SORA, BEN FIELDSDB:PROBATION & PAROLE*

**ORDER OF PROBATION** entered on **01/17/2024**
*ORDER OF PROBATION WITH ALTERNATIVE SENTENCINGFCM:STEVE OWENS, BAR BARA WHALEY, BEN FIELDS, HON JUDGE EDDY COLEMANDB:PROBATION & PARO LEEMAIL: ROEDERER*

**ORDER RESTRAINING (FOLLOWING STALKING CONVICTION)** entered on **01/24/2024**
*PROTECTION ORDER IS GRANTED, NO CONTACT WITH DEF IN ANY MANNER.. ORDER SHALL EXPIRE ON 10/2/2033FCM: BEN FIELDS, SABRINA ADKINS, BARBARA WHALEY, STEVE OWENS, JUDGE COLEMAN*

| | |
|---|---|
| **ORDER - OTHER** entered on **02/16/2024** | |
|     FCM: OWENS, STEPHEN W, WHALEY, BARBARA, PATTY STOCKHAM, HON JUDGE EDDY COLEMANEMAIL: DARREN ALLEN, A OC | |
| **RECEIPT** filed on **04/14/2025** | |

### Events          22-CR-00216

**SENTENCING** scheduled for **01/04/2024 02:00 PM** in room **C** with **HON. EDDY COLEMAN**

> **Motions**
> - **MOTION FOR CONTINUANCE** filed on **12/22/2023** by **APR**

**JURY TRIAL** scheduled for **10/02/2023 09:00 AM** in room **C** with **HON. EDDY COLEMAN**
*IN LETCHER COUNTY CIRCUIT COURTROOM*

**PRETRIAL CONFERENCE** scheduled for **09/15/2023 11:00 AM** in room **C** with **HON. EDDY COLEMAN**
2/3/232/10/235/5/235/19/23 8/4/23

> **Motions**
> - **MOTION TO DISMISS** filed on **05/10/2023** by **APR**
> - **MOTION TO SUPPRESS** filed on **05/10/2023** by **APR**

**MEDIATION** scheduled for **08/31/2023 12:00 PM** in room **C** with **HON. EDDY COLEMAN**
*MEDIATION TO TAKE PLACE IN WOLFE CO JUDICIAL CENTER, CAMPTON*

**ARRAIGNMENT** scheduled for **10/06/2022 10:00 AM** in room **C** with **HON. EDDY COLEMAN**
*VIA ZOOM MEETING ID# 931-961-498710/5/22*

### Images          22-CR-00216

**NOTICE OF FILING** filed on **10/13/2022**  *Page(s): 2*

**RESPONSE TO MOTION FOR BILL OF PARTICULARS/DISCOVERY** filed on **11/18/2022**  *Page(s): 4*

**MOTION TO DISMISS** filed on **05/10/2023**  *Page(s): 2*

**MOTION TO SUPPRESS** filed on **05/10/2023**  *Page(s): 2*

**EXHIBIT** filed on **05/12/2023**  *Page(s): 3*

**RESPONSE** filed on **05/12/2023**  *Page(s): 4*

**MOTION FOR CONTINUANCE** filed on **12/22/2023**  *Page(s): 2*

**ORDER - OTHER** filed on **02/16/2024**  *Page(s): 1*

    **** End of Case Number : 22-CR-00216 ****

EXHIBIT
4