*Electronically Filed*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION
# CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
|     **PLAINTIFFS** | ) |
| | ) |
| V. | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| | ) |
|     **DEFENDANTS** | ) |

## ORDER

Upon motion of the Paintifffs to hold a decision on the pending motions for summary judgment, filed by the Defendant Letcher County Sheriff's Office and Defendant Ben Fields, in abeyance for one hundred eighty (180) days, and further to reopen discovery for a period of one hundred eighty (180) days for the limited purpose of discovering evidence of events that took place in the Letcher County Courthouse, specifically the Sheriff's Office and Judge Kevin

Mullins's chambers, that preceded the killing of Judge Mullins in his chambers, and that may be clearly relevant to the allegations made against the Letcher County Sheriff in this action, and the Court being sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that the motion is GRANTED. A status conference is hereby scheduled for _____, 2025.

    Dated this ___ day of _____, 2025.

 

_____
JUDGE, U.S. DISTRICT COURT