UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

SABRINA ADKINS, and
JENNIFER HILL

                PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department,
MICKEY STINES, Letcher County Sheriff, and
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC.                            DEFENDANTS

---

**RESPONSE TO PLAINTIFFS MOTION TO HOLD SUMMARY JUDGMENT MOTIONS IN ABEYANCE [DN 153]**

---

Comes now the Defendant, Ben Fields, individually, by counsel, and for his Response to Plaintiff's Motion to Hold Summary Judgment Motions in Abeyance and to Reopen Discovery for Limited Purposes, and states that he objects to said Motion for the grounds stated below:

As the Court is already aware, discovery is closed in this case, the parties recently attended a Settlement Conference with the Court, and filed Motions for Summary Judgment. The case has now been pending for over three (3) years. The Plaintiffs now claim that the Motions for Summary Judgment should be held in abeyance and that discovery should be re-opened in order that they may re-depose the former Sheriff Stines based upon statements made by his criminal defense attorney in a recent article appearing online. [See DN 153, at p. 2]

The Plaintiffs alleged that defense counsel Bartley made a statement that Stines was under pressure not to say too much, during the proceedings in the civil lawsuit, and

that he believed he was in danger, because of what he knew to have happened at the courthouse. *Id*. Oddly though, the Plaintiffs allege that "for the first time, Plaintiffs are hearing that things were going on in the courthouse specifically in Judge Mullins chambers that could have a direct bearing on this case." This is indeed a hyperbolic statement, as the Plaintiffs in their original Complaint filed herein clearly made allegations about "things that were going on in the courthouse." Specifically, they alleged that inappropriate conduct of this Defendant, and perhaps others was going on inside the courthouse and in the judge's chambers. See Complaint at DN 1 at p. 4-5. It was Plaintiff who, during her KSP interview, advised that she was aware and had observed videos of sexual acts in Judge Mullins's chambers. See i.e. R. 136-9, page ID# 1525-1526.

      This matter was previously held in abeyance. R. 118. Plaintiff counsel asserts with no proof to support that "Plaintiffs need to re-depose Sheriff Stines because he was not truthful in his prior deposition in this action" with no showing regarding what it is claimed that former Sheriff Stines was not truthful about. Pressure by his peers "not to say to much" does not mean that each question was not answered truthfully.

      Plaintiffs have had ample time to investigate "things that were going on in the courthouse," and given that discovery has now closed, after several extensions, and pending motions, would be prejudicial to the Defendants. Accordingly, the Plaintiffs' Motion to Hold Summary Judgment Motions in Abeyance and to Re-Open Discovery should be overruled.

      Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com


By:   /s/Jason E. Williams
JASON E. WILLIAMS, Esq.

*Counsel for Defendant, Ben Fields, individually.*

<u>/s/Jason E. Williams</u>

## **CERTIFICATE OF SERVICE:**

      I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
jshaw@psbb-law.com

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

**DONALD L. JONES**
LAW OFFICE OF DONALD L. JONES
327 MAIN STREET, SUITE 201
P.O. BOX 276
PAINTSVILLE, KENTUCKY 41240
TELEPHONE: (606) 789-8003
FACSIMILE: (606) 788-9048
don@djoneslawoffice.com

                <u>/s/Jason E. Williams</u>
                Jason E. Williams