UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                                          PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC. and BILLY JONES,
LETCHER COUNTY SHERIFF                                                     DEFENDANTS

---

**RESPONSE TO MOTION TO HOLD SUMMARY JUDGMENT MOTIONS IN
ABEYANCE AND TO REOPEN DISCOVERY FOR LIMITED PURPOSES**

---

Come now Defendants, BILLY JONES, Letcher County Sheriff and BEN FIELDS, in his

official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department, by and

through counsel, and for their response states:

This matter was previously stayed, and discovery held in abeyance for 60 days to allow

the parties time to investigate the events surrounding the shooting that took place on September

19, 2024 and how they may relate to this case. R. 118, Order.  Plaintiff counsel argues with no

proof to support that "*Plaintiffs need to re-depose Sheriff Stines because he was not truthful in

his prior deposition in this action*" without any showing regarding what it is claimed that former

Sheriff Stines was not truthful about.  In fact, most, if not all of Stines testimony is supported by

affidavits and proof submitted in support of the pending motion for summary judgment.

Alleged pressure "*not to say too much*" does not mean that each question was not answered

1

truthfully.  Stines' testimony was largely based upon notes that have been in the record since this matter was first initiated.  Additionally, the merits of the pending motions for summary judgment are arguments of law and argument of fact supported by testimony and affidavits of multiple individuals, not just former sheriff Stines testimony.

Plaintiff's argument that "*for the first time, Plaintiffs are hearing that things were going on in the courthouse, specifically in Judge Mullins's chambers, that could have a direct bearing on this case*" is a bit disingenuous as the record clearly demonstrates through discovery as presented in Defendants Motion for Summary Judgement demonstrates that it was Plaintiff who, during her KSP interview in February 2022, advised that she was aware and had observed videos of sexual acts in Judge Mullins's chambers. *See i.e.* R. 136-9, Page ID# 1525 – 1526 attached hereto as <u>Exhibit 1</u>.  Plaintiff has been well aware prior to the initiation of this action that "things" were allegedly going on in the courthouse.  In fact, Plaintiff is the only party that claims to have seen VHS video footage of sexual acts in the judges chambers and who knows the identity of the individual who allegedly had possession of the video footage. *Id*. at Page ID# 1528.  Additionally, the complaint in this matter alleged that "certain persons" had knowledge of Adkins and Fields activities at the Courthouse and alleged that there were "other women" similarly abused.  R. 1, Complaint, ¶ 21-26 and 34. Defendant adopts arguments of co-defendants in their responses as if set forth herein.

Plaintiffs have had ample time to investigate matters that they have been aware of throughout the course of this litigation and prior to initiation of suit.  Plaintiff makes no showing that former sheriff Stines was not truthful in his testimony, nor does Plaintiff point to any questions which she believes were not answered truthfully.  After multiple extensions and at least one former stay, Discovery was closed and dispositive motions were filed and fully

briefed. To delay ruling on pending motions and reopen discovery would be prejudicial to the

Defendants. Wherefore, it is respectfully requested that Plaintiff's motion be denied.

Respectfully submitted:

PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
Telephone:    (606) 789-3747
Facsimile:    (606) 789-9862

/s/ Jonathan C. Shaw
JONATHAN C. SHAW
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields in his official capacity as
Deputy Sheriff with the Letcher County Sheriff's Department
and Billy Jones, Letcher County Sheriff*

CERTIFICATE OF SERVICE:

I hereby certify that on May 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

Patty Stockham
Eastern Kentucky Corrections Services, Inc.
1319 Siloam Street
South Shore, KY 41175
pd.stockham@gmail.com

/s/ Jonathan C. Shaw
JONATHAN C. SHAW