| | |
|---|---|
| A | Just rumors and I know that Chad Brown, he wasn't on house arrest but he does have some videotapes of some stuff in the Judge's chambers. |
| Q | What kind of stuff? |
| A | Just with girls, sexual and stuff. |
| Q | Describe -- have you seen the videos? |
| A | I've seen one partly and I -- you know, just him having sex with girls to -- for to be able to get out of jail. |
| Q | Who was having sex? |
| A | Ben and just some higherups up there. |
| Q | Who? |
| A | Judge and -- |
| Q | Now, you saw the video. |
| A | Um, yeah. |
| Q | What did you see on the video? |
| A | I've seen Judge Mullins having sex with a girl. |
| Q | Who is the girl? |
| A | I don't know, 'cause I don't know a lot of people from over there. |
| Q | Where was it at? |
| A | In his offi' -- in the Judge's chambers. |
| Q | Is that the same that you -- that you were meeting Ben? |

9

Exhibit 1

| | |
|---|---|
| A | Yes. |
| Q | Is that how you know it was the Judge's chambers? |
| A | Yeah. |
| Q | And this was Judge, who? |
| A | Mullins. |
| Q | But you don't know who the girl was? |
| A | Hmm um. |
| Q | How does -- what was this guy's name, again? |
| A | Chad Brown. |
| Q | Do you know Chad Brown? |
| A | Yeah, I do. He's on the run, he's hiding. They shoot -- they've shot at him and ever thing. |
| Q | Who has? |
| A | Letcher County Sheriff's Department trying to catch him. |
| Q | What's he on the run for? |
| A | I don't know. Related to that, I don't know. |
| Q | Why would he have a video of the Judge having sex with somebody? |
| A | He's got several. I don't know how he got them, I didn't ask. 'Cause listen, I know too much over there and that is a dirty place. I try not to know. I don't know he got them but he does have |

10

Exhibit 1

INTERVIEWEE:

I will call and --

EASTER:

See if -- you know, if she wants to -- if she's got information, you can meet and give my phone number, and I'll call her, meet and talk to her, or talk to her on the phone, whatever we need do.

INTERVIEWEE:

I'm gonna try to get ahold of Chad while I'm over there.

EASTER:

Let me know.

INTERVIEWEE:

All right, thank you.

EASTER:

Thank you.

Today's date is February 10th, 2022. It's 10:52. Unable to prep the tape before she came in but present, when she came in, was Detective Justin Cooley and Matt Easter with Attorney General's Office, and it'll be the end of the recording.

46

Exhibit 8