UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

SABRINA ADKINS

And

JENNIFER HILL                                                                                  PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                              DEFENDANTS

---

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY**
_____

Comes the Defendant, Ben Fields, individually, by counsel, and moves the Court for an Order Extending the Time to file a Reply to Plaintiff's Response [DN 159] to Defendant's Motion for Summary Judgment, currently due June 16, 2025.

Recently, Plaintiffs filed a Motion to Reopen Discovery for Limited Purposes to retake the deposition of Defendant Mickey Stines in the next one hundred eighty (180) days to discover evidence of the events that took place between Stines and Judge Kevin Mullins in the Letcher County Courthouse. (DE, 153). Plaintiffs state that Stines deposition needs to be retaken because they are just learning of information that may have a direct impact on this case and based on the belief that Stines was not truthful in his prior deposition.

Fed. R. Civ. P. 6(b) provides:

1

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Good cause exists in this case because of the potential impact any new testimony may have on the case, and arguments relating to Summary Judgment. Thus, if Plaintiffs are allowed to reopen discovery then Defendant Fields, in fairness, should be granted an extension of time to file a Reply, in order to discern if any new testimony given may impact that Reply, legally or factually.

Thus, Defendant prays the time for filing a Reply be extended for at least fourteen (14) days after any new deposition is taken or in the alternative seven (7) days after an order overruling the Motion to Reopen is entered.

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com


By:   /s/Jason E. Williams
JASON E. WILLIAMS, Esq.
*Counsel for Defendant, Ben Fields, individually.*

## **CERTIFICATE OF SERVICE:**

I hereby certify that on June 10, 2025, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com


Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com


                                       /s/ Jason E. Williams\_\_\_\_

                    Jason E. Williams, Esq.
*Counsel for Defendant, Ben Fields Individually*