UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

SABRINA ADKINS

And

JENNIFER HILL                                                                                          PLAINTIFFS

V.

BEN FIELDS, Individually
And in his official Capacity as
A Deputy Sheriff with the
Letcher County Sheriff's Department

And

MICKEY STINES, Letcher County Sheriff                                      DEFENDANTS

---

**ORDER**
**(Motion for Extension of Time- Ben Fields-Defendant)**

---

Defendant Ben Fields has filed a Motion seeking an Extension of Time to file a Reply in further support of his pending Motion for Summary Judgment. [Doc # 151]

As a basis for this request, this Defendant cites to the Motion to Reopen Discovery filed by Plaintiff's Adkins and Hill. [Doc # 153] If the motion is granted, Plaintiffs would have an opportunity to examine Defendant Mickey Stines more extensively.

Being so advised, **IT IS HEREBY ORDERED**:

1. The Defendants' motion for extension of time is hereby **GRANTED.**

2. The Defendant shall be allowed to file a Reply Brief fourteen (14) days after Defendant Stines' second discovery deposition is taken if so ordered.

3. If Plaintiffs' Motion to Reopen is denied, then the Defendant will be allowed to file a reply brief within **seven (7) days** of the entry of that order.

This the _____ day of June 2025

_____
JUDGE, U.S. DISTRICT COURT

**Distribution List:**

Bethany Baxter
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com


Ned Pillersdorf
Pillersdorf Law Offices
124 West Court Street
Prestonsburg, Kentucky 41653

Donald L. Jones
Law Office of Donald L. Jones
327 Main Street Suite 201
Paintsville, Kentucky 41240
don@djoneslawoffice.com
Counsel for Eastern Kentucky Correction Services, Inc.

Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
jshaw@psbb-law.com


Jason E. Williams
Williams & Towe Law Group PLLC
303 South Main Street
London, Kentucky 40741
jason@wftlaw.com
brandy@wftlaw.com