UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                                                 PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC. and BILLY JONES,
LETCHER COUNTY SHERIFF                                                                 DEFENDANTS

**NOTICE OF FILING DECLARATION OF COUNSEL IN SUPPORT OF OPPOSITION TO MOTION TO REOPEN DISCOVERY (R. 153 and 158)**

Come now Defendants, BILLY JONES, Letcher County Sheriff and BEN FIELDS, in his official capacity as a Deputy Sheriff with the Letcher County Sheriff's Department, by and through counsel, and hereby provide notice that on this date Defendants have filed the attached declaration of criminal defense counsel for Mickey Stines in support of opposition to Plaintiffs motion to reopen discovery (R. 153). The attached declaration clarifies that Mr. Stines criminal defense counsel has made no public statement meant to convey that Mickey Stines gave any untruthful responses to any questions posed or was in any way untruthful in responding to questions during his deposition as argued.

Respectfully submitted:

PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky  41240-1767
Telephone:     (606) 789-3747
Facsimile:     (606) 789-9862

*/s/ Jonathan C. Shaw*_____
JONATHAN C. SHAW
jshaw@psbb-law.com
*Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Billy Jones, Letcher County Sheriff*

<u>CERTIFICATE OF SERVICE</u>:

I hereby certify that on June 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

Patty Stockham
Eastern Kentucky Corrections Services, Inc.
1319 Siloam Street
South Shore, KY 41175
pd.stockham@gmail.com

*/s/ Jonathan C. Shaw*_____
JONATHAN C. SHAW