UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                              PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC. and BILLY JONES,
LETCHER COUNTY SHERIFF                                               DEFENDANTS

---

### DECLARATION OF CRIMINAL DEFENSE COUNSEL FOR MICKEY STINES IN SUPPORT OF OPPOSITION TO PLAINTIFFS MOTION TO REOPEN DISCOVERY

---

I, Jeremy A. Bartley, hereby declare as follows:

I am a practicing attorney who is duly licensed in the Commonwealth of Kentucky. As criminal defense counsel for Mickey Stines, I have made no public statement meant to convey that my client gave any untruthful responses to any questions posed or was in any way untruthful in responding to questions during his deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2025 in Somerset, Kentucky.

_____
JEREMY A. BARTLEY

1