UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                                                  PLAINTIFFS,

V.                                                                **ORDER**

BEN FIELDS, *et al.*,                                                                                     DEFENDANTS.

*** *** *** ***

      This matter is before the Court on Defendant Ben Fields' Motion for Extension of Time to Reply. [R. 160]. Defendant Fields previously filed a motion for summary judgment [R. 152], which the Plaintiffs responded to on June 2, 2025. [R. 159]. Pursuant to LR 7.1(c), Defendant Fields was to file his Reply no later than June 16, 2025. However, Fields requested an extension of this deadline due to the other pending motions in this matter that may affect the adjudication of his motion for summary judgment. [R. 160]. Since filing this motion, however, Fields has submitted his reply in support of his motion for summary judgment in a timely fashion. [*See* R. 161]. Therefore, Fields' request for an extension now appears to be moot. Accordingly,

      IT IS ORDERED that Defendant Ben Fields' Motion for Extension of Time to Reply [R. 160] is DENIED AS MOOT.

      Signed June 20, 2025.



Signed By:
*Edward B. Atkins*  EBA
**United States Magistrate Judge**