*Electronically Filed*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA**

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **ESTATE OF JENNIFER HILL** | ) |
| | ) |
| **PLAINTIFFS** | ) |
| V. | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **EASTERN KENTUCKY CORRECTIONAL** | ) |
| **SERVICES INC.** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MICKEY STINES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| | ) |
| **DEFENDANTS** | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

The undersigned does hereby withdraw her appearance as counsel for Plaintiffs Sabrina Adkins and the Estate of Jennifer Hill in this matter, effective July 25, 2025. Plaintiffs will continue to be represented by Joe F. Childers and Ned Pillersdorf. The address and phone number for Mr. Childers will remain the same.

                                                    Respectfully submitted,

                                                    /s/ Bethany N. Baxter

JOE F. CHILDERS
BETHANY N. BAXTER

CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com
bethany@jchilderslaw.com


NED PILLERSDORF
PILLSERDORF LAW OFFICES
124 West Court Street
Prestonsburg, Kentucky 41653

COUNSEL FOR SABRINA ADKINS AND
THE ESTATE OF JENNIFER HILL

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Bethany N. Baxter
COUNSEL FOR PLAINTIFFS