Baldwin's Kentucky Revised Statutes Annotated
  Title III. Executive Branch
    Chapter 15. Department of Law (Refs & Annos)
      Kentucky Law Enforcement Council

KRS § 15.310

15.310 Definitions for KRS 15.310 to 15.510, 15.990, and 15.992

Currentness

As used in KRS 15.310 to 15.510, 15.990, and 15.992, unless the context otherwise requires:

(1) "Basic training course" means the peace officer or court security officer basic training course provided by the **Department of Criminal Justice Training** or a course approved and recognized by the **Kentucky Law Enforcement Council**;

(2) "Certified court security officer" means a court security officer who is certified under KRS 15.380 to 15.404;

(3) "Certified peace officer" means a peace officer who is certified under KRS 15.380 to 15.404;

(4) "Certification" means the act by the council of issuing certification to a peace officer or court security officer who successfully completes the training requirements pursuant to KRS 15.404 and the requirements set forth within this chapter;

(5) "Council" means the Kentucky Law Enforcement Council established by KRS 15.310 to 15.510, 15.990, and 15.992;

(6) "**Court security officer**" means a person required to be certified under KRS 15.380(1)(c) and who is charged with the duties set out in KRS 70.280;

(7) "Department" means the Department of Criminal Justice Training of the Justice and Public Safety Cabinet;

(8) "Fire investigator" means a professional firefighter, as used in KRS 95A.210, who has

**EXHIBIT 1**

been appointed to investigate offenses under KRS Chapter 513 and to exercise peace officer powers under KRS 95A.100, or a deputy fire marshal who has been appointed to be a fire investigator and to exercise peace officer powers under KRS 227.220;

(9) "Law enforcement officer" means a member of a lawfully organized police unit or police force of county, city or metropolitan government who is responsible for the detection of crime and the enforcement of the general criminal laws of the state, as well as sheriffs, sworn deputy sheriffs, campus police officers, law enforcement support personnel, public airport authority security officers, and other public and federal peace officers responsible for law enforcement;

(10) "Peace officer" means a person defined in KRS 446.010, or a fire investigator appointed to exercise peace officer powers under KRS 95A.100 or 227.220;

(11) "Secretary" means the secretary of the Justice and Public Safety Cabinet; and

(12) "Validated job task analysis" means the minimum entry level qualifications and training requirements for peace officers in the Commonwealth based upon an actual survey and study of police officer duties and responsibilities conducted by an entity recognized by the Kentucky Law Enforcement Council as being competent to conduct such a study.

**Credits**

HISTORY: 2023 c 170, § 1, eff. 6-29-23; 2018 c 128, § 1, eff. 1-1-19; 2013 c 22, § 9, eff. 6-25-13; 2007 c 54, § 6, c 85, § 17, eff. 6-26-07; 2000 c 480, § 1, eff. 7-14-00; 1998 c 606, § 98, eff. 7-15-98; 1986 c 64, § 2, eff. 7-15-86; 1984 c 111, § 20, eff. 7-13-84; 1978 c 155, § 7, eff. 6-17-78; 1974 c 74, Art V, § 30; 1968 c 129, § 1

Notes of Decisions (1)

KRS § 15.310, KY ST § 15.310
Current through the 2025 Regular Legislative Session and the Nov. 5, 2024 election. Some sections may be more current, see credits for details.

**End of Document**                              © 2025 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT 1**