Baldwin's Kentucky Revised Statutes Annotated
   Title III. Executive Branch
      Chapter 15. Department of Law (Refs & Annos)
         Officer Certification and Training

KRS § 15.3975

15.3975 Training requirements for employment; biennial in-service training; extension; loss of status upon failure to complete training; regaining certification

Currentness

(1) A court security officer employed or appointed after June 26, 2007, shall satisfy the basic training requirements for employment if he or she successfully completes law enforcement training developed and approved by the **Kentucky Law Enforcement Council** and the Administrative Office of the Courts of at least eighty (80) hours.

(2) A court security officer employed or appointed after June 26, 2007, shall successfully complete forty (40) hours of **biennial in-service training** that has been certified or recognized **by the Kentucky Law Enforcement Council**, and that is appropriate to the officer's responsibilities.

(3) In the event of extenuating circumstances beyond the control of a certified court security officer that prevent the officer from completing the basic or in-service training within the time specified in subsections (1) and (2) of this section, the commissioner of the department or his or her designee may grant the officer an extension of time, not to exceed one hundred eighty (180) days in which to complete the training.

(4) Any court security officer who fails to successfully complete basic training within the specified time periods, including extensions, shall lose his or her court security powers and his or her precertification status shall lapse. Any court security officer who fails to successfully complete in-service training within the specified time periods, including extensions, shall lose his or her court security powers and his or her certification status shall be changed to training deficiency status. When a court security officer is deficient in required training, the commissioner of the department or his or her designee shall notify the council, which shall notify the court security officer and his or her agency.

(5) A certified court security officer who has lost his or her court security powers due solely

EXHIBIT 3

to his or her failure to meet the in-service training requirements of this section may regain his or her certification status and court security powers upon successful completion of the training deficiency.

**Credits**

HISTORY: 2007 c 54, § 3, eff. 6-26-07

KRS § 15.3975, KY ST § 15.3975
Current through the 2025 Regular Legislative Session and the Nov. 5, 2024 election. Some sections may be more current, see credits for details.

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT 3**