## AFFIDAVIT OF WM. ALEX PAYNE

Comes now the affiant, Wm. Alex Payne, after being duly sworn, herein states as follows:

My experience with the Department of Criminal Justice Training (DOCJT) goes back many years as I have had hundreds of hours of training with the organization over my 40-year career in law enforcement. I also had the distinct honor in 2018 of being named Commissioner of the Department of Criminal Justice Training for approximately two years. During my time as Commissioner, I became familiar with the entire scope and responsibilities of the Department. DOCJT is the largest law enforcement training entity in the Commonwealth. There are other academies in Kentucky, the Kentucky State Police Academy, the Louisville Metropolitan Police Training Academy, the Lexington Police Department Training Academy, the Bowling Green Police Training Academy and the Owensboro Police Training Academy. The main difference between those academies and DOCJT is that the individuals trained at DOCJT do not belong to DOCJT. The trainees are employees of ALL the other departments from across the Commonwealth, excluding the academies mentioned above. This means, in my opinion, that DOCJT is acting as an agent for all those departments as the Department is responsible for training their employee(s).

There are various definitions for the word "agent". One such definition is, "a person or company that provides a particular service, typically one that involves organizing transactions between two other parties." This is exactly what DOCJT does for law enforcement in Kentucky. For a law enforcement officer to work in the Commonwealth of Kentucky they must be issued,

1

Exhibit 4

what is commonly referred to as a "POPS" number. This number is issued by the Kentucky Law Enforcement Council (KLEC) and stands for "Police Officer" Professional Standards". This happens regardless of which academy the officer graduates from and signifies that the officer has met all the requirements of the basic academy from which they graduated. KLEC is a separate entity from the Department of Criminal Justice Training. DOCJT acts on behalf of all the departments that their recruits come from, to ensure that they are competently and adequately trained and meet POPS Standards or Certified Security Officers Training standards, set by KLEC, to become certified officers. KLEC's authority to establish training standards for Certified Court Security Officers is designated under 503 KAR 1:190. During the training process DOCJT will keep the departments apprised of their employees' progress through the length of the academy training, including both positive and negative performance reports. Thereby keeping the employing agency aware of where their employee stands with being certified by the Kentucky Law Enforcement Council. I can think of no better example of an entity acting on behalf of another. During my tenure as Commissioner of DOCJT I heard numerous employees refer to the law enforcement agencies that the Department dealt with as "clients". This included Executive Staff members as well as instructors throughout the Department.

Another definition of "agent" is, "a person or thing that takes an active role or produces a specified effect." This is exactly what the Department of Criminal Justice Training does for its "clients" in taking an active role in the training of recruits from all the different agencies across the Commonwealth to produce the specified effect, officers that will meet the standards set forth by a separate entity, the Kentucky Law Enforcement Council.

2

Exhibit 4

It is therefore my opinion that the Department of Criminal Justice Training does in fact and purpose act as an agent for numerous law enforcement agencies across the Commonwealth of Kentucky.

The Department of Criminal Justice Training Certified Court Security Officer Basic Training Academy covers those standards as prescribed by Kentucky Law Enforcement Council and includes training in the area of ethical standards of conduct which would include abuse of authority, sexual misconduct and other acts which would fall below the standards of conduct expected of those who serve as court security officers. Kentucky Law Enforcement Council certified court security officers are required to complete 40 hours of mandated in-service training every two years. DOCJT generally offers 10-12 in-service classes per year.

AFFIANT FURTHER SAYETH NAUGHT

This 12 day of March, 2025

_____
Wm. Alex Payne

STATE OF KENTUCKY )
                  )
COUNTY OF Bullitt )

Subscribed and sworn to before me by Wm. Alex Payne this 12 day of March, 2025.

My commission expires: 9-11-25 .

Mary Allen  # KYNP35504
Notary Public

3

Exhibit 4