UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS                                                                                                   PLAINTIFF

-vs-        **JOINT STATUS REPORT PER COURTS ORDER R. 165**

BEN FIELDS, Individually and in his
Official capacity as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONS
SERVICES INC.; and BILLY JONES,
LETCHER COUNTY SHERIFF                                                                              DEFENDANTS

_____

Pursuant the Court's September 19, 2025 Opinion and Order (R. 165) the parties jointly report the following:

1.     The anticipated length of trial will be 3-4 days.

2.     Dates available for all counsel include the last week of May 2026 and the first week of June 2026.  The parties are in agreement to postpone the scheduling of trial until after mediation if it pleases the Court.

3.     The parties intend to engage in mediation with a private mediator.

*/s/ Joe F. Childers*_____
JOE F. CHILDERS
CHILDERS & BAXTER, PLLC
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 259-1909
joe@jchilderslaw.com

and

1

NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 West Court Street
Prestonsburg, Kentucky 41653
Telephone: (606) 886-6090
***Counsel for Plaintiffs***


/s/ Jonathan C. Shaw_____
Hon. Jonathan C. Shaw
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
jshaw@psbb-law.com
***Counsel for Defendants Ben Fields***
***in his official capacity as Deputy Sheriff***
***with the Letcher County Sheriff's Department***
***and Billy Jones, Letcher County Sheriff***


/s/ Jason E. Williams_____
Hon. Jason E. Williams
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jshaw@psbb-law.com
***Counsel for Defendant Ben Fields, Individually***


/s/ Donald. L. Jones_____
Hon. Donald L. Jones
Law Office of Donald L. Jones
327 Main Street
P.O. Box 276
Paintsville, KY 41240
Phone: (606) 789-8003
don@djoneslawoffice.com

***Per limited appearance and on behalf of:***

Patty Stockham
Eastern Kentucky Corrections Services, Inc.
1319 Siloam Street
South Shore, KY 41175
pd.stockham@gmail.com

2