UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA
*"Electronically Filed"*

SABRINA ADKINS and
JENNIFER HILL                                                                                         PLAINTIFFS

-vs-

BEN FIELDS, et al                                                                                     DEFENDANTS

---

## MOTION TO WITHDRAW
## AS TO PLAINTIFF, SABRINA ADKINS

---

Comes the undersigned counsel and moves to withdraw as attorney for the Plaintiff, Sabrina Adkins. Ms. Adkins will continue to be represented by Hon. Joe Childers.

WHEREFORE, an appropriate order is sought allowing Ned Pillersdorf and Pillersdorf Law Office to withdraw as the attorney for the Plaintiff, Sabrina Adkins.

                                                            RESPECTFULLY SUBMITTED,

                                                            s/Ned Pillersdorf
                                                            NED PILLERSDORF
                                                            PILLERSDORF LAW OFFICES
                                                            124 WEST COURT STREET
                                                            PRESTONSBURG, KY  41653
                                                            (606) 886-6090 – Telephone
                                                            (606) 886-6148 – Facsimile
                                                            pillersn@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was served electronically in accordance with the method established under this Court's CM/ECF system, and a copy mailed via U.S. Mail to

Sabrina Adkins, 5412 Zebulon Highway, Pikeville, KY 41501 and/or via electronic mail at sabrinajacob@hotmail.com, on this the 16th day of October, 2025.

                                                                    S/NED PILLERSDORF
                                                                    NED PILLERSDORF