UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

SABRINA ADKINS, *et al.*,                                                                                   PLAINTIFFS,

V.                                                              **ORDER**

BEN FIELDS, *et al.*,                                                                                        DEFENDANTS.

*** *** *** ***

Movant Ned Pillersdorf of Pillersdorf Law Offices seeks to withdraw as counsel of record for Plaintiff Sabrina Adkins. [R. 168]. The motion indicates that Plaintiff Adkins will remain represented by counsel. [*Id.*]. Having reviewed the matter, and being sufficiently advised,

**IT IS ORDERED** that Movant Ned Pillersdorf's motion to withdraw, [R. 168], is **GRANTED**. Ned Pillersdorf is permitted to withdraw as counsel for Plaintiff Adkins and is relieved of further responsibility in this action.

Signed October 17, 2025.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge