*Electronically Filed*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION
# CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| **SABRINA ADKINS** | ) |
| | ) |
|     **PLAINTIFF** | ) |
| **V.** | ) |
| | ) |
| **BEN FIELDS, Individually** | ) |
| **And in his Official capacity as** | ) |
| **a Deputy Sheriff with the** | ) |
| **Letcher County Sheriff's Department,** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **BILLY JONES, LETCHER COUNTY** | ) |
| **SHERIFF** | ) |
| | ) |
|     **DEFENDANTS** | ) |

## NOTICE OF PARTIAL SETTLEMENT

Comes the Plaintiff, Sabrina Adkins, by counsel, and hereby gives notice that a mediation was conducted with all parties participating on December 5, 2025. During the mediation, the Plaintiff and the Defendant, East Kentucky Correctional Services were able to reach a resolution of all pending claims. Once the paperwork has been completed, the parties will submit an agreed order of dismissal as to those claims.

No resolution was reached on any other claims and all claims against Ben Fields, individually and in his official capacity, and against the Letcher County Sheriff's Office will proceed to trial.

Respectfully submitted,

/s/ Joe F. Childers
JOE F. CHILDERS
JOE F. CHILDERS & ASSOCIATES
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
Telephone: (859) 253-9824
Facsimile: (859) 347-2310
joe@jchilderslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

/s/ Joe F. Childers
COUNSEL FOR PLAINTIFFS