UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                                                    PLAINTIFFS

-vs-

BEN FIELDS, Individually and in his
Official capacity as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONS
SERVICES INC.; and BILLY JONES,
LETCHER COUNTY SHERIFF                                                              DEFENDANTS

## WITNESS LIST

Comes now Defendant LETCHER COUNTY SHERIFF'S DEPARTMENT[1], by and through counsel, and hereby submits the following list of witnesses who may be called to testify at the trial of this action.

<u>Will testify (parameters of testimony and length will vary depending upon Plaintiff's proof at trial):</u>

1. LaShawna Frazier is expected to testify consistently with prior deposition testimony, affidavit and statements (1.0 hours).

2. Christine Bolley is expected to testify consistently with her prior affidavit and statements (.5 hours).

---

[1] The Court has previously ruled that the official capacity claims asserted are to be construed as claims against the Letcher County Sheriff's Office (as opposed to official capacity claims against Fields and Jones). R. 165, Opinion p. 24.

1

3. Alexis Stambaugh is expected to testify consistently with her prior affidavit and statements (.5 hours).

4. Seth Whitaker is expected to testify consistently with his prior affidavit and statements (.75 hours).

5. James Norris is expected to testify consistent with his prior affidavit and statements (.5 hours).

6. Sabrina Adkins is expected to testify consistently with prior KSP interviews and deposition testimony (1.5 hours).

7. Mickey Stines testimony is expected to be presented by deposition (R. 135). It is unknown until Plaintiff's case is presented which questions will be presented.

8. Benjamin Fields is expected to testify consistently with prior deposition testimony, affidavit and statements (1.0 hours).

9. Jason Eckels is expected to testify consistent with prior deposition testimony, affidavit and statements (.75 hours).

10. W. Alex Payne, former Commissioner of the Department of Criminal Justice Training Academy (DOCJT) is expected to testify consistently with Defendants' expert disclosure and report (1.0 hours).

11. Rodney Sherrod, former police commander, is expected to testify consistently with Defendants' expert disclosure previously made (1.0 hours).

<u>May testify:</u>

1. Any witness listed by the plaintiff or co-defendant in this action;

2. Any witnesses, including expert witness or treating physician, needed to impeach the testimony or evidence presented by the Plaintiff;

2

3. Any witness identified in any discovery deposition or discovery response in this matter;

4. Any witness who has been deposed or otherwise given testimony by statement or affidavit in this matter;

5. The Defendant reserves the right to call additional witnesses in rebuttal to the Plaintiff's case in chief;

6. Defendant reserves the right to amend this witness list as additional witnesses become known or available.

        PORTER, BANKS, BALDWIN & SHAW, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky 41240-1767
        Telephone:   (606) 789-3747
        Facsimile:    (606) 789-9862

        */s/ Jonathan C. Shaw*
        JONATHAN C. SHAW
        jshaw@psbb-law.com
        *Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Billy Jones, Letcher County Sheriff*

<u>CERTIFICATE OF SERVICE</u>:

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Joe F. Childers, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

3

*/s/ Jonathan C. Shaw*
JONATHAN C. SHAW