UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:22-CV-00007-REW-EBA

SABRINA ADKINS and
JENNIFER HILL                                                      PLAINTIFFS

-vs-

BEN FIELDS, Individually and in his
Official capacity as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONS
SERVICES INC.; and BILLY JONES,
LETCHER COUNTY SHERIFF                         DEFENDANTS

## EXHIBIT LIST

Comes now Defendant LETCHER COUNTY SHERIFF'S DEPARTMENT[1], by and through counsel, and submits the following list of exhibits which may be used at the trial of this action.

(1)     Letcher County Sheriff's Office Policies (R. 136-5, R. 166-2)

(2)     Fields Signed Acknowledgement (R. 136-6)

(3)     Kentucky Law Enforcement Council file information (R. 143-21)

(4)     KRS 70.280 – Court security officers; duties; prohibited conduct (R. 143-1)

(5)     KRS 15.310 – Definitions (R. 166-1)

(6)     KRS 15.3975 - Training requirements for employment (R. 166-3)

(7)     Conditions of release – Adkins (R. 143-2)

---

[1] The Court has previously ruled that the official capacity claims asserted are to be construed as claims against the Letcher County Sheriff's Office (as opposed to official capacity claims against Fields and Jones). R. 165, Opinion p. 24.

(8)  503 KAR 1:190 - Certified Court Security Officers training academy (R. 143-5)

(9)  KLEC Code of Ethics (R. 143-6)

(10) December 2021 Triplett citations (R. 143-9)

(11) December 2019 Triplett citations (R. 143-10)

(12) EKCS Notice (R. 143-15)

(13) EKCS file on Adkins (R. 136-3 and 136-4)

(14) Excerpts from Stines Answers to Interrogatories (R. 143-16)

(15) Excerpts of messaging from Adkins deposition. (R. 136-2; R. 143-20)

(16) Benjamin Fields training transcript (R. 143-21)

(17) Applicable KRS sections defining the legal duties of the Plaintiff and Defendant;

(18) All exhibits listed by the plaintiff or co-defendant to the extent admissible;

(19) Exhibits attached to witness and party depositions and summary judgment motion and reply;

(20) Responses to written interrogatories produced in this matter

(21) Exhibits produced during discovery in this matter;

(22) Demonstrative exhibits attached to witness and party depositions;

(23) Defendant reserves the right to amend or alter this exhibit list to add additional exhibits as they become known or available;

(24) Prior testimony and audio / video files or to the extent needed for Plaintiff or other witness impeachment purposes.

        PORTER, BANKS, BALDWIN & SHAW, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky  41240-1767
        Telephone:   (606) 789-3747
        Facsimile:    (606) 789-9862

        */s/ Jonathan C. Shaw*_____
        JONATHAN C. SHAW
        jshaw@psbb-law.com
        *Counsel for Defendants Ben Fields in his official capacity as Deputy Sheriff with the Letcher County Sheriff's Department and Billy Jones, Letcher County Sheriff*

CERTIFICATE OF SERVICE:

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Joe F. Childers, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
jason@wftlaw.com

        */s/ Jonathan C. Shaw*_____
        JONATHAN C. SHAW