UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED**

| | |
|---|---|
| SABRINA ADKINS | PLAINTIFFS |
| V. | |
| BEN FIELDS, Individually | DEFENDANTS |

## DEFENDANT FIELDS EXHIBIT LIST
___

Comes the Defendant, Ben Fields, individually by and through counsel, hereby submit the following Exhibit List. This Defendant reserves the right to supplement Exhibits as the proof at trial may warrant.

1) Pleadings of any parties
2) Plaintiff's Rule 26 Disclosures
3) Plaintiff's Answers to Interrogatories and Request for Production of Documents
4) Plaintiff's Supplemental Answers to Interrogatories and Request for Production of Documents
5) Plaintiff Sabrina Adkins' Jail Records
6) Text or Facebook messages of Sabrina Adkins.
7) District and Circuit Court criminal proceedings / pleadings relative to Plaintiff.
8) Plaintiffs Medical Records bate stamped 000093 Through 0000157
9) Plaintiffs Medical Records from Highland Regional Hospital in Prestonsburg, Kentucky, as needed for rebuttal
10) Plaintiffs mental health records from Kings Daughter's Hospital.
11) Eastern Kentucky Correctional Services Inc. records relating to the supervision of Sabrina Adkins.

12) Eastern Kentucky Corrections Services Inc., Offender Application sheet

13) Sabrina Adkins Medical Records

14) Deposition Transcript of Sabrina Adkins and the exhibits attached thereto

15) Video Deposition of Sabrina Adkins and the exhibits attached thereto

16) Deposition Transcript of Ben Fields and the exhibits attached thereto

17) Deposition Transcript of Mickey Stines and the exhibits attached thereto

18) Deposition Transcript of Patty Stockham and the exhibits attached thereto

19) Deposition Transcript of LaShawna Frazier and the exhibits attached thereto

20) Deposition Transcript of Jason Eckels and the exhibits attached thereto

21) Text messages of Ben Fields

22) Photos sent by Plaintiff to Fields

23) Videos sent by Plaintiff by text or Facebook Messenger

24) EKCS contract and application form for Sabrina Adkins found at Ex. 1 of Stockham deposition

25) Attenti records for Sabrina Adkins found at Ex. 2 of Stockham deposition

26) Offender application sheet for Sabrina Adkins found at Ex. 1 for defendants in Stockham deposition

27) Ben Fields' Court Security Officer Application

28) Kentucky Law Enforcement cabinet documents found at Ex. 2 of Stines Deposition

29) Timeline Created by LaShawnaFrazier at the direction of Sheriff Stines, documenting events from January 31 to February 11, 2022 found at Ex. 1 of Frazier Deposition

30) Plaintiff's Pikeville Medical Cente4r Outpatient Pharmacy Records as needed for rebuttal

31) Plaintiff's Mountain Comprehensive Care Center Medical Records as needed for rebuttal

32) Plaintiff's Pikeville Medical Center Medical Records as needed for rebuttal

33) Kentucky Law Enforcement Council file information as needed for rebuttal

34) Conditions of release – Adkins

35) 503 KAR 1:190 - Certified Court Security Officers training academy

36) EKCC Notice

37) Benjamin Fields training transcript.

38) Affidavit of W. Alex Payne

39) Affidavit of Alexis Stambaugh

40) Affidavit of Seth Whitaker

41) Affidavit of James Norris

42) Affidavit of Jason Eckels

43) All exhibits listed by the plaintiff or co-defendant to the extent admissible;

44) Exhibits attached to witness and party depositions and summary judgment motion and reply;

45) Exhibits produced during discovery in this matter;

46) Demonstrative exhibits attached to witness and party depositions;

47) Defendant reserves the right to amend or alter this exhibit list to add additional exhibits as they become known or available;

48) Rebuttal exhibits as necessary

Respectfully submitted,

Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

By:   /s/Jason E. Williams

JASON E. WILLIAMS, Esq.
*Counsel for Defendant, Ben Fields, individually.*

**CERTIFICATE OF SERVICE:**

I hereby certify that on December 19, 2026, that a true and correct copy of the foregoing was served by mailing same, first-class postage prepaid, to:

**COPIES TO:**

Joe F. Childers
Childers & Baxter, PLLC
The Lexington Building
201 West Short Street
Lexington, Kentucky 40507
joe@jchilderslaw.com


Jonathan C. Shaw, Esq.
Porter, Banks, Baldwin, Shaw, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240
*Counsel for Defendant Austin Philpot*
jshaw@psbb-law.com


/s/ Jason E. Williams_____
Jason E. Williams, Esq.
*Counsel for Defendant*

4