UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO: 7:22-CV-00007-REW

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

SABRINA ADKINS                                                    PLAINTIFF

V.

BEN FIELDS, *individually and in his*                             DEFENDANT
*official capacity, et al.*

---

**PRETRIAL MEMORANDUM**
**(Defendant Ben Fields- Individually)**

---

Comes now Defendant **Ben Fields**, in his individual capacity and in accordance with this Court's order entered on October 27, 2025. [Doc # 170] submits the following pretrial memorandum in support of the defenses he will present at trial[1]:

**Statement of Facts**[2]- As pared down the Court's Opinion and Order entered on September 19, 2025 [Doc #165], Plaintiff has been allowed to pursue her claims under 42 U.S.C. § 1983 and alleged violations of the Fourteenth Amendment against Defendant Fields in his individual capacity. Also, she can proceed with her state claims for assault and battery.

---

[1] A separate pretrial memorandum is being submitted on behalf of the Letcher County Sheriff's Office and its present Sheriff, William Jones, many of the defenses are the same. Defendant Fields adopts Letcher County's memorandum by reference as if incorporated verbatim herein.

[2] Per the Court's instructions, Counsel is providing a succinct statement as to the facts which are relevant to the claims being asserted against Mr. Fields in his individual capacity. Counsel would refer to this Court's Opinion and Order [Doc # 165] which sets out in greater detail all facts and allegations relevant to Plaintiff's cause of action against all Defendants

As the common basis for her causes of action, Plaintiff alleges that Defendant Fields used his position as a an employee of Eastern Kentucky Correctional Services and as a Court Security Officer, to "coerce" her to engage in intercourse and other sexual acts.

However, Defendant contends and this Court has recognized that there are material questions of fact as to whether Plaintiff consented to and in fact encouraged such sexual contact. This included "flirtatious" comments made to Defendant Fields as well as the exchange of Facebook messages, photographs and cell phone videos that were sexual in nature. She also texted with the Defendant frequently over the course of several months.

Beyond the issue of consent, there are questions raised as to whether Plaintiff suffered an injury or damages based upon her allegations. Also, she must show a causal link between Defendants' actions and any psychological harm separate from her drug addiction, criminal history and preexisting mental problems.

. **Issues of Fact and Law**- This Defendant contends that there are mixed issues of law to be decided by the Court and factual questions that must be determined by a jury:

- **Consent**- Though contrary to the position taken by other circuits. This Court has held that there is a presumption that Plaintiff did not consent to any sexual intercourse and that Defendant bears the burden of proof or showing otherwise. However, the evidence elicited in discovery exceeds this presumptive burden. Accordingly, a jury must determine whether Plaintiff invited any overtures made by Defendant Fields.

- **Qualified Immunity**- An issue of fact exists as to whether Defendant was acting as a Letcher County Court Security Officer during his dealings with Plaintiff as opposed to his job with a private employee, Eastern Kentucky Corrections. If found to be acting as a Letcher County Security Officer, Defendant carried out his duties well within the recognize standard expected of a court security officer. Any such relationship with Plaintiff was peripheral to carrying out those duties.

The Court will again be asked during trial to rule as to whether he is entitled to qualified immunity. If not, a jury should still determine that he acted in good faith.

- **Punitive Damages**- Defendant Fields maintains that there is no clear and convincing evidence of malice or deliberate indifference on his part such that would sustain a claim for punitive damages. He will be entitled to a directed verdict as to these claims.

**Pending Motions**- A motion for reconsideration was filed on behalf of Defendant Fields and Defendant Jones in their official capacity as to the Court's rulings that were the Court's denial of summary judgment. {Doc # 166] It appears that no order has been entered ruling on the motion.

Defendant Fields does anticipate filing a number of motions in limine by the January 13, 2026, deadline. However, there are no other motions pending at the present time.

**Settlement**- The parties did engage in a settlement conference with Judge Adkins and a mediation with a private mediator. As a result of those negotiations, a settlement was reached as to Plaintiff's claims against Defendant Eastern Kentucky Corrections, Inc. However, no agreement was reached as to the remaining claims

against Defendant Fields individually or those asserted against the Letcher County Sheriff's Department.

        Respectfully submitted,

        /s/Jason E. Williams, Esq.
Jason E. Williams
Jason E. Williams, Esq.
Williams and Towe Law Group
303 S. Main Street
London, KY 40743
Telephone (606) 877-5291
jason@wftlaw.com
brandy@wftlaw.com

### CERTIFICATE OF SERVICE:

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed a true and correct copy of the foregoing to:

Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
jshaw@psbb-law.com

Ned B. Pillersdorf, Esq.
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonsburg, Kentucky 41653
pillersn@gmail.com

Bethany N. Baxter, Esq.
Childers & Baxter, PLLC
201 West Short Street Suite 300
Lexington, Kentucky 40507
bethany@jchilderslaw.com

Patty Stockham
Eastern Kentucky Corrections Services, Inc.
1319 Siloam Street

South Shore, KY 41175
pd.stockham@gmail.com

                                              <u>/s/Jason E. Williams</u>
                                              Jason E. Williams